## ATTACHMENT TO CIVIL COVER SHEET

**(c)** Attorneys (Firm Name, Address, and Telephone Number)

Whitney A. Davis (Texas Bar No. 24088430)
Benjamin Slay (Texas Bar No. 18500300)
EGGLESTON KING DAVIS, LLP
102 Houston Avenue, Suite 300
Weatherford, Texas 76086
Telephone:  (817) 596-4200
Telecopy:  (817) 596-4269
whit@ekdlaw.com
ben@ekdlaw.com


Gary M. Lawkowski*
Jonathan M. Shaw*
David Warrington*
Dhillon Law Group, Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone:  (703)-574-1654
Telecopy:  (703) 574-1654
glawkowski@dhillonlaw.com
jshaw@dhillonlaw.com
dwarrington@dhillonlaw.com

*Pro hac vice* application forthcoming