UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

National Association for Gun Rights, Inc., et al., §
                    *Plaintiff*                   §
                                                  §
                                                  §
            v.                                    §   Case No. _____
                                                  §
                                                  §
                                                  §
Merrick Garland, et al.,                          §
                    *Defendant*                   §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wood Herron & Evans, LLP_____, with offices at

600 Vine Street, Suite 2800_____
(Street Address)

Cincinnati_____  Ohio_____  45202_____
(City)                             (State)          (Zip Code)

513-707-0243_____  _____
(Telephone No.)                   (Fax No.)


II. Applicant will sign all filings with the name  Glenn D. Bellamy_____.


III. Applicant has been retained personally or as a member of the above-named firm by:
                        (List All Parties Represented)
National Association for Gun Rights, Inc.




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Ohio_____, where Applicant regularly practices law.

Bar license number: 0070321       Admission date: January 19, 1999

For Court Use Only.
Bar Status Verified: _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached list | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Whitney A. Davis , who has offices at

201 Main Street, Suite 600
(Street Address)

Fort Worth                              Texas            76102
(City)                                  (State)          (Zip Code)

817-596-4200
(Telephone No.)                         (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   5th   day of August                   , 2023   .

Glenn D. Bellamy
Printed Name of Applicant

*/s/ Glenn D. Bellamy*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Courts where Glenn D. Bellamy has been admitted:

| Court | Date | Status |
|---|---|---|
| Washington | May 31, 1998 | Inactive |
| Kentucky | September 28, 2002 | Inactive |
| US Supreme Court | July 12, 1991 | Active |
| WD Wash | June 17, 1988 | Inactive |
| ED Wash | November 30, 1998 | Inactive |
| SD Ohio | July 16, 1999 | Active |
| ND Ohio | Apr 5, 2011 | Active |
| ED Kentucky | October 20, 2002 | Inactive |
| WD Kentucky | October 16, 2002 | Inactive |
| D Colorado | April 14, 2006 | Active |
| SD Indiana | September 23, 2011 | Active |
| Ct of Int'l Trade | April 8, 1999 | Active |
| Federal Circuit | July 13, 1988 | Active |
| 9th Circuit | August 4, 1988 | Active |
| 6th Circuit | August 17, 1998 | Active |



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Glenn Dean Bellamy**
Attorney Registration No. **0070321**

was admitted to the practice of law in Ohio on January 13, 1999; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 10th day of July, 2023.

GINA WHITE PALMER
*Director, Attorney Services Division*

Kirstyn Moyers, *Attorney Services Specialist*
*Office of Attorney Services*

No. 2023-07-10-1
Verify by email at GoodStandingRequests@sc.ohio.gov