## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| National Association for Gun Rights, Inc., et al. | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. _____ |
| | § | |
| | § | |
| Merrick Garland, et al. | § | |
| *Defendant* | § | |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Dhillon Law Group, Inc.                                                                 , with offices at

2121 Eisenhower Avenue, Suite 608
(Street Address)

Alexandria                          VA                  22314
(City)                              (State)             (Zip Code)

703-574-1654                        703-574-1654
(Telephone No.)                     (Fax No.)


**II.** Applicant will sign all filings with the name Gary M. Lawkowski                       .


**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

National Association for Gun Rights, Inc., Patrick Carey, JR Wheeler, Travis Speegle and Texas Gun Rights

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.   Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 1781747         Admission date: 3/29/2022

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| see attached | | |
| | | |
| | | |
| | | |

VI.   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

n/a

VII.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

n/a

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:  Case No. And Style:

_____  _____

_____  _____

_____  _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

_____Whitney A. Davis_____, who has offices at

_201 Main Street, Suite 600_____
(Street Address)

_Forth Worth_____  _TX_____  _76102_____
(City)                          (State)       (Zip Code)

_(817) 596-4200_____  _____
(Telephone No.)                (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the __3rd__ day of _August_____, _2023___.

_Gary M. Lawkowski_____
Printed Name of Applicant

_/s/ signature_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# Bar Admissions for Gary Lawkowski

| Court | Date | Bar # |
|---|---|---|
| Supreme Court of Virginia | October 31, 2011 | 82329 |
| U.S. Eastern District of Virginia | On or about November 23, 2021 | |
| U.S. District Court District of Columbia | January 3, 2022 | VA125 |
| U.S. District Court Western District of Virginia | January 20, 2022 | |
| U.S. Court of Appeals for the Fourth Circuit | March 31, 2022 | |
| U.S. Supreme Court | April 25, 2022 | 315998 |
| U.S. Court of Appeals for the District of Columbia | May 18, 2022 (on or about) | 63692 |
| U.S. Court of Appeals for the Fifth Circuit | June 8, 2022 | |
| U.S. Court of Appeals for the Sixth Circuit | January 12, 2023 | |
| U.S. Court of Appeals for the First Circuit | March 14, 2023 | 1207310 |
| U.S. Court of Appeals for the Second Circuit | March 27, 2023 | |
| U.S. Court of Appeals for the Eleventh Circuit | May 26, 2023 | 025956192 (EDF Number) |

| State Bar | Date | Bar # |
|---|---|---|
| Virginia | October 14, 2011 | 82329 |
| D.C. | March 29, 2022 | 1781747 |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Gary Michael Lawkowski*

was duly qualified and admitted on March 29, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on July 13, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*