## DECLARATION OF COLE LELEUX

Pursuant to 28 U.S.C. § 1746 I, Cole Leleux, declare under penalty of perjury that the following

is true and correct to the best of my present knowledge, information and belief:

1. I am currently the CEO of Spike's Tactical, an AR-15 Manufacturer

2. I directed the creation of two videos at the request of Rare Breed Triggers.

3. One video shows a Spike's Tactical receiver assembled into an AR-15 and fitted with a FRT-15 Rare Breed forced reset trigger. The receiver is milled out to make the internal mechanisms readily visible.  This alteration did not impact the function of the trigger or receiver.

4. The firearm described above is mounted in device that attaches to the buffer tube. That device was then mounted in a common vice.  The vice was attached to a fabricated wood sled.   All of this was an attempt to mount the firearm and weight it down so that the natural recoil of the firearm would not confuse the viewer or inhibit their ability to see the triggers movement that causes the function.

5. There is still some minimal bounce and movement of the firearm as mounted but no so much as to make it hard to tell that the trigger is in fact moving.

6. The video depicts the trigger in the firearm described above being pulled.

7. The description of what the video of the AR-15 with the FRT-15 installed shows is as follows:

   a. The video starts with the bolt carrier moving to the rear.  This rearward movement causes the bolt carrier to push the hammer down into the trigger.
   b. When the hammer pushes down on the trigger it forces trigger forward to the reset position.
   c. Once the trigger has been forced forward a locking bar pivots into a locked position preventing the shooter from being able to pull the trigger.
   d. Once the locking bar is in position preventing a pull of the trigger that could cause a function, the carrier is returned forward by the buffer spring.
   e. As the carrier is moving forward once it is past the hammer (meaning the carrier is no longer actively pushing down on the hammer) you can see the trigger move slightly to the rear.
   f. This rearward movement is the take up being removed from the trigger.  In this moment (pictured below), the hammer is captured by the trigger sear surface just as it is with any other standard AR-15 Semi-Automatic trigger





g. As the carrier continues to move forward it moves into a substantially in battery position. At that time the bolt carrier hits the locking bar which pivots it out of the locked position.

h. At this point the trigger can be pulled causing it to function. When the trigger is pulled the sear surface that makes contact with the hammer notch rotates down and the hammer is then free to move forward under spring pressure striking the next round.

i. With the trigger reset being forced with greater force than a standard AR-15 trigger (which is forced forward with a spring) the reset is much faster and allows for much faster follow up shots.

j. Both the FRT-15 and any standard AR-15 Semi-Automatic operate by the trigger being pulled causing the function of the trigger sear surface to release the hammer.

8. While firing the firearm, the shooter's finger moved to the rear and again to the forward reset position for each round that was fired. As shown in the video, the trigger also moved to the rear and to the forward reset position for each round that was fired.

9. I repeated this same experiment with a legally registered machinegun.

10. This machinegun was mounted using the same procedure described above for the AR-15 firearm fitted with a forced reset trigger.

11. The machinegun being fired is depicted in the video.

12. This video shows the trigger being pulled once causing it to function and multiple rounds being expelled from the machinegun with that one function of the trigger.

13. While firing the machinegun, the shooter's finger did not move for each round that was fired.  As shown in the video, the trigger did not move forward and back to the reset position for each round that was fired as it must with an FRT-15.

Executed on July 25, 2023.

By:  _____
            Mr. Cole Leleux