IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., TEXAS GUN RIGHTS, INC., PATRICK CAREY, JAMES WHEELER, AND TRAVIS SPEEGLE,<br><br>**Plaintiffs**<br><br>v.<br><br>MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, UNITED STATES DEPARTMENT OF JUSTICE, STEVEN DETTELBACH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>**Defendants.** | § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 4:23-cv-00830-O |

## NOTICE OF APPEARANCE FOR
## BENJAMIN SLEY AND JULIAN WHITLEY

TO THE HONORABLE COURT:

    BENJAMIN SLEY and JULIAN WHITLEY enter their appearance as counsel of record for Plaintiffs in this action:

                            Benjamin Sley
                State Bar No. 18500300
                 benjamin@ekdlaw.com

                            Julian Whitley
                State Bar No. 24108913
                  julian@ekdlaw.com

                                                         Respectfully submitted,

                                                          EGGLESTON KING DAVIS LLP
                                                          102 Houston Avenue, Suite 300
                                                          Weatherford, Texas 76086
                                                          Phone:  (817) 596-4200
                                                          Fax:     (817) 596-4269

                                                          */s/ Whitney A. Davis*
                                                          Whitney A. Davis
                                                          State Bar No.
                                                          Benjamin Sley
                                                          State Bar No. 18500300
                                                          Julian Whitley
                                                          State Bar No. 24108913

                                                          ATTORNEYS FOR PLAINTIFFS