IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., TEXAS GUN RIGHTS, INC., PATRICK CAREY, JAMES WHEELER, AND TRAVIS SPEEGLE,** | § § § § § § | |
| **Plaintiffs** | § § | |
| v. | § § | Case No. 4:23-cv-00830-O |
| **MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, UNITED STATES DEPARTMENT OF JUSTICE, STEVEN DETTELBACH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,** | § § § § § § § § § § § § § § | |
| **Defendants.** | § | |

### NOTICE OF RELATED CASES

Plaintiffs hereby submit the following notice of related cases pursuant to Local Rule 3.3 and Civil Cover Sheet requirements:

1. *UNITED STATES OF AMERICA v. Rare Breed Triggers, LLC, et al.*, **1:23-cv-000369-NRM-RML (E.D. NY)**

   On January 19, 2023, the U.S.A. brought a civil case against Rare Breed Triggers, LLC, et al., alleging that the Defendants possessed a Forced Trigger Reset device now classified

by the U.S. Department of Justice as a "machinegun" pursuant to the same U.S. DOJ interpretation of statutory law being litigated in this matter. Judge Morrison is presiding over the case, and it is currently pending.

2. ***Rare Breed Triggers, LLC, et al v. Garland, et al,* 6:21-cv-01245-CEM-GJK (M.D. FL)**

   On August 2, 2021, Rare Breed Triggers, LLC, et al., brought an APA challenge regarding the same ATF interpretation of statutory law being litigated in this matter regarding a Forced Reset Trigger ("FRT") in which the FRT is designated by the ATF as a "machinegun." Judge Mendoza presided over this case which was dismissed October 29, 2021, without prejudice for failure of the parties to file a timely case management report.

3. ***Rare Breed Triggers, LLC v. Garland, et al,* 3:22-cv-00085-ARS (D. ND)**

   On May 16, 2022, Rare Breed Triggers, LLC, brought an APA challenge regarding the same ATF interpretation of statutory law being litigated in this matter regarding a Forced Reset Trigger ("FRT") in which the FRT is designated by the ATF as a "machinegun." Judge Senechal presided over this case which was dismissed on November 4, 2022, without prejudice based on venue issues.

Respectfully submitted,

EGGLESTON KING DAVIS LLP
102 Houston Avenue, Suite 300
Weatherford, Texas 76086
Phone:  (817) 596-4200
Fax:     (817) 596-4269

*/s/ Whitney A. Davis*
Whitney A. Davis
State Bar No. 24084843


ATTORNEYS FOR PLAINTIFFS