# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., TEXAS GUN RIGHTS, INC., PATRICK CAREY, JAMES WHEELER, AND TRAVIS SPEEGLE,** § § § § § § | |
| **Plaintiffs** § § | |
| v. § § | Case No. 4:23-cv-00830-O |
| **MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, UNITED STATES DEPARTMENT OF JUSTICE, STEVEN DETTELBACH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,** § § § § § § § § § § § § § § | |
| **Defendants.** § | |

## PLAINTIFFS' DESIGNATION OF LEAD COUNSEL

Plaintiffs file this its Designation of Lead Counsel, designating Whitney A. Davis, Texas State Bar No. 24084843, of the law firm, EGGLESTON KING DAVIS, L.L.P., 102 Houston Avenue, Suite 300, Weatherford, Texas 76086, as lead counsel in the above-styled and numbered cause.

Respectfully submitted,

EGGLESTON KING DAVIS LLP
102 Houston Avenue, Suite 300
Weatherford, Texas 76086
Phone:  (817) 596-4200
Fax:     (817) 596-4269

*/s/ Whitney A. Davis*
Whitney A. Davis
State Bar No. 24084843
Benjamin Sley
State Bar No. 18500300
Julian Whitley
State Bar No. 24108913


ATTORNEYS FOR PLAINTIFFS