UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **NATIONAL ASSOCIATION FOR GUN RIGHTS, INC.,** *et al.*, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:23-cv-00830-O |
| v. | § § | |
| **MERRICK GARLAND,** *et al.*, | § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is Plaintiffs' Motion for Temporary Restraining Order (ECF No. 17) with Plaintiffs' Brief in Support of Motion (ECF No. 18), filed August 14, 2023. It does not appear that Plaintiffs are requesting ex parte relief. The Court therefore **ORDERS** Plaintiffs to confer with Defendants and agree on a briefing schedule to address this motion. The parties are to file a joint notice outlining the agreed briefing schedule **no later than August 18, 2023**. **SO ORDERED** this **14th day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE