IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., ET AL., <br><br> Plaintiffs, <br> v. <br><br> MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

**[PROPOSED] ORDER**

For the reasons set forth in Plaintiffs' Motion for Preliminary (ECF No. 22), the motion is hereby GRANTED.

Accordingly, Defendants are ENJOINED from:

1. Initiating or pursuing criminal prosecutions against persons for possessing forced reset triggers;

2. Initiating or pursing civil proceedings against persons for possessing, selling, or manufacturing forced reset triggers;

3. Initiating or pursuing criminal prosecutions against persons for representing to the public or potential buyers and sellers that forced reset triggers are not machineguns;

4. Initiating or pursing civil actions against persons for representing to the public or potential buyers and sellers that forced reset triggers are not machineguns;

1

5. Sending "Notice Letters" or other similar communications to known or suspected owners, sellers, and manufacturers of forced reset triggers stating that forced reset triggers are machineguns;

6. Requesting that any person "voluntarily" surrender their forced reset trigger to the government based upon the claim that forced reset triggers are machineguns;

7. Destroying any surrendered or seized forced reset triggers; or

8. Otherwise interfering in the possession and exchange of forced reset triggers.

_____    _____
Date                                                                      Reed O'Connor
                                                                                   UNITED STATES DISTRICT JUDGE