IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*,

        Plaintiffs,

    v.

MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,

        Defendants.

Case No. 4:23-cv-00830-O

## JOINT PROPOSED BRIEFING SCHEDULE

On August 14, 2023, Plaintiffs filed a motion for a temporary restraining order (ECF No. 17). The Court has ordered the parties to confer and agree on a briefing schedule to address this motion and file a joint notice no later than August 18, 2023 (ECF No. 20). The parties have conferred and agree to the following schedule:

- Defendants' Response to Plaintiffs' Motion for a Temporary Restraining Order: Due August 21, 2023.

- Plaintiffs' Reply in Support of the Motion for a Temporary Restraining Order: Due August 25, 2023.

On August 15, 2023, Plaintiffs also filed a motion for a preliminary injunction (ECF No. 22). The parties have conferred and agree to the following schedule for this motion:

- Defendants' Response to Plaintiffs' Motion for a Preliminary Injunction: Due September 5, 2023.

- Plaintiffs' Reply in Support of the Motion for a Preliminary Injunction: Due September 19, 2023.

DATED: August 18, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ *Michael P. Clendenen*
MICHAEL P. CLENDENEN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone:  (202) 305-0693
E-mail:  michael.p.clendenen@usdoj.gov

*Counsel for Defendants*


/s/ Whitney A. Davis
Whitney A. Davis
 (TX Bar No. 24084843)
Benjamin Sley (TX Bar No. 18500300)
EGGLESTON KING DAVIS, LLP
102 Houston Avenue
Suite 300
Weatherford, TX 76086
Telephone: (703) 748-2266
whit@ekdlaw.com
ben@ekdlaw.com

David A. Warrington*
Jonathan M. Shaw*
Gary M. Lawkowski*
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

>Telephone: (703) 748-2266
>Facsimile: (415) 520-6593
>dwarrington@dhillonlaw.com
>jshaw@dhillonlaw.com
>glawkowski@dhillonlaw.com
>
>ATTORNEYS FOR PLAINTIFFS
>
>Glenn Bellamy*
>WOOD HERRON & EVANS
>600 Vine Street Suite 2800
>Cincinnati, OH 45202
>Telephone:  513-707-0243
>gbellamy@whe-law.com
>
>ATTORNEY FOR PLAINTIFF
>NATIONAL ASSOCIATION OF GUN
>RIGHTS, INC.
>
>*Application for Admission
>pro hac vice pending

## Certificate of Service

On August 18, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

>/s/ Michael P. Clendenen