IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

**[PROPOSED] ORDER GRANTING JOINT PROPOSED BRIEFING SCHEDULE**

Before the Court is the parties' Joint Proposed Briefing Schedule. After due consideration of this proposal, and the applicable law, the Court finds the proposed briefing schedule to be appropriate.

It is therefore ORDERED that the Joint Proposed Briefing Schedule is GRANTED. It is hereby ORDERED that:

1. Defendants shall file their Response to Plaintiffs' Motion for a Temporary Restraining Order on or before August 21, 2023.

2. Plaintiffs shall file their Reply in Support of the Motion for a Temporary Restraining Order on or before August 25, 2023.

3. Defendants shall file their Response to Plaintiffs' Motion for a Preliminary Injunction on or before September 5, 2023.

4. Plaintiffs shall file their Reply in Support of the Motion for a Preliminary Injunction on or before September 19, 2023.

**SO ORDERED**.

_____, 2023

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE