UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § Civil Action No. 4:23-cv-00830-O |

## ORDER

Before the Court is the parties' Joint Proposed Briefing Schedule (ECF No. 25), filed on August 18, 2023. After due consideration, the Court finds the parties' proposed briefing schedule to be appropriate. Therefore, the Court **GRANTS** the Joint Proposed Briefing Schedule and **ORDERS** as follows:

1. Defendants shall file their response to the Motion for a Temporary Restraining Order by **August 21, 2023**.

2. Plaintiffs shall file their reply in support of the Motion for a Temporary Restraining Order by **August 25, 2023**.

3. Defendants shall file their response to the Motion for a Preliminary Injunction by **September 5, 2023**.

4. Plaintiffs shall file their reply in support of the Motion for a Preliminary Injunction by **September 19, 2023**.

**SO ORDERED** this **18th day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE