## DECLARATION OF MR. JAMES JOSEPH ROSS WHEELER

1. My name is James Joseph Ross ("J.R.") Wheeler. I reside in Crandall, Texas.

2. I am a U.S. citizen. I have never been charged with or convicted of a felony. I am able to legally purchase and possess firearms.

3. I also have a Federal Firearms License and am the 50% owner of a small business selling firearms and ammunition.

4. I am aware that the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") has claimed that forced reset triggers qualify as "machineguns."

5. In the past, I have owned and sold forced reset triggers.

6. In my experience, I would place the pre-installation and tuned value of a forced reset trigger at approximately $425.

7. I intend to continue to buy and sell forced reset triggers. However, I am chilled from doing so by the government's interpretation of "machinegun," and am not willing to risk civil or criminal prosecution for doing so.

8. In addition, I currently personally own 1 forced reset trigger. My business has 2 forced reset triggers in its inventory.

9. I would like to continue to own and possess forced reset triggers. However, I am concerned that by doing so, I place myself at risk of having my property seized by the federal government.

10. If I am not able to obtain judicial relief, I will be forced to surrender 3 forced reset triggers, valued at approximately $1,275 to the ATF.

01

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July _28_, 2023.

By:  Mr. James Joseph Ross Wheeler

02

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**_____ DIVISION**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. _____ |
| v. | ) ) | |
| MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF MR. TRAVIS SPEEGLE

1. My name is Travis Speegle. I reside in Austin, Texas.

2. I am a U.S. citizen. I have never been charged with or convicted of a felony. I am able to legally purchase and possess firearms.

3. I am aware that the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") has claimed that forced reset triggers qualify as "machineguns."

4. I currently own 10.

5. I would like to continue to own, possess, and enjoy the use of my forced reset triggers. However, I am concerned that by doing so, I place myself at risk of having my property seized by the federal government.

6. If I am not able to obtain judicial relief, I will be forced to surrender 10 forced reset triggers, valued at approximately $4,000.00 to the ATF.

7. In addition, I intend to purchase additional forced reset triggers. I am currently unable to do so due to the ATF's interpretation, which places myself and anyone who sells a forced reset trigger to me at risk of civil and/or criminal prosecution.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 18, 2023.

By: _____
Mr. Travis Speegle

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
_____ DIVISION

|  |  |  |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., ET AL., | ) ) ) | |
| | ) | Case No. _____ |
| Plaintiffs, | ) | |
| v. | ) ) | |
| MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF MR. PATRICK CAREY

1. My name is Patrick J. Carey. I reside in Zachary, Louisiana.

2. I am a U.S. citizen. I have never been charged with or convicted of a felony. I am able to legally purchase and possess firearms.

3. Prior to August 22, 2022, I purchased and owned two "FRT-15—Rarebreed Trigger."

4. The purchase price for each FRT-15 was $ _300/450_ .

5. On August 22, 2022, agents from the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") visited my house. They provided me with a letter asserting that that "ATF has information that you have acquired one or more Forced/Hard Reset Trigger (FRT) devices," that "[t]hese items have been classified as machineguns that were unlawfully manufactured. Possession of these devices is a violation of law due to their illegal manufacture," and that "*the unlawful receipt and possession of any of these devices is a felony violation of Federal law*" (emphasis in the original). A true and correct copy of this letter is attached to this Declaration.

6.  In response to the ATF's assertion that the continued possession of a forced reset trigger is a felony violation of federal law, and in fear of civil or criminal prosecution, I surrendered two FRT-15 forced reset triggers to the ATF.  A true and correct copy of the "Consent to Forfeiture or Destruction of Property and Waiver of Notice" form is attached to this Declaration.

7.  I did not want to get rid of my FRT-15 forced reset triggers.  I would like to own forced reset triggers.  I would like to purchase new forced reset triggers.  But for the ATF's threat of federal prosecution, I would purchase new forced reset triggers.


Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Executed on July _28_, 2023.

By: _____
        Mr. Patrick J. Carey



*985-287-2983*
*Ind ops —* *Local* *Donna*
*I OI*

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*[Baton Rouge] Field Division*

*[Date]8-22-22*

www.atf.gov

TO: Patrick Carey
5016 Knight Drive
Zachary, LA

<u>**WARNING NOTICE**</u>

# <u>YOU MAY BE IN VIOLATION OF FEDERAL LAW</u>

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is responsible for enforcing Federal firearms laws. ATF has information that you have acquired one or more Forced/Hard Reset Trigger (FRT) devices [*Insert exact description of purchased item(s) if available*] from Gunbroker.com account "RifleRemedy2000". These items have been classified as machineguns that were unlawfully manufactured. Possession of these devices is a violation of law due to their illegal manufacture. As such, due to their illegal manufacture, the registration of these devices in the National Firearms Registration and Transfer Record (NFRTR) is also a violation of law.

*This letter officially notifies you that the unlawful receipt and possession of any of these devices is a felony violation of Federal law and devices that are unlawfully received or possessed are subject to seizure and forfeiture by the Federal government. Continued possession of any of the devices could result in prosecution for criminal violations of Federal law as well as potential State criminal violations. Any future purchase or possession of such devices may subject you to prosecution as well.*

The National Firearms Act (NFA), Title 26 U.S.C. Section 5845(b), defines the term "machinegun" as:

> "…any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person."

1

The Gun Control Act of 1968 (GCA), as amended, Title 18 U.S.C. Section 922(o), prohibits an individual from possessing or transferring any machinegun not lawfully possessed prior to May 19, 1986. Federal regulation at Title 27 C.F.R. Section 479.105(c) generally permits qualified importers or manufacturers to manufacture or import machineguns after May 19, 1986, for sale or distribution to the government. However, it has been determined that these FRT machineguns, at least one of which is in your possession, were not lawfully manufactured pursuant to this regulation. Therefore, it is not lawful for you to possess the FRT machinegun(s).

Immediately contact your local ATF office at [*phone number*] within 30 days of receipt of this letter to coordinate the abandonment of any, and all, of the FRT machinegun(s) described above.

Thank you for your prompt attention to this matter.

Sincerely yours,

[*J. Hutchison*]
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
[Baton Rouge] Field Division

2

## DECLARATION OF MICHAEL COLUMBO

I, Michael Columbo, have personal knowledge of the following facts set forth below, and if called as a witness I would testify as follows:

1.      I am an attorney with Dhillon Law Group and represent Rare Breed Triggers, LLC, Rare Breed Firearms, LLC, Lawrence DeMonico, and Kevin Maxwell in their ongoing litigation with the Department of Justice in *United States of America v. Rare Breed Triggers, LLC, et. al.*, Case No. 1:23-cv-369-NRM-RML.

2.      The facts set forth in this declaration are based on my personal knowledge obtained from direct communication with Assistant United States Attorneys.

3.      During a phone call on July 11, 2023, with Assistant United States Attorneys related to the aforementioned litigation, they represented to me that elements within the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and Department of Justice are "chomping at the bit" to seize certain forced-reset triggers in the possession of Rare Breed Triggers, LLC, including triggers located in a Rare Breed Triggers, LLC, office in Fargo, North Dakota.

4.      On August 4, 2023, I received an email from Assistant U.S. Attorney Michael Blume of the U.S. Attorney's Office for the Eastern District of New York stating that "a search was conducted" at the office of my client, Rare Breed Triggers, LLC, in Fargo, North Dakota, earlier that day. My clients confirmed that that ATF executed a search warrant at that office and that the ATF seized the forced reset triggers that were stored there.

09

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 9, 2023.

By:  _____

Michael Columbo

10

## DECLARATION OF COLE LELEUX

Pursuant to 28 U.S.C. § 1746 I, Cole Leleux, declare under penalty of perjury that the following is true and correct to the best of my present knowledge, information and belief:

1. I am currently the CEO of Spike's Tactical, an AR-15 Manufacturer

2. I directed the creation of two videos at the request of Rare Breed Triggers.

3. One video shows a Spike's Tactical receiver assembled into an AR-15 and fitted with a FRT-15 Rare Breed forced reset trigger. The receiver is milled out to make the internal mechanisms readily visible.  This alteration did not impact the function of the trigger or receiver.

4. The firearm described above is mounted in device that attaches to the buffer tube. That device was then mounted in a common vice.  The vice was attached to a fabricated wood sled.   All of this was an attempt to mount the firearm and weight it down so that the natural recoil of the firearm would not confuse the viewer or inhibit their ability to see the triggers movement that causes the function.

5. There is still some minimal bounce and movement of the firearm as mounted but no so much as to make it hard to tell that the trigger is in fact moving.

6. The video depicts the trigger in the firearm described above being pulled.

7. The description of what the video of the AR-15 with the FRT-15 installed shows is as follows:

   a. The video starts with the bolt carrier moving to the rear.  This rearward movement causes the bolt carrier to push the hammer down into the trigger.
   b. When the hammer pushes down on the trigger it forces trigger forward to the reset position.
   c. Once the trigger has been forced forward a locking bar pivots into a locked position preventing the shooter from being able to pull the trigger.
   d. Once the locking bar is in position preventing a pull of the trigger that could cause a function, the carrier is returned forward by the buffer spring.
   e. As the carrier is moving forward once it is past the hammer (meaning the carrier is no longer actively pushing down on the hammer) you can see the trigger move slightly to the rear.
   f. This rearward movement is the take up being removed from the trigger.  In this moment (pictured below), the hammer is captured by the trigger sear surface just as it is with any other standard AR-15 Semi-Automatic trigger

11



    g. As the carrier continues to move forward it moves into a substantially in battery position. At that time the bolt carrier hits the locking bar which pivots it out of the locked position.

    h. At this point the trigger can be pulled causing it to function. When the trigger is pulled the sear surface that makes contact with the hammer notch rotates down and the hammer is then free to move forward under spring pressure striking the next round.

    i. With the trigger reset being forced with greater force than a standard AR-15 trigger (which is forced forward with a spring) the reset is much faster and allows for much faster follow up shots.

    j. Both the FRT-15 and any standard AR-15 Semi-Automatic operate by the trigger being pulled causing the function of the trigger sear surface to release the hammer.

8. While firing the firearm, the shooter's finger moved to the rear and again to the forward reset position for each round that was fired. As shown in the video, the trigger also moved to the rear and to the forward reset position for each round that was fired.

9. I repeated this same experiment with a legally registered machinegun.

10. This machinegun was mounted using the same procedure described above for the AR-15 firearm fitted with a forced reset trigger.

11. The machinegun being fired is depicted in the video.

12

12. This video shows the trigger being pulled once causing it to function and multiple rounds being expelled from the machinegun with that one function of the trigger.

13. While firing the machinegun, the shooter's finger did not move for each round that was fired. As shown in the video, the trigger did not move forward and back to the reset position for each round that was fired as it must with an FRT-15.

Executed on July 25, 2023.

By: _____

Mr. Cole Leleux

13

## DECLARATION OF DANIEL G. O'KELLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury the following:

1.     I have been retained by the Plaintiffs in this case as an expert witness on firearms and Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") procedure.

2.     My curriculum vitae is attached hereto as Attachment A.

3.     I am the owner and founder of International Firearm Specialist Academy, Inc. in Grand Island, Florida.

4.     The facts set forth in this declaration are based on (1) my personal knowledge; knowledge obtained in my role as owner and Director of International Firearm Specialist Academy; (2) knowledge obtained in my 23 years of service as a Special Agent with the ATF; (3) knowledge obtained in my 46 years of professionally handling and analyzing firearms; (4) knowledge obtained from handling and reviewing the Rare Breed Triggers FRT-15 directly and from reviewing its patent and design specifications;(5) knowledge obtained from reviewing the design specifications for the Wide Open Trigger ("WOT") and Powered By Graves ALAMO-15 trigger ("ALAMO"); (6) knowledge obtained from reviewing the ATF's reports on the FRT-15, including its reports from July 15, 2021, and its report from April 27, 2023; and (7) knowledge obtained from reviewing the ATF's reports on the Wide Open Triggers WOT from October 21 , 2021, and January 13, 2023, and report on the Powered By Graves ALAMO-15 from April l, 2022. This report is for the purpose of explaining the function of the FRT-15 and the WOT, and the issues with the ATF's analysis of both trigger systems, specifically the ATF's analysis in the July 15, 2021, report and in the April 27, 2023, report. Prior to this report, I produced two other reports concerning the FRT-15. One regarded its function and design (attached as Attachment B) and the other addressed the ATF's July 15, 2021, report (attached as Attachment C).

1

**14**

5.     For this Declaration, I relied on the statutory definition of a "machinegun" as set forth in 26 U.S.C. § 5845(b):

> The term "machinegun" means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

6.     The FRT-15, the WOT, and the ALAMO triggers are the three most popular forced reset triggers to have been commercially produced and sold. For the purposes of this report, I am focusing on the FRT-15's design and the ATF's reports analyzing the FRT-15. This is for the sake of efficiency and ease of understanding because all of my analysis of the FRT-15 regarding its design, operation, and mechanical function applies to the WOT and ALAMO triggers as well. These trigger systems share a substantially similar design such that my analysis of the FRT-15 is also descriptive of the WOT without the need for modification. Similarly, all of my analysis and criticism of the ATF's reports examining the FRT-15 and ATF's opining that it is a machinegun also applies to the ATF's reports examining the WOT and ALAMO and ATF's opining that they are machineguns. The ATFs reports examining these trigger systems employ the same analysis for all of the designs, engage in the same mischaracterizations of the systems' design and operation, and use the same misleading verbiage to inaccurately portray the systems as enabling automatic fire, despite the physical impossibility of the systems doing so due to their shared design features in which a single function of the trigger shoots only one shot, not more than one shot. *See* definition of "machinegun", *supra.*, 26 U.S.C. § 5845(b).

### The FRT-15 is a Semiautomatic, Non-Machinegun Trigger System

7.    The primary distinction between a semiautomatic firearm and a full-automatic firearm is that a semiautomatic firearm requires the shooter to depress the trigger, causing it to function, separately for each round it fires, whereas an automatic firearm allows the shooter to depress (function) the trigger once to fire multiple shots.  As the U.S. Fifth Circuit Court of Appeals recently pointed out, "[t]he traditional example of a machinegun[] is a rifle capable of automatic fire, like the M-16. Semi-automatic rifles like the AR-15 are not machineguns." *Cargill v. Garland*, 57 F.4th 447, 452 (5th Cir. 2023) (en banc), *petition for cert. filed* (Apr. 6, 2023) (No. 22-976) (footnote omitted); *see also See Hollis v. Lynch*, n.2 (5th Cir. 2016) (The M-16 "is capable of automatic fire, that is to say, firing more than one round per trigger-action . . . . The AR-15 is essentially a semi-automatic version of the M-16, that is to say, it fires only one shot per trigger-action."). In *Cargill*, the Fifth Circuit held that use of a mechanical bump stock with a semiautomatic rifle did **not** make a semiautomatic rifle a machinegun. Thirteen of sixteen members of the Fifth Circuit agreed in the *en banc* decision that "an act of Congress is required to prohibit bump stocks" based upon the existing statutory definition in 26 U.S.C. Sec. 5845(b).


8.    With a semiautomatic trigger, one depression results in one shot fired when the trigger functions—assuming the firearm is not in its "safe" condition, in which the trigger does not function even if the trigger is depressed. After each shot, the trigger must reset by moving forward to its original position. Both the depression of the trigger causing a release of the hammer, and its reset causing re-engagement with the hammer are functions of the trigger that are necessary for a semiautomatic firearm to fire one shot. A semiautomatic firearm cannot fire more than one shot from a single function of the trigger.

3

16

9.      The FRT-15 is a semiautomatic trigger and thus requires the shooter to depress the trigger separately, causing a single function of the trigger for each shot he fires. As with any other semiautomatic trigger, the FRT-15 also requires the trigger to reset by moving forward to its original position after each shot. It cannot fire more than one shot from a single function of the trigger. This analysis comports with the Fifth Circuit analysis in *Cargill* in which the Court stated: "In summary, a bump stock combines with a semi-automatic weapon to facilitate the repeated function of the trigger. To be sure, it makes the process faster and easier. But the mechanics remain exactly the same: the firing of each and every shot requires an intervening function of the trigger. This does not alter the form of manual input that the user must provide to discharge the weapon. Without a bump stock or the use of an alternative bump technique, the user must provide manual input by pulling the trigger with the muscles of his trigger finger. With a bump stock, the shooter need not pull and release his trigger finger. But the shooter must still apply forward pressure to the weapon's forebody in order to maintain the shooting mechanism. Again, the manual input remains, even though its form changes." *Cargill v. Garland*, 57 F.4th at 454.

10.     In a typical AR-15 type semiautomatic firearm, and all other modern firearms, the trigger resets to its original position due to forward pressure from a trigger-return spring. This spring puts constant forward pressure on the trigger. To depress the trigger and fire a shot, the shooter must overcome this spring's pressure by the rearward pull of his trigger finger, causing it to release a hammer (or striker).

11.     To reset the trigger after firing, a shooter can either break contact with the trigger to allow the trigger- return spring to push it forward or lessen his rearward pressure on the trigger. The latter is preferred practice when firing two or more shots rapidly to avoid "trigger slap" and increase accuracy.

12.    The only difference between the FRT-15 and a traditional semiautomatic AR-15 trigger is how the trigger reset is accomplished. While a traditional semiautomatic trigger uses the trigger return spring, the FRT-15 uses the motion of the firearm's hammer to strike the top of the trigger and mechanically force the trigger back to its original position. This results in a more forceful push moving the trigger forward to reset, compared to a traditional trigger-return spring.

13.    The advantage provided by the FRT-15's design is that the trigger resets rapidly after each shot. This allows the shooter to depress the trigger again more quickly causing it to function again for a subsequent shot.

14.    For any AR-15-type firearm with a semiautomatic trigger, the only limiting factors preventing a shooter from achieving a fire-rate comparable to a full-automatic firearm are his reflexes and fine motor skills. AR-15-type firearms use a self-loading type of mechanical action. That is, they accomplish the eight steps of the cycle of operation for firing a shot and preparing another shot to fire extremely quickly — within less than 1/5 of a second. They do so, using either the gas pressure or the recoil produced by the previously fired shot, depending on iteration. It is possible for a shooter to fire a second shot using a traditional semiautomatic trigger within 1/5 of a second after firing the first. The shooter only needs to have the dexterity to react and act within 1/5 of a second. Thus, rate of fire is not referenced in the statutory definition of a machinegun.

15.    The FRT-15 facilitates higher rates of semiautomatic fire compared to a traditional semiautomatic trigger by resetting the trigger between shots more quickly and reliably than a trigger-return spring. As with all semiautomatic triggers, the FRT-15 still requires the user to depress the trigger causing the trigger to function, which releases the hammer, for each shot fired, and then to require the trigger to reset to its ready position before repeating this sequence to fire an additional shot. This is the same type of trigger action which the Fifth Circuit stated in *Cargill* is that of a semiautomatic, non-machinegun rifle.

16.   In contrast, a machinegun operates by providing a second sear independent of the trigger's sear. When a machinegun trigger is pulled (functioned), the trigger sear is moved to release the hammer, but the trigger remains unmoving in the pulled position while the auto sear operates to shoot, automatically more than one shot, without manual reloading, without an additional function of the trigger. While the trigger remains in the pulled position, the hammer is forced back by the bolt carrier. The auto sear catches the hammer in the cocked position between shots and then releases the hammer again automatically when struck by the bolt carrier returning to the forward position without the trigger being functioned (pulled) again. When the trigger is reset by the user allowing the trigger spring to force it forward, the trigger sear catches the hammer (instead of the auto sear), and it stops firing until the trigger is functioned (pulled by the user) again.

In a forced reset trigger, there is only one sear—the sear on the trigger —just like any other semiautomatic trigger. When the trigger functions by being pulled to the rear, the sear releases the hammer to fire one shot. Movement of the bolt carrier forces the hammer back. The design of the trigger causes the hammer to also force the trigger back to the reset position where the trigger sear catches the hammer. Once the trigger is reset, a locking bar prevents the trigger from being functioned (pulled) again until the bolt carrier is safely forward in the ready-to-fire position. This prevents "hammer follow," which is a condition that can allow a second shot to fire or for an unsafe "out-of-battery" ignition of a cartridge. The forward movement of the bolt carrier moves the locking bar away to allow the trigger to be functioned (pulled) again to fire a subsequent shot.

This process is illustrated in the video demonstration available here:

https://dhillonlaw.box.com/s/83pwi4a97id478fl nv31 rv050kda2ccd. *See* Declaration of Cole Leleux.

The Fifth Circuit in *Cargill* included this moving image regarding a mechanical bump stock as part of the decision at:

6

19

and this moving image of the mechanics of the firing process of a semiautomatic, non-machinegun rifle at:

As the Fifth Circuit stated in Cargill,

> The first phrase we consider is "by a single function of the trigger." At the time the statute was passed, "function" meant "action." *Webster's New International Dictionary* 1019 (2d ed. 1934); *see Guedes* , (Henderson, J., concurring in part and dissenting in part); *Aposhian* , (Tymkovich, C.J., dissenting). Thus, the relevant question is whether a semi-automatic rifle equipped with a non-mechanical bump stock fires more than one shot each time the trigger "acts."

> It does not. As illustrated above, a semi-automatic weapon utilizes a simple mechanical process: the trigger disengages the hammer from the sear, the hammer strikes the firing pin, the bullet fires, and the recoil pushes the hammer against the disconnector, which resets the trigger. This process happens every single time one bullet is fired. To be sure, a non-mechanical bump stock increases the rate at which the process occurs. But the fact remains that only one bullet is fired each time the shooter pulls the trigger. … The statute "uses 'single function of the trigger,' not single function of the shooter's trigger finger." *Guedes* , (Henderson, J., concurring in part and dissenting in part); *see also Aposhian* , (Tymkovich, C.J., dissenting) ("The statute speaks only to how the trigger acts, making no mention of the shooter.").

*Cargill v. Garland*, 57 F.4th 447, 459-460 (5th Cir. 2023).

### The ATF's Reports

17.     Each of the ATF's evaluations and reports relies on ATF's re-interpretation of the statute that was expressed in 27 CFR 478.11 and/or 479.11. [1] While I always disagreed that this was a proper interpretation of the statutory definition and that it improperly expanded the scope of the criminal statute, as discussed above, I have been informed of and read the Fifth Circuit's rejection of ATF's interpretation in *Cargill v. Garland*, 57 F.4th 447 (5th Cir. 2023) (en banc), that invalidated the ATF's expanded re-interpretation.

---

[1] The report dated January 13, 2023, does not expressly reference 479.11, but it relies on the same re-interpretation.

**The ATF's Report from July 15, 2021, is Misleading and Inaccurate**

18.    The ATF's report from July 15, 2021, analyzing the FRT-15 and classifying it as a machinegun is misleading and inaccurate. It is riddled with technical mistakes and misuses of language.

19.    The report misleadingly states that a shooter using an FRT-15 can fire multiple shots through "constant rearward pressure to the trigger," "one continuous pull of the trigger," or a "single constant [trigger] pull." July 15 Report at 4. This language leads a reader to think that a shooter can depress an FRT-15 trigger once and hold it down while firing multiple shots. This is physically impossible, given the FRT-15's design. The report acknowledges as much in its technical description of how the FRT-15 operates, which recognizes that "the hammer is driven into the top of the trigger forcing it forward" after each shot and that the trigger is locked in its forward position between shots until the hammer and bolt are finished resetting. Id.

20.    All of the reports rely on a modified interpretation of the statute expressed in 27 CFR § 479.11 that has been determined by the Fifth Circuit Court of Appeals (en banc) to be improper and invalid.

21

21.    What the report refers to as "one continuous pull of the trigger" is misleading and disingenuous. The word "pull" does not appear in the statutory definition of a machinegun under 26 U.S.C. 5845(b) and is a non-issue. It is immaterial to cite what the shooter's finger does when determining whether the FRT-15 is a machinegun. The determining issue is whether the trigger functions once for each shot fired. The ATF is simply deflecting and blurring the real issue by focusing on how much pressure the shooter's finger applies to the trigger and/or whether that pressure is continuous during the firing of two or more shots. Any pressure applied by the shooter while the trigger resets after each shot is inconsequential. Because the trigger of an FRT-15 is forcefully reset by the hammer after each shot, the shooter can maintain some pressure on the trigger between shots, but he must actually move (i.e., "pull") the trigger rearward again to "function" it, thus releasing the hammer, for each shot fired. It is extremely important to note that every time the trigger is forced forward into the reset position, the shooter's finger is forced forward also. This is what results in the shooter being required to again depress the trigger to the rear until it functions, by again releasing the hammer. The FRT-15 trigger must be depressed (functioned) and then reset separately for each shot fired, like any other semiautomatic trigger.

22.    It is irrelevant whether the operation is described as a "single function" or "single pull" of the trigger. As the Fifth Circuit in Cargill discussed, it is the action of the trigger, not the user's finger, that is considered.

23.    Placing "constant pressure" on the FRT-15 trigger, which ATF focuses upon, also accomplishes nothing. Unlike with a machinegun trigger, wherein moving the trigger to the rear once and holding it there causes the firearm to fire multiple shots, constant pressure on the FRT-15 trigger does nothing. Even when constant pressure is applied to the FRT-15 trigger, the trigger still must move aft and fore, from the function of releasing the hammer to the function of reengaging the hammer, for each shot fired. And it does. Constant pressure by the shooter's finger

9

22

does not cause the trigger to fire multiple shots from the initial depression and it does not prevent the trigger from resetting after the first shot is fired.

24.     It is also misleading for the report to imply that a traditional semiautomatic trigger requires the shooter to release it before depressing it again for another shot. As previously explained, a shooter never needs to break contact and physically release a traditional trigger for it to reset because of the trigger-return spring. He only needs to lighten his pressure enough for the spring to move the trigger forward against his resistance. A shooter can fire any standard AR-15 type semiautomatic firearm repeatedly without either breaking contact with the trigger or ceasing constant rearward pressure on it.

25.     Additionally, the report's description of the FRT-15's mechanical operation is obtuse and misleading. The report fails to note that when the FRT- 15's locking bar releases the trigger after the hammer resets, it releases the trigger from a locked position. This omission is misleading because it is important to identify that the trigger is locked in the forward position after each shot is fired and that a separate function of the trigger (moving it to the rear to effect hammer release) is required after the trigger unlocks to fire the next shot. Despite the FRT-15 automatically forcing the trigger to reset, the FRT- 15 requires a separate function of the trigger to fire each shot at all times.

## The ATF's Report from April 27. 2023, is also Inaccurate and Misleading

26.     The ATF's report on the FRT-15 from April 27, 2023, is inaccurate and misleading in much the same manner as the ATF's July 15, 2021, report. To support the conclusion that the FRT-15 is a machinegun, this report mischaracterizes the locking bar (which prevents the trigger from being depressed and functioning after it is reset until the hammer and bolt-carrier group also reset) as a form of automatic sear trip (the part directly responsible for an M- 16[1]s automatic fire). April 27

Report at 4-5. This is a gross error. It is akin to describing a car's brake pedal as equivalent to its accelerator.

27.     The only thing the locking bar and an automatic sear trip have in common is that they both are pivoted upon being contacted by the bolt-carrier as it moves forward. Otherwise, they perform completely different functions. Whereas the pivoting movement of an automatic sear trip serves to release the hammer so that it will automatically fire a subsequent shot (while the trigger remains held in the pulled position), the pivoting of the locking bar has absolutely nothing to do with the release of the hammer. The pivoting of FRT- 15's locking bar only serves to unlock the trigger after it has been moved forward to its "reset" position, thereby allowing the shooter to function the trigger again if he chooses to by depressing it to the rear once more. In the FRT- 15, the hammer does not move until the shooter physically depresses the trigger to the rear, once for each shot fired.

28.     In fact, the report admits that the locking bar specifically causes the FRT-15 to require a separate trigger function for each shot when it cites U.S. Patent No.: 10,514,223 B1:

> The locking bar is pivotally mounted in a frame and spring biased toward a first position in which it mechanically blocks the trigger member against the spring bias to a second position when contacted by the bolt carrier reaching a substantially in battery position, allowing the trigger member to be moved by an external force to a released position.

Exhibit 2 at 5. The "external force" referred to as being required for each movement of the trigger to the released position is the shooter's finger. This external force is required to be applied separately for each shot fired.

The report likens the FRT-15 to other trigger mechanisms and firearm accessories that the ATF previously analyzed and opined to be machineguns: the Akins Accelerator, the Freedom Ordnance trigger, and the Fleischli device. Comparing the FRT-15 to these devices is illogical

and misleading. Page 3 of the report misleadingly cites court cases affirming the ATF's opinion of these other devices:

> Courts have specifically affirmed ATF's interpretation that a single act of the shooter to initiate the firing sequence is a single function of the trigger. Akins v. United States, 312 F. App'x 197, 200 (11th Cir. 2009); Freedom Ordnance Mfg., Inc. v. Brandon, No. 3:16-cv-00243-RLY-MPB (S.D. Ind. Mar. 27, 2018). United States v. Fleischli, 305 F.3d 643, 655 (7th Cir. 2002) (in which electronic switch was the trigger when it served to initiate the firing sequence and the minigun continued to fire until the switch was turned off or the ammunition was exhausted). In the Freedom Ordnance case, the United States District Court of Indiana held that ATF was not arbitrary and capricious in the classification of an "electronic reset assist device" as a machinegun even though the firearm's trigger reset before each shot by pushing the trigger forward. Freedom Ordnance Mfg., Inc, No. 3:16-cv-00243-RLY-VIPB. In these cases, a firearm is a machinegun when it uses an internal mechanism or operation that automatically forces the trigger forward allowing the weapon to fire more than one shot by a continuous pull of the trigger.

Contrary to the last sentence above, there is nothing in the statutory definition concerning internal mechanisms that automatically force the trigger forward. Nor is there anything about a continuous pull of the trigger.

29.     Concerning the Akins case, this device was a "bump stock"; a shoulder-stock which allowed the frame/receiver of the firearm to repeatedly rock aft and fore between a spring and the shooter's stationary finger, which allowed a much quicker rate of semiautomatic fire, which required the functioning of the trigger once for each shot fired. Bump-fire devices, which were produced by a number of companies beginning in the 1980's, were publicly stated by ATF to be legal and not machineguns until March 26, 2019, when ATF began calling them machineguns only due to pressure after the tragic events that occurred in Las Vegas on October 1, 2017 when a deranged gunman murdered dozens of innocent men and women. The Akins, as with all bump stocks, is a completely different device than the FRT-15 or any other forced reset trigger. The only commonality between the two devices is that they both fire one shot for each function of the trigger. A major difference between the Akins device and the FRT-15 is that while the Akins allowed the frame/receiver of the firearm to recoil aft and fore between a spring and the shooter's stationary

finger, the FRT requires the shooter to physically move the trigger again to the rear causing it to function for each shot fired.

30.    The Freedom Ordnance device was an electronic battery-operated trigger reset device, which electronically reset the trigger. It has nothing whatsoever in common with the FRT-15 which uses no electronics. The Freedom Ordnance device used a motor. Its first iteration employed a lever behind the trigger. The motor used this lever to force the trigger forward into the reset position after each shot fired. The second iteration used a "fork" with tines on each side of the trigger, which were parallel to the trigger. These tines forced the finger forward and off the trigger after each shot fired, which allowed the trigger's spring to move the trigger forward into the reset position. The third iteration actually forced the trigger forward into the reset position after each shot. However, the motor did nothing more, and did not serve to fire any shots. The only commonality between the FRT-15 and the various Freedom Ordinance devices is that the FRT-15 and two iterations of the Freedom Ordinance devices cause a forced reset of the trigger. There is no relevant commonality between the design and operation of the FRT-15 and the iteration of the Freedom Ordinance trigger that used the 'fork;' moreover, there is no commonality between the FRT-15 and any of the Freedom Ordinance designs generally because the FRT-15 does not use a motor.

31.    Considering that "trigger" is not defined in federal law, the "trigger" of a firearm is that part which initiates the firing of one or more shots. ATF has long opined that button-actuated motors used to repeatedly fire a firearm are machineguns because the button serves as the trigger. I agree with that opinion. When a firearm uses an electric motor to actuate a trigger, the button or switch of that motor which actuates what used to be considered the trigger now becomes 'the trigger."

32.    Likewise, the Fleischli device was an electronic motor operated by a button. The motor continued to fire the gun automatically as long as the button was actuated. It, however, has nothing

in common with the FRT-15, which is neither electronic nor motor-operated. The Fleischli device only required a single function of the electronic button as a trigger to fire multiple shots, whereas the FRT-15 needs a separate function of its trigger, caused by the shooter, for each shot.

33.     In the last sentence of the report's quote concerning Akins, Freedom, and Fleischli, the report takes the liberty of speaking for the courts when it summarizes their findings by saying that "[i]n these cases, a firearm is a machinegun when it uses an internal mechanism or operation that automatically forces the trigger forward allowing the firearm to fire more than one shot by a continuous pull of the trigger." Id. This is false and misleading, as it adds elements to the statutory definition of "machinegun" that the text itself does not contain. 26 U.S.C. 5845(b) says nothing about a "continuous pull of the trigger."

34.     Along these same lines, the report insists on using the phrases "self-acting or self-regulating" when describing the FRT-15. The use of these phrases is misleading, as all firearms in the category of both machineguns (full-automatic) and semiautomatic guns are self-acting or self-regulating with regard to at least seven of the eight steps in the cycle of operation which occurs between the firing of two shots (firing, unlocking, extracting, ejecting, cocking, feeding, chambering, locking). Every semiautomatic firearm and every full-automatic firearm falls within a broader category called "self-loading" firearms. While no firearm loads the first cartridge into its chamber, firearms in this broad category do load their own chambers with a subsequent cartridge after the first shot is fired. They do so by using power generated from either the gas or the recoil produced by firing the previous cartridge. Regardless of whether it is powered by gas or recoil, the first seven steps of the cycle of operation (except firing) are automatic and "self-acting" or "self-regulating" for both full-automatic and semiautomatic firearms.

14

27

35.    The only difference between the cycle of operation of full-automatic guns (machineguns) and semiautomatic guns is the way in which the hammer is released to fire each shot. In a machinegun, there is only one function of the trigger during multiple shots. While it is held to the rear, it serves to release the hammer for the first shot, but for the remainder of a given string of shots the trigger is held fully to the rear and kept in that position without further movement. All subsequent shots in a given string are the result of a chain reaction caused by the cycle of operation being completed and continually repeated. In a typical semiautomatic firearm, the trigger releases the hammer for the first shot, but the hammer is captured and held rearward aner firing that first shot. The hammer is not released again to fire another shot until the trigger returns to the reset position to engage with the hammer and is then moved rearward again by the shooter's finger, thereby releasing the hammer again. This is exactly what happens with the FRT-15.

36.    In a machinegun/full-automatic firearm, the firing step for the second or subsequent shot happens automatically as a result of the trigger's initial function when the shooter depressed the trigger to fire the first shot; and the full cycle of operation perpetuates, firing round after round, so long as the shooter keeps the trigger depressed after its initial function. Whereas for an FRT-15 and any other semiautomatic firearm, the step for firing a subsequent shot requires the trigger to again perform the function of releasing the hammer from its captive engagement with the trigger. Only upon the shooter making this happen again by moving the trigger to the rear to the point of again releasing the hammer does the gun fire a subsequent shot. This happens independently and separately from the function that fired the first shot. Unlike a machinegun/full-automatic firearm, the FRT-15 does not fire a subsequent shot without an additional manual function of the trigger.

**ATF Improperly Modified the FRT-15 to Make It Operate Like a Machinegun.**

37.    34.    Some of the ATF examinations included modifying the FRT-15 by adding an external force in the form of a spring in an attempt to make it operate as a machinegun. The triggers were

15

modified by adding a zip-tie, cable tie, or hose clamp to apply spring force to the trigger while allowing it to reset. When formed into a loop, each of these added devices becomes a spring that provides an external force on the trigger to pull the trigger automatically after it has been reset. The devices do not need to "stretch" to act as a spring. Each time the stiff, but bendable, loop is deformed, it resiliently returns toward its at-rest state. Thus, each time the shape of the loop is temporarily deformed by the trigger being reset, the loop provides an external spring force to function the trigger again.

38.     The reports state that the trigger is "retained in a fixed position" by the added loop spring device. But this is patently false. The trigger clearly functions each time a round is fired by moving between the reset and pulled positions. If the trigger were actually "retained" in the pulled position and not allowed to move, no more than one shot could be fired before it would malfunction, requiring removal of the clamping device and manually cycling the action to clear the chamber.

39.     All of these modifications are impractical for use outside a testing laboratory setting because they require the firing sequence to be initiated by releasing the action from an open bolt and then cannot be stopped until the magazine is emptied. In any event, they required the addition of an extra part that is not part of the forced reset trigger to modify how the trigger works. Even if these tests produced automatic fire with an FRT-15 through the addition of a zip-tie or cable-tie, or hose clamp, the accessory that would be considered a machinegun under the ATF's own standards and the statute is the zip-tie, cable-tie, or hose clamp. These ties would be comparable to the "shoestring machinegun" the ATF addressed in 2007, when the ATF opined that a standard shoestring that had loops tied in it and was then affixed to a rifle in a manner that enabled it fire automatically by a function of the trigger was a machinegun. Attachment D. Only the shoestring was determined to be the machinegun, not the firearm itself that had fired semiautomatically before the shoestring was introduced.

40.     Both the July 15, 2021, report and the April 27, 2023, report also omit the crucial point that

if the shooter exerts enough rearward pressure while pulling the trigger back that he prevents it

from moving forward again to reengage the hammer, the FRT-15 malfunctions and the cycle of

operation is interrupted. If the shooter pulls too hard on the trigger and prevents it from resetting,

the firearm malfunctions and ceases to operate. This exposes the ATF's implication in both reports

that a shooter can simply pull the trigger once, hold it back, and cause the FRT-15 to fire multiple

shots to be a lie. It is a physical impossibility given the FRT-15's design, and attempting to do so

will only cause the FRT-15 to stop firing.

## The ATF Previously Approved a Forced Reset Trigger that is Substantially Similar to the FRT-15

41.     Further, I refer to the October 31, 2013, letter from Earl Griffith (former Chief of Firearm

and Ammunition Technology Division) to Michael Stakes concerning the 3MR forced reset trigger.

The 3MR trigger is a forced reset trigger similar in operation to the FRT-15 that was also designed

for the AR-15 platform. In this letter, after examining and test-firing the 3MR trigger, Mr. Griffith

admits that the 3MR has a "positive reset characteristic" and that "it is also intended to provide

positive resets between each shot." October 31 letter at 2. The letter states that the

3MR trigger functions based on how:

> the reset lever pivots forward, and the hammer engages/contacts the lever during the
> cycling of the rifle. In this position, the hammer contacts the reset lever during
> cocking which applies force to the trigger, forces the shooter's finger forward, and
> allows the trigger to reset rapidly

> ...a function test was performed before live fire was conducted. The 3MR functioned
> only semi automatically during both the field test and live-firing.

> In conclusion, FTB has determined that the 3MR trigger assembly is not a part or
> combination of parts that will convert a semiautomatic firearm into a machinegun.
> Id. Since the hammer forces the 3MR trigger forward into the reset position after

30

each shot, the shooter must again depress the trigger rearward to the firing position
for each shot fired.

This is exactly what the FRT-15 requires.

42.    In a firearm equipped with a 3MR trigger, like one equipped with an FRT-15, after a shooter

fires a shot the cycle of operation loads and prepares a subsequent shot to be fired but stops short

of firing it. After firing any shot, both the FRT-15 and the 3MR trigger systems cause the trigger

to reset and require the shooter to then function the trigger to the rear again causing a release of

the hammer to fire again. Continuous rearward pressure on either an FRT-15 or on a 3MR will not

create a continuous cycle of firing because the trigger must engage in separate functions, moving

back and forth, for each shot fired; and each movement rearward to depress the trigger to the point

of releasing the hammer and firing a shot must be manually and intentionally done by the shooter.

There is no basis by which the ATF can consider the FRT-15 a machinegun while also considering

the 3MR trigger not to be one as well.

43.    Finally, it is worth noting that the ATF has previously used a trigger-movement-based

standard for determining whether a firearm fires multiple rounds automatically "by a single

function of the trigger." In 2009, when I was an ATF Special Agent, the ATF Firearm Technology

Branch promulgated an email to me and hundreds of other ATF personnel (attached as Attachment

E), stating that " [t]he ATF-counsel-approved interpretation of 'single function of the trigger' is a

single movement of the trigger."

## Conclusion

44.    For the forgoing reasons, my expert opinion is that the FRT-15 is a semiautomatic trigger

and is in no way a machinegun under the statutory definition. This is because the FRT-15 requires

separate functions of the trigger for each shot fired and it ceases to function if the trigger does not

reset after each shot. The ATF's report from July 15, 2021, and its report from April 27, 2023,

18

31

analyzing the FRT-15 and classifying it as a machinegun are inaccurate and misleadingly worded. They give a false impression that the FRT-15 functions like a traditional automatic trigger — which it does not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August ___7___, 2023.

By: Daniel O'Kelly

19

32

# RESUME OF
# DANIEL G.  O'KELLY
### DIRECTOR
### INTERNATIONAL FIREARM SPECIALIST ACADEMY, INC.
#### GUNLEARN.com

#### FIREARM EXPERT/CONSULTANT

---

**PO Box 350760**                                                    **(813) 422-4674**
**Grand Island, Florida 32735**
**E-mail: Info@GunLearn.com**
**Website: www.GunLearn.com**


**EDUCATION:**

College: -Valparaiso University, Valparaiso, Indiana
              Attended from fall 1974 through Spring of 1975.
           -Indiana University
            Transferred to Indiana University in fall 1975 and
            graduated January, 1981 (Bachelor's degree).

**EXPERIENCE:**

I have over 40 years of full-time experience as a Police Officer, ATF Agent/Firearm Specialist, Criminal Investigator, Range Instructor, teacher of firearm technology, ammunition and firearm manufacturer, and collector. I have examined well over 100,000 firearms and even more pieces of ammunition. I've been involved in numerous investigations concerning them, and I have testified continually in criminal & civil cases in State, Superior, Circuit, District and Federal Courts since 1978. I have been recognized as an expert witness in Federal and State courts since 1990 and have given numerous depositions in criminal and civil cases. I have testified and/or consulted as an expert on the topics of use of force, self-defense with a firearm, ballistics, gunshot residue, interstate nexus, federal and state firearm regulations, trade dress, ATF rulings, ATF compliance and procedures, shooting reconstruction, firearm classification, firearm design, and wrongful death. My testimony in four trials on the topic of federal firearm definitions from 2014 to 2019 resulted in the Bureau of ATF undertaking a 2-5 year rewrite of the definition of a firearm "frame or receiver", as the one which they have applied for 48 years does not match 60% of the firearms on the market. That change was ratified 8/24/22, and then ATF was enjoined from enforcing it two days later by a Federal Judge.

I have worked undercover in three illicit international arms dealing cases, and am one of only two ATF Agents who have performed an undercover investigation of illicit international firearm trafficking in Europe.  I was the undercover Agent in the investigation of international arms dealer Efraim Diveroli; a case which resulted after the activity portrayed in the 2016 movie "War

Resume of Daniel G. O'Kelly
June 30, 2023  Page 2

Dogs". Since 1996 I have been a full-time instructor of most facets of the field of firearms, including ballistics, forensics, ATF compliance and regulations, markings, manufacture, classification, and specialize in establishing the interstate nexus of firearms and ammunition in federal court. I have taught these topics countless times from coast to coast, and several times each, in Europe and Africa, and am a Technical Advisor to the Association of Firearm and Tool Mark Examiners, as well as an Advisory Board Member of the Sonoran Desert Institute. I co-wrote the lesson plans for the ATF National Academy, and the firearm technology and compliance training program for Cabela's, Inc., which is the largest firearm retailer in the world. I also served for two years as one of Cabela's corporate ATF Compliance Managers. My training is also approved as continuing education by the American Board of Medico-legal Death Investigators and the International Association for Identification, and I am a contracted instructor for the FBI. I also am a firearm designer and hold a patent, as registered with the U.S Patent Office.


**WORK EXPERIENCE:**
       11/11 to Present:      **DIRECTOR & CONSULTANT**
                          International Firearm Specialist Academy
                          Denton, Texas

Self-employed consultant with a staff of fellow consultants, specializing in firearm and forensics-related services for law enforcement, the legal profession, the firearm industry, and the insurance industry.

Clients include civil Attorneys, prosecuting and defense Attorneys, law enforcement agencies and individual law enforcement personnel, licensed firearm dealers, manufacturers, importers and collectors.

Services offered include firearm and ammunition identification, training seminars on firearm technology, subject-matter expert court testimony, shooting scene reconstruction, shooting accident investigations & reconstructions, gun safety & design-related consultations, ATF compliance consultation and examinations/audits, armorer schools, range instruction, tool mark examinations, crime scene examinations & reconstruction, general criminalistics related examinations, gunshot residues issues, distance determination examinations, forensic pathology casework consultations, etc. I have provided training, testing and certification to over one thousand people as Certified Firearm Specialists.


11/11 to 12/13:         **CORPORATE SENIOR MANAGER**
                  **FIREARM COMPLIANCE TEAM**
                       Cabela's, Inc.
                       Sidney, Nebraska

Resume of Daniel G. O'Kelly
June 30, 2023 **Page 3**

Responsible for the auditing and inspection of the firearm departments of the company's 50 stores. This was in order to ensure and maintain ATF compliance, for one of the world's largest firearm retailers.  I also co-wrote and delivered their training program to hundreds of employees on firearm ID, ATF compliance, Ammunition, the Gun Control Act and the National Firearms Act.

03-01 to 11/11:        **ATF SENIOR SPECIAL AGENT**
                              Tampa, Florida

Duties included investigations of violations of the federal gun laws and explosives laws, bombings, arsons and undercover investigations of organized crime. Further, it included firearm interstate nexus determinations and the teaching of same, firearm technology determinations, court testimony, and the training of ATF Agents and Investigators and other law enforcement personnel on all aspects of firearms. I was the commonly preferred Agent of the U.S Attorney's Office, for testimony on firearm matters.

05/02 to 05/03:        **FIREARM INSTRUCTOR COORDINATOR (as ATF Agent)**
                              Tampa Field Division, Florida

During my tenure as an ATF Agent in Tampa, I served for 2 years in this capacity also. Duties included the firearm training of ATF personnel for the northern 2/3 of the State of Florida. This supervisory responsibility included:
- Firearm identification
- Ammunition casing, bullet and cartridge identification
- Firearm Interstate Nexus determinations for U.S. District Court
- NFA firearm examinations/determinations
- Oversight of 15 Range Instructors
- Maintenance of the firearm training budget, maintenance of over 200 firearms in inventory and maintenance of over 50,000 rounds of ammunition
-Assisting U.S. Attorneys and other Agents in firearm and ballistics related determinations
- Teaching seminars statewide, to thousands of police, legal, medical, and other personnel, on firearm and ammunition- related topics.
- Made determinations as to whether an item is a non-gun vs. a firearm, according to Title 18 and Title 26, U.S. Code
- Performed function checks on firearms as to their ability to fire
- Acted as the Armorer/repairman for all duty-issued firearms
- Purchased supplies- ammunition, equipment, etc... as needed for the Field Division.
- Testifying in court (local, state, and Federal) concerning my examinations. (several hundred times at last count).

3

35

Resume of Daniel G. O'Kelly
June 30, 2023  **Page 4**

01-96 to 03/01    **ATF SENIOR SPECIAL AGENT/ PROGRAM MANAGER**
ATF National Academy
Glynco, Georgia

I was the Chief Firearm Technology Instructor at the ATF National Academy, where I wrote and co-wrote the entire firearm technology course of study that is still taught to new Agents and compliance Investigators. I also instructed courses for U.S. Customs on firearm importation. I also was custodian of the firearm reference vault which contained over 800 firearms, including numerous NFA firearms. It was my duty to maintain, repair and have a teaching-level familiarity with the operation of all of them.

I also became certified by ATF as an Interviewing (Train-The Trainer) Instructor, and administered several Interviewing Schools around the U.S., as sponsored by the ATF National Academy. I also served as the Program Manager of ATF's Undercover School during 1998-99. I delivered and co-instructed numerous 2-week undercover courses to State, Local and Federal law enforcement officers, including ATF.

03-00 to 5-00    **Temporary Duty as Supervisory ATF Resident Agent-in-Charge**
Wilmington, Delaware

Tasked with correcting the multitude of problems in a rogue office which was being considered for closure due to the many failures of its Agents. Success was achieved in only six weeks as the Agent in Charge of the State of Delaware, resulting in my being awarded for Special Service by the Baltimore Field Division.

09-88 to 01-96    **ATF SPECIAL AGENT**
Merrillville, Indiana

Duties included investigations of violations of the federal gun law, explosives laws, bombings, arsons and organized crime. Heavy emphasis was given to undercover investigations of armed narcotics dealers and organized crime. Further, duties included firearm interstate nexus determinations, firearm technology determinations, court testimony, and the training of ATF Agents, Investigators and other law enforcement personnel on all aspects of firearms. I was the commonly preferred Agent of the U.S Attorney's Office for testimony on technical firearm matters.

03-77 to 09-88    **POLICE OFFICER**
**Porter County, Indiana**

Duties included public safety and service, investigations and arrests for violations of municipal ordinances, State and Federal law.  Also included was routine traffic patrol, and answering calls

4

36

Resume of Daniel G. O'Kelly
June 30, 2023 **Page 5**

and taking reports of crimes. I served also as department firearm range instructor, providing range oversight, and classroom instruction. I also served for two years in a full-time undercover capacity attached to the Porter County Drug Unit. My duties there were to make purchases of narcotics, firearms and other contraband and investigate the perpetrators. I served the last two years as a Detective Corporal, doing follow-up investigation of everything from misdemeanors to violent felonies.

**Specialized Training:**
- Completed Foreign Weapons Armorer's School at Phoenix Defence, Henderson, NV – 10/22
- Attend the Vickers Machinegun Armorer School at Phoenix Defence, Henderson, NV – 6/22
- Attend the CMP M1 Advanced Maintenance Class, Anniston, AL – 7/20
- Tour of Franklin Armory manufacturing plant in Minden, NV – 9/18
- Recognizing an 80% Receiver in Casework (AFTE 2018 - Kingery) – 6/18
- Tour of LRB firearm manufacturing facility Floral Park, NY - 1/18
- Tour of the Museo Del Ejercito (Army Museum) in Toledo, Spain – 9/17
- Tour of the Imperial War Museum London, England – 9/17
- Tour of War and Peace Museum Oban, Scotland – 9/17
- Staged Homicide Crime Scenes seminar (Forensic Pieces) - 5/17
- Shooting Incident Reconstruction Course (40 hours, by Tritech Forensics) - 5/17
- Tour of Military Musem Menege (Finnish Government Military) museum in Suomenlinna, Finland - 9/16
- Tour of Freedom Ordnance mfg. facility – Chandler, IN 2016
- Tour of Armemuseum (Swedish Government Military) museum in Stockholm, Sweden – 9/16
- Barrel Making Techniques (AFTE 2016 – Offringa) -6/16
- The Silencer in Court for the Expert Witness (ATF FTB – Kingery) - 4/15
- The Machineguns and Machinegun Conversions (ATF FTB – Kingery) - 4/15
- Tour and research at HS Precision Rifles mfg. facility in Rapid City, SD, and Dakota Arms mfg. facility in Sturgis, SD – 2013
- Tour and research at Connecticut Shotgun in New Britain, CT., and Charter Arms in Sheldon, CT. – 2013
- Tour and research at STI Firearms mfg. facility in Austin, TX.- 2013
- Tour and research at North American Arms in UT. - 2013
- International Exchange of Military Technology, Titusville, FL - 2012
- Tour and research at Patriot Ordnance Factory, Phoenix, AZ. – 2012
- Tour and research at Arms Tech Ltd. in Phoenix, AZ. - 2012
- Tour and research at Windham Weaponry in Windham, ME.- 2012
- Armorer training, Kimber Firearms, West Palm Beach, FL. – 2011
- Tour and research at the Bundesamt fur Wehrtechnick und Beschaffung (BWB) (Federal Office of Defense Technology and Procurement) in Koblenz, Germany. – 2010
- Armorer training, DS Arms (FAL), Springfield Armory (XD), and Smith & Wesson (M&P), San Antonio, TX. - 2010

Resume of Daniel G. O'Kelly
June 30, 2023  Page 6

-Tour and research at Kel-Tec CNC Industries, Cocoa Beach, FL. – 2009
-Tour and research at Diamondback Arms, Titusville, FL. - 2009
-Tour and research at the German Police (BKA) firearm technology reference collection, Wiesbaden, Germany - 2005
-Tour and research at Vektor Firearms factory, and the New Generation Ammunition Factory, Pretoria, South Africa. – 2004
- Remington Armorer School (870, 1187 and 700), Cape Girardeau, Missouri. – 2003
- Tour and research at MFS ammunition factory, Sirok, Hungary. – 2003
- International Association of Law Enforcement Firearm Instructors (IALEFI) annual training conference, Orlando, Florida. – 2003
- Tour and research at Sellier & Bellot ammunition factory, Vlasim, Czech Republic. – 2003
- Tour and research at the U.S. Military Academy firearm museum at West Point, NY. – 2003
- Firearm Instructor Recertification/Enhancement Workshop, ATF Special Operations Division, Orlando, Florida. – 2002
- Colt Armorer school (AR-15/M-16/M-4 series), (Model O pistols), Fairfax, Virginia. – 2002
- Beretta Armorer school (model 92/96), San Diego, California. – 2002
- Fabrique Nationale Herstal (FNH) Armorer school (P90) San Diego, California. – 2002
- Tour and research at Pretoria Metal Pressings (PMP) ammunition factory, Pretoria, South Africa. - 2002
-Tour and research at Vektor firearm mfg., Pretoria, South Africa.- 2002
- IALEFI Training Conference, San Diego – 2002
- Tour and research at Fegarmy firearm factory (2nd tour), Budapest, Hungary. -2001
- Tour and research at the Hungarian Police Laboratory firearm reference collection, Budapest, Hungary -2001
- Tour and research at Ceska Zbrojovka (CZ) firearm factory (my 2nd tour) and the Czech government Proof House, Uhersky-Brod, Czech Republic. – 2001
- Tour and research at Glock firearm factory (my 2nd tour), Deutsch-Wagram, Austria. -2001
- Tour and research at the Vienna proof house in Deutsch- Wagram, Austria. – 2001
- Tour and research at Carl Walther firearm factory (my 2nd tour), Ulm, Germany. - 2001
- Tour and research at the government proof house, Ulm, Germany – 2001
- Tour and research at Heckler & Koch firearms (my 2nd tour), Oberndorf, Germany. -2001
- Tour and research at Sig-Sauer firearms (my 2nd tour), Eckernforde, Germany. – 2001
- Tour and research at the Kiel proof house, Eckernforde, Germany – 2001
- Tour and research at the Fabrique Nationale (FN) firearm Factory, Liege, Belgium. -2001
- Tour and research at the government proof house, Liege, Belgium -2001
- Tour and research at the Austrian Police Headquarters Waffen Referat (Weapons Reference Collection), Vienna, Austria. – 2001
- Tour and research at the Heeresgeschichtlen (Military History) Museum, Vienna, Austria. – 2001
- ATF Youth Crime-Gun Interdiction Initiative Instructor school, Washington, D.C. – 2000
- Tour and research (my 2nd tour) at the Heeresgeschichtlichen (Military History) Museum, Vienna, Austria. – 1999
- ATF Advanced Firearm Interstate Nexus course on ammunition manufacturing. Included tours

6

38

Resume of Daniel G. O'Kelly
June 30, 2023 **Page 7**

and research at Hornady in Grand Island, Nebraska, 3D in Doniphan, Nebraska, Lake City
Army Ammunition Depot in Independence, Missouri, Starline Brass and Sierra Bullets in
Sedalia, Missouri, and the Winchester-Olin ammunition plant in East Alton, Illinois - 1999
- ATF Advanced Firearm Interstate Nexus course on firearm manufacturing. Included tours and
research at Sturm-Ruger (my 2nd tour) and Pine Tree Castings in New Hampshire, Smith &
Wesson and Springfield Armory in Massachusetts, and Colt and Mossberg in Connecticut. –
1998
- Sturm-Ruger Armorer course (Mini-14, Police Carbine, P89, P95) Newport, NH – 1997
- Tour and research at Sturm-Ruger firearm factory, Newport, New Hampshire. - 1997
- Tour and research at Pine Tree (firearm) Castings facility, Newport, New Hampshire. – 1997
- Tour and research at Ceska Zbrojovka (CZ) firearm factory in Uhersky-Brod, Czech Republic.
- 1997
- Tour and research at Steyr firearm mfg. plant, Steyr, Austria.- 1997
- Tour and research at the Fegarmy' firearm mfg. plant, Budapest, Hungary. – 1997
- Tour and research at Glock pistol mfg. plant, Deutsch- Wagram, Austria. 1997
- Heckler & Koch Armorer, Sterling, Virginia. – 1996
- Sig-Sauer Armorer course (P225, P226, P228) Fort McClellan, Alabama. – 1996
- Reid Interviewing Seminar – 1996
- ATF Interviewing Instructor and Neuro-Linguistic Programming School – 1996
- SIMUNITIONS Scenario-Based (Train the Trainer) Seminar – 1996
- Tour and research at Sig-Sauer mfg plant, Eckernforde, Germany, - 1995
- Tour and research at Carl Walther firearm mfg. plant, Ulm, Germany, where I consulted on
development of the model P99 pistol. – 1995
- ATF Advanced Arson and Explosives Investigation School – 1995
- Violent Crime/Homicide Investigation School (USDOJ) – 1994
- Tour and research at the Ministry of Defense, Pattern Room, Nottingham, England. – 1994
- Tour and research at Holland & Holland, Ltd., firearms London, England. – 1994
- Bureau of ATF Academy Instructor Certification – 1994
- Glock Armorer Course, Springfield, Illinois. – 1993
- Advanced Interviewing and Interrogation (Portage PD)- 1992
- Sig-Sauer Armorer Course, Greenwood, Indiana. - 1990
- FLETC Distinguished Weapons Expert Certification – 1990
- ATF Basic Firearm Interstate Nexus course, Washington D.C., (included examination of over
4,500 firearms) - 1990
- Firearm Instructor certification course at the Federal Law Enforcement Training Center,
Marana, AZ. – 1990
- New Agent Training at the Federal Law Enforcement Training Center, Glynco, Georgia. –
1988
-Criminal Investigator School, at the Federal Law Enforcement Training Center, Glynco,
Georgia. – 1988
- Smith & Wesson Revolver Armorer Course, Kent State University -1987
- Smith & Wesson's Scope -Sighted Rifle School - 1987
- Indiana L.E. Training Board, Instructor Certification – 1987

Resume of Daniel G. O'Kelly
June 30, 2023 Page 8

- Aerko International Chemical Weapons Specialist School, Camp Atterbury, Indiana. – 1987
- NRA Police Firearms Instructor Certification - 1985
- FBI Hostage Negotiator School – 1984
- Firearm Instructor Training Course at the Indiana Law Enforcement Academy, Plainfield, IN. –
  1982
- Monadnock PR-24 Police Baton (Portage PD) – 1981
- Police Officer Street Survival (L/SPSTC) – 1981
- Chemical Tests for Intoxication Certification (ILEA) - 1979
- Police Officer Certification, Indiana Law Enforcement Academy, Plainfield, Indiana. – 1979
- NRA Police Expert (Range Qualification) - 1978

**PROFESSIONAL AFFILIATIONS**

NSSF (The National Shooting Sports Foundation)
ARIN (ATF's Ammunition Research and Identification Network)
IAA (The International Ammunition Association)
NDIA (The National Defense Industrial Association)
IALEFI (The International Association of Law Enforcement Firearm Instructors)
NRA (The National Rifle Association)
ABMDI (Association of Medico-legal Death Investigators)
PEAF (Property an Evidence Association of Florida)
FDIAI (Florida Division- International Association of Identification)
IAI (International Association for Identification – National Chapter)
ILEETA (International Law Enforcement Educators and Trainers Association)
AFTE (Association of Firearm and Tool Mark Examiners)

**PRESENTATIONS**

1. Certified Firearm Specialist Course (3-day seminar) – West Palm Beach, FL 2/23
2. Certified Firearm Specialist Course (3-day seminar) – Albuquerque, NM 9/22
3. Certified Firearm Specialist Course (3-day seminar) – Honolulu, HI 6/22
4. Certified Firearm Specialist Course (3-day seminar) – Pensacola, FL 2/22
5. Certified Firearm Specialist Course (3-day seminar) – Seattle, WA 9/21
6. Certified Firearm Specialist Course (3-day seminar) – El Cajon, CA 9/21
7. Certified Firearm Specialist Course FBI (3-day seminar) – Little Rock, AR 5/21
8. Certified Firearm Specialist Course (3-day seminar) – Seattle, WA 9/20
9. Certified Firearm Specialist Course FBI (3-day seminar) – Kansas City, MO 8/19
10. Certified Firearm Specialist Course FBI (3-day seminar) – Las Vegas, NV 8/19
11. Certified Firearm Specialist Course (3-day seminar) – St. Louis, MO 8/19
12. Certified Firearm Specialist Course FBI (3-day seminar) – Charlotte, NC 7/19
13. Certified Firearm Specialist Course (3-day seminar) – Oceanside, CA 7/19
14. Certified Firearm Specialist Course FBI (3-day seminar) – San Antonio, TX 7/19
15. Certified Firearm Specialist Course FBI (3-day seminar) – New Haven, CT 6/19

Resume of Daniel G. O'Kelly
June 30, 2023 **Page 9**

16. How to Identify "Other" Firearms – AFTE 50th Annual Conf. Nashville, TN 5/19
17. Machineguns and Clandestine Conversions – Nashville Police Department/AFTE 5/19
18. Certified Firearm Specialist Course Seattle, WA – 5/19
19. Certified Firearm Specialist Course Orlando, FL – 5/19
20. Certified Firearm Specialist Course Skokie, IL – 4/19
21. Certified Firearm Specialist Course FBI (3-day seminar) – Chicago, IL 7/18
22. Advanced NFA Firearm Training – Houston, TX 6/18
23. "Other Firearms" (AFTE 2018) - Charleston, WV  6/18
24. Firearm Technology and Specialist Training (3-day seminar) – Boston, MA 5/18
25. Firearm Technology and Specialist Training (3-day seminar) – Brighton, CO 4/18
26. Firearm Technology and Specialist Training (3-day seminar) – Santa Cruz, CA 3/18
27. Firearm Technology and Specialist Training (3-day seminar) – Floral Park, NY 1/18
28. Firearm Technology and Specialist Training (3-day seminar) – Oceanside, CA 11/17
29. Firearm Technology and Specialist Training (3-day seminar) – Pensacola, FL 11/17
30. Firearm Technology and Specialist Training (3-day seminar) – St. Louis, MO 8/17
31. Firearm Technology and Specialist Training (3-day seminar) – Kissimmee, FL 6/17
32. Firearm Technology and Specialist Training (3-day seminar) – Seattle, WA – 4/17
33. Firearm Technology and Specialist Training (3-day seminar) – Chicago, IL – 4/17
34. Firearm Technology and Specialist Training (3-day seminar) – Escondido, CA – 10/16
35. Firearm Technology and Specialist Training (3-day seminar) – Ft. Myers, FL – 10/16
36. Home-made Firearms, Silencers, Disguised Firearms, and Court Testimony – SWAFS - Galveston, TX - 9/16
37. Firearm Classification and Markings – IAI/Cincinnati, OH – 8/16
**38.** Certified Firearm Specialist Course (3-day seminar) – FDLE Jacksonville, FL - 7/16
**39.** Firearm Technology and Specialist Training (3-day seminar) – New Jersey St. Police – 7/16
**40.** Firearm Technology and Specialist Training (3-day seminar) – Pensacola, FL PD - 7/16
**41.** Firearm Technology and Specialist Training (3-day seminar) – CSI Academy Alachua, FL – 7/16
42. Firearm Classification and Markings – AFTE/New Orleans, LA – 6/16
**43.**  Discerning real guns from fakes with video/photo evidence – AFTE/New Orleans, LA – 5/16
**44.** Firearm Technology and Specialist Training (3-day seminar) – Santa Fe, NM – 5/16
**45.** Firearm Technology and Specialist Training (3-day seminar) – St. Louis, MO – 4/16
**46.**  Firearm Technology and Specialist Training (3-day seminar)– Seattle, WA – 4/16
**47.** Firearm Technology and Specialist Training (3-day seminar) – Miami, FL – 1/16
**48.** Firearm Technology and Specialist Training (3-day seminar) – Biddeford, Maine – 1/16
**49.** Firearm Technology and Specialist Training (2-day seminar) – Jacksonville, FL – 9/15
**50.** Firearm Technology and Specialist Training (2-day seminar) – Windham, Maine – 8/15
**51.** ATF Firearm Licensee Compliance; Jeffersonville, IN – 8/15
**52.** Firearm Technology and Specialist Training (2-day seminar) –Pensacola, FL PD – 7/15
**53.** Firearm Technology and Specialist Training (2-day seminar) - Kissimmee, FL – 7/15
**54.** Firearm Technology and Specialist Training (2-day seminar) – Seattle, WA - 5/15

9

Resume of Daniel G. O'Kelly
June 30, 2023 **Page 10**

55. Firearm and Ammunition Classification – PNWIAI Conference – Portland, OR 5/15
56. Firearm Technology and Specialist Training (2-day seminar) – Miami, FL – 3/15
57. Firearm Technology and Testimony (2-day seminar) – Orange Beach, AL - 11/14
58. Firearm Technology and Testimony (2-day seminar) – Albuquerque, NM – 10/14
59. Basic Firearm Technology and Testimony – Ft. Myers, FL – 7/14
60. Advanced Firearm Technology – Institute of Military Technology – Titusville, FL. 10/12
61. Firearm Recognition/Handling/Testimony – Orange Co. Sher. Ofc. – Orlando, 7/5/12
62. Firearm Recognition/Handling/Testimony – Florida Dept. of Law Enf. - Orlando, 6/4/12
63. Firearm ID – How to Read a Gun – Florida Assn. of Lic. Inv. – Tampa, FL 6/11/11
64. Firearm Hist. and Development – A Primer/ Becoming an Expert – W. P. Bch, FL, 5/26/11
65. Contributor to the book **Cartridges & Firearms Identification** by Robert Walker, ISBN #978146502062 – 2010
66. Firearm Technology and Enforcement – Int'l LE. Academy – Budapest, Hungary, 7/10
67. Crime-Gun Safety, Recognition and Handling – Daytona Beach Police Department, 09/09
68. Crime-Gun Safety, Rec. and Handling – Brevard County, FL Sheriff's Office, 06/09
69. Ammunition Technology – Property and Evidence Association of Florida, Orlando, 02/09
70. Firearm Interstate Nexus – ATF and South African Police Service - Orlando, FL, 01/09
71. Industry Operations Investigator Basic Course – Glynco, GA, 10/07
72. Firearm Technology and Enforcement – Gabarone, Botswana (Africa), 08/07
73. Small Arms Trafficking – ILEA – Gabarone, Botswana (Africa), 08/07
74. Firearm Recognition, Technology and Anti-Smuggling – ILEA Budapest, Hungary, 12/08
75. Firearm Recognition/Technology – Orange County Sheriff Orlando, FL 08/08
76. Crime-Gun Rec., Handling, Tech. and Prosecution – FDIAI – Panama City, FL, 11/05
77. Reloading Metallic Cartridges - Florida Dept. Of Law Enforcement – Tampa, FL 03/08
78. New Developments in Ammunition – FDLE Orlando, FL, 10/04
79. Firearm Technology and Enforcement – Gabarone, Botswana (Africa), 09/04
80. Small Arms Trafficking – ILEA – Gabarone, Botswana (Africa),
81. Man-Portable Air Defense Systems – Florida Intelligence Unit – Daytona Bch, FL 07/04
82. Reloading Metallic Cartridges - Florida Dept. Of Law Enforcement – Tampa, FL, 08/03
83. Firearm Recognition, Technology and Anti-Smuggling – ILEA Budapest, Hungary, 06/03
84. Firearm Technology and Enforcement – Gabarone, Botswana (Africa), 08/02
85. Firearm Recognition, Technology and Anti-Smuggling – ILEA Budapest, Hungary, 02/97
86. Firearm Technology for Law Enforcement Gary, IN, 12/95

## AWARDS & ACHIEVEMENTS

Fraternal Order of Police (Past-President) Westchester Lodge #152 - 1980
Presented Distinguished Weapons Expert Award by FLETC - 1990
Presented Special Act or Service Award by ATF - 1993
Presented U.S. DOJ Award for Public Service by U.S Attorneys Office - 1995
Presented Special Act or Service Award by ATF - 1999
Presented Special Act or Service Award by ATF - 2000
Presented Certificate of Appreciation by ATF National Academy – 2001

Resume of Daniel G. O'Kelly
June 30, 2023  **Page 11**

Presented Special Act or Service Award by ATF - 2002
Presented Award for Educational Support by PEAF - 2005
Invited to join ATF's ARIN (Ammunition Research & ID Network) – 2005
Featured Speaker- "<u>Firearm Technology</u>"- Property and Evidence Association of
Florida Annual Conference - 2006
Research of ammunition company history determination on interstate nexus,
on metallic cartridges found in the State of Florida.- 2009
Presented IALEFI Guest Instructor Award - 2010
Invited onto the Advisory Board of the Sonoran Desert Institute – 2014 - Present
Recognized as a Technical Advisor to the Assn. of Firearm and Tool Mark Examiners –
2017 - Present

**Daniel O'Kelly**
**Recent Prior Testimony, Statement, Declaration, or Consultation**

U.S. vs Joseph Roh #SACR 14-00167-JVS (Los Angeles 2018)
U.S. vs Caleb Andrew Bailey 8:16-cr-246 (Maryland 2018)
U.S. vs. Alan Bruce Pichel SACR 14-00167-JVS (Los Angeles 2018)
US. vs. Andrew Kowalczyk 2018 (Portland, OR)
U.S. vs. Stephen Powers (2018 Richmond, VA)
U.S. vs Alan Balagtas Rivers (17-00478YGR) (Sacramento, CA)
Leapers Inc. vs. TRARMS Inc. 1:15-cv-01539-SEB-MJD (Indianapolis, IN)
U.S. vs. Adam Michael Webber 2:14-cr-00443 (Salt Lake City, UT)
U.S. vs. Hasson (Greenbelt, MD) 8:19-cr-00096
U.S. vs. Matthews-Amos (Reno, NV) 3:18-cr-083
U.S. vs. Steven Robison and Richard Rowold (Toledo, OH) 3:18 -cr-00387
U.S. vs. Groves, Paul 2:16-CR-041 (Columbus, OH)
U.S. vs Grimes, Eric 2020-229-JLB 312918 (Columbus, OH)
Jonathan Perinetti vs. Scottsdale Gun Club, et al CV2018-013381 (Phoenix, AZ)
Florida vs. Jermaine Burney 19CF014124A Tampa, FL
U.S. vs. Joshua Seekins 3:19-CR-563-M (Dallas, TX)
U.S. vs. Steven Grijalva ED CR 20-00042-JGB (Riverside, CA)
Texas vs. Jaqualyn Davis F18-75814X (Dallas)
California vs. Fernando Carlos Beltran BA473833-02 (Los Angeles, CA)
Texas vs. Ray Battles Atty. Clark Birdsall (Dallas, TX)
US v. John Hammond 2:19-CR-517 Atty. Caroline Cinquanto (Philadelphia, PA)
US v. Cesar Isais (Los Angeles, CA) Atty. Waseem Salahi
US V. Roberto Osborne (St. Louis, MO) 2020 Atty. Rachael Korenblat
Florida v. Delvin Rojas-Rivera 2020 Atty. Lillian Odongo (Tampa Fl)
Texas v. Destin Bailey 2021 (Dallas, TX) Atty. Clark Birdsall
US v. Howard Davis (Raleigh, NC) 2022 Atty. Elliot Abrams
US v. Brian Downey 2021 (NY, NY) Atty. Andrew Quinn
US v. Kristopher Ervin 2021 (Jacksonville, FL) Atty. Alex King
US v. Alex Friedmann (Nashville, TN) 2021 Atty. Ben Russ
US v. Alan Garcia 2:19-cr-0179-KJM (Sacramento, CA) 2021 Atty. Douglas Beevers
US v. Taylor Gates (Dallas, TX) Atty. Douglas Palmer 2021
Griggs v. Ghost inc. No 17-1491 (Monroe, LA) 2017 Atty. Robert Baldwin
US v. Steven Grijalva CR20-0042-JGB (Riverside, CA) Atty. Andrew Byrd 2020
US v. Ronald Grab (Toledo, OH) 3:20-cr-00618-JJH 2020 Atty. Thomas Kurt
US v. Gregory Hay 19-CR-170 2021 (Western District of NY) Atty. Cheryl Meyers Buth
US v. Jordan Holt 2021 MJ21-147-KEW (Oklahoma) Atty. Callie Steele
NY v. Jerry's Firearms 2021 Atty. Joseph Indusi (Hauppage, NY)
US v. Aaron Johnson 2021 Atty. Chris Wilson (Harrisburg PA)
Rare Breed Triggers v. US 2021 (Orlando, FL.) Atty. Kevin Maxwell
Texas v. Kevin Mock 2021 (Navasota, TX) Atty. John Choate Jr.
US v. Calvin Padgett Atty. Wade Iverson 2022 (Lubbock, TX)

US v. Jonathon Perez, et al. 2022 Atty. Ted Tedford

California v. Polymer 80 2021 Atty. David L. Borges

US v. Yousef Mohammad Ramadan Cr. No. 17-20595 (Detroit, MI) Atty. Andrew Densemo 2021

US v. Marc Taylor II (St. Louis, MO) 2021 Atty. Mellissa Goymerac

Texas v. Petrina Thompson F20-17-211 2020 (Denton, TX) Atty. Mick Meyer

Stanley Wagner v. Weatherby, Inc. 2019 (Minnesota) Atty. Stephen Gabrielson

Texas v. Christopher Wall 2020 (Ft. Worth, TX) Atty. Andrew Deegan

US v. Kevion K. Wallace 2021 (Oklahoma) Atty. Donald Haslam

US v. Chrizawn White 2021 (Houston, TX) Atty. Dennis Hester

Texas v. Victor Williams, 2021, (Dallas, TX), Atty. Wayne Lacy

Rarebreed Triggers v. ATF, 2021, (Orlando, FL) Atty. Kevin Maxwell

Texas v. Christopher Wall, 2019, (Weatherford, TX) Atty. Andrew Deegan

Texas v. Jaqualyn Davis, 2021, (Dallas) Atty. Clark Birdsall

Texas v. Destin Bailey, 2022, (Dallas) Atty. Clark Birdsall

Texas v. David McMillian, 2022, (Dallas) Atty. Michael J. Todd

US v. Terry Bruggeman, 2022, (Corpus Christi) Atty. Paul Kratzig

US v. Wilmer Curras 2022 (Puerto Rico) Atty. Suzette Brito

US v. Jose Acquino, 2022 (Puerto Rico) Atty. Allan Rivera- Fernandez

US v. Adamiak, 2023 (Norfolk, VA) Atty. David Good

**Daniel O'Kelly**
**Recent Prior Testimony, Statement, Declaration, or Consultation**

U.S. vs Joseph Roh #SACR 14-00167-JVS (Los Angeles 2018)
U.S. vs Caleb Andrew Bailey 8:16-cr-246 (Maryland 2018)
U.S. vs. Alan Bruce Pichel SACR 14-00167-JVS (Los Angeles 2018)
US. vs. Andrew Kowalczyk 2018 (Portland, OR)
U.S. vs. Stephen Powers (2018 Richmond, VA)
U.S. vs Alan Balagtas Rivers (17-00478YGR) (Sacramento, CA)
Leapers Inc. vs. TRARMS Inc. 1:15-cv-01539-SEB-MJD (Indianapolis, IN)
U.S. vs. Adam Michael Webber 2:14-cr-00443 (Salt Lake City, UT)
U.S. vs. Hasson (Greenbelt, MD) 8:19-cr-00096
U.S. vs. Matthews-Amos (Reno, NV) 3:18-cr-083
U.S. vs. Steven Robison and Richard Rowold (Toledo, OH) 3:18 -cr-00387
U.S. vs. Groves, Paul 2:16-CR-041 (Columbus, OH)
U.S. vs Grimes, Eric 2020-229-JLB 312918 (Columbus, OH)
Jonathan Perinetti vs. Scottsdale Gun Club, et al CV2018-013381 (Phoenix, AZ)
Florida vs. Jermaine Burney 19CF014124A Tampa, FL
U.S. vs. Joshua Seekins 3:19-CR-563-M (Dallas, TX)
U.S. vs. Steven Grijalva ED CR 20-00042-JGB (Riverside, CA)
Texas vs. Jaqualyn Davis F18-75814X (Dallas)
California vs. Fernando Carlos Beltran BA473833-02 (Los Angeles, CA)
Texas vs. Ray Battles Atty. Clark Birdsall (Dallas, TX)
US v. John Hammond 2:19-CR-517 Atty. Caroline Cinquanto (Philadelphia, PA)
US v. Cesar Isais (Los Angeles, CA) Atty. Waseem Salahi
US V. Roberto Osborne (St. Louis, MO) 2020 Atty. Rachael Korenblat
Florida v. Delvin Rojas-Rivera 2020 Atty. Lillian Odongo (Tampa Fl)
Texas v. Destin Bailey 2021 (Dallas, TX) Atty. Clark Birdsall
US v. Howard Davis (Raleigh, NC) 2022 Atty. Elliot Abrams
US v. Brian Downey 2021 (NY, NY) Atty. Andrew Quinn
US v. Kristopher Ervin 2021 (Jacksonville, FL) Atty. Alex King
US v. Alex Friedmann (Nashville, TN) 2021 Atty. Ben Russ
US v. Alan Garcia 2:19-cr-0179-KJM (Sacramento, CA) 2021 Atty. Douglas Beevers
US v. Taylor Gates (Dallas, TX) Atty. Douglas Palmer 2021
Griggs v. Ghost inc. No 17-1491 (Monroe, LA) 2017 Atty. Robert Baldwin
US v. Steven Grijalva CR20-0042-JGB (Riverside, CA) Atty. Andrew Byrd 2020
US v. Ronald Grab (Toledo, OH) 3:20-cr-00618-JJH 2020 Atty. Thomas Kurt
US v. Gregory Hay 19-CR-170 2021 (Western District of NY) Atty. Cheryl Meyers Buth
US v. Jordan Holt 2021 MJ21-147-KEW (Oklahoma) Atty. Callie Steele
NY v. Jerry's Firearms 2021 Atty. Joseph Indusi (Hauppage, NY)
US v. Aaron Johnson 2021 Atty. Chris Wilson (Harrisburg PA)
Rare Breed Triggers v. US 2021 (Orlando, FL.) Atty. Kevin Maxwell
Texas v. Kevin Mock 2021 (Navasota, TX) Atty. John Choate Jr.
US v. Calvin Padgett Atty. Wade Iverson 2022 (Lubbock, TX)

US v. Jonathon Perez, et al. 2022 Atty. Ted Tedford

California v. Polymer 80 2021 Atty. David L. Borges

US v. Yousef Mohammad Ramadan Cr. No. 17-20595 (Detroit, MI) Atty. Andrew Densemo 2021

US v. Marc Taylor II (St. Louis, MO) 2021 Atty. Mellissa Goymerac

Texas v. Petrina Thompson F20-17-211 2020 (Denton, TX) Atty. Mick Meyer

Stanley Wagner v. Weatherby, Inc. 2019 (Minnesota) Atty. Stephen Gabrielson

Texas v. Christopher Wall 2020 (Ft. Worth, TX) Atty. Andrew Deegan

US v. Kevion K. Wallace 2021 (Oklahoma) Atty. Donald Haslam

US v. Chrizawn White 2021 (Houston, TX) Atty. Dennis Hester

Texas v. Victor Williams, 2021, (Dallas, TX), Atty. Wayne Lacy

Rarebreed Triggers v. ATF, 2021, (Orlando, FL) Atty. Kevin Maxwell

Texas v. Christopher Wall, 2019, (Weatherford, TX) Atty. Andrew Deegan

Texas v. Jaqualyn Davis, 2021, (Dallas) Atty. Clark Birdsall

Texas v. Destin Bailey, 2022, (Dallas) Atty. Clark Birdsall

Texas v. David McMillian, 2022, (Dallas) Atty. Michael J. Todd

US v. Terry Bruggeman, 2022, (Corpus Christi) Atty. Paul Kratzig

US v. Wilmer Curras 2022 (Puerto Rico) Atty. Suzette Brito

US v. Jose Acquino, 2022 (Puerto Rico) Atty. Allan Rivera- Fernandez

US v. Adamiak, 2023 (Norfolk, VA) Atty. David Good

47



**International Firearm Specialist Academy**
**PO Box 338 Lake Dallas, TX 75605**
**Email: Info@GunLearn.com**

---

August 6, 2020

Kevin Maxwell, esq.
Rarebreed Triggers
Geneva, Florida

Dear Mr. Maxwell,

This letter serves to explain the results of our recent examination and testing of your "Rare Breed, LLC FRT trigger system", which you recently submitted to us.

Before I explain my findings, it is necessary for me to clarify a few issues as they relate to firearm technology. First, allow me to differentiate between the term semi-automatic and fully-automatic (machinegun). As you know, Title 26 of the U.S Code defines a machinegun (fully-automatic) in subsection 5845(b) as:

*The term "machinegun" means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.*

It is important to note that by contrast, a semi-automatic is any firearm which shoots <u>only one</u> shot "automatically" by a single function of the trigger. The practical difference between fully-automatic and semi-automatic is referred to as the "cyclic rate of fire" (i.e. the number of shots which can be fired within a minute). This number is merely a ratio. Since few firearms have the capacity to hold a full minute's worth of ammunition, that number is determined by multiplying the number of shots which can be fired in a faction of a minute. For example, if a firearm can fire 12 shots in 10 seconds, its cyclic rate of fire is 72 rpm (rounds per minute).

Also, many devices have been invented in recent years which increase a semi-automatic firearms cyclic rate of fire. Bump-stocks and other bump-fire devices are some of them. Despite the fact

48

p.2
Kevin Maxwell, esq.
August 6, 2020

that the U.S. Government recently reversed themselves by re-defining their years-long position on the word "automatically" as used in the definition of a machinegun, please note that bump-fire devices, including bump-fire stocks do nothing "automatically", and firearms equipped with them require a separate trigger pull and release to fire each shot.

Please also note that all firearms have a "cycle of operation" which must be completed between the firing of one shot and the firing of a subsequent shot. There are eight steps which must occur during the cycle of operation (i.e. firing, unlocking, extraction, ejection, cocking, feeding, chambering, locking), and the order in which they occur depends upon the type of mechanical operation which the firearm employs (bolt-action, lever-action, break-action, pump-action, revolving action, self-loading, etc…).

Considering that an AR15-type firearm is a self-loading type of mechanical action (i.e. it uses the energy generated by a fired cartridge to reload its own chamber for a subsequent shot), the eight steps of the cycle of operation all occur extremely quickly (i.e. within less than 1/5 second). Therefore, a second shot may be fired by the shooter within 1/5 of a second after the first. Therefore, the cyclic rate of fire of a semiautomatic firearm is only limited by the physical dexterity of the operator of it. While many shooters may not have the physical dexterity to react each 1/5 second, the Rare Breed, LLC FRT trigger system allows a shooter to keep pressure on the trigger in anticipation of the end of a cycle of operation. Although the shooter may in fact hold pressure against the trigger during the cycle of operation, the trigger is not moving nor performing any "function" and is in fact locked in its non-firing position. Please note that "pressure" is not addressed in the definition of a machinegun, nor is the word "pull". The word "function" is the key word in the definition, and "function" is defined at Dictionary.com as;

*"to perform a specified action or activity; work; operate: to have or exercise a function; serve:"*
https://www.dictionary.com/browse/function

It is imperative that it be recognized that in the Rare Breed, LLC FRT trigger system, keeping pressure on the trigger serves no function. It is akin to leaning on a locked door, and then falling through it once unlocked, rather than waiting for the unlocking and then pushing it open.

In the case of a machinegun, it isn't the fact that the shooter holds continuous pressure against the trigger, it's the fact that he "functions" the trigger by pulling it to the rear only once and holding it there, and multiple shots result from this "single function of the trigger".

49

p.3
Kevin Maxwell, esq.
August 6, 2020

The advantage of the Rare Breed, LLC FRT trigger system is that when a shooter holds pressure against the locked trigger during the cycle of operation, he is able to pull (function) it again immediately after the cycle of operation ends, and avoid the normally much slower reaction time needed when using a traditional trigger. A traditional trigger relies on the shooter to hear the report and feel recoil while reacting to them, and then make the decision to release and re-pull the trigger, and then do so, all of which serve to slow reaction time and as a result, reduce the cyclic rate of fire.

The fact is, that a semiautomatic firearm, such as the AR15-type firearm, takes only a fraction of a second to cycle from one shot to another. There are videos on the internet of professional shooters firing 5 shots from an AR15 within one second. Regardless of whether the ability to fire that quickly semi-automatically is perceived as acceptable by ATF, the mechanical operation of a firearm equipped with an "Rare Breed, LLC FRT" trigger system is still done semi-automatically as defined in federal law. While it is true that a shooter may fire successive shots quickly by keeping pressure on the trigger of a firearm equipped with an "Rare Breed, LLC FRT" trigger system, the shooter must nevertheless make a subsequent movement of the trigger to the rear for each shot fired. The only thing which keeping continuous pressure on the trigger does, is to allow the shooter to be ready to make his next trigger movement immediately after the cycle of operation is complete.

We note that the only thing which happens "automatically" in the Rare Breed, LLC FRT trigger system is the return of the trigger to the set position when it is impinged upon by the hammer. It is also noteworthy that previous ATF rulings since 2009 concerning other devices for use in firing an AR15-type firearm more rapidly, such as the "fire-on-release" (i.e. Franklin Armory's "binary" trigger) type of mechanisms, have defined a single function of the trigger as a "single movement of the trigger". In fact the Franklin Armory Binary trigger system allows 2 shots to be fired with each pull-release of the trigger, yet ATF has opined that these are acceptable and not within the definition of a machinegun.  The Rare Breed, LLC FRT trigger system in fact, requires two separate movements of the trigger (rearward and forward) for each single shot fired.

The Rare Breed, LLC FRT trigger system is a self-contained body which fits into the firing-control cavity of an AR15-type firearm. The body utilizes the conventional trigger pivot pin and hammer pivot pin to be held into place. The body houses a trigger, trigger-return spring, hammer, hammer-return spring, and a proprietary "locking bar".

50

p.4
Kevin Maxwell, esq.
August 6, 2020

The "Rare Breed, LLC FRT" trigger system was examined as installed into a Spikes Tactical model SR15 rifle, serial #SKU0092, chambered in 5.56 x 45mm caliber. My examination revealed that the Rare Breed, LLC FRT trigger is designed such that upon firing a shot, as the bolt-carrier moves to the rear it cocks the hammer as normal. However, the hammer in turn forces the reset of the trigger to its original position. Upon doing so, a locking-bar locks the trigger into the reset position, making it physically impossible to move the trigger rearward during the remainder of the cycle of operation. I note that whereas a traditional semiautomatic AR15-type trigger must consciously be released by the shooter in order for it to reset, the "Rare Breed, LLC FRT" type of trigger system forces the reset of the trigger and makes it impossible for the shooter to hold the trigger to the rear. This actually prevents the fully-automatic firing which could result in the case of parts malfunction, and therefore makes an AR15 equipped with a Rare Breed, LLC FRT" trigger system less susceptible to fully-automatic firing than a conventional AR15.

This is accomplished as follows. The bolt-carrier group already having completed the extraction and ejection of a fired cartridge case, begins moving forward under the energy of the buffer-spring. As the bolt goes back into battery, having fed and chambered the next cartridge into the chamber, the lower-tail of the bolt carrier impacts the top of the locking block, causing it to pivot out of engagement with the trigger. Only then, once the next cartridge has been chambered and the breech is locked, is the shooter able to again pull the trigger to fire a follow-up shot. Upon pulling the trigger to fire another shot, the above -described procedural cycle begins again.

The testing of the submitted rifle was done on June 13, 2020, at an outdoor range in Geneva, Florida, in the form of a live-fire session, using factory-loaded ammunition.

While in the "Safe" position, the rifle was found to be incapable of firing as the result of a trigger-pull. While in the "Fire" or "semiautomatic" position, the rifle was found to operate as a semi-automatic firearm as originally designed, firing only one shot for every pull of the trigger. During the rapid firing of full 30 rd. magazines, which were fired as rapidly as possible, there were no instances of "hammer-follow".

At no time did the firearm fire more than one shot per function of the trigger, no matter how quickly in succession the trigger was pulled and released.

In summary, the "Rare Breed, LLC FRT" trigger system did not perform in any way which would make it or a firearm in which it is properly installed, subject to the National Firearms Act. It is also my professional opinion that the "Rare Breed, LLC FRT" trigger system for AR-type

51

p.5
Kevin Maxwell, esq.
August 6, 2020


firearms as submitted, is not a firearm under the purview of the Gun Control Act, nor under the
National Firearms Act.

I trust that my findings have been helpful.
Respectfully,

Daniel O'Kelly
Director


*Daniel G. O'Kelly*

**Rebuttal statement of Daniel G. O'Kelly**

In ATF's Report of Technical Examination (UI #163080-21-0006) to Special Agent Michael T. Nuttall, I first noticed that they cite 28 CFR 0.130, adding that the Attorney General provides ATF with the authority to investigate, administer, and enforce the laws related to firearms. And pursuant to that, the Firearms and Ammunition Technical Division (FATD) "provides expert technical support" on firearms and ammunition to federal, state, and local law enforcement. However, shortly thereafter FATD "determines" that the item at issue is a machinegun, rather than merely offering their expert opinion as such. I find it disturbing that they offer their opinion as a determination because this "determination" is outside the scope of their authority. Any such determination is only within the authority of a court. Also, if FATD is going to offer "expert technical support", then that support should be in the form of expert technical opinions and should be based on facts and their ability to clearly interpret the elements called for in a definition within the U.S Code. However, they go on throughout the remainder of the report making "determinations" as though they are fact, while using vague and unclear terminology, often evading the pivotal point of the definition. They do so while making statements which are not only untrue but at times physically impossible. In their "Findings" on page 2, FATD cites the fact that "FTISB previously examine (sic) a "forced reset trigger" from (name redacted)(holder of U.S. Patent 10514223) and **determined** it to be a combination of parts, designed and intended for converting a weapon into a machinegun; and therefore a machinegun as defined in the GCA and NFA ... (bold added)"

This citation is also obviously a leap in logic which is being offered as "support" for their later-stated opinion that the Rarebreed FRT is a "machinegun". The reason that I find this disturbing is the fact that ATF's FTISB, previously known as "FTB" has commonly reversed themselves months or even years later as to their opinions of other items as firearms under the purview of the NFA, and then back again in some cases[1]. In this respect, how can logic dictate that item B should be classified as something because item A previously was, since item A can later be re-classified as something else? Also, I find it disturbing that ATF takes so much liberty with the use of the words "classify" and "classification" as they refer to a device or item. While it is the Court which is the finder of fact, ATF serves to give opinions as to which definition or "class", if any, an item falls according to the definitions in the CFR and the U.S. Code. They are supposed to do this according to their training and experience by applying the required elements contained in a given definition, and by further taking notice of the adjectives and adverbs found in said definition which further qualify a given element(s). However, the "classification" of an item as to whether it satisfies a given definition is an act which can be performed by anyone with enough command of English to read the definition in detail and comprehend its nuances, along with enough knowledge of the mechanical features of the item in question. This is a feat easily done by may laypersons and especially by those in the firearm industry. However, due to the lack of one or both of

---

[1] On 11/26/12 ATF's FTB letter to Alex Bosco (903050:MMK, 3311/2013-0172) stated that a forearm brace does not alter the classification of the firearm and would not be subject to the NFA, although the intentional shouldering of the brace would. Then on 3/5/14, ATF's FTB letter to Sergeant Joe Bradley (903050:AG 3311/301737), stated that even the intentional shouldering of a brace-equipped firearm would not violate the NFA.  Then on 10/28/14, ATF's FTB letter to Eric Lemoine (907010:MCP, 3311/302492) again stated that should a person shoulder a brace as a stock, that it would be "classified" as a firearm within the NFA. Then on 3/21/17, ATF's FTB letter to Mark Barnes, Esq. (90000:GM 5000), stated that shouldering a forearm brace is "not necessarily a violation". Then on 6/10/21 ATF filed an NPRM in the Federal Register, proposing to make braces fall within the NFA.

1

these abilities, individuals and companies have acquiesced to ATF for decades, asking them to make such "determinations" or "classifications" for them. In years of being a paid Consultant for a number of licensed firearm manufacturers, I have repeatedly seen FATD take great advantage of the opportunity to get away with "classifying" or "ruling" items to be something that it does not satisfy the definition of. They are often completely subjective in their findings. This has clearly been the result of the latitude that FATD has been afforded by those with insufficient knowledge to apply the item to the definition themselves. Countless times FATD has taken advantage of the opportunity to call something as they prefer it be classified when either no one knew better, or was afraid to challenge them, or could not afford to due to because ATF has numerous Attorneys on salary who can bankrupt a challenger who would need to pay enormous legal fees. Too often, FATD also says that they determine something to be an NFA firearm based on elements which do not even appear in said definition[2].

Further in ATF's "Findings" in the second paragraph on page 3, they make a statement that the item covered in U.S. Patent 10514223 does not function by "hammer-follow". I find this issue disturbing as it is being offered as a "red herring". Even firearms which do experience "hammer-follow"[3] merely jam in most cases. Although a firearm which does fire more than one shot with a single function of the trigger due to hammer-follow would qualify as a machinegun, hammer-follow itself is not illegal.

At the end of the fourth paragraph on page 3 ATF incorrectly quotes the definition of a machinegun in their favor by saying that "Machinegun classifications are based on ... whether the device converts a weapon to shoot automatically." Here they have conveniently left out the phrase of the definition which adds," ... by a single function of the trigger". This is especially disturbing because the missing phrase is the key difference between what ATF alleges that the FRT does and what it in fact does. That is, fire fewer than one shot per function of the trigger.

In the fifth paragraph on page 3, ATF erroneously explains the meaning of the word "automatically" as it is defined in 27 CFR 479.11. Mr. Curtis states that "automatically" "means functioning as the result of a self-acting or self-regulating mechanism that allows the firing of multiple rounds through a single function of the trigger". As true as that may be, it has no application to the FRT. The FRT requires two separate functions of the trigger to fire each shot. Despite the fact that the FRT automatically assists the resetting of the trigger to the ready position, the FRT still requires a second manual and intentional function of the trigger, on the part of the shooter, to fire each shot. The FRT does not <u>shoot automatically.</u> He only thing that it does <u>automatically</u> is to <u>reset its trigger</u> to the ready position. In order for an item to qualify as a machinegun within the specified definition it must satisfy all of the several qualifiers in the definition. For example, the adverb "automatically", describes how the weapon must shoot. The adjectival phrase "more than one shot" describes what it must shoot. And further, the weapon must do these qualified things "without manual reloading". Finally, it must do all of the aforementioned actions "by a single function of the trigger". ATF Chief Counsel's Office has repeatedly

---

[2] FATD letter to Standard Manufacturing re the DP12 being a Destructive Device because it weighs eleven pounds.
[3] Hammer follow is a condition which may occur in a malfunctioning semiautomatic firearm, wherein the hammer can fail to remain in the cocked position during cocking, and then ride the bolt forward. In some cases, this can cause chain-firing and result in the gun becoming a machinegun as defined in 26 USC 5845. It most cases it only results in a jammed firearm which must be cleared before firing a subsequent shot.

2

determined that "a single function of a trigger means a single movement of a trigger.[4]" The below email was addressed to me as well as to hundreds of other ATF personnel at the time.

*From: Galbraith, A.*
*Sent: Friday, March 20, 2009 8:51 AM*
*To: Turner, R.; TPD-NEXUS*
*Subject: A system that fired upon release of the trigger also.*
*All,*

*FTB looked at the original device back in the day. As long as the gun only fires one shot on the pull and one on the release, it is NOT a machinegun. The ATF-counsel-approved interpretation of "single function of the trigger" is a single movement of the trigger, making systems like this OK.*
*A. Galbraith*

*Firearms Enforcement Officer*
*Firearms Technology Branch*
*244 Needy Road, Suite 1600*
*Martinsburg, WV 25405*


Since that time, Franklin Armory has developed and marketed their BFS Binary Triggers©. A Binary Trigger© is an ATF-approved trigger system which allows a firearm to fire one shot upon the pull function of the trigger, and another shot upon the release function of the trigger. FATD has considered this to be a legal and semiautomatic device since approximately 2015. Extremely fast follow up shots can be fired with a Binary Trigger©, which only requires one function of the trigger per shot fired, however ATF has an issue with the FRT which requires two functions of the trigger per shot fired. I find it very arbitrary that ATF has a problem with a device which requires twice the trigger functions per shot as one which they consider perfectly legal, let alone the fact that the FRT does not satisfy the definition.

In his examination report, Mr. Smith references a letter, regarding a different trigger, from Mr. Curtis. In his letter Mr. Curtis cites Staples vs. United States by pointlessly saying that "...once it's trigger is depressed the weapon will automatically continue to fire until it's trigger is released or the ammunition is exhausted." Here he is playing with the various connotations of the word "pressed". At risk of being redundant, upon "functioning" the trigger of an FRT by moving it rearward from the ready position to the fire position, the weapon only fires one shot. To fire a second shot, the shooter must wait for the FRT to force the trigger forward into the ready position. Only then can the shooter fire another shot by again pulling (functioning) the trigger to the rear, causing it to release the hammer. As a result of the design of the FRT, two separate functions of the trigger must occur for each shot fired. This is double the number of functions required for legal semiautomatic firing[5]. Mr. Curtis, in his *Staples* quote, attempts to use the word "depressed" as though it means "functioned". I notice throughout the ATF Report that

---

[4] See email from ATF FEO Adam Galbraith on 3/20/09 at 8:51am to Richard Turner and all ATF-trained Interstate Nexus Agents (TPD-Nexus).
[5] Compare to a machinegun, which fires two or more shots for each time the trigger performs the single function of releasing the hammer. Further, compare it to the Binary© type of legal semiautomatic triggers which fire a shot upon functioning the trigger to the rear, and fire another shot by functioning the trigger forward to the ready position.

3

**55**

the words "pressure", "pull", and "depressed" are used as though they are synonymous with "function". They are not. Function is defined as *"an activity or purpose natural to or intended for a person or thing. Verb: Work or operate in a proper or particular way[6]."*

With an FRT, the shooter may exert constant "pressure" against the trigger, although the trigger cannot be "pulled" (moved) to the rear again until after each time it is forced forward by the hammer, at which point it can be "functioned" again by intentionally moving it to the rear with the finger. Constant pressure on a trigger does nothing. It is akin to leaning against a locked door until someone unlocks the door from the other side, which then allows the door to be pushed open by the weight leaning against it. It is only then that the weight of the person who is leaning against it functions the door to the open position. Upon the person falling through the then open door, the door is again forced closed, and locked by a mechanical apparatus (e.g. FRT's locking bar). During this time, another person leans against the door waiting for it to be unlocked so that their weight allows them to fall through it once unlocked.

Mr. Smith then cites the Freedom Ordnance 3:16-cv-00243-RLY-MPB case, stating that " ... a firearm is a machinegun when an internal mechanism or operation automatically forces the individuals finger forward instead of requiring that the shooter release the trigger." Again, there is nothing in the National Firearms Act to support this. The definition of a machinegun makes no such claim. This is yet another example of FATD's decades long practice of insisting that items fall within definitions which they clearly do not satisfy the elements of[7]. The word "automatically" is used in the definition to describe how the gun must shoot. That is, with a single function of the trigger. The FRT's trigger's return to the reset and forward position is forced by the FRT's hammer, but this movement (function) is still a "release". The definition says nothing about requiring the shooter to "release" or to remove their finger from the trigger.

At the top of page 4, Smith erroneously states that "If a device is designed to assist in preventing the hammer from positively resetting or which utilizes a spring, electric motor or non-manual source of energy which assists in the automatic resetting of the hammer and causes the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, such an item or device would be classified as a combination of parts designed and intended, for use in converting a weapon into a machinegun; ... " Firstly, this verbiage is not found in any definition of a machinegun within the U.S. Code. It is merely another example of FATD writing their opinion to suit a situation. Additionally, the FRT does none of these things.  It does not "assist in preventing the hammer from resetting". In the FRT the hammer positively resets and re-engages with the trigger after each shot. Secondly, every semiautomatic firearm ever made utilizes a "non-manual source of energy which assists in the automatic resetting of the hammer". That is the energy generated by burning gunpowder to drive

---

[6] Google.

[7] From 1968 to 2021 ATF insisted that a part of 60% of new firearms on the market have a part which qualifies as a firearm "frame or receiver" as defined in 27 CFR 478.11. However, based on my testimony in the Lycurgan, Jiminez, Roh, and Rowold/Robison cases, Attorney General Loretta Lynch notified Speaker of the House Paul Ryan in 2015 that ATF needed to correct the issue. ATF took no action. In 2018 Judge Selna, and in 2020 Judge Carr, ruled that ATF was wrong. In June of 2021 ATF finally filed a New Proposed Rulemaking in the Federal Register to change the definition of a "frame receiver" to include the previously referred to parts. The process is ongoing.

4

the bolt or breechblock[8] to the rear, which in turn causes the reset of the hammer by its reengagement with the trigger[9]. This is a non-manual source of energy, so if FATD's above position were to be given merit, then every semiautomatic firearm in the U.S. would be deemed a machinegun.  Further, the phrase "and causes a firearm to shoot automatically more than one shot" precludes the FRT from FATD's position because it does not shoot more than one shot per function of the trigger.

On page 4, 8th paragraph, Mr. Smith states that "This differs from a cycle of eoprations (sic) in a typical AR-type semiautomatic firearm in which the shooter must release and pull the trigger to fire a second projectile". His statement here is misleading, because in a typical AR-type firearm, the shooter does not have to release the trigger to allow the trigger to reset. The trigger resets due to the fact that it is under spring pressure to return to the forward position. In fact, the trigger-return spring in a typical AR-type firearm performs the same function as the FRT hammer. It returns the trigger to the forward/reset position. The only difference between the way the typical system works vs. the FRT is the amount of force with which the trigger is forced forward. The shooter must only lessen the pressure that he/she is exerting against the trigger in a typical AR-type firearm to allow the spring to do its job. The finger is never required to break contact with the trigger. In an FRT the hammer performs the movement (function) of returning the trigger to the forward position without the need for the shooter to break contact with the trigger.

Mr. Smith continues by saying that "… a firearm assembled with the FRT requires no such release and subsequent pull by the shooter to fire a second projectile. … the shooter may fire a second projectile merely by maintaining the initial trigger pull and allowing the self-acting internal mechanism to complete its automatic cycle of operation". Although Mr. Smith is correct that an FRT equipped firearm doesn't require a "release" (break in contact from the finger) with the trigger to fire a subsequent shot, it does require the trigger to <u>function</u> by moving back to the reset position before firing another shot. However, he is incorrect by stating that the "shooter may fire second projectile by maintaining the initial trigger pull." This is physically impossible, due to the forced return (function) of the trigger to the reset position by the steel hammer, and then by the locking bar which holds it locked into that position until the cycle of firing that shot is complete. In this instance ATF again takes liberty in blurring the lines between "pull", "pressure", and "function". The truth is, that a shooter of an FRT may maintain pressure on the trigger throughout the firing of a string of several shots, but even then, the trigger functions to release the hammer and then functions to reset the hammer/trigger for each shot fired. Of course, the shooter must consciously cause one of these functions to occur for each shot.

 The most disturbing statement in Mr. Smith's' entire report is on page 5 in the second paragraph. He describes his test-firing of the FRT, stating that he "…fired two rounds automatically with a single pull/function of the trigger" and that he repeated this an additional time. The reason that I say this statement is so disturbing is because his claim is physically impossible. Unless he was test-firing some other device, this could not have occurred. As I've previously stated, every time an FRT-equipped firearm fires a shot, the trigger is forced to return to the forward reset position where it began before

---

[8] Depending on it's design, every firearm utilizes either a bolt or breechblock to support the rear of a cartridge upon firing. This support prevents pressure from moving rearward until after the bullet exits the barrel and prevents injury to the shooter.
[9] Some semiautomatic firearms utilize a striker instead of a hammer. A striker is a spring-loaded firing-pin which is released from the cocked position by the sear upon a function of the trigger.

5

firing. Resultingly, during a string of rapidly fired shots, the shooter will physically feel his finger moving rearward and forward once each, for each shot fired. This movement is approximately .13 inch both fore and aft. It is imperative to note here that firearms are precise machines which rely on extremely close tolerances in order to function, and to do so safely. There is no measurable "play" or "stretch" in an operable firearm. The trigger of an FRT must make this movement both aft and then again forward for each shot fired. Therefore, I'm at a loss as to how Mr. Curtis can make this impossible claim. As such, Mr. Smith should reconsider this statement before testifying to it under oath. In the next paragraph, he claims to have fired 5 shots "by a single function of the trigger". This is again physically impossible as the trigger would have made the above-described movements (functions 2 time for each  shot fired).

I note that this is the first time that ATF acknowledges the "pull" of a trigger as a function. This is a double-edged sword however, because Mr. Smith, and FATD in general, is noticeably liberal in their usage of the various connotations of this word "pull" as it suits their collective aim. I offer that a person can "pull" or add "constant pressure" on the knob of a locked door without causing a "function" to occur, whereas one can also "pull" or add "constant pressure" on the same door when not locked and effect the "function" of opening or closing the door in the process. Likewise, a person can or add "pressure" onto the steps of an escalator by stepping onto it. Yet the escalator continues to perform the "function" of moving the person up or down the incline by working against that pressure. There is a huge difference between "pull", "pressure" and "function", which is exactly why writers of the definition chose to use "function" as the definitive issue concerning what a trigger must do.

In referencing a prior examination of a different trigger, On page (46) Mr. Curtis states in the last sentence on the page that "… a single constant rearward *pull* will cause the firearm to fire until the trigger is released, the firearm malfunctions, or the firearm exhausts its ammunition supply." (italics added) Here is yet another misleading statement which is poorly worded, in an effort to support FATD's position. Not to mention the fact this is not an examination of the FRT-15. The accurate way to have stated this would be "a single rearward movement will cause the trigger to function twice for each shot fired, by repeatedly functioning the release of the hammer, and then functioning to reengage the hammer with the trigger." In summary, ATF regularly confuses the issue by saying "pressure" where it is immaterial because "function" is the issue. At other times ATF uses the word or "pull" despite the fact that they are referring to a pressure which is causing no function.

Again referencing a examination of a trigger which is not the FRT-15, On page (50), Mr. Curtis states in the second paragraph that "…after firing several cartridges the sear failed to retain the hammer which simply followed the bolt forward leaving a substantial firing-pin mark on the primer of the chambered cartridge without firing the cartridge." Here I fail to see the point, as this merely resulted in a stoppage, commonly known as a "jammed gun". This is hardly a violation of the U.S. Code or a public safety issue. It would only be of consequence if the gun had fired multiple shots as a result.

Again referencing a examination of a trigger which is not the FRT-15, On page (51) Mr. Curtis describes a test-firing sequence wherein ATF modifies the gun by attaching a zip-tie around the trigger. This is a laughable demonstration because it has nothing to do with ATF's erroneous assertion that the FRT fires more than one shot by a single function of the trigger. Zip-ties have nothing to do with the FRT. If a person were to modify a firearm from its original legal design by redesigning it as a machinegun as defined in 26 USC, then the criminal violation would have been committed by the modifying individual. This "test" also gives no acknowledgement to the fact that a plastic zip-tie has some degree of elasticity

6

and that the installation of one as depicted still allows the firing to occur as a semiautomatic, with one shot being fired with at least one function of the trigger occurring each time. Further, if such a modified firearm were received from the field by FTSIB for determination, they would "classify the zip-tie as the machinegun, as they have other items in the past, such as shoestrings, pieces of a coat hanger, etc... In such cases their determination is that the item has been redesigned as an item solely intended for use in converting a weapon into a machinegun, under the third definition of a machinegun in 26 USC 5845(b). In fact, any, and every semiautomatic firearm can be modified to fire fully-automatically. However, this doesn't make every semiautomatic a machinegun.

Again referencing a examination of a trigger which is not the FRT-15, On page (52), Mr. Curtis states in paragraph 2 that " ... ATF has long held that a single function of the trigger is a "single pull" or alternatively, a single release of a trigger." Here FATD's statement fully supports my earlier point about Binary Triggers©. The ATF stated position clearly supports that either a function of the trigger to the rear for each shot fired is legal, or alternatively, a single function of the trigger forward is alone sufficient for the FRT to be recognized as a legal semiautomatic. Therefore, the FRT could ironically fire two shots for each pull and return of the trigger, regardless of the fact that it is mechanically returned to the reset position, and still be legal. Yet FATD erroneously argues otherwise.

Again referencing a examination of a trigger which is not the FRT-15, In paragraph 4 of page (52), Mr. Curtis begins by citing that "Federal courts have noted that automatically means the weapon "fires repeatedly with a single pull of the trigger"". Still, he blurs the issue with the use the word "pull". No firearm fires by merely adding pressure to a trigger without that trigger actually moving a distance. So, "pull" certainly does not mean "add pressure without movement". Clearly, the federal courts have intended the word "pull" to mean a movement which causes a function therefore we see the word "function" in the definition. Once again, the FRT fires one shot per rearward movement/function of the trigger.

Again referencing a examination of a trigger which is not the FRT-15, At the start of paragraph 5 on page (52), Mr. Curtis falsely states "FTISB testing indicated that continuous rearward pressure after the initial pull of the trigger initiates a "firing sequence" which discharges multiple rounds with a single function of the trigger." I can only shake my head at such an outlandish claim. The facts are that maintaining rearward pressure on the trigger after the initial pull of the trigger, initiates the repetition of a cycle wherein the firing of one shot occurs with each time the trigger is functioned aft and then functioned forward.

Finally in referencing a examination of a trigger which is not the FRT-15,, on page (53) in paragraph 2, Mr. Curtis says that "A device designed to prevent the hammer from positively resetting could cause a firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, and would also be classified as a combination of parts designed and intended, solely and exclusively, for use in converting a weapon into a machinegun;..." I'm at a loss to see his point here as he again attempts to use technical descriptions and definitions which have zero applicability here. The hammer in an FRT absolutely makes a positive reset by interlocking with the trigger after each shot fired. Further, how does he propose to call something illegal by virtue of what it "could do"? Obviously, a baseball bat "could" be used as a deadly weapon, but until or unless it is that doesn't make them illegal. Even further, an FRT fires one shot per two trigger functions, let alone one per trigger function

7

59

(i.e. Binary Triggers©), let alone more than one shot per trigger function (i.e. machineguns). Lastly, since an FRT does not convert a firearm into a machine gun, it is not designed and intended for that purpose.

I reserve the right to amend my report.

Daniel O'Kelly

8/26/21

Date

8



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

SEP 8 0 2004

903050:RDC
3311/2004-379

www.atf.gov

Mr. Brian A. Blakely

Dear Mr. Blakely:

This refers to your letter of February 6, 2004, to the Bureau of Alcohol, Tobacco, Firearms and
Explosives (ATF), Firearms Technology Branch (FTB), in which you inquired about the legality
of a small section of string intended for use as a means for increasing the cycling rate of a
semiautomatic rifle.

As you may be aware, the National Firearms Act, 26 U.S.C. § 5845(b), defines "machinegun" to
include the following:

...any weapon that shoots, is designed to shoot, or can be readily restored to shoot, automatically more
than one shot, without manual reloading, by a single function of the trigger. This term shall also include
the frame or receiver of any such weapon, **any part designed and intended solely and exclusively, or
combination of parts designed and intended, for use in converting a weapon into a machinegun,** and
any combination of parts from which a machinegun can be assembled if such parts are in the possession
or under the control of a person [bolding added].

In 1996, FTB examined and classified a 14-inch long shoestring with a loop at each end. The
string was attached to the cocking handle of a semiautomatic rifle and was looped around the
trigger and attached to the shooter's finger. The device caused the weapon to fire repeatedly
until finger pressure was released from the string. Because this item was designed and intended
to convert a semiautomatic rifle into a machinegun, FTB determined that it was a **machinegun**
as defined in 26 U.S.C. 5845(b).

We thank you for your inquiry, regret the delay in response, and trust the foregoing has been
responsive.

Sincerely yours,

Sterling Nixon
Chief, Firearms Technology Branch



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Martinsburg, WV   25401   903050:JPV
www.atf.gov                        3311/2007-615

**JUN 2 5 2007**

Mr. Brian A. Blakely

Dear Mr. Blakely:

On February 6, 2004 you wrote to the Firearms Technology Branch (FTB) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) inquiring about the legality of a small section of string intended for use as a means for increasing the cycling rate of a semiautomatic rifle. We responded on September 30, 2004. In that letter we stated:

> In 1996, FTB examined and classified a 14-inch long shoestring with a loop at each end. The string was attached to the cocking handle of a semiautomatic rifle and was looped around the trigger and attached to the shooter's finger. The device caused the weapon to fire repeatedly until finger pressure was released from the string. Because this item was designed and intended to convert a semiautomatic rifle into a machinegun, FTB determined that it was a **machinegun** as defined in 26 U.S.C. 5845(b). (Emphasis in original).

Upon further review, we have determined that the string by itself is not a machinegun, whether or not there are loops tied on the ends. However, when the string is added to a semiautomatic firearm as you proposed in order to increase the cycling rate of that rifle, the result is a firearm that fires automatically and consequently would be classified as a machinegun. To the extent that prior ATF classification letters are inconsistent with this letter, they are hereby overruled.

We hope that this clarifies our position. Should you have any questions, please do not hesitate to contact us.

Sincerely,

Richard Vasquez
Acting Chief, Firearms Technology Branch

62



63

*From: Galbraith, A.*
*Sent: Friday, March 20, 2009 8:51 AM*
*To: Turner, R. ; TPD-NEXUS*
*Subject: A system that fired upon release of the trigger also.*

*All,*

*FTB looked at the original device back in the day. As long as the gun only fires one shot on the pull and one on the release, it is NOT a machinegun. The ATF-counsel-approved interpretation of "single function of the trigger" is a single movement of the trigger, making systems like this OK.*

*A. Galbraith*
*Firearms Enforcement Officer*
*Firearms Technology Branch*
*244 Needy Road, Suite 1600*
*Martinsburg, WV 25405*

## DECLARATION OF BENJAMIN SLEY

I, Benjamin Sley, have personal knowledge of the facts set forth below.

1.  I am an attorney with the firm Eggleston King Davis, LLP and represent Plaintiffs
    National Association of Gun Rights, Inc., Texas Gun Rights, Inc., Patrick Carey, James
    Joseph Wheeler, and Travis Speegle.

2.  On August 11, 2023, I reached out telephonically to Mr. Brian Soltz, an attorney with the
    U.S. Attorney's Office for the Northern District of Texas.

3.  Mr. Stolz referred me to Mr. Michael Clendenen, an attorney with the U.S. Department
    of Justice, and indicated that Mr. Clendenen will be handling *National Association of
    Gun Rights, Inc., et al. v. Garland, et al.*, Case No. 4:32-cv-00830-O.

4.  On August 11, 2023, I spoke by telephone with Mr. Clendenen to confer regarding
    Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary
    Injunction.

5.  Mr. Clendenen stated: "My contact at ATF stated, 'We have no plans at this time to do
    anything with respect to these three plaintiffs [Mr. Carey, Mr. Wheeler, and Mr. Speegle]
    but we are unwilling to make any assurance regarding this in the future.'"

6.  Mr. Clendenen further indicated that Defendants would oppose Plaintiffs' Motions.


Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is
true and correct to the best of my knowledge and belief.

Executed on August 14, 2023.


By: _____
   Benjamin Sley

# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

## OFFICIAL NOTIFICATION
## POSTED ON
## AUGUST 24, 2023

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation**:  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  Petitions do not require a cost bond to be submitted and therefore can be filed online.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim**:  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 20 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must be in writing, describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  The claim of ownership must be accompanied by a cost bond in the amount of $5,000 or ten percent (10%) of the value of the claimed property, whichever is lower, but not less than $250.  If you are unable to post a cost bond, you may request that ATF waive the cost bond requirement by submitting an In Forma Pauperis Cost Bond Waiver Petition to ATF Forfeiture Counsel.  The cost bond must be in the form of a cashier's check or money order.  No personal checks will be accepted.  *See* 19 U.S.C. Section 1608.  Due to the cost bond requirement, these claims cannot be filed online.  A claim need not be made in any particular form, but a claim form is available at https://www.forfeiture.gov/FilingClaim.htm.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the ATF pursuant to the instructions shown in this notice.

Submit all documents to the Bureau of Alcohol, Tobacco, Firearms and Explosives, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE, AFSPD Room (3.E.454), Washington, DC 20226.

## LAST DATE TO FILE CLAIM:  10/10/2023
## LAST DATE TO FILE PETITION:  10/20/2023

## NORTHERN DISTRICT OF ALABAMA
**23-ATF-028605:** Unknown Unknown Machine Gun CAL:Unknown SN:None, valued at $350.00, seized by the ATF on May 18, 2023 from Brad BORKOWSKI in Birmingham, AL for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF ALABAMA
**23-ATF-013221:** Glock GMBH 27GEN5 Pistol CAL:40 SN:BKLD843, valued at $100.00, seized by the ATF on March 04, 2023 from Naquarius BRAXTON in Mobile, AL for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-028375:** Glock GMBH Unknown Machine-Gun CAL:Unknown SN:BTCC504, valued at $100.00, seized by the ATF on June 29, 2023 from Jabarrion WILLIAMS in Mobile, AL for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF ARIZONA
**20-ATF-033680:** PALMETTO STATE ARMORY PX9 PISTOL CAL:9 SN:X9-003193, valued at $500.00, seized by the ATF on July 02, 2020 from Yousif Al Saqat in Phoenix, AZ for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  10/10/2023**
**LAST DATE TO FILE PETITION:  10/20/2023**

## MIDDLE DISTRICT OF FLORIDA
**23-ATF-025793:** MACHINE GUN CONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $400.00, seized by the ATF on July 05, 2023 from Larry Hogan in Jacksonville, FL for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-025800:** MACHINE GUN CONVERSION KIT CAL: UNKNOWN, SN: UNKNOWN, valued at $400.00, seized by the ATF on July 05, 2023 from Larry Hogan in Jacksonville, FL for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-028147:** MACHINE GUN CONVERSION KIT,MNF:UNKNOWN MANUFACTURER UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $400.00, seized by the ATF on June 09, 2023 from Andrew MCCOOEY in JACKSONVILLE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF GEORGIA
**23-ATF-027286:** Glock GMBH 19GEN5 Pistol CAL:9 SN:BVKT370, valued at $400.00, seized by the ATF on July 01, 2023 from Dontrell Polite in Savannah, GA for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF INDIANA
**23-ATF-016132:** Marble Arms Corp. Game Getter Combination Gun CAL:Multi SN:1281, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF KANSAS
**23-ATF-028649:** Unknown 6" long black cylinder with female threads on one side Silencer CAL:None SN:None, valued at $100.00, seized by the ATF on July 07, 2023 from John Stevens in Wichita, KS for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-029001:** Wide Open Trigger Unknown Machinegun Conversion Kit CAL:None SN:None, valued at $300.00, seized by the ATF on July 25, 2023 from Phoulitham Kongmanichanh in Olathe, KS for forfeiture pursuant to 26 U.S.C. Section 5872.

## EASTERN DISTRICT OF KENTUCKY
**23-ATF-028578:** UNKNOWN MANUFACTURER UNKNOWN TYPE MACHINE GUN CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on August 02, 2023 from Ops Supply in SIMPSONVILLE, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

## LAST DATE TO FILE CLAIM:  10/10/2023
## LAST DATE TO FILE PETITION:  10/20/2023

## WESTERN DISTRICT OF KENTUCKY

**23-ATF-027847:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on July 07, 2023 from Jeremiah Grant in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-027904:** MARLIN FIREARMS CO. UNKNOWN RIFLE (SB) CAL:22 SN:04492018, valued at $100.00, seized by the ATF on June 08, 2023 from Joshua Odom in Murray, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-027935:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on June 12, 2023 from Bradley Oliver in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-027936:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on June 12, 2023 from Bradley Oliver in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-027937:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on June 23, 2023 from Chris Harper in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-027938:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on June 23, 2023 from Chris Harper in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-028197:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $250.00, seized by the ATF on July 10, 2023 from Mark Offutt in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF MAINE

**23-ATF-028067:** Wide Open Trigger UNKNOWN Machinegun CAL:ZZ SN:NONE, valued at $1.00, seized by the ATF on June 23, 2023 from William Boyce in BRIDGTON, ME for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-028749:** WIDE OPEN TRIGGER MACHINE GUN CONVERSION DEVICE CAL:UNKNOWN SN:NONE, valued at $399.00, seized by the ATF on June 22, 2023 from Leland Mushrall in PORTLAND, ME for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-028752:** WIDE OPEN TRIGGER MACHINE GUN CONVERSION DEVICE CAL:UNKNOWN SN:NONE, valued at $399.00, seized by the ATF on June 22, 2023 from Leland Mushrall in PORTLAND, ME for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-028756:** WIDE OPEN TRIGGER MACHINE GUN CONVERSION DEVICE CAL:UNKNOWN SN:NONE, valued at $399.00, seized by the ATF on June 23, 2023 from Emily Walsh and Barry Walsh in FARMINGTON, ME for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-029115:** WIDE OPEN TRIGGER MACHINE GUN CONVERSION DEVICE CAL:UNKNOWN SN:NONE, valued at $399.00, seized by the ATF on June 27, 2023 from Matthew Daniels in CUMBERLAND, ME for forfeiture pursuant to 26 U.S.C. Section 5872.

## EASTERN DISTRICT OF MICHIGAN

**23-ATF-028654:** MACHINE-GUN GLOCK GMBH PISTOL MODEL: 20GEN4 CAL: 10 SN: BNSZ753, valued at $581.92, seized by the Detroit Police Department on July 19, 2023 from Daishaun Ward in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 26 U.S.C. Section 5872.

## WESTERN DISTRICT OF MICHIGAN

**23-ATF-027846:** MACHINE GUN WOT WIDE OPEN TRIGGER, Serial No. Unknown, valued at $200.00, seized by the ATF on June 21, 2023 from Geoffrey Stevenson in Grand Rapids, MI for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  10/10/2023**
**LAST DATE TO FILE PETITION:  10/20/2023**

### MIDDLE DISTRICT OF NORTH CAROLINA
**23-ATF-028413:** Wide Open Trigger Machine Gun Conversion Kit FRT WOT Machinegun CAL:Unknown SN:NONE, valued at $400.00, seized by the ATF on July 12, 2023 from Christopher Wright in Statesville, NC for forfeiture pursuant to 26 U.S.C. Section 5872.

### WESTERN DISTRICT OF NORTH CAROLINA
**23-ATF-028938:** Wide Open Trigger Machinegun Conversion Kit WOT Machinegun CAL:Unknown SN:NONE, valued at $400.00, seized by the ATF on August 01, 2023 from Rob Miller in Charlotte, NC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-028941:** Wide Open Trigger FRT Machinegun CAL:Unknown SN:None, valued at $400.00, seized by the ATF on August 02, 2023 from Paul Sigmon in Charlotte, NC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-028943:** Rare Breed Trigger FRT Machinegun CAL:Unknown SN:None, valued at $400.00, seized by the ATF on August 02, 2023 from Paul Sigmon in Charlotte, NC for forfeiture pursuant to 26 U.S.C. Section 5872.

### SOUTHERN DISTRICT OF OHIO
**23-ATF-028421:** Unknown Manufacturer Unknown Type Machine Gun Conversion Kit CAL:Unknown SN:None, valued at $1.00, seized by the ATF on August 04, 2023 from Drake Stone in Columbus, OH for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-028424:** Unknown Manufacturer Unknown Type Machine Gun Conversion Kit CAL:Unknown SN:None, valued at $1.00, seized by the ATF on August 04, 2023 from Jennifer Ladley in Columbus, OH for forfeiture pursuant to 26 U.S.C. Section 5872.

### EASTERN DISTRICT OF OKLAHOMA
**23-ATF-029125:** PALMETTO STATE ARMORY PA-15 RIFLE CAL:65 SN:SCD939545, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

### EASTERN DISTRICT OF PENNSYLVANIA
**23-ATF-026731:** Steyr Unknown Machinegun CAL:Unknown SN:None, valued at $200.00, seized by the ATF on July 03, 2023 from PA Auction Center in East Earl, PA for forfeiture pursuant to 26 U.S.C. Section 5872.

### DISTRICT OF RHODE ISLAND
**23-ATF-028108:** Wide Open Trigger AR-15 Machinegun Conversion Device CAL:ZZ SN:NONE, valued at $300.00, seized by the ATF on June 22, 2023 from Guy TRINGALI in Providence, RI for forfeiture pursuant to 26 U.S.C. Section 5872.

### DISTRICT OF SOUTH CAROLINA
**23-ATF-027084:** ANDERSON MANUFACTURING AM-15 Rifle CAL:300 SN:21454649, valued at $500.00, seized by the ATF on June 22, 2023 from Christian Valentin Cruz in Enoree, SC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-029163:** Wide Open Trigger WOT for AR15 Machinegun CAL:Unknown SN:NONE, valued at $400.00, seized by the ATF on July 25, 2023 from Khank Nguyen in Pageland, SC for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  10/10/2023**
**LAST DATE TO FILE PETITION:  10/20/2023**

**MIDDLE DISTRICT OF TENNESSEE**
**23-ATF-028171:** Polymer80, Inc. (P80 Tactical P80) PF940C Machinegun CAL:9 SN:None, valued at $400.00, seized by the ATF on May 16, 2023 from Michael Tate in Nashville, TN for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  10/10/2023**
**LAST DATE TO FILE PETITION:  10/20/2023**

## NORTHERN DISTRICT OF TEXAS

**23-ATF-027478:** GLOCK GMBH 19X PISTOL CAL:9 SN:BWZU787, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027479:** GLOCK GMBH 32GEN4 PISTOL CAL:357 SN:BTVC318, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027481:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUN CONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027483:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUN CONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027485:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUN CONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027486:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUNCONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027487:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUNC ONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027488:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUNCONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027489:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUN CONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027491:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUN CONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027494:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUN CONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027497:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUN CONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027498:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUN CONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027499:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUN CONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027501:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUN CONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027502:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUN CONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas,
**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  10/10/2023**
**LAST DATE TO FILE PETITION:  10/20/2023**

## NORTHERN DISTRICT OF TEXAS
**23-ATF-027502 - (Continued from previous page)**
TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027504:** UNKNOWN MANUFACTURER AR15 AUTO SEAR MACHINE GUN CONVERSION KIT CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on June 01, 2023 from Apolinar Zuniga in Dallas, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF TEXAS
**22-ATF-001117:** Masterpiece Arms Unknown Rifle CAL:Unknown SN:A6007, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

## WESTERN DISTRICT OF VIRGINIA
**23-ATF-027983:** Sig-Sauer SIG 516 Rifle CAL:556 SN:20L053997, valued at $500.00, seized by the ATF on July 10, 2023 from Natisha MILLNER in Danville, VA for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF VERMONT
**23-ATF-028313:** WIDE OPEN TRIGGER AR-15 MACHINEGUN CONVERSION DEVICE CAL:UNKNOWN SN:NONE valued at $400.00, seized by the ATF on May 02, 2023 from Mark ALLARD in Burlington, VT for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-028322:** WIDE OPEN TRIGGER AR-15 MACHINEGUN CONVERSION DEVICE CAL:UNKNOWN SN:NONE valued at $400.00, seized by the ATF on May 02, 2023 from Mark ALLARD in Burlington, VT for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### MIDDLE DISTRICT OF ALABAMA

**23-ATF-028137:** Cobra Ent., Inc./Kodiak Ind. FS380 Pistol CAL:380 SN:FS109283, valued at $130.00, seized by the ATF on July 27, 2023 from Vonderrick Peat in Prattville, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028140:** North American Arms Guardian Pistol CAL:32 SN:AB0208, valued at $300.00, seized by the ATF on July 27, 2023 from Vonderrick Peat in Prattville, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028141:** 3 Rounds PPU Ammunition CAL:32, valued at $0.30, seized by the ATF on July 27, 2023 from Vonderrick Peat in Prattville, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

### SOUTHERN DISTRICT OF ALABAMA

**23-ATF-028387:** 32 Rounds Winchester-Western Ammunition CAL:9, valued at $3.20, seized by the ATF on June 29, 2023 from Jabarrion WILLIAMS in Mobile, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/20/2023

## DISTRICT OF ARIZONA

**18-ATF-036830:** PTR INDUSTRIES INC. (PTR-91 INC.) Unknown Rifle CAL:308 SN:G12554, valued at $1,000.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036831:** STAG ARMS STAG-15 Rifle CAL:556 SN:128196, valued at $550.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036832:** COLT AR15 Rifle CAL:223 SN:SP351301, valued at $1,000.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036833:** WINCHESTER 255 Rifle CAL:22 SN:247765, valued at $300.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036834:** TIKKA - (OY TIKKAKOSKI AB) 12-70 RIFLE CAL:222 REM SN:19303, valued at $660.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036835:** COLT SPORTER Rifle CAL:223 SN:MH034342, valued at $1,600.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036837:** COLT 1878 Reolver CAL:45 SN:47592, valued at $2,800.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036838:** COLT 1903 Revolver CAL:38 SN:241360, valued at $1,700.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036839:** HIGH STANDARD S Pistol CAL:22 SN:486780, valued at $480.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036840:** REMINGTON ARMS COMPANY, INC. 597 VTR Rifle CAL:22 SN:C2655151, valued at $350.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036841:** COLT BISLEY Revolver CAL:45 SN:SAB666, valued at $2,800.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036842:** COLT Single Action Army Revolver CAL:45 SN:1976SA, valued at $3,800.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036843:** JLD ENTERPRISES PTR 91 Rifle CAL:308 SN:B1668, valued at $1,250.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036844:** HECKLER & KOCH INC. SL8-1 RIFLE CAL:223 SN:48-004593, valued at $3,800.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036845:** COLT GOVERNMENT Pistol CAL:45 SN:2855188, valued at $800.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036846:** COLT Single Action Revolver CAL:Unknown SN:48964SA, valued at $3,000.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036847:** BENELLI, S. PA M1 SUPER 90 Shotgun CAL:12 SN:M213891, valued at $1,200.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036848:** L.A.R. MANUFACTURING Unknown Rifle CAL:223/556 SN:LA00446, valued at $1,000.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036849:** IVER JOHNSON Ranger Rifle CAL:22LR SN:NONE, valued at $400.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036850:** LEWIS MACHINE AND TOOL CO 1914 Destructive Device CAL:303 SN:A790, valued at $8,000.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Mesa, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036851:** CSRG ChauChat M1915 DESTRUCTIVE DEVICE CAL:8 SN:148226, valued at $2,500.00, seized

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/20/2023

## DISTRICT OF ARIZONA

**18-ATF-036851 - (Continued from previous page)**
by the ATF on August 03, 2018 from Jerald SULLIVAN in Mesa, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036852:** Maxim MG08/15 Destructive Device CAL:30 SN:9967, valued at $9,000.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Mesa, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036853:** ARMALITE AR-7 EXPLORER Rifle CAL:22 SN:79987, valued at $500.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036854:** Ted Williams Unknown Rifle CAL:22 SN:NONE, valued at $170.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036855:** REMINGTON ARMS COMPANY, INC. 81 Rifle CAL:300 SN:54058, valued at $625.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036856:** Beretta USA CORP 84F Pistol CAL:380 SN:E15531Y, valued at $600.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036857:** BERETTA USA CORP Unknown Pistol CAL:Unknown SN:03105G, valued at $385.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036858:** A A ARMS INC AP9 Pistol CAL:9 SN:04ZZ94, valued at $500.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036859:** INTRATEC TEC22 Pistol CAL:22 SN:076616, valued at $300.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036860:** Chinese Bolt Action Rifle CAL:Unknown SN:44025, valued at $200.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036861:** Chinese Bolt Action Rifle CAL:Unknown SN:26329, valued at $200.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036862:** WINCHESTER 12 SHOTGUN CAL:12 SN:732988, valued at $719.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036863:** REMINGTON ARMS COMPANY, INC. 12 Shotgun CAL:12 SN:211160, valued at $780.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036864:** REMINGTON ARMS COMPANY, INC 722 Rifle CAL:222 SN:224220, valued at $600.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036865:** AUTO ORDNANCE WEST HURLEY,NY 1911 Pistol CAL:45 SN:A0A14296, valued at $550.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036866:** KIMBER GOLD MATCH II Pistol CAL:45 SN:K128358, valued at $1,000.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036867:** REMINGTON ARMS COMPANY, INC. 8 Rifle CAL:Unknown SN:53008, valued at $675.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036868:** Ted Williams 8T 2256 Rifle CAL:Unknown SN:R220587, valued at $400.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036869:** Wards Western Fields 30 Rifle CAL:Unknown SN:SB562A, valued at $159.99, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036870:** VOERE Unknown Rifle CAL:557 SN:0034, valued at $1,000.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**18-ATF-036871:** CZ (CESKA ZBROJOVKA) CZ550 SAFARI Rifle CAL:416 SN:A411332, valued at $2,500.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/20/2023

## DISTRICT OF ARIZONA

**18-ATF-036871 - (Continued from previous page)**
924(d).
**18-ATF-036872:** UNKNOWN MANUFACTURER Lpfinsan Shotgun CAL:410 SN:72796, valued at $419.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036873:** IVER JOHNSON TP22 Pistol CAL:22 SN:AE31500, valued at $200.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036874:** Unknown Manufacturer Bolt Action Rifle CAL:Unknown SN:L6793, valued at $525.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036875:** UNKNOWN MANUFACTURER UNKNOWN TYPE REVOLVER CAL:357 SN:291667, valued at $679.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036876:** BROWNING BAR Rifle CAL:300 SN:35951M8, valued at $1,050.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036877:** REMINGTON ARMS COMPANY, INC 513 Rifle CAL:22 SN:90383, valued at $325.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036878:** COLT AR15 Rifle CAL:223 SN:SP204857, valued at $3,000.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036879:** SPRINGFIELD ARMORY,GENESEO,IL M1A Rifle CAL:Unknown SN:142956, valued at $1,350.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036880:** REMINGTON ARMS COMPANY, INC. 742 Rifle CAL:6 SN:101743, valued at $509.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036881:** REMINGTON ARMS COMPANY, INC 1100 Rifle CAL:12 SN:P093142V, valued at $1,100.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036882:** MOSSBERG 500 Shotgun CAL:12 SN:K147472, valued at $300.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036883:** HECKLER & KOCH INC HK91 RIFLE CAL:308 SN:A059541, valued at $2,000.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036884:** Aero Precision AP15 Rifle CAL:Unknown SN:US43830, valued at $1,050.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036885:** RUGER NEW VAQUERO Revolver CAL:45 SN:510-49132, valued at $910.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036886:** NORINCO (NORTH CHINA INDUSTRIES) TT-OLYMPIA Pistol CAL:22 SN:72380, valued at $369.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036887:** REMINGTON ARMS COMPANY, INC 1911 Pistol CAL:45 SN:RH14541B, valued at $620.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036888:** RUGER VAQUERO Revolver CAL:45 SN:58-48617, valued at $519.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036889:** Yugoslavia M48 Rifle CAL:8 SN:T29203, valued at $500.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036890:** RUGER VAQUERO Revolver CAL:45 SN:512-67656, valued at $910.00, seized by the ATF on

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## DISTRICT OF ARIZONA

**18-ATF-036890 - (Continued from previous page)**
August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036891:** WINCHESTER 1895 Rifle CAL:270 SN:07NR700481, valued at $1,149.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036892:** SIG SAUER (SIG-ARMS) P226 S4 Pistol CAL:9 SN:U770477, valued at $2,295.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036893:** MAUSER Unknown Rifle CAL:7 SN:None, valued at $995.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036894:** WINCHESTER 1892 Rifle CAL:357 SN:00069ZZ921, valued at $1,449.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036895:** WINCHESTER 70 Rifle CAL:270 SN:71019, valued at $1,795.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036896:** WINCHESTER 94 Rifle CAL:30-30 SN:2213936, valued at $679.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036897:** WINCHESTER 1892 Rifle CAL:357 SN:00012ZY92K, valued at $1,249.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036898:** REMINGTON ARMS COMPANY, INC. 511 Rifle CAL:22 SN:None, valued at $239.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036899:** NEWTON ARMS 1924 Rifle CAL:35 SN:1169, valued at $1,295.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036900:** REMINGTON ARMS COMPANY, INC 700 LS Rifle CAL:221 SN:G6335249, valued at $879.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036901:** TAURUS 617 REVOLVER CAL:357 SN:UK920046, valued at $719.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036902:** RUGER GP100 Revolver CAL:357 SN:178-34772, valued at $695.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036903:** BERETTA, PIETRO S.P.A PX4 STORM Pistol CAL:9 SN:PX8855B, valued at $500.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036904:** GLD 21 Pistol CAL:45 SN:BLV336, valued at $450.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036905:** GLD 35 Pistol CAL:40 SN:HHN882, valued at $619.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036906:** F.N. (FN HERSTAL) Five Seven Pistol CAL:5.7 SN:386116408, valued at $1,100.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036907:** TAURUS 617 Titanium Pistol CAL:Unknown SN:VF953802, valued at $819.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-036908:** SIG-SAUER P232 Pistol CAL:9 SN:S322025, valued at $799.00, seized by the ATF on August 03, 2018 from Jerald SULLIVAN in Gilbert, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**20-ATF-033679:** GLOCK GMBH 17GEN5 Pistol CAL:9 SN:BYYU716, valued at $500.00, seized by the ATF on July 02, 2020 from Yousif Al Saqat in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024726:** WINCHESTER 1892 Rifle CAL:44 SN:9038, valued at $2,500.00, seized by the ATF on June 12, 2023 from Jerald SULLIVAN in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028501:** 394 Rounds ASSORTED Ammunition CAL:Unknown, valued at $39.40, seized by the ATF on July 20, 2023 from Yousif Al Saqat in Glendale, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## DISTRICT OF COLORADO
**23-ATF-023258:** Smith & Wesson 642PC Revolver CAL:38 SN:DNV0438, valued at $650.00, seized by the ATF on June 05, 2023 from Ramon Ramirez in Brighton, CO for forfeiture pursuant to 18 U.S.C. Section 924(d).

## MIDDLE DISTRICT OF FLORIDA
**23-ATF-028441:** HANDGUN, MNF: HECKLER & KOCH INC.,TYPE: PISTOL VP9 PISTOL CAL:9 SN:224-008993, valued at $300.00, seized by the ATF on June 30, 2023 from Keenon Benn in LADY LAKE, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028445:** 1 Rounds AMMUNITION: AMMUNITION, QTY: 1, MNF: OTHER Ammunition CAL:9, Serial No. Unknown, valued at $0.10, seized by the ATF on June 30, 2023 from Keenon Benn in LADY LAKE, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

## NORTHERN DISTRICT OF FLORIDA
**23-ATF-029102:** FIREARM: HANDGUN, MNF: KELTEC, CNC INDUSTRIES, INC P32 PISTOL CAL:32 SN:CRQ69, valued at $150.00, seized by the ATF on August 10, 2023 from Jalil DEES in PENSACOLA, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029110:** 8 Rounds AMMUNITION, MNF: SELLIER & BELLOT, CAL:765, Serial No. Unknown, valued at $0.80, seized by the ATF on August 10, 2023 from Jalil DEES in PENSACOLA, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

## SOUTHERN DISTRICT OF FLORIDA
**23-ATF-007127:** Glock GMBH 36 Pistol CAL:45 SN:XRY007, valued at $1.00, seized by the ATF on January 16, 2023 from Samuel TYSON in Fort Lauderdale, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027661:** 2022 Braxton Creek Camper Camper, VIN: 7HFB1KB15N17H7815, valued at $11,608.50, seized by the ATF on June 23, 2023 from Larry Colvin in Panama, FL for forfeiture pursuant to 21 U.S.C. Section 881.

## NORTHERN DISTRICT OF GEORGIA
**23-ATF-027673:** Glock GMBH 19GEN5 Pistol CAL:9 SN:BRFA170, valued at $300.00, seized by the ATF on June 22, 2023 from Morgan Pass in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027680:** 12 Rounds Assorted Ammunition CAL:9, valued at $1.20, seized by the ATF on June 22, 2023 from Morgan Pass in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027684:** 15 Rounds Assorted Ammunition CAL:9, valued at $1.50, seized by the ATF on July 06, 2023 from Demarcus Rivers in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**DISTRICT OF HAWAII**

**23-ATF-028882:** POLYMER80, INC. (P80 TACTICAL P80) PF940V2 PISTOL CAL:9 SN:NONE, valued at $100.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028890:** POLYMER80, INC. (P80 TACTICAL P80) PF940V2 PISTOL CAL:UNKNOWN SN:NONE, valued at $100.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028892:** POLYMER80, INC. (P80 TACTICAL P80) PF940C PISTOL CAL:9 SN:NONE, valued at $100.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028894:** POLYMER80, INC. (P80 TACTICAL P80) PF940C PISTOL  CAL:9 SN:NONE, valued at $100.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028895:** POLYMER80, INC. (P80 TACTICAL P80) PF940C PISTOL  CAL:UNKNOWN SN:NONE, valued at $100.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028896:** SMITH & WESSON SD40VE PISTOL CAL:40 SN:FYK5727, valued at $300.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028901:** SMITH & WESSON 19 REVOLVER CAL:357 SN:7K94272, valued at $300.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028902:** IVER JOHNSON CADET 55SA REVOLVER CAL:38 SN:626409, valued at $200.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028909:** RAVEN ARMS MP25 PISTOL CAL:25 SN:1058593, valued at $100.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028910:** UNKNOWN REVOLVER CAL:UNKNOWN SN:NONE, valued at $100.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028911:** 10 Rounds FEDERAL  Ammunition CAL:9, Serial No. Unknown, valued at $1.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028912:** 10 Rounds Assorted Ammunition CAL:9, Serial No. Unknown, valued at $1.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028913:** 8 Rounds SPEER Ammunition CAL:9, Serial No. Unknown, valued at $0.80, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028914:** 10 Rounds Assorted Ammunition CAL:40, Serial No. Unknown, valued at $1.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028915:** 7 Rounds Assorted Ammunition CAL:9, Serial No. Unknown, valued at $0.70, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## DISTRICT OF HAWAII

**23-ATF-028916:** 18 Rounds Assorted Ammunition CAL:9, Serial No. Unknown, valued at $1.80, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028917:** 22 Rounds Assorted Ammunition CAL:9, Serial No. Unknown, valued at $2.20, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028918:** 18 Rounds Unknown  Ammunition CAL:9, Serial No. Unknown, valued at $1.80, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028919:** 9 Rounds SPEER Ammunition CAL:9, Serial No. Unknown, valued at $0.90, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028920:** 18 Rounds Unknown  Ammunition CAL:9, Serial No. Unknown, valued at $1.80, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028921:** 6 Rounds CBC - BRAZILIAN CARTTIDGE COMPANY Ammunition CAL:25, Serial No. Unknown, valued at $0.60, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028922:** 9 Rounds CCI Ammunition CAL:9, Serial No. Unknown, valued at $0.90, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028923:** 25 Rounds Assorted Ammunition CAL:9, Serial No. Unknown, valued at $2.50, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028924:** 25 Rounds Assorted Ammunition CAL:22, Serial No. Unknown, valued at $2.50, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028925:** 692 Rounds Assorted Ammunition CAL:Multi, Serial No. Unknown, valued at $69.20, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028926:** 58 Rounds Assorted Ammunition CAL:Multi, Serial No. Unknown, valued at $5.80, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 28, 2023 from Mikaele Roth in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

## NORTHERN DISTRICT OF IOWA

**23-ATF-022218:** Taurus International G2C Pistol CAL:9 SN:AEA011496, valued at $249.99, seized by the ATF on June 04, 2023 from Walter Smith in Waterloo, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022219:** 9 Rounds Assorted Ammunition CAL:9, valued at $0.90, seized by the ATF on June 04, 2023 from Walter Smith in Waterloo, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/20/2023

### SOUTHERN DISTRICT OF IOWA
**23-ATF-028869:** $10,113.00 U.S. Currency, seized by the ATF on July 20, 2023 from Majok Majok in Des Moines, IA for forfeiture pursuant to 21 U.S.C. Section 881.
**23-ATF-028870:** $484.00 U.S. Currency, seized by the ATF on July 20, 2023 from Majok Majok in Des Moines, IA for forfeiture pursuant to 21 U.S.C. Section 881.

### NORTHERN DISTRICT OF ILLINOIS
**23-ATF-028102:** Romarm/Cugir Mini Draco Pistol CAL:762 SN:22PG-5638, valued at $840.00, seized by the ATF on August 01, 2023 from Got Your 6 Gunsmith in McHenry, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

### SOUTHERN DISTRICT OF ILLINOIS
**23-ATF-028761:** Unknown AR-15 Rifle CAL:556 SN:None, valued at $500.00, seized by the ATF on July 26, 2023 from Travis Wooley in Carbondale, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028763:** 25 Rounds Assorted Ammunition CAL:Multi, valued at $2.50, seized by the ATF on July 26, 2023 from Travis Wooley in Carbondale, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028765:** New England Firearms Pardner Shotgun CAL:20 SN:NS332687, valued at $55.00, seized by the ATF on July 26, 2023 from Lisa Ellison in Carbondale, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028767:** 80 Rounds Assorted Ammunition CAL:Multi, valued at $8.00, seized by the ATF on July 26, 2023 from Travis Wooley in Carbondale, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028768:** 19 Rounds Winchester-Western Ammunition CAL:40, valued at $1.90, seized by the ATF on July 26, 2023 from Travis Wooley in Carbondale, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028770:** 30 Rounds Assorted Ammunition CAL:Multi, valued at $3.00, seized by the ATF on July 26, 2023 from Travis Wooley in Carbondale, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028772:** 29 Rounds Assorted Ammunition CAL:Multi, valued at $2.90, seized by the ATF on July 26, 2023 from Travis Wooley in Carbondale, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029053:** Ruger EC9S Pistol CAL:9 SN:457-56078, valued at $200.00, seized by the ATF on August 10, 2023 from Ebony Hughes in East St. Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029057:** 5 Rounds Sellier & Bellot Ammunition CAL:9, valued at $0.50, seized by the ATF on August 10, 2023 from Ebony Hughes in East St. Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-006051:** 111 Rounds Assorted Ammunition CAL:30-30, valued at $11.10, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006055:** 83 Rounds Assorted Ammunition CAL:Unknown, valued at $8.30, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006056:** 201 Rounds Assorted Ammunition CAL:Unknown, valued at $20.10, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006058:** 50 Rounds Assorted Ammunition CAL:5.7, valued at $5.00, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006059:** 9 Rounds Assorted Ammunition CAL:223, valued at $0.90, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006060:** Triton Arms LLC. TAR-15 Pistol CAL:Unknown SN:RD2038, valued at $450.00, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006070:** 2017 Honda Pilot EXL Passenger Car VIN:5FNYF6H59HB051935, valued at $21,200.00, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 981(a)(1)(C) Tr.

**23-ATF-006557:** Walther Creed Pistol CAL:9 SN:DEFCI3636, valued at $300.00, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006558:** Ruger 22/45 Mark III Pistol CAL:22 SN:275-62182, valued at $300.00, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006559:** Ruger LCP II Pistol CAL:380 SN:38026697, valued at $300.00, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006560:** Ruger SR-22 Pistol CAL:22 SN:360-69182, valued at $300.00, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006561:** Taurus PT809 Pistol CAL:9 SN:TKR80102, valued at $300.00, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006562:** CZ (Ceska Zbrojovka) CZ P-07 Pistol CAL:9 SN:F344509, valued at $300.00, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006563:** Beretta, Pietro S.P.A, 84BB Pistol CAL:380 SN:Y36178Y, valued at $300.00, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006564:** Cobra Ent., Inc./Kodiak Ind. CB38 Derringer CAL:38 SN:CT015895, valued at $200.00, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006565:** 13 Rounds Assorted Ammunition CAL:9, valued at $1.30, seized by the ATF on January 22, 2023 from Guadalupe Sanchez-Cruz in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006566:** Glock Inc. 19GEN5 Pistol CAL:9 SN:AGCU157, valued at $600.00, seized by the ATF on January 22, 2023 from Gerson MARIONA BEJARANO in Carmel, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006567:** Glock, Inc. 45 Pistol CAL:9 SN:BRTP892, valued at $600.00, seized by the ATF on January 22, 2023 from Gerson MARIONA BEJARANO in Carmel, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006568:** 20 Rounds Winchester-Western Ammunition CAL:9, valued at $2.00, seized by the ATF on January 22, 2023 from Gerson MARIONA BEJARANO in Carmel, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-014050:** Remington Arms Company, Inc. 1100 Shotgun CAL:20 SN:R180256K, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014097:** Marlin Firearms Co. 70P Rifle CAL:22 SN:11260836, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014098:** Ruger American Rifle CAL:308 SN:69731157, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014100:** Remington Arms Company, Inc. Speedmaster Rifle CAL:22 SN:A1607333, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014101:** Marlin Firearms Co. 917M2S Rifle CAL:17 SN:96667895, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014102:** Savage 340 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014104:** Beretta, Pietro S.P.A Fucile Rinforzato Speciale Shotgun CAL:28 SN:D035340, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014105:** Marlin Firearms Co. XT-22 Rifle CAL:22 SN:MM27443A, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014108:** Savage 24V-A Rifle/Shotgun CAL:30-30/20 SN:B571069, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014110:** Marlin Firearms Co. 1894 Rifle CAL:44 SN:93037417, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014112:** Savage Axis Rifle CAL:223 SN:H569861, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014116:** Remington Arms Company, Inc. 870 Shotgun CAL:20 SN:RS88142C, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014118:** CZ (Ceska Zbrojovka) CZ455 Rifle CAL:17 SN:B855083, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014119:** Rock River Arms, Inc. LAR 15 Rifle CAL:Multi SN:AV4067588, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014120:** Remington Arms Company, Inc. 870 Express Shotgun CAL:12 SN:B075305M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014122:** Browning Light 12 Shotgun CAL:12 SN:01124NX211, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014123:** New England Firearms Unknown Type Shotgun CAL:12 SN:NA235205, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014124:** Winchester 250 Rifle CAL:22 SN:380979, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014125:** Colt Classic Carbine Break Top Shotgun CAL:45 SN:HX341992, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014126:** Winchester 69AM Rifle CAL:22 SN:None, valued at $150.00, seized by the ATF on March 09, 2023

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA
**23-ATF-014126 - (Continued from previous page)**
from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014127:** Franchi SP22 Rifle CAL:22 SN:P6281, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014128:** Remington Arms Company, Inc. Unknown Type Rifle CAL:22 SN:1213546, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014129:** Mossberg 802 Rifle CAL:22 SN:HMG3819394, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014130:** Remington Arms Company Inc. 11-87 Shotgun CAL:12 SN:RS54520Z, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014131:** Marlin Firearms Co. 25 Rifle CAL:22 SN:None, valued at $150.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014133:** Remington Arms Company, Inc. 11-87 Shotgun CAL:12 SN:TL046139, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014134:** Armscor of the Philippines (Squires Bingham) 20 Rifle CAL:22 SN:A077205, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014135:** Remington Arms Company, Inc. 572 Rifle CAL:22 SN:A1598298, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014136:** Mossberg 835 Shotgun CAL:12 SN:UM640221, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014138:** Remington Arms Company, Inc. Fieldmaster 572 Rifle CAL:22 SN:1412791, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014139:** Remington Arms Company, Inc. 11-87 Sportsman Shotgun CAL:20 SN:CC73500F, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014140:** Winchester 70-264 Rifle CAL:Unknown SN:554399, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014141:** Remington Arms Company, Inc. 760 Rifle CAL:35 SN:233538, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014142:** Colt M4 Rifle CAL:556 SN:LE418012, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014145:** Winchester 61 Rifle CAL:22 SN:211565, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014147:** Remington Arms Company, Inc. 870 Shotgun CAL:20 SN:RAS129718, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014148:** Browning Unknown Type Rifle CAL:22 SN:05859PP136, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014149:** Emperor MXP12 Shotgun CAL:12 SN:22BHP-001737, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-014150:** Marlin Firearms Co. 336C Rifle CAL:35 SN:MR82163E, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014151:** Savage 93R17 Rifle CAL:17 SN:1838165, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014152:** Bauska Arms FOX-Mod 2 Rifle CAL:22 SN:34034, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014154:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N212862V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014155:** Winchester 131 Rifle CAL:22 SN:Z210028, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014156:** Stoeger Arms Condor Shotgun CAL:20 SN:145788-06, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014157:** Remington Arms Company, Inc. CZ550 Rifle CAL:22 SN:H6876, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014159:** Berika Arms FRN Shotgun CAL:12 SN:B20PA1104, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014160:** Winchester 67 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014161:** Remington Arms Company, Inc. 550-1 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014162:** Marlin Firearms Co. 1897 Century Limited Rifle CAL:22 SN:18970872, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014163:** Remington Arms Company, Inc. 788 Rifle CAL:22 SN:A6034968, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014165:** Unknown Manufacturer Unknown Type Rifle CAL:Multi SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014167:** Taurus Rossi Rifle CAL:44 SN:5202244YBS, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014171:** CZ (Ceska Zbrojovka) 612 Shotgun CAL:12 SN:57-I21PT-5674, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014172:** Pointer Unknown Type Shotgun CAL:12 SN:14Y00028, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014173:** Ruger 450 Bushmaster Rifle CAL:Unknown SN:134-49246, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014174:** Remington Arms Company, Inc. 700 Rifle CAL:250 SN:B6580329, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014175:** Savage Stevens 94C Shotgun CAL:410 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014176:** Colt H Bar Rifle CAL:223 SN:CCH009256, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014177:** Savage M-25 Rifle CAL:22 SN:J165272, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014178:** Raptor Arms 270 Rifle CAL:Unknown SN:5789, valued at $250.00, seized by the ATF on March 09,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-014178 - (Continued from previous page)**
2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014179:** Citadel Legacy Shotgun CAL:12 SN:21SAKR54132, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014181:** Colt M4 Rifle CAL:22 SN:BP002395, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014182:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:W284538M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014183:** Remington Arms Company, Inc. 870 Shotgun CAL:20 SN:D825568U, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014189:** DPMS, Inc. (Defense Procuremnt Mfg. Services) A15 Rifle CAL:223 SN:FH62309, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014190:** UTAS-USA Hatfield Shotgun CAL:20 SN:20A21002027, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014194:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:V660464V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014199:** Marlin Firearms Co. 39 Rifle CAL:22 SN:607, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014200:** Ruger 10/22 Rifle CAL:22 SN:113-30167, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014201:** Marlin Firearms Co. 1894 Cowboy Limited Rifle CAL:44 SN:2009223, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014202:** Ithaca Gun Co. 37 Shotgun CAL:12 SN:M370002236, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014203:** Remington Arms Company, Inc. 572 Rifle CAL:22 SN:1669327, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014205:** Sig Sauer (Sig-Arms) SM400 Rifle CAL:Multi SN:20J055478, valued at $750.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014206:** Ruger 10/22 Rifle CAL:22 SN:0007-68506, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014209:** Ithaca Gun Co., 37 Featherlight Shotgun CAL:20 SN:1026639, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014210:** Ruger Unknown Type Rifle CAL:357 SN:130-51036, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014211:** Browning BAR22 Rifle CAL:22 SN:01161PM266, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014212:** Browning BLR Rifle CAL:30-06 SN:01889MV341, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014213:** Remington Arms Company, Inc. 522 Rifle CAL:22 SN:3174081, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014214:** Mossberg 715T Rifle CAL:22 SN:EMK3983067, valued at $250.00, seized by the ATF on March 09,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**SOUTHERN DISTRICT OF INDIANA**

**23-ATF-014214 - (Continued from previous page)**
2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014215:** Remington Arms Company, Inc. 552 Rifle CAL:22 SN:B1427598, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014216:** Mossberg 500 Shotgun CAL:12 SN:V0130631, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014217:** Winchester 150 Rifle CAL:22 SN:B1371608, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014218:** Ruger AR-556 Rifle CAL:556 SN:858-58087, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014220:** Remington Arms Company, Inc. 700 Rifle CAL:22 SN:A6253967, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014221:** Winchester 61 Rifle CAL:22 SN:332687, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014222:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:DU821923, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014223:** Remington Arms Company, Inc. 1100 Shotgun CAL:20 SN:L055667X, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014224:** Marlin Firearms Co. 60 Rifle CAL:22 SN:3253514, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014225:** Winchester 02 22 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014227:** Winchester 70 Rifle CAL:30-06 SN:G57632, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014228:** Crescent Firearms Co. Double Barrel Shotgun CAL:12 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014230:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:C826870A, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014232:** Ruger Mini 30 Rifle CAL:762 SN:196-43616, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014235:** Mossberg Unknown Type Shotgun CAL:410 SN:J860469, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014236:** Ruger All-Weather 77/22 Rifle CAL:22 SN:701-29403, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014239:** Ruger All Weather 77 Rifle CAL:44 SN:740-13431, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014242:** Winchester 12 Shotgun CAL:16 SN:1236785, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014243:** Marlin Firearms Co. 60 Rifle CAL:22 SN:15515258, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014247:** Winchester Ranger Rifle CAL:30-30 SN:5461646, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-014250:** Savage Stevens 940E Shotgun CAL:410 SN:P097347, valued at $750.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014254:** Mossberg 500A Shotgun CAL:12 SN:R983042, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014258:** Lefever Nitro Special Shotgun CAL:12 SN:281076, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014260:** Browning Light 12 Shotgun CAL:12 SN:OG9645, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014262:** Keltec, CNC Industries, Inc. SUB-2000 Rifle CAL:9 SN:FFC37, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014264:** Marlin Firearms Co. 60 Rifle CAL:22 SN:25366646, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014267:** Remington Arms Company, Inc. 1187 Shotgun CAL:20 SN:DE33776, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014268:** Remington Arms Company, Inc. 550-1 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014269:** Remington Arms Company, Inc. 870TB Shotgun CAL:12 SN:S939095V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014270:** Remington Arms Company, Inc. 550-1 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014271:** Remington Arms Company, Inc. 870 Wingmaster Shotgun CAL:20 SN:C593077U, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014272:** Ruger 10/22 Rifle CAL:22 SN:829-02977, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014273:** Mossberg 500A Shotgun CAL:12 SN:P735673, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014274:** Smith & Wesson M&P 15 Rifle CAL:556 SN:SV03023, valued at $750.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014275:** Rossi Gallery Rifle CAL:22 SN:7CG034939P, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014276:** Aero Precision X15 Rifle CAL:Multi SN:X272813, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014277:** Benelli S. PA. Nova Shotgun CAL:20 SN:BA021997, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014278:** Anschutz ULM/D Rifle CAL:4mm SN:39534, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014279:** New England Firearms Pardner SBI Shotgun CAL:12 SN:893104, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014280:** Winchester 9422 Rifle CAL:22 SN:F593799, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014281:** Savage Mark II Rifle CAL:22 SN:4098968, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-014282:** Marlin Firearms Co. Golden 39A Rifle CAL:22 SN:93302012, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014283:** Anderson Manufacturing AM15 Rifle CAL:Multi SN:20368154, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014284:** Marlin Firearms Co. Golden 39A Rifle CAL:22 SN:19242680, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014285:** FM Products Inc. (Foxtrot Mike) FMP Rifle CAL:Multi SN:9 - 28116, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014286:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:8679DU, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014287:** Remington Arms Company, Inc. 7400 Rifle CAL:30-06 SN:8112957, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014288:** Winchester 12 Shotgun CAL:12 SN:1957195, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014289:** Winchester 9422 Rifle CAL:22 SN:FTF1990, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014290:** Ruger Break Top Shotgun CAL:20 SN:400 - 59685, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014291:** Winchester 69A Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014292:** Interarms 62SEC Shotgun CAL:Unknown SN:G451353, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014293:** Erma Werke GMBH EG72 Rifle CAL:22 SN:002161, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014294:** Hatfield Gun Company SAS Shotgun CAL:28 SN:28A21-006000, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014295:** Remington Arms Company, Inc. 1100 Shotgun CAL:28 SN:R030262J, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014296:** Marlin Firearms Co. 1897 Cowboy Rifle CAL:22 SN:99137701, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014297:** Remington Arms Company, Inc. 1100 Shotgun CAL:20 SN:R031917K, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014306:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:P170380V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014307:** Remington Arms Company 870 Shotgun CAL:20 SN:RS46899Z, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014308:** Ruger 77/44 Rifle CAL:44 SN:740-18039, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014309:** Browning Auto 5 Shotgun CAL:20 SN:3Z64935, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014310:** Browning Light 12 Shotgun CAL:12 SN:L89050, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-014311:** Marlin Firearms Co. 60 Rifle CAL:22 SN:23294871, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014312:** Winchester 61 Rifle CAL:22 SN:102769, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014313:** Harrington and Richardson 865 Rifle CAL:22 SN:AP229674, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014314:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N980698V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014315:** Winchester 870 Shotgun CAL:20 SN:W940300U, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014316:** Remington Arms Co 1100LW Shotgun CAL:410 SN:M210394H, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014318:** Ruger 22-250 Rem Rifle CAL:22 SN:133-31949, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014319:** Marlin Firearms Co. Original Golden 39A Rifle CAL:22 SN:6092576, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014320:** Remington Arms Company 870LW Magnum Shotgun CAL:20 SN:W320970U, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014321:** Unknown 59 Rifle CAL:762 SN:F-125081, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014322:** Remington Arms Company, Inc. Nylon 10 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014323:** Marlin Firearms Co. 1894 Century Limited Rifle CAL:44-40 SN:94CL0957, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014324:** Remington Arms Company, Inc. 870 Shotgun CAL:20 SN:D159278U, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014325:** High Standard 21 Ted Williams Shotgun CAL:410 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014326:** Franchi Unknown Shotgun CAL:20 SN:05 -03 - E02266 - 13, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014327:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:DU4778, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014328:** Springfield Armory, Geneseo, IL B5 Rifle CAL:556 SN:ST264336, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014329:** Browning BL22 Rifle CAL:22 SN:01973ZZ242, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014330:** Marlin Firearms Co. 60 Rifle CAL:22 SN:92421124, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014331:** Remington Arms Company, Inc. 1100 LT20 Shotgun CAL:20 SN:P155024K, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**SOUTHERN DISTRICT OF INDIANA**

**23-ATF-014333:** Remington Arms Company, Inc. 7400 Rifle CAL:243 SN:8101323, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014335:** Remington Arms Company 870 Shotgun CAL:16 SN:622308W, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014337:** Ruger Unknown Type Shotgun CAL:28 SN:420-01930, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014338:** Marlin Firearms Co. 25N Rifle CAL:22 SN:03384693, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014339:** High Standard 31 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014340:** Harrington and Richardson Topper Shotgun CAL:20 SN:GW15956, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014341:** Marlin Firearms Co. XT-22 Rifle CAL:22 SN:MM19148B, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014342:** Keystone Sporting Arms Crickett Rifle CAL:22 SN:219984, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014343:** Remington Arms Company, Inc. 870 Shotgun CAL:28 SN:RS02686T, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014344:** Ruger 10 Rifle CAL:22 SN:355-24061, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014345:** Remington Arms Company 700 Rifle CAL:308 SN:RR15770E, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014346:** Marlin Firearms Co. 60 Rifle CAL:22 SN:24275300, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014347:** Marlin Firearms Co. 1897 Century Limited Rifle CAL:22 SN:18971731, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014348:** Winchester 69A Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014350:** Browning Special Steel Shotgun CAL:16 SN:50321, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014351:** Derya Arms (Derya Silah Sanayi) Tradition Shotgun CAL:12 SN:R022893, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014352:** Mossberg Unknown Shotgun CAL:20 SN:V0139211, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014353:** Remington Arms Company 1100 Shotgun CAL:12 SN:N931125V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014354:** Taurus International Rossi S41118 Shotgun CAL:410 SN:5GO032343, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014355:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N074898V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**SOUTHERN DISTRICT OF INDIANA**

**23-ATF-014356:** Marlin Firearms Co. Golden 39AS Rifle CAL:22 SN:13250538, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014357:** Winchester 9422 Rifle CAL:22 SN:CHF1950, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014358:** Winchester 9410 Shotgun CAL:410 SN:SG33468, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014359:** Winchester 67A Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014360:** Ruger 10/22 Rifle CAL:22 SN:116-28178, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014361:** Mauser 96 Rifle CAL:308 SN:96008298, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014362:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:L536917V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014363:** Mossberg 500E Shotgun CAL:410 SN:K179115, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014364:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N284652M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014365:** Ruger 218BEE Rifle CAL:22 SN:13294245, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014366:** Norinco (North China Industries) MAK90 Sporter Rifle CAL:762 SN:94 94115, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014367:** Mossberg 590 Shotgun CAL:12 SN:V1025439, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014368:** Marlin Firearms Co. Golden 39A Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014369:** Winchester 9410 Shotgun CAL:410 SN:SG26040, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014371:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:RS20989N, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014372:** Marlin Firearms Co. 444S Rifle CAL:444 SN:26054327, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014373:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:AB217103M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014374:** Remington Arms Company 1100 LT20 Shotgun CAL:20 SN:M877119U, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014375:** Browning Auto 5 Shotgun CAL:20 SN:66806, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014376:** Winchester 72A Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

93

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-014376 - (Continued from previous page)**
from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014377:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:79879V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014378:** Remington Arms Company, Inc. 870LW Shotgun CAL:20 SN:V848838K, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014380:** Winchester 1200 Shotgun CAL:12 SN:L544465, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014381:** Remington Arms Company, Inc. 11-87 Shotgun CAL:12 SN:PC329675, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014382:** Remington Arms Company, Inc. 870LW Magnum Shotgun CAL:20 SN:X071503U, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014383:** Ruger 10/22 Rifle CAL:22 SN:115-56211, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014384:** Browning Unknown Shotgun CAL:16 SN:36279NW023, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014385:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:S762041V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014387:** Ruger Carbine Rifle CAL:44 SN:90591, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014388:** CMMG INC. MK-4 Rifle CAL:556 SN:SCG012727, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014389:** Ruger Unknown Rifle CAL:22 SN:133 - 13610, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014390:** Lefever Nitro Special Shotgun CAL:Unknown SN:283107, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014391:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N802099V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014392:** Winchester 94 Rifle CAL:30-30 SN:USA14026, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014393:** Belgium Unknown Rifle CAL:Unknown SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014394:** Remington Arms Company, Inc. 341 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014395:** Remington Arms Company, Inc. 700 Rifle CAL:243 SN:6702952, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014396:** Ruger Unknown Type Shotgun CAL:28 SN:420-16015, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014397:** Remington Arms Company, Inc. 11 87 Rifle CAL:12 SN:PC406569, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014398:** Remington Arms Company, Inc. 870LW Magnum Shotgun CAL:20 SN:W628233U, valued at

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-014398 - (Continued from previous page)**
$250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014399:** Remington Arms Company 1100 Shotgun CAL:28 SN:P199348J, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014400:** Remington Arms Company, Inc. 11 Shotgun CAL:410 SN:4142980, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014401:** Ruger Ranch Rifle Rifle CAL:223 SN:188 - 26363, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014402:** Remington Arms Company, Inc. 870 Shotgun CAL:20 SN:X124185U, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014403:** Winchester 75 Rifle CAL:22 SN:69233, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014404:** Ruger 10/22 Rifle CAL:22 SN:248 - 69273, valued at $350.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014405:** Springfield Armory, Geneseo, IL 944 Shotgun CAL:410 SN:P408387, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014406:** Savage 110 Rifle CAL:223 SN:N704695, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014407:** Winchester 52 Rifle CAL:22 SN:75448B, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014408:** Ruger 10/22 Rifle CAL:22 SN:353 - 75209, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014409:** Winchester 61 Rifle CAL:22 SN:46820, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014410:** Browning Unknown Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014411:** Winchester 67A Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014412:** Winchester 69A Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014413:** Winchester 1200 Shotgun CAL:12 SN:L489578, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014414:** Winchester 9422 Rifle CAL:22 SN:F736075, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014415:** Marlin Firearms Co. Golden 39M Rifle CAL:22 SN:20305582, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014416:** Winchester 94 Rifle CAL:444 SN:6375382, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014417:** Marlin Firearms Co. 1895C Ltd Rifle CAL:45-70 SN:18950364, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014418:** Remington Arms Company 870 Shotgun CAL:12 SN:X289665M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014419:** Remington Arms Company, Inc. 11-87 Shotgun CAL:12 SN:PC333676, valued at $250.00, seized

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-014419 - (Continued from previous page)**
by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014420:** Remington Arms Company, Inc. 550-1 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014421:** Winchester 3 Rifle CAL:22 SN:94416, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014422:** Remington Arms Company, Inc. 870 Magnum Shotgun CAL:12 SN:A834384M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014423:** Winchester 9422M Rifle CAL:22 SN:F589363, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014424:** Remington Arms Company, Inc. 1100 LT20 Shotgun CAL:20 SN:N077493K, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014425:** Winchester 62 Rifle CAL:22 SN:200412, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014426:** Remington Arms Company, Inc. 870 Shotgun CAL:20 SN:AB427118U, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014427:** Winchester 52 Rifle CAL:22 SN:24205, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014428:** Remington Arms Company, Inc. 1100 Magnum Shotgun CAL:12 SN:DU81 8028, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014429:** Remington Arms Company, Inc. 592M Rifle CAL:5 SN:1026660, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014430:** Remington Arms Company, Inc. 870 Magnum Shotgun CAL:20 SN:D856749U, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014431:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:DU11720, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014432:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:T911842V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014433:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N948884M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014434:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:L697261V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014435:** Remington Arms Company 700 Rifle CAL:308 SN:RR55967G, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014436:** Remington Arms Company, Inc. 11-87 Shotgun CAL:12 SN:PC119869, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/20/2023

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-014436 - (Continued from previous page)** 924(d).

**23-ATF-014437:** Winchester 69A Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014438:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:DU85 0681, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014439:** Ruger 77/44 Rifle CAL:44 SN:740-23498, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014440:** Remington Arms Company 1100 Shotgun CAL:12 SN:M201618V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014441:** Del-Ton Inc. DTI-15 Rifle CAL:556 SN:DTI-S258340, valued at $800.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014442:** Remington Arms Company 870 Shotgun CAL:28 SN:C822947JZ, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014443:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:V673414M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014444:** Remington Arms Company, Inc. 870 Shotgun CAL:20 SN:W201761U, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014445:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N588472M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014446:** Mossberg 500 ATP Shotgun CAL:12 SN:H963287, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014447:** Norinco (North China Industries) MAK90 Rifle CAL:762 SN:36031, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014448:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:M272442M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014449:** Marlin Firearms Co. 1897 Rifle CAL:22 SN:18970035, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014450:** Marlin Firearms Co. 1894 Rifle CAL:44 SN:94CL1115, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014451:** Ruger 10-22 Rifle CAL:22 SN:USST00083, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014452:** Marlin Firearms Co. 1895GEL Rifle CAL:44 SN:MR04614E, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014453:** Ruger American Rifle Ranch Rifle CAL:223 SN:188-58424, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014454:** Norinco (North China Industries) MAK90 Rifle CAL:7.639 SN:46369, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014455:** Browning Unknown Type Rifle CAL:22 SN:21161X6, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**SOUTHERN DISTRICT OF INDIANA**

**23-ATF-014456:** Marlin Firearms Co. 1894 Rifle CAL:44-40 SN:94CL0511, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014457:** Marlin Firearms Co. 1894C Rifle CAL:357 SN:92021491, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014458:** Remington Arms Company, Inc. 1100 Shotgun CAL:20 SN:L495441K, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014459:** Norinco (North China Industries) SKS Rifle CAL:762 SN:07291, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014460:** Winchester 12 Shotgun CAL:16 SN:1206580, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014461:** Mossberg 500 Shotgun CAL:12 SN:U229252, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014462:** Winchester 70 Rifle CAL:243 SN:35GZN03936, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014463:** Remington Arms Company, Inc. 1100 Shotgun CAL:20 SN:444204X, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014464:** Remington Arms Company, Inc. R-15 Rifle CAL:223 SN:RA020611, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014465:** Winchester 12 Shotgun CAL:12 SN:613361, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014466:** Marlin Firearms Co. 56 Rifle CAL:22 SN:M00262, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014467:** Savage Stevens 200 Rifle CAL:308 SN:H039877, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014468:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:V407320V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014469:** Browning A-Bolt Rifle CAL:308 SN:71264NRH17, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014470:** Remington Arms Company 1100 Shotgun CAL:12 SN:N515438V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014471:** Marlin Firearms Co. 75C Rifle CAL:22 SN:20601447, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014472:** Remington Arms Company, Inc. 1100 Shotgun CAL:28 SN:N265965J, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014473:** Remington Arms Company, Inc. 541S Rifle CAL:22 SN:A1014160, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014474:** Remington Arms Company, Inc. 870 Shotgun CAL:28 SN:S332833J, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014475:** Marlin Firearms Co. 60 Rifle CAL:22 SN:21459075, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014476:** Remington Arms Company 870 Shotgun CAL:410 SN:D037746H, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014477:** Winchester 6 Rifle CAL:22 SN:817088, valued at $250.00, seized by the ATF on March 09, 2023

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/20/2023

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-014477 - (Continued from previous page)**
from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014478:** Remington Arms Company, Inc. 870 Shotgun CAL:16 SN:D367767W, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014479:** Browning Buckmark Rifle CAL:22 SN:213MY05787, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014480:** Remington Arms Company, Inc. 11-48 Shotgun CAL:410 SN:4134364, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014481:** Winchester 36 Shotgun CAL:9 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014482:** Remington Arms Company, Inc. 1100 Magnum Shotgun CAL:12 SN:DU817416, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014483:** Remington Arms Company, Inc. 870LW Shotgun CAL:410 SN:S367021H, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014484:** Marlin Firearms Co. 39A Rifle CAL:22 SN:24213027, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014485:** Winchester 52 Rifle CAL:22 SN:87212C, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014487:** Rep DD87 Rifle CAL:22 SN:A2294372, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014488:** Marlin Firearms Co. 1894CB Rifle CAL:45 SN:04042961A, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014489:** Winchester 57 Rifle CAL:22 SN:24983, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014490:** Browning Unknown Rifle CAL:22 SN:72T70407, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014491:** Remington Arms Company, Inc. 870 Shotgun CAL:20 SN:V123979X, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014492:** Remington Arms Company, Inc. 11-48 Shotgun CAL:28 SN:4040824, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014493:** Izhmash (IMEZ) Mod 90 Rifle CAL:762 SN:H06740978, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014494:** Beretta, Pietro S.P.A. ES100 Shotgun CAL:12 SN:E01718 -03, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014495:** Remington Arms Company, Inc. 870 Shotgun CAL:20 SN:V955796X, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014496:** Remington Arms Company, Inc. Four Shotgun CAL:308 SN:A4020897, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014497:** Marlin Firearms Co. 336W Rifle CAL:30-30 SN:91038677, valued at $250.00, seized by the ATF

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA
**23-ATF-014497 - (Continued from previous page)**
on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014498:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:P186468V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014499:** Savage Arms Inc. (CD) Mark II Rifle CAL:22 SN:1674165, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014500:** Ruger 10/22 Rifle CAL:22 SN:356-05611, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014501:** Ruger 10/22 Rifle CAL:22 SN:255 -79748, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014502:** Remington Arms Company 870 Shotgun CAL:12 SN:V893429M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014503:** Marlin Firearms Co. 336CS Rifle CAL:30-30 SN:05053108, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014504:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N588323M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014505:** Ruger 20 Swift Rifle CAL:22 SN:133-23104, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014506:** Ruger Mini 14 Rifle CAL:223 SN:180-52978, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014507:** Browning Invector Plus Shotgun CAL:20 SN:25418NRA33, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014508:** Remington Arms Company, Inc. 1100 Shotgun CAL:410 SN:N357031H, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014509:** Remington Arms Company, Inc. 870LW Shotgun CAL:28 SN:W816979J, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014510:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:S507894M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014511:** Marlin Firearms Co. Golden 39A Rifle CAL:22 SN:22274431, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014512:** Smith & Wesson M&P 15-22 Rifle CAL:22 SN:DVP7039, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014513:** Ruger Mini 14 Rifle CAL:223 SN:184-85089, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014514:** LC Smith Unknown Shotgun CAL:20 SN:39602, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014515:** Mossberg Unknown Shotgun CAL:20 SN:L2924725, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014516:** Ithaca Gun Co 37 Rifle CAL:20 SN:M370004322, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-014517:** Ruger Unknown Shotgun CAL:12 SN:411-80277, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014518:** JC Higgins 20 Shotgun CAL:12 SN:58360, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014519:** Remington Arms Company, Inc. 41P Rifle CAL:22 SN:108946, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014520:** US Carbine M1 Rifle CAL:30 SN:1111974, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014521:** Marlin Firearms Co. 81 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014522:** Remington Arms Company, Inc. 870 Shotgun CAL:410 SN:T206141H, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014523:** Marlin Firearms Co. 60 Rifle CAL:22 SN:24293308, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014579:** Henry Repeating Rifle Company H006M Rifle CAL:357/38 SN:BB0103263M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014581:** Marlin Firearms Co. 75 Rifle CAL:22 SN:69271296, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014582:** Ruger Ranch Rifle Rifle CAL:223 SN:195-20416, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014585:** Winchester 9422M Rifle CAL:22 SN:F589428, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014588:** Ruger Unknown Type Rifle CAL:45/70 SN:134-27603, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014593:** Noble Mfg. Co. Double Barrel Break Top Shotgun CAL:410 SN:AB25773, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014598:** Marlin Firearms Co. Slugmaster 512 Shotgun CAL:12 SN:51201425, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014604:** Remington Arms Company, Inc. 700 Rifle CAL:22-250 SN:328099, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014605:** Winchester 1917 Rifle CAL:Unknown SN:433772, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014614:** Winchester Lever Rifle CAL:22 SN:137886, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014618:** Remington Arms Company, Inc. 1100LW Shotgun CAL:28 SN:N268410J, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014621:** Remington Arms Company, Inc. 11-48 Shotgun CAL:410 SN:4125069, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014625:** Winchester 94 25 35 Rifle CAL:Unknown SN:1552512, valued at $250.00, seized by the ATF on

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF INDIANA
**23-ATF-014625 - (Continued from previous page)**
March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014632:** Remington Arms Company, Inc. 341P Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014639:** Ithaca Gun Co. M49 Rifle CAL:22 SN:286241, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014642:** Marlin Firearms Co. 336 Presentatio Rifle CAL:30-30 SN:607, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014644:** Winchester 60A Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014648:** Harrington and Richardson Topper Deluxe Shotgun CAL:12 SN:HG467481, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014654:** Marlin Firearms Co. 60 Rifle CAL:22 SN:95428428, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014655:** Winchester 94 Rifle CAL:30-30 SN:CB3297, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014662:** Winchester 37 Shotgun CAL:410 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014666:** Ruger 10/22 Shotgun CAL:22 SN:118-70975, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014669:** Norinco (North China Industries) MAK90 Rifle CAL:762 SN:23780, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014672:** Winchester 47 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014676:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:L172033V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014683:** Mossberg 500 Shotgun CAL:20 SN:T767964, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014684:** Taurus International 62 Rifle CAL:22 SN:TA7004, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014687:** Remington Arms Company, Inc. 1148 Shotgun CAL:28 SN:4045321, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014692:** Winchester 9422M Rifle CAL:22 SN:F699593, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014695:** Savage Mark II Rifle CAL:22 SN:1113977, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014706:** Remington Arms Company, Inc. 514 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014712:** Marlin Firearms Co. 60 Rifle CAL:22 SN:17386849, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014718:** Harrington and Richardson SB1 Shotgun CAL:28 SN:HX265857, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014721:** Savage Axis Rifle CAL:243 SN:J281707, valued at $250.00, seized by the ATF on March 09, 2023

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**SOUTHERN DISTRICT OF INDIANA**
**23-ATF-014721 - (Continued from previous page)**
from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014724:** Winchester 72 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014730:** Marlin Firearms Co. 60 Rifle CAL:22 SN:21415763, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014735:** Remington Arms Company, Inc. 510X Rifle CAL:22 SN:LN47, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014736:** Remington Arms Company, Inc. 1100LW Shotgun CAL:28 SN:N115423J, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014740:** Winchester 75 Rifle CAL:22 SN:41716, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014744:** Remington Arms Company, Inc. 870 Shotgun CAL:410 SN:T312066H, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014748:** Taurus 62 Rifle CAL:22 SN:SL4507, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014752:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:L526544V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014758:** Browning Magnum 12 Shotgun CAL:12 SN:11814PT151, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014759:** Marlin Firearms Co. 39 Rifle CAL:22 SN:10077, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014763:** CZ (Ceska Zbrojovka) CZ550 Rifle CAL:7 SN:D1282, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014770:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:V236391V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014773:** Ruger All-Weather 77/22 Rifle CAL:22 SN:701 - 09296, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014778:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:DU10628, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014783:** Browning Unknown Rifle CAL:30-06 SN:52700M8, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014785:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:L575423V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014791:** Browning Sweet Sixteen Shotgun CAL:16 SN:6S52730, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014798:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:L129200V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-014800:** Marlin Firearms Co. 336C8 Rifle CAL:30-30 SN:5070845, valued at $250.00, seized by the ATF on

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-014800 - (Continued from previous page)**

March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014805:** Remington Arms Company, Inc. 511 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014811:** Savage 19 Rifle CAL:22 SN:47805, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014818:** Winchester 69 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014826:** Marlin Firearms Co. Original Golden 39AS, Rifle CAL:22 SN:08253827, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014832:** Winchester 67 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014836:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N405224V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014842:** Savage Arms B Shotgun CAL:12 SN:A839869, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014844:** Savage 19 Shotgun CAL:12 SN:D875539, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014850:** Unknown Manufacturer Unknown Type Shotgun CAL:12 SN:194885, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014859:** Ithaca Gun Company (Upper Sandusky, OH) M66 Shotgun CAL:14 SN:660709260, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014861:** Marlin Firearms Co. 57 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014867:** Winchester 68 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014872:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N481711V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014881:** Remington Arms Company, Inc. 1100 Shotgun CAL:28 SN:L952531J, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014896:** Remington Arms Company, Inc. 870 Shotgun CAL:20 SN:W038732U, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014906:** Marlin Firearms Co. Wildlife for Tomorrow Rifle CAL:22 SN:WL000637, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014917:** Browning Unknown Rifle CAL:22 SN:8T 93038, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014927:** Marlin Firearms Co. 39TDS Rifle CAL:22 SN:03122389, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-014997:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:M368378V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014998:** Remington Arms Company, Inc. 1100 Shotgun CAL:20 SN:R049926K, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-014999:** Remington Arms Company, Inc. 1100LW Shotgun CAL:410 SN:M546703H, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015000:** Marlin Firearms Co. 39 Rifle CAL:Unknown SN:G1516, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015001:** Remington Arms Company, Inc. 1100 Shotgun CAL:410 SN:N499065H, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015002:** Remington Arms Company, Inc. 1100W Shotgun CAL:28 SN:L381848J, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015003:** Remington Arms Company, Inc. 1100 Shotgun CAL:20 SN:N361167K, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015004:** Ruger Unknown Type Shotgun CAL:20 SN:401-13763, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015005:** Remington Arms Company, Inc. 700 Rifle CAL:30-06 SN:C6347923, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015006:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:S995358V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015007:** Harrington and Richardson Unknown Type Shotgun CAL:16 SN:A847476, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015008:** Winchester 9422 Rifle CAL:22 SN:BSA4630, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015009:** Remington Arms Company, Inc. 510 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015010:** Winchester 88 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015011:** Winchester 61 Rifle CAL:22 SN:291749, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015012:** Remington Arms Company, Inc 512 Rifle CAL:22 SN:Unknown, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015013:** Remington Arms Company, Inc. Octagon Barrel Rifle CAL:Unknown SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015014:** Marlin Firearms Co. Glenfield 60 Rifle CAL:22 SN:26249567, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015015:** Bayard Arms Unknown Type Shotgun CAL:410 SN:59511H, valued at $250.00, seized by the ATF

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/20/2023

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-015015 - (Continued from previous page)**
on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015016:** Remington Arms Company, Inc. 11-48 Shotgun CAL:410 SN:4142532, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015017:** Remington Arms Company, Inc. 1100LW Shotgun CAL:28 SN:M844243J, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015018:** Winchester 12 Shotgun CAL:12 SN:1836942F, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015019:** Remington Arms Company, Inc. 1100LW Shotgun CAL:20 SN:M516628K, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015020:** Lefever Double Nitro Special Shotgun CAL:20 SN:282449, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015021:** Winchester 42 Shotgun CAL:410 SN:152079, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015022:** Winchester 1906 Rifle CAL:22 SN:108016, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015023:** Winchester 62 Rifle CAL:22 SN:184443, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015024:** Winchester 70 Rifle CAL:7 SN:53642, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015025:** Ruger Mini Thirty Rifle CAL:762 SN:189-78421, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015026:** Browning Unknown Type Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015329:** Marlin Firearms Co. 39TDS Rifle CAL:22 SN:TDS03487, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015338:** Westernfield Unknown Type Shotgun CAL:12 SN:M550AD, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015348:** Winchester 55 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015355:** Weatherby Mark XXII Rifle CAL:22 SN:N56807, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015373:** Browning Citori Shotgun CAL:12 SN:01194PV153, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015375:** Savage 240 Shotgun CAL:410 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015377:** Marlin Firearms Co. 39 Rifle CAL:22 SN:20726, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015379:** Winchester 9410 Shotgun CAL:410 SN:SG25033, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015381:** Ruger Unknown Type Rifle CAL:22 SN:132 - 91693, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-015382:** Harrington & Richardson Tamer Shotgun CAL:410 SN:HX359421, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015386:** Winchester 94AE Rifle CAL:44 SN:6116791, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015391:** Remington Arms Company, Inc. Nylon 12 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015394:** Browning Unknown Type Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015396:** Ithaca Gun Co. M49 Rifle CAL:22 SN:490446721, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015398:** Winchester 9422M Rifle CAL:22 SN:F479116, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015402:** Ruger Mini 14 Rifle CAL:223 SN:186-76695, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015405:** American Tactical Imports - ATI AR Rifle CAL:556 SN:MSA083213, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015408:** Anderson Manufacturing AM-15 Rifle CAL:223 SN:171F10, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015411:** Bushmaster Firearms XM15-E2S Rifle CAL:223 SN:BFI408493, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015415:** Anderson Manufacturing AM-15 Rifle CAL:762 SN:19330478, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015419:** Remington Arms Company, Inc. 870LW Shotgun CAL:410 SN:T312060H, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015424:** Harrington and Richardson Tamer Shotgun CAL:410 SN:HX297529, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015428:** Winchester 94AE Rifle CAL:44 SN:6116792, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015431:** Colt Law Enforcement Carbine Rifle CAL:556 SN:LE023946, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015435:** Ruger Mini 14 Rifle CAL:223 SN:181-86094, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015439:** Browning Special Steel Shotgun CAL:16 SN:83718, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015443:** Winchester 9422 Rifle CAL:22 SN:FTF2407, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015446:** Winchester 9422 Rifle CAL:22 SN:F673214, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015447:** Marlin Firearms Co. 70P Rifle CAL:22 SN:14397448, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015448:** Winchester 9422 Rifle CAL:22 SN:1TEX442, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015453:** Ruger 10/22 Rifle CAL:22 SN:255-95287, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA
**23-ATF-015459:** Ithaca Gun Co. M49 Rifle CAL:22 SN:490568501, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015461:** Harrington & Richardson 99 Shotgun CAL:410 SN:AY541354, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015463:** Smith & Wesson M&P 15 Rifle CAL:556 SN:TK87923, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015466:** Palmetto State Armory PA-15 Rifle CAL:Multi SN:SCD050180, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015469:** Colt AR15 Rifle CAL:556 SN:SP224141, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015471:** Harrington & Richardson 158 Topper Shotgun CAL:410 SN:AF265020, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015475:** Winchester 9422 Rifle CAL:22 SN:F746717, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015477:** Marlin Firearms Co. 39AS Rifle CAL:22 SN:05092009, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015479:** Marlin Firearms Co. 39TDS Rifle CAL:22 SN:11146594, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015481:** Browning Unknown Type Rifle CAL:22 SN:6T47361, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015483:** Browning Buckmark Rifle CAL:22 SN:213MY05742, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015485:** Rock River Arms, Inc. LAR 15 Rifle CAL:556 SN:KT1200872, valued at $1,000.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015488:** Winchester 67 Rifle CAL:22 SN:Unknown, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015489:** Rock River Arms, Inc. LAR 15 Rifle CAL:9 SN:CM177744, valued at $1,000.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015491:** Rock River Arms, Inc. LAR 15 Rifle CAL:556 SN:HM300150, valued at $1,000.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015492:** Harrington & Richardson SB1 Shotgun CAL:410 SN:HW349590, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015494:** Anderson Manufacturing AM-15 Rifle CAL:Multi SN:20030412, valued at $1,000.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015496:** Smith & Wesson M&P 10 Rifle CAL:308 SN:KN09832, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015498:** DPMS Inc. (Defense Procurement Mfg. Services) A15 Rifle CAL:Multi SN:FFA004181, valued at $1,000.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015500:** FM Products, Inc. (Foxtrot Mike) FMP 9 Pistol CAL:9 SN:9-15211, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015507:** Umarex Sportwaffen GMBH & CO. KG. MP5 Rifle CAL:9 SN:HD011733, valued at $1,000.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**SOUTHERN DISTRICT OF INDIANA**
**23-ATF-015512:** Colt H Bar Rifle CAL:223 SN:CCH023515, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015514:** Browning Unknown Type Rifle CAL:22 SN:1T10744, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015516:** Smith & Wesson M&P 15 Rifle CAL:556 SN:SP70015, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015518:** Ruger AR-556 Rifle CAL:556 SN:85518560, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015519:** Browning Unknown Type Rifle CAL:22 SN:02132MR212, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015521:** Anderson Manufacturing AM-15 Rifle CAL:Multi SN:18025863, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015522:** Belknap B-967 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015523:** Anderson Manufacturing AM-15 Rifle CAL:Multi SN:20103811, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015525:** Uzi IMI80 Model B Pistol CAL:9 SN:SA51935, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015528:** Pioneer Arms Co. Helpup Pistol CAL:762 SN:PAC1133352, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015529:** Marlin 70PSS Rifle CAL:22 SN:05213032, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015530:** Century Mfg., Inc. Draco Pistol CAL:9 SN:R0N2164696, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015531:** Chiappa Firearms LTD B-Square Shotgun CAL:12 SN:3119991, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015532:** Smith & Wesson 44 Magnum 629 Revolver CAL:44 SN:CDU1158, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015533:** Winchester 94 22 Rifle CAL:22 SN:F688402, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015537:** Brigade Manufacturing, Inc. BM-F-9 Pistol CAL:Multi SN:18959F, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015539:** High Standard 10318 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015540:** Winchester 47 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015541:** Ruger AR-556 Rifle CAL:556 SN:85431047, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015542:** Chinese JW-2000 Shotgun CAL:12 SN:JW12-25161, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015543:** Wilson Combat WC-15 Rifle CAL:Multi SN:WCB7864, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015544:** Anderson Manufacturing AM-15 Pistol CAL:556 SN:20323038, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015545:** Browning Unknown Type Rifle CAL:22 SN:4T95929, valued at $250.00, seized by the ATF on

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/20/2023

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-015545 - (Continued from previous page)**
March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015546:** Acme Tactical (Bruggeman, TJ) AF15 Rifle CAL:450 SN:A00030, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015547:** Marlin Firearms Co. 39M Rifle CAL:22 SN:7187341, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015548:** Spike's Tactical LLC ST9G Pistol CAL:9 SN:ARG014886, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015549:** Israel Weapon Ind- IWI (Israel Military Ind- IMI) Uzi B Rifle CAL:9 SN:SA542211, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015550:** Taurus International PT22 Pistol CAL:22 SN:89872Z, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015551:** Ruger Single Six Revolver CAL:22 SN:65-63684, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015552:** Walther PPK/S Pistol CAL:380 SN:S072340, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015553:** Smith & Wesson 38 Revolver CAL:38 SN:D591998, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015554:** Smith & Wesson 617 Revolver CAL:22 SN:CYT6766, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015555:** Remington Arms Company, Inc. 511 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015556:** Ruger Blackhawk Revolver CAL:45 SN:48-61361, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015557:** Winchester 62A Rifle CAL:22 SN:231005, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015558:** Ruger Redhawk Revolver CAL:357 SN:504-03163, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015559:** Zastava PAP M85 PV Pistol CAL:556 SN:M85PV005628, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015560:** Winchester 9422M Rifle CAL:22 SN:F684159, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015561:** Smith & Wesson 39-2 Pistol CAL:9 SN:A639691, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015563:** Ruger Mark III Pistol CAL:22 SN:229-56464, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015564:** Winchester 72 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015565:** Taurus International PT1911 Pistol CAL:45 SN:NEX62508, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015566:** Winchester 9422 Rifle CAL:22 SN:F601381, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015567:** Bushmaster Firearms Carbon 15 Pistol CAL:556 SN:D04890, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-015568:** Remington Arms Company, Inc. 760 Shotgun CAL:30-06 SN:A7209691, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015569:** Unknown Unknown Pistol CAL:410 SN:JO598-4, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015570:** Smith & Wesson 60-15 Revolver CAL:357 SN:DMK4586, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015571:** Remington Arms Company, Inc. 1148 Shotgun CAL:410 SN:41116332, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015572:** Taurus International Ultra Light M94 Revolver CAL:22 SN:GU36695, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015573:** Ruger Single Ten Revolver CAL:22 SN:81012172, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015574:** Remington Arms Company, Inc. 1100LW Shotgun CAL:28 SN:M681243J, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015575:** Colt Python Revolver CAL:357 SN:PY244587, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015576:** Smith & Wesson M649-2 Revolver CAL:38 SN:BSH7625, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015577:** Beretta USA Corp 92FS Pistol CAL:9 SN:L07261Z, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015579:** Smith & Wesson 64-8 Revolver CAL:38 SN:CJH1439, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015581:** Ruger SP101 Revolver CAL:357 SN:575-22196, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015582:** Smith & Wesson 15-4 Revolver CAL:38 SN:96K1182, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015583:** Remington Arms Company, Inc. 7600 Shotgun CAL:30-06 SN:8154370, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015584:** Smith & Wesson 60 Revolver CAL:38 SN:62458, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015585:** Ruger Mark III Hunter Pistol CAL:22 SN:229 -32897, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015586:** Smith & Wesson 63-4 Revolver CAL:22 SN:CMY1943, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015587:** Ruger Mark III Hunter Pistol CAL:22 SN:229 -25239, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015588:** Winchester 77 Rifle CAL:22 SN:43830, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015589:** Smith & Wesson 648-2 Revolver CAL:22 SN:CFS0479, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015590:** Ruger Mark III Hunter Pistol CAL:22 SN:229-26999, valued at $250.00, seized by the ATF on

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/20/2023

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-015590 - (Continued from previous page)**
March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015591:** Smith & Wesson 60-15 Revolver CAL:357 SN:CFS5004, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015592:** Smith & Wesson 66 Revolver CAL:357 SN:BNU2268, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015593:** Smith & Wesson M&P 9L Pistol CAL:9 SN:HKD1078, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015594:** Browning Unknown Rifle CAL:22 SN:8T97444, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015595:** Smith & Wesson 686-4 Revolver CAL:357 SN:BUH8375, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015596:** Colt MK IV Mustang Pistol CAL:380 SN:MS07786, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015597:** Smith & Wesson 60-18 Revolver CAL:357 SN:CHZ9889, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015598:** Unknown Manufacturer Unknown Type Shotgun CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015599:** Smith & Wesson 650 Revolver CAL:41 SN:CFA8247, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015600:** Colt MKIV Mustang 380 Pistol CAL:380 SN:RS51639, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015601:** Smith & Wesson 357 Magnum Revolver CAL:357 SN:CMA6367, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015602:** Smith & Wesson 640 Revolver CAL:357 SN:CNP5729, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015603:** Israel Weapon IND- IWI (Israel Military IND- IMI) Model B Pistol CAL:9 SN:SA 40031, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015604:** Smith & Wesson 41 Pistol CAL:22 SN:110491, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015605:** Smith & Wesson 36 Revolver CAL:38 SN:85657, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015606:** High Standard R-109 Revolver CAL:22 SN:22115268, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015607:** Ruger Bearcat Revolver CAL:22 SN:93-48237, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015608:** Harrington and Richardson 649 Revolver CAL:22 SN:AU110340, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015609:** Smith & Wesson 650 Revolver CAL:22 SN:AFL0981, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015610:** Smith & Wesson 686 Revolver CAL:357 SN:BBJ0JJ9, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015611:** Smith & Wesson 617 Revolver CAL:22 SN:BEF5359, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-015612:** Ruger Bearcat Revolver CAL:22 SN:M133, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015614:** Colt Targetsman Pistol CAL:22 SN:017996S, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015615:** High Standard B Pistol CAL:22 SN:17286, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015616:** Taurus PT1911AR Pistol CAL:45 SN:NBT83514, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015617:** Glock GMBH 23 Pistol CAL:40 SN:BXDL004, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015618:** Browning BDA380 Pistol CAL:380 SN:MN00441, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015619:** Colt Mustang Pocketlite Pistol CAL:380 SN:PL73291, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015620:** Bernardelli, Vincenzo PO18 Pistol CAL:9 SN:302369, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015621:** Walther PPK Pistol CAL:380 SN:A081702, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015623:** Browning Signature Pistol CAL:9 SN:245NW87623, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015624:** Colt Gold Cup Trophy Pistol CAL:45 SN:GCT10932, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015667:** Taurus 8299 Revolver CAL:22 SN:B017932, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015668:** Smith & Wesson 657-3 Revolver CAL:41 SN:BRY9505, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015669:** Smith & Wesson 617 Revolver CAL:22 SN:BFC2313, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015670:** Smith & Wesson 17-4 Revolver CAL:22 SN:75K9419, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015671:** Smith & Wesson 686-6 Revolver CAL:357 SN:CUA5476, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015672:** Smith & Wesson 317-2 Revolver CAL:22 SN:DBJ5379, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015673:** Smith & Wesson 60 Revolver CAL:38 SN:ANR7229, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015674:** Smith & Wesson 317-2 Revolver CAL:22 SN:CHZ4175, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015675:** Smith & Wesson 686 Revolver CAL:357 SN:AUJ3205, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015676:** Smith & Wesson 500 Revolver CAL:500 SN:DBR0316, valued at $1,000.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015677:** Ruger New Model Single Six Revolver CAL:22 SN:263-95219, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015678:** Smith & Wesson 3465 Revolver CAL:22 SN:K 7122, valued at $400.00, seized by the ATF on

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**SOUTHERN DISTRICT OF INDIANA**
**23-ATF-015678 - (Continued from previous page)**
March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015679:** Smith & Wesson 55020 Revolver CAL:22 SN:K 59687, valued at $200.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015680:** Dan Wesson Arms 6 Shot 15-2 Revolver CAL:357 SN:176593, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015681:** Smith & Wesson 686 Revolver CAL:357 SN:BRL8386, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015682:** Smith & Wesson 60-14 Revolver CAL:357 SN:CJX2783, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015683:** Smith & Wesson 617-3 Revolver CAL:22 SN:CEE6624, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015684:** Smith & Wesson 640 Revolver CAL:38 SN:1-091, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015685:** Smith & Wesson 60 Revolver CAL:38 SN:R278857, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015686:** Smith & Wesson 34 Revolver CAL:22 SN:68726, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015687:** Smith & Wesson 60 Revolver CAL:38 SN:29628, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015688:** North American Arms Unknown Type Revolver CAL:22 SN:VT02339, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015689:** High Standard R-101 Revolver CAL:22 SN:903246, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015690:** Smith & Wesson 10-5 Revolver CAL:38 SN:D741755, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015691:** Smith & Wesson 17-3 Revolver CAL:22 SN:1K90796, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015692:** Smith & Wesson 48-4 Revolver CAL:22 SN:86K6470, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015693:** Smith & Wesson 66-3 Revolver CAL:357 SN:BPA9446, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015694:** Smith & Wesson 686 Revolver CAL:357 SN:AAF2106, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015695:** Smith & Wesson 48 Revolver CAL:22 SN:419629, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015696:** Smith & Wesson 629 Revolver CAL:44 SN:A1923, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015697:** Smith & Wesson 34 Revolver CAL:22 SN:M202734, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015698:** Smith & Wesson 34 Revolver CAL:22 SN:BCA1203, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015699:** Smith & Wesson 60-16 Revolver CAL:357 SN:DBE9460, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015700:** Smith & Wesson 66-2 Revolver CAL:357 SN:262K392, valued at $400.00, seized by the ATF on

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE: 10/20/2023

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-015700 - (Continued from previous page)**
March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015701:** Smith & Wesson 317 Revolver CAL:22 SN:CBY0220, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015703:** Winchester 9422M Rifle CAL:22 SN:2TEX394, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015705:** Winchester 67 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015707:** Marlin Firearms Co. 60 Rifle CAL:22 SN:26246819, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015708:** Winchester Unknown Type Rifle CAL:30 SN:853670, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015709:** SKS Unknown Rifle CAL:762 SN:7082016, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015710:** Winchester 61 Rifle CAL:22 SN:247151, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015711:** Remington Arms Company, Inc. 700 Rifle CAL:223 SN:C6630913, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015712:** Browning Unknown Type Shotgun CAL:20 SN:1Z50781, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015715:** Winchester 75 Rifle CAL:22 SN:37049, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015716:** Browning Unknown Type Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015717:** Winchester 94AE Rifle CAL:44 SN:6102822, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015718:** Marlin Firearms Co. 39D Rifle CAL:22 SN:7169766, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015720:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N384670V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015721:** Marlin Firearms Co. Original Golden-39M Rifle CAL:22 SN:18277972, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015722:** Marlin Firearms Co. 39TDS Rifle CAL:22 SN:05090344, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015723:** Winchester 94AE Rifle CAL:44 SN:06NRA0377, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015724:** Marlin Firearms Co. 70PSS Rifle CAL:22 SN:00202938, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015725:** Zastava M70AB2 Rifle CAL:762 SN:M70AB06965, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015726:** Aero Precision M4E1 Rifle CAL:Multi SN:M4-0246050, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015727:** Century Arms International Centurion UC-9 Rifle CAL:9 SN:GMT03900, valued at $250.00, seized

**(Continued on next page)**
[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-015727 - (Continued from previous page)**
by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015728:** Diamondback Arms Inc. DB15 Pistol CAL:Multi SN:DB2022361, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015729:** Rock River Arms, Inc. AR-15 Rifle CAL:556 SN:KT1142175, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015730:** American Tactical Imports - ATI Mil-Sport Rifle CAL:Multi SN:MSA083215, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015731:** Norinco (North China Industries) MAK90 Sporter Rifle CAL:762 SN:9474168, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015732:** Remington Arms Company, Inc. 514 Rifle CAL:22 SN:None, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015733:** Browning Unknown Type Shotgun CAL:16 SN:99247, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015734:** Winchester 9422 Rifle CAL:22 SN:F717738, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015735:** Winchester 9422 Rifle CAL:22 SN:F633599, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015737:** Remington Arms Company, Inc. 541T Rifle CAL:22 SN:A1126952, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015738:** Winchester 94 Rifle CAL:44 SN:3409510M, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015739:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N791415V, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015740:** Remington Arms Company, Inc. 522 Rifle CAL:22 SN:3100197, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015742:** Browning Citori Special Steel Shotgun CAL:12 SN:427716, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015743:** Ithaca Gun Co. M66 Super Single Rifle CAL:410 SN:660227408, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015744:** Remington Arms Company, Inc. 1100LW Shotgun CAL:28 SN:N108021J, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015745:** Ruger 10/22 Rifle CAL:22 SN:255-79529, valued at $250.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015747:** Smith & Wesson 686 Revolver CAL:357 SN:AJV7228, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015748:** Smith & Wesson 686-6 Revolver CAL:357 SN:DBH8882, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015749:** Smith & Wesson 686-4 Revolver CAL:357 SN:CCC4621, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-015750:** Smith & Wesson Unknown Revolver CAL:22 SN:12871, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015751:** Smith & Wesson 66-2 Revolver CAL:357 SN:56441, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015752:** Smith & Wesson Unknown Revolver CAL:22 SN:K278025, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015753:** Smith & Wesson 37 Revolver CAL:38 SN:362775, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015754:** Smith & Wesson 629-6 Revolver CAL:44 SN:CFY7562, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015755:** Smith & Wesson 648 Revolver CAL:22 SN:BSA5594, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015756:** Smith & Wesson 66-2 Revolver CAL:357 SN:AES6082, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015757:** Smith & Wesson 686-6 Revolver CAL:357 SN:CJC0775, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015758:** Smith & Wesson 17 Revolver CAL:22 SN:K415961, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015759:** Smith & Wesson 28-2 Revolver CAL:357 SN:N90352, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015760:** Llama (Gabilondo & Cia) Super Comanche Revolver CAL:44 SN:RB1521, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015761:** Browning Unknown Pistol CAL:22 SN:81834U7, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015762:** Smith & Wesson 37 Revolver CAL:38 SN:ALW4554, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015763:** Browning Unknown Pistol CAL:22 SN:53513U5, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015764:** Colt MK IV-Series 80 Pistol CAL:380 SN:MU02672, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015765:** Beretta, Pietro S.P.A. 84FS Cheetah Pistol CAL:9 SN:H40630Y, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015766:** Sig Sauer (Sig-Arms) P320 Pistol CAL:9 SN:M17-131665, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015768:** Beretta, Pietro S.P.A. 84F Pistol CAL:9 SN:D73888Y, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015769:** Beretta, Pietro S.P.A. 92FS Pistol CAL:9 SN:L62418Z, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015770:** Browning BDA380 Pistol CAL:Multi SN:05578, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015771:** Colt MK IV-Series 80 Pistol CAL:380 SN:RR37052, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015772:** Smith & Wesson 629-1 Revolver CAL:44 SN:AHS2806, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-015773:** Browning BDA380 Pistol CAL:380 SN:04377, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015774:** Smith & Wesson 60-18 Revolver CAL:357 SN:CHY2971, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015775:** Intratec TEC9 Pistol CAL:9 SN:120816, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015776:** Colt Trooper MK Revolver CAL:357 SN:J53558, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015777:** Smith & Wesson 37 Revolver CAL:38 SN:J998568, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015778:** Smith & Wesson 29-3 Revolver CAL:44 SN:A4932, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015779:** Smith & Wesson 19-4 Revolver CAL:357 SN:64K1629, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015781:** Smith & Wesson 629 Revolver CAL:44 SN:AJC6215, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015782:** Smith & Wesson 617-6 Revolver CAL:22 SN:CMZ7521, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015783:** Smith & Wesson 41 Pistol CAL:22 SN:A630802, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015784:** Colt MKIV Pistol CAL:380 SN:RS16464, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015785:** Colt MKIV Pistol CAL:380 SN:RC94793, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015786:** High Standard R101 Revolver CAL:22 SN:828644, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015787:** High Standard W-104 Revolver CAL:22 SN:2158065, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015788:** Smith & Wesson 629 Classic Revolver CAL:44 SN:CFV5794, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015789:** Smith & Wesson 586 Revolver CAL:357 SN:ABV1249, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015790:** Smith & Wesson 60-14 Revolver CAL:357 SN:CPS8155, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015791:** Smith & Wesson 34 Revolver CAL:22 SN:M222551, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015792:** Beretta USA Corp 92FS Pistol CAL:9 SN:BER681592, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015794:** Smith & Wesson 629 Revolver CAL:44 SN:CBS7219, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015795:** Colt MK Series 70 Pistol CAL:45 SN:30455G70, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015797:** Smith & Wesson 28 Revolver CAL:357 SN:N4162, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015798:** Smith & Wesson Unknown Revolver CAL:22 SN:341996, valued at $400.00, seized by the ATF on

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-015798 - (Continued from previous page)**
March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015799:** Smith & Wesson 34 Revolver CAL:22 SN:39091, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015800:** Smith & Wesson 63 Revolver CAL:22 SN:I83X2, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015850:** Browning BDA380 Pistol CAL:380 SN:5480, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015852:** Colt Match Target Pistol CAL:22 SN:223502-5, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015858:** Smith & Wesson 60 Revolver CAL:38 SN:R119934, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015860:** Smith & Wesson 19-3 Revolver CAL:357 SN:7K31024, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015861:** North American Arms Unknown Type Revolver CAL:22 SN:E315892, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015863:** Smith & Wesson 500 Revolver CAL:500 SN:DMU8936, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015864:** Smith & Wesson 29-5 Revolver CAL:44 SN:BFT0999, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015865:** Smith & Wesson SD9VE Pistol CAL:9 SN:FZM8198, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015866:** Taurus International G3 Pistol CAL:9 SN:ADC050924, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015867:** Colt Anaconda Revolver CAL:44 SN:AC212120, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015868:** Intratec AB10 Pistol CAL:9 SN:A040520, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015870:** Smith & Wesson 34-1 Revolver CAL:22 SN:M28533, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015872:** Taurus International G2C Pistol CAL:40 SN:ADM981162, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015873:** Smith & Wesson 500 Revolver CAL:500 SN:CHR8155, valued at $1,000.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015874:** Del-Ton Inc. DTI-15 Pistol CAL:556 SN:DTIS177585, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015875:** Smith & Wesson 15-3 Revolver CAL:38 SN:11K9875, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015876:** Smith & Wesson 34-1 Revolver CAL:22 SN:M163809, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015877:** Kimber Ultra 11 Pistol CAL:45 SN:KU167015, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015878:** Colt Series 80 Pistol CAL:45 SN:SN02311E, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015880:** Smith & Wesson M&P 9 Pistol CAL:9 SN:HDK3472, valued at $400.00, seized by the ATF on

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-015880 - (Continued from previous page)**
March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015881:** Taurus International PT1911 Pistol CAL:45 SN:NBU18956, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015883:** Marlin Firearms Co. 25MB Rifle CAL:22 SN:13691262, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015884:** Marlin Firearms Co 39TDS Rifle CAL:22 SN:TDS02028, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015885:** Smith & Wesson 637-2 Revolver CAL:38 SN:DBR5338, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015886:** Ruger Super Blackhawk Revolver CAL:44 SN:88-15313, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015887:** Smith & Wesson 651-1 Revolver CAL:22 SN:CBY0809, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015899:** Browning Unknown Type Pistol CAL:6 SN:395948, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015900:** Smith & Wesson 66-1 Revolver CAL:357 SN:74K8803, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015901:** Beretta, Pietro S.P.A 85FS Cheetah Pistol CAL:9 SN:F36474Y, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015902:** Smith & Wesson 49 Revolver CAL:38 SN:J665491, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015903:** Smith & Wesson 63 Revolver CAL:22 SN:M195468, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015904:** Smith & Wesson 19-3 Revolver CAL:357 SN:9K16397, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015905:** Smith & Wesson 14 Revolver CAL:38 SN:K412671, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015906:** Smith & Wesson 293 Revolver CAL:44 SN:AJJ9360, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015907:** Beretta, Pietro S.P.A 92FS Pistol CAL:9 SN:L10175Z, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015908:** Mauser Unknown Type Pistol CAL:22 SN:153017, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015909:** Browning Unknown Type Pistol CAL:6 SN:412495, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015910:** Smith & Wesson 34-1 Revolver CAL:22 SN:M223225, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015911:** Smith & Wesson 60-15 Revolver CAL:357 SN:DAK0537, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015913:** Smith & Wesson 629-6 Revolver CAL:44 SN:CJE9430, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015914:** Smith & Wesson 648 Revolver CAL:22 SN:BEZ9779, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015915:** Smith & Wesson 34-1 Revolver CAL:22 SN:M191279, valued at $400.00, seized by the ATF on

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA
**23-ATF-015915 - (Continued from previous page)**
March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015917:** Smith & Wesson 36 Revolver CAL:357 SN:99J639, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015918:** Smith & Wesson 53 Revolver CAL:22 SN:K443220, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015920:** Smith & Wesson 617 Revolver CAL:22 SN:BER0416, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015922:** Smith & Wesson 60-14 Revolver CAL:357 SN:CSL9725, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015923:** Smith & Wesson 686-1 Revolver CAL:357 SN:AWY1673, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015924:** Smith & Wesson 19-2 Revolver CAL:357 SN:K490039, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015925:** Smith & Wesson 28-2 Revolver CAL:357 SN:N565244, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015926:** Smith & Wesson 66-2 Revolver CAL:357 SN:ANB6918, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015927:** Smith & Wesson 620 Revolver CAL:357 SN:CJY6114, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015928:** Smith & Wesson 36 Revolver CAL:38 SN:437687, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015929:** Ruger Single Six Revolver CAL:22 SN:6424683, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015930:** Smith & Wesson 60 Revolver CAL:38 SN:24X37, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015931:** Colt Realtree Revolver CAL:44 SN:MM85686, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015932:** Beretta, Pietro S.P.A 92FS Pistol CAL:9 SN:L37930Z, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015933:** Kimber Target Elite II Pistol CAL:45 SN:K087804, valued at $1,000.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015934:** Smith & Wesson 686 Revolver CAL:357 SN:AAC7585, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015935:** Browning Unknown Type Pistol CAL:22 SN:116175U8, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015936:** Colt Unknown Type Revolver CAL:357 SN:5906, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015938:** Smith & Wesson 17-3 Revolver CAL:22 SN:5K26380, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015939:** Beretta USA Corp 92G Brig Tact WC Pistol CAL:9 SN:WC5640, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015940:** Smith & Wesson 686 Revolver CAL:357 SN:AJR3918, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015941:** Sig Sauer (Sig-Arms) M17 Pistol CAL:9 SN:M17-102247, valued at $600.00, seized by the ATF on

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-015941 - (Continued from previous page)** March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015942:** Smith & Wesson 14-3 Revolver CAL:38 SN:12K7214, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015944:** Smith & Wesson 14-3 Revolver CAL:38 SN:5K23871, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015945:** Sig Sauer (Sig-Arms) P322 Pistol CAL:22 SN:73A062362, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015946:** Smith & Wesson 48-3 Revolver CAL:22 SN:10K1002, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015947:** Smith & Wesson 41 Pistol CAL:22 SN:71442, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015948:** Smith & Wesson 63 Revolver CAL:22 SN:M112194, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015949:** Walther PK380 Pistol CAL:380 SN:WB107840, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015950:** Smith & Wesson 686-5 Revolver CAL:357 SN:CDR7034, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015951:** Smith & Wesson 66 Revolver CAL:357 SN:BBJ9138, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015953:** Colt Series 90 Pistol CAL:380 SN:ML08546, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015956:** Colt Mustang Pocketlite Pistol CAL:380 SN:PL114277, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015957:** Smith & Wesson 60-14 Revolver CAL:357 SN:CMN0150, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015958:** Smith & Wesson 66-2 Revolver CAL:357 SN:ANF4992, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015959:** Springfield Armory, Geneseo, IL 1911A1 Pistol CAL:45 SN:WW98072, valued at $800.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015960:** Smith & Wesson 18-2 Revolver CAL:22 SN:K541087, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015961:** Colt Officers Model Match Revolver CAL:22 SN:80877, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015962:** Smith & Wesson 640-3 Revolver CAL:357 SN:DBX7313, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015964:** Smith & Wesson 36 Revolver CAL:38 SN:136886, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015965:** Springfield Armory, Geneseo, IL 1911A1 Pistol CAL:45 SN:WW140889, valued at $800.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015966:** Smith & Wesson 17-9 Revolver CAL:22 SN:CNU2450, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-015967:** Smith & Wesson 617-6 Revolver CAL:22 SN:CJR4011, valued at $400.00, seized by the ATF on

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF INDIANA
**23-ATF-015967 - (Continued from previous page)**
March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015968:** Springfield Armory, Geneseo, IL 1911A1 Pistol CAL:45 SN:HC421008, valued at $800.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015969:** Colt Mustang PocketLite  Pistol CAL:380 SN:PL76277, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015971:** Smith & Wesson 10-5 Revolver CAL:38 SN:2D19452, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015972:** Smith & Wesson 686-4 Revolver CAL:357 SN:CAH1611, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015973:** Smith & Wesson 66-3 Revolver CAL:357 SN:BNT3760, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015974:** Smith & Wesson 627 Revolver CAL:357 SN:BFK4488, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015975:** Taurus 856 Revolver CAL:38 SN:MR69988, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015976:** Colt Trooper Revolver CAL:357 SN:65003, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015977:** Smith & Wesson 36 Revolver CAL:38 SN:J616937, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015978:** Smith & Wesson 63 Revolver CAL:22 SN:M119934, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015979:** SigSauer M18 Pistol CAL:9 SN:M18B053844, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015980:** Beretta USA Corp 92A1 Pistol CAL:9 SN:K43326Z, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015981:** Beretta USA Corp 92FS Pistol CAL:9 SN:M89148Z, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015983:** Smith & Wesson 537 Revolver CAL:38 SN:CCN7997, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015985:** Smith & Wesson 38-2 Revolver CAL:22 SN:K636446, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015986:** Smith & Wesson 48-4 Revolver CAL:22 SN:AAN2262, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015988:** Smith & Wesson 19-5 Revolver CAL:357 SN:AUJ9661, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015991:** Criterion Die & Metal Inc. Unknown Type Derringer CAL:22 SN:L0023920, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015992:** Butler Mfg Inc (Butler Associates) Unknown Type Derringer CAL:22 SN:18031, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015993:** Smith & Wesson Unknown Type Revolver CAL:22 SN:15867, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-015994:** Smith & Wesson 34 Revolver CAL:22 SN:35478, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015995:** Sterling Arms 283 Target 300 Pistol CAL:22 SN:002404, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015996:** Smith & Wesson 17-5 Revolver CAL:22 SN:AUV4881, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015997:** Smith & Wesson 53 Revolver CAL:22 SN:K448917, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015998:** Smith & Wesson 640 Revolver CAL:38 SN:BSM1176, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-015999:** Smith & Wesson 647 Revolver CAL:17 SN:CFY7225, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016000:** Smith & Wesson 647 Revolver CAL:17 SN:CHA7133, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016001:** Smith & Wesson 686 Revolver CAL:357 SN:ADL6825, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016002:** Smith & Wesson 19-4 Revolver CAL:357 SN:39K8665, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016003:** Smith & Wesson 17 Revolver CAL:22 SN:K396835, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016004:** Smith & Wesson 36 Revolver CAL:38 SN:334429, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016005:** Smith & Wesson 60 Revolver CAL:38 SN:R181490, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016006:** Smith & Wesson 15 Revolver CAL:44 SN:98199, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016007:** Smith & Wesson 66-2 Revolver CAL:357 SN:263K601, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016008:** Smith & Wesson 617-6 Revolver CAL:22 SN:CRU7172, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016009:** High Standard Sentinel Revolver CAL:22 SN:1895103, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016010:** Ruger Mark III Pistol CAL:22 SN:27099205, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016011:** Harrington and Richardson 922 Revolver CAL:22 SN:K10653, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016012:** Taurus International PT738 Pistol CAL:380 SN:22277D, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016013:** Harrington and Richardson 650 Revolver CAL:22 SN:AR26419, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016014:** Eibar (Espana) Unknown Type Revolver CAL:38 SN:45566, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016015:** Taurus International The Judge Revolver CAL:45/410 SN:BM578241, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016016:** Smith & Wesson 2206TGT Pistol CAL:22 SN:UBB5584, valued at $400.00, seized by the ATF on

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF INDIANA
**23-ATF-016016 - (Continued from previous page)**
March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016017:** Taurus International PT1911 Pistol CAL:45 SN:NGM97241, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016018:** Beretta USA Corp 92FS Compact L Pistol CAL:9 SN:BER698533, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016019:** Smith & Wesson 629-7 Revolver CAL:44 SN:DDJ1690, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016020:** Smith & Wesson 63 Revolver CAL:22 SN:M130450, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016021:** Ruger 22WMA Revolver CAL:22 SN:548-40811, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016022:** Harrington and Richardson 999 Revolver CAL:22 SN:AT056658, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016023:** Smith & Wesson 66-2 Revolver CAL:357 SN:BNV3736, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016024:** Sterling Arms Trapper Pistol CAL:22 SN:001550, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016025:** Smith & Wesson 63 Revolver CAL:22 SN:M133076, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016026:** Smith & Wesson 18-4 Revolver CAL:22 SN:89K6487, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016027:** Smith & Wesson 586 Revolver CAL:357 SN:ABT5207, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016028:** Beretta USA Corp 92FS Pistol CAL:9 SN:M86889Z, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016029:** Browning 425 Pistol CAL:380 SN:NT03654, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016030:** Smith & Wesson 60 Revolver CAL:38 SN:11036, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016031:** Browning Unknown Type Pistol CAL:380 SN:71N09395, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016032:** Smith & Wesson 48-4 Revolver CAL:22 SN:90K3882, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016033:** Unknown M686 Revolver CAL:357 SN:AWD4194, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016034:** Smith and Wesson 686-4 Revolver CAL:357 SN:BSC3793, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016035:** Smith & Wesson 41 Pistol CAL:22 SN:17009, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016036:** Smith & Wesson 629-4 Revolver CAL:44 SN:AWD4194, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016037:** Colt Pony Series 90 Pistol CAL:380 SN:ML02999, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016038:** Harrington and Richardson 999 Sportsman Revolver CAL:22 SN:AZ014530, valued at $400.00,

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**SOUTHERN DISTRICT OF INDIANA**
**23-ATF-016038 - (Continued from previous page)**
seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016040:** Smith & Wesson 17-6 Revolver CAL:22 SN:BDS9617, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016041:** Beretta, Pietro S.P.A 21A Pistol CAL:22 SN:DAA441947, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016042:** Smith & Wesson Bodyguard Pistol CAL:380 SN:EAS5281, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016043:** Smith & Wesson 617 Revolver CAL:22 SN:BRF8457, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016044:** Smith & Wesson 586 Revolver CAL:357 SN:ACJ8866, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016045:** Ruger Mark III Pistol CAL:22 SN:22862485, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016046:** Smith & Wesson 41 Pistol CAL:22 SN:A140595A, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016047:** Ruger Mark II Pistol CAL:22 SN:22500395, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016048:** Ruger Security 5 Revolver CAL:357 SN:152-59767, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016049:** Ruger Single Six Revolver CAL:22 SN:262-85363, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016050:** Beretta, Pietro S.P.A 21A Pistol CAL:22 SN:BBS60962U, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016051:** Smith & Wesson 24-3 Revolver CAL:44 SN:ABZ6735, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016052:** Walther PPK Pistol CAL:9 SN:S129318, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016053:** Beretta, Pietro S.P.A 92FS Pistol CAL:9 SN:L73956Z, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016054:** Smith & Wesson 617 Revolver CAL:22 SN:BFM8371, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016055:** Colt Government Pistol CAL:380 SN:RC82722, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016056:** Ruger Single Six Revolver CAL:22 SN:65-22871, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016057:** Harrington and Richardson 999 Revolver CAL:22 SN:AE97021, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016058:** Keltec, CNC Industries, Inc. PMR-30 Pistol CAL:22 SN:W6583, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016059:** Ruger SR9 Pistol CAL:9 SN:330-23353, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016060:** Smith & Wesson SD40VE Pistol CAL:40 SN:HES8250, valued at $800.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**SOUTHERN DISTRICT OF INDIANA**

**23-ATF-016061:** Smith & Wesson 360 J Airweight Revolver CAL:38 SN:CYA7554, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016062:** Smith & Wesson Unknown Type Revolver CAL:22 SN:K147764, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016063:** Harrington and Richardson 940 Revolver CAL:22 SN:AH34012, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016064:** Dan Wesson Unknown Type Revolver CAL:357 SN:201962, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016065:** Ruger GP100 Revolver CAL:357 SN:170-54536, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016066:** Smith & Wesson 439 Pistol CAL:9 SN:A790204, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016067:** High Standard R-101 Sentinel Revolver CAL:22 SN:1074975, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016068:** Smith & Wesson 22A-1 Pistol CAL:22 SN:UBM5611, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016069:** Hipoint (Strassell's Machine Inc.) CF380 Pistol CAL:380 SN:P8015920, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016070:** Criterion Die & Metal Inc. CDM Revolver CAL:22 SN:168520, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016071:** Smith & Wesson 34 Revolver CAL:22 SN:M77931, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016072:** Smith & Wesson 30 Revolver CAL:32 SN:526060, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016073:** Smith & Wesson 686-6 Revolver CAL:357 SN:CST9299, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016074:** Browning Unknown Type Pistol CAL:22 SN:49649U5, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016075:** Browning Unknown Type Pistol CAL:22 SN:46762U5, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016077:** Essex Arms Company Unknown Type Pistol CAL:410 SN:19078, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016078:** Thompson/Center Arms Co. Encore Pistol CAL:308 SN:MAE6836, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016079:** Smith & Wesson 36 Revolver CAL:38 SN:73647, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016080:** Colt Mustang Pocketlite Pistol CAL:380 SN:PL73366, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016081:** Smith & Wesson 53 Revolver CAL:22 SN: K476208, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016082:** Taurus International Protector Poly Revolver CAL:38 SN:F077172, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016083:** Smith & Wesson 13-3 Revolver CAL:357 SN:20D6653, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-016084:** Astra A80 Pistol CAL:44 SN:H9363, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016085:** Beretta USA Corp PX4 Storm Pistol CAL:9 SN:PX1378F, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016086:** Beretta USA Corp PX4 Storm Pistol CAL:45 SN:PK08590, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016087:** Ruger Vaquero Revolver CAL:44 SN:58-06829, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016088:** Beretta USA Corp 21A Pistol CAL:25 SN:BAS32997V, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016089:** Israel Weapon IND- IWI (Israel Military IND- IMI) Uzi A Rifle CAL:9 SN:SA21210, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016090:** Smith & Wesson M&P 9 Shield EZ Pistol CAL:9 SN:RDZ7071, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016091:** Hipoint (Strassell's Machine Inc.) CF380 Pistol CAL:380 SN:P762624, valued at $200.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016103:** Smith & Wesson Unknown Revolver CAL:38 SN:S819335, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016104:** Smith & Wesson SD40 Pistol CAL:40 SN:DUZ7040, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016105:** Ruger Single Six Revolver CAL:22 SN:263-18984, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016106:** Beretta, Pietro S.P.A. 85F Pistol CAL:9 SN:F07764Y, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016107:** Harrington & Richardson 923 Revolver CAL:22 SN:N61478, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016108:** Smith & Wesson M&P 9 Pistol CAL:9 SN:HBJ7927, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016109:** Hipoint (Strassell's Machine Inc.) C9 Pistol CAL:9 SN:P1590747, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016110:** Smith & Wesson 22S-1 Pistol CAL:22 SN:UBJ1682, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016111:** Marlin Firearms Co. 70PSS Rifle CAL:22 SN:00204413, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016112:** Marlin Firearms Co 70P Rifle CAL:22 SN:13423400, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016113:** Taurus International 5496 Revolver CAL:38 SN:FG53354, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016114:** Rossi 3960 Revolver CAL:38 SN:W143723, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016115:** KelTec, CNC Industries, Inc. PF-9 Pistol CAL:9 SN:RY568, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016117:** Smith & Wesson 10806 Revolver CAL:38 SN:250981, valued at $600.00, seized by the ATF on

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/20/2023

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-016117 - (Continued from previous page)**
March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016118:** Smith & Wesson 1917 Revolver CAL:45 SN:149938, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016120:** Smith & Wesson 9374 Revolver CAL:38 SN:388049, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016121:** Harrington & Richardson 922 Revolver CAL:22 SN:173511, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016122:** Smith & Wesson 1950 Revolver CAL:22 SN:3B4461, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016123:** Smith & Wesson 34-1 Revolver CAL:22 SN:M212780, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016124:** Smith & Wesson 686 Revolver CAL:357 SN:ABS4698, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016125:** Beretta, Pietro S.P.A. 92FS Pistol CAL:9 SN:M94763Z, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016127:** Harrington & Richardson 258 Rifle/Shotgun CAL:357/20 SN:BA457202, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016128:** Harrington & Richardson 258 Rifle/Shotgun CAL:30-30/20 SN:BA461354, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016129:** Harrington & Richardson 258 Rifle/Shotgun CAL:357/20 SN:AY594264, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016130:** Harrington & Richardson 258 Rifle/Shotgun CAL:357/20 SN:AZ471760, valued at $500.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016131:** Smith & Wesson 617 Revolver CAL:22 SN:BHN0584, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016133:** Smith & Wesson 686-6 Revolver CAL:357 SN:CZJ7966, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016135:** Glock, Inc. 43 Pistol CAL:9 SN:ADWC758, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016136:** Smith & Wesson 48-2 Revolver CAL:22 SN:1K69182, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016137:** Ruger 22/45 Lite Pistol CAL:22 SN:390-63126, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016138:** Marlin Firearms Co. Unknown Type Revolver CAL:32 SN:1461, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016140:** Taurus International G2C Pistol CAL:9 SN:ACK362672, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016141:** Colt Commander Pistol CAL:45 SN:CLW046464, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016144:** Dan Wesson Arms Unknown Type Revolver CAL:357 SN:295246, valued at $400.00, seized by

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-016144 - (Continued from previous page)**
the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016145:** CZ (Ceska Zbrojovka) CZ50 Pistol CAL:765 SN:NB52, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016146:** Smith & Wesson 657 Revolver CAL:41 SN:ANE5279, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016148:** Colt MKIV 80 Pistol CAL:380 SN:RS01406, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016151:** Browning Unknown Type Pistol CAL:6 SN:416460, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016153:** Germany Luger Pistol CAL:9 SN:7370, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016154:** Colt Cobra Revolver CAL:38 SN:C61799, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016157:** Springfield Armory, Geneseo, IL XD40 Pistol CAL:40 SN:XD415049, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016159:** Smith & Wesson 696 Revolver CAL:44 SN:CBR8577, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016162:** Smith & Wesson Airweight 38 Revolver CAL:38 SN:31719, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016165:** Browning Buckmark Pistol CAL:22 SN:515ZZ02389, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016167:** Smith & Wesson 686-3 Revolver CAL:357 SN:BFK3463, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016170:** Ruger NEW MDL SNGL SX HNTR Revolver CAL:22 SN:66-62627, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016172:** Thompson/Center Arms Co. Unknown Type Pistol CAL:45/410 SN:552320, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016173:** Smith & Wesson 19-5 Revolver CAL:357 SN:ACE8524, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016174:** Smith & Wesson 14-3 Revolver CAL:38 SN:5K40350, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016176:** Browning Unknown Type Pistol CAL:9 SN:245PZ73567, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016177:** Smith & Wesson 292-2 Revolver CAL:44 SN:N357271, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016178:** Sterling Arms Target 300L Pistol CAL:22 SN:2226, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016180:** Smith & Wesson 57 Revolver CAL:41 SN:N489555, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016181:** Smith & Wesson 66-2 Revolver CAL:357 SN:ABM7561, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016182:** Bersa Thunder 380 Pistol CAL:380 SN:561107, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-016183:** Walther Creed Pistol CAL:9 SN:DEFCH7091, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016184:** Walther PK380 Pistol CAL:380 SN:WB106488, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016188:** High Standard Double Nine W 101 Revolver CAL:22 SN:1107516, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016189:** Smith & Wesson 60-9 Revolver CAL:357 SN:CCL8365, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016191:** Smith & Wesson 63-3 Revolver CAL:22 SN:BUH3364, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016194:** Colt MK IV Series 80 Govt Model Pistol CAL:380 SN:RC82668, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016202:** Sig-Sauer  Mosquito Pistol CAL:22 SN:F002657, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016203:** Smith & Wesson 686 Revolver CAL:357 SN:AFP3317, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016205:** Smith & Wesson 29-3 Revolver CAL:44 SN:ADY0849, valued at $200.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016206:** Smith & Wesson 17-6 Revolver CAL:22 SN:BEA0584, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016207:** Ruger Mark II Target Pistol CAL:22 SN:218-33815, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016208:** Hipoint (Strassell's Machine Inc.) JHP 45 Pistol CAL:45 SN:X4264477, valued at $200.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016209:** Hipoint (Strassell's Machine Inc.) JCP 40 Pistol CAL:40 SN:X7267967, valued at $200.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016211:** Ruger EC9S Pistol CAL:9 SN:457-96007, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016212:** Smith & Wesson 431PD Revolver CAL:32 SN:CSU5399, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016213:** Harrington and Richardson 650 Revolver CAL:22 SN:AS81645, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016216:** Phoenix Arms Co. HP22A Pistol CAL:22 SN:4601062, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016217:** Ruger 22/45 Lite Pistol CAL:22 SN:390-86586, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016219:** Smith & Wesson 25-5 Revolver CAL:45 SN:N766005, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016222:** Smith & Wesson 586-2 Revolver CAL:357 SN:AYW4717, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016223:** Smith & Wesson 29-2 Revolver CAL:44 SN:N720493, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016225:** Smith & Wesson 18-3 Revolver CAL:22 SN:1K73672, valued at $400.00, seized by the ATF on

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-016225 - (Continued from previous page)**
March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016227:** Smith & Wesson 57 Revolver CAL:41 SN:N671105, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016229:** Smith & Wesson 57 Revolver CAL:41 SN:N650807, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016230:** Smith & Wesson 66-5 Revolver CAL:357 SN:CCW9755, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016232:** Smith & Wesson 57 Revolver CAL:41 SN:N943304, valued at $200.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016233:** Ruger SP101 Revolver CAL:357 SN:57367841, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016234:** North American Arms Unknown Type Revolver CAL:22 SN:Y191801, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016235:** Ruger Single Six Revolver CAL:22 SN:26305560, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016236:** Smith & Wesson 63 Revolver CAL:22 SN:M178664, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016237:** Browning Unknown Type Pistol CAL:6 SN:427749, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016240:** Smith & Wesson 34 Revolver CAL:22 SN:M204061, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016241:** Harrington and Richardson Folding Shotgun CAL:410 SN:AF527, valued at $200.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016243:** North American Arms 22 Mag Revolver CAL:22 SN:E131899, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016245:** Smith & Wesson 38 Revolver CAL:38 SN:J294229, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016248:** Ruger Mark II Pistol CAL:22 SN:218-37129, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016250:** Smith & Wesson 317 Revolver CAL:22 SN:CCE0408, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016252:** Smith & Wesson 4 Revolver CAL:22 SN:20646, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016253:** Smith & Wesson 63 Revolver CAL:22 SN:M142228, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016257:** Colt Match Target Pistol CAL:22 SN:91128-S, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016259:** Ruger, NEW MDL SNGL SX HNTR  Revolver CAL:22 SN:76-11553, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016261:** Smith & Wesson 658 Revolver CAL:41 SN:BBA8855, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016262:** Smith & Wesson 14-2 Revolver CAL:38 SN:K751365, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016266:** Colt Nite Lite Pistol CAL:380 SN:PL26652, valued at $400.00, seized by the ATF on March 09,

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF INDIANA

**23-ATF-016266 - (Continued from previous page)** 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016269:** Ruger Single Six Revolver CAL:22 SN:20-42634, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016271:** Colt New Police 32 Revolver CAL:32 SN:62031, valued at $200.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016274:** Wesson Arms, Dan Six Shot Revolver CAL:22 SN:22S000746, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016275:** Browning Unknown Type Pistol CAL:22 SN:114896P8, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016277:** Smith & Wesson 649-3 Revolver CAL:357 SN:CCJ0491, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016278:** Smith & Wesson 686-6 Revolver CAL:357 SN:CMX4219, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016280:** Smith & Wesson 38 Revolver CAL:38 SN:795J20, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016281:** Colt Government Series 70 Pistol CAL:45 SN:52670G70, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016282:** North American Arms 22 Magnum Revolver CAL:22 SN:TE0409, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016284:** Colt Detective Special Revolver CAL:38 SN:B06154, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016285:** Smith & Wesson 66-7 Revolver CAL:357 SN:DAL1192, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016287:** Smith & Wesson Airweight Revolver CAL:38 SN:94J864, valued at $200.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016288:** Browning Buckmark Pistol CAL:22 SN:655NV06388, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016291:** High Standard HD Pistol CAL:22 SN:112846, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016293:** Smith & Wesson 66-4 Revolver CAL:357 SN:CCF4761, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016294:** Essex Arms Company Platinum Pistol CAL:22 SN:18807, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016296:** Smith & Wesson 586 Revolver CAL:357 SN:AAC3400, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016298:** Ruger Redhawk Revolver CAL:41 SN:50242107, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016301:** Smith & Wesson 49 Revolver CAL:38 SN:J570779, valued at $200.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016303:** Smith & Wesson 38 Revolver CAL:38 SN:1J45673, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016304:** Colt Challenger Pistol CAL:22 SN:51954-C, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-016306:** Smith & Wesson 60 Revolver CAL:38 SN:R231282, valued at $400.00, seized by the ATF on

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF INDIANA

**23-ATF-016306 - (Continued from previous page)**
March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016309:** Ruger Mark II Target Pistol CAL:22 SN:217-18208, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016335:** Smith & Wesson 28-3 Revolver CAL:357 SN:AHY9450, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016340:** Smith & Wesson 63 Revolver CAL:22 SN:M121368, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016342:** Smith & Wesson 5417 Revolver CAL:22 SN:364844, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016346:** Marlin Firearms Co. 70P Rifle CAL:22 SN:11335212, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016348:** Smith & Wesson 66-5 Revolver CAL:357 SN:CDL8896, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016352:** Smith & Wesson 629-3 Revolver CAL:44 SN:BND9015, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016354:** Smith & Wesson 657-4 Revolver CAL:41 SN:CCW9453, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016360:** Colt Huntsman Pistol CAL:22 SN:013457S, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016363:** Smith & Wesson 66 Revolver CAL:357 SN:6K64252, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016367:** Smith & Wesson 63 Revolver CAL:22 SN:M157704, valued at $600.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016373:** Smith & Wesson 34-1 Revolver CAL:22 SN:M128621, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016376:** Colt MKIV Series 70 Pistol CAL:45 SN:34250G70, valued at $400.00, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-016420:** $49,527.00 U.S. Currency, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 981(a)(1)(C) Tr.
**23-ATF-016421:** $50.00 U.S. Currency, seized by the ATF on March 09, 2023 from David Mull in North Vernon, IN for forfeiture pursuant to 18 U.S.C. Section 981(a)(1)(C) Tr.

## EASTERN DISTRICT OF KENTUCKY

**23-ATF-028169:** SMITH & WESSON SD9VE PISTOL CAL:9 SN:HEZ8174, valued at $150.00, seized by the ATF on July 07, 2023 from DAVON TOOLEY in Lexington, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028172:** 43 Rounds CCI Ammunition CAL:9, valued at $4.30, seized by the ATF on July 07, 2023 from DAVON TOOLEY in Lexington, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028174:** 34 Rounds CCI Ammunition CAL:9, valued at $3.40, seized by the ATF on July 07, 2023 from DAVON TOOLEY in Lexington, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**WESTERN DISTRICT OF KENTUCKY**
**23-ATF-028314:** 1 Rounds UNKNOWN Ammunition CAL:UNKNOWN, valued at $0.10, seized by the ATF on June 27, 2023 from Anthony Kinnard in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028321:** 1 Rounds WINCHESTER-WESTERN Ammunition CAL:9, valued at $0.10, seized by the ATF on June 27, 2023 from Anthony Kinnard in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028324:** 1 Rounds CCI Ammunition CAL:9, valued at $0.10, seized by the ATF on June 27, 2023 from Anthony Kinnard in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028325:** 8 Rounds ASSORTED Ammunition CAL:9, valued at $0.80, seized by the ATF on June 27, 2023 from Anthony Kinnard in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028326:** 1 Rounds SIG SAUER (SIG) Ammunition CAL:9, valued at $0.10, seized by the ATF on June 27, 2023 from Anthony Kinnard in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028327:** 1 Rounds TULA CARTRIDGE WORKS - RUSSIA Ammunition CAL:762, valued at $0.10, seized by the ATF on June 27, 2023 from Anthony Kinnard in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028466:** KELTEC, CNC INDUSTRIES, INC. PMR-30 PISTOL CAL:22 SN:WYGB46, valued at $300.00, seized by the ATF on June 30, 2023 from Tracy Myers in Kuttawa, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028470:** NORTH AMERICAN ARMS NAA22 REVOLVER CAL:22 SN:E324147, valued at $200.00, seized by the ATF on June 30, 2023 from Tracy Myers in Kuttawa, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**EASTERN DISTRICT OF MICHIGAN**

**23-ATF-023120:** KIMBER POLYMER STAINLESS Pistol CAL:45 SN:KP07328, valued at $200.00, seized by the ATF on June 04, 2023 from Tahj MOORE-PARNELL in Flint, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023121:** 32 Rounds Assorted Ammunition CAL:45, valued at $3.20, seized by the ATF on June 04, 2023 from Tahj MOORE-PARNELL in Flint, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027411:** MACHINE-GUN MNF: GLOCK GMBH PISTOL MODEL: 27GEN4 CAL: 40 SN: BAEK432, valued at $200.00, seized by the Detroit Police Department on July 04, 2023 from Kevin Mundy in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027412:** AMMUNITION - ASSORTED QTY: 13 CAL: 40, valued at $1.30, seized by the Detroit Police Department on July 04, 2023 from Kevin Mundy in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027419:** SIG SAUER (SIG-ARMS) PISTOL MODEL: P320 CAL: 9 SN: 58C067404, valued at $500.00, seized by the Detroit Police Department on July 09, 2023 from Jeffery Neal in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027420:** AMMUNITION QTY: 10 MNF: ASSORTED CAL: 9, valued at $1.00, seized by the Detroit Police Department on July 09, 2023 from Jeffery Neal in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027432:** MACHINE-GUN GLOCK INC. TYPE: PISTOL MODEL: 23GEN5 CAL: 40 SN:BVDZ134, valued at $300.00, seized by the Detroit Police Department on July 13, 2023 from Rodrell Giles in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027433:** SCCY INDUSTRIES LLC (SKYY IND.) PISTOL MODEL: CPX-2 CAL: 9 SN: 928305, valued at $150.00, seized by the Detroit Police Department on July 13, 2023 from Shaheem Hunt in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027434:** AMMUNITION - ASSORTED QTY: 10 MNF: ASSORTED CAL: 9, valued at $1.00, seized by the Detroit Police Department on July 13, 2023 from Shaheem Hunt in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028407:** SMITH & WESSON PISTOL MODEL: M&P 40 SHIELD CAL: 40 SN: JFS7697, valued at $500.00, seized by the Detroit Police Department on July 09, 2023 from Jeffery Neal in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028408:** AMMUNITION QTY: 6 MNF: ASSORTED CAL: Unknown, valued at $0.60, seized by the Detroit Police Department on July 09, 2023 from Jeffery Neal in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028612:** RUGER SECURITY-9 Pistol CAL:9 SN:381-55202, valued at $200.00, seized by the ATF on July 26, 2023 from Christopher Bey in Detroit, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028615:** 15 Rounds WINCHESTER-WESTERN Ammunition CAL:9, valued at $1.50, seized by the ATF on July 26, 2023 from Christopher Bey in Detroit, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028617:** 15 Rounds WINCHESTER-WESTERN Ammunition CAL:9, valued at $1.50, seized by the ATF on July 26, 2023 from Christopher Bey in Detroit, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028618:** 50 Rounds FIOCCHI Ammunition CAL:357, valued at $5.00, seized by the ATF on July 26, 2023 from Christopher Bey in Detroit, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028652:** CANIK55 PISTOL MODEL: TP-9SF CAL: 9 SN: 20AT29283, valued at $100.00, seized by the Detroit Police Department on July 24, 2023 from Mykeal Walker in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028653:** AMMUNITION - ASSORTED QTY: 14 MNF: Unknown CAL: 9, valued at $1.40, seized by the Detroit Police Department on July 24, 2023 from Mykeal Walker in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### EASTERN DISTRICT OF MICHIGAN
**23-ATF-028655:** AMMUNITION - ASSORTED QTY: 9 MNF: AMMO INC CAL: 10, valued at $0.90, seized by the Detroit Police Department on July 19, 2023 from Daishaun Ward in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF MONTANA
**23-ATF-028357:** $5,257.00 U.S. Currency, seized by the ATF on August 02, 2023 from Zen Lowther in Saint Regis, MT for forfeiture pursuant to 21 U.S.C. Section 881.

### EASTERN DISTRICT OF NORTH CAROLINA
**23-ATF-027964:** Glock GMBH 23 Pistol CAL:40 SN:PFY503, valued at $100.00, seized by the ATF on June 23, 2023 from Eric Jeffreys in Cameron, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027969:** 24 Rounds Assorted Ammunition CAL:40, valued at $2.40, seized by the ATF on June 23, 2023 from Eric Jeffreys in Cameron, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF NORTH DAKOTA
**23-ATF-028173:** WALTHER P99 PISTOL CAL:40 SN:41770, valued at $500.00, seized by the ATF on July 25, 2023 from Teddy MATA JR in Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029009:** SMITH & WESSON M&P 380 SHIELD  PISTOL CAL:380 SN:RCB3836, valued at $300.00, seized by the ATF on June 29, 2023 from Jereme HALE in Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029067:** 50 Rounds AMERICAN EAGLE Ammunition CAL:380, valued at $5.00, seized by the ATF on June 29, 2023 from Jereme HALE in Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029141:** GLOCK INC. 19X PISTOL CAL:9 SN:BRRL390, valued at $400.00, seized by the ATF on July 11, 2023 from Andrew MURRAY in GRAND FORKS, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029142:** 40 Rounds ASSORTED Ammunition CAL:40, valued at $4.00, seized by the ATF on July 11, 2023 from Andrew MURRAY in GRAND FORKS, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF NEW HAMPSHIRE
**21-ATF-038001:** Ruger SR9 Pistol CAL:9 SN:333-29387, valued at $100.00, seized by the ATF on November 12, 2020 from Kyle Goff in Pembroke, NH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027125:** $25,000.00 U.S. Currency, seized by the ATF on July 19, 2023 from Entertainment Group, Atlas PyroVision in Manchester, NH for forfeiture pursuant to 18 U.S.C. Section 981(a)(1)(C) Ar.

### DISTRICT OF NEW JERSEY
**23-ATF-027629:** $465.00 U.S. Currency, seized by the ATF on June 29, 2023 from Troy Blair in Paterson, NJ for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## DISTRICT OF NEW MEXICO
**23-ATF-019384:** SARSILMAZ (SAR ARMS) K2-45 PISTOL CAL:45 SN:T1102-20Y50230, valued at $300.00, seized by the Customs & Border Protection-Field Operations on April 11, 2023 from Carlos VENEGAS in Roswel, NM, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-019385:** 40 Rounds FEDERAL Ammunition CAL:45, Serial No. NULL, valued at $4.00, seized by the Customs & Border Protection-Field Operations on April 11, 2023 from Carlos VENEGAS in Roswel, NM, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-019386:** 31 Rounds CCI Ammunition CAL:9, Serial No. NULL, valued at $3.10, seized by the Customs & Border Protection-Field Operations on April 11, 2023 from Carlos VENEGAS in Roswel, NM, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-019387:** 50 Rounds WINCHESTER-WESTERN Ammunition CAL:22, Serial No. NULL, valued at $5.00, seized by the Customs & Border Protection-Field Operations on April 11, 2023 from Carlos VENEGAS in Roswel, NM, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF NEVADA
**23-ATF-028114:** Taurus The Judge Revolver CAL:45/410 SN:AED248893, valued at $800.00, seized by the ATF on July 12, 2023 from S&S Wholesale Arms in Henderson, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028116:** Colt Defender Lightweight Pistol CAL:45 SN:DF013473, valued at $800.00, seized by the ATF on July 12, 2023 from S&S Wholesale Arms in Henderson, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028119:** Romarm/Cugir Micro Draco Pistol CAL:762 SN:23PMD-41687, valued at $1,000.00, seized by the ATF on July 18, 2023 from S&S Wholesale Arms in Henderson, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).

## SOUTHERN DISTRICT OF OHIO
**23-ATF-028757:** Glock GMBH 48 Pistol CAL:9 SN:BLFR003, valued at $400.00, seized by the ATF on July 25, 2023 from Kendall Knaff in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028769:** 30 Rounds Assorted Ammunition CAL:9, valued at $3.00, seized by the ATF on July 25, 2023 from Kendall Knaff in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**EASTERN DISTRICT OF OKLAHOMA**

**23-ATF-028975:** BOND ARMS INC. ROUGH N ROWDY DERRINGER CAL:45/410 SN:207291, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028979:** CENTURY ARMS INTERNATIONAL GP 1975 RIFLE CAL:762 SN:GP7504988, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028981:** STANDARD MANUFACTURING COMPANY, LLC DP-12 SHOTGUN CAL:12 SN:DP04356, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028984:** F.N. (FN HERSTAL) FIVE-SEVEN PISTOL CAL:57 SN:386134296, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028986:** F.N. (FN HERSTAL) FIVE-SEVEN PISTOL CAL:57 SN:386383213, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028988:** GLOCK INC. 19X PISTOL CAL:9 SN:BSPP635, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028990:** GLOCK INC. 26 PISTOL CAL:9 SN:YWM371, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028991:** GLOCK INC. 43X PISTOL CAL:9 SN:BWUD657, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028992:** HIGH STANDARD SPORT KING PISTOL CAL:22 SN:505328, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028994:** KELTEC, CNC INDUSTRIES, INC. P17 PISTOL CAL:22 SN:G3865, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028995:** NORINCO (NORTH CHINA INDUSTRIES) 56S-1 RIFLE CAL:762 SN:407127, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028996:** COLT COMBAT COMMANDER PISTOL CAL:45 SN:70SC15086, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028998:** MAGNUM RESEARCH, INC. DESERT EAGLE PISTOL CAL:357 SN:DK0026663, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029000:** ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM) M1911-A1 FS PISTOL CAL:38 SN:RIA1512387, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029002:** ROSSI M62 SAC RIFLE CAL:22 SN:G409552, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029003:** ROSSI M62 SA RIFLE CAL:22 SN:G212579, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029005:** RUGER MARK I PISTOL CAL:22 SN:17-33047, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029007:** IZHMASH (IMEZ) SAIGA RIFLE CAL:762 SN:14400960, valued at $10.00, seized by the ATF on

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## EASTERN DISTRICT OF OKLAHOMA

**23-ATF-029007 - (Continued from previous page)**
June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029008:** SAVAGE 110 RIFLE CAL:243 SN:45271, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029010:** SMITH & WESSON 39 PISTOL CAL:9 SN:A616669, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029013:** SMITH & WESSON 422 PISTOL CAL:22 SN:TCB7385, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029015:** SMITH & WESSON M&P BODYGUARD 380 PISTOL CAL:380 SN:KEZ5226, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029018:** SMITH & WESSON 669 PISTOL CAL:9 SN:TBM9949, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029020:** TAURUS 856 REVOLVER CAL:38 SN:ADG525778, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029023:** TAURUS PT1911 PISTOL CAL:45 SN:ACB590202, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029026:** TAURUS 44 REVOLVER CAL:44 SN:ADA899650, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029030:** TAURUS 856 REVOLVER CAL:38 SN:ADG528859, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029050:** TAURUS PT1911 PISTOL CAL:45 SN:NDY90653, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029054:** TAURUS GX4 PISTOL CAL:9 SN:1GA82552, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029058:** TAURUS TX22 PISTOL CAL:22 SN:1PT373864, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029061:** WILSON COMBAT ACP PISTOL CAL:45 SN:WCOO5657, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029065:** WINCHESTER 1906 RIFLE CAL:22 SN:590311B, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029116:** GLOCK INC. 44 PISTOL CAL:22 SN:AGXW858, valued at $10.00, seized by the ATF on June 16, 2023 from Firearm, Triple G Firearm in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029121:** PALMETTO STATE ARMORY PA-15 RIFLE CAL:556 SN:SCB944284, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029122:** PALMETTO STATE ARMORY PSAK47 RIFLE CAL:762 SN:AKB047499, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029123:** PALMETTO STATE ARMORY PA-15 RIFLE CAL:224 SN:SCD421966, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-029124:** PALMETTO STATE ARMORY PA-15 RIFLE CAL:556 SN:SCB106833, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## EASTERN DISTRICT OF OKLAHOMA

**23-ATF-029126:** PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCB944278, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029127:** PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCB921377, valued at $10.00, seized by the ATF on June 16, 2023 from Russell FINCHER in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029128:** GLOCK INC. 17GEN4 PISTOL CAL:9 SN:BDAP512, valued at $10.00, seized by the ATF on June 16, 2023 from Firearm, Triple G Firearm in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029129:** HENRY REPEATING RIFLE COMPANY H018G-410R SHOTGUN CAL:410 SN:FTL05157G, valued at $10.00, seized by the ATF on June 16, 2023 from Firearm, Triple G Firearm in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029130:** KIMBER K6S REVOLVER CAL:357 SN:RV061152, valued at $10.00, seized by the ATF on June 16, 2023 from Firearm, Triple G Firearm in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029131:** PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD806230, valued at $10.00, seized by the ATF on June 16, 2023 from Firearm, Triple G Firearm in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029132:** PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD751685, valued at $10.00, seized by the ATF on June 16, 2023 from Firearm, Triple G Firearm in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029133:** PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD937110, valued at $10.00, seized by the ATF on June 16, 2023 from Firearm, Triple G Firearm in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029134:** TAURUS THE JUDGE REVOLVER CAL:45/410 SN:ADL918587, valued at $10.00, seized by the ATF on June 16, 2023 from Firearm, Triple G Firearm in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029135:** TAURUS G2C PISTOL CAL:9 SN:ACK386002, valued at $10.00, seized by the ATF on June 16, 2023 from Firearm, Triple G Firearm in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029136:** TAURUS PT111 G2A PISTOL CAL:9 SN:1C037000, valued at $10.00, seized by the ATF on June 16, 2023 from Firearm, Triple G Firearm in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029137:** TAURUS TX22 PISTOL CAL:22 SN:1PT496392, valued at $10.00, seized by the ATF on June 16, 2023 from Firearm, Triple G Firearm in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029138:** TAURUS G3C PISTOL CAL:9 SN:ACK391092, valued at $10.00, seized by the ATF on June 16, 2023 from Firearm, Triple G Firearm in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-029139:** KRAL AV SANAYI/REXIMEX COBRA III SHOTGUN CAL:20 SN:20P2000522, valued at $10.00, seized by the ATF on June 16, 2023 from Firearm, Triple G Firearm in Tuskahoma, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

## NORTHERN DISTRICT OF OKLAHOMA

**23-ATF-028485:** SMITH & WESSON SW9VE PISTOL CAL:9 SN:DUN0788, valued at $10.00, seized by the ATF on July 23, 2023 from Christopher STAFFORD in Tulsa, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028487:** 14 Rounds OTHER Ammunition CAL:9, Serial No. NULL, valued at $1.40, seized by the ATF on July 23, 2023 from Christopher STAFFORD in Tulsa, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## WESTERN DISTRICT OF OKLAHOMA

**23-ATF-028121:** GLOCK GMBH 22GEN4 PISTOL CAL:40 SN:BLVG338, valued at $500.00, seized by the ATF on July 02, 2023 from Antonio Boykins in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028123:** 12 Rounds HORNADY Ammunition CAL:40, Serial No. NULL, valued at $1.20, seized by the ATF on July 02, 2023 from Antonio Boykins in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF OREGON

**23-ATF-028126:** HIPOINT (STRASSELL'S MACHINE INC.) C9 PISTOL CAL:9 SN:P10191114 Obliterated: Yes, valued at $150.00, seized by the ATF on July 04, 2023 from David BENNER in KEIZER, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028130:** HIPOINT (STRASSELL'S MACHINE INC.) C9 PISTOL  CAL:9 SN:P1358642 Obliterated: Yes, valued at $150.00, seized by the ATF on July 04, 2023 from David BENNER in KEIZER, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028133:** MOSSBERG 500AT SHOTGUN CAL:12 SN:NONE, valued at $10.00, seized by the ATF on July 04, 2023 from David BENNER in KEIZER, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028134:** 8 Rounds Hornady Ammunition CAL:9, Serial No. Unknown, valued at $0.80, seized by the ATF on July 04, 2023 from David BENNER in KEIZER, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028136:** GLOCK INC. UNKNOWN  PISTOL  CAL:UNKNOWN SN:KE101006, valued at $150.00, seized by the ATF on July 04, 2023 from David BENNER in KEIZER, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF PENNSYLVANIA

**23-ATF-026729:** Phoenix Arms Co. HP22 Pistol CAL:22 SN:None, valued at $200.00, seized by the ATF on July 03, 2023 from PA Auction Center in East Earl, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026895:** HS PRODUKT (IM METAL) XD9 Handgun CAL:9 SN:BB348441, valued at $400.00, seized by the ATF on July 14, 2023 from Raiven LOGAN in East Stroudsburg, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

## WESTERN DISTRICT OF PENNSYLVANIA

**23-ATF-029218:** 10 Rounds Assorted Ammunition CAL:9, Serial No. Unknown, valued at $1.00, seized by the ATF on July 08, 2023 from Davoun Javontay SURRATT in McKees Rocks, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF PUERTO RICO

**23-ATF-026662:** RUGER P94 PISTOL CAL:40 SN:341-43431, valued at $300.00, seized by the US Probation on June 23, 2023 from JOSHUA ROSARIO CRUZ in SAN JUAN, PR, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026664:** 10 Rounds FEDERAL Ammunition CAL:40, valued at $1.00, seized by the US Probation on June 23, 2023 from JOSHUA ROSARIO CRUZ in SAN JUAN, PR, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027725:** GLOCK INC 19 PISTOL CAL:9 SN:NYA088, valued at $400.00, seized by the ATF on June 25, 2023 from ANTHONY ZAYAS-MIRANDA in OROCOVIS, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028236:** GLOCK GMBH 26 PISTOL CAL:9 SN:YVK570, valued at $300.00, seized by the ATF on June 29, 2023 from EDGAR LOPEZ-MOLINA in TOA BAJA, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028241:** 63 Rounds ASSORTED Ammunition CAL:9, valued at $6.30, seized by the ATF on June 29, 2023 from EDGAR LOPEZ-MOLINA in TOA BAJA, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**DISTRICT OF SOUTH CAROLINA**
**23-ATF-027066:** Glock GMBH 30SF Pistol CAL:45 ACP SN:RUG415, valued at $500.00, seized by the ATF on June 22, 2023 from Elizal Delzo-Jaramillo in Enoree, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027069:** CZ (CESKA ZBROJOVKA) SCORPION EVO 3 S1 Pistol CAL:9 SN:G040425, valued at $500.00, seized by the ATF on June 22, 2023 from Christian Valentin Cruz in Enoree, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027072:** Diamondback Arms Inc. DB-15 Rifle CAL:556 SN:DB2038022, valued at $500.00, seized by the ATF on June 22, 2023 from Christian Valentin Cruz in Enoree, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027073:** PALMETTO STATE ARMORY PSAK47 Rifle CAL:762 SN:AKB064040, valued at $500.00, seized by the ATF on June 22, 2023 from Christian Valentin Cruz in Enoree, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027083:** DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES) A15 Rifle CAL:556 SN:F066301K, valued at $500.00, seized by the ATF on June 22, 2023 from Christian Valentin Cruz in Enoree, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**EASTERN DISTRICT OF TENNESSEE**
**23-ATF-028109:** Glock Inc. 26 Pistol CAL:9 SN:AGTR469, valued at $400.00, seized by the ATF on June 23, 2023 from Jay Dennis in Kingsport, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## MIDDLE DISTRICT OF TENNESSEE

**23-ATF-028238:** Glock GMBH 19 Pistol CAL:9 SN:BXYG854, valued at $450.00, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028243:** Smith & Wesson Bodyguard Pistol CAL:380 SN:KDL0552, valued at $350.00, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028245:** Polymer80, Inc. (P80 Tactical P80) PF940C Pistol CAL:9 SN:None, valued at $350.00, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028248:** FNH USA, LLC 509 Pistol CAL:9 SN:GKS0136053, valued at $600.00, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028249:** 23 Rounds Winchester-Western Ammunition CAL:9, valued at $2.30, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028250:** Romarm/Cugir Micro Draco Pistol CAL:762 SN:PMD-06456-18 RO, valued at $700.00, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028251:** 26 Rounds Tula Cartridge Works-Russia Ammunition CAL:762, valued at $2.60, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028253:** Glock GMBH 19 Pistol CAL:9 SN:BGGN687, valued at $450.00, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028254:** 14 Rounds PMC Ammunition CAL:9, valued at $1.40, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028255:** Diamondback Arms Inc. DB-15 Rifle CAL:556 SN:DB1597475, valued at $900.00, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028256:** Palmetto State Armory PA-X9 Pistol CAL:9 SN:G005967, valued at $900.00, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028257:** 33 Rounds Winchester-Western Ammunition CAL:9, valued at $3.30, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028259:** 15 Rounds Winchester-Western Ammunition CAL:9, valued at $1.50, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028260:** 6 Rounds Ammo Inc. Ammunition CAL:380, valued at $0.60, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028261:** 36 Rounds Winchester-Western Ammunition CAL:9, valued at $3.60, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028263:** 30 Rounds Tula Cartridge Works-Russia Ammunition CAL:762, valued at $3.00, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028265:** 80 Rounds Ammo Inc Ammunition CAL:380, valued at $8.00, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028267:** 254 Rounds Assorted Ammunition CAL:Multi, valued at $25.40, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028269:** 1 Rounds Winchester-Western Ammunition CAL:9, valued at $0.10, seized by the ATF on July 24, 2023 from Christian Posada in Nashville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**EASTERN DISTRICT OF TEXAS**
**23-ATF-028442:** TAURUS 327 REVOLVER CAL:327 SN:CV20797, valued at $300.00, seized by the ATF on July 05, 2023 from William KINCAIDE in Lufkin, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028460:** GLOCK GMBH 41GEN4 PISTOL CAL:45 SN:AEVL441, valued at $500.00, seized by the ATF on June 29, 2023 from Reginald MALONE in Texarkana, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028473:** TAURUS PT111 G2 PISTOL CAL:9 SN:TKW13534, valued at $500.00, seized by the ATF on June 29, 2023 from Reginald MALONE in Texarkana, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028475:** 12 Rounds REMINGTON Ammunition-Assorted CAL:45, Serial No. NULL, valued at $1.20, seized by the ATF on June 29, 2023 from Reginald MALONE in Texarkana, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028477:** 7 Rounds AGUILA Ammunition CAL:9, Serial No. NULL, valued at $0.70, seized by the ATF on June 29, 2023 from Reginald MALONE in Texarkana, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## NORTHERN DISTRICT OF TEXAS

**23-ATF-027409:** TISAS - TRABZON GUN INDUSTRY CORP 1911A1 US ARMY PISTOL CAL:45 SN:T0620-21Z19751, valued at $450.00, seized by the ATF on June 28, 2023 from Christopher SANDERS in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027413:** F.N. (FN HERSTAL) SCAR 16S RIFLE CAL:556 SN:L0C11002, valued at $600.00, seized by the ATF on June 28, 2023 from Christopher SANDERS in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027414:** PALMETTO STATE ARMORY PSAK47 RIFLE CAL:762 SN:AKB083496, valued at $800.00, seized by the ATF on June 28, 2023 from Christopher SANDERS in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027418:** PALMETTO STATE ARMORY PSAK47 RIFLE CAL:762 SN:AKB085139, valued at $800.00, seized by the ATF on June 28, 2023 from Christopher SANDERS in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027421:** PALMETTO STATE ARMORY PSAK47 RIFLE CAL:762 SN:AKB084212, valued at $800.00, seized by the ATF on June 28, 2023 from Christopher SANDERS in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027423:** F.N. (FN HERSTAL) SCAR 16S RIFLE CAL:556 SN:LC14332, valued at $600.00, seized by the ATF on June 28, 2023 from Christopher SANDERS in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027431:** SOVIET ARMS, LLC SA-47 RIFLE CAL:762 SN:SA47002442, valued at $800.00, seized by the ATF on June 28, 2023 from Christopher SANDERS in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027439:** SOVIET ARMS, LLC SA-47 RIFLE CAL:762 SN:SA47005875, valued at $800.00, seized by the ATF on June 28, 2023 from Christopher SANDERS in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027444:** PALMETTO STATE ARMORY PSAK47 RIFLE CAL:762 SN:AKB086321, valued at $800.00, seized by the ATF on June 28, 2023 from Christopher SANDERS in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027447:** F.N. (FN HERSTAL) SCAR 17S RIFLE CAL:762 SN:H1C13876, valued at $600.00, seized by the ATF on June 28, 2023 from Christopher SANDERS in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027465:** FNH USA, LLC M249S RIFLE CAL:556 SN:M249SA09181, valued at $12,000.00, seized by the ATF on June 28, 2023 from Wayne CANTRELL in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027468:** BARRETT FIREARMS MFG CO M107A1 RIFLE CAL:50 BMG SN:AE010162, valued at $12,500.00, seized by the ATF on June 28, 2023 from Wayne CANTRELL in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF TEXAS

**22-ATF-001043:** FNH USA, LLC 509 Tactical Pistol CAL:9 SN:GKS0215878, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001050:** Smith & Wesson M&P 9 M2.0 Pistol CAL:9 SN:NHM2794, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001051:** Glock GMBH 22GEN5 Pistol CAL:40 SN:BSRC140, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001052:** Heckler and Koch VP40 Pistol CAL:40 SN:222-035391, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001053:** Glock GMBH 30S Pistol CAL:45 SN:BTVB327, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001054:** Glock Inc 43 Pistol CAL:9 SN:AFND388, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001055:** Smith & Wesson M&P 9 Shield Pistol CAL:9 SN:JHR0061, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001056:** HS Produkt (IM Metal) XDM Elite Pistol CAL:9 SN:BA327052, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001057:** Canik55 TP-9 Elite Combat Pistol CAL:9 SN:21BN13496, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001058:** FNH USA LLC 509 Pistol CAL:9 SN:GKS0186012, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001059:** Taurus G3C Pistol CAL:9 SN:ACC657325, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001060:** HS Produkt (IM Metal) XDE Pistol CAL:9 SN:BA229827, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001061:** HS Produkt (IM Metal) XD9 Pistol CAL:9 SN:BA205627, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001062:** Glock GMBH 22 Pistol CAL:40 SN:LKD276, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001063:** Smith & Wesson M&P 9 Shield Pistol CAL:9 SN:JEZ8219, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001064:** Glock GMBH 27GEN4 Pistol CAL:40 SN:SCF472, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001065:** HS Produkt (IM Metal) Hellcat Pistol CAL:9 SN:BY583858, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001067:** FN (FN Herstal) Five-Seven Pistol CAL:57 SN:386207524, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001068:** Glock GMBH 45 Pistol CAL:9 SN:BNTZ738, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001069:** Taurus 17 Revolver CAL:17 SN:WI29237, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001070:** HS Produkt (IM Metal) XDM Compact Pistol CAL:9 SN:BA115885, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001072:** F.N. (FN Herstal) Five-Seven Pistol CAL:57 SN:386224415, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**22-ATF-001075:** Glock GMBH 45 Pistol CAL:9 SN:BTUB564, valued at $500.00, seized by the ATF on October 25,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF TEXAS

**22-ATF-001075 - (Continued from previous page)**
2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001077:** Sig Sauer (Sig-Arms) P365 XL Pistol CAL:9 SN:66B529916, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001078:** Glock Inc. 26GEN5 Pistol CAL:9 SN:AFHR059, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001082:** HS Produkt (IM Metal) XDS MOD. 2 Pistol CAL:9 SN:BA316851, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001083:** Glock Inc 43 Pistol CAL:9 SN:AFNH021, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001085:** Ruger Ruger-57 Pistol CAL:57 SN:641-89022, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001087:** Glock GMBH 45 Pistol CAL:9 SN:BSBH251, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001089:** Sig Sauer (Sig-Arms) P365 Pistol CAL:9 SN:66B460887, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001091:** Glock Inc. 21Gen4 Pistol CAL:45 SN:AFDY428, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001094:** Taurus G2C Pistol CAL:9 SN:ACE878559, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001097:** Smith & Wesson SD40VE Pistol CAL:40 SN:FDH6684, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001101:** Sig Sauer (Sig-Arms) P365 SAS Pistol CAL:9 SN:66B577396, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001105:** Sarsilmaz (Sar Arms) SAR 9 Mete Pistol CAL:9 SN:T1102-21CD06164, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001106:** Smith & Wesson SD40VE Pistol CAL:40 SN:HFT7285, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001107:** HS Produkt (IM Metal) XDM Pistol CAL:9 SN:BA114850, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001108:** Smith & Wesson SD40VE Pistol CAL:40 SN:FDJ4277, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001109:** Sarsilmaz (Sar Arms) SAR 9X Pistol CAL:9 SN:T1102-20BV12204, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001110:** Glock GMBH 19GEN5 Pistol CAL:9 SN:BTUU227, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001111:** Colt Combat Officers Pistol CAL:45 SN:SF14230, valued at $800.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001112:** Springfield Armory Geneseo IL 911 Pistol CAL:9 SN:CNO66432, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001113:** Glock GMBH 34 Pistol CAL:9 SN:BTHZ550, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001114:** Romarm/Cugir Micro Draco Pistol CAL:762 SN:PMD-22139-20, valued at $600.00, seized by the

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

148

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

### SOUTHERN DISTRICT OF TEXAS
**22-ATF-001114 - (Continued from previous page)**
ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001119:** Anderson Manufacturing AM-15 Pistol CAL:Multi SN:21111921, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001123:** Anderson Manufacturing AM-15 Pistol CAL:Multi SN:21101343, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001125:** Anderson Manufacturing AM-15 Pistol CAL:Multi SN:21111920, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001128:** Anderson Manufacturing AM-15 Pistol CAL:Multi SN:21101340, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001133:** Anderson Manufacturing AM-15 Pistol CAL:Multi SN:21111943, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001137:** Anderson Manufacturing AM-15 Pistol CAL:Multi SN:21101342, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001143:** Unknown Manufacturer Unknown Pistol CAL:Unknown SN:None, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001146:** Anderson Manufacturing AM-15 Pistol CAL:Multi SN:21111919, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001148:** Grand Power SRO Stribog SP9A1 Pistol CAL:9 SN:GSA9129, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001153:** Anderson Manufacturing AM-15 Pistol CAL:Multi SN:21245599, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001158:** Ruger 22 Charger Pistol CAL:22 SN:491-31004, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001163:** Unknown Manufacturer Unknown Pistol CAL:Unknown SN:None, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001169:** Grand Power SRO Stribog SP9A3 Pistol CAL:9 SN:GSB3282, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001174:** Unknown Manufacturer Unknown Pistol CAL:Unknown SN:None, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001176:** Smith & Wesson M&P 9 Shield M2.0 Pistol CAL:9 SN:JED1027, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001177:** 467 Rounds Assorted Manufacturer Ammunition CAL:Assorted, valued at $46.70, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001179:** Smith & Wesson M&P 40 M2.0 Pistol CAL:40 SN:NKP9527, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001180:** Sig Sauer (Sig-Arms) P365 Pistol CAL:9 SN:66A153154, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001183:** Glock GMBH 48 Pistol CAL:9 SN:BTHG108, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001184:** Beretta USA Corp 21A Pistol CAL:25 SN:BAS20000V, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001186:** Smith & Wesson M&P 40 M2.0 Pistol CAL:40 SN:NKR8019, valued at $500.00, seized by the ATF

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/20/2023

### SOUTHERN DISTRICT OF TEXAS

**22-ATF-001186 - (Continued from previous page)**
on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001188:** Glock GMBH 19GEN4 Pistol CAL:9 SN:BDVD829, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001190:** HS Produkt (IM Metal) Hellcat Pistol CAL:9 SN:BY269767, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001195:** Glock GMBH 19GEN4 Pistol CAL:9 SN:BCCP315, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001197:** Glock GMBH 22GEN4 Pistol CAL:40 SN:BMEK945, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001199:** HS Produkt (IM Metal) XDM Pistol CAL:45 SN:BA308533, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001206:** F.N. (FN Herstal) Five-Seven Pistol CAL:57 SN:386266374, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001209:** Sig Sauer (Sig-Arms) P365 Pistol CAL:9 SN:66A578201, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001211:** Glock GMBH 22GEN5 Pistol CAL:40 SN:BSRC139, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001213:** FNH USA, LLC FNS-40 Pistol CAL:40 SN:GKU0074065, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001220:** FNH USA, LLC 509 Tactical Pistol CAL:9 SN:GKS0173231, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001225:** Polymer80, Inc. (P80 Tactical P80) Unknown Pistol CAL:Unknown SN:L7111, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001229:** Sig Sauer (Sig-Arms) P365 XL Pistol CAL:9 SN:66B647324, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001235:** Colt Combat Commander  Pistol CAL:45 SN:FC30570E, valued at $800.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001238:** FNH USA, LLC FNX-45 Tactical Pistol CAL:45 SN:FX3U150365, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001240:** Glock GMBH 43 Pistol CAL:9 SN:BAEX219, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001245:** Sig Sauer (Sig-Arms) P365 Pistol CAL:9 SN:66B608185, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001248:** Polymer80, Inc. (P80 Tactical P80) PFS9 Pistol CAL:9 SN:SA31652, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001280:** Polymer80, Inc. (P80 Tactical P80) PFS9 Pistol CAL:9 SN:SA31165, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001283:** Ruger LC9S Pistol CAL:9 SN:459-49812, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001288:** HS Produkt (IM Metal) XD9 Sub-Compact Pistol CAL:9 SN:BA225834, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001291:** Smith & Wesson M&P 40 M2.0 Pistol CAL:40 SN:NKN5709, valued at $500.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

## SOUTHERN DISTRICT OF TEXAS

**22-ATF-001294:** Sig Sauer (Sig Arms) P320 Pistol CAL:9 SN:58J100536, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001296:** Sig Sauer (Sig-Arms) P938 Pistol CAL:9 SN:52A058268, valued at $600.00, seized by the ATF on October 25, 2021 from Darren Hall in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-001299:** Heckler and Koch VP40 Pistol CAL:40 SN:222-006056, valued at $500.00, seized by the ATF on October 25, 2021 from Brandon Rampersaud in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

## WESTERN DISTRICT OF TEXAS

**23-ATF-028088:** Savage Axis Rifle CAL:270 SN:N714580, valued at $360.00, seized by the ATF on July 29, 2023 from Humberto Limon Olivares in Eagle Pass, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028089:** Taurus G2C Pistol CAL:9 SN:ACD838489, valued at $270.00, seized by the ATF on July 29, 2023 from Humberto Limon Olivares in Eagle Pass, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028090:** Glock Inc 44 Pistol CAL:22 SN:AHLD222, valued at $390.00, seized by the ATF on July 29, 2023 from Humberto Limon Olivares in Eagle Pass, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028091:** Glock Inc 44 Pistol CAL:22 SN:AHHE673, valued at $390.00, seized by the ATF on July 29, 2023 from Humberto Limon Olivares in Eagle Pass, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028092:** Sig Sauer (Sig Arms) P229 SAS Pistol CAL:40 SN:AM44772, valued at $950.00, seized by the ATF on July 29, 2023 from Humberto Limon Olivares in Eagle Pass, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028093:** Ruger LCP Pistol CAL:380 SN:372482096, valued at $300.00, seized by the ATF on July 29, 2023 from Humberto Limon Olivares in Eagle Pass, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028094:** CZ USA CZ P-10 M Pistol CAL:9 SN:UG06465, valued at $300.00, seized by the ATF on July 29, 2023 from Humberto Limon Olivares in Eagle Pass, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028095:** Smith & Wesson M&P 22C Pistol CAL:22 SN:HJT8071, valued at $360.00, seized by the ATF on July 29, 2023 from Humberto Limon Olivares in Eagle Pass, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028096:** 36 Rounds Federal Ammunition CAL:270, Serial No. null, valued at $3.60, seized by the ATF on July 29, 2023 from Humberto Limon Olivares in Eagle Pass, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028097:** 50 Rounds CCI Ammunition CAL:40, Serial No. null, valued at $5.00, seized by the ATF on July 29, 2023 from Humberto Limon Olivares in Eagle Pass, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028098:** 50 Rounds Armco Ammunition CAL:40, Serial No. null, valued at $5.00, seized by the ATF on July 29, 2023 from Humberto Limon Olivares in Eagle Pass, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028099:** 200 Rounds CCI Ammunition CAL:22, Serial No. null, valued at $20.00, seized by the ATF on July 29, 2023 from Humberto Limon Olivares in Eagle Pass, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028100:** 7 Rounds CCI Ammunition CAL:9, Serial No. null, valued at $0.70, seized by the ATF on July 29, 2023 from Humberto Limon Olivares in Eagle Pass, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

## WESTERN DISTRICT OF WISCONSIN

**23-ATF-027548:** $878.00 US Currency, seized by the La Crosse Police Department on July 06, 2023 from Louis Ray in Black River Falls, WI, and adopted by the ATF for forfeiture pursuant to 21 U.S.C. Section 881.
**23-ATF-027549:** $5,540.00 US Currency, seized by the La Crosse Police Department on July 06, 2023 from Louis Ray in Black River Falls, WI, and adopted by the ATF for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**NORTHERN DISTRICT OF WEST VIRGINIA**
**23-ATF-028602:** FNH USA, LLC REFLEX PISTOL CAL:9 SN:CCW0004732, valued at $600.00, seized by the ATF on July 26, 2023 from Akeem Brown in Fairmont, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028609:** 9 Rounds ASSORTED Ammunition CAL:9, valued at $0.90, seized by the ATF on July 26, 2023 from Akeem Brown in Fairmont, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028610:** 140 Rounds ASSORTED Ammunition CAL:MULTI, valued at $14.00, seized by the ATF on July 26, 2023 from Akeem Brown in Fairmont, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028613:** TAURUS G3C PISTOL CAL:9 SN:ADA887134, valued at $350.00, seized by the ATF on July 26, 2023 from Austin Jackson in Fairmont, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028614:** SIG-SAUER 1911 NIGHTMARE PISTOL CAL:45 SN:54A024230, valued at $750.00, seized by the ATF on July 26, 2023 from Austin Jackson in Fairmont, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028616:** SMITH & WESSON M&P BODYGUARD 3 PISTOL CAL:380 SN:KFW6952, valued at $350.00, seized by the ATF on July 26, 2023 from Austin Jackson in Fairmont, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028622:** 1 Rounds ASSORTED Ammunition CAL:9, valued at $0.10, seized by the ATF on July 26, 2023 from Akeem Brown in Fairmont, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE: 10/20/2023**

**SOUTHERN DISTRICT OF WEST VIRGINIA**

**23-ATF-027825:** SMITH & WESSON M&P 15 RIFLE CAL:556 SN:TS77461, valued at $800.00, seized by the ATF on June 17, 2023 from Demetrius HARMON in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027826:** GLOCK GMBH 17GEN4 PISTOL CAL:9 SN:BBKB251, valued at $500.00, seized by the ATF on June 17, 2023 from Demetrius HARMON in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027827:** GLOCK INC. 17GEN5 PISTOL CAL:9 SN:AGKD865, valued at $500.00, seized by the ATF on June 17, 2023 from Demetrius HARMON in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027828:** GLOCK GMBH 19 PISTOL CAL:9 SN:SDA285, valued at $500.00, seized by the ATF on June 17, 2023 from Demetrius HARMON in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027829:** GLOCK GMBH 22GEN3 PISTOL CAL:40 SN:GLB267, valued at $400.00, seized by the ATF on June 17, 2023 from Demetrius HARMON in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027830:** GLOCK GMBH 22GEN3 PISTOL CAL:40 SN:FXU321, valued at $400.00, seized by the ATF on June 17, 2023 from Demetrius HARMON in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027833:** 75 Rounds ASSORTED Ammunition CAL:40, valued at $7.50, seized by the ATF on June 17, 2023 from Demetrius HARMON in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027834:** 53 Rounds ASSORTED Ammunition CAL:9, valued at $5.30, seized by the ATF on June 17, 2023 from Demetrius HARMON in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027835:** 49 Rounds ASSORTED Ammunition CAL:556, valued at $4.90, seized by the ATF on June 17, 2023 from Demetrius HARMON in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028695:** BUSHMASTER FIREARMS XM15-E2S RIFLE CAL:223 SN:ARG502526, valued at $500.00, seized by the ATF on July 07, 2023 from Ryan RAMSEY in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028702:** 18 Rounds OTHER Ammunition CAL:223, valued at $1.80, seized by the ATF on July 07, 2023 from Ryan RAMSEY in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028705:** MOSSBERG 500 SHOTGUN CAL:12 SN:J714447, valued at $479.00, seized by the ATF on July 07, 2023 from Ryan RAMSEY in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028706:** 5 Rounds REMINGTON Ammunition CAL:12, valued at $0.50, seized by the ATF on July 07, 2023 from Ryan RAMSEY in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028708:** TAURUS G2C PISTOL CAL:40 SN:TKT92659, valued at $250.00, seized by the ATF on July 07, 2023 from Ryan RAMSEY in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028709:** 6 Rounds WINCHESTER-WESTERN Ammunition CAL:9, valued at $0.60, seized by the ATF on July 07, 2023 from Ryan RAMSEY in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028710:** IMPERIAL METAL PRODUCTS (INCA MANUFACTURING) 7 REVOLVER CAL:22 SN:40226, valued at $200.00, seized by the ATF on July 07, 2023 from Ryan RAMSEY in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028711:** 1 Rounds WINCHESTER-WESTERN Ammunition CAL:25, valued at $0.10, seized by the ATF on July 07, 2023 from Ryan RAMSEY in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028713:** HIPOINT (STRASSELL'S MACHINE INC.) C9 PISTOL CAL:9 SN:P1592466, valued at $160.00, seized by the ATF on July 07, 2023 from Ryan RAMSEY in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028716:** 8 Rounds HORNADY Ammunition CAL:9, valued at $0.80, seized by the ATF on July 07, 2023 from Ryan RAMSEY in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028718:** TAURUS G2C AMMUNITION CAL:9 SN:ACA488991, valued at $250.00, seized by the ATF on July 07, 2023 from Ryan RAMSEY in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028721:** 12 Rounds OTHER Ammunition CAL:9, valued at $1.20, seized by the ATF on July 07, 2023 from Ryan RAMSEY in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

**LEGAL NOTICE**
**ATTENTION**

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/20/2023**

**SOUTHERN DISTRICT OF WEST VIRGINIA**
**23-ATF-028723:** 14 Rounds HORNADY Ammunition CAL:38, valued at $1.40, seized by the ATF on July 07, 2023 from Ryan RAMSEY in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

## LAST DATE TO FILE CLAIM:  10/03/2023
## LAST DATE TO FILE PETITION:  10/13/2023

### DISTRICT OF ARIZONA
**23-ATF-028084:** Machine Gun Conversion Kit, Force Reset Trigger UNKNOWN TYPE MACHINE GUN CAL:UNKNOWN SN:NONE, valued at $400.00, seized by the ATF on July 25, 2023 from Ben Clayton in Gilbert, AZ for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-028085:** Machine Gun Conversion Kit, Force Reset Trigger UNKNOWN TYPE Machine Gun CAL:UNKNOWN SN:None, valued at $400.00, seized by the ATF on July 25, 2023 from Ben Clayton in Gilbert, AZ for forfeiture pursuant to 26 U.S.C. Section 5872.

### MIDDLE DISTRICT OF FLORIDA
**23-ATF-025896:** SILENCER: NONE, ONE GEMTECH VIPER-9, CAL: 9 SN: S09-36990, valued at $200.00, seized by the ATF on July 05, 2023 from Brett Vogler and Jerry Dimanche in Lakeland, FL for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-025898:** SILENCER: NONE, ONE SILENCERCO LLC OMEGA 36M CAL:36 SN: OMG36M-22389, valued at $200.00, seized by the ATF on July 05, 2023 from Brett Vogler and Jerry Dimanche in Lakeland, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  10/03/2023**
**LAST DATE TO FILE PETITION:  10/13/2023**

### SOUTHERN DISTRICT OF FLORIDA

**19-ATF-042286:** GLOCK MANUFACTURER  UNKNOWN  SWITCH CAL:UNKNOWN SN:NONE, valued at $50.00, seized by the ATF on April 18, 2019 from NESLY PETIT LOUIS in NORTH MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**19-ATF-042287:** GLOCK SWITCH UNKNOWN  CAL:UNKNOWN SN:NONE, valued at $50.00, seized by the ATF on April 18, 2019 from NESLY PETIT LOUIS in NORTH MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**19-ATF-042288:** GLOCK UNKNOWN  SWITCH CAL:UNKNOWN SN:NONE, valued at $50.00, seized by the ATF on April 18, 2019 from NESLY PETIT LOUIS in NORTH MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**19-ATF-042289:** GLOCK  UNKNOWN  SWITCH CAL:UNKNOWN SN:NONE, valued at $50.00, seized by the ATF on April 18, 2019 from NESLY PETIT LOUIS in NORTH MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**19-ATF-042290:** GLOCK UNKNOWN SWITCH CAL:UNKNOWN SN:NONE, valued at $50.00, seized by the ATF on April 18, 2019 from NESLY PETIT LOUIS in NORTH MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**22-ATF-047227:** GLOCK INC UNKNOWN  MACHINE GUN CAL:ASSORTED SN:9846, valued at $500.00, seized by the ATF on July 14, 2022 from ADRIAN GARCES in Hollywood, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-019636:** UNKNOWN MANUFACTURER UNKNOWN MACHINE GUN CONVERSION KIT CAL:ZZ SN:NONE, valued at $100.00, seized by the ATF on March 29, 2023 from AQUARIUS JACKSON in MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026671:** UNKNOWN MANUFACTURER  UNKNOWN WIDE OPEN TRIGGER MACHINE GUN CONVERSION KIT  CAL:UNKNOWN SN:NONE, valued at $100.00, seized by the ATF on May 15, 2023 from RANDAL MUNSKE in PORT ST. LUCIE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026674:** UNKNOWN MANUFACTURER  UNKNONW WIDE OPEN TRIGGER  MACHINE GUN CON CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on May 18, 2023 from WALLACE SMITH in JENSEN BEACH, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026768:** UNKNOWN MANUFACTURER  UNKNOWN  MACHINE GUN CONVERSION DEVICE CAL:UNKNOWN SN:NONE, valued at $250.00, seized by the ATF on June 13, 2023 from LUIS RODRIGUEZ in PORT ST. LUCIE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-027748:** FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:MULTI SN:A-16628, valued at $600.00, seized by the ATF on July 13, 2023 from PEDRO MANUEL DOMINGUEZ in MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-027758:** DSA INC ZM4 RIFLE CAL:556 SN:ZM-035615, valued at $700.00, seized by the ATF on July 13, 2023 from PEDRO MANUEL DOMINGUEZ in MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-027759:** SPIKES'S TACTICAL LLC  ST15 RIFLE CAL:MULTI SN:SCR064193, valued at $1,000.00, seized by the ATF on July 13, 2023 from PEDRO MANUEL DOMINGUEZ in MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-027762:** COLT AR15 MACHINE GUN CAL:223 SN:LGC001865, valued at $1,000.00, seized by the ATF on July 13, 2023 from PEDRO MANUEL DOMINGUEZ in MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

### SOUTHERN DISTRICT OF GEORGIA

**23-ATF-027666:** Forced Reset Trigger (FRT) Wide Open Trigger CAL:Unknown SN:None, valued at $200.00, seized by the ATF on July 27, 2023 from Adam Munoz in Savannah, GA for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  10/03/2023**
**LAST DATE TO FILE PETITION:  10/13/2023**

## SOUTHERN DISTRICT OF IOWA
**22-ATF-038561:** Glock GMBH 17GEN5 Pistol CAL:9 SN:BHSK273, valued at $50.00, seized by the ATF on May 06, 2022 from Semaj Johnson in Des Moines, IA for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-028397:** Glock Inc. w/switch 17 Machinegun CAL:9 SN:AFXL196, valued at $350.00, seized by the ATF on July 20, 2023 from Trent Brown in Des Moines, IA for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF INDIANA
**23-ATF-027652:** Winchester Unknown Rifle CAL:762 SN:1197412, valued at $1,500.00, seized by the ATF on July 13, 2023 from Rogers Auction Service in Royal Center, IN for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF KANSAS
**21-ATF-038022:** CBC (Companhia Braziliera de Cartuchos) 715P Pistol CAL:22 SN:EUB4443311, valued at $165.00, seized by the ATF on July 07, 2021 from Bradlee Ohle in Wichita, KS for forfeiture pursuant to 26 U.S.C. Section 5872.

## WESTERN DISTRICT OF KENTUCKY
**23-ATF-027822:** UNKNOWN UNKNOWN MACINEGUN CAL:UNKNOWN SN:NONE, valued at $400.00, seized by the ATF on July 18, 2023 from Brian Henderson in Hawesville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027824:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $400.00, seized by the ATF on July 18, 2023 from Brian Henderson in Hawesville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027837:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $400.00, seized by the ATF on July 06, 2023 from James Hust in Providence, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027838:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $400.00, seized by the ATF on July 06, 2023 from Phyllis Noel in Campbellsville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027839:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on July 14, 2023 from Jeffery Reynolds in Campbellsville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027841:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $50.00, seized by the ATF on July 12, 2023 from Craig Oliver in Eddyville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027842:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $50.00, seized by the ATF on July 12, 2023 from Craig Oliver in Eddyville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-028060:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $400.00, seized by the ATF on May 18, 2023 from Barry Hines in Goshen, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-028061:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $400.00, seized by the ATF on May 18, 2023 from Barry Hines in Goshen, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  10/03/2023**
**LAST DATE TO FILE PETITION:  10/13/2023**

### DISTRICT OF MASSACHUSETTS
**23-ATF-025637:** MACHINE GUN CONVERSION KIT RB INDUSTRIES FRT-15 Rare Breed Trigger, Serial No. Unknown, valued at $100.00, seized by the ATF on May 09, 2023 from Lionel LEUNG in Saugus, MA for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-025638:** MACHINE GUN CONVERSION KIT RB INDUSTRIES FRT-15 Rare Breed Trigger, Serial No. Unknown, valued at $100.00, seized by the ATF on May 09, 2023 from Lionel LEUNG in Saugus, MA for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027695:** KRISS USA INC. (TRANSFORMATIONAL DEFENSE IND) KRISS VECTOR SMG MACHINE-GUN CAL:ZZ SN:919P007052, valued at $1,000.00, seized by the ATF on March 01, 2023 from Davis Callan and Otis Arms LLC in Littleton, MA for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027902:** RB INDUSTRIES FRT-15 Forced Reset Trigger Machinegun CAL:ZZ SN:NONE, valued at $50.00, seized by the ATF on June 23, 2023 from Defensive Dynamics in Littleton, MA for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027905:** RB INDUSTRIES FRT-15 Forced Reset Trigger Machinegun CAL:ZZ SN:NONE, valued at $50.00, seized by the ATF on June 23, 2023 from Defensive Dynamics in Littleton, MA for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027948:** Grand Power STRIBOG SP9A3G PISTOL CAL:9 SN:GGA00654, valued at $900.00, seized by the ATF on February 09, 2023 from Jeffrey STEINBRECHER in Allston, MA for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027949:** B&T GHM45 PISTOL CAL:45 SN:US22-65675, valued at $1,000.00, seized by the ATF on February 09, 2023 from Jeffrey STEINBRECHER in Allston, MA for forfeiture pursuant to 26 U.S.C. Section 5872.

### DISTRICT OF MARYLAND
**23-ATF-026418:** Unknown Unknown Machine Gun Conversion CAL:Unknown SN:None, valued at $50.00, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026451:** MACHINE GUN CONVERSION KIT, MNF: UNKNOWN MANUFACTURER, TYPE: Machine Gun CONVERSION DEVICE, MODEL: UNKNOWN TYPE, CAL: Unknown, SN: NONE, valued at $50.00, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026463:** ONE BLACK UNMARKED SUSPECTED SILENCER CAL:None SN:None, valued at $25.00, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 26 U.S.C. Section 5872.

### DISTRICT OF MAINE
**23-ATF-025205:** Wide Open Trigger Forced Reset Trigger, Serial No. Unknown, valued at $1.00, seized by the ATF on June 08, 2023 from Amber McAllister in China, ME for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-025392:** Wide Open Trigger Forced Reset Trigger, Serial No. Unknown, valued at $1.00, seized by the ATF on June 08, 2023 from Rhett McKenney in MADISON, ME for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-025393:** Wide Open Trigger Forced Reset Trigger, Serial No. Unknown, valued at $1.00, seized by the ATF on May 25, 2023 from Jeramy Perlman in PORTLAND, ME for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-025579:** Wide Open Trigger Forced Reset Trigger, Serial No. Unknown, valued at $1.00, seized by the ATF on June 05, 2023 from Michael Varney in Portland, ME for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-025581:** Wide Open Trigger Forced Reset Trigger, Serial No. Unknown, valued at $1.00, seized by the ATF on May 24, 2023 from Charles Wilson in PORTLAND, ME for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  10/03/2023**
**LAST DATE TO FILE PETITION:  10/13/2023**

**EASTERN DISTRICT OF MISSOURI**
**23-ATF-020427:** Wide Open Trigger FRT Machinegun Conversion Kit CAL:Unknown SN:None, valued at $200.00, seized by the ATF on May 16, 2023 from William Custred in Cape Girardeau, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-020429:** Wide Open Trigger FRT Machinegun Conversion Kit CAL:Unknown SN:None, valued at $200.00, seized by the ATF on May 16, 2023 from William Custred in Cape Girardeau, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-020430:** Forced Reset Trigger Unknown Machinegun Conversion Kit CAL:Unknown SN:None, valued at $200.00, seized by the ATF on May 16, 2023 from William Custred in Cape Girardeau, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**EASTERN DISTRICT OF NORTH CAROLINA**
**23-ATF-027971:** Wide Open Trigger Conversion Kit WOT Machinegun CAL:Unknown SN:NONE, valued at $300.00, seized by the ATF on July 12, 2023 from Craig Steele in Four Oaks, NC for forfeiture pursuant to 26 U.S.C. Section 5872.

**MIDDLE DISTRICT OF NORTH CAROLINA**
**23-ATF-026660:** Rare Breed WOT Machinegun CAL:Unknown SN:NONE  WOT Trigger for AR15, valued at $150.00, seized by the ATF on July 13, 2023 from James Brian Tysinger in Greensboro, NC for forfeiture pursuant to 26 U.S.C. Section 5872.

**WESTERN DISTRICT OF NORTH CAROLINA**
**23-ATF-026854:** Wide Open Enterprises - Rare Breed FRT Forced Reset Trigger  Machinegun CAL:Unknown SN:NONE, valued at $150.00, seized by the ATF on July 17, 2023 from Virgil Davis in Dallas, NC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027952:** Wide Open Triggers Unknown Machine Gun Conversion Device CAL:Unknown SN:None, valued at $100.00, seized by the ATF on July 17, 2023 from Kendall Harrington in Statesville, NC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027982:** PRIVATELY MADE FIREARM (PMF) Unknown Rifle CAL:5.56 SN:NONE, valued at $100.00, seized by the ATF on July 14, 2023 from Grey Hester in Candler, NC for forfeiture pursuant to 26 U.S.C. Section 5872.

**DISTRICT OF NEBRASKA**
**23-ATF-028449:** Wide Open Trigger Unknown Machinegun Conversion Kit CAL:None SN:None, valued at $150.00, seized by the ATF on August 02, 2023 from Derek Tresnak in Lincoln, NE for forfeiture pursuant to 26 U.S.C. Section 5872.

**DISTRICT OF NEVADA**
**23-ATF-028311:** Wide Open Trigger (WOT) Forced Reset Trigger (FRT) Machine Gun CAL:Unknown SN:None, valued at $300.00, seized by the ATF on August 02, 2023 from Jorge SANDOVAL in Las Vegas, NV for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  10/03/2023**
**LAST DATE TO FILE PETITION:  10/13/2023**

## NORTHERN DISTRICT OF OKLAHOMA
**23-ATF-028345:** PRIVATELY MADE FIREARM (PMF) UNKNOWN MACHINE GUN CON CAL:UNKNOWN SN:NONE valued at $1.00, seized by the ATF on June 21, 2023 from Carl COFFEY in CATOOSA, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF SOUTH CAROLINA
**23-ATF-026658:** Rare Breed Triggers Rare Breed Machinegun CAL:Unknown SN:NONE Other Marks US PAT 10514223, valued at $150.00, seized by the ATF on July 06, 2023 from Luther Edgar Lindler in Columbia, SC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026659:** Rare Breed Triggers Wide Open Trigger WOT Machinegun CAL:Unknown SN:NONE Forced Reset Trigger, valued at $150.00, seized by the ATF on July 06, 2023 from Luther Edgar Lindler in Columbia, SC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027973:** Wide Open Trigger Conversion Kit WOT for AR15 Machinegun CAL:Unknown SN:NONE, valued at $300.00, seized by the ATF on July 13, 2023 from Benjamin Katenkamp in Columbia, SC for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF TEXAS
**23-ATF-028339:** Remington Arms Company, Inc. 870 Express Magnum Shotgun CAL:12 SN:B757453M, valued at $400.00, seized by the ATF on August 02, 2023 from Pedro Olivarez in Edinburg, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF VERMONT
**22-ATF-047055:** UMAREX SPORTWAFFEN GMBH & CO. KG. HK416D Pistol CAL:22 SN:HB044351, valued at $150.00, seized by the ATF on May 12, 2022 from Damien ROUSSEAU in FAIRLEE, VT for forfeiture pursuant to 26 U.S.C. Section 5872.
**22-ATF-047056:** UNMARKED, UNSERIALIZED BLACK 6 3/8" SILENCER (NO VISIBLE SERIAL NUMBER) ATTACHED TO UMAREX HK416D AOW, Serial No. Unknown, valued at $100.00, seized by the ATF on May 12, 2022 from Damien ROUSSEAU in FAIRLEE, VT for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027927:** Wide Open Trigger AR-15 Machinegun Conversion Device CAL:UNKNOWN SN:NONE, valued at $400.00, seized by the ATF on May 03, 2023 from Lloyd ELLISON in FAIRFAX, VT for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027928:** Wide Open Trigger AR-15 Machinegun Conversion Device CAL:UNKNOWN SN:NONE, valued at $400.00, seized by the ATF on May 03, 2023 from Lloyd ELLISON in FAIRFAX, VT for forfeiture pursuant to 26 U.S.C. Section 5872.

## NORTHERN DISTRICT OF WEST VIRGINIA
**23-ATF-027939:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on May 31, 2023 from Keith Groves in Arnoldsburg, WV for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027940:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on May 31, 2023 from Keith Groves in Arnoldsburg, WV for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

*See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.*

## LAST DATE TO FILE:  10/13/2023

## MIDDLE DISTRICT OF ALABAMA

**23-ATF-027800:** Taurus International TH9 Pistol CAL:9 SN:TLU51430, valued at $200.00, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027802:** Norinco (North China Industries) SKS Rifle CAL:762 SN:8053148, valued at $250.00, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027803:** Taurus International PT111 G2 Pistol CAL:9 SN:TKW07168, valued at $200.00, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027804:** HS Produkt (IM Metal) XD9 Pistol CAL:9 SN:XD216698, valued at $200.00, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027805:** Aero Precision X15 Rifle CAL:Multi SN:AR10111, valued at $350.00, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027806:** Taurus International Pub Def Judge Poly Revolver CAL:45/410 SN:AAL080395, valued at $200.00, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027808:** Colt Diamondback Revolver CAL:38 SN:N01575, valued at $200.00, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027809:** Francolin Intl. Arms Co. Citadel Pat Shotgun CAL:12 SN:21-35414, valued at $200.00, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027810:** Norinco (North China Industries) SKS Rifle CAL:762 SN:00727, valued at $200.00, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027811:** Century Arms International VSKA Rifle CAL:762 SN:SV7088038, valued at $200.00, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027812:** 34 Rounds Assorted Ammunition CAL:12, valued at $3.40, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027813:** 56 Rounds Assorted Ammunition CAL:223, valued at $5.60, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027814:** 78 Rounds Assorted Ammunition CAL:9, valued at $7.80, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027815:** 8 Rounds Assorted Ammunition CAL:45, valued at $0.80, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027816:** 4 Rounds Assorted Ammunition CAL:40, valued at $0.40, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027817:** 2 Rounds Assorted Ammunition CAL:38, valued at $0.20, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027818:** 520 Rounds Assorted Ammunition CAL:Unknown, valued at $52.00, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027819:** 210 Rounds Assorted Ammunition CAL:Unknown, valued at $21.00, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027820:** 128 Rounds Assorted Ammunition CAL:762, valued at $12.80, seized by the ATF on July 07, 2023 from Jonathan Salley in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## DISTRICT OF ARIZONA

**23-ATF-026200:** SMITH & WESSON M&P 15-22 Rifle CAL:22 SN:DFL2830, valued at $400.00, seized by the ATF on July 03, 2023 from Jacob Inman in Mesa, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026201:** SUN CITY MACHINERY CO Stevens 320 Shotgun CAL:12 SN:21257GB, valued at $350.00, seized by the ATF on July 03, 2023 from Jacob Inman in Mesa, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026203:** PALMETTO STATE ARMORY PA-15 Receiver/Frame CAL:Multi SN:SCB320369, valued at $65.00, seized by the ATF on July 03, 2023 from Jacob Inman in Mesa, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026207:** TAURUS G2C Pistol CAL:9 SN:TMR00838, valued at $400.00, seized by the ATF on July 03, 2023 from Jacob Inman in Mesa, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026210:** AERO PRECISION M5 Rifle CAL:Multi SN:US277155, valued at $800.00, seized by the ATF on July 03, 2023 from Ty Harada in Queen Creek, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026218:** TURKEY Unknown Type Shotgun CAL:Unknown SN:21SA-KR75713, valued at $300.00, seized by the ATF on July 03, 2023 from Ty Harada in Queen Creek, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026220:** AERO PRECISION EPC-9 Pistol CAL:Multi SN:SF-051815, valued at $650.00, seized by the ATF on July 03, 2023 from Ty Harada in Queen Creek, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027778:** FNH USA, LLC Scar 17S Rifle CAL:308 SN:H1C21877, valued at $2,000.00, seized by the ATF on July 25, 2023 from Gina FELKNER in Yuma, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027919:** FNH USA, LLC M249S Rifle CAL:556 SN:M249SA09207, valued at $20,000.00, seized by the ATF on July 26, 2023 from Jose ARCINEDA EUFRACIO in Tempe, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027929:** FNH USA, LLC M249S Rifle CAL:556 SN:M249SA09231, valued at $20,000.00, seized by the ATF on July 26, 2023 from Jose ARCINEDA EUFRACIO in Tempe, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

## CENTRAL DISTRICT OF CALIFORNIA

**23-ATF-028258:** Springfield Armory, Geneseo, IL XD-45 Pistol CAL:45 SN:XD702246, valued at $400.00, seized by the ATF on July 17, 2023 from Miguel Sandoval-Bautista in Westminster, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028273:** Mossberg 250C Rifle CAL:22 SN:None, valued at $600.00, seized by the ATF on July 17, 2023 from Miguel Sandoval-Bautista in Westminster, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028279:** Remington Arms Company, Inc. M887 Shotgun CAL:12 SN:AAE064100A, valued at $300.00, seized by the ATF on July 17, 2023 from Miguel Sandoval-Bautista in Westminster, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028280:** Remington Arms Company, Inc. 770 Rifle CAL:30-06 SN:M71927871, valued at $280.00, seized by the ATF on July 17, 2023 from Miguel Sandoval-Bautista in Westminster, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028282:** Ledesma Arms LAM-15 Rifle CAL:Multi SN:LAM00280, valued at $380.00, seized by the ATF on July 17, 2023 from Miguel Sandoval-Bautista in Westminster, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028284:** Juggernaut Tactical, Inc. JT-9 Receiver/Frame CAL:Unknown SN:None, valued at $150.00, seized by the ATF on July 17, 2023 from Miguel Sandoval-Bautista in Westminster, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/13/2023

### DISTRICT OF COLORADO
**23-ATF-027735:** GLOCK GMBH 17GEN5 PISTOL CAL:9 SN:BZZW798, valued at $3,000.00, seized by the ATF on July 21, 2023 from Paul Royer in Aurora, CO for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF COLUMBIA
**19-ATF-042078:** 526 Rounds Assorted Ammunition CAL:223, Serial No. Unknown, valued at $52.60, seized by the ATF on October 22, 2018 from Victor PARKER in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**19-ATF-042079:** 15 Rounds WINCHESTER-WESTERN Ammunition CAL:410, Serial No. Unknown, valued at $1.50, seized by the ATF on October 22, 2018 from Victor PARKER in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**19-ATF-042080:** 19 Rounds WESTERN CARTRIDGE CO Ammunition CAL:12, Serial No. Unknown, valued at $1.90, seized by the ATF on October 22, 2018 from Victor PARKER in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**19-ATF-042081:** 20 Rounds WINCHESTER-WESTERN Ammunition CAL:45, Serial No. Unknown, valued at $2.00, seized by the ATF on October 22, 2018 from Victor PARKER in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**19-ATF-042082:** 13 Rounds Unknown Ammunition CAL:45, Serial No. Unknown, valued at $1.30, seized by the ATF on October 22, 2018 from Victor PARKER in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**19-ATF-042083:** 15 Rounds HORNADY Ammunition CAL:380, Serial No. Unknown, valued at $1.50, seized by the ATF on October 22, 2018 from Victor PARKER in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**19-ATF-042084:** 157 Rounds OTHER Ammunition CAL:9, Serial No. Unknown, valued at $15.70, seized by the ATF on October 22, 2018 from Victor PARKER in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**19-ATF-042085:** EXTAR, LLC EXP556 Pistol CAL:556 SN:EP06567, valued at $300.00, seized by the ATF on October 22, 2018 from Victor PARKER in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

**MIDDLE DISTRICT OF FLORIDA**

**23-ATF-027240:** FIREARM: HANDGUN, MNF: SIG SAUER (SIG-ARMS) P365 PISTOL CAL:9 SN:66F105106, valued at $400.00, seized by the ATF on July 18, 2023 from Dudzinski POOLE in Orlando, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027244:** 10 Rounds AMMUNITION: AMMUNITION, QTY: 10, MNF: WINCHESTER-WESTERN CAL:9, Serial No. Unknown, valued at $1.00, seized by the ATF on July 18, 2023 from Dudzinski POOLE in Orlando, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027245:** FIREARM: HANDGUN, MNF: FNH USA, LLC FNX-45 TACTICAL PISTOL CAL:45 SN:FX3U099856, valued at $500.00, seized by the ATF on July 18, 2023 from Dudzinski POOLE in Orlando, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027247:** 14 Rounds AMMUNITION: AMMUNITION,QTY:14,MNF:CBC -CBC - BRAZILIAN CARTTIDGE COMPANY CAL:45, Serial No. Unknown, valued at $1.40, seized by the ATF on July 18, 2023 from Dudzinski POOLE in Orlando, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027256:** 29 Rounds AMMUNITION: AMMUNITION, QTY: 29, MNF: ASSORTED Ammunition CAL:762, Serial No. Unknown, valued at $2.90, seized by the ATF on July 18, 2023 from Dudzinski POOLE in Orlando, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027259:** 31 Rounds AMMUNITION: AMMUNITION, QTY: 31, MNF: ASSORTED Ammunition CAL:762, Serial No. Unknown, valued at $3.10, seized by the ATF on July 18, 2023 from Dudzinski POOLE in Orlando, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027265:** 29 Rounds AMMUNITION, QTY: 29, MNF: WINCHESTER-WESTERN Ammunition CAL:9, Serial No. Unknown, valued at $2.90, seized by the ATF on July 18, 2023 from Dudzinski POOLE in Orlando, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027270:** 20 Rounds AMMUNITION, QTY: 20, MNF: ASSORTED Ammunition CAL:223, Serial No. Unknown, valued at $2.00, seized by the ATF on July 18, 2023 from Dudzinski POOLE in Orlando, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027280:** FIREARM: HANDGUN, MNF: ROMARM/CUGIR DRACO PISTOL CAL:762 SN:DF-1450-19 RO, valued at $900.00, seized by the ATF on July 18, 2023 from Dudzinski POOLE in Orlando, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027283:** FIREARM: RIFLE, MNF: SMITH & WESSON M&P 15 Rifle CAL:223 SN:TE97851, valued at $700.00, seized by the ATF on July 18, 2023 from Dudzinski POOLE in Orlando, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027285:** FIREARM: HANDGUN, MNF: GLOCK GMBH 19GEN5 Pistol CAL:9 SN:BHCZ522, valued at $600.00, seized by the ATF on July 18, 2023 from Dudzinski POOLE in Orlando, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027305:** 39 Rounds AMMUNITION: AMMUNITION, QTY: 39, MNF: HORNADY Ammunition CAL:9, Serial No. Unknown, valued at $3.90, seized by the ATF on July 18, 2023 from Rodrieka MANNING in Mount Dora, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027306:** 7 Rounds AMMUNITION: AMMUNITION, QTY: 7, MNF: HORNADY Ammunition CAL:9, Serial No. Unknown, valued at $0.70, seized by the ATF on July 18, 2023 from Rodrieka MANNING in Mount Dora, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

Page 98 of 191

164

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

**NORTHERN DISTRICT OF FLORIDA**
**23-ATF-027533:** SAWED OFF RIFLE/SHOTGUN (Short Barrel),MNF: REMINGTON 870 EXPRESS MAG Shotgun CAL:12 SN:A808903M, valued at $350.00, seized by the ATF on July 12, 2023 from Brian Todd BURSE in Pensacola, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027534:** 2 Rounds AMMUNITION: AMMUNITION, QTY: 2, MNF: UNKNOWN Ammunition CAL:12, Serial No. Unknown, valued at $0.20, seized by the ATF on July 12, 2023 from Brian Todd BURSE in Pensacola, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027535:** 1 Rounds AMMUNITION: AMMUNITION, QTY: 1, MNF: UNKNOWN Ammunition CAL:12, Serial No. Unknown, valued at $0.10, seized by the ATF on July 12, 2023 from Brian Todd BURSE in Pensacola, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**SOUTHERN DISTRICT OF FLORIDA**
**23-ATF-019634:** GLOCK GMBH 27GEN4 PISTOL CAL:40 SN:WZX813, valued at $100.00, seized by the ATF on March 29, 2023 from AQUARIUS JACKSON in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-019638:** 15 Rounds ASSORTED Ammunition CAL:40, valued at $1.50, seized by the ATF on March 29, 2023 from AQUARIUS JACKSON in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026666:** UNKNOWN MANUFACTURER  UNKNOWN  PISTOL CAL:22 SN:NONE, valued at $40.00, seized by the ATF on July 06, 2023 from KENNETH HANNERS in PORT SAINT LUCIE, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028334:** GLOCK GMBH 19GEN5 PISTOL CAL:9 SN:BREY526, valued at $400.00, seized by the ATF on July 24, 2023 from RON JUBA JR in FORT LAUDERDALE, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028337:** 23 Rounds ASSORTED Ammunition CAL:9, valued at $2.30, seized by the ATF on July 24, 2023 from RON JUBA JR in FORT LAUDERDALE, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## NORTHERN DISTRICT OF GEORGIA

**23-ATF-023786:** $5,183.00 U.S. Currency, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 981(a)(1)(C) Tr.

**23-ATF-023873:** Glock Inc. 43 Pistol CAL:9 SN:AHLU878, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023876:** Glock Inc. 43 Pistol CAL:9 SN:AHFG731, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023877:** Glock GMBH 43 Pistol CAL:9 SN:BCZM807, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023878:** Glock Inc. 43 Pistol CAL:9 SN: AHDB802, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023880:** Glock Inc. 43 Pistol CAL:9 SN:AHDG548, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023881:** Glock Inc. 43 Pistol CAL:9 SN:AGLD061, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023882:** Glock Inc. 43 Pistol CAL:9 SN:AHFG912, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023884:** Glock GMBH 30S Pistol CAL:45 SN:XLH218, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023885:** Glock Inc. 43 Pistol CAL:9 SN:BKDD524, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023886:** Glock Inc. 43 Pistol CAL:9 SN:AHTR746, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023887:** Glock GMBH 19 Pistol CAL:9 SN:LY843 US, valued at $550.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023888:** Glock GMBH 26 Pistol CAL:9 SN:BCLG553, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023889:** Glock GMBH 30S Pistol CAL:45 SN:BUSY551, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023890:** Glock GMBH 19X Pistol CAL:9 SN:BWHC143, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023892:** Glock GMBH 19GEN4 Pistol CAL:9 SN:BLTM399, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023893:** Glock GMBH 30S Pistol CAL:45 SN:YVT286, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023897:** Glock Inc. 43 Pistol CAL:9 SN:AHFG730, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023899:** Glock GMBH 19X Pistol CAL:9 SN:BWCH134, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023903:** Glock Inc. 43 Pistol CAL:9 SN:AFEX594, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023905:** Glock GMBH 19GEN5 Pistol CAL:9 SN:BYMN707, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023908:** Glock Inc. 43 Pistol CAL:9 SN:AHDB807, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023910:** Glock GMBH 43 Pistol CAL:9 SN:ZGY288, valued at $500.00, seized by the ATF on June 14, 2023

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/13/2023

### NORTHERN DISTRICT OF GEORGIA
**23-ATF-023910 - (Continued from previous page)**
from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023914:** Glock GMBH 19 Pistol CAL:9 SN:SV819 US, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023916:** Glock GMBH 19GEN5 Pistol CAL:9 SN:BYMG911, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023918:** Glock Inc. 43 Pistol CAL:9 SN:AHFK448, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023919:** Glock GMBH 30 Pistol CAL:45 SN:KKN870, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023921:** Glock Inc. 43 Pistol CAL:9 SN:AHFK027, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023922:** Glock GMBH 19GEN5 Pistol CAL:9 SN:BYMN708, valued at $550.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023924:** Glock GMBH 19 Pistol CAL:9 SN:BPWS964, valued at $550.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023925:** Glock Inc. 43 Pistol CAL:9 SN:AGLA861, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023926:** Glock GMBH 19GEN5 Pistol CAL:9 SN:BYFH040, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023927:** Glock GMBH 26 Pistol CAL:9 SN:BZML829, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023928:** Glock GMBH 19 Pistol CAL:9 SN:BWYC599, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023929:** Glock GMBH 43 Pistol CAL:9 SN:AHBE269, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023930:** Glock GMBH 26 Pistol CAL:9 SN:BZML831, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023931:** Glock Inc. 26GEN5 Pistol CAL:9 SN:ADGG882, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023932:** Glock GMBH 43 Pistol CAL:9 SN:BHPN541, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023933:** Glock GMBH 26 Pistol CAL:9 SN:BZML830, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023936:** Glock Inc. 26GEN5 Pistol CAL:9 SN:ADGG747, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023937:** Glock Inc. 43 Pistol CAL:9 SN:AHBE289, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023938:** Glock Inc. 26GEN5 Pistol CAL:9 SN:AGKD144, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023940:** Romarm/Cugir Micro Draco Pistol CAL:762 SN:ROA23PMD41207, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023941:** F.N. (FN Herstal) Five-Seven MK3 Pistol CAL:57 SN:386451180, valued at $1,300.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## NORTHERN DISTRICT OF GEORGIA

**23-ATF-023941 - (Continued from previous page)** 924(d).

**23-ATF-023942:** F.N. (FN Herstal) Five-Seven MK3 Pistol CAL:57 SN:386451072, valued at $1,300.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023943:** Century Arms International VSKA Pistol CAL:762 SN:SV7P011764, valued at $850.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023945:** Glock GMBH 19 Pistol CAL:9 SN:BWGB956, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023946:** Glock GMBH 30S Pistol CAL:45 SN:BVNU372, valued at $500.00, seized by the ATF on June 14, 2023 from Dexter Roberts III in Locust Grove, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## SOUTHERN DISTRICT OF IOWA

**23-ATF-007422:** Glock GMBH 42 Pistol CAL:380 SN:AFWS058, valued at $150.00, seized by the ATF on February 10, 2023 from Deon Cooper in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-007423:** 6 Rounds Assorted Ammunition CAL:380, valued at $0.60, seized by the ATF on February 10, 2023 from Deon Cooper in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-011136:** 557 Rounds Assorted Ammunition CAL:Multi, valued at $55.70, seized by the ATF on February 10, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).  Items described as:  385 385 Rounds Unknown Ammunition CAL:Multi, valued at $38.50; 26 26 Rounds Sig Sauer (SIG) Ammunition CAL:45, valued at $2.60; 5 5 Rounds Unknown Ammunition CAL:Unknown, valued at $0.50; 12 12 Rounds Smith & Wesson Ammunition CAL:40, valued at $1.20; 29 29 Rounds Other Ammunition CAL:Unknown, valued at $2.90; 12 12 Rounds Other Ammunition CAL:380, valued at $1.20; 36 36 Rounds Other Ammunition CAL:Unknown, valued at $3.60; 5 5 Rounds Other Ammunition CAL:380, valued at $0.50; 8 8 Rounds Ammo Inc. Ammunition CAL:45, valued at $0.80; 12 12 Rounds Hornady Ammunition CAL:10, valued at $1.20; 20 20 Rounds Other Ammunition CAL:Unknown, valued at $2.00; 7 7 Rounds Other Ammunition CAL:380, valued at $0.70.

**23-ATF-011146:** BERSA Thunder 380 Pistol CAL:380 SN:E48291, valued at $225.00, seized by the ATF on February 10, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-011147:** AERO PRECISION X15 Pistol CAL:Multi SN:X430064, valued at $500.00, seized by the ATF on February 10, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-011153:** GLOCK GMBH 29 Pistol CAL:10 SN:BDGC181, valued at $295.00, seized by the ATF on February 10, 2023 from Santiz Langford in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-011157:** 19 Rounds Assorted Ammunition CAL:10, valued at $1.90, seized by the ATF on February 10, 2023 from Santiz Langford in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-011158:** GLOCK GMBH 20 Pistol CAL:10 SN:BYGE189, valued at $225.00, seized by the ATF on February 10, 2023 from Santiz Langford in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-011159:** 16 Rounds Unknown Ammunition CAL:10, valued at $1.60, seized by the ATF on February 10, 2023 from Santiz Langford in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-011160:** GLOCK GMBH 20 Pistol CAL:10 SN:BXHG838, valued at $225.00, seized by the ATF on February 10, 2023 from Santiz Langford in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-011161:** 23 Rounds Unknown Ammunition CAL:10, valued at $2.30, seized by the ATF on February 10, 2023 from Santiz Langford in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-011162:** 4 Rounds Assorted Ammunition CAL:380, valued at $0.40, seized by the ATF on February 10, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-011163:** 1 Rounds PMC Ammunition CAL:9, valued at $0.10, seized by the ATF on February 10, 2023 from Santiz Langford in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-011637:** $6,000.00 U.S. Currency, seized by the ATF on February 10, 2023 from Santiz Langford in Des Moines, IA for forfeiture pursuant to 21 U.S.C. Section 881.

**23-ATF-011638:** $70.00 U.S. Currency, seized by the ATF on February 10, 2023 from Santiz Langford in Des Moines, IA for forfeiture pursuant to 21 U.S.C. Section 881.

**23-ATF-011639:** $3,792.00 U.S. Currency, seized by the ATF on February 10, 2023 from Terry Stephens in Des Moines, IA for forfeiture pursuant to 21 U.S.C. Section 881.

**23-ATF-011640:** $178.00 U.S. Currency, seized by the ATF on February 10, 2023 from Terry Stephens in Des Moines, IA for forfeiture pursuant to 21 U.S.C. Section 881.

**23-ATF-022519:** 1 Rounds Remington Ammunition CAL:9, valued at $0.10, seized by the ATF on June 07, 2023 from Deadrian Nelson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022525:** Smith & Wesson M&P 40 Shield Pistol CAL:40 SN:HSX2206, valued at $400.00, seized by the ATF on June 07, 2023 from Deadrian Nelson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## SOUTHERN DISTRICT OF IOWA

**23-ATF-022526:** 5 Rounds Sig Sauer (SIG) Ammunition CAL:40, valued at $0.50, seized by the ATF on June 07, 2023 from Johnetta Strode in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022527:** 3 Rounds Assorted Ammunition CAL:Multi, valued at $0.30, seized by the ATF on June 07, 2023 from Deadrian Nelson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022528:** 19 Rounds LC (Lake City) Ammunition CAL:556, valued at $1.90, seized by the ATF on June 07, 2023 from Deadrian Nelson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022529:** 1 Rounds Federal Ammunition CAL:40, valued at $0.10, seized by the ATF on June 07, 2023 from Deadrian Nelson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022530:** 14 Rounds Assorted Ammunition CAL:40, valued at $1.40, seized by the ATF on June 07, 2023 from Deadrian Nelson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022532:** Sig Sauer (Sig-Arms) P365 Pistol CAL:9 SN:66F367559, valued at $400.00, seized by the ATF on June 07, 2023 from Deadrian Nelson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022533:** 14 Rounds Assorted Ammunition CAL:9, valued at $1.40, seized by the ATF on June 07, 2023 from Deadrian Nelson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022535:** 52 Rounds Assorted Ammunition CAL:Multi, valued at $5.20, seized by the ATF on June 07, 2023 from Johnetta Strode in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027869:** Glock GMBH 19 Pistol CAL:9 SN:BTCK740, valued at $400.00, seized by the ATF on July 16, 2023 from TJ Lebaugh in Council Bluffs, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027870:** 29 Rounds Assorted Ammunition CAL:9, valued at $2.90, seized by the ATF on July 16, 2023 from TJ Lebaugh in Council Bluffs, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028367:** SCT Manufacturing, LLC Unknown Pistol CAL:9 SN:AAA0005944, valued at $500.00, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028368:** Colt Unknown Rifle CAL:223 SN:CH017492, valued at $1,000.00, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028369:** 29 Rounds Assorted Ammunition CAL:223, valued at $2.90, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028371:** 103 Rounds Assorted Ammunition CAL:Multi, valued at $10.30, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028372:** 1 Rounds Remington Ammunition CAL:12, valued at $0.10, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028373:** 3 Rounds Assorted Ammunition CAL:45, valued at $0.30, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028374:** 13 Rounds Smith & Wesson Ammunition CAL:40, valued at $1.30, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028376:** 9 Rounds Assorted Ammunition CAL:Multi, valued at $0.90, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028377:** 26 Rounds Assorted Ammunition CAL:223, valued at $2.60, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028378:** 2 Rounds Assorted Ammunition CAL:9, valued at $0.20, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028379:** 26 Rounds Assorted Ammunition CAL:9, valued at $2.60, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028380:** 3 Rounds Assorted Ammunition CAL:223, valued at $0.30, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## SOUTHERN DISTRICT OF IOWA

**23-ATF-028381:** 13 Rounds Assorted Ammunition CAL:38, valued at $1.30, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028382:** 7 Rounds Assorted Ammunition CAL:45, valued at $0.70, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028383:** 2 Rounds Assorted Ammunition CAL:223, valued at $0.20, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028384:** 2 Rounds Assorted Ammunition CAL:40, valued at $0.20, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028385:** 33 Rounds Assorted Ammunition CAL:40, valued at $3.30, seized by the ATF on July 20, 2023 from Dawn Robinson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028390:** Glock Inc. 30 Pistol CAL:45 SN:BYGP980, valued at $500.00, seized by the ATF on July 20, 2023 from Trent Brown in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028391:** 11 Rounds Winchester-Western Ammunition CAL:45, valued at $1.10, seized by the ATF on July 20, 2023 from Trent Brown in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028393:** 3 Rounds Assorted Ammunition CAL:Multi, valued at $0.30, seized by the ATF on July 20, 2023 from Trent Brown in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028394:** 5 Rounds Smith & Wesson Ammunition CAL:40, valued at $0.50, seized by the ATF on July 20, 2023 from Trent Brown in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028395:** 14 Rounds Assorted Ammunition CAL:9, valued at $1.40, seized by the ATF on July 20, 2023 from Trent Brown in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028396:** 3 Rounds Assorted Ammunition CAL:45, valued at $0.30, seized by the ATF on July 20, 2023 from Trent Brown in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028398:** 33 Rounds Assorted Ammunition CAL:9, valued at $3.30, seized by the ATF on July 20, 2023 from Trent Brown in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028403:** 1 Rounds Unknown Ammunition CAL:380, valued at $0.10, seized by the ATF on July 20, 2023 from Deadrian Nelson in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028409:** Glock GMBH 21 Pistol CAL:45 SN:AGUU772, valued at $500.00, seized by the ATF on July 20, 2023 from Armani Gates in Clive, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028410:** 26 Rounds Assorted Ammunition CAL:Multi, valued at $2.60, seized by the ATF on July 20, 2023 from Armani Gates in Clive, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028414:** 33 Rounds Assorted Ammunition CAL:45, valued at $3.30, seized by the ATF on July 20, 2023 from Majok Majok in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028418:** 15 Rounds Assorted Ammunition CAL:Multi, valued at $1.50, seized by the ATF on July 20, 2023 from Majok Majok in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028419:** Ruger Security-9 Pistol CAL:9 SN:383-30080, valued at $50.00, seized by the ATF on July 20, 2023 from Johnetta Strode in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028420:** 4 Rounds Assorted Ammunition CAL:9, valued at $0.40, seized by the ATF on July 20, 2023 from Johnetta Strode in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028423:** 1 Rounds Unknown Ammunition CAL:9, valued at $0.10, seized by the ATF on July 20, 2023 from Deon Cooper in Des Moines, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## CENTRAL DISTRICT OF ILLINOIS

**23-ATF-027581:** LOW EXPLOSIVES, QTY: 303, MEA: ASSORTED , BLACK COLORED CRAFT ROLL TUBES APPROXIMATLEY 200 MM X 35 MM, SIDE PRIMED WITH GREEN HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $20.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027584:** LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED , BLACK COLORED CRAFT ROLL TUBES APPROXIMATLEY 200 MM X 35 MM, SIDE PRIMED WITH GREEN HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $20.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027585:** LOW EXPLOSIVES, QTY: 32, MEA: ASSORTED , BLACK COLORED CARBOARD STRAIGHT TUBES APPROX. 200 MM X 40 MM, SIDE PRIMED WITH GREEN HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $20.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027586:** LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED , BLACK COLORED CARBOARD STRAIGHT TUBE APPROX. 200 MM X 40 MM, SIDE PRIMED WITH GREEN HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $20.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027587:** LOW EXPLOSIVES, QTY: 47, MEA: ASSORTED , ORANGE COLORED CARBOARD TUBE APPROX. 101 MM X 32 MM, SIDE PRIMED WITH GREEN HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027591:** LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED , ORANGE COLORED CARBOARD TUBE APPROX. 101 MM X 32 MM, SIDE PRIMED WITH GREEN HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027592:** LOW EXPLOSIVES, QTY: 21, MEA: ASSORTED , ORANGE COLORED CARBOARD TUBE APPROX. 101 MM X 32 MM, SIDE PRIMED WITH RED HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027593:** LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED , ORANGE COLORED CARBOARD TUBE APPROX. 101 MM X 32 MM, SIDE PRIMED WITH RED HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027595:** LOW EXPLOSIVES, QTY: 392, MEA: ASSORTED , ORANGE COLORED CARBOARD TUBE APPROX. 101 MM X 32 MM, SIDE PRIMED WITH STRIPED HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027596:** LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED , ORANGE COLORED CARBOARD TUBE APPROX. 101 MM X 32 MM, SIDE PRIMED WITH STRIPED HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027598:** LOW EXPLOSIVES, QTY: 18, MEA: ASSORTED , RED/WHITE/BLUE COLORED CARBOARD TUBE APPROX. 54 MM X 25 MM, SIDE PRIMED WITH RED HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027599:** LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED , RED/WHITE/BLUE COLORED

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

**CENTRAL DISTRICT OF ILLINOIS**
**23-ATF-027599 - (Continued from previous page)**
CARBOARD TUBE APPROX. 54 MM X 25 MM, SIDE PRIMED WITH RED HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027601:** LOW EXPLOSIVES, QTY: 6, MEA: ASSORTED , RED/WHITE/BLUE COLORED CARBOARD TUBE APPROX. 54 MM X 25 MM, SIDE PRIMED WITH GREEN HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027602:** LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED , RED/WHITE/BLUE COLORED CARBOARD TUBE APPROX. 54 MM X 25 MM, SIDE PRIMED WITH GREEN HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027603:** LOW EXPLOSIVES, QTY: 473, MEA: ASSORTED , RED COLORED CARBOARD TUBE APPROX. 54 MM X 25 MM, SIDE PRIMED WITH STRIPED HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027604:** LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED , RED COLORED CARBOARD TUBE APPROX. 54 MM X 25 MM, SIDE PRIMED WITH STRIPED HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027605:** LOW EXPLOSIVES, QTY: 29, MEA: ASSORTED , RED COLORED CARBOARD TUBE APPROX. 37 MM X 17 MM, SIDE PRIMED WITH STRIPED HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027606:** LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED , RED COLORED CARBOARD TUBE APPROX. 37 MM X 17 MM, SIDE PRIMED WITH STRIPED HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027607:** LOW EXPLOSIVES, QTY: 39, MEA: ASSORTED , RED COLORED CARBOARD TUBE APPROX. 37 MM X 17 MM, SIDE PRIMED WITH GREEN HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-027608:** LOW EXPLOSIVES, QTY: 1, MEA: ASSORTED , RED COLORED CARBOARD TUBE APPROX. 37 MM X 17 MM, SIDE PRIMED WITH GREEN HOBBY FUSE CONTAINING SUSPECTED FLASHPOWDER., valued at $10.00, seized by the ATF on June 20, 2023 from Rickie Yates in Champaign, IL for forfeiture pursuant to 18 U.S.C. Section 844.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE: 10/13/2023**

### NORTHERN DISTRICT OF INDIANA

**23-ATF-027651:** 14 Rounds Assorted Ammunition CAL:45, valued at $1.40, seized by the ATF on July 14, 2023 from Demetrius Green in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027653:** 5 Rounds Assorted Ammunition CAL:9, valued at $0.50, seized by the ATF on July 14, 2023 from Demetrius Green in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027654:** 1 Rounds OTHER Ammunition CAL:22, valued at $0.10, seized by the ATF on July 14, 2023 from Demetrius Green in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027655:** 13 Rounds Federal Ammunition CAL:357, valued at $1.30, seized by the ATF on July 14, 2023 from Demetrius Green in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027656:** GLOCK GMBH 32 Pistol CAL:357 SN:LNF146, valued at $400.00, seized by the ATF on July 14, 2023 from Demetrius Green in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027657:** 1 Rounds FEDERAL Ammunition CAL:12, valued at $0.10, seized by the ATF on July 14, 2023 from Demetrius Green in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027658:** 2 Rounds REMINGTON Ammunition CAL:223, valued at $0.20, seized by the ATF on July 14, 2023 from Demetrius Green in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027660:** $2,000.00 U.S. Currency, seized by the ATF on July 14, 2023 from Demetrius Green in Gary, IN for forfeiture pursuant to 21 U.S.C. Section 881.

**23-ATF-028527:** ROCK ISLAND ARMORY INC. (GENESEO, IL) 1911A1 Pistol CAL:45 SN:RIA1556823, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028531:** Remington Arms Company, Inc. 11-87 Sportsman Shotgun CAL:12 SN:PC886180, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028532:** MOSSBERG 500 Shotgun CAL:12 SN:K547177, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028533:** NORTH AMERICAN ARMS NAA22 Revolver CAL:22 SN:L202659, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028534:** Remington Arms Company, Inc. 700 Rifle CAL:30-06 SN:A6616656, valued at $350.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028535:** HERITAGE MFG. INC. ROUGH RIDER Revolver CAL:22 SN:M24561, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028536:** NOBLE MFG. CO. Unknown Shorgun CAL:Unknown SN:G868265, valued at $100.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028537:** Keystone Sporting Arms Crickett Shotgun CAL:22 SN:526800, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028538:** Marlin Firearms Co., 30/30 Rifle CAL:30-30 SN:F14361, valued at $1.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028539:** HARRINGTON & RICHARDSON 1871 INC. 929 Revolver CAL:22 SN:AD31032, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028540:** ITHACA GUN CO. 37 Shotgun CAL:12 SN:381005551, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028541:** Savage 93 Rifle CAL:17 SN:G988815, valued at $350.00, seized by the ATF on June 14, 2023

**(Continued on next page)**

[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## NORTHERN DISTRICT OF INDIANA

**23-ATF-028541 - (Continued from previous page)**
from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028542:** MARLIN FIREARMS CO. 60 Rifle CAL:22 SN:18305385, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028543:** Mossberg Patriot Rifle CAL:300 SN:MPR084956, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028544:** PIONEER ARMS CORPORATION (RADOM, POLAND) SPORTER RIFLE CAL:762 SN:PAC1128512, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028545:** SAVAGE 948 SHOTGUN CAL:20 SN:R020515, valued at $150.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028546:** Mauser Unknown Rifle CAL:792 SN:1836, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028547:** Interarms (Houston, TX) - Firearms Intl Incl. Unknown Rifle CAL:Unknown SN:B269510, valued at $1.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028548:** MOSSBERG 500 SHOTGUN CAL:410 SN:P770202, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028549:** Savage Axis Rifle CAL:65 SN:P373908, valued at $300.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028550:** MOSSBERG 500 SHOTGUN CAL:12 SN:K871649, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028552:** Ruger 10/22 Rifle CAL:22 SN:0021-18898, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028553:** HARRINGTON AND RICHARDSON TOPPER 58 SHOTGUN CAL:12 SN:AM347548, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028555:** ITHACA GUN CO. 37 FEATHERLIGHT SHOTGUN CAL:12 SN:1000921, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028556:** 520 Rounds Assorted Ammunition CAL:44, Serial No. Unknown, valued at $52.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028557:** Hunter Arms Co. Unknown Rifle CAL:Unknown SN:61-06-070801-15, valued at $1.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028558:** MARLIN FIREARMS CO. 60 SHOTGUN CAL:12 SN:11298897, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028559:** MOSIN-NAGANT Unknown Rifle CAL:Unknown SN:BE4888, valued at $200.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028560:** GEWEHR WERKS (TK FOREMAN) UNKNOWN RIFLE CAL:UNKNOWN SN:1836, valued at $100.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028561:** HOPKINS AND ALLEN UNKNOWN SHOTGUN CAL:UNKNOWN SN:UNKNOWN, valued at $75.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## NORTHERN DISTRICT OF INDIANA

**23-ATF-028562:** 715 Rounds Assorted Ammunition CAL:45, Serial No. Unknown, valued at $71.50, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028563:** Zastava AK47 Rifle CAL:Unknown SN:1-374097, valued at $230.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028565:** Unknown Unknown Rifle CAL:Unknown SN:HP275, valued at $1.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028566:** SAVAGE STEVENS 37 SHOTGUN CAL:410 SN:UNKNOWN, valued at $50.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028567:** 1128 Rounds Assorted Ammunition CAL:762, Serial No. Unknown, valued at $112.80, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028568:** Noble Mfg. Co. Unknown Shotgun CAL:Unknown SN:XNH480J, valued at $1.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028569:** 240 Rounds Assorted Ammunition CAL:9, valued at $24.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028571:** 490 Rounds Assorted Ammunition CAL:12, Serial No. Unknown, valued at $49.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028572:** 4480 Rounds Assorted Ammunition CAL:22, Serial No. Unknown, valued at $448.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028575:** 416 Rounds Assorted Ammunition CAL:300, Serial No. Unknown, valued at $41.60, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028577:** 160 Rounds Assorted Ammunition CAL:380, Serial No. Unknown, valued at $16.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028581:** 160 Rounds Assorted Ammunition CAL:20, Serial No. Unknown, valued at $16.00, seized by the ATF on June 14, 2023 from Johnny Bangs in Lake Station, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## SOUTHERN DISTRICT OF INDIANA
**23-ATF-027566:** 87 Rounds Assorted Ammunition CAL:Multi, valued at $8.70, seized by the ATF on July 25, 2023 from Zyrelle WILLIAMS in Anderson, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027662:** Glock GMBH 22GEN5 Pistol CAL:40 SN:BYWD606, valued at $500.00, seized by the ATF on July 22, 2023 from Adrian Sanchez in Ingalls, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027664:** 13 Rounds Assorted Ammunition CAL:40, valued at $1.30, seized by the ATF on July 22, 2023 from Adrian Sanchez in Ingalls, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027706:** Glock GMBH 27GEN4 Pistol CAL:40 SN:BDEL295, valued at $500.00, seized by the ATF on July 25, 2023 from Diamond Love in Anderson, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027718:** 15 Rounds Assorted Ammunition CAL:40, valued at $1.50, seized by the ATF on July 25, 2023 from Diamond Love in Anderson, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027722:** 1 Rounds Winchester-Western Ammunition CAL:40, valued at $0.10, seized by the ATF on July 25, 2023 from Diamond Love in Anderson, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027742:** 28 Rounds CCI Ammunition CAL:380, valued at $2.80, seized by the ATF on July 25, 2023 from Zyrelle WILLIAMS in Anderson, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027752:** 2 Rounds Remington Ammunition CAL:5.56, valued at $0.20, seized by the ATF on July 25, 2023 from Zyrelle WILLIAMS in Anderson, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027754:** 6 Rounds Unknown Manufacturer Ammunition CAL:9, valued at $0.60, seized by the ATF on July 25, 2023 from Zyrelle WILLIAMS in Anderson, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027757:** 15 rounds Assorted CAL: 9, valued at $1.50, seized by the ATF on July 25, 2023 from Zyrelle WILLIAMS in Anderson, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027764:** Century Arms International VSKA Pistol CAL:762 SN:SV7P010603, valued at $800.00, seized by the ATF on July 25, 2023 from Adrian Sanchez in Anderson, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027771:** Radical Firearms, LLC RF-15 Pistol CAL:Multi SN:2058420, valued at $500.00, seized by the ATF on July 25, 2023 from Adrian Sanchez in Anderson, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027772:** 260 Rounds Assorted Ammunition CAL:Multi, valued at $26.00, seized by the ATF on July 25, 2023 from Adrian Sanchez in Anderson, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF KANSAS
**21-ATF-037651:** Glock GMBH 19 Pistol CAL:9 SN:BUCF184, valued at $500.00, seized by the ATF on September 26, 2021 from Edward Cavanaugh in Wichita, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-037652:** 20 Rounds Assorted Ammunition CAL:9, valued at $2.00, seized by the ATF on September 26, 2021 from Edward Cavanaugh in Wichita, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-037653:** Beretta USA Corp 92X Pistol CAL:9 SN:92X0040647, valued at $500.00, seized by the ATF on September 26, 2021 from Edward Cavanaugh in Wichita, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-037654:** 14 Rounds Assorted Ammunition CAL:9, valued at $1.40, seized by the ATF on September 26, 2021 from Edward Cavanaugh in Wichita, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-037656:** Taurus G2C Pistol CAL:9 SN:1C083250, valued at $400.00, seized by the ATF on September 26, 2021 from Edward Cavanaugh in Wichita, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

### EASTERN DISTRICT OF KENTUCKY
**23-ATF-028077:** SMITH & WESSON M&P 380 SHIELD EZ PISTOL CAL:380 SN:NJY1539, valued at $200.00, seized by the ATF on July 18, 2023 from Makyla Steward in Lexington, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028081:** 7 Rounds HORNADY Ammunition CAL:380, valued at $0.70, seized by the ATF on July 18, 2023 from Makyla Steward in Lexington, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028082:** ROMARM/CUGIR MINI DRACO PISTOL CAL:762 SN:ROA22PG-1707, valued at $400.00, seized by the ATF on July 18, 2023 from Kenneth Berry in NICHOLASVILLE, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028083:** 19 Rounds WINCHESTER-WESTERN Ammunition CAL:762, valued at $1.90, seized by the ATF on July 18, 2023 from Kenneth Berry in NICHOLASVILLE, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

### WESTERN DISTRICT OF KENTUCKY
**23-ATF-028046:** RUGER PC CHARGER PISTOL CAL:9 SN:913-37201, valued at $150.00, seized by the ATF on July 28, 2023 from Monique Verner in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028052:** 25 Rounds ASSORTED Ammunition CAL:9, valued at $2.50, seized by the ATF on July 28, 2023 from Monique Verner in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF LOUISIANA
**23-ATF-027785:** Glock Gmbh 17 Pistol CAL:9 SN:BVSK653, valued at $250.00, seized by the ATF on July 20, 2023 from Horace WASHINGTON in New Orleans, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027786:** 18 Rounds Assorted Ammunition CAL:9, valued at $1.80, seized by the ATF on July 20, 2023 from Horace WASHINGTON in New Orleans, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### MIDDLE DISTRICT OF LOUISIANA
**22-ATF-045815:** Palmetto State Armory PA-15 Rifle CAL:Multi SN:SCD519267, valued at $300.00, seized by the ATF on April 20, 2022 from Windell Herring in Baton Rouge, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-045816:** 39 Rounds Assorted Ammunition CAL:223, Serial No. Unknown, valued at $3.90, seized by the ATF on April 20, 2022 from Windell Herring in Baton Rouge, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

**DISTRICT OF MARYLAND**

**23-ATF-026404:** ANDERSON MANUFACTURING AM-15 Pistol CAL:Multi SN:19324029, valued at $200.00, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026407:** 8 Rounds Assorted Ammunition CAL:223, Serial No. Unknown, valued at $0.80, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026410:** 32 Rounds Assorted Ammunition CAL:223, Serial No. Unknown, valued at $3.20, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026411:** 15 Rounds Assorted Ammunition CAL:40, Serial No. Unknown, valued at $1.50, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026414:** 1286 Rounds ASSORTED Ammunition CAL:Multi, Serial No. Unknown, valued at $128.60, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026415:** 507 Rounds Assorted Ammunition CAL:Multi, Serial No. Unknown, valued at $50.70, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026417:** SMITH & WESSON, TYPE: REVOLVER, MODEL: UNKNOWN TYPE, CAL: Unknown, SN: DDF3875; Airweight, SPFLD,MA, S&W U.S.A., valued at $50.00, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026419:** 5 Rounds Assorted Ammunition CAL:38, Serial No. Unknown, valued at $0.50, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026420:** GLOCK GMBH Unknown Receiver/Frame CAL:unknown SN:WZY038, valued at $50.00, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026423:** RIFLE, AMERICAN TACTICAL IMPORTS - ATI MIL-SPORT Receiver/Frame CAL:Multi SN:None OBLITERATED: YES, Serial No. None,OBLITERATED: YES, valued at $50.00, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026446:** GLOCK GMBH Unknown Receiver/Frame CAL:Unknown SN:NONE, OBLITERATED: YES, valued at $50.00, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimorem, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026447:** Unknown Unknown Rifle CAL:Unknown SN:Unknown, valued at $50.00, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimorem, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026449:** GLOCK GMBH 19GEN5 Pistol CAL:9 SN:BKLX522, valued at $50.00, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026452:** TAURUS G3 Pistol CAL:9 SN:ONE, OBLITERATED: YES, valued at $50.00, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026462:** GLOCK GMBH 27GEN4 Pistol CAL:40 SN:BKWX572, valued at $50.00, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026465:** 24 Rounds Assorted Ammunition CAL:Unknown, Serial No. Unknown, valued at $2.40, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026468:** 1 Rounds Unknown Ammunition CAL:9, Serial No. Unknown, valued at $0.10, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026469:** GLOCK GMBH 21GEN4 Pistol CAL:45 SN:NONE, OBLITERATED: YES, valued at $200.00, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026470:** 523 Rounds Assorted Ammunition CAL:Multi, Serial No. Unknown, valued at $52.30, seized by the ATF on June 26, 2023 from Tyrone JONES in Baltimore, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/13/2023

### DISTRICT OF MAINE
**23-ATF-027671:** Phoenix Arms Co. HP22A Pistol CAL:22 SN:4606547, valued at $100.00, seized by the ATF on June 26, 2023 from Tyla DUBE in Lewiston, ME for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027674:** 10 Rounds Aguila Ammunition CAL:22, valued at $1.00, seized by the ATF on June 26, 2023 from Tyla DUBE in Lewiston, ME for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027676:** 9 Rounds Aguila Ammunition CAL:22, valued at $0.90, seized by the ATF on June 26, 2023 from Tyla DUBE in Lewiston, ME for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF MICHIGAN
**23-ATF-027398:** KELTEC, CNC INDUSTRIES, INC. KSG Shotgun CAL:12 SN:XY7F95, valued at $200.00, seized by the ATF on July 13, 2023 from Dijon Parker in Pontiac, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027399:** RADICAL FIREARMS, LLC RF-15 Rifle CAL:Multi SN:2-114410, valued at $200.00, seized by the ATF on July 13, 2023 from Dijon Parker in Pontiac, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027416:** FMK FIREARMS INC. PISTOL MODEL: 9C1 GEN2 CAL: 9 SN: BB7810, valued at $180.00, seized by the Detroit Police Department on July 01, 2023 from Laquintas Rushing in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027417:** AMMUNITION QTY: 11 MNF: WINCHESTER-WESTERN CAL: 9, valued at $1.10, seized by the Detroit Police Department on July 01, 2023 from Laquintas Rushing in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027640:** 22 Rounds Assorted Ammunition CAL:9, valued at $2.20, seized by the ATF on June 17, 2023 from Robert Fields in Flint, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027642:** 15 Rounds Assorted Ammunition CAL:45, valued at $1.50, seized by the ATF on June 17, 2023 from Robert Fields in Flint, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

### WESTERN DISTRICT OF MICHIGAN
**23-ATF-027850:** ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM) M20P Rifle CAL:22 SN:A593486, valued at $100.00, seized by the ATF on July 11, 2023 from Jonas Lebarron in Crystal, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027856:** SAVAGE STEVENS 94M Shotgun CAL:20 SN:C494688, valued at $100.00, seized by the ATF on July 11, 2023 from Jonas Lebarron in Crystal, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027858:** 12 Rounds CCI Ammunition CAL:22, valued at $1.20, seized by the ATF on July 11, 2023 from Jonas Lebarron in Crystal, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF MINNESOTA
**23-ATF-025620:** RAVEN ARMS P25 Pistol CAL:25 SN:110770, valued at $50.00, seized by the ATF on May 15, 2023 from Nizar Abounokira in Grand Portage, MN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025621:** SIG SAUER (SIG-ARMS) SP2022 Pistol CAL:40 SN:248181591, valued at $250.00, seized by the ATF on May 15, 2023 from Nizar Abounokira in Grand Portage, MN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025622:** GLOCK INC. 26GEN5 Pistol CAL:9 SN:AHBG187, valued at $250.00, seized by the ATF on May 15, 2023 from Nizar Abounokira in Grand Portage, MN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025623:** GLOCK INC. 42 Pistol CAL:380 SN:ABGN587, valued at $250.00, seized by the ATF on May 15, 2023 from Nizar Abounokira in Grand Portage, MN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## EASTERN DISTRICT OF MISSOURI

**23-ATF-027546:** $26,335.00 U.S. Currency, seized by the ATF on July 26, 2023 from Darren Hall in Saint Louis, MO for forfeiture pursuant to 21 U.S.C. Section 881.

**23-ATF-027863:** PALMETTO STATE ARMORY PA-15 PISTOL CAL:556 SN:PI042362, valued at $800.00, seized by the ATF on July 11, 2023 from Qion Butler in St. Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027864:** GLOCK INC. 19GEN5 PISTOL CAL:9 SN:AFKN368, valued at $500.00, seized by the ATF on July 11, 2023 from Brandon Johnson in St. Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027865:** ROMARM/CUGIR MICRO DRACO PISTOL CAL:762 SN:PMD-12568-19RO, valued at $950.00, seized by the ATF on July 11, 2023 from Brandon Johnson in St. Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027866:** GLOCK GMBH 23GEN4 PISTOL CAL:40 SN:XPM979, valued at $400.00, seized by the ATF on July 11, 2023 from James Roach in St. Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027955:** SPRINGFIELD ARMORY,GENESEO,IL 1911A1 Pistol CAL:45 SN:NM462241, valued at $100.00, seized by the ATF on July 17, 2023 from Benjamin Sheputis in Affton, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027956:** 7 Rounds Assorted Ammunition CAL:45, valued at $0.70, seized by the ATF on July 17, 2023 from Benjamin Sheputis in Affton, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027957:** UBERTI, ALDO 1872 OPEN TOP Revolver  CAL:38 SN:X43875, valued at $100.00, seized by the ATF on July 17, 2023 from Benjamin Sheputis in Affton, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027958:** AMERICAN TACTICAL IMPORTS - ATI OMNI HYBRID Rifle  CAL:223 SN:NS140131, valued at $100.00, seized by the ATF on July 17, 2023 from Benjamin Sheputis in Affton, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027959:** SMITH & WESSON 38 Revolver CAL:38 SN:30J343, valued at $100.00, seized by the ATF on July 17, 2023 from Benjamin Sheputis in Affton, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027961:** 59 Rounds Assorted Ammunition CAL:223, valued at $5.90, seized by the ATF on July 17, 2023 from Benjamin Sheputis in Affton, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027962:** MARLIN FIREARMS CO. Unknown Rifle CAL:Unknown SN:None, valued at $50.00, seized by the ATF on July 17, 2023 from Benjamin Sheputis in Affton, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027963:** 6 Rounds REMINGTON Ammunition CAL:38, valued at $0.60, seized by the ATF on July 17, 2023 from Benjamin Sheputis in Affton, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027965:** MARLIN FIREARMS CO. 60W Rifle CAL:22 SN:05299986, valued at $100.00, seized by the ATF on July 17, 2023 from Benjamin Sheputis in Affton, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027966:** 11 Rounds REMINGTON Ammunition CAL:22, valued at $1.10, seized by the ATF on July 17, 2023 from Benjamin Sheputis in Affton, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027967:** SAVAGE 720 Shotgun CAL:12 SN:75584, valued at $100.00, seized by the ATF on July 17, 2023 from Benjamin Sheputis in Affton, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027968:** Unknown Unknown Rifle CAL:Unknown SN:3146, valued at $100.00, seized by the ATF on July 17, 2023 from Benjamin Sheputis in Affton, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

### MIDDLE DISTRICT OF NORTH CAROLINA
**23-ATF-026457:** Smith & Wesson M&P 9 Shield Pistol CAL:9 SN:JCL6584, valued at $300.00, seized by the ATF on June 23, 2023 from Edward Jones Jr. in Asheboro, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026464:** 21 Rounds Remington Ammunition CAL:9, valued at $2.10, seized by the ATF on June 23, 2023 from Edward Jones Jr. in Asheboro, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027867:** Glock GMBH 23GEN4 Pistol CAL:40 SN:BHUR746, valued at $300.00, seized by the ATF on June 17, 2023 from Jeremiah Malique Stewart in Burlington, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027868:** 21 Rounds Assorted Ammunition CAL:40, valued at $2.10, seized by the ATF on June 17, 2023 from Jeremiah Malique Stewart in Burlington, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027871:** Hatsan Arms Co. (Silah Makina Kalip San. TIC. LTD Escort BTS12 Shotgun CAL:12 SN:918697, valued at $250.00, seized by the ATF on June 29, 2023 from Jeremiah Malique Stewart in Whitsett, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027872:** 19 Rounds Assorted Ammunition CAL:12, valued at $1.90, seized by the ATF on June 29, 2023 from Jeremiah Malique Stewart in Whitsett, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

### WESTERN DISTRICT OF NORTH CAROLINA
**23-ATF-027793:** Glock GMBH 19GEN5 Pistol CAL:9 SN:BXFZ869, valued at $500.00, seized by the ATF on July 26, 2023 from Ezekiel Suber in Charlotte, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027794:** 14 Rounds CCI Ammunition CAL:9, valued at $1.40, seized by the ATF on July 26, 2023 from Ezekiel Suber in Charlotte, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027795:** 1 Rounds Winchester-Western Ammunition CAL:9, valued at $0.10, seized by the ATF on July 26, 2023 from Ezekiel Suber in Charlotte, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027796:** Palmetto State Armory PA-15 Pistol CAL:300 SN:SCB946648, valued at $600.00, seized by the ATF on July 26, 2023 from Ezekiel Suber in Charlotte, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027797:** 11 Rounds Assorted Ammunition CAL:300, valued at $1.10, seized by the ATF on July 26, 2023 from Ezekiel Suber in Charlotte, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027798:** Glock GMBH 20 Pistol CAL:10 SN:BDVZ626, valued at $550.00, seized by the ATF on July 26, 2023 from Dezani Dillard in Charlotte, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027799:** 12 Rounds Assorted Ammunition CAL:10, valued at $1.20, seized by the ATF on July 26, 2023 from Dezani Dillard in Charlotte, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027980:** Hunt Group International Arms & Security Co. FD12  Shotgun CAL:12 SN:20-BLP-267775, valued at $150.00, seized by the ATF on July 14, 2023 from Grey Hester in Candler, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027981:** Mossberg 4x4 Rifle CAL:300 SN:BA182626, valued at $75.00, seized by the ATF on July 14, 2023 from Grey Hester in Candler, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF NORTH DAKOTA
**23-ATF-027659:** BLACK RAIN ORDNANCE INC. SPEC 15 RIFLE CAL:MULTI SN:SM049459, valued at $350.00, seized by the ATF on July 25, 2023 from Eduardo DIAZ in BISMARCK, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027663:** 31 Rounds REMINGTON Ammunition CAL:223, valued at $3.10, seized by the ATF on July 25, 2023 from Eduardo DIAZ in BISMARCK, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

### DISTRICT OF NEVADA
**23-ATF-028062:** Smith & Wesson 36 Revolver CAL:38 SN:760053, valued at $1.00, seized by the ATF on July 27, 2023 from Samvel ASOYAN in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028066:** Colt Gold Cup Natl Match Pistol CAL:45 SN:07200N70, valued at $1.00, seized by the ATF on July 27, 2023 from Samvel ASOYAN in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF NEW YORK
**22-ATF-032003:** 2019 Kia Sorento Utility VIN: 5XYPG4A37KG575395, valued at $9,993.00, seized by the ATF on June 15, 2022 from Rosemary Coles in Troy, NY for forfeiture pursuant to 21 U.S.C. Section 881.
**23-ATF-026607:** 19 Rounds REMINGTON Ammunition CAL:20, Serial No. Unknown, valued at $1.90, seized by the ATF on June 26, 2023 from Uqoeon LAWRENCE in Syracuse, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026610:** HAWK INDUSTRIES INC. PARDNER PUMP Shotgun CAL:ZZ SN:NZ564010, valued at $200.00, seized by the ATF on June 26, 2023 from Uqoeon LAWRENCE in Syracuse, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## NORTHERN DISTRICT OF OHIO

**23-ATF-027665:** Taurus International TX22 Pistol CAL:22 SN:1PT392383, valued at $300.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027667:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:RS32231B, valued at $300.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027668:** Ruger Precision Rifle Rifle CAL:308 SN:1802-04191, valued at $1,500.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027669:** Kriss USA Inc. (Transformational Defense Ind) Kriss Vector SDP G2 Pistol CAL:9 SN:919P004452, valued at $1,700.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027672:** Girsan MC 28 SA T Pistol CAL:9 SN:T6368-20AV04086, valued at $330.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027677:** Palmetto State Armory Dagger Compact Pistol CAL:Unknown SN:JJE66768, valued at $99.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027678:** Palmetto State Armory Dagger Compact Pistol CAL:Unknown SN:JJE66624, valued at $99.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027681:** Palmetto State Armory Dagger Compact Pistol CAL:Unknown SN:JJE51126, valued at $99.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027682:** Palmetto State Armory Dagger Full Size-S Pistol CAL:Unknown SN:SZF001168, valued at $99.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027685:** Palmetto State Armory Dagger Full Size-S Pistol CAL:Unknown SN:SZF000480, valued at $99.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027687:** Palmetto State Armory Dagger Full Size-S Pistol CAL:9 SN:SZF001155, valued at $300.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027689:** Palmetto State Armory PA-15 Rifle CAL:Multi SN:SCD847614, valued at $150.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027691:** Marlin Firearms Co. 880 Rifle CAL:22 SN:04504460, valued at $400.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027701:** Palmetto State Armory G3-10 Rifle CAL:Multi SN:G398740, valued at $150.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027702:** Noreen Firearms LLC Unknown Type Receiver/Frame CAL:Unknown SN:None, valued at $80.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027704:** Ruger 10/22 Rifle CAL:22 SN:354-42176, valued at $300.00, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027705:** 2 Rounds Winchester-Western Ammunition CAL:22, valued at $0.20, seized by the ATF on July 27, 2023 from Shane Plats in Ashtabula, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027773:** 21 Rounds Assorted Ammunition CAL:Multi, valued at $2.10, seized by the ATF on July 25, 2023 from James Goff in Barberton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027843:** Smith & Wesson M&P Bodyguard 380 Pistol CAL:380 SN:KBZ3938, valued at $100.00, seized by the ATF on July 12, 2023 from Justice Hunter in North Canton, OH for forfeiture pursuant to 18 U.S.C. Section

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/13/2023

## NORTHERN DISTRICT OF OHIO
**23-ATF-027843 - (Continued from previous page)**
924(d).

## SOUTHERN DISTRICT OF OHIO
**23-ATF-027768:** 1 Round Other Ammunition CAL:380, valued at $0.10, seized by the ATF on July 28, 2023 from Kaylen Matos in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027848:** 1 Round Remington Ammunition CAL:9, valued at $0.10, seized by the ATF on July 27, 2023 from Joshua Mathews in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027851:** 4 Rounds Assorted Ammunition CAL:Multi, valued at $0.40, seized by the ATF on July 27, 2023 from Joshua Mathews in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027852:** 18 Rounds Assorted Ammunition CAL:9, valued at $1.80, seized by the ATF on July 27, 2023 from Joshua Mathews in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027853:** 11 Rounds Sellier & Bellot Ammunition CAL:9, valued at $1.10, seized by the ATF on July 27, 2023 from Joshua Mathews in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027854:** 100 Rounds Aguila Ammunition CAL:9, valued at $10.00, seized by the ATF on July 27, 2023 from Joshua Mathews in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027855:** 1 Round Remington Ammunition CAL:9, valued at $0.10, seized by the ATF on July 27, 2023 from Joshua Mathews in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027859:** 9 Rounds Winchester-Western Ammunition CAL:9, valued at $0.90, seized by the ATF on July 27, 2023 from Joshua Mathews in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027874:** Glock GMBH 17 Pistol CAL:9 SN:BVBN393, valued at $200.00, seized by the ATF on August 01, 2023 from Christopher Largan in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027875:** 33 Rounds Assorted Ammunition CAL:9, valued at $3.30, seized by the ATF on August 01, 2023 from Christopher Largan in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027876:** Glock GMBH 30 Pistol CAL:45 SN:NRS272, valued at $200.00, seized by the ATF on August 01, 2023 from Christopher Largan in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027878:** 13 Rounds Assorted Ammunition CAL:45, valued at $1.30, seized by the ATF on August 01, 2023 from Christopher Largan in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027879:** 39 Rounds Assorted Ammunition CAL:9, valued at $3.90, seized by the ATF on August 01, 2023 from Christopher Largan in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027881:** 77 Rounds Assorted Ammunition CAL:45, valued at $7.70, seized by the ATF on August 01, 2023 from Christopher Largan in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027882:** 31 Rounds Assorted Ammunition CAL:9, valued at $3.10, seized by the ATF on August 01, 2023 from Christopher Largan in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027885:** 31 Rounds Assorted Ammunition CAL:Multi, valued at $3.10, seized by the ATF on August 01, 2023 from Christopher Largan in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

**EASTERN DISTRICT OF OKLAHOMA**
**22-ATF-028627:** 6 Rounds Assorted Ammunition CAL:40, Serial No. Null, valued at $0.60, seized by the ATF on June 28, 2022 from Jacob STATON in Muskogee, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-037464:** CHARTER ARMS UNDERCOVER REVOLVER CAL:38 SN:125343, valued at $200.00, seized by the ATF on June 28, 2022 from Jacob STATON in MUSKOGEE, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-037467:** 5 Rounds ASSORTED Ammunition CAL:38, Serial No. NULLL, valued at $0.50, seized by the ATF on June 28, 2022 from Jacob STATON in MUSKOGEE, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027821:** HIPOINT (STRASSELL'S MACHINE INC.) C9 PISTOL CAL:9 SN:P10143110, valued at $100.00, seized by the ATF on July 17, 2023 from Elian Vasquez-Lopez in Kiowa, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027823:** 6 Rounds TULA CARTRIDGE WORKS - RUSSIA Ammunition CAL:9, Serial No. NULL, valued at $0.60, seized by the ATF on July 17, 2023 from Elian Vasquez-Lopez in Kiowa, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**NORTHERN DISTRICT OF OKLAHOMA**
**23-ATF-028338:** 10 Rounds ASSORTED Ammunition CAL:UNKNOWN, Serial No. NULL, valued at $1.00, seized by the ATF on June 21, 2023 from Carl COFFEY in Tulsa, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028343:** 89 Rounds ASSORTED Ammunition CAL:UNKNOWN, Serial No. NULL, valued at $8.90, seized by the ATF on June 21, 2023 from Carl COFFEY in CATOOSA, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028347:** SHAPLEIGHS UNKNOWN SHOTGUN CAL:12 SN:56421, valued at $50.00, seized by the ATF on June 21, 2023 from Carl COFFEY in CATOOSA, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028349:** REMINGTON ARMS COMPANY 700 RIFLE CAL:30-06 SN:A6882503, valued at $250.00, seized by the ATF on June 21, 2023 from Carl COFFEY in CATOOSA, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028350:** EACH UNKNOWN IMPROVISED PINEA SN:NONE, valued at $1.00, seized by the ATF on June 21, 2023 from Carl COFFEY in CATOOSA, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**WESTERN DISTRICT OF OKLAHOMA**
**23-ATF-019955:** PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD072785, valued at $390.00, seized by the ATF on March 31, 2023 from Shakur THOMAS in Midwest City, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-019999:** Stag Arms STAG-15 RECEIVER/FRAME CAL:Multi SN:324486, valued at $430.00, seized by the ATF on April 05, 2023 from Shakur THOMAS in Oklahoma City, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-020002:** 49 Rounds Assorted Ammunition CAL:223, Serial No. Null, valued at $4.90, seized by the ATF on April 05, 2023 from Shakur THOMAS in Oklahoma City, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025986:** GLOCK INC. 26GEN5 PISTOL CAL:9 SN:AFSF047, valued at $420.00, seized by the ATF on June 05, 2023 from Raheem PEAGLER in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025989:** 15 Rounds ASSORTED Ammunition CAL:9, Serial No. NULL, valued at $1.50, seized by the ATF on June 05, 2023 from Raheem PEAGLER in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE: 10/13/2023**

### EASTERN DISTRICT OF PENNSYLVANIA
**21-ATF-020185:** 10 Rounds Assorted Ammunition CAL:9, valued at $1.00, seized by the ATF on April 08, 2021 from George Jones in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF TENNESSEE
**23-ATF-027401:** SCCY Industries, LLC (SKYY IND.)  CPX-2 Pistol CAL:9 SN:C466408, valued at $300.00, seized by the ATF on June 27, 2023 from Eric Kinsler in Maryville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027402:** 7 Rounds CCI Ammunition CAL:9, valued at $0.70, seized by the ATF on June 27, 2023 from Eric Kinsler in Maryville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027403:** Taurus G2C Pistol CAL:9 SN:ADE398039, valued at $300.00, seized by the ATF on June 27, 2023 from Whitney Edwards in Maryville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027404:** 20 Rounds Assorted Ammunition CAL:9, valued at $2.00, seized by the ATF on June 27, 2023 from Whitney Edwards in Maryville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027410:** HS Produkt (IM Metal) XD40 Sub-Compact Pistol CAL:40 SN:XD493084, valued at $200.00, seized by the ATF on July 26, 2023 from Orlando Watkins in Tullahoma, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027415:** 12 Rounds Assorted Ammunition CAL:40, valued at $1.20, seized by the ATF on July 26, 2023 from Orlando Watkins in Tullahoma, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## EASTERN DISTRICT OF TEXAS

**23-ATF-028023:** Savage Axis Rifle CAL:Unknown SN:P315359, valued at $375.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028024:** Savage 110 Rifle CAL:270 SN:G291325, valued at $600.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028025:** Weatherby Vanguard Rifle CAL:30-06 SN:VS116692, valued at $435.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028026:** Winchester 70 XTR Rifle CAL:300 SN:G1918078, valued at $750.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028027:** Winchester 1873 Rifle CAL:44-40 SN:261630B, valued at $2,800.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028028:** Fabrica De Armas S.E.A.M. Unknown Rifle CAL:Unknown SN:3300, valued at $1,050.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028029:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:T982854V, valued at $500.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028030:** Ruger 44 Rifle CAL:44 SN:102-63688, valued at $950.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028031:** Browning A-Bolt Rigle CAL:7 SN:15259PT217, valued at $500.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028032:** Ruger M77 Rigle CAL:375 SN:710-43174, valued at $1,000.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028033:** Browning X-Bolt Medallion Rifle CAL:7 SN:10366MN354, valued at $1,100.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028034:** Savage 340C Rifle CAL:222 SN:119802, valued at $650.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028035:** Zastava Whitworth Mark X  Rifle CAL:270 SN:B259822, valued at $675.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028036:** Palmetto State Armory PA-15 Rifle CAL:300 SN:LW390819, valued at $1,200.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028037:** Anderson Manufacturing AM-15 Rifle CAL:300 SN:19255265, valued at $700.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028038:** Winchester 94E Rifle CAL:30-30 SN:5424463, valued at $1,300.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028039:** Marlin Firearms Co. 336 Rifle CAL:30-30 SN:24081315, valued at $625.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028040:** Kimber Micro 9 Pistol CAL:9 SN:PB0361148, valued at $750.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028041:** Sig Sauer (Sig-Arms) P938 Pistol CAL:9 SN:52E059330, valued at $325.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028042:** Wesson Arms, DAN 15-2 Revolver CAL:357 SN:SD006768, valued at $600.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028044:** Charter Arms Undercover Revolver CAL:38 SN:958617, valued at $175.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-028045:** HS Produkt (IM Metal) XDM Elite Pistol CAL:45 SN:BB120120, valued at $600.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## EASTERN DISTRICT OF TEXAS

**23-ATF-028047:** Kimber Custom LW Pistol CAL:45 SN:K916473, valued at $800.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028048:** Glock GMBH 17 GEN5 Pistol CAL:9 SN:BGEZ603, valued at $600.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028049:** Glock 43X Pistol CAL:9 SN:BZTN589, valued at $520.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028051:** Glock Inc. 43 Pistol CAL:9 SN:AGSZ658, valued at $520.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028054:** Glock GMBH 19 GEN5 Pistol CAL:9 SN:BNZG488, valued at $535.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028056:** Glock GMBH 22 Pistol CAL:40 SN:GUG366, valued at $475.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028057:** Colt WWI Commemorative Pistol CAL:45 SN:1315-MA, valued at $1,500.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028058:** Colt Commander Pistol CAL:38 SN:14932LW, valued at $2,000.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028059:** Ruger Mini 14 Ranch Rifle, Rifle CAL:223 SN:580-60733, valued at $1,000.00, seized by the ATF on July 21, 2023 from Robin Detwiler in Sour Lake, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

## NORTHERN DISTRICT OF TEXAS

**21-ATF-025736:** Glock GMBH 39GEN3 Pistol CAL:45 SN:BNGV542, valued at $400.00, seized by the ATF on July 26, 2021 from Gregory Hartfield in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-025737:** 15 Rounds Assorted Ammunition CAL:45, valued at $1.50, seized by the ATF on July 26, 2021 from Gregory Hartfield in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-025738:** Ruger Ruger-57 Pistol CAL:57 SN:641-18653, valued at $600.00, seized by the ATF on July 26, 2021 from Gregory Hartfield in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-025739:** 22 Rounds Assorted Ammunition CAL:57, valued at $2.20, seized by the ATF on July 26, 2021 from Gregory Hartfield in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027580:** PIONEER ARMS CORPORATION (RADOM, POLAND) HELLPUP PISTOL CAL:762 SN:PAC1120346, valued at $300.00, seized by the ATF on July 14, 2023 from Orlando Mejia Mendoza in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027616:** RUGER LCP PISTOL CAL:380 SN:371233676, valued at $300.00, seized by the ATF on July 14, 2023 from Orlando Mejia Mendoza in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027619:** FIE TITAN PISTOL CAL:25 SN:ED24221, valued at $100.00, seized by the ATF on July 14, 2023 from Orlando Mejia Mendoza in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027621:** HOPKINS AND ALLEN SAFETY POLICE REVOLVER CAL:UNKNOWN SN:NONE, valued at $50.00, seized by the ATF on July 14, 2023 from Orlando Mejia Mendoza in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

## SOUTHERN DISTRICT OF TEXAS

**20-ATF-025932:** Smith & Wesson M&P 9 Shield Pistol CAL:9 SN:HMD2470, valued at $400.00, seized by the ATF on July 14, 2020 from Charles Hopson in Victoria, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**20-ATF-025937:** Taurus 85 Ultralite Revolver CAL:38 SN:IR12737, valued at $350.00, seized by the ATF on July 14, 2020 from Charles Hopson in Victoria, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**20-ATF-025939:** 26 Rounds Assorted Manufacturer Ammunition CAL:Assorted, valued at $2.60, seized by the ATF on July 14, 2020 from Charles Hopson in Victoria, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023792:** Glock GMBH 19 Pistol CAL:9 SN:BZAM873, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023794:** Glock GMBH 43X Pistol CAL:9 SN:BZDW603, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023796:** HS Produkt (IM Metal) XD9 Pistol CAL:9 SN:BY603245, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023797:** Glock GMBH 43X Pistol CAL:9 SN:BZTG852, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023798:** Glock GMBH 19 Pistol CAL:9 SN:BZBG895, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023800:** Diamondback Arms Inc. AM2 Pistol CAL:9 SN:AA1422, valued at $450.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023804:** Glock GMBH 19 Pistol CAL:9 SN:BZAM893, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023805:** Glock Inc. 43X Pistol CAL:9 SN:AHSY745, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023807:** Taurus G3C Pistol CAL:9 SN:ADL954667, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023808:** Glock GMBH 19 Pistol CAL:9 SN:BZAM991, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023809:** Glock GMBH 19 Pistol CAL:9 SN:BZMX914, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023810:** Glock Inc. 26 Pistol CAL:9 SN:AGSM061, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023812:** Glock Inc. 43X Pistol CAL:9 SN:AHSY744, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023813:** Glock Inc. 26 Pistol CAL:9 SN:AGSM063, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023815:** Glock GMBH 19 Pistol CAL:9 SN:BZMX913, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023817:** Glock GMBH 17 Pistol CAL:9 SN:VEM520, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023818:** Smith & Wesson M&P 15 Rifle CAL:556 SN:TV44058, valued at $550.00, seized by the ATF on June 08, 2023 from Dexter Roberts III in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026228:** $6,500.00 U.S. Currency, seized by the ATF on July 12, 2023 from Daniel Quintanilla in Mission, TX for forfeiture pursuant to 18 U.S.C. Section 981(a)(1)(C) Tr.
**23-ATF-026517:** Glock Inc 26 Pistol CAL:9 SN:EMG268, valued at $300.00, seized by the ATF on July 12, 2023 from Daniel Quintanilla in Mission, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026518:** 61 Rounds Assorted Manufacturer Ammunition CAL:9, valued at $6.10, seized by the ATF on July

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

190

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

**SOUTHERN DISTRICT OF TEXAS**

**23-ATF-026518 - (Continued from previous page)**
12, 2023 from Daniel Quintanilla in Mission, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027563:** Rossi R351 Revolver CAL:38 SN:YK21815, valued at $200.00, seized by the ATF on July 08, 2023 from Kenneth Coles in Oilton, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027565:** 50 Rounds CCI Ammunition CAL:38, Serial No. Unknown, valued at $5.00, seized by the ATF on July 08, 2023 from Kenneth Coles in Oilton, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027675:** RUGER AMERICAN PISTOL PISTOL CAL:9 SN:860-29076, valued at $300.00, seized by the ATF on July 13, 2023 from PATRICK LEDEAY in Socorro, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028219:** Taurus G3C Pistol CAL:9 SN:ACH211847, valued at $400.00, seized by the ATF on July 19, 2023 from Yurith Gonzalez-Ibarra in Mission, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028222:** 45 Rounds Aguila Ammunition CAL:9, Serial No. Unknown, valued at $4.50, seized by the ATF on July 19, 2023 from Yurith Gonzalez-Ibarra in Mission, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028224:** 2 Rounds Aguila Ammunition CAL:9, Serial No. Unknown, valued at $0.20, seized by the ATF on July 19, 2023 from Yurith Gonzalez-Ibarra in Mission, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028228:** Privately Made Firearm AR15 Auto Sear Machine Gun CAL:223 SN:None, valued at $1,500.00, seized by the ATF on July 27, 2023 from Angel Esquivel in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028229:** Glock GMBH 41 GEN4 Pistol CAL:45 SN:XSC932, valued at $450.00, seized by the ATF on July 27, 2023 from Angel Esquivel in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028230:** 20 Rounds Frontier Ammunition CAL:556, Serial No. Unknown, valued at $2.00, seized by the ATF on July 27, 2023 from Angel Esquivel in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028231:** 15 Rounds Unknown Manufacturer Ammunition CAL:45, Serial No. Unknown, valued at $1.50, seized by the ATF on July 27, 2023 from Angel Esquivel in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028232:** 16 Rounds Hornady Ammunition CAL:9, Serial No. Unknown, valued at $1.60, seized by the ATF on July 27, 2023 from Angel Esquivel in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028340:** 4 Rounds Unknown Manufacturer Ammunition CAL:12, Serial No. Unknown, valued at $0.40, seized by the ATF on August 02, 2023 from Pedro Olivarez in Edinburg, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

### WESTERN DISTRICT OF TEXAS
**23-ATF-027703:** GLOCK INC. 26GEN5 PISTOL CAL:9 SN:AHGR651, valued at $200.00, seized by the ATF on July 13, 2023 from Jose BECERRA-VENEGAS in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027711:** RUGER SR-22 P PISTOL CAL:22 SN:36955800, valued at $200.00, seized by the ATF on July 13, 2023 from Jose BECERRA-VENEGAS in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027720:** RUGER RUGER-57 PISTOL CAL:57 SN:643-63581, valued at $200.00, seized by the ATF on July 13, 2023 from Jose BECERRA-VENEGAS in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027723:** MOSSBERG 500 RECEIVER/FRAME CAL:Unknown SN:V1571291, valued at $200.00, seized by the ATF on July 13, 2023 from Jose BECERRA-VENEGAS in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027726:** 140 Rounds WINCHESTER-WESTERN Ammunition CAL:22, Serial No. NULL, valued at $14.00, seized by the ATF on July 13, 2023 from Jose BECERRA-VENEGAS in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027727:** 22 Rounds WINCHESTER-WESTERN Ammunition CAL:12, Serial No. NULL, valued at $2.20, seized by the ATF on July 13, 2023 from Jose BECERRA-VENEGAS in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027728:** 20 Rounds WINCHESTER-WESTERN Ammunition CAL:20, Serial No. NULL, valued at $2.00, seized by the ATF on July 13, 2023 from Jose BECERRA-VENEGAS in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027731:** 13 Rounds CCI Ammunition CAL:9, Serial No. NULL, valued at $1.30, seized by the ATF on July 13, 2023 from Jose BECERRA-VENEGAS in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028177:** SMITH & WESSON M&P 15 RIFLE CAL:556 SN:TM82530, valued at $700.00, seized by the ATF on June 25, 2023 from Robert Abrego in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028178:** 19 Rounds OTHER Ammunition CAL:223, Serial No. NULL, valued at $1.90, seized by the ATF on June 25, 2023 from Robert Abrego in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028179:** 11 Rounds OTHER Ammunition CAL:45, Serial No. NULL, valued at $1.10, seized by the ATF on June 25, 2023 from Robert Abrego in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-028199:** 9 ETI Electronic Detonators with Yellow and Blue Wires, valued at $5.00, seized by the ATF on July 12, 2023 from Christopher Roberts in Cedar Park, TX for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-028204:** 5 Dupont Electric Detonators with Yellow and Blue Wires, valued at $5.00, seized by the ATF on July 12, 2023 from Christopher Roberts in Cedar Park, TX for forfeiture pursuant to 18 U.S.C. Section 844.

### DISTRICT OF UTAH
**23-ATF-027644:** $2,310.00 U.S. Currency, seized by the ATF on July 20, 2023 from Ernesto Bugarin in West Jordan, UT for forfeiture pursuant to 21 U.S.C. Section 881.

### EASTERN DISTRICT OF WISCONSIN
**23-ATF-027544:** 9 Rounds Ammunition Ammunition CAL:9, Serial No. Unknown, valued at $0.90, seized by the ATF on July 24, 2023 from Start Hill in Green Bay, WI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027554:** 2 Rounds Assorted Ammunition CAL:Multi, Serial No. Unknown, valued at $0.20, seized by the ATF on July 24, 2023 from Start Hill in Green Bay, WI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027555:** 1 Component SPEER Ammunition CAL:40, Serial No. Unknown, valued at $0.02, seized by the ATF on July 24, 2023 from Start Hill in Green Bay, WI for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/13/2023**

**NORTHERN DISTRICT OF WEST VIRGINIA**

**23-ATF-027569:** RUGER LCP PISTOL CAL:380 SN:380307549, valued at $340.00, seized by the ATF on July 14, 2023 from James Jacobs in Shepherdstown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027571:** MARLIN FIREARMS CO. 60 RIFLE CAL:22 SN:20482890, valued at $225.00, seized by the ATF on July 14, 2023 from James Jacobs in Shepherdstown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027572:** 88 Rounds ASSORTED Ammunition CAL:380, valued at $8.80, seized by the ATF on July 14, 2023 from James Jacobs in Shepherdstown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027573:** 16 Rounds OTHER Ammunition CAL:22, valued at $1.60, seized by the ATF on July 14, 2023 from James Jacobs in Shepherdstown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027574:** 14 Rounds ASSORTED Ammunition CAL:380, valued at $1.40, seized by the ATF on July 14, 2023 from James Jacobs in Shepherdstown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027575:** 35 Rounds ASSORTED Ammunition CAL:UNKNOWN, valued at $3.50, seized by the ATF on July 14, 2023 from James Jacobs in Shepherdstown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027576:** 2 Rounds FEDERAL Ammunition CAL:22, valued at $0.20, seized by the ATF on July 14, 2023 from James Jacobs in Shepherdstown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

## EASTERN DISTRICT OF ARKANSAS
**23-ATF-026198:** 52 Rounds Unknown Ammunition CAL:223, valued at $5.20, seized by the ATF on July 07, 2023 from Zivan BERRY in Little Rock, AR for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF ARIZONA
**23-ATF-026917:** FNH USA, LLC M249S Rifle CAL:556 SN:M249SA09203, valued at $20,000.00, seized by the ATF on July 17, 2023 from James FLORENCIO in Tempe, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

## CENTRAL DISTRICT OF CALIFORNIA
**20-ATF-013633:** Unknown Manufacturer Unknown Pistol CAL:Unknown SN:None, valued at $100.00, seized by the ATF on December 02, 2019 from Francisco Orozco in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**20-ATF-013634:** 14 Rounds Assorted Ammunition CAL:9, valued at $1.40, seized by the ATF on December 02, 2019 from Francisco Orozco in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027334:** Ruger LCP Pistol CAL:380 SN:372122407, valued at $100.00, seized by the ATF on July 16, 2023 from Carlos Mendoza in Compton, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027338:** Mossberg 590 Shotgun CAL:12 SN:V1590865, valued at $300.00, seized by the ATF on July 16, 2023 from Jesse Lopez-Martinez in Compton, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027339:** 5 Rounds Other Ammunition CAL:380, Serial No. null, valued at $0.50, seized by the ATF on July 16, 2023 from Carlos Mendoza in Compton, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027340:** 5 Rounds Federal Ammunition CAL:12, Serial No. null, valued at $0.50, seized by the ATF on July 16, 2023 from Jesse Lopez-Martinez in Compton, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027342:** 10 Rounds Assorted Ammunition CAL:Multi, Serial No. null, valued at $1.00, seized by the ATF on July 16, 2023 from Carlos Mendoza in Compton, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027343:** 214 Rounds Assorted Ammunition CAL: Unknown, Serial No. null, valued at $21.40, seized by the ATF on July 16, 2023 from Carlos Mendoza in Compton, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027407:** HS PRODUKT (IM METAL) XD9 Pistol CAL:9 SN:BA709052, valued at $200.00, seized by the ATF on July 25, 2023 from Joselyn Villalobos in Moreno Valley, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027408:** 50 Rounds CCI Ammunition CAL:8, valued at $5.00, seized by the ATF on July 25, 2023 from Joselyn Villalobos in Moreno Valley, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027480:** Unknown Manufacturer Unknown Rifle CAL:223 SN:None, valued at $200.00, seized by the ATF on June 30, 2023 from Jacob Flores in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF COLORADO
**23-ATF-023445:** SMITH & WESSON M&P 40 Shield M2.0 Pistol CAL:40 SN:JFE3896, valued at $300.00, seized by the ATF on May 11, 2023 from Francisco Salazar in Pueblo, CO for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

## DISTRICT OF COLUMBIA
**23-ATF-026843:** Privately made Firearm (PMF) Unknown Pistol CAL:Unknown Other Marks SN:BYDG607, valued at $300.00, seized by the ATF on June 20, 2023 from Jordan JOHNSON in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026848:** Privately made Firearm (PMF) Unknwon Receiver/Frame CAL:Unknown SN:None, valued at $115.00, seized by the ATF on June 20, 2023 from Jordan JOHNSON in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026849:** Privately made Firearm (PMF) Unknown Receiver/Frame CAL:Unknown SN:None, valued at $115.00, seized by the ATF on June 20, 2023 from Jordan JOHNSON in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026850:** Privately made Firearm (PMF) Unknown Receiver/Frame CAL:Unknown SN:None, valued at $115.00, seized by the ATF on June 20, 2023 from Jordan JOHNSON in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026851:** Privately made Firearm (PMF) Unknown Receiver/Frame CAL:Unknown SN:None, valued at $115.00, seized by the ATF on June 20, 2023 from Jordan JOHNSON in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026852:** 15 Rounds Assorted Ammunition CAL:40, Serial No. Unknown, valued at $1.50, seized by the ATF on June 20, 2023 from Jordan JOHNSON in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026853:** 214 Rounds Assorted Ammunition CAL:Unknown, Serial No. Unknown, valued at $21.40, seized by the ATF on June 20, 2023 from Jordan JOHNSON in Washington, DC for forfeiture pursuant to 18 U.S.C. Section 924(d).

## MIDDLE DISTRICT OF FLORIDA
**22-ATF-035969:** Polymer80, Inc. (P80 Tactical P80) PF940V2 Pistol CAL:40 SN:None, valued at $50.00, seized by the ATF on May 03, 2022 from Jesus Rivas and Angel Perez in Tampa, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-035972:** 22 Rounds CCI Ammunition CAL:40, valued at $2.20, seized by the ATF on May 03, 2022 from Jesus Rivas and Angel Perez in Tampa, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-044183:** 7 Rounds ASSORTED Ammunition CAL:MULTI, valued at $0.70, seized by the ATF on December 30, 2021 from Jesus Rivas in Tampa, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

**SOUTHERN DISTRICT OF FLORIDA**

**23-ATF-025406:** 2022 DODGE RAM 2500 CREW CAB PICKUP, VIN: 3C6UR5FJ1NG148091, valued at $54,925.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 21 U.S.C. Section 881.

**23-ATF-025414:** $5,789.00 U.S. Currency, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 21 U.S.C. Section 881.

**23-ATF-025426:** GLOCK GMBH 36 PISTOL CAL:45 SN:WRX389, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025429:** SMITH & WESSON  38 REVOLVER CAL:38 SN:CNM7232, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025431:** HS PRODUKT (IM METAL) XD9 PISTOL CAL:9 SN:XD106788, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025432:** MAVERICK ARMS (EAGLE PASS TX) 88 SHOTGUN CAL:12 SN:MV40409P, valued at $500.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025437:** ROMARM / CUGIR WASR-3 RIFLE CAL:ASSORTED SN:31452810RO, valued at $1,000.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025438:** UNKNOWM MANUFACTURER UNKNOWN RIFLE CAL:ASSORTED SN:CF032963, valued at $1,000.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025440:** COBRA ENT, INC./KODIAK IND. C22M DERRINGER CAL:22 SN:086935, valued at $1,000.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025441:** ZASTAVA Z-PAP M70 RIFLE CAL:762 SN: Z70096338, valued at $1,000.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025443:** GLOCK INC 29 PISTOL CAL:10 SN:BFCV955, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025444:** GLOCK INC 27 PISTOL CAL:40 SN:BTZK920, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025445:** TAURUS 605 REVOLVER CAL:357 SN:AEA019923, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025448:** ANDERSON MANUFACTURING  AM-15 RIFLE CAL:MULTI SN:20186567, valued at $1,000.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025449:** STANDARD MANUFACTURING COMPANY, LLC S333 REVOLVER CAL:22 SN:SVF017015, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025450:** MAGNUM RESEARCH DESERT EAGLE PISTOL CAL:50 SN:DK0049065, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025452:** TAURUS THE JUDGE REVOLVER CAL:45/410 SN:JU969075, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025453:** RUGER NRA 1911 PISTOL CAL:45 SN:7345446, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025454:** ROMARM/CUGIR WASR-10 RIFLE CAL:762 SN:1971DH2242, valued at $400.00, seized by the

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

### SOUTHERN DISTRICT OF FLORIDA

**23-ATF-025454 - (Continued from previous page)**
ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025455:** SPIKE'S TACTICAL LLC ST15 RIFLE CAL:MULTI SN: NSL073441, valued at $1,000.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025456:** AMERICAN TACTICAL IMPORTS-ATI OMNI HYBRID PISTOL CAL:MULTI SN:NS22991, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025458:** ROMARM/CUGIR DRACO PISTOL CAL:762 SN:DF712520ROA, valued at $600.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025459:** REMINGTON ARMS COMPANY, INC  700 RIFLE CAL:308 SN:RR07192C, valued at $1,000.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025461:** AMERICAN TACTICAL IMPORTS-ATI OMNI HYBRID  RIFLE CAL:MULTI SN:NS164391, valued at $1,000.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025464:** SPIKE'S TACTICAL LLC SL15 RIFLE CAL:MULTI SN:SAR70152, valued at $1,000.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025465:** KELTEC,CNC INDUSTRIES, INC  KSG SHOTGUN CAL:12 SN:XXM332, valued at $1,000.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025467:** HECKLER AND KOCH MR 762A1 RIFLE CAL:762 SN:242301273, valued at $1,000.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025470:** IZHMASH (IMEZ) SAIGA RIFLE CAL:762 SN:H08103570, valued at $1,000.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025471:** FNH USA LLC UNKNOWN  PISTOL CAL:ASSORTED SN:386406549, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025473:** FNH USA LLC  UNKNOWN  PISTOL CAL:ASSORTED SN:386332967, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025474:** CENTURY ARMS INTERNATIONAL C39V2 PISTOL CAL:762 SN:C39P2A02592, valued at $600.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025477:** ROMARM/CUGIR MICRO DRACO  PISTOL CAL:762 SN:ROA21PMD23583, valued at $600.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025478:** GLOCK GMBH 23GEN5 PISTOL CAL:40 SN:BXSH775, valued at $600.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025588:** NOVESKE RIFLEWORKS LLC  N4-PDW PISTOL CAL:300 SN:NOVPDW00609, valued at $1,000.00, seized by the ATF on June 22, 2023 from BRANDON ATWELL in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025591:** 21 Rounds LC(LAKE CITY) Ammunition CAL:300, valued at $2.10, seized by the ATF on June 22, 2023 from BRANDON ATWELL in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025599:** 22 Rounds SMITH & WESSON  Ammunition CAL:40, valued at $2.20, seized by the ATF on June 22, 2023 from KIONNATAYA REED in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025600:** GLOCK INC  26 PISTOL CAL:9 SN:V2W633, valued at $300.00, seized by the ATF on June 22, 2023 from MICHAEL D. WILLIAMS in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

### SOUTHERN DISTRICT OF FLORIDA

**23-ATF-025601:** 32 Rounds ASSORTED Ammunition CAL:9, valued at $3.20, seized by the ATF on June 22, 2023 from MICHAEL D. WILLIAMS in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026922:** SMITH & WESSON  M&P 9 SHIELD PISTOL CAL:9 SN:HUB5707, valued at $400.00, seized by the ATF on June 23, 2023 from BRANDON HUDSON in FORT LAUDERDALE, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026928:** 7 Rounds ASSORTED Ammunition CAL:9, valued at $0.70, seized by the ATF on June 23, 2023 from BRANDON HUDSON in FORT LAUDERDALE, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF GEORGIA

**23-ATF-021301:** FNH USA, LLC M249S Rifle CAL:556 SN:M249SA06671, valued at $10,392.99, seized by the ATF on May 23, 2023 from Paula Palacios-Valenzuela in Smyrna, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026011:** Smith & Wesson SD40VE Pistol CAL:40 SN:FDF8431, valued at $300.00, seized by the ATF on July 06, 2023 from Hamzah Jawo in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026016:** Glock GMBH 19GEN4 Pistol CAL:9 SN:BTCN681, valued at $350.00, seized by the ATF on July 06, 2023 from Hamzah Jawo in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026564:** 3 Rounds Fiocchi Ammunition CAL:40, valued at $0.30, seized by the ATF on July 06, 2023 from Hamzah Jawo in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026565:** 18 Rounds Assorted Ammunition CAL:9, valued at $1.80, seized by the ATF on July 06, 2023 from Hamzah Jawo in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF ILLINOIS

**23-ATF-026905:** 20 Rounds Assorted Ammunition CAL:9, valued at $2.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

## SOUTHERN DISTRICT OF ILLINOIS

**23-ATF-026916:** $3,636.31 U.S. Currency, seized by the ATF on July 13, 2023 from Marcus Bobo in East Saint Louis, IL for forfeiture pursuant to 21 U.S.C. Section 881.

**23-ATF-027322:** HS PRODUKT (IM METAL) XD9 Pistol CAL:9 SN:XS924193, valued at $300.00, seized by the ATF on July 13, 2023 from Marcus Bobo in East Saint Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027323:** 8 Rounds Assorted Ammunition CAL:9, valued at $0.80, seized by the ATF on July 13, 2023 from Marcus Bobo in East Saint Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027325:** CZ (CESKA ZBROJOVKA) SCORPION EVO 3 S1 Pistol CAL:9 SN:F051020, valued at $300.00, seized by the ATF on July 13, 2023 from Marcus Bobo in East Saint Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027326:** 15 Rounds Assorted Ammunition CAL:9, valued at $1.50, seized by the ATF on July 13, 2023 from Marcus Bobo in East Saint Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027490:** GLOCK GMBH 22GEN5 Pistol CAL:40 SN:BUSF424, valued at $450.00, seized by the ATF on July 26, 2023 from Arthur Runnels in Swansea, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027492:** 15 Rounds WINCHESTER-WESTERN Ammunition CAL:40, valued at $1.50, seized by the ATF on July 26, 2023 from Arthur Runnels in Swansea, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027493:** 60 Rounds Assorted Ammunition CAL:Multi, valued at $6.00, seized by the ATF on July 26, 2023 from Arthur Runnels in Swansea, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027495:** 40 Rounds WINCHESTER-WESTERN Ammunition CAL:40, valued at $4.00, seized by the ATF on July 26, 2023 from Arthur Runnels in Swansea, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027496:** 20 Rounds FEDERAL Ammunition CAL:308, valued at $2.00, seized by the ATF on July 26, 2023 from Arthur Runnels in Swansea, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

## NORTHERN DISTRICT OF INDIANA

**23-ATF-027170:** SMITH & WESSON M&P 40 Pistol CAL:40 SN:HAM0977, valued at $400.00, seized by the ATF on July 21, 2023 from Alan Nunn in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027175:** 8 Rounds Assorted Ammunition CAL:40, valued at $0.80, seized by the ATF on July 21, 2023 from Alan Nunn in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027177:** ANDERSON MANUFACTURING AM-15 Rifle CAL:223 SN:14125316, valued at $500.00, seized by the ATF on July 21, 2023 from Alan Nunn in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027179:** 24 Rounds Assorted  Ammunition CAL:223, valued at $2.40, seized by the ATF on July 21, 2023 from Alan Nunn in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027183:** TAURUS G2C Pistol CAL:9 SN:AEB041327, valued at $400.00, seized by the ATF on July 21, 2023 from Alan Nunn in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027185:** 10 Rounds Hornady Ammunition CAL:9, valued at $1.00, seized by the ATF on July 21, 2023 from Alan Nunn in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027187:** 1 Rounds CBC - BRAZILIAN CARTTIDGE COMPANY Ammunition CAL:40, valued at $0.10, seized by the ATF on July 21, 2023 from Alan Nunn in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027189:** 8 Rounds SELLIER & BELLOT Ammunition CAL:9, valued at $0.80, seized by the ATF on July 21, 2023 from Alan Nunn in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027193:** 3 Rounds Assorted Ammunition CAL:9, valued at $0.30, seized by the ATF on July 21, 2023 from Alan Nunn in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027196:** 20 Rounds TULA CARTRIDGE WORKS - RUSSIA Ammunition CAL:223, valued at $2.00, seized by the ATF on July 21, 2023 from Alan Nunn in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027201:** 5 Rounds Hornady Ammunition CAL:9, valued at $0.50, seized by the ATF on July 21, 2023 from Alan Nunn in Gary, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE: 10/06/2023**

**SOUTHERN DISTRICT OF INDIANA**

**23-ATF-026973:** Glock GMBH 19X Pistol CAL:9 SN:CAHT508,, valued at $500.00, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026992:** Glock GMBH 19X Pistol CAL:9 SN:BWZT123, valued at $500.00, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026995:** 32 Rounds Assorted Ammunition CAL:9, valued at $3.20, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026999:** 16 Rounds Hornady Ammunition CAL:9, valued at $1.60, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027003:** 5 Rounds Assorted Ammunition CAL:9, valued at $0.50, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027049:** 28 Rounds Assorted Ammunition CAL:9, valued at $2.80, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027050:** 13 Rounds Hornady Ammunition CAL:9, valued at $1.30, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027051:** 29 Rounds Assorted Ammunition CAL:9, valued at $2.90, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027052:** 31 Rounds Federal Ammunition CAL:9, valued at $3.10, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027053:** 19 Rounds Assorted Ammunition CAL:9, valued at $1.90, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027054:** 44 Rounds Federal Ammunition CAL:9, valued at $4.40, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027055:** 33 Rounds Assorted Ammunition CAL:Multi, valued at $3.30, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027056:** 1 BLACK SUPPRESSOR WITH SMALL CALIBER EJECTION HOLE AT END RECOVERED DURING DEA SW, IN OJEDA BEDROOM. DEA SW ITEM 43, Serial No. Unknown, valued at $1.00, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027057:** Unknown Manufacturer Unknown Type Silencer CAL:Unknown SN:None, valued at $1.00, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027058:** 7 Rounds Assorted Ammunition CAL:Multi, valued at $0.70, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027059:** 126 Rounds Federal Ammunition CAL:9, valued at $12.60, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027060:** 33 Rounds Hornady Ammunition CAL:9, valued at $3.30, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027061:** 22 Rounds Assorted Ammunition CAL:40, valued at $2.20, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027062:** 293 Rounds Assorted Ammunition CAL:Multi, valued at $29.30, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027063:** Unknown Manufacturer Unknown Type Machine Gun Con CAL:Unknown SN:None, valued at $1.00, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture

**(Continued on next page)**

[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

## SOUTHERN DISTRICT OF INDIANA
**23-ATF-027063 - (Continued from previous page)**
pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027064:** Unknown Manufacturer Unknown Type Machinegun CAL:Unknown SN:None, valued at $1.00, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027065:** 17 Rounds Assorted Ammunition CAL:9, valued at $1.70, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027261:** $127,451.00 U.S. Currency, seized by the ATF on July 24, 2023 from Jordan Sumner in Indianapolis, IN for forfeiture pursuant to 21 U.S.C. Section 881.
**23-ATF-027638:** 6 Rounds Federal Ammunition CAL:9, valued at $0.60, seized by the ATF on July 19, 2023 from Jorge Manuel SANTANA-MARTINEZ in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF KANSAS
**23-ATF-020110:** 84 Rounds Assorted Ammunition CAL:Unknown, valued at $8.40, seized by the ATF on May 04, 2023 from Steven Crawford in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-022558:** ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM) GI Pistol CAL:45 SN:GI123600, valued at $275.00, seized by the ATF on May 04, 2023 from Gabriel Venegas in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-022561:** RUGER WRANGLER Revolver CAL:22 SN:205-77818, valued at $150.00, seized by the ATF on May 04, 2023 from Gabriel Venegas in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).

## WESTERN DISTRICT OF KENTUCKY
**23-ATF-026967:** KIMBER MICRO 9 PISTOL CAL:9 SN:PB0327465, valued at $100.00, seized by the ATF on June 11, 2023 from Cody Johnson in Fulton, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026969:** 4 Rounds PERFECTA Ammunition CAL:9, valued at $0.40, seized by the ATF on June 11, 2023 from Cody Johnson in Fulton, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027068:** NEW ENGLAND FIREARMS PARDNER SHOTGUN CAL:20 SN:353053, valued at $200.00, seized by the ATF on June 15, 2023 from Devin Russell in Fredonia, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027070:** REMINGTON ARMS COMPANY, INC. 572 RIFLE CAL:22 SN:NONE, valued at $100.00, seized by the ATF on June 15, 2023 from Devin Russell in Fredonia, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027071:** 51 Rounds UNKNOWN Ammunition CAL:UNKNOWN, valued at $5.10, seized by the ATF on June 15, 2023 from Devin Russell in Fredonia, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027435:** TAURUS INTERNATIONAL G3C PISTOL CAL:9 SN:AAL011455, valued at $350.00, seized by the ATF on July 10, 2023 from Jonathan Rivera in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027515:** RUGER SP101 REVOLVER CAL:357 SN:57596348, valued at $100.00, seized by the ATF on July 13, 2023 from Anthony Williams in Eddyville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027516:** 25 Rounds ASSORTED Ammunition CAL:357, valued at $2.50, seized by the ATF on July 13, 2023 from Anthony Williams in Eddyville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

**DISTRICT OF MASSACHUSETTS**

**23-ATF-026858:** GLOCK INC. 42 Pistol CAL:380 SN:AGAX936, valued at $400.00, seized by the ATF on June 21, 2023 from Miguel GONZALEZ in DORCHESTER, MA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026860:** 6 Rounds UNKNOWN Ammunition CAL:380, Serial No. Unknown, valued at $0.60, seized by the ATF on June 21, 2023 from Miguel GONZALEZ in DORCHESTER, MA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026861:** ROSSI M971 Revolver CAL:357 SN:ES421972, valued at $300.00, seized by the ATF on June 21, 2023 from Santo BAEZ in LAWRENCE, MA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026862:** 40 Rounds ASSORTED Ammunition CAL:38, Serial No. Unknown, valued at $4.00, seized by the ATF on June 21, 2023 from Santo BAEZ in LAWRENCE, MA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026863:** WALTHER P22 Pistol CAL:22 SN:Obliterated, valued at $500.00, seized by the ATF on June 21, 2023 from Willman Lara-Santana in LAWRENCE, MA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026864:** 6 Rounds UNKNOWN Ammunition CAL:22, Serial No. Unknown, valued at $0.60, seized by the ATF on June 21, 2023 from Willman Lara-Santana in LAWRENCE, MA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026865:** ONE BLACK COLORED DEVICE SUSPECTED TO BE A SILENCER, Serial No. Unknown, valued at $50.00, seized by the ATF on June 21, 2023 from Willman Lara-Santana in LAWRENCE, MA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

**EASTERN DISTRICT OF MICHIGAN**

**23-ATF-026049:** Unknown PISTOL MODEL: Unknown CAL: Unknown, SN: PF940C, valued at $300.00, seized by the Detroit Police Department on May 30, 2023 from Denzel Tate in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026050:** AMMUNITION QTY: 15 MNF: FIOCCHI CAL: 9, valued at $1.50, seized by the Detroit Police Department on May 30, 2023 from Denzel Tate in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026051:** GLOCK INC. PISTOL MODEL: 43 CAL: 9 SN: AFRP476, valued at $300.00, seized by the Detroit Police Department on May 03, 2023 from Walter Stoudemire in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026052:** AMMUNITION - ASSORTED QTY: 11 MNF: ASSORTED CAL: 9, valued at $1.10, seized by the Detroit Police Department on May 03, 2023 from Walter Stoudemire in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026053:** MACHINE-GUN GLOCK INC. PISTOL MODEL: 23GEN5 CAL: 40 SN: BYWG200, valued at $300.00, seized by the Detroit Police Department on June 22, 2023 from Aion Overman in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026919:** KBI INC. SKS-45  Rifle CAL: 762 SN:3B4191, valued at $250.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026923:** Unknown Unknown Rifle CAL:Unknown SN:W37037, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026925:** Unknown MOSIN NAGANT Rifle CAL:Unknown SN:78228, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026926:** Unknown MOSIN NAGANT Rifle CAL:Unknown SN:58795, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026927:** Unknown Rifle CAL:Unknown SN:A5314, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026929:** WINCHESTER 1906 Rifle CAL:22 SN:369023, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026931:** Unknown Rifle CAL:Unknown SN:982075, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026932:** SAVAGE 755A Shotgun CAL:12 SN:581080, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026933:** Unknown Rifle CAL:Unknown SN:Unknown, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026934:** Unknown MOSIN NAGANT Rifle CAL:Unknown SN:59288, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026935:** Unknown Rifle CAL:Unknown SN:12946, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026936:** Unknown MOSIN NAGANT Rifle CAL:Unknown SN:AH829, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026937:** Unknown Rifle CAL:Unknown SN:90748, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

**EASTERN DISTRICT OF MICHIGAN**

**23-ATF-026938:** Unknown Rifle CAL:Unknown SN:4703, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026939:** Unknown Rifle CAL:Unknown SN:7259, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026940:** Unknown SKS Rifle CAL:Unknown SN:MB2105, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026942:** Unknown MOSIN NAGANT Rifle CAL:Unknown SN:4818, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026944:** WAFFENBRIK-STENDAWERKA 1900 Rifle CAL:Unknown SN:47025, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026945:** SPRINGFIELD ARMORY,GENESEO,IL 1903 Rifle CAL:Unknown SN:849252, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026947:** Unknown Rifle CAL:Unknown SN:49081, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026948:** Unknown MOSIN NAGANT Rifle CAL:Unknown SN:4222, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026949:** Unknown Rifle CAL:Unknown SN:85757, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026950:** BROWNING Magnum Shotgun CAL:Unknown SN:49020, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026951:** Unknown Rifle CAL:Unknown SN:E5423, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026952:** Unknown Rifle CAL:Unknown SN:707102, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026954:** SAVAGE STEVENS 67RXL Shotgun CAL:12 SN:E677005, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026955:** Unknown Rifle CAL:Unknown SN:54136, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026956:** Unknown Rifle CAL:Unknown SN:470107, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026957:** Unknown Rifle CAL:Unknown SN:60676, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026958:** Unknown 1911 Pistol CAL:Unknown SN:63728, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026959:** Unknown Rifle CAL:Unknown SN:10609, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026960:** Unknown Rifle CAL:Unknown SN:4520, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026961:** Unknown Rifle CAL:Unknown SN:R573, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026962:** Unknown Revolver CAL:Unknown SN:36090, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026963:** Unknown Rifle CAL:Unknown SN:87167, valued at $200.00, seized by the ATF on July 10, 2023

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/06/2023

## EASTERN DISTRICT OF MICHIGAN

**23-ATF-026963 - (Continued from previous page)**
from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026964:** Unknown Rifle CAL:Unknown SN:92041, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026965:** Unknown Unknown      Rifle CAL:Unknown SN:53785, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026966:** Unknown Pistol CAL:Unknown SN:38246, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026968:** Unknown Rifle CAL:Unknown SN:54719, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026970:** REMINGTON ARMS COMPANY, INC. 12B Rifle CAL:22 SN:379339, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026971:** Unknown Rifle CAL:Unknown SN:57338, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026972:** Unknown Rifle CAL:Unknown SN:94372, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026974:** Unknown Rifle CAL:Unknown SN:15199, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026975:** Unknown Rifle CAL:Unknown SN:16904, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026976:** Unknown Rifle CAL:Unknown SN:X35044, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026977:** Unknown Rifle CAL:Unknown SN:130613, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026978:** Unknown Rifle CAL:Unknown SN:0048503, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026979:** Unknown Rifle CAL:Unknown SN:88910, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026980:** Unknown Rifle CAL:Unknown SN:12151, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026981:** Unknown Rifle CAL:Unknown SN:Unknown, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026982:** Unknown Rifle CAL:Unknown SN:12144, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026983:** Unknown Rifle CAL:Unknown SN:5070, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026984:** Unknown Rifle CAL:Unknown SN:65073, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026985:** Unknown Rifle CAL:Unknown SN:52056, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026986:** Unknown Rifle CAL:Unknown SN:21322, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026987:** Unknown Rifle CAL:Unknown SN:31079, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

## EASTERN DISTRICT OF MICHIGAN

**23-ATF-026988:** Unknown Rifle CAL:Unknown SN:55976, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026989:** Unknown Rifle CAL:Unknown SN:8547, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026990:** Unknown Rifle CAL:Unknown SN:1018, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026991:** Unknown Rifle CAL:Unknown SN:26692, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026993:** Unknown Rifle CAL:Unknown SN:86504, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026994:** Unknown Rifle CAL:Unknown SN:K1184, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026996:** Unknown Rifle CAL:Unknown SN:145, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026998:** Unknown Rifle CAL:Unknown SN:14165, valued at $200.00, seized by the ATF on July 10, 2023 from Michael Freeland in Milford Charter Twp., MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027149:** PRIVATELY MADE FIREARM (PMF) Unknown Pistol CAL: 9 SN:Unknown, valued at $200.00, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027150:** PRIVATELY MADE FIREARM (PMF) Unknown Pistol CAL:9 SN:AGSV891, valued at $200.00, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027151:** 6 Rounds Unknown Ammunition CAL:9, valued at $0.60, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027152:** MAVERICK ARMS (EAGLE PASS, TX) SHOTGUN MODEL: 88 CAL: 12 SN: MV93531N, valued at $180.00, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027154:** 3 Rounds Assorted Ammunition CAL:12, valued at $0.30, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027155:** ROMARM/CUGIR ROMAK 991 Rifle CAL:762 SN:10796199, valued at $1,400.00, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027156:** NORINCO (NORTH CHINA INDUSTRIES) SKS Rifle CAL:762 SN:11013073, valued at $1,200.00, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027158:** REMINGTON ARMS COMPANY, INC. 597 Rifle CAL:22 SN:A2662958, valued at $130.00, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027160:** 6 Rounds Unknown Ammunition CAL:9, valued at $0.60, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027161:** 6 Rounds Unknown Ammunition CAL:9, valued at $0.60, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027163:** 50 Rounds CCI Ammunition CAL:9, valued at $5.00, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027171:** 2 Rounds Unknown Ammunition CAL:9, valued at $0.20, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

## EASTERN DISTRICT OF MICHIGAN

**23-ATF-027172:** 10 Rounds Hornady Ammunition CAL:762, valued at $1.00, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027173:** 69 Rounds Unknown Ammunition CAL:50, valued at $6.90, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027174:** 153 Rounds Assorted Ammunition CAL:Unknown, valued at $15.30, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027178:** 350 Rounds ARMCO Ammunition CAL:Unknown, valued at $35.00, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027180:** 4 Rounds Assorted Ammunition CAL:Unknown, valued at $0.40, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027182:** 127 Rounds Unknown Ammunition CAL:Unknown, valued at $12.70, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027184:** 4 Component Assorted Ammunition CAL:Unknown, valued at $0.08, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027188:** 620 Rounds Assorted Ammunition CAL:Unknown, valued at $62.00, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027190:** 2 Component Assorted Ammunition CAL:Unknown, valued at $0.04, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027192:** 1 Component Unknown Ammunition CAL:Unknown, valued at $0.02, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027195:** 266 Rounds Assorted Ammunition CAL:Unknown, valued at $26.60, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027197:** 4 Component Unknown Ammunition CAL:Unknown, valued at $0.08, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027199:** 922 Component Unknown Ammunition CAL:Unknown, valued at $18.44, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027200:** LOW EXPLOSIVES ONE (1) GLASS JAR CONTAINING A DARK COLORED SUSPECTED EXPLOSIVE POWDER, Serial No. Unknown, valued at $0.01, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-027203:** LOW EXPLOSIVES ONE (1) BOX CONTAINING ELEVEN (11)CONTAINERS OF SMOKELESS POWDER, Serial No. Unknown, valued at $110.00, seized by the ATF on July 11, 2023 from Michael Liburdi in Harper Woods, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-027450:** GLOCK GMBH PISTOL MODEL: 19 CAL: 9 SN: AGX092US, valued at $400.00, seized by the Detroit Police Department on June 20, 2023 from Jayln Massenberg in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027451:** AMMUNITION - ASSORTED QTY: 7 MNF: ASSORTED CAL: 9, valued at $0.70, seized by the Detroit Police Department on June 20, 2023 from Jayln Massenberg in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF MISSOURI

**23-ATF-027262:** SCCY INDUSTRIES, LLC (SKYY IND.) CPX-2 Pistol CAL:9 SN:C425149, valued at $1.00, seized by the ATF on June 08, 2023 from Trevaughn Jones in St. Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027268:** 7 Rounds Unknown Ammunition CAL:9, valued at $0.70, seized by the ATF on June 08, 2023 from Trevaughn Jones in St. Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

## SOUTHERN DISTRICT OF MISSISSIPPI
**23-ATF-026837:** AMERICAN TACTICAL IMPORTS - ATI Mil-Sport Pistol CAL:Multi SN:MSA035200, valued at $600.00, seized by the ATF on July 06, 2023 from Brandon Pugh in Walnut Grove, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026838:** 1 Rounds PMC Ammunition CAL:9, valued at $0.10, seized by the ATF on July 14, 2023 from Sheneka Bratton in Carthage, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027568:** 3 Rounds Assorted Ammunition CAL:9, valued at $0.30, seized by the ATF on July 06, 2023 from Sheneka Bratton in Walnut Grove, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF NORTH CAROLINA
**23-ATF-026762:** Glock Inc. 23Gen4 Pistol CAL:40 SN:AECK146, valued at $200.00, seized by the ATF on July 06, 2023 from Malik McCollum in Lumberton, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

## MIDDLE DISTRICT OF NORTH CAROLINA
**23-ATF-024636:** Glock Inc. 19 Pistol CAL:9 SN:BWWG419, valued at $300.00, seized by the ATF on June 02, 2023 from Deonte Chambers in Sanford, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024642:** 12 Rounds Assorted Ammunition CAL:9, valued at $1.20, seized by the ATF on June 02, 2023 from Deonte Chambers in Sanford, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024644:** 1 Rounds Assorted Ammunition CAL:9, valued at $0.10, seized by the ATF on June 02, 2023 from Deonte Chambers in Sanford, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024645:** Century Arms International  Centurion 39 Micro Pistol CAL:762 SN:22PMD35496, valued at $300.00, seized by the ATF on June 02, 2023 from Deonte Chambers in Sanford, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024646:** 23 Rounds Assorted Ammunition CAL:762, valued at $2.30, seized by the ATF on June 02, 2023 from Deonte Chambers in Sanford, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024647:** 1 Rounds Assorted Ammunition CAL:762, valued at $0.10, seized by the ATF on June 02, 2023 from Deonte Chambers in Sanford, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024648:** 8 Rounds Assorted Ammunition CAL:9, valued at $0.80, seized by the ATF on June 02, 2023 from Deonte Chambers in Sanford, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024649:** 1 Rounds Assorted Ammunition CAL:357, valued at $0.10, seized by the ATF on June 02, 2023 from Deonte Chambers in Sanford, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026719:** Kahr Arms CW9 Pistol CAL:9 SN:EL2014, valued at $300.00, seized by the ATF on June 03, 2023 from Tristen Tyler McLaurin in Winston Salem, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026720:** 7 Rounds Assorted Ammunition CAL:9, valued at $0.70, seized by the ATF on June 03, 2023 from Tristen Tyler McLaurin in Winston Salem, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026723:** Remington Arms Company Inc 522 Rifle CAL:22 SN:3029194, valued at $50.00, seized by the ATF on June 12, 2023 from Kevin Frier in Laurel Hill, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027645:** Glock INC. 19X Pistol CAL:9 SN:BZCR268, valued at $300.00, seized by the ATF on June 04, 2023 from Dominique Oneil Harvey in Burlington, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027646:** 23 Rounds Assorted Ammunition CAL:9, valued at $2.30, seized by the ATF on June 04, 2023 from Dominique Oneil Harvey in Burlington, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

## DISTRICT OF NEW MEXICO
**23-ATF-027331:** AERO PRECISION M4E1 Receiver/Frame CAL:Multi SN:M4-0532852, valued at $156.00, seized by the ATF on July 13, 2023 from Anthony Lutz in Albuqrque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027332:** SHADOW SYSTEMS, LLC CR920P Pistol CAL:9 SN:S032235, valued at $911.00, seized by the ATF on July 13, 2023 from Anthony Lutz in Albuqurque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF NEW YORK
**23-ATF-024560:** 15 Rounds OTHER Ammunition CAL:380, Serial No. Unknown, valued at $1.50, seized by the ATF on June 21, 2023 from Michael RUTLEDGE in Bronx, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

## SOUTHERN DISTRICT OF NEW YORK
**23-ATF-024552:** BERETTA, PIETRO S.P.A 92FS Pistol CAL:9 SN:L33391Z, valued at $200.00, seized by the ATF on June 21, 2023 from Angel GOMEZ and Eugenia Ressy in Bronx, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024554:** 17 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $1.70, seized by the ATF on June 21, 2023 from Angel GOMEZ and Eugenia Ressy in Bronx, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024555:** 5 Rounds PMC Ammunition CAL:9, Serial No. Unknown, valued at $0.50, seized by the ATF on June 21, 2023 from Angel GOMEZ and Eugenia Ressy in Bronx, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024556:** 3 Rounds ASSORTED Ammunition CAL:25, Serial No. Unknown, valued at $0.30, seized by the ATF on June 21, 2023 from Angel GOMEZ and Eugenia Ressy in Bronx, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024557:** 11 Rounds ASSORTED Ammunition CAL:38, Serial No. Unknown, valued at $1.10, seized by the ATF on June 21, 2023 from Angel GOMEZ and Eugenia Ressy in Bronx, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

## NORTHERN DISTRICT OF OHIO
**23-ATF-027208:** 20 Rounds Other Ammunition CAL:9, valued at $2.00, seized by the ATF on July 19, 2023 from Jordan Kennedy in North Lima, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

## EASTERN DISTRICT OF OKLAHOMA

**23-ATF-027191:** 3 Rounds ASSORTED Ammunition CAL:9, Serial No. NULL, valued at $0.30, seized by the ATF on June 11, 2023 from Teena WATKINS in Stilwell, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027517:** SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:LEF2993, valued at $50.00, seized by the ATF on July 12, 2023 from Billy SHEPARD in WELLING, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027518:** 7 Rounds ASSORTED Ammunition CAL:UNKNOWN, Serial No. NULL, valued at $0.70, seized by the ATF on July 12, 2023 from Billy SHEPARD in WELLING, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027519:** 1 Rounds UNKNOWN Ammunition CAL:UNKNOWN, Serial No. NULL, valued at $0.10, seized by the ATF on July 12, 2023 from Billy SHEPARD in WELLING, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027521:** 12 Rounds UNKNOWN Ammunition CAL:22, Serial No. NULL, valued at $1.20, seized by the ATF on July 12, 2023 from Billy SHEPARD in WELLING, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027522:** 2 Rounds UNKNOWN Ammunition CAL:UNKNOWN, Serial No. NULL, valued at $0.20, seized by the ATF on July 12, 2023 from Billy SHEPARD in WELLING, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027523:** JENNINGS FIREARMS J22 PISTOL CAL:22 SN:012061, valued at $1.00, seized by the ATF on July 12, 2023 from Billy SHEPARD in WELLING, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027525:** 25 Rounds LC (LAKE CITY) Ammunition CAL:556, Serial No. NULL, valued at $2.50, seized by the ATF on July 12, 2023 from Billy SHEPARD in Hulbert, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027526:** AMERICAN TACTICAL IMPORTS - ATI OMNI HYBRID RIFLE CAL:MULTI SN:NS256322, valued at $10.00, seized by the ATF on July 12, 2023 from Billy SHEPARD in Hulbert, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027527:** RADICAL FIREARMS, LLC RF-15 RIFLE CAL:MULTI SN:RT02183, valued at $10.00, seized by the ATF on July 12, 2023 from Billy SHEPARD in Hulbert, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027528:** 100 Rounds ASSORTED Ammunition CAL:UNKNOWN, Serial No. NULL, valued at $10.00, seized by the ATF on July 12, 2023 from Billy SHEPARD in Hulbert, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027529:** 1 Rounds UNKNOWN Ammunition CAL:223, Serial No. NULL, valued at $0.10, seized by the ATF on July 12, 2023 from Billy SHEPARD in Hulbert, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

## NORTHERN DISTRICT OF OKLAHOMA

**23-ATF-027085:** BALLISTIC ADVANTAGE, LLC DCP3 RECEIVER/FRAME CAL:MULTI SN:BAS3845, valued at $75.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027086:** BALLISTIC ADVANTAGE, LLC DCP3 RECEIVER/FRAME CAL:MULTI SN:BAS3848, valued at $75.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027088:** AERO PRECISION X15 RECEIVER/FRAME CAL:MULTI SN:X555697, valued at $90.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027091:** AERO PRECISION M5 RECEIVER/FRAME CAL:MULTI SN:US313435, valued at $105.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027092:** AERO PRECISION M5 RECEIVER/FRAME CAL:MULTI SN:US306341, valued at $105.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027097:** AERO PRECISION M5 RECEIVER/FRAME CAL:MULTI SN:US307017, valued at $105.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027098:** AERO PRECISION M5 RECEIVER/FRAME CAL:MULTI SN:US307004, valued at $105.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027099:** AERO PRECISION X15 RIFLE CAL:MULTI SN:X555682, valued at $1,000.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027103:** BALLISTIC ADVANTAGE, LLC DCP3 RIFLE CAL:MULTI SN:BAS3839, valued at $1,000.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027107:** F.N. (FN HERSTAL) PS90 RIFLE CAL:57 SN:FN155888, valued at $1,500.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027112:** ZASTAVA UNKNOWN RIFLE CAL:UNKNOWN SN:Z92-110299, valued at $1,100.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027115:** CZ (CESKA ZBROJOVKA) SCORPION EVO 3  PISTOL CAL:9 SN:F000599, valued at $1,000.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027116:** SIG SAUER (SIG-ARMS) MPX RIFLE CAL:9 SN:62F027719, valued at $1,850.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027117:** TIPPMAN ARMS CO M4-22 RIFLE CAL:22 SN:029878, valued at $500.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027119:** CENTURY ARMS INTERNATIONAL C39 PISTOL PISTOL CAL:762 SN:C39P02692, valued at $700.00, seized by the ATF on June 29, 2023 from Benjamin BRANSFORD in BIXBY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027129:** 4 Rounds REMINGTON Ammunition CAL:22, Serial No. NULL, valued at $0.40, seized by the ATF on June 15, 2023 from Coby GREEN in Tulsa, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027560:** TAURUS INTERNATIONAL G3C PISTOL CAL:9 SN:ACK371955, valued at $10.00, seized by the ATF on July 06, 2023 from Skyler DEESING in Claremore, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

## NORTHERN DISTRICT OF OKLAHOMA
**23-ATF-027564:** 8 Rounds FEDERAL Ammunition CAL:9, Serial No. NULL, valued at $0.80, seized by the ATF on July 06, 2023 from Skyler DEESING in Claremore, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027567:** GIRSAN MC 28 SA T PISTOL CAL:9 SN:T6368-20AV08070, valued at $10.00, seized by the ATF on June 28, 2023 from Skyler DEESING in Claremore, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027570:** 11 Rounds WINCHESTER-WESTERN Ammunition CAL:UNKNOWN, Serial No. NULL, valued at $1.10, seized by the ATF on July 06, 2023 from Skyler DEESING in Claremore, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027789:** HOWA 1500 RIFLE CAL:270 SN:B073794, valued at $150.00, seized by the ATF on June 21, 2023 from Carl COFFEY in CATOOSA, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

## WESTERN DISTRICT OF OKLAHOMA
**23-ATF-024867:** TAURUS G2C PISTOL CAL:40 SN:SMU80201, valued at $200.00, seized by the ATF on May 26, 2023 from Rahbin SMITH in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024868:** WALTHER P22 PISTOL CAL:22 SN:WA273601, valued at $250.00, seized by the ATF on May 26, 2023 from Rahbin SMITH in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024870:** 10 Rounds ASSORTED Ammunition CAL:40, Serial No. NULL, valued at $1.00, seized by the ATF on May 26, 2023 from Rahbin SMITH in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024873:** 7 Rounds ASSORTED Ammunition CAL:22, Serial No. NULL, valued at $0.70, seized by the ATF on May 26, 2023 from Rahbin SMITH in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027138:** SPRINGFIELD ARMORY, GENESEO, IL RANGE OFFICER PISTOL CAL:9 SN:LW 153070, valued at $900.00, seized by the ATF on July 03, 2023 from Aaron TOLLISON in Mustang, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027144:** REMINGTON ARMS COMPANY, INC. 870 EXPRESS MAG SHOTGUN CAL:20 SN:AB130405 U, valued at $300.00, seized by the ATF on July 03, 2023 from Aaron TOLLISON in Mustang, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027145:** BROWNING SILVER FIELD SHOTGUN CAL:12 SN:113MP21127, valued at $400.00, seized by the ATF on July 03, 2023 from Aaron TOLLISON in Mustang, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027146:** MARLIN FIREARMS CO. XS7 RIFLE CAL:243 SN:91743397, valued at $300.00, seized by the ATF on July 03, 2023 from Aaron TOLLISON in Mustang, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027147:** ROSSI MATCHED PAIR RIFLE CAL:22 SN:SP927117, valued at $300.00, seized by the ATF on July 03, 2023 from Aaron TOLLISON in Mustang, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027148:** 460 Rounds ASSORTED Ammunition CAL:MULTI, Serial No. NULL, valued at $46.00, seized by the ATF on July 03, 2023 from Aaron TOLLISON in Mustang, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027330:** ANDERSON MANUFACTURING AM-15 RIFLE CAL:MULTI SN:20226452, valued at $350.00, seized by the ATF on July 10, 2023 from Kamrun JONES in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027335:** GLOCK INC. 22CGEN4 PISTOL CAL:40 SN:ACFH221, valued at $330.00, seized by the ATF on July 10, 2023 from Rhiyan LONG in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027336:** 31 Rounds ASSORTED Ammunition CAL:556, Serial No. NULL, valued at $3.10, seized by the ATF on July 10, 2023 from Kamrun JONES in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027337:** 18 Rounds WINCHESTER-WESTERN Ammunition CAL:40, Serial No. NULL, valued at $1.80, seized by the ATF on July 10, 2023 from Rhiyan LONG in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027405:** 325 Rounds ASSORTED Ammunition CAL:MULTI, Serial No. NULL, valued at $32.50, seized by the ATF on July 12, 2023 from Stephen GRAHAM in Sparks, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

### MIDDLE DISTRICT OF PENNSYLVANIA
**23-ATF-026875:** Radical Firearms, LLC RF-15 Rifle CAL:Multi SN:21-085054, valued at $100.00, seized by the ATF on June 08, 2023 from Devonte BETTS in Steelton, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026877:** Glock Inc. 23Gen5 Pistol CAL:40 SN:BTEU665, valued at $100.00, seized by the ATF on June 08, 2023 from Devonte BETTS in Steelton, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026878:** 2 Rounds Smith & Wesson Ammunition CAL:40, valued at $0.20, seized by the ATF on June 08, 2023 from Devonte BETTS in Steelton, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026879:** 12 Rounds Smith & Wesson Ammunition CAL:40, valued at $1.20, seized by the ATF on June 08, 2023 from Devonte BETTS in Steelton, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026880:** Glock Inc. 19X Pistol CAL:9 SN:BSLC899, valued at $100.00, seized by the ATF on June 08, 2023 from Devonte BETTS in Steelton, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026881:** 36 Rounds Assorted Ammunition CAL:9, valued at $3.60, seized by the ATF on June 08, 2023 from Devonte BETTS in Steelton, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).  Items described as:  18 18 Rounds Federal Ammunition CAL:9, valued at $1.80; 9 9 Rounds Winchester-Western Ammunition CAL:40, valued at $0.90; 22 22 Rounds Remington Ammunition CAL:223, valued at $2.20; 10 10 Rounds Assorted Ammunition CAL:40, valued at $1.00.
**23-ATF-026882:** Glock Inc. 27 Pistol CAL:40 SN:WAF937, valued at $100.00, seized by the ATF on June 08, 2023 from Devonte BETTS in Steelton, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026883:** 39 Rounds Sig Sauer Ammunition CAL:10, valued at $3.90, seized by the ATF on June 08, 2023 from Douglas Pitts in Harrisburg, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF SOUTH CAROLINA
**23-ATF-026827:** BERETTA USA CORP 92 Pistol CAL:9 SN:A100759X, valued at $250.00, seized by the ATF on June 18, 2023 from Hiram Dykes in West Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026828:** 8 Rounds Assorted Ammunition CAL:9, valued at $0.80, seized by the ATF on June 18, 2023 from Hiram Dykes in West Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026829:** 4 Rounds Assorted Ammunition CAL:9, valued at $0.40, seized by the ATF on June 18, 2023 from Hiram Dykes in West Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF TENNESSEE
**23-ATF-026890:** 16 Rounds Assorted Ammunition CAL:9, valued at $1.60, seized by the ATF on June 30, 2023 from Malik Phillips in Chattanooga, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

### EASTERN DISTRICT OF TEXAS

**23-ATF-023014:** 1 Rounds ASSORTED Ammunition CAL:223, Serial No. NULL, valued at $0.10, seized by the ATF on June 01, 2023 from Christopher HEARD in South Carthage, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023023:** 6 Rounds ASSORTED Ammunition CAL:12, Serial No. NULL, valued at $0.60, seized by the ATF on June 05, 2023 from Christopher HEARD in South Carthage, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023071:** SMITH & WESSON 442 AIRWEIGHT REVOLVER CAL:38 SN:DKJ2062, valued at $600.00, seized by the ATF on May 10, 2023 from Rebecca MERKEL in LONGVIEW, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023088:** 31 Rounds ASSORTED Ammunition CAL:MULTI, Serial No. NULL, valued at $3.10, seized by the ATF on May 10, 2023 from Rebecca MERKEL in LONGVIEW, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027153:** SPIKE'S TACTICAL LLC ST15 RIFLE CAL:300 SN:70910, valued at $800.00, seized by the ATF on July 11, 2023 from Robert MARTIN in Alto, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027157:** FNH USA, LLC UNKNOWN RIFLE CAL:UNKNOWN SN:FN19909, valued at $1,600.00, seized by the ATF on July 11, 2023 from Robert MARTIN in Alto, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027159:** MARLIN FIREARMS CO. 120 SHOTGUN CAL:12 SN:A14709, valued at $300.00, seized by the ATF on July 11, 2023 from Robert MARTIN in Alto, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027162:** SAVAGE STEVENS 56 RIFLE CAL:22 SN:NONE, valued at $300.00, seized by the ATF on July 11, 2023 from Robert MARTIN in Alto, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027164:** RUGER 10/22 RIFLE CAL:22 SN:82197136, valued at $300.00, seized by the ATF on July 11, 2023 from Robert MARTIN in Alto, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027165:** 1 Rounds HORNADY Ammunition CAL:300, Serial No. NULL, valued at $0.10, seized by the ATF on July 11, 2023 from Robert MARTIN in Alto, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027167:** 44 Rounds REMINGTON Ammunition CAL:30-03, Serial No. NULL, valued at $4.40, seized by the ATF on July 11, 2023 from Robert MARTIN in Alto, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027168:** 783 Rounds WINCHESTER-WESTERN Ammunition CAL:40, Serial No. NULL, valued at $78.30, seized by the ATF on July 11, 2023 from Robert MARTIN in Alto, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027577:** Taurus PT24/7 Pro DS Pistol CAL:45 SN:NCW32084, valued at $200.00, seized by the ATF on July 26, 2023 from Michael Hampton in Orange, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027588:** 11 Rounds Winchester-Western Ammunition CAL:45, Serial No. Unknown, valued at $1.10, seized by the ATF on July 26, 2023 from Michael Hampton in Orange, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027589:** 25 Rounds Winchester-Western Ammunition CAL:45, Serial No. Unknown, valued at $2.50, seized by the ATF on July 26, 2023 from Michael Hampton in Orange, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF TEXAS

**23-ATF-027531:** 24 Rounds LC (LAKE CITY) Ammunition CAL:223, Serial No. NULL, valued at $2.40, seized by the ATF on July 06, 2023 from Kevin EALY in DALLAS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027641:** ROSSI UNKNOWN RIFLE CAL:UNKNOWN SN:7CA375128R, valued at $100.00, seized by the ATF on June 21, 2023 from Mikkiah MILLER in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027643:** ROSSI UNKNOWN RIFLE CAL:UNKNOWN SN:7CA349172R, valued at $100.00, seized by the ATF on June 21, 2023 from Mikkiah MILLER in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

## SOUTHERN DISTRICT OF TEXAS

**23-ATF-025927:** Palmetto State Armory PA-15 Rifle CAL:Multi SN:None, valued at $750.00, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025931:** RGuns/SportsWereUs, Inc. TRR-15 Rifle CAL:556 SN:BAK14339, valued at $500.00, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025934:** American Tactical Imports-ATI OMNI Hybrid Pistol CAL:Multi SN:NS252807, valued at $250.00, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025936:** Pioneer Arms Corporation (Radom,Poland) HellPUP Pistol CAL:762 SN:PAC1161761 21, valued at $650.00, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025939:** Merak Savunma Sanayi, LTD. Charles Daly 301 Shotgun CAL:12 SN:21PA12T-2874, valued at $100.00, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025940:** Kimber Ultra RCP II Pistol CAL:45 SN:KU33843, valued at $500.00, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025941:** Palmetto State Armory Letsgo-15 Rifle CAL:Multi SN:BRANDON105049, valued at $650.00, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025942:** Remington Arms Company, Inc. 870 Shotgun CAL:12 SN:V654213 V, valued at $350.00, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025944:** Maverick Arms (Eagle Pass,Tx) 88 Shotgun CAL:12 SN:MV67482 N, valued at $500.00, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025945:** Unknown Manufacturer Unknown Machine Gun Conversion Device CAL:Unknown SN:None, valued at $10.00, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025946:** Romarm/Cugir WASR Rifle CAL:762 SN:PR0507, valued at $750.00, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025947:** 550 Rounds Unknown Manufacturer Ammunition CAL:22, Serial No. Unknown, valued at $55.00, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025948:** 150 Rounds Unknown Manufacturer Ammunition CAL:45, Serial No. Unknown, valued at $15.00, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025949:** 109 Rounds Unknown Manufacturer Ammunition CAL:Multi, Serial No. Unknown, valued at $10.90, seized by the ATF on June 27, 2023 from Arturo Flores Jr. in Raymondville, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026038:** Yugoslavia 59/66 Rifle CAL:762 SN:H243623, valued at $400.00, seized by the ATF on June 27, 2023 from Daniel Garza in San Juan, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026039:** 13 Rounds Tula Cartridge Works-Russia Ammunition CAL:762, Serial No. Unknown, valued at $1.30, seized by the ATF on June 27, 2023 from Daniel Garza in San Juan, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026040:** 228 Rounds Unknown Manufacturer Ammunition CAL:Unknown, Serial No. Unknown, valued at

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

215

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/06/2023

## SOUTHERN DISTRICT OF TEXAS
**23-ATF-026040 - (Continued from previous page)**
$22.80, seized by the ATF on June 27, 2023 from Daniel Garza in San Juan, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

## WESTERN DISTRICT OF TEXAS
**23-ATF-021286:** Smith & Wesson M&P 380 Shield EZ Pistol CAL:380 SN:NDH0891, valued at $400.00, seized by the ATF on May 23, 2023 from Joshua Govea in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-021291:** Smith & Wesson SD40VE Pistol CAL:40 SN:HEC1044, valued at $400.00, seized by the ATF on May 24, 2023 from Lilly Church in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026008:** Beretta, Pietro S.P.A. 92FS Pistol CAL:9 SN:A293575Z, valued at $500.00, seized by the ATF on June 23, 2023 from Antonio Hinojosa in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026009:** 31 Rounds Unknown Manufacturer Ammunition CAL:9, Serial No. Unknown, valued at $3.10, seized by the ATF on June 23, 2023 from Antonio Hinojosa in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026010:** 1 Rounds Unknown Manufacturer Ammunition CAL:762, Serial No. Unknown, valued at $0.10, seized by the ATF on June 23, 2023 from Antonio Hinojosa in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026012:** Romarm/Cugir Draco Pistol CAL:762 SN:ROA 21 DG-3589, valued at $500.00, seized by the ATF on June 23, 2023 from Antonio Hinojosa in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026013:** 30 Rounds Unknown Manufacturer  Ammunition CAL:762, Serial No. Unknown, valued at $3.00, seized by the ATF on June 23, 2023 from Antonio Hinojosa in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026014:** 48 Rounds Unknown Manufacturer Ammunition CAL:762, Serial No. Unknown, valued at $4.80, seized by the ATF on June 23, 2023 from Cesar Garcia in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026015:** 24 Rounds Unknown Manufacturer Ammunition CAL:Unknown, Serial No. Unknown, valued at $2.40, seized by the ATF on June 23, 2023 from Cesar Garcia in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026017:** 23 Rounds Unknown Manufacturer Ammunition CAL:Unknown, Serial No. Unknown, valued at $2.30, seized by the ATF on June 23, 2023 from Cesar Garcia in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027000:** GLOCK GMBH 47 PISTOL CAL:9 SN:BZRX344, valued at $615.27, seized by the ATF on July 06, 2023 from Kainoa SABLAN in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027005:** 17 Rounds FEDERAL Ammunition CAL:9, Serial No. NULL, valued at $1.70, seized by the ATF on July 06, 2023 from Kainoa SABLAN in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027006:** 1 Rounds FEDERAL Ammunition CAL:9, Serial No. NULL, valued at $0.10, seized by the ATF on July 06, 2023 from Kainoa SABLAN in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027009:** 1 Rounds FEDERAL Ammunition CAL:9, Serial No. NULL, valued at $0.10, seized by the ATF on July 06, 2023 from Kainoa SABLAN in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027212:** Glock GMBH 23GEN5 Pistol CAL:40 SN:BTEU812, valued at $400.00, seized by the ATF on July 20, 2023 from Texas Pawn and Jewelry in Liberty Hill, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027553:** GLOCK INC. 30S PISTOL CAL:45 SN:BWWS424, valued at $589.99, seized by the ATF on June 17, 2023 from RUBEN MARQUEZ in ODESSA, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027780:** Century Arms Internationsl VSKA Rifle CAL:762 SN:SV7134380, valued at $700.00, seized by the ATF on July 24, 2023 from John Garza in Bastrop, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/06/2023

### DISTRICT OF UTAH

**22-ATF-041046:** Phoenix Arms CO Raven Pistol  CAL:25 SN:3146633, valued at $250.00, seized by the ATF on May 02, 2022 from Christopher Gutierrez in Magna, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-041054:** Glock GMBH 19TGEN5 Pistol CAL:9 SN:BMTC016, valued at $500.00, seized by the ATF on May 02, 2022 from Christopher Gutierrez in Magna, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-041055:** 54 Rounds Assorted  Ammunition CAL:Multi, valued at $5.40, seized by the ATF on May 02, 2022 from Christopher Gutierrez in Magna, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-041068:** 23 Rounds Assorted Ammunition CAL:Multi, valued at $2.30, seized by the ATF on December 16, 2021 from Christopher Gutierrez in Magna, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF VIRGINIA

**23-ATF-026583:** Taurus 85 ULTRALITE Revolver CAL:38 SN:CT75242, valued at $350.00, seized by the ATF on June 09, 2023 from Burgess William in Newport News, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026587:** 5 Rounds Assorted Ammunition CAL:.38, Serial No. Unknown, valued at $0.50, seized by the ATF on June 09, 2023 from Burgess William in Newport News, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026596:** 10 Rounds Assorted Ammunition CAL:.38, Serial No. Unknown, valued at $1.00, seized by the ATF on June 09, 2023 from Burgess William in Newport News, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026740:** GLOCK INC. 26GEN5 Pistol CAL:9 SN:AFPG234, valued at $500.00, seized by the ATF on June 12, 2023 from Tariq HILL in Norfolk, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026745:** 53 Rounds Assorted Ammunition CAL:9, Serial No. Unknown, valued at $5.30, seized by the ATF on June 12, 2023 from Tariq HILL in Norfolk, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026748:** 1 Rounds Talon Manufacturing CO, Ammunition CAL:9, Serial No. Unknown, valued at $0.10, seized by the ATF on June 12, 2023 from Tariq HILL in Norfolk, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026753:** GLOCK GMBH 30S Pistol CAL:45 SN:BVLN061, valued at $500.00, seized by the ATF on June 12, 2023 from Ramel SMITH in Norfolk, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026760:** 19 Rounds SIG SAUER (SIG) Ammunition CAL:45, Serial No. Unknown, valued at $1.90, seized by the ATF on June 12, 2023 from Ramel SMITH in Norfolk, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027077:** Polymer80,INC.(P80 TACTICAL P80) Unknown Pistol CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 16, 2023 from Demetris DANIELS in Carrsville, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### WESTERN DISTRICT OF VIRGINIA

**23-ATF-025510:** Smith & Wesson M&P 9L Pistol CAL:9 SN:HVC4231, valued at $300.00, seized by the ATF on June 01, 2023 from Maurice LOCKETT in Blacksburg, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025523:** 17 Rounds Other Ammunition CAL:9, Serial No. Unknown, valued at $1.70, seized by the ATF on June 01, 2023 from Maurice LOCKETT in Blacksburg, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF WASHINGTON

**23-ATF-027204:** GLOCK GMBH 42 PISTOL   CAL:380 SN:AESA022, valued at $250.00, seized by the ATF on June 20, 2023 from Sharte KIMBLE in KENNEWICK, WA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-027205:** 12 Rounds Aguila  Ammunition CAL:38/9, Serial No. Unknown, valued at $1.20, seized by the ATF on June 20, 2023 from Sharte KIMBLE in KENNEWICK, WA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/06/2023**

**DISTRICT OF WYOMING**

**23-ATF-025852:** Beretta USA Corp APX Pistol CAL:9 SN:A231078X, valued at $100.00, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025895:** SCCY Industries, LLC (SKYY IND) CPX-2 Pistol CAL:9 SN:C218612, valued at $100.00, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025900:** Mossberg 500 Shotgun CAL:Unknown SN:U551141, valued at $100.00, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025901:** Springfield Armory, Geneseo, IL Saint Pistol CAL:Multi SN:ST176621, valued at $100.00, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025902:** Smith & Wesson M&P 15-22 Rifle CAL:22 SN:DTU0957, valued at $100.00, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025903:** Sun City Machinery CO., LTD Stevens 320 Shotgun CAL:12 SN:160895B, valued at $100.00, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025904:** Francolin Intl Arms Co Citadel Boss-25 Shotgun CAL:12 SN:23FRTG1598, valued at $100.00, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025905:** 7 Rounds Hornady Ammunition CAL:9, valued at $0.70, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025906:** 12 Rounds Assorted Ammunition CAL:223, valued at $1.20, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025907:** 50 Rounds Assorted Ammunition CAL:223, valued at $5.00, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025908:** 5 Rounds PMC Ammunition CAL:9, valued at $0.50, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025909:** 15 Rounds Assorted Ammunition CAL:9, valued at $1.50, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025910:** 20 Rounds Assorted Ammunition CAL:9, valued at $2.00, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025911:** 25 Rounds Assorted Ammunition CAL:9, valued at $2.50, seized by the ATF on June 16, 2023 from Tara Hurt in Casper, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025913:** Glock Inc 19X Pistol CAL:9 SN:BPEK639, valued at $100.00, seized by the ATF on June 16, 2023 from Albert Gaines in Casper`, WY for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/26/2023**
**LAST DATE TO FILE PETITION:  10/06/2023**

**SOUTHERN DISTRICT OF ALABAMA**
**23-ATF-026839:** Glock GMBH 19Gen5 Machinegun CAL:9 SN:BYYW603, valued at $100.00, seized by the ATF on July 13, 2023 from Jhykez Adams in Mobile, AL for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027406:** Unknown Manufacturer Unknown Machinegun Conversion Device CAL:Unknown SN:None, valued at $1.00, seized by the ATF on July 10, 2023 from Kenyadrick Drake in Mobile, AL for forfeiture pursuant to 26 U.S.C. Section 5872.

**EASTERN DISTRICT OF ARKANSAS**
**23-ATF-026197:** RADICAL FIREARMS, LLC RF-15 Pistol CAL:Multi SN:20-064536, valued at $400.00, seized by the ATF on July 07, 2023 from Zivan BERRY in Little Rock, AR for forfeiture pursuant to 26 U.S.C. Section 5872.

**DISTRICT OF ARIZONA**
**23-ATF-027639:** UNKNOWN MANUFACTURER Wide Open Trigger Machine Gun Conversion Device CAL:Unknown SN:None, valued at $350.00, seized by the ATF on July 24, 2023 from Heath Morder in Phoenix, AZ for forfeiture pursuant to 26 U.S.C. Section 5872.

**EASTERN DISTRICT OF CALIFORNIA**
**23-ATF-027169:** Wide Open Triggers Unknown Machine Gun Conversion Device CAL:Unknown SN:None, valued at $150.00, seized by the ATF on July 14, 2023 from Anthony RAMIREZ in Merced, CA for forfeiture pursuant to 26 U.S.C. Section 5872.

**DISTRICT OF COLORADO**
**23-ATF-027315:** Unknown Unknown Machine Gun Conversion Device CAL:Unknown SN:None, valued at $300.00, seized by the ATF on July 20, 2023 from Braxton Winmill in Loveland, CO for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/26/2023**
**LAST DATE TO FILE PETITION:  10/06/2023**

## SOUTHERN DISTRICT OF FLORIDA

**23-ATF-025417:** SPIKE'S TACTICAL LLC UNKNOWN  RIFLE CAL:ASSORTED SN:H2006806, valued at $1,000.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-025420:** UNKNOWN MANUFACTURER UNKNOWN PISTOL CAL:ASSORTED SN:NONE, valued at $400.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-025479:** JOE BOB OUTFITTERS, LLC ML-15 RIFLE CAL:MULTI SN:KS05452, valued at $600.00, seized by the ATF on June 06, 2023 from AHMED WADI in MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-025596:** GLOCK INC 27 PISTOL CAL:40 SN:FSF694, valued at $300.00, seized by the ATF on June 22, 2023 from KIONNATAYA REED in MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026678:** UNKNOWN MANUFACTURER WIDE OPEN TRIGGER MACHINE GUN CONVERSION DEVICE CAL:UNKNOWN SN:NONE, valued at $379.99, seized by the ATF on June 23, 2023 from AIDAN SOUSAR and REZA KESHAVARZI in MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026682:** PBG ALAMO-15 FRT DEVICE  UNKNOWN MACHINE GUN CONVERSION DEVICE CAL:UNKNOWN SN:NONE, valued at $379.99, seized by the ATF on July 05, 2023 from JUAN MARTINEZ in MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026683:** RARE BREED FRT DEVICE   UNKNOWN  MACHINE GUN CONVERSION DEVICE CAL:UNKNOWN SN:NONE, valued at $379.99, seized by the ATF on July 05, 2023 from JUAN MARTINEZ in MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026684:** WIDE OPEN TRIGGER DEVICE   MACHINE GUN CONVERSION DEVICE CAL:UNKNOWN SN:NONE, valued at $379.99, seized by the ATF on July 05, 2023 from JUAN MARTINEZ in MIAMI, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026941:** UNKNOWN MANUFACTRURER Wide Open Triggers  MACHINE GUN CON CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on July 12, 2023 from RICHARD RAGO in PORT ST. LUCIE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026946:** UNKNOWN MANUFACTURER  Wide Open Triggers    MACHINE GUN CONVERSATION DEVICE CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on July 12, 2023 from RICHARD RAGO in PORT ST. LUCIE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

## CENTRAL DISTRICT OF ILLINOIS

**23-ATF-027540:** Unknown Unknown Machine gun CAL:Unknown SN:None, valued at $350.00, seized by the ATF on June 02, 2023 from Jamil Zaid in Dwight, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/26/2023**
**LAST DATE TO FILE PETITION:  10/06/2023**

## NORTHERN DISTRICT OF ILLINOIS

**23-ATF-026891:** UNKNOWN MANUFACTURER Unknown Machine Gun CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026892:** UNKNOWN MANUFACTURER UNKNOWN Machine Gun CAL:ZZ SN:NONE, valued at $425.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026893:** UNKNOWN MANUFACTURER Unknown Machinegun CAL:ZZ SN:unknown, valued at $425.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026894:** UNKNOWN MANUFACTURER Unknown Machinegun CAL:zz SN:Unknown, valued at $425.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026896:** UNKNOWN MANUFACTURER Unknown Machinegun CAL:zz SN:Unknown, valued at $425.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026897:** UNKNOWN MANUFACTURER Unknown Machinegun CAL:zz SN:Unknown, valued at $425.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026898:** UNKNOWN MANUFACTURER Unknown Machinegun Gun CAL:zz SN:Unknown, valued at $425.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026899:** UNKNOWN MANUFACTURER Unknown Machinegun CAL:zz SN:Unknown, valued at $425.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026900:** UNKNOWN MANUFACTURER Unknown Machinegun CAL:zz SN:Unknown, valued at $425.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026901:** UNKNOWN MANUFACTURER Unknown Machinegun CAL:zz SN:Unknown, valued at $425.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026902:** UNKNOWN MANUFACTURER Unknown Machinegun CAL:zz SN:Unknown, valued at $425.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026903:** UNKNOWN MANUFACTURER Unknown Machinegun CAL:zz SN:Unknown, valued at $425.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-026904:** GLOCK GMBH 19X Pistol CAL:9 SN:BXGY150, valued at $550.00, seized by the ATF on July 14, 2023 from Shelton Sherrod in Zion, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

**23-ATF-027442:** Unknown Unknown Machine Gun CAL:ZZ SN:None, valued at $350.00, seized by the ATF on July 20, 2023 from William Davies in Rockford, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF ILLINOIS

**23-ATF-026918:** HAMILTON RIFLE CO. 27 Rifle CAL:22 SN:None, valued at $50.00, seized by the ATF on July 07, 2023 from Michael Rayphole in Collinsville, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/26/2023**
**LAST DATE TO FILE PETITION:  10/06/2023**

**NORTHERN DISTRICT OF INDIANA**
**23-ATF-027561:** Machine Gun Conversion Kit Unknown Machine Gun CAL:Unknown SN:None, valued at $350.00, seized by the ATF on July 17, 2023 from Steven Satchwill in Wabash, IN for forfeiture pursuant to 26 U.S.C. Section 5872.

**DISTRICT OF KANSAS**
**23-ATF-027476:** Wide Open Trigger FRT Machinegun Conversion Kit CAL:None SN:None, valued at $1.00, seized by the ATF on July 07, 2023 from James Hiatt in Wichita, KS for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027477:** Rare Breed Trigger FRT-15 Machinegun Conversion Kit CAL:None SN:None, valued at $1.00, seized by the ATF on July 07, 2023 from James Hiatt in Wichita, KS for forfeiture pursuant to 26 U.S.C. Section 5872.

**WESTERN DISTRICT OF KENTUCKY**
**23-ATF-026708:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on June 01, 2023 from Charles Isgrigg in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026709:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on June 07, 2023 from Christopher Gatewood and Mike Connelly in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027067:** NEW ENGLAND FIREARMS PARDNER SHOTGUN (SB) CAL:20 SN:332825, valued at $100.00, seized by the ATF on June 15, 2023 from Devin Russell in Fredonia, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

**EASTERN DISTRICT OF MISSOURI**
**23-ATF-027341:** Rarebreed FRT Machinegun Conversion Kit CAL:None SN:None, valued at $300.00, seized by the ATF on July 18, 2023 from William Jr. Keintz in St. Louis, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**WESTERN DISTRICT OF MISSOURI**
**23-ATF-026250:** Wide Open Trigger Unknown Machine gun CAL:Unknown SN:None, valued at $350.00, seized by the ATF on June 14, 2023 from Kenneth McDonald in Kansas City, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**EASTERN DISTRICT OF NORTH CAROLINA**
**23-ATF-026855:** Rare Breed Triggers FRT-15 Machinegun CAL:Unknown SN:NONE, valued at $150.00, seized by the ATF on June 12, 2023 from Reagon Percy Carr in Fayetteville, NC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026856:** Rare Breed Triggers FRT-15 Machinegun CAL:Unknown SN:NONE, valued at $150.00, seized by the ATF on June 12, 2023 from Reagon Percy Carr in Fayetteville, NC for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/26/2023**
**LAST DATE TO FILE PETITION:  10/06/2023**

**WESTERN DISTRICT OF NORTH CAROLINA**
**23-ATF-027376:** Wide Open Trigger WOT Machinegun CAL:Unknown SN:NONE, valued at $400.00, seized by the ATF on July 25, 2023 from Justin Pitman in Charlotte, NC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027377:** Wide Open Trigger WOT Machinegun CAL:Unknown SN:NONE, valued at $400.00, seized by the ATF on July 25, 2023 from Jacob Reeve in Charlotte, NC for forfeiture pursuant to 26 U.S.C. Section 5872.

**WESTERN DISTRICT OF OKLAHOMA**
**23-ATF-027400:** WEAPON MADE FROM RIFLE/SHOTFUN CBC (COMPANHIA BRAZILIERA DE CARTUCHOS) 151 SHOTGUN CAL:20 SN:165678, valued at $200.00, seized by the ATF on July 12, 2023 from Stephen GRAHAM in Sparks, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**WESTERN DISTRICT OF TENNESSEE**
**21-ATF-035468:** Glock Inc.  23Gen5 Machinegun CAL:40 SN:BPCD633, valued at $1,000.00, seized by the ATF on September 28, 2021 from Derrick Echols in Memphis, TN for forfeiture pursuant to 26 U.S.C. Section 5872.

**EASTERN DISTRICT OF TEXAS**
**23-ATF-023011:** SUN CITY MACHINERY CO., LTD. STEVENS 320 SHOTGUN CAL:12 SN:153506K, valued at $300.00, seized by the ATF on June 01, 2023 from Christopher HEARD in South Carthage, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-023018:** UNKNOWN MANUFACTURER UNKNOWN NY OTHER WEAPON CAL:UNKNOWN SN:NONE, valued at $10.00, seized by the ATF on June 01, 2023 from Christopher HEARD in South Carthage, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-023044:** UNKNOWN MANUFACTURER UNKNOWN  ANY OTHER WEAPON CAL:UNKNOWN SN:NONE, valued at $10.00, seized by the ATF on May 29, 2023 from Daulton ANTHONY in GARY, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027166:** ADVANCED ARMAMENT CORP UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on July 11, 2023 from Robert MARTIN in Alto, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

**NORTHERN DISTRICT OF TEXAS**
**23-ATF-027530:** SAWED OFF RIFLE/ SHOTFUN (SHORT BARREL) ANDERSON MANUFACTURING AM-15 RIFLE CAL:MULTI SN:15058004, valued at $1.00, seized by the ATF on July 06, 2023 from Kevin EALY in DALLAS, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

**SOUTHERN DISTRICT OF TEXAS**
**23-ATF-026041:** Maverick Arms (Eagle Pass,Tx.) 88 Shotgun CAL:12 SN:MV55852S, valued at $400.00, seized by the ATF on June 27, 2023 from Daniel Garza in San Juan, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

**DISTRICT OF WYOMING**
**23-ATF-025912:** Glock Inc 17 Machine Gun CAL:9 SN:BDKH314, valued at $100.00, seized by the ATF on June 16, 2023 from Albert Gaines in Casper`, WY for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/19/2023**
**LAST DATE TO FILE PETITION:  09/29/2023**

**DISTRICT OF COLORADO**
**23-ATF-026857:** Rare Breed Trigger Unknown Machine Gun Conversion Device CAL:Unknown SN:None, valued at $200.00, seized by the ATF on June 16, 2023 from Robert Strle in Denver, CO for forfeiture pursuant to 26 U.S.C. Section 5872.

**SOUTHERN DISTRICT OF FLORIDA**
**23-ATF-026702:** DEAD AIR SANDMAN-L  UNKNOWN SILENCER  CAL:7.62 SN:SML-03773, valued at $100.00, seized by the ATF on May 25, 2023 from PAULA GOLDBERG in WEST PALM BEACH, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

**NORTHERN DISTRICT OF IOWA**
**23-ATF-026192:** Wide Open Trigger Unknown Machinegun Conversion Kit CAL:Unknown SN:None, valued at $500.00, seized by the ATF on July 11, 2023 from Rick Witham in Central City, IA for forfeiture pursuant to 26 U.S.C. Section 5872.

**DISTRICT OF KANSAS**
**23-ATF-026208:** Complete RBT Trigger FRT-15 Machine gun CAL:Unknown SN:None, valued at $350.00, seized by the ATF on June 05, 2023 from Bryan Dake in Wathena, KS for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026211:** Complete RBT Trigger FRT-15 Machine gun CAL:Unknown, Serial No. Unknown, valued at $350.00, seized by the ATF on June 05, 2023 from Bryan Dake in Wathena, KS for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026212:** Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None, valued at $350.00, seized by the ATF on June 05, 2023 from Bryan Dake in Wathena, KS for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026215:** Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown, Serial No. Unknown, valued at $300.00, seized by the ATF on June 27, 2023 from Robert Schuck in Bonner Springs, KS for forfeiture pursuant to 26 U.S.C. Section 5872.

**WESTERN DISTRICT OF KENTUCKY**
**23-ATF-026520:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $100.00, seized by the ATF on June 09, 2023 from Colin Billups in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026701:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on June 02, 2023 from Ryan Goings in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026703:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on June 02, 2023 from Ryan Goings in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026704:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on June 02, 2023 from Ryan Goings in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026705:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on June 22, 2023 from Elijah Lewis in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026706:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $350.00, seized by the ATF on June 22, 2023 from Elijah Lewis in Louisville, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/19/2023**
**LAST DATE TO FILE PETITION:  09/29/2023**

## DISTRICT OF MARYLAND

**23-ATF-023550:** PRIVATELY MADE FIREARM (PMF) Unknown Machine Gun CONVERSION DEVICE CAL:Unknown SN:None, valued at $100.00, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-023628:** PRIVATELY MADE FIREARM (PMF) Unknown Silencer CAL:Unkown SN:None, valued at $50.00, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-023647:** PRIVATELY MADE FIREARM (PMF), Unknown Machine Gun
CONVERSION DEVICE CAL:Unknown SN:Unknown, valued at $150.00, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 26 U.S.C. Section 5872.

## EASTERN DISTRICT OF MICHIGAN

**23-ATF-026738:** SIG-SAUER SIG M400 Pistol CAL:556 SN:20L077548, valued at $1,000.00, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026775:** EXPLOSIVE: DESTRUCTIVE DEVICE, QTY: 1 PVC PIPE W/END CAPS APPROX. 7"X1 1/4"OD (CONTAINER FOR DEVICE 11) WRAPPED IN GRAY & BLACK DUCT TAPE W/PINK HOBBY FUSE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026776:** EXPLOSIVE: DESTRUCTIVE DEVICE QTY: 130.0 GRAMS  FINE GRAY POWDER (BULK POWDER FROM DEVICE 11) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026777:** EXPLOSIVE: DESTRUCTIVE DEVICE, QTY: 1 PVC PIPE W/END CAPS, APPROX. 6"X1 1/4"OD (CONTAINER FOR DEVICE 12) WRAPPED IN GRAY DUCT TAPE W/PINK HOBBY FUSE. "FLASH FB" WRITTEN ON TAPE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026778:** EXPLOSIVE: DESTRUCTIVE DEVICE QTY: 111.0 GRAMS FINE GRAY POWDER (BULK POWDER FROM DEVICE 12) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026779:** EXPLOSIVE QTY: 1 PVC PIPE W/END CAPS, APPROX. 7"X1 5/8"OD (CONTAINER FOR DEVICE 13) WRAPPED IN GRAY DUCT TAPE W/PINK HOBBY FUSE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026780:** EXPLOSIVE: QTY: 185.0 GRAMS  FINE GRAY POWDER (BULK POWDER FROM DEVICE 13) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026781:** EXPLOSIVE: DESTRUCTIVE DEVICE QTY: 25  NAILS REMOVED FROM BULK POWDER (ITEM 33) RECOVERED FROM CONTAINER FOR DEVICE 13, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 26 U.S.C. Section 5872.

## WESTERN DISTRICT OF MICHIGAN

**23-ATF-026509:** SMITH & WESSON SW22 VICTORY Pistol CAL:22 SN:UEN5569, valued at $200.00, seized by the ATF on May 23, 2023 from Patrick Ogden in Kalkaska, MI for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026844:** GLOCK GMBH 45 Machine-Gun CAL:9 SN:BSBD523, valued at $500.00, seized by the ATF on November 16, 2022 from Cornelius Head in Kalamazoo, MI for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/19/2023**
**LAST DATE TO FILE PETITION:  09/29/2023**

### DISTRICT OF MINNESOTA
**23-ATF-026484:** Glock Inc. 30 Pistol CAL:45 SN:LYN585, valued at $600.00, seized by the ATF on June 29, 2023 from Marquez Hill-Turnipseed in Brooklyn Center, MN for forfeiture pursuant to 26 U.S.C. Section 5872.

### WESTERN DISTRICT OF NORTH CAROLINA
**22-ATF-046705:** Unknown Unknown Machine Gun Conversion Kit CAL:Unknown SN:None, valued at $1,600.00, seized by the ATF on July 06, 2022 from Jacob McClure in Waynesville, NC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026217:** Wide Open Trigger Forced Reset Trigger Machine Gun Conversion Device CAL:Unknown SN:None, valued at $100.00, seized by the ATF on May 19, 2023 from Jacob Poovey in Granite Falls, NC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027176:** Unknown Glock Switch Machinegun CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 13, 2023 from Ethan Roten in Hickory, NC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027181:** Unknown Glock Switch Machinegun CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 13, 2023 from Ethan Roten in Hickory, NC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027186:** Unknown Glock Switch Machinegun CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 13, 2023 from Ethan Roten in Hickory, NC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027194:** Unknown Glock Switch Machinegun CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 13, 2023 from Ethan Roten in Hickory, NC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027198:** Unknown Glock Switch Machinegun CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 13, 2023 from Ethan Roten in Hickory, NC for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-027202:** Polymer80, Inc (P80 Tactical P80) PF940C Machinegun CAL:9 SN:None, valued at $300.00, seized by the ATF on June 13, 2023 from Ethan Roten in Hickory, NC for forfeiture pursuant to 26 U.S.C. Section 5872.

### DISTRICT OF NEW HAMPSHIRE
**23-ATF-026869:** MACHINE GUN CONVERSION KIT, Serial No. Unknown, valued at $300.00, seized by the ATF on June 06, 2023 from Kevin HARZBECKER in TUFTONBORO, NH for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/19/2023**
**LAST DATE TO FILE PETITION:  09/29/2023**

## DISTRICT OF NEW MEXICO
**22-ATF-046886:** Twelve (12) GRAMS POWDER COLLECTED FROM DEVICE 1, Serial No. Unknown, valued at $0.10, seized by the ATF on May 22, 2023 from EDWARD WALTERS in Las Cruces, NM for forfeiture pursuant to 26 U.S.C. Section 5872.
**22-ATF-046887:** EIGHT (8) GRAMS POWDER COLLECTED FROM DEVICE 2, Serial No. Unknown, valued at $0.10, seized by the ATF on May 22, 2023 from EDWARD WALTERS in Las Cruces, NM for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-025368:** GLOCK GMBH 30 Pistol CAL:45 SN:KTB479, valued at $500.00, seized by the ATF on June 09, 2023 from Billy Lloyd Jr in Albuquerque, NM for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-025369:** CZ (CESKA ZBROJOVKA) Scorpion Evo 3 S1 Rifle CAL:9 SN:D319275, valued at $100.00, seized by the ATF on June 09, 2023 from Billy Lloyd Jr in Albuquerque, NM for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-025371:** ROMARM/CUGIR Draco Pistol CAL:762 SN:DA-9239-15, valued at $100.00, seized by the ATF on June 09, 2023 from Billy Lloyd Jr in Albuquerque, NM for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-025372:** ANDERSON MANUFACTURING AM-15 Rifle CAL:Multi SN:16376670, valued at $200.00, seized by the ATF on June 09, 2023 from Billy Lloyd Jr in Albuquerque, NM for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF OHIO
**23-ATF-026836:** Gustaf, Carl Unknown Type Machine Gun CAL:Unknown SN:500942, valued at $500.00, seized by the ATF on July 14, 2023 from Oakley Arms LLC in Fairborn, OH for forfeiture pursuant to 26 U.S.C. Section 5872.

## NORTHERN DISTRICT OF OKLAHOMA
**23-ATF-026874:** Machine-Gun, GLOCK GMBH 23GEN4 PISTOL CAL:40 SN:YHW528, valued at $300.00, seized by the ATF on June 29, 2023 from Montell MILLER in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

## WESTERN DISTRICT OF OKLAHOMA
**23-ATF-022559:** BLACK UN SERIALIZED SILENCER UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $40.00, seized by the ATF on May 15, 2023 from Donovan Petties in NORMAN, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF SOUTH CAROLINA
**23-ATF-025677:** DAVENPORT, W.H.,FIREARMS CO. Unknown Shotgun CAL:Unknown SN:NONE, valued at $100.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF TEXAS
**23-ATF-025644:** Unknown Manufacturer Unknown Machine Gun Conversion Device CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 30, 2023 from William Prell in Houston, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-025950:** Unknown Manufacturer Unknown Machine Gun Conversion Device CAL:Unknown SN:None, valued at $300.00, seized by the ATF on July 06, 2023 from William Prell in Houston, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/19/2023**
**LAST DATE TO FILE PETITION:  09/29/2023**

**WESTERN DISTRICT OF TEXAS**
**23-ATF-026370:** Machine Gun Conversion Kit, Unknown Manufacturer Unknown Machine Gun Conversion Device CAL:Unknown SN:None, valued at $300.00, seized by the ATF on July 11, 2023 from Zachary Alexander and Doug O'Connell in Austin, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

**EASTERN DISTRICT OF VIRGINIA**
**23-ATF-026910:** Unknown Manufacturer Unknown Conversion Kit Wide Open Trigger (WOT)Machinegun CAL:Unknown SN:None, valued at $199.00, seized by the ATF on June 07, 2023 from Joseph Boni in Norfolk, VA for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026912:** Unknown Manufacturer Unknown RareBreed Triggers Wide Open Trigger Conversion Kit Machinegun CAL:Unknown SN:None, valued at $199.00, seized by the ATF on June 05, 2023 from Justin Piek in Norfolk, VA for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026913:** Unknown Manufacturer Unknown RareBreed Triggers Wide Open Trigger Conversion Kit Machinegun CAL:Unknown SN:None, valued at $199.00, seized by the ATF on June 08, 2023 from Jacob Ventura in Virginia Beach, VA for forfeiture pursuant to 26 U.S.C. Section 5872.

**NORTHERN DISTRICT OF WEST VIRGINIA**
**23-ATF-026379:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on May 31, 2023 from Keith Groves in Arnoldsburg, WV for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026386:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on May 31, 2023 from Keith Groves in Arnoldsburg, WV for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026391:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on June 08, 2023 from Shane Martin in Elkins, WV for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026393:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on June 08, 2023 from Kyle Benson in Morgantown, WV for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026397:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on June 13, 2023 from Blake Stewart in Morgantown, WV for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026721:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $250.00, seized by the ATF on June 13, 2023 from Tommy Ward in Martinsburg, WV for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-026722:** UNKNOWN UNKNOWN MACHINEGUN CAL:UNKNOWN SN:NONE, valued at $250.00, seized by the ATF on June 26, 2023 from Jeremiah CHLEBNIKOW in Martinsburg, WV for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/29/2023

## MIDDLE DISTRICT OF ALABAMA

**23-ATF-026473:** American Tactical Outfitters, LLC (Kilroy's) ATAC-15 Pistol CAL:Multi SN:NS344713, valued at $200.00, seized by the ATF on June 21, 2023 from Jamere Dowdy in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026475:** Pioneer Arms Corporation (Radom, Poland) Hellpup Pistol CAL:762 SN:PAC1162439, valued at $200.00, seized by the ATF on June 21, 2023 from Jamere Dowdy in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026476:** Rock Island Armory Inc. (Geneseo, IL) Unknown Pistol CAL:Unknown SN:RIA2500966, valued at $200.00, seized by the ATF on June 21, 2023 from Jamere Dowdy in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026477:** 526 Rounds Assorted Ammunition CAL:Unknown, valued at $52.60, seized by the ATF on June 21, 2023 from Jamere Dowdy in Dothan, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF ARIZONA

**23-ATF-025397:** FNH USA, LLC M249S Rifle CAL:556 SN:M249SA08269, valued at $11,673.00, seized by the ATF on June 21, 2023 from Jose Cruz in Tempe, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026573:** OHIO ORDNANCE WORKS M2-SLR Rifle CAL:50 SN:850267, valued at $20,000.00, seized by the ATF on June 30, 2023 from Alpha Dogs Firearms in Tempe, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026633:** BARRETT FIREARMS MFG CO 82A1 RIFLE CAL:50 BMG SN:AA016152, valued at $11,832.00, seized by the ATF on July 12, 2023 from Omar Zamarripa in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026635:** FNH USA, LLC M249S Rifle CAL:556 SN:M249SA08253, valued at $12,500.00, seized by the ATF on July 12, 2023 from Omar Zamarripa in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026637:** FNH USA, LLC M249S Rifle CAL:556 SN:M249SA09145, valued at $12,500.00, seized by the ATF on July 12, 2023 from Omar Zamarripa in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026914:** BARRETT FIREARMS MFG CO 82A1 Rifle CAL:50 BMG SN:AA016064, valued at $10,147.49, seized by the ATF on July 12, 2023 from Dulce RODRIGUEZ in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026920:** FNH USA, LLC, M249S Rifle CAL:556 SN:M249SA09200, valued at $20,000.00, seized by the ATF on July 17, 2023 from Diego Tapia Barrera in Tempe, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

**MIDDLE DISTRICT OF FLORIDA**

**23-ATF-020557:** AREX REX ZERO 1 Pistol CAL:9 SN:GZ15827, valued at $700.00, seized by the ATF on May 16, 2023 from Cristhian VALENTIN-SOTO in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020558:** 20 Rounds AMMO INC Ammunition CAL:9, valued at $2.00, seized by the ATF on May 16, 2023 from Cristhian VALENTIN-SOTO in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020559:** 306 Rounds AMMO INC Ammunition CAL:MULTI, valued at $30.60, seized by the ATF on May 16, 2023 from Pascual VALENTIN-SOTO in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020560:** TAURUS INTERNATIONAL TH9C Pistol CAL:9 SN:ADB011709, valued at $550.00, seized by the ATF on May 16, 2023 from Pascual VALENTIN-SOTO in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020561:** SIG-SAUER P365 Pistol CAL:380 SN:66F219990, valued at $550.00, seized by the ATF on May 16, 2023 from Pascual VALENTIN-SOTO in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020562:** GLOCK INC. 43X Pistol CAL:9 SN:BWUZ680, valued at $550.00, seized by the ATF on May 16, 2023 from Pascual VALENTIN-SOTO in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020563:** DERYA ARMS (DERYA SILAH SANAYI) VRPA40 Shotgun CAL:12 SN:R376968, valued at $700.00, seized by the ATF on May 16, 2023 from Pascual VALENTIN-SOTO in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020564:** TAURUS INTERNATIONAL TCP Pistol CAL:380 SN:9651D, valued at $350.00, seized by the ATF on May 16, 2023 from Pascual VALENTIN-SOTO in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020565:** SPRINGFIELD ARMORY,GENESEO,IL SAINT Rifle CAL:556 SN:ST469070, valued at $800.00, seized by the ATF on May 16, 2023 from Pascual VALENTIN-SOTO in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020566:** GRAND POWER S.R.O. STRIBOG SP9A1 Pistol CAL:9 SN:GSA23620, valued at $1,500.00, seized by the ATF on May 16, 2023 from Pascual VALENTIN-SOTO in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020567:** SIG SAUER (SIG-ARMS) P320 Pistol CAL:9 SN:58C263635, valued at $600.00, seized by the ATF on May 16, 2023 from Marcos LEME in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020568:** SCCY INDUSTRIES, LLC (SKYY IND.) CPX-2 Pistol CAL:9 SN:C190403, valued at $400.00, seized by the ATF on May 16, 2023 from Marcos LEME in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020569:** SPRINGFIELD ARMORY,GENESEO,IL SAINT Rifle CAL:556 SN:ST472348, valued at $800.00, seized by the ATF on May 16, 2023 from Marcos LEME in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020570:** DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES) LR-308 Rifle CAL:308 SN:FFM001591, valued at $1,500.00, seized by the ATF on May 16, 2023 from Marcos LEME in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020571:** PALMETTO STATE ARMORY PA-15 Pistol CAL:556 SN:PA121545, valued at $1,500.00, seized by the ATF on May 16, 2023 from Marcos LEME in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020572:** GLOCK INC. 43X Pistol CAL:9 SN:BYGV135, valued at $500.00, seized by the ATF on May 16, 2023 from Marcos LEME in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020573:** GLOCK INC. 43X Pistol CAL:9 SN:AHGK156, valued at $500.00, seized by the ATF on May 16, 2023 from Marcos LEME in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-020574:** 452 Rounds ASSORTED Ammunition CAL:MULTI, valued at $45.20, seized by the ATF on May 16, 2023 from Marcos LEME in Fort Myers, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).  Items described as: 414 414 Rounds ASSORTED Ammunition CAL:MULTI, valued at $41.40; 38 38 Rounds ASSORTED Ammunition

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

### MIDDLE DISTRICT OF FLORIDA
**23-ATF-020574 - (Continued from previous page)**
CAL:MULTI, valued at $3.80.
**23-ATF-025958:** HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 47 Cal.9 SN# BZXL474, valued at $500.00, seized by the ATF on June 04, 2023 from Roydrik DIXON in Astatula, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

### SOUTHERN DISTRICT OF GEORGIA
**21-ATF-037857:** Taurus PT99AF Pistol CAL:9 SN:L79467, valued at $200.00, seized by the ATF on November 25, 2020 from Gregory Mitchell in Savannah, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-037859:** 14 Rounds Assorted Ammunition CAL:9, valued at $1.40, seized by the ATF on November 25, 2020 from Gregory Mitchell in Savannah, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### SOUTHERN DISTRICT OF IOWA
**22-ATF-036083:** 9 Rounds Assorted Ammunition CAL:9, valued at $0.90, seized by the Ames Police Department on August 03, 2022 from Gionni Dameron in Ames, IA, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-036084:** Ruger Security-9 Pistol CAL:9 SN:381-30120, valued at $200.00, seized by the Ames Police Department on August 03, 2022 from Gionni Dameron in Ames, IA, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-036085:** 19 Rounds Smith & Wesson Ammunition CAL:40, valued at $1.90, seized by the Ames Police Department on August 03, 2022 from Deadrian Nelson in Ames, IA, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-036086:** Glock GMBH 23GEN5 Pistol CAL:40 SN:BVLD663, valued at $350.00, seized by the Ames Police Department on August 03, 2022 from Deadrian Nelson in Ames, IA, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF IDAHO
**23-ATF-026060:** TAURUS PT111 G2 PISTOL CAL:9 SN:TKU54368, valued at $100.00, seized by the ATF on June 22, 2023 from Craig GRAM in Star, ID for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026061:** 10 Rounds Assorted  Ammunition CAL:9, Serial No. Unknown, valued at $1.00, seized by the ATF on June 22, 2023 from Craig GRAM in Star, ID for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF INDIANA
**23-ATF-024210:** 1974 Oldsmobile Cutlass AUTOMOBILE, VIN: 3J57K4M297188, valued at $12,419.00, seized by the ATF on May 24, 2023 from Stephen Johnson in South Bend, IN for forfeiture pursuant to 21 U.S.C. Section 881.
**23-ATF-024215:** 2019 Dodge Charger Scat Pa AUTOMOBILE, VIN: 2C3CDXGJ1KH552909, valued at $23,100.00, seized by the ATF on May 24, 2023 from Stephen Johnson in South Bend, IN for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

### WESTERN DISTRICT OF KENTUCKY

**23-ATF-006215:** UNKNOWN UNKNOWN CONVERSION KIT (GLOCK SWITCH) CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on January 10, 2023 from Justyn Walls in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006217:** UNKNOWN UNKNOWN CONVERSION KIT (Glock Switch) CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on January 10, 2023 from Justyn Walls in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006962:** GLOCK GMBH 23CGEN4 PISTOL CAL:40 SN:PXG267, valued at $500.00, seized by the ATF on January 10, 2023 from Shawn Martin Jr. in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-006964:** 22 Rounds ASSORTED Ammunition CAL:40, valued at $2.20, seized by the ATF on January 10, 2023 from Shawn Martin Jr. in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

### WESTERN DISTRICT OF LOUISIANA

**23-ATF-026444:** GLOCK GMBH 17 Pistol CAL:9 SN:GSD497, valued at $200.00, seized by the ATF on June 21, 2023 from Pharaon Jackson in West Monroe, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026445:** Unknown Unknown Machinegun CAL:Unknown SN:Unknown, valued at $100.00, seized by the ATF on June 21, 2023 from Pharaon Jackson in West Monroe, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

**DISTRICT OF MARYLAND**

**23-ATF-023527:** KEYSTONE SPORTING ARMS CRICKETT RIFLE CAL:22 SN:856174, valued at $150.00, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023528:** DEL-TON INC DTI-15 RIFLE CAL:556 SN:DTI-S158262, valued at $200.00, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023529:** PRIVATELY MADE FIREARM (PMF) Unknown PISTOL CAL:Unknown SN:None, valued at $100.00, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023530:** PRIVATELY MADE FIREARM (PMF) Unknown Pistol CAL:Unknown SN:None, valued at $100.00, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023532:** PRIVATELY MADE FIREARM (PMF), Unknown Receiver/Frame CAL:Unknown SN:None, valued at $40.00, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023557:** PRIVATELY MADE FIREARM (PMF), Unknown RECEIVER/FRAME CAL:unknown SN:None, valued at $100.00, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023567:** 21 Rounds REMINGTON Ammunition CAL:22, Serial No. Unknown, valued at $2.10, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023571:** 29 Rounds ASSORTED Ammunition CAL:556, Serial No. Unknown, valued at $2.90, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023574:** 285 Rounds ASSORTED Ammunition CAL:22, Serial No. Unknown, valued at $28.50, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023582:** 1 Rounds JAGEMANN TECHNOLOGIES Ammunition CAL:9, Serial No. Unknown, valued at $0.10, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023587:** 33 Rounds JAGEMANN TECHNOLOGIES Ammunition CAL:9, Serial No. Unknown, valued at $3.30, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023589:** 45 Rounds ASSORTED Ammunition CAL:22, Serial No. Unknown, valued at $4.50, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023590:** 85 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $8.50, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023606:** 1 Rounds WINCHESTER-WESTERN Ammunition CAL:9, Serial No. Unknown, valued at $0.10, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023611:** 49 Rounds Assorted Ammunition CAL:22, Serial No. Unknown, valued at $4.90, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-023616:** 6 Rounds JAGEMANN TECHNOLOGIES Ammunition CAL:9, Serial No. Unknown, valued at $0.60, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

## DISTRICT OF MARYLAND
**23-ATF-023616 - (Continued from previous page)**
18 U.S.C. Section 924(d).
**23-ATF-023632:** 3 Rounds Assorted Ammunition CAL:22, Serial No. Unknown, valued at $0.30, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023634:** 261 Rounds ASSORTED Ammunition CAL:556, Serial No. Unknown, valued at $26.10, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023636:** 57 Rounds CCI Ammunition CAL:22, Serial No. Unknown, valued at $5.70, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023650:** 24 Rounds Assorted Ammunition CAL:556, Serial No. Unknown, valued at $2.40, seized by the ATF on June 13, 2023 from Kaleb SCHOONOVER in Thurmont, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

## EASTERN DISTRICT OF MICHIGAN

**23-ATF-026054:** RUGER PISTOL MODEL: P95DC CAL: 9 SN: 31284733, valued at $200.00, seized by the Detroit Police Department on June 30, 2023 from Christopher Payne in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026112:** HIGH STANDARD Unknown Shotgun CAL:Unknown SN:SC1023733, valued at $99.00, seized by the ATF on June 14, 2023 from Andrew Ames in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026118:** GLOCK GMBH 26GEN4 Pistol CAL:9 SN:BGHH851, valued at $99.00, seized by the ATF on June 14, 2023 from Andrew Ames in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026120:** SMITH & WESSON Unknown Revolver CAL:Unknown SN:524094, valued at $99.00, seized by the ATF on June 14, 2023 from Andrew Ames in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026121:** BERETTA USA CORP BU9 NANO Pistol CAL:9 SN:NU068531, valued at $99.00, seized by the ATF on June 14, 2023 from Andrew Ames in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026123:** SMITH & WESSON M&P 9 SHIELD Pistol CAL:9 SN:JBZ4050, valued at $99.00, seized by the ATF on June 14, 2023 from Andrew Ames in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026125:** GLOCK GMBH 17GEN4 Pistol CAL:9 SN:PPS814, valued at $99.00, seized by the ATF on June 14, 2023 from Andrew Ames in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026128:** 10 Rounds CCI Ammunition CAL:9, valued at $1.00, seized by the ATF on June 14, 2023 from Jordan Felton in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026130:** 12 Rounds PMC Ammunition CAL:9, valued at $1.20, seized by the ATF on June 14, 2023 from Jordan Felton in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026131:** 8 Rounds WINCHESTER-WESTERN Ammunition CAL:9, valued at $0.80, seized by the ATF on June 14, 2023 from Jordan Felton in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026133:** 45 Rounds Assorted Ammunition CAL:Unknown, valued at $4.50, seized by the ATF on June 14, 2023 from Jordan Felton in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026135:** 16 Rounds PMC Ammunition CAL:9, valued at $1.60, seized by the ATF on June 14, 2023 from Jordan Felton in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026136:** 25 Rounds PMC Ammunition CAL:9, valued at $2.50, seized by the ATF on June 14, 2023 from Jordan Felton in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026138:** 8 Rounds Hornady Ammunition CAL:9, valued at $0.80, seized by the ATF on June 14, 2023 from Andrew Ames in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026140:** 3 Rounds WINCHESTER-WESTERN Ammunition CAL:9, valued at $0.30, seized by the ATF on June 14, 2023 from Andrew Ames in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026141:** 11 Rounds Hornady Ammunition CAL:450, valued at $1.10, seized by the ATF on June 14, 2023 from Andrew Ames in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026143:** 67 Rounds Unknown Ammunition CAL:Unknown, valued at $6.70, seized by the ATF on June 14, 2023 from Andrew Ames in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026144:** 12 Rounds Unknown Ammunition CAL:Unknown, valued at $1.20, seized by the ATF on June 14, 2023 from Jordan Felton in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026146:** 9 Rounds Remington Ammunition CAL:9, valued at $0.90, seized by the ATF on June 14, 2023 from Jordan Felton in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026147:** 18 Rounds Hornady Ammunition CAL:9, valued at $1.80, seized by the ATF on June 14, 2023 from Andrew Ames in Bay City, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026594:** ROMARM/CUGIR PISTOL MODEL: MINI DRACO CAL: 762 SN: PF-0937-2019, valued at $100.00, seized by the Detroit Police Department on June 08, 2023 from Jamaryon Gibson in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026595:** AMMUNITION - ASSORTED QTY: 23 MNF: ASSORTED CAL: 762, valued at $2.30, seized by the

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

**EASTERN DISTRICT OF MICHIGAN**

**23-ATF-026595 - (Continued from previous page)**
Detroit Police Department on June 08, 2023 from Jamaryon Gibson in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026739:** EXPLOSIVE ONE PILL BOTTLE (CONTAINER FOR DEVICE 1) WRAPPED IN GRAY DUCT TAPE W/WHITE LID AND PINK HOBBY FUSE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026741:** EXPLOSIVE QTY: 88.5 GRAMS GREY CHUNKY POWDERMATERIAL (BULK POWDER  VICE 1) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026742:** EXPLOSIVE ONE PILL BOTTLE (CONTAINER FOR DEVICE 2) W/WHITE LID AND PINK HOBBY FUSE "COREY S ROBERT" ON LABEL, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026743:** EXPLOSIVE QTY: 125.5 GRAMS GREY CHUNKY POWDER MATERIAL (BULK POWDER FROM DEVICE 2) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026744:** EXPLOSIVE QTY: 1 ONE PILL BOTTLE (CONTAINER FOR DEVICE 3) W/WHITE LID AND PINK HOBBY FUSE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026746:** EXPLOSIVE QTY: 75.5 GRAMS  FINE GRAY POWDER (BULKPOWDER FROM DEVICE 3) - W . INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026747:** EXPLOSIVE ONE PILL BOTTLE (CONTAINER FOR DEVICE 4) WRAPPED IN GRAY DUCT TAPE W/WHITE LID AND DARK GREEN HOBBY FUSE. "BANG"
WRITTEN ON TAPE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026749:** EXPLOSIVE QTY: 99.0 GRAMS FINE GRAY POWDER (BULK POWDER FROM DEVICE 4) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026751:** EXPLOSIVE ONE PILL BOTTLE (CONTAINER FOR DEVICE 5) WRAPPED IN GRAY DUCT TAPE W/WHITE LID AND DARK GREEN HOBBY FUSE "FLASH" WRITTEN ON TAPE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026754:** EXPLOSIVE QTY: 79.5 GRAMS  FINE GRAY P DER (BULKPOWDER FROM DEVICE 5) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026755:** EXPLOSIVE ONE PILL BOTTLE (CONTAINER FORDEVICE 6) WRAPPED IN GRAY AND BLACK TAPE W/WHITE LID AND DARK GREEN HOBBY FUSE "BANG" WRITTEN ON TAPE, Serial No. Unknown, valued a $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026757:** EXPLOSIVE QTY: 84.0 GRAMS FINE GRAY POWDER (BULK POWDER FROM DEVICE 6) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026758:** EXPLOSIVE ONE PILL BOTTLE (CONTAINER FOR DEVICE 7) WRAPPED IN GRAY DUCT TAPE W/WHITE LID AND DARK GREEN HOBBY FUSE "FLASH" WRITTEN ON TAPE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

## EASTERN DISTRICT OF MICHIGAN

**23-ATF-026758 - (Continued from previous page)** 844.

**23-ATF-026767:** EXPLOSIVE QTY: 80.0 GRAMS FINE GRAY POWDER (BULK POWDER FROM DEVICE 7) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026769:** EXPLOSIVE ONE PILL BOTTLE (CONTAINER FOR DEVICE 8) WRAPPED IN GRAY DUCT TAPE W/WHITE LID AND DARK GREEN HOBBY FUSE. "FLASH" WRITTEN ON TAPE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026770:** EXPLOSIVE QTY: 81.5 GRAMS FINE GRAY POWDER (BULK POWDER FROM DEVICE 8) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026771:** EXPLOSIVE ONE PILL BOTTLE (CONTAINER FOR DEVICE 9) WRAPPED IN GRAY AND BLACK TAPE W/WHITE LID AND DARK GREEN HOBBY FUSE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026772:** EXPLOSIVE QTY: 91.5 GRAMS FINE GRAY POWDER (BULK POWDER FROM DEVICE 9) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026773:** EXPLOSIVE ONE 57ML ENERGY DRINK BOTTLE (CONTAINER FOR DEVICE 10) WRAPPED IN GRAY DUCT TAPE W/DARK GREEN HOBBY FUSE THRU CAP. "P" WRITTEN ON TAPE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026774:** EXPLOSIVE QTY: 60.5 GRAMS FINE GRAY POWDER (BULK POWDER FROM DEVICE 10) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026782:** EXPLOSIVE ONE 2 OZ PLASTIC BOTTLE (CONTAINER FOR DEVICE 14) WRAPPED IN GRAY DUCT TAPE W/DARK GREEN HOBBY FUSE THRU CAP., Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026783:** EXPLOSIVE QTY: 137 GRAMS FINE GRAY POWDER (BULK POWDER FROM DEVICE 14) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026784:** EXPLOSIVE QTY: 1 ONE PILL BOTTLE (CONTAINER FOR DEVICE 15) WRAPPED IN GRAY DUCT TAPE WITH PINK HOBBY FUSE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026785:** EXPLOSIVE QTY: 66.5 GRAMS FINE GRAY POWDER (BULK POWDER FROM DEVICE 15) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026786:** EXPLOSIVE ONE TYLENOL PILL BOTTLE (CONTAINER FOR DEVICE 16) WRAPPED IN GRAY DUCT TAPE W/RED LID AND DARK GREEN HOBBY FUSE. "BANG P" WRITTEN ON TAPE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026788:** EXPLOSIVE ONE PILL BOTTLE (CONTAINER FOR DEVICE 17) WRAPPED IN BLACK DUCT TAPE WITH DARK GREEN HOBBY FUSE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

**23-ATF-026789:** EXPLOSIVE: QTY: 64.5 GRAMS FINE GREY POWDER (BULK POWDER FROM DEVICE 17) - WT

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

237

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

<u>See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.</u>

**LAST DATE TO FILE:  09/29/2023**

## EASTERN DISTRICT OF MICHIGAN
**23-ATF-026789 - (Continued from previous page)**
INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-026790:** EXPLOSIVE ONE PILL BOTTLE (CONTAINER FOR DEVICE 18) W/WHITE CAP WRAPPED IN BLACK DUCT TAPE WITH PINK HOBBY FUSE, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-026791:** EXPLOSIVE QTY: 75.0 GRAMS FINE GRAY POWDER (BULK POWDER FROM DEVICE 18) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-026793:** EXPLOSIVE QTY: 75.0 GRAMS FINE GRAY POWDER (BULK POWDER FROM DEVICE 16) - WT. INCLUDES PACKAGING, Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.
**23-ATF-026794:** EXPLOSIVE QTY: 1 LG. BALL JAR CONTAINING A FINE LIGHT GRAY ENERGETIC POWDER (SUSP EXPLOSIVE MATERIAL), Serial No. Unknown, valued at $0.01, seized by the ATF on July 02, 2023 from Corey Robert in Novi, MI for forfeiture pursuant to 18 U.S.C. Section 844.

## WESTERN DISTRICT OF MICHIGAN
**21-ATF-009918:** Bersa Thunder 380 Pistol CAL:380 SN:692199, valued at $200.00, seized by the ATF on February 10, 2021 from Chadrick Perry in Kalamazoo, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-009922:** 20 Rounds Remington Ammunition CAL:380, valued at $2.00, seized by the ATF on February 10, 2021 from Chadrick Perry in Kalamazoo, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-046935:** 50 Rounds Remington Ammunition CAL:9, valued at $5.00, seized by the ATF on May 01, 2022 from Khilon Samuel in Battle Creek, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026574:** 1 Rounds PMC Ammunition CAL:223, valued at $0.10, seized by the ATF on July 11, 2023 from Demarcus Ware in Lansing, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026841:** SMITH & WESSON 10 Revolver CAL:38 SN:S976879, valued at $300.00, seized by the ATF on July 14, 2023 from Thomas Donohue in Grand Rapids, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF MINNESOTA
**23-ATF-021523:** GLOCK INC. 17 Pistol CAL:9 SN:RAN024, valued at $50.00, seized by the ATF on May 02, 2023 from Maron Bailey in Saint Paul, MN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-021529:** 18 Rounds Assorted Ammunition CAL:9, valued at $1.80, seized by the ATF on May 02, 2023 from Maron Bailey in Saint Paul, MN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-021570:** HS PRODUKT (IM METAL) XD40 Pistol CAL:40 SN:XD384067, valued at $500.00, seized by the ATF on May 01, 2023 from Isaac Hodge in Minneapolis, MN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-021575:** 11 Rounds HORNADY Ammunition CAL:40, valued at $1.10, seized by the ATF on May 01, 2023 from Isaac Hodge in Minneapolis, MN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-023714:** $5,870.00 U.S. Currency, seized by the ATF on May 01, 2023 from Tara King in St. Paul, MN for forfeiture pursuant to 21 U.S.C. Section 881.
**23-ATF-026485:** Unknown Unknown Pistol CAL:Unknown SN:None, valued at $500.00, seized by the ATF on June 29, 2023 from Marquez Hill-Turnipseed in Brooklyn Center, MN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

Page 172 of 191

238

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/29/2023

### NORTHERN DISTRICT OF MISSISSIPPI
**23-ATF-026214:** Ruger LCP II Pistol CAL:22 SN:380736429, valued at $100.00, seized by the ATF on June 30, 2023 from SEDRICK WEBB in Tunica, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).

### SOUTHERN DISTRICT OF MISSISSIPPI
**23-ATF-026873:** ADVANCE ARMAMENT M4-2000 Silencer CAL:5.56 SN:M04490, valued at $649.00, seized by the ATF on July 19, 2023 from Shonna LADNIER in Ocean Springs, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF NEW JERSEY
**23-ATF-025497:** $1,400.00 U.S. Currency, seized by the ATF on June 29, 2023 from Prince Carter in Paterson, NJ for forfeiture pursuant to 21 U.S.C. Section 881.
**23-ATF-025499:** $8,980.00 U.S. Currency, seized by the ATF on June 29, 2023 from Prince Carter in Paterson, NJ for forfeiture pursuant to 21 U.S.C. Section 881.
**23-ATF-025501:** $6,660.00 U.S. Currency, seized by the ATF on June 29, 2023 from Prince Carter in Paterson, NJ for forfeiture pursuant to 21 U.S.C. Section 881.
**23-ATF-025502:** $1,473.00 U.S. Currency, seized by the ATF on June 29, 2023 from Prince Carter in Paterson, NJ for forfeiture pursuant to 21 U.S.C. Section 881.
**23-ATF-026661:** Ruger Ruger-57 Pistol CAL:57 SN:641-31343, valued at $500.00, seized by the ATF on June 01, 2023 from Jaquan PICOTT in Bordentown, NJ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026840:** $2,104.00 U.S. Currency, seized by the ATF on June 29, 2023 from Joshua Baker in Paterson, NJ for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/29/2023

## DISTRICT OF NEW MEXICO

**23-ATF-025364:** ROMARM/CUGIR MINI DRACO PISTOL CAL:762 SN:ROA22PG-4172, valued at $700.00, seized by the ATF on June 09, 2023 from Billy Lloyd Jr in Albuquerque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025374:** 5 Rounds Assorted Ammunition CAL:762, valued at $0.50, seized by the ATF on June 09, 2023 from Billy Lloyd Jr in Albuquerque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025375:** 31 Rounds Assorted Ammunition CAL:Unknown, valued at $3.10, seized by the ATF on June 09, 2023 from Billy Lloyd Jr in Albuquerque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025376:** 30 Rounds Assorted Ammunition CAL:Unknown, valued at $3.00, seized by the ATF on June 09, 2023 from Billy Lloyd Jr in Albuquerque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025377:** 25 Rounds Assorted Ammunition CAL:Unknown, valued at $2.50, seized by the ATF on June 09, 2023 from Billy Lloyd Jr in Albuquerque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025378:** 22 Rounds Assorted Ammunition CAL:Unknown, valued at $2.20, seized by the ATF on June 09, 2023 from Billy Lloyd Jr in Albuquerque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025379:** 8 Rounds Assorted Ammunition CAL:Unknown, valued at $0.80, seized by the ATF on June 09, 2023 from Billy Lloyd Jr in Albuquerque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026620:** POLYMER80, INC. (P80 TACTICAL P80) PF940SC Pistol CAL:9 SN:None, valued at $200.00, seized by the ATF on July 11, 2023 from Joe Jasso in Santa Fe, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026626:** SMITH & WESSON M&P 9 M2.0 Pistol CAL:9 SN:SBH2375, valued at $200.00, seized by the ATF on July 11, 2023 from Joe Jasso in Santa Fe, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026627:** 9 Rounds Assorted Ammunition CAL:9, valued at $0.90, seized by the ATF on July 11, 2023 from Joe Jasso in Santa Fe, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026628:** 6 Rounds Assorted Ammunition CAL:Unknown, valued at $0.60, seized by the ATF on July 11, 2023 from Joe Jasso in Santa Fe, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026629:** 18 Rounds Assorted Ammunition CAL:9, valued at $1.80, seized by the ATF on July 11, 2023 from Joe Jasso in Santa Fe, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026630:** 5 Rounds Assorted Ammunition CAL:9, valued at $0.50, seized by the ATF on July 11, 2023 from Joe Jasso in Santa Fe, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

**NORTHERN DISTRICT OF NEW YORK**

**23-ATF-025511:** SIG SAUER (SIG-ARMS) SIG M400 Rifle CAL:556 SN:20L129059, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025512:** 10 Rounds ASSORTED Ammunition CAL:556, Serial No. Unknown, valued at $1.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025513:** GLOCK GMBH 22 Pistol CAL:40 SN:CWG293, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025515:** 17 Rounds CCI Ammunition CAL:40, Serial No. Unknown, valued at $1.70, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025516:** RUGER LCP Pistol CAL:380 SN:37232916, valued at $250.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025517:** 7 Rounds PMC Ammunition CAL:380, Serial No. Unknown, valued at $0.70, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025518:** TAURUS INTERNATIONAL G3C Pistol CAL:9 SN:AEC176894, valued at $250.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025519:** TAURUS INTERNATIONAL G3C Pistol CAL:9 SN:AEC175085, valued at $250.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025520:** 1 Rounds CCI Ammunition CAL:40, Serial No. Unknown, valued at $0.10, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025522:** GLOCK GMBH 19GEN5 Pistol CAL:9 SN:BSKU251, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025524:** 30 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $3.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025525:** 14 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $1.40, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025527:** GLOCK INC. 19 Pistol CAL:9 SN:ADSF558, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025528:** 10 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $1.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025529:** ZASTAVA Z-PAP M70 Rifle CAL:762 SN:Z70-105521, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025530:** 4 Rounds TULA CARTRIDGE WORKS - RUSSIA Ammunition CAL:762, Serial No. Unknown, valued at $0.40, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025531:** SIG SAUER (SIG-ARMS) P226 ELITE Pistol CAL:40 SN:U859326, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025532:** TAURUS G3C Pistol CAL:9 SN:ACB590905, valued at $400.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025533:** BERSA THUNDER 40 UL CT PRO Pistol CAL:40 SN:G46536, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025534:** PRIVATELY MADE FIREARM (PMF) UNKNOWN Pistol CAL:UNKNOWN SN:UNKNOWN, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025536:** TAURUS G3 Pistol CAL:9 SN:ABM233879, valued at $400.00, seized by the ATF on May 23, 2023

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

## NORTHERN DISTRICT OF NEW YORK

**23-ATF-025536 - (Continued from previous page)**
from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025537:** SMITH & WESSON SD9VE Pistol CAL:9 SN:FWJ9132, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025538:** TAURUS G2C Pistol CAL:9 SN:ADE400172, valued at $400.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025539:** RUGER SR40 Pistol CAL:40 SN:34401065, valued at $400.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025541:** SMITH & WESSON SW40VE Pistol CAL:40 SN:FCH4185, valued at $400.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025542:** RUGER EC9S Pistol CAL:9 SN:45728708, valued at $350.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025543:** SMITH & WESSON SD9VE Pistol CAL:9 SN:FBL6012, valued at $400.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025545:** RUGER AMERICAN PISTOL Pistol CAL:9 SN:86099549, valued at $400.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025546:** SMITH & WESSON SD9 Pistol CAL:9 SN:FCW2430, valued at $400.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025547:** HS PRODUKT (IM METAL) XDS MOD. 2 Pistol CAL:9 SN:BY300680, valued at $400.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025549:** SMITH & WESSON SD40VE Pistol CAL:40 SN:FZL7809, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025550:** SMITH & WESSON SD9VE Pistol CAL:9 SN:FBJ7472, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025551:** SMITH & WESSON SD9VE Pistol CAL:9 SN:FDW3541, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025553:** HS PRODUKT (IM METAL) XDM ELITE Pistol CAL:45 SN:BA644533, valued at $400.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025554:** SMITH & WESSON SD9VE Pistol CAL:9 SN:FCV2475, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025556:** 9 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $0.90, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025559:** TAURUS PT24/7 PRO Pistol CAL:45 SN:NYL71343, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025561:** 8 Rounds SIG SAUER (SIG) Ammunition CAL:45, Serial No. Unknown, valued at $0.80, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025562:** TAURUS G3 Pistol CAL:9 SN:ABE595136, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025564:** FEG PJK-9HP Pistol CAL:9 SN:B42660, valued at $350.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025566:** TAURUS PT111 G2A Pistol CAL:9 SN:ABA254732, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

**NORTHERN DISTRICT OF NEW YORK**

**23-ATF-025567:** UNKNOWN MANUFACTURER UNKNOWN Revolver CAL:UNKNOWN SN:44325, valued at $150.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025569:** TAURUS PT24/7 PRO DS Pistol CAL:40 SN:SC024407, valued at $500.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025571:** 6 Rounds ASSORTED Ammunition CAL:40, Serial No. Unknown, valued at $0.60, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025572:** RUGER SECURITY SIX Revolver CAL:357 SN:NONE, valued at $150.00, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025574:** 783 Rounds ASSORTED Ammunition CAL:MULTI, Serial No. Unknown, valued at $78.30, seized by the ATF on May 23, 2023 from Brandon BARTLEY in ALBANY, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025586:** GLOCK GMBH 27GEN4 Pistol CAL:40 SN:BKWX893, valued at $500.00, seized by the ATF on May 23, 2023 from Anthony LUIZZI in CLIFTON PARK, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025587:** 10 Rounds SPEER Ammunition CAL:40, Serial No. Unknown, valued at $1.00, seized by the ATF on May 23, 2023 from Anthony LUIZZI in CLIFTON PARK, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025589:** CLERKE TECHNICORP Unknown Revolver CAL:32 SN:807531, valued at $250.00, seized by the ATF on May 23, 2023 from Anthony LUIZZI in CLIFTON PARK, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025590:** GERMAN SPORTS GUNS GSG-16 Rifle CAL:22 SN:A948627, valued at $500.00, seized by the ATF on May 23, 2023 from Anthony LUIZZI in CLIFTON PARK, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025592:** OTTOMANGUNS Unknown Shotgun CAL:12 SN:Obliterated, valued at $250.00, seized by the ATF on May 23, 2023 from Anthony LUIZZI in CLIFTON PARK, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025593:** SUN CITY MACHINERY CO., LTD STEVENS 320 Shotgun CAL:12 SN:213639V, valued at $500.00, seized by the ATF on May 23, 2023 from Anthony LUIZZI in CLIFTON PARK, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025594:** 6 Rounds UNKNOWN Ammunition CAL:12, Serial No. Unknown, valued at $0.60, seized by the ATF on May 23, 2023 from Anthony LUIZZI in CLIFTON PARK, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025595:** 158 Rounds ASSORTED Ammunition CAL:Multi, Serial No. Unknown, valued at $15.80, seized by the ATF on May 23, 2023 from Anthony LUIZZI in CLIFTON PARK, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025597:** SMITH & WESSON M&P 9 Pistol CAL:9 SN:HXX1682, valued at $500.00, seized by the ATF on May 23, 2023 from Anthony ZAREMSKI in CLIFTON PARK, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

## SOUTHERN DISTRICT OF OHIO

**23-ATF-026329:** Ruger SR9C Pistol CAL:9 SN:336-93540, valued at $250.00, seized by the ATF on June 30, 2023 from Semaj Griffin in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026334:** Glock GMBH 33GEN4 Pistol CAL:357 SN:BHSD906, valued at $450.00, seized by the ATF on June 30, 2023 from Semaj Griffin in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026336:** Armscor of the Philippines (Squires Bingham) M5 Shotgun CAL:12 SN:RIA2047405, valued at $200.00, seized by the ATF on June 30, 2023 from Semaj Griffin in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026337:** Taurus PT92C Pistol CAL:9 SN:TJ106201, valued at $325.00, seized by the ATF on June 30, 2023 from Semaj Griffin in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026340:** Zastava M57A Pistol CAL:762 SN:225996, valued at $350.00, seized by the ATF on June 30, 2023 from Semaj Griffin in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026342:** Glock GMBH 43 Pistol CAL:9 SN:ADTS864, valued at $450.00, seized by the ATF on June 30, 2023 from Semaj Griffin in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026344:** Smith & Wesson SW990L Pistol CAL:40 SN:SAK1660, valued at $400.00, seized by the ATF on June 30, 2023 from Semaj Griffin in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026345:** Ruger SR40C Pistol CAL:40 SN:345-39764, valued at $350.00, seized by the ATF on June 30, 2023 from Semaj Griffin in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026346:** Ruger P90DC Pistol CAL:45 SN:662-01318, valued at $335.00, seized by the ATF on June 30, 2023 from Semaj Griffin in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026347:** 1 Round Remington Ammunition CAL:12, valued at $0.10, seized by the ATF on June 30, 2023 from Semaj Griffin in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026349:** Sig-Sauer Sig 556 Rifle CAL:556 SN:JT00015, valued at $2,500.00, seized by the ATF on June 30, 2023 from Semaj Griffin in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026350:** Mossberg 500 Shotgun CAL:12 SN:P191858, valued at $100.00, seized by the ATF on June 30, 2023 from Semaj Griffin in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026356:** HS Produkt (IM Metal) Hellcat Pistol CAL:9 SN:BB239771, valued at $475.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026358:** Glock GMBH 26GEN4 Pistol CAL:9 SN:TZL034, valued at $300.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026360:** Glock Inc. 48 Pistol CAL:9 SN:BRUE897, valued at $400.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026362:** Glock Inc. 27 Pistol CAL:40 SN:CSB473US, valued at $400.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026363:** Glock GMBH 43 Pistol CAL:9 SN:AHFF131, valued at $300.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026364:** Glock Inc. 27 Pistol CAL:40 SN:PNP685, valued at $400.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026365:** Glock GMBH 43 Pistol CAL:9 SN:AHLT620, valued at $300.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026366:** Glock GMBH 43 Pistol CAL:9 SN:AGUF157, valued at $300.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026367:** Glock GMBH 17 Pistol CAL:9 SN:RVA036, valued at $300.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026369:** Glock GMBH 27 Pistol CAL:40 SN:FKU877, valued at $300.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/29/2023

## SOUTHERN DISTRICT OF OHIO

**23-ATF-026372:** HS Produkt (IM Metal) Hellcat Pistol CAL:9 SN:BA418822, valued at $300.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026383:** HS Produkt (IM Metal) Hellcat Pistol CAL:9 SN:BA352223, valued at $300.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026385:** Kahr Arms - Auto Ordnance P380 Pistol CAL:380 SN:RC4404, valued at $300.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026388:** 52 Rounds Assorted Ammunition CAL:Multi, valued at $5.20, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026389:** American Tactical Imports - ATI Mil-Sport Rifle CAL:300 SN:MSA101419, valued at $400.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026390:** Romarm/Cugir Micro Draco Pistol CAL:762 SN:22PMD-29712, valued at $450.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026394:** Romarm/Cugir Micro Draco Pistol CAL:762 SN:22PMD-29852, valued at $450.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026395:** 69 Rounds Assorted Ammunition CAL:Unknown, valued at $6.90, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026396:** Zastava ZPAP92 Pistol CAL:762 SN:Z92-103079, valued at $650.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026398:** 11 Rounds Assorted Ammunition CAL:9, valued at $1.10, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026399:** 618 Rounds Assorted Ammunition CAL:Multi, valued at $61.80, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026401:** SCCY Industries, LLC (SKYY IND.) CPX-2 Pistol CAL:9 SN:None, Obliterated, valued at $50.00, seized by the ATF on July 01, 2023 from Ousmane Kone in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026527:** 1 Round Sig Sauer (Sig) Ammunition CAL:380, valued at $0.10, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026528:** 5 Rounds Remington Ammunition CAL:357, valued at $0.50, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026529:** Springfield Armory, Geneseo, IL 1911A1 Pistol CAL:45 SN:N570674, valued at $800.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026530:** Taurus Unknown Type Revolver CAL:Unknown SN:SL781700, valued at $200.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026531:** Anderson Manufacturing AM-15 Pistol CAL:Multi SN:20263495, valued at $800.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026532:** 17 Rounds Other Ammunition CAL:45, valued at $1.70, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026534:** Israel Weapon IND- IWI (Israel Military IND- IMI) Desert Eagle Pistol CAL:50 SN:34202646, valued at $800.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026535:** Glock GMBH 30 Pistol CAL:45 SN:BWKE655, valued at $400.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026536:** Glock GMBH 27 Pistol CAL:40 SN:BWF316US, valued at $200.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

245

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

## SOUTHERN DISTRICT OF OHIO

**23-ATF-026537:** Ruger Ruger-57 Pistol CAL:57 SN:641-43114, valued at $800.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026539:** Taurus Unknown Type Revolver CAL:Unknown SN:XD80002, valued at $200.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026540:** 14 Rounds Smith & Wesson Ammunition CAL:40, valued at $1.40, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026541:** 7 Rounds Sig Sauer (Sig) Ammunition CAL:357, valued at $0.70, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026542:** 40 Rounds Assorted Ammunition CAL:223, valued at $4.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026543:** 7 Rounds Assorted Ammunition CAL:50, valued at $0.70, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026544:** 13 Rounds Assorted Ammunition CAL:45, valued at $1.30, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026545:** 40 Rounds Assorted Ammunition CAL:57, valued at $4.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026546:** 7 Rounds Assorted Ammunition CAL:45, valued at $0.70, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026547:** 45 Rounds Assorted Ammunition CAL:40, valued at $4.50, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026548:** 100 Rounds Assorted Ammunition CAL:Multi, valued at $10.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026549:** Ruger Ruger-57 Pistol CAL:57 SN:643-69315, valued at $200.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Pickerington, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026550:** Taurus International Spectrum Pistol CAL:380 SN:1F143353, valued at $200.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Pickerington, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026551:** Ruger SR-22 P Pistol CAL:22 SN:361-51740, valued at $200.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Pickerington, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026552:** Taurus G3 Pistol CAL:9 SN:ADE423835, valued at $200.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Pickerington, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026553:** Springfield Armory, Geneseo, IL Unknown Type Pistol CAL:Unknown SN:BA726008, valued at $200.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Pickerington, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026554:** Taurus 856 Ultralite Revolver CAL:38 SN:AEC141403, valued at $200.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Pickerington, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026555:** Ruger AR-556 Rifle CAL:556 SN:185240832, valued at $200.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Pickerington, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026556:** 10 Rounds Assorted Ammunition CAL:22, valued at $1.00, seized by the ATF on July 12, 2023 from Harry Crenshaw in Pickerington, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026557:** 7 Rounds Assorted Ammunition CAL:9, valued at $0.70, seized by the ATF on July 12, 2023 from Harry Crenshaw in Pickerington, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026558:** 5 Rounds Assorted Ammunition CAL:380, valued at $0.50, seized by the ATF on July 12, 2023 from Harry Crenshaw in Pickerington, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026559:** 18 Rounds Assorted Ammunition CAL:57, valued at $1.80, seized by the ATF on July 12, 2023 from Harry Crenshaw in Pickerington, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

### SOUTHERN DISTRICT OF OHIO
**23-ATF-026560:** 7 Rounds Assorted Ammunition CAL:9, valued at $0.70, seized by the ATF on July 12, 2023 from Harry Crenshaw in Pickerington, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026561:** 6 Rounds Assorted Ammunition CAL:38, valued at $0.60, seized by the ATF on July 12, 2023 from Harry Crenshaw in Pickerington, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026562:** $2,376.00 U.S. Currency, seized by the ATF on July 12, 2023 from Harry Crenshaw in Blacklick, OH for forfeiture pursuant to 21 U.S.C. Section 881.

### EASTERN DISTRICT OF OKLAHOMA
**23-ATF-024764:** Ruger Security-9 Pistol CAL:9 SN:385-10874, valued at $99.00, seized by the ATF on May 01, 2023 from Christopher LOVEALL in Tahlequah, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-024765:** 30 Rounds Assorted Ammunition CAL:9, Serial No. Null, valued at $3.00, seized by the ATF on May 01, 2023 from Christopher LOVEALL in Tahlequah, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025997:** SAVAGE ARMS INC. (CD) CUB RIFLE CAL:22 SN:NONE, valued at $100.00, seized by the ATF on June 02, 2023 from Tommy LOGAN in Seminole, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025998:** 1 Rounds FEDERAL Ammunition CAL:22, Serial No. NULL, valued at $0.10, seized by the ATF on June 02, 2023 from Tommy LOGAN in Seminole, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025999:** 4 Rounds FEDERAL Ammunition CAL:22, Serial No. NULL, valued at $0.40, seized by the ATF on June 02, 2023 from Tommy LOGAN in Seminole, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026000:** 2 Rounds FEDERAL Ammunition CAL:22, Serial No. NULL, valued at $0.20, seized by the ATF on June 02, 2023 from Tommy LOGAN in Seminole, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026001:** 1 Rounds WINCHESTER-WESTERN Ammunition CAL:45, Serial No. NULL, valued at $0.10, seized by the ATF on June 02, 2023 from Tommy LOGAN in Seminole, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026002:** 1 Rounds CCI Ammunition CAL:22, Serial No. NULL, valued at $0.10, seized by the ATF on June 02, 2023 from Tommy LOGAN in Seminole, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF OKLAHOMA
**23-ATF-026876:** 22 Rounds ASSORTED Ammunition CAL:40, Serial No. NULL, valued at $2.20, seized by the ATF on June 29, 2023 from Montell MILLER in Tulsa, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

**WESTERN DISTRICT OF OKLAHOMA**

**23-ATF-022569:** RUGER 22 CHARGER PISTOL CAL:22 SN:493-24128, valued at $440.00, seized by the ATF on May 15, 2023 from Donovan Petties in NORMAN, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022585:** GLOCK GMBH 43X PISTOL CAL:9 SN:BMRA451, valued at $500.00, seized by the ATF on May 15, 2023 from Donovan Petties in NORMAN, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022588:** ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM) 206 REVOLVER CAL:38 SN:RIA2553555, valued at $240.00, seized by the ATF on May 15, 2023 from Donovan Petties in NORMAN, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022591:** 220 Rounds OTHER Ammunition CAL:UNKNOWN, Serial No. NULL, valued at $22.00, seized by the ATF on May 15, 2023 from Donovan Petties in NORMAN, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026575:** BERETTA USA CORP 96 PISTOL CAL:40 SN:BER063187, valued at $620.00, seized by the ATF on June 13, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026576:** 8 Rounds ASSORTED Ammunition CAL:40, Serial No. NULL, valued at $0.80, seized by the ATF on June 13, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026577:** MOSSBERG 1000 SHOTGUN CAL:12 SN:MV91850N, valued at $250.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026578:** MASTERPIECE ARMS DEFENDER PISTOL CAL:9 SN:F9410, valued at $500.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026580:** SIG SAUER (SIG-ARMS) P365 XL PISTOL CAL:9 SN:NRA064320, valued at $400.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026582:** PACHMAYR GUN WORKS UNKNOWN PISTOL CAL:UNKNOWN SN:F22371, valued at $500.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026584:** SMITH & WESSON SW1911 PISTOL CAL:45 SN:UCT6598, valued at $780.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026588:** AMT - CALIFORNIA (ARCADIA MACHINE &TOOL) BACKUP PISTOL CAL:45 SN:DL19176, valued at $1.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026590:** HERITAGE MFG. INC. ROUGH RIDER REVOLVER CAL:22 SN:E33729, valued at $100.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026591:** GLOCK GMBH 22CGEN4 PISTOL CAL:40 SN:SBB630, valued at $500.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026592:** RUGER P89 PISTOL CAL:9 SN:305-86913, valued at $300.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026593:** POLYMER80, INC. (P80 TACTICAL P80) PF940V2 PISTOL CAL:9 SN:NONE, valued at $1.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026597:** SIG SAUER (SIG-ARMS) P226 PISTOL CAL:357 SN:UU606201, valued at $350.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

## WESTERN DISTRICT OF OKLAHOMA

**23-ATF-026598:** SMITH & WESSON M&P 9 M2.0 PISTOL CAL:9 SN:LFH0860, valued at $300.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026599:** CANIK55 TP-9 ELITE SC PISTOL CAL:9 SN:T6472-20CB38955, valued at $400.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026600:** RUGER AMERICAN PISTOL PISTOL CAL:45 SN:861-09715, valued at $250.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026601:** WALTHER PPQ PISTOL CAL:9 SN:FAX1646, valued at $600.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026602:** TAURUS PT145 PRO PISTOL CAL:45 SN:NC026765, valued at $250.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026604:** CANIK55 TP-9DA PISTOL CAL:9 SN:T6472-21BJ00688, valued at $300.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026605:** TAURUS PT140 PRO PISTOL CAL:40 SN:SD081056, valued at $200.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026606:** TAURUS INTERNATIONAL TCP PISTOL CAL:380 SN:80497D, valued at $145.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026608:** GLOCK GMBH 21 PISTOL CAL:45 SN:KYV466, valued at $500.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026609:** BLACK METAL SILENCER UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $400.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026611:** KELTEC, CNC INDUSTRIES, INC. KSG SHOTGUN CAL:12 SN:XXCC54, valued at $600.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026612:** UNKNOWN MANUFACTURER UNKNOWN SHOTGUN CAL:UNKNOWN SN:9475, valued at $100.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026613:** REMINGTON ARMS COMPANY, INC. 700 RIFLE CAL:30-06 SN:G6549994, valued at $600.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026615:** HIGH STANDARD 10 SHOTGUN CAL:UNKNOWN SN:NONE, valued at $100.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026617:** BROWNING SWEET SIXTEEN SHOTGUN CAL:16 SN:79683, valued at $800.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026618:** CENTURY ARMS INTERNATIONAL UNKNOWN SHOTGUN CAL:UNKNOWN SN:014697, valued at $100.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026619:** THOMPSON MACHINE AR45 RIFLE CAL:45 SN:KM4018, valued at $1,500.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

## WESTERN DISTRICT OF OKLAHOMA

**23-ATF-026619 - (Continued from previous page)** 924(d).

**23-ATF-026621:** HIPOINT (STRASSELL'S MACHINE INC.) 995 RIFLE CAL:9 SN:E38438, valued at $100.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026622:** BLACK RAIN ORDNANCE INC. FALLOUT 10 RIFLE CAL:MULTI SN:SL003392, valued at $700.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026624:** EXTAR, LLC, EXP556 PISTOL CAL:556 SN:EP06868, valued at $250.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026625:** ROMARM/CUGIR GP WASR 10/63 RIFLE CAL:762 SN:AH0225, valued at $900.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026641:** TWO RIVER ARMS LLC TABUK RIFLE CAL:762 SN:RB0464, valued at $100.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026642:** ANDERSON MANUFACTURING AM-15 RIFLE CAL:223 SN:14097343, valued at $450.00, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026643:** 37 Rounds ASSORTED Ammunition CAL:38, Serial No. NULL, valued at $3.70, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026644:** 153 Rounds ASSORTED Ammunition CAL:9, Serial No. NULL, valued at $15.30, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026645:** 23 Rounds ASSORTED Ammunition CAL:308, Serial No. NULL, valued at $2.30, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026646:** 82 Rounds ASSORTED Ammunition CAL:762, Serial No. NULL, valued at $8.20, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026647:** 59 Rounds ASSORTED Ammunition CAL:762, Serial No. NULL, valued at $5.90, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026648:** 6 Rounds ASSORTED Ammunition CAL:357, Serial No. NULL, valued at $0.60, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026649:** 234 Rounds ASSORTED Ammunition CAL:45, Serial No. NULL, valued at $23.40, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026650:** 48 Rounds ASSORTED Ammunition CAL:357, Serial No. NULL, valued at $4.80, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026651:** 66 Rounds ASSORTED Ammunition CAL:223, Serial No. NULL, valued at $6.60, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

## WESTERN DISTRICT OF OKLAHOMA
**23-ATF-026651 - (Continued from previous page)** 924(d).
**23-ATF-026652:** 47 Rounds ASSORTED Ammunition CAL:380, Serial No. NULL, valued at $4.70, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026653:** 173 Rounds ASSORTED Ammunition CAL:22, Serial No. NULL, valued at $17.30, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026654:** 22 Rounds ASSORTED Ammunition CAL:12, Serial No. NULL, valued at $2.20, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026655:** 267 Rounds ASSORTED Ammunition CAL:40, Serial No. NULL, valued at $26.70, seized by the ATF on June 09, 2023 from Cordero HARVEY in OKLAHOMA CITY, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

## DISTRICT OF SOUTH CAROLINA

**23-ATF-025639:** Romarm/Cugir STG-2000C Rifle CAL:762 SN:G215807RO, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025641:** SUN CITY MACHINERY CO., LTD Stevens 320 Shotgun CAL:12 SN:172966D, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025642:** PALMETTO STATE ARMORY M16A2 Rifle CAL:556 SN:804953, valued at $300.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025643:** MOSSBERG 500A Shotgun CAL:12 SN:R986549, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025645:** Zastava Unknown Rifle CAL:Unknown SN:353068, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025646:** BLACK ACES TACTICAL Pro Series S Shotgun CAL:12 SN:20-PSM13590, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025647:** SMITH & WESSON M&P 15-22 Rifle CAL:22 SN:DFH2684, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025648:** CBC (COMPANHIA BRAZILIERA DE CARTUCHOS) SB Shotgun CAL:12 SN:252749, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025649:** PALMETTO STATE ARMORY PA-15 Rifle CAL:Multi SN:PA146873, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025650:** 30 Rounds Unknown Ammunition CAL:223, valued at $3.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025651:** Savage Axis Rifle CAL:65 SN:N585579, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025652:** TAURUS INTERNATIONAL 62 Rifle CAL:22 SN:TE7180, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025655:** Lefever Nitro Special Shotgun CAL:12 SN:148232, valued at $100.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025656:** NORINCO (NORTH CHINA INDUSTRIES) NHM91 Rifle CAL:762 SN:9404648, valued at $300.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025657:** MASTERPIECE ARMS DEFENDER Pistol CAL:9 SN:FX26616, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025662:** MAVERICK ARMS (EAGLE PASS, TX) 88 Shotgun CAL:12 SN:MV37795H, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025663:** Zastava 59/66 Rifle CAL:762 SN:G183526, valued at $300.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025664:** NORINCO (NORTH CHINA INDUSTRIES) SKS Rifle CAL:762 SN:1720865, valued at $300.00,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/29/2023

## DISTRICT OF SOUTH CAROLINA

**23-ATF-025664 - (Continued from previous page)**
seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025665:** MMC ARMORY (MENNIE MACHINE COMPANY, INC) MA-15 Rifle CAL:Multi SN:A00560, valued at $300.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025666:** SAVAGE ARMS INC. (CD) A22 Rifle CAL:22 SN:4026979, valued at $300.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025668:** SAVAGE ARMS INC. (CD) 93R17 Rifle CAL:17 SN:3352165, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025670:** SPRINGFIELD ARMORY,GENESEO,IL SAINT Rifle CAL:556 SN:ST464971, valued at $500.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025671:** Mossberg 500A Shotgun CAL:12 SN:P710058, valued at $200.00, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025673:** 158 Rounds Assorted Ammunition CAL:Multi, valued at $15.80, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025674:** 3 Rounds WINCHESTER-WESTERN Ammunition CAL:22, valued at $0.30, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-025676:** 3 Rounds SELLIER & BELLOT Ammunition CAL:65, valued at $0.30, seized by the ATF on June 29, 2023 from Christopher Huntington in Lexington, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026698:** Glock GMBH 19X Pistol CAL:9 SN:BSPN502, valued at $600.00, seized by the ATF on June 28, 2023 from Tyrek Carroway in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026699:** 13 Rounds Fiocchi Ammunition CAL:9, valued at $1.30, seized by the ATF on June 28, 2023 from Tyrek Carroway in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

## NORTHERN DISTRICT OF TEXAS

**23-ATF-022688:** BENELLI, S. PA. M4 SHOTGUN CAL:12 SN:Y089567L16, valued at $750.00, seized by the ATF on May 12, 2023 from Jerry JOHNSON in Waxahachie, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022701:** BENELLI, S. PA. M4 SHOTGUN CAL:12 SN:Y089589S16, valued at $750.00, seized by the ATF on May 12, 2023 from Jerry JOHNSON in Waxahachie, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022709:** MOSSBERG 500A SHOTGUN CAL:12 SN:R222499, valued at $750.00, seized by the ATF on May 12, 2023 from Jerry JOHNSON in Waxahachie, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022712:** AMERICAN TACTICAL IMPORTS -ATI OMNI HYBRID PISTOL CAL:556 SN:NS016792, valued at $750.00, seized by the ATF on May 12, 2023 from Jerry JOHNSON in Waxahachie, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022732:** MASTERPIECE ARMS MPA10SST PISTOL CAL:45 SN:A10742, valued at $750.00, seized by the ATF on May 12, 2023 from Jerry JOHNSON in Waxahachie, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022744:** SIG-SAUER P250 PISTOL CAL:UNKNOWN SN:EAK18041, valued at $750.00, seized by the ATF on May 12, 2023 from Jerry JOHNSON in Waxahachie, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022878:** ROSSI M885 REVOLVER CAL:38 SN:W164881, valued at $250.00, seized by the ATF on May 12, 2023 from Jerry JOHNSON in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022886:** COLT DETECTIVE SPECIAL REVOLVER CAL:38 SN:F50056D, valued at $250.00, seized by the ATF on May 12, 2023 from Jerry JOHNSON in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-022894:** ROSSI M971 REVOLVER CAL:357 SN:FT626811,, valued at $550.00, seized by the ATF on May 12, 2023 from Jerry JOHNSON in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026357:** BARRETT FIREARMS MFG CO, 82A1 RIFLE CAL:50 BMG SN:AA015949, valued at $10,000.00, seized by the ATF on June 03, 2023 from Aurelio Diaz in Farmers Brach, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026359:** FNH USA, LLC M249S RIFLE CAL:556 SN:M249SA06474, valued at $11,000.00, seized by the ATF on June 03, 2023 from James Jackson in Farmers Brach, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026368:** BERETTA USA CORP APX PISTOL CAL:40 SN:A001035Y, valued at $250.00, seized by the ATF on June 03, 2023 from Raymundo Ferretiz in Addison, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026371:** 15 Rounds SPEER Ammunition CAL:40, Serial No. NULL, valued at $1.50, seized by the ATF on June 03, 2023 from Raymundo Ferretiz in Addison, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026433:** TISAS - TRABZON GUN INDUSTRY CORP 1911 DUTY B45R PISTOL CAL:45 SN:T0620-23AK02493, valued at $500.00, seized by the ATF on June 30, 2023 from Jose AGUILAR in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026434:** ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM) M1911-A1 PISTOL CAL:45 SN:RIA2632143, valued at $560.00, seized by the ATF on June 30, 2023 from Jose AGUILAR in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026435:** SPRINGFIELD ARMORY,GENESEO,IL, EMP PISTOL CAL:9 SN:88922, valued at $800.00, seized by the ATF on June 30, 2023 from Jose AGUILAR in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026436:** MOSSBERG Shockwave Shotgun CAL:UNKNOWN SN:V183C039, valued at $400.00, seized by the ATF on June 30, 2023 from Jose AGUILAR in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026437:** ROMARM/CUGIR MINI DRACO PISTOL CAL:762 SN:ROA23PG-9679, valued at $950.00, seized by the ATF on June 30, 2023 from Jose AGUILAR in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026438:** Kalishnakov USA Khaos PISTOL CAL:12 SN:K12001606, valued at $1,000.00, seized by the ATF

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

**NORTHERN DISTRICT OF TEXAS**

**23-ATF-026438 - (Continued from previous page)**
on June 30, 2023 from Jose AGUILAR in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026439:** UNKNOWN UNKNOWN PISTOL CAL:UNKOWN SN:RON2212676, valued at $950.00, seized by the ATF on June 30, 2023 from Jose AGUILAR in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026440:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7138898, valued at $700.00, seized by the ATF on June 30, 2023 from Jose AGUILAR in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026441:** UNKNOWN MANUFACTURER UNKNOWN PISTOL CAL:UNKNOWN SN:RON2212583, valued at $950.00, seized by the ATF on June 30, 2023 from Jose AGUILAR in Farmers Branch, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026711:** HECKLER AND KOCH VP9 PISTOL CAL:9 SN:224-112377, valued at $300.00, seized by the ATF on June 27, 2023 from David Gutierrez in Rowlett, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026713:** 15 Rounds WINCHESTER-WESTERN Ammunition CAL:9, Serial No. NULL, valued at $1.50, seized by the ATF on June 27, 2023 from David Gutierrez in Rowlett, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026763:** RG INDUSTRIES RG14 REVOLVER CAL:22 SN:226540, valued at $200.00, seized by the ATF on May 26, 2023 from Clifton NEWELL in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026765:** 5 Rounds ASSORTED Ammunition CAL:22, Serial No. NULL, valued at $0.50, seized by the ATF on May 26, 2023 from Clifton NEWELL in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026766:** YILDIZ SHOTGUN IND. UNKNOWN SHOTGUN CAL:UNKNOWN SN:NONE, valued at $200.00, seized by the ATF on May 26, 2023 from Clifton NEWELL in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026885:** GLOCK GMBH 27 PISTOL CAL:40 SN:CACB244, valued at $400.00, seized by the ATF on June 22, 2023 from Jay Navarro in Mesquite, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026887:** 6 Rounds PPU Ammunition CAL:40, Serial No. NULL, valued at $0.60, seized by the ATF on June 22, 2023 from Jay Navarro in Mesquite, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**SOUTHERN DISTRICT OF TEXAS**

**23-ATF-026631:** Taurus G3C Pistol CAL:9 SN:ACL487731, valued at $300.00, seized by the ATF on July 14, 2023 from Armando Morales-Flores in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**23-ATF-026632:** 11 Rounds Federal Ammunition CAL:9, Serial No. Unknown, valued at $1.10, seized by the ATF on July 14, 2023 from Armando Morales-Flores in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

Page 189 of 191

255

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 24, 2023

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

## WESTERN DISTRICT OF TEXAS

**23-ATF-026400:** RUGER LC9S PISTOL CAL:9 SN:328-67798, valued at $200.00, seized by the ATF on June 27, 2023 from Bradley BISHOP in Midland, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026402:** SMITH & WESSON M&P 40 PISTOL CAL:40 SN:HTC6753, valued at $200.00, seized by the ATF on June 27, 2023 from Bradley BISHOP in Midland, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026403:** ISRAEL WEAPON IND- IWI (ISRAEL MILITARY IND- IMI) DESERT EAGLE PISTOL CAL:44 SN:DK0013909, valued at $700.00, seized by the ATF on June 27, 2023 from Bradley BISHOP in Midland, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026405:** SMITH & WESSON 66 REVOLVER CAL:357 SN:AYW9429, valued at $200.00, seized by the ATF on June 27, 2023 from Bradley BISHOP in Midland, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026406:** F.LLI PIETTA, FABRICA D'ARMI 1873 REVOLVER CAL:357 SN:E141195, valued at $200.00, seized by the ATF on June 27, 2023 from Bradley BISHOP in Midland, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026408:** BERSA THUNDER 380 PISTOL CAL:380 SN:D65593, valued at $200.00, seized by the ATF on June 27, 2023 from Bradley BISHOP in Midland, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026409:** 8 Rounds OTHER Ammunition CAL:380, Serial No. NULL, valued at $0.80, seized by the ATF on June 27, 2023 from Bradley BISHOP in Midland, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026412:** TAURUS INTERNATIONAL 605 REVOLVER CAL:357 SN:NK87428, valued at $200.00, seized by the ATF on June 27, 2023 from Bradley BISHOP in Midland, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026413:** 5 Rounds EL DORADO - PMC Ammunition CAL:38, Serial No. NULL, valued at $0.50, seized by the ATF on June 27, 2023 from Bradley BISHOP in Midland, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026634:** Barrett Firearms MFG Co. M107A1 Rifle CAL:50 BMG SN:AE008061, valued at $11,300.00, seized by the ATF on July 13, 2023 from Lashonda Young in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026636:** Ruger American Pistol Pistol CAL:45 SN:86140237, valued at $250.00, seized by the ATF on July 13, 2023 from Roderick Roddy in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026638:** 10 Rounds Federal Ammunition CAL:45, Serial No. Unknown, valued at $1.00, seized by the ATF on July 13, 2023 from Roderick Roddy in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026639:** Smith & Wesson M&P 40 Shield Pistol CAL:40 SN:JDD0985, valued at $250.00, seized by the ATF on July 13, 2023 from Roderick Roddy in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026640:** 7 Rounds Unknown Manufacturer Ammunition CAL:40, Serial No. Unknown, valued at $0.70, seized by the ATF on July 13, 2023 from Roderick Roddy in San Antonio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

## WESTERN DISTRICT OF VIRGINIA

**23-ATF-026080:** Taurus G2C Pistol CAL:9 SN:TMR74477, valued at $100.00, seized by the ATF on June 30, 2023 from Aaron VANCE in Roanoke, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026085:** 24 Rounds Assorted Ammunition CAL:9, Serial No. Unknown, valued at $2.40, seized by the ATF on June 30, 2023 from Aaron VANCE in Roanoke, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026086:** 21 Rounds Assorted Ammunition CAL:22, Serial No. Unknown, valued at $2.10, seized by the ATF on June 30, 2023 from Aaron VANCE in Roanoke, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-026087:** Walther P22 Pistol CAL:22 SN:WA277118, valued at $100.00, seized by the ATF on June 30, 2023 from Aaron VANCE in Roanoke, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/29/2023**

## DISTRICT OF VERMONT

**23-ATF-027004:** RUGER EC9S Pistol CAL:9 SN:462-21978, valued at $100.00, seized by the ATF on June 30, 2023 from Melinda MORGAN and Dale TAYLOR in Brattleboro, VT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027007:** SMITH & WESSON SW40VE Pistol CAL:40 SN:PBM8091, valued at $200.00, seized by the ATF on June 30, 2023 from Melinda MORGAN and Dale TAYLOR in Brattleboro, VT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027008:** 7 Rounds WINCHESTER-WESTERN Ammunition CAL:9, Serial No. Unknown, valued at $0.70, seized by the ATF on June 30, 2023 from Melinda MORGAN and Dale TAYLOR in Brattleboro, VT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-027010:** 10 Rounds HORNADY Ammunition CAL:40, Serial No. Unknown, valued at $1.00, seized by the ATF on June 30, 2023 from Melinda MORGAN and Dale TAYLOR in Brattleboro, VT for forfeiture pursuant to 18 U.S.C. Section 924(d).

## NORTHERN DISTRICT OF WEST VIRGINIA

**23-ATF-025854:** TAURUS PT111 MILLENNIUM G2 PISTOL CAL:9 SN:TKY14563, valued at $250.00, seized by the ATF on June 11, 2023 from Michael Scott in Morgantown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025855:** 12 Rounds ASSORTED Ammunition CAL:9, valued at $1.20, seized by the ATF on June 11, 2023 from Michael Scott in Morgantown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025857:** HASKELL (MFGR) JHP PISTOL CAL:45 SN:X42627, valued at $150.00, seized by the ATF on June 11, 2023 from Michael Scott in Morgantown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025858:** 7 Rounds ASSORTED Ammunition CAL:45, valued at $0.70, seized by the ATF on June 11, 2023 from Michael Scott in Morgantown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025859:** 1 Rounds ASSORTED Ammunition CAL:40, valued at $0.10, seized by the ATF on June 11, 2023 from Phineas Chaplin in Morgantown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025860:** GLOCK GMBH 22 PISTOL CAL:40 SN:XHR494, valued at $450.00, seized by the ATF on June 11, 2023 from Phineas Chaplin in Morgantown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025862:** 11 Rounds CCI Ammunition CAL:40, valued at $1.10, seized by the ATF on June 11, 2023 from Phineas Chaplin in Morgantown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025866:** RUGER LCP PISTOL CAL:380 SN:371-876366, valued at $250.00, seized by the ATF on June 11, 2023 from Michael Scott in Morgantown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025868:** HS PRODUKT (IM METAL) XDS PISTOL CAL:9 SN:XS909828, valued at $400.00, seized by the ATF on June 11, 2023 from Michael Scott in Morgantown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025873:** 3 Rounds CCI Ammunition CAL:9, valued at $0.30, seized by the ATF on June 11, 2023 from Michael Scott in Morgantown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025875:** 45 Rounds ASSORTED Ammunition CAL:9, valued at $4.50, seized by the ATF on June 11, 2023 from Michael Scott in Morgantown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**23-ATF-025881:** 1 Component ASSORTED Ammunition CAL:40, valued at $0.02, seized by the ATF on June 11, 2023 from Phineas Chaplin in Morgantown, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]