# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORTH WORTH DIVISION

|  |  |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>        Defendants. | Case No. 4:23-cv-00830-O |

## JOINT MOTION FOR EXTENSION OF TIME

On August 15, 2023, Plaintiffs filed a motion for a preliminary injunction. ECF No. 22. At the parties' request, the Court ordered that Defendants file their response to this motion by September 5, 2023, and that Plaintiffs file a rely by September 19, 2023. ECF No. 26. On August 30, 2023, the Court issued an order and opinion granting Plaintiffs' motion for a temporary restraining order. ECF No. 36. The temporary restraining order applies until the earlier of September 27, 2023, or until such time that the Court rules on Plaintiffs' Motion for Preliminary Injunction. *Id.* at 26–27. Because the opinion granting the temporary restraining order addresses many of the same issues that will be addressed in Defendants' response to the motion for a preliminary injunction, Defendants request a three-day extension of time to submit that response. The parties agree also to extend Plaintiffs' reply deadline by three days, and the parties stipulate, under Federal Rule of Civil Procedure 65(b)(2), that the temporary restraining order shall

apply until the earlier of September 30, 2023, or until such time that the Court rules on Plaintiffs' Motion for Preliminary Injunction.[1] A proposed order is attached.

DATED: August 31, 2023                    Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney General

                                          BRIGHAM J. BOWEN
                                          Assistant Branch Director

                                          /s/ Michael P. Clendenen
                                          MICHAEL P. CLENDENEN
                                          Trial Attorney
                                          Civil Division, Federal Programs Branch
                                          U.S. Department of Justice
                                          1100 L Street, NW
                                          Washington, DC 20005
                                          Phone:  (202) 305-0693
                                          E-mail:  michael.p.clendenen@usdoj.gov

                                          Counsel for Defendants


                                          /s/ Whitney A. Davis
                                          Whitney A. Davis
                                           (TX Bar No. 24084843)
                                          Benjamin Sley (TX Bar No. 18500300)
                                          EGGLESTON KING DAVIS, LLP
                                          102 Houston Avenue
                                          Suite 300
                                          Weatherford, TX 76086
                                          Telephone: (703) 748-2266
                                          whit@ekdlaw.com
                                          ben@ekdlaw.com

                                          David A. Warrington*

---

[1] Defendants do not concede any of the issues addressed in the temporary restraining order in stipulating to this extension.

Jonathan M. Shaw*
Gary M. Lawkowski*
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: (703) 748-2266
Facsimile: (415) 520-6593
dwarrington@dhillonlaw.com
jshaw@dhillonlaw.com
glawkowski@dhillonlaw.com

ATTORNEYS FOR PLAINTIFFS

Glenn Bellamy*
WOOD HERRON & EVANS
600 Vine Street Suite 2800
Cincinnati, OH 45202
Telephone:  513-707-0243
gbellamy@whe-law.com

ATTORNEY FOR PLAINTIFF
NATIONAL ASSOCIATION OF GUN
RIGHTS, INC.

*Admitted pro hac vice

**Certificate of Service**

On August 31, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Michael P. Clendenen*