IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>   Defendants. | Case No. 4:23-cv-00830-O |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

  Before the Court is the parties' Joint Motion for Extension of Time (ECF No. 37). After due consideration of this proposal, and the applicable law, the Court finds the motion to be meritorious.

  It is therefore ORDERED that the Joint Motion for Extension of Time is GRANTED. It is hereby ORDERED that:

1. Defendants shall file their Response to Plaintiffs' Motion for a Preliminary Injunction on or before September 8, 2023.

2. Plaintiffs shall file their Reply in Support of the Motion for a Preliminary Injunction on or before September 22, 2023.

3. By stipulation of the parties, the Court's temporary restraining order entered August 30, 2023 (ECF No. 36) shall expire on September 30, 2023, or

on the date the Court issues its ruling on the preliminary injunction motion, whichever is earlier.

**SO ORDERED**.

_____, 2023

_____
Reed O'Connor
United States District Judge