UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:23-cv-00830-O |
| v. | § § | |
| MERRICK GARLAND, *et al.*, | § § § | |
| Defendants. | § § § | |

### ORDER

Before the Court is the parties' Joint Motion for Extension of Time (ECF No. 37), filed on August 31, 2023. After due consideration, the Court finds the parties' proposed modifications to the briefing schedule to be appropriate. Therefore, the Court **GRANTS** the Joint Motion for Extension and **ORDERS** as follows:

1. Defendants shall file their response to the Motion for a Preliminary Injunction by **September 8, 2023**.

2. Plaintiffs shall file their reply in support of the Motion for a Preliminary Injunction by **September 22, 2023**.

3. By stipulation of the parties, the Court's temporary restraining order entered on August 30, 2023 (ECF No. 36) shall expire on **September 30, 2023** or on the date the Court issues its ruling on the preliminary injunction motion, whichever is earlier.

**SO ORDERED** this **31st day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE