Table of Contents
*National Association for Gun Rights, et al. v. Garland*, No. 4:23-cv-00830 (N.D. Tex.)

| **Document** | **Page Number** |
|---|---|
| ATF Ruling 2006-2: Definition of Machinegun Dated 12/13/06 | 1 |
| ATF classification of the 3MR trigger assembly 3311/301071, dated 10/31/13, and classification request dated 6/24/13 | 4 |
| ATF classification of the AR 1 trigger system 3311/307385, dated 8/28/18, and classification request dated 8/9/17 | 81 |
| ATF Firearms Technology Criminal Branch Report of Technical Examination re: Rare Breed Triggers model FRT-15, dated 7/15/21 | 107 |
| ATF Firearms Technology Criminal Branch Report of Technical Examination re: Wide Open Trigger, dated 10/20/21 | 173 |
| ATF Firearms Technology Criminal Branch Report of Technical Examination re: Wide Open Triggers, dated 1/23/23 | 188 |
| ATF Firearms Technology Criminal Branch Report of Technical Examination re: Rare Breed Triggers model FRT-15, dated 4/27/23 | 232 |
| Cease and Desist Letter from ATF Special Agent in Charge (SAC), Tampa Field Division, Craig Saier to Kevin Maxwell re: Rare Breed Triggers, dated 7/26/21 | 289 |
| Letter from Kevin Maxwell to SAC Saier re: Rare Breed Triggers, FRT-15, dated 11/2/21, with attachments | 291 |
| Cease and Desist Letter from ATF SAC, Denver Field Division, David Booth, to 3rd Gen Machine, Inc re: Rare Breed Triggers, FRT-15, dated 1/12/22 | 323 |
| ATF Open Letter to All Federal Firearms Licensees, dated 3/22/22 | 326 |