IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

## NOTICE OF FILING VIA MAIL

Defendants hereby notify the Court that, in support of their Opposition to Plaintiffs' Motion for a Preliminary Injunction, Defendants have submitted via mail to the Clerk of Court a thumb drive containing two video files. Attached to this notice is a declaration of Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Chief of Firearms Technology Industry Services Branch, Daniel Hoffman, describing these video files.

DATED: September 8, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Alexander W. Resar
ALEXANDER W. RESAR
LAURA B. BAKST
MICHAEL P. CLENDENEN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone:  (202) 616-8188
E-mail:  alexander.w.resar@usdoj.gov

*Counsel for Defendants*

## Certificate of Service

On September 8, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Alexander W. Resar