UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, | § § § § § § § § § § § § | Civil Action No. 4:23-cv-00830-O |
| Plaintiffs, | | |
| v. | | |
| MERRICK GARLAND, *et al.*, | | |
| Defendants. | | |

## ORDER

Before the Court are Plaintiffs' Motion for Preliminary Injunction (ECF No. 22), filed on August 15, 2023, and Defendants' Response (ECF No. 39), filed on September 8, 2023. The Court **ORDERS** counsel for the parties to appear for an in-person hearing on **Monday, September 25, 2023 at 9:00 a.m.** in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas.** The parties themselves are not required to attend the hearing. During the hearing, each side is permitted one expert to testify about the mechanics of the device at issue in this case: a forced reset trigger. Testimony should include descriptions of (1) why a forced rest trigger does or does not meet the statutory definition of "machinegun" in the National Firearms Act of 1934, 26 U.S.C. § 5845(b), and the Gun Control Act of 1968, 18 U.S.C. § 921(a)(24), as well as (2) how the regulation at issue here, 27 C.F.R § 479.11 (2018), aligns with the statutory definition.

**SO ORDERED** on this **8th day** of **September, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1