IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

## JOINT MOTION TO RESCHEDULE HEARING

On August 15, 2023, Plaintiffs filed a motion for a preliminary injunction. ECF No. 22. On August 30, 2023, the Court issued an order and opinion granting Plaintiffs' motion for a temporary restraining order, ECF No. 36, which was modified by stipulation of the parties, ECF No. 38. The temporary restraining order applies until the earlier of September 30, 2023, or until such time that the Court rules on Plaintiffs' Motion for Preliminary Injunction. *Id.* at 26–27. The Court has ordered an in-person hearing on the motion for a preliminary injunction scheduled for Monday, September 25, 2023, at 9:00 a.m. in the Second Floor Courtroom, 501 W. 10th Street, Forth Worth, Texas. ECF No. 42. The parties respectfully request that the Court reschedule this hearing for Monday, October 2, 2023, at 9:00 a.m. in order to accommodate conflicts with participating attorneys, including the Yom Kippur holiday on September 25 and previously planned international travel. The parties stipulate, under Federal Rule of Civil Procedure 65(b)(2),

1

that the temporary restraining order shall apply until the earlier of October 7, 2023, or until such time that the Court rules on Plaintiffs' Motion for Preliminary Injunction.[1] A proposed order is attached.

DATED: September 13, 2023            Respectfully submitted,

                                     BRIAN M. BOYNTON
                                     Principal Deputy Assistant Attorney General

                                     BRIGHAM J. BOWEN
                                     Assistant Branch Director

                                     /s/ Michael P. Clendenen
                                     MICHAEL P. CLENDENEN
                                     Trial Attorney
                                     Civil Division, Federal Programs Branch
                                     U.S. Department of Justice
                                     1100 L Street, NW
                                     Washington, DC 20005
                                     Phone:  (202) 305-0693
                                     E-mail:  michael.p.clendenen@usdoj.gov

                                     Counsel for Defendants


                                     /s/ Whitney A. Davis
                                     Whitney A. Davis
                                      (TX Bar No. 24084843)
                                     Benjamin Sley (TX Bar No. 18500300)
                                     EGGLESTON KING DAVIS, LLP
                                     102 Houston Avenue
                                     Suite 300
                                     Weatherford, TX 76086
                                     Telephone: (703) 748-2266
                                     whit@ekdlaw.com
                                     ben@ekdlaw.com

                                     David A. Warrington*

---

[1] Defendants do not concede any of the issues addressed in the temporary restraining order in stipulating to this extension.

Jonathan M. Shaw*
Gary M. Lawkowski*
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: (703) 748-2266
Facsimile: (415) 520-6593
dwarrington@dhillonlaw.com
jshaw@dhillonlaw.com
glawkowski@dhillonlaw.com

ATTORNEYS FOR PLAINTIFFS

Glenn Bellamy*
WOOD HERRON & EVANS
600 Vine Street Suite 2800
Cincinnati, OH 45202
Telephone:  513-707-0243
gbellamy@whe-law.com

ATTORNEY FOR PLAINTIFF
NATIONAL ASSOCIATION OF GUN
RIGHTS, INC.

*Admitted pro hac vice

## Certificate of Service

On September 13, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Michael P. Clendenen*