IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO RESCHEDULE HEARING**

Before the Court is the parties' Joint Motion to Reschedule Hearing (ECF No. 43). After due consideration of this proposal, and the applicable law, the Court finds the motion to be meritorious.

It is therefore ORDERED that the Joint Motion to Reschedule Hearing is GRANTED. It is hereby ORDERED that:

1. The hearing on Plaintiffs' Motion for Preliminary Injunction previously scheduled on Monday, September 25, 2023 (ECF No. 42) shall be held on Monday, October 2, 2023, at 9:00 a.m. in the Second Floor Courtroom, 501 W. 10th Street, Fort Worth, Texas.

2. By stipulation of the parties, the Court's temporary restraining order entered August 30, 2023 (ECF No. 36) shall expire on October 7, 2023, or on

the date the Court issues its ruling on the preliminary injunction motion, whichever is earlier.

**SO ORDERED**.

_____, 2023

_____
Reed O'Connor
United States District Judge