UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, | § § § § | |
| **Plaintiffs,** | § § | Civil Action No. 4:23-cv-00830-O |
| v. | § § | |
| MERRICK GARLAND, *et al.*, | § § § | |
| **Defendants.** | § § | |

## ORDER

Before the Court is the parties' Joint Motion to Reschedule Hearing (ECF No. 43), filed on September 13, 2023. After due consideration, the Court finds good cause to grant the motion. Accordingly, it is hereby **ORDERED** that:

1. The hearing on Plaintiffs' Motion for Preliminary Injunction, previously scheduled for Monday, September 25, 2023 (ECF No. 42), shall be reset for **Monday, October 2, 2023, at 9:00 a.m.** in the Second Floor Courtroom, 501 W. 10th Street, Fort Worth, Texas.

2. By stipulation of the parties, the Court's temporary restraining order entered on August 30, 2023 (ECF No. 36) shall expire on **October 7, 2023** or on the date the Court issues its ruling on the preliminary injunction motion, whichever is earlier.

**SO ORDERED** this **14th day** of **September, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE