IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

**PLAINTIFFS' UNOPPOSED MOTION FOR PERMISSION TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 22) IN EXCESS OF 10 PAGES**

Pursuant to Civil Local Rule 7.2(c) of the United States District Court for the Northern District of Texas, Plaintiffs respectfully request permission to file a Reply Brief in Support of their Motion for Preliminary Injunction (ECF No. 22) in excess of 10 pages. This Motion is unopposed by Defendants. Plaintiffs are seeking this permission as the nature of this case regarding both the issues on the merits and procedural issues are such that in order to fully respond to Defendants' Response Brief (ECF No. 39), the increase is necessary.

Date: September 18, 2023.                            Respectfully submitted,

/s/ Whitney A. Davis
Whitney A. Davis (TX Bar No. 24084843)
Benjamin Sley (TX Bar No. 18500300)
EGGLESTON KING DAVIS, LLP
102 Houston Avenue
Suite 300
Weatherford, TX 76086
Telephone: (703) 748-2266
whit@ekdlaw.com
ben@ekdlaw.com

1

David A. Warrington\*
Jonathan M. Shaw\*
Gary M. Lawkowski\*
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: (703) 748-2266
Facsimile: (415) 520-6593
dwarrington@dhillonlaw.com
jshaw@dhillonlaw.com
glawkowski@dhillonlaw.com
ATTORNEYS FOR PLAINTIFFS
*Admitted pro hac vice*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a) and (b), a conference was held by telephone on September 18, 2023, between Mr. Benjamin Sley, a counsel for Plaintiffs, and Mr. Michael Clendenen, U.S. Department of Justice, Trial Counsel for Defendants. This Motion is unopposed.

Date: September 18, 2023.

Respectfully submitted,

/s/ Whitney A. Davis
Whitney A. Davis (TX Bar No. 24084843)
Benjamin Sley (TX Bar No. 18500300)
EGGLESTON KING DAVIS, LLP
102 Houston Avenue, Suite 300
Weatherford, TX 76086
Telephone: (703) 748-2266
whit@ekdlaw.com
ben@ekdlaw.com

David A. Warrington\*
Jonathan M. Shaw\*
Gary M. Lawkowski\*
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: (703) 748-2266
Facsimile: (415) 520-6593
dwarrington@dhillonlaw.com
jshaw@dhillonlaw.com
glawkowski@dhillonlaw.com
ATTORNEYS FOR PLAINTIFFS
*Admitted pro hac vice*