IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., ET AL., <br><br> Plaintiffs, <br> v. <br><br> MERRICK GARLAND, <br> IN HIS OFFICIAL CAPACITY AS <br> ATTORNEY GENERAL <br> OF THE UNITED STATES, ET AL, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Unopposed Motion, (ECF No. 45), for Permission to File Reply Brief in Support of its Motion for Preliminary Injunction (ECF No. 22) in Excess of 10 pages, filed on September 18, 2023. After due consideration, the Court finds good cause to grant the motion. Accordingly, it is hereby **ORDERED** that Permission is Granted to Plaintiffs to exceed the 10-page limitation for its Reply Brief in Support of its Motion for Preliminary Injunction.

**SO ORDERED** this ____ day of **September, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**