UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § §  Civil Action No. 4:23-cv-00830-O |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Permission to File Reply in Excess of Page Limit (ECF No. 45), filed September 18, 2023. Noting the motion is unopposed and finding good cause, the Court **GRANTS** the motion for leave to file an overlength reply brief.

**SO ORDERED** this **18th day** of **September, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE