UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § §  Civil Action No. 4:23-cv-00830-O |

## ORDER

An in-person hearing on Plaintiffs' Motion for Preliminary Injunction is currently set for **Monday, October 2, 2023 at 9:00 a.m.** in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas.** During the hearing, each side will be permitted one witness to testify about the mechanics of the device at issue in this case: a forced reset trigger. Additionally, each side will be allotted a total of one hour and thirty minutes.

**SO ORDERED** on this **29th day** of **September, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1