# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

**[PROPOSED] ORDER GRANTING MOTION TO STAY DEADLINE TO RESPOND TO COMPLAINT**

Before the Court is Defendants' Motion to Stay Deadline to Respond to Complaint (ECF No. 52). After due consideration of this proposal, and the applicable law, the Court finds the motion to be meritorious.

It is therefore ORDERED that the Motion to Stay Deadline to Respond to Complaint is GRANTED. It is hereby ORDERED that Defendants' current deadline to file an answer or otherwise respond to the Complaint is stayed. Defendants shall file an answer or otherwise respond to the Complaint no later than 21 days after the Court issues a decision on Plaintiffs' Motion for Preliminary Injunction (ECF No. 22).

**SO ORDERED**.

_____, 2023

_____

                                                        Reed O'Connor
                                                        United States District Judge