IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, | § § § § § | |
| Plaintiffs, | § | Civil Action No. 4:23-cv-00830-O |
| v. | § § | |
| MERRICK GARLAND, *et al.*, | § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is Defendants' Motion to Stay Deadline to Respond to Complaint (ECF No. 52), filed October 6, 2023. Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is October 10, 2023. *Id.* at 1. Defendants seek an extension of this deadline until twenty-one days after the Court's ruling on Plaintiffs' Motion for Preliminary Injunction (ECF No. 22). *Id.* Plaintiffs are opposed to the extension. *Id.* at 2. However, the Court finds good cause and **GRANTS** the motion. Therefore, Defendants **SHALL** file their answer or other responsive pleading **by October 28, 2023**.

SO ORDERED on this **8th day** of **October, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1