# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO STAY DEADLINE TO RESPOND TO COMPLAINT

Before the Court is Defendants' Unopposed Motion to Stay Deadline to Respond to Complaint (ECF No. 58). After due consideration of this proposal, and the applicable law, the Court finds the motion to be meritorious.

It is therefore ORDERED that the Motion to Stay Deadline to Respond to Complaint is GRANTED. It is hereby ORDERED that Defendants' current deadline to file an answer or otherwise respond to the Complaint is stayed.

**SO ORDERED**.

_____, 2023

_____
Reed O'Connor
United States District Judge