IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § Civil Action No. 4:23-cv-00830-O |

## ORDER

Before the Court is Defendants' Motion to Stay Deadline to Respond to Complaint (ECF No. 58), filed October 25, 2023. Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is October 28, 2023. *Id.* at 1. Defendants seek a stay of this deadline until after the Court issues a decision on the forthcoming cross-motions for summary judgment. *Id.* at 1–2. Noting that the motion is unopposed, the Court finds good cause and **GRANTS** the motion. Therefore, it is hereby **ORDERED** that Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is stayed.

**SO ORDERED** on this **25th day** of **October, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE