IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., ET AL., <br><br> Plaintiffs, <br> v. <br><br> MERRICK GARLAND, <br> IN HIS OFFICIAL CAPACITY AS <br> ATTORNEY GENERAL <br> OF THE UNITED STATES, ET AL, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

### **[PROPOSED] ORDER**

Before the Court is Plaintiff's Motion for Summary Judgment (ECF No. 60) with Plaintiffs' Brief in Support of Motion (ECF No. 61 – Plaintiffs' Brief), as well as Defendants' Opposition to Plaintiffs' Motion. On the record before the Court and for the reasons set forth in Plaintiffs' Brief, Plaintiffs' Motion for Summary Judgment is GRANTED.

Accordingly, this Court:

1. DECLARES, HOLDS UNLAWFUL, and SETS ASIDE the Bureau of Alcohol, Tobacco, Firearms, and Explosives' finding that forced reset triggers are "machineguns;"

2. VACATES Defendants' unlawful classification of forced reset triggers as "machineguns;"

3. ORDERS Defendants to return to all parties, including manufacturers, distributors, resellers, and individuals, all forced reset triggers and forced reset trigger components confiscated or seized pursuant to their unlawful classification within thirty (30) days;

4. ENJOINS Defendants from:

    a. Initiating or pursuing criminal prosecutions for possessing, selling, transporting or transporting for sale, or manufacturing forced reset triggers based on the claim that forced reset triggers are machineguns;

    b. Initiating or pursuing civil proceedings for possessing, selling, transporting or transporting for sale, or manufacturing forced reset triggers based on the claim that FRTs are machineguns;

    c. Initiating or pursuing criminal prosecutions for representing to the public or potential buyers and sellers that forced reset triggers are not machineguns;

    d. Initiating or pursuing civil actions for representing to the public or potential buyers and sellers that forced reset triggers are not machineguns;

    e. Sending "Notice Letters" or other similar communications stating that forced reset triggers are machineguns;

    f. Seizing or requesting "voluntarily" surrender of forced reset triggers to the government based on the claim that forced reset triggers are machineguns;

    g. Destroying any previously surrendered or seized forced reset triggers; and

    h. Otherwise interfering in the possession, sale, manufacture, transfer, or exchange of FRTs based on the claim that FRTs are machineguns.

5. ORDERS Defendants to mail remedial notices correcting their prior mailing campaign "warning" suspected owners of forced reset triggers that possession of forced reset triggers was purportedly illegal; and

6. ENJOINS Defendants from pursuing criminal actions against Mr. Lawrence DeMonico, Mr. Kevin Maxwell, Rare Breed Triggers, LLC, and Rare Breed Firearms, LLC, the parties in *United States v. Rare Breed Triggers, LLC,* No. 23-cv-369 (NRM) (RML) (E.D.N.Y.), on the grounds that FRTs are "machineguns."

**SO ORDERED this _____ day of November, 2023.**

 

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE