IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

### [PROPOSED] ORDER GRANTING STAY PENDNG APPEAL

Before the Court is Defendants' Motion to Stay Preliminary Injunction Pending Appeal. After due consideration of this proposal, and the applicable law, the Court finds the motion to be meritorious.

It is therefore ORDERED that the Motion is GRANTED. It is hereby ORDERED that the Court's October 7, 2023 Opinion & Order granting Plaintiffs' Motion for Preliminary Injunction, ECF No. 53, is stayed during the pendency of Defendants' appeal.

**SO ORDERED.**

_____, 2023        _____
                                                                        Reed O'Connor
                                                                        United States District Judge