UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § §  Civil Action No. 4:23-cv-00830-O |

## ORDER EXPEDITING BRIEFING

Before the Court is Defendants' Motion to Stay Preliminary Injunction Pending Appeal (ECF No. 64), filed November 6, 2023. Defendants have requested that the Court issue a ruling on or before November 16, 2023. In an effort to expeditiously resolve this motion, the Court **ORDERS** the parties to comply with the following briefing schedule:

- On or before **November 10, 2023**, Plaintiffs may file a response to Defendants' motion.

- On or before **November 13, 2023**, Defendants may file a reply in support of their motion.

**SO ORDERED** this **6th day** of **November, 2023**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE