IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, | § § § |
| Plaintiffs, | § § |
| v. | § § § Civil Action No. 4:23-cv-00830-O |
| MERRICK GARLAND, *et al.*, | § § § |
| Defendants. | § |

## ORDER

Before the Court is the parties' Joint Status Report (ECF No. 65), filed on November 6, 2023. In the report, the parties agree that this case should be decided on dispositive motions without the need for trial or discovery. ECF No. 65 at 1. To that end, the parties provide a proposed schedule for resolution of this matter by dispositive cross-motions. *Id.* at 1–3. After due consideration, the Court finds the parties' proposed schedule to be appropriate for this case and **ORDERS** as follows:

1. The deadline for submission of the administrative record is **December 1, 2023**.
2. Defendants shall file their cross-motion for summary judgment and response in opposition to Plaintiffs' pending cross-motion for summary judgment by **December 1, 2023**.
3. Plaintiffs shall file their reply in support of their pending cross-motion for summary judgment and opposition to Defendants' cross-motion for summary judgment by **December 22, 2023**.
4. Defendants shall file their reply in support of their cross-motion for summary judgment by **January 12, 2024**.

**SO ORDERED** this **13th day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE