# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 30, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-11138   National Association v. Garland
                USDC No. 4:23-CV-830

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Melissa Mattingly*

                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

Ms. Laura Bakst
Mr. Glenn D. Bellamy
Mr. Whitney A Davis
Mr. Bradley Hinshelwood
Mr. Gary Lawkowski
Ms. Karen S. Mitchell
Mr. Benjamin Harry Beryll Sley
Mr. Mark Bernard Stern
Mr. David Warrington