IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

**DEFENDANTS' NOTICE OF SUBMISSION OF ADMINISTRATIVE RECORD**

Defendants respectfully submit the administrative record for this case. The administrative record is accompanied by a certification from an official with the Bureau of Alcohol Tobacco, Firearms and Explosives, including an index of the administrative record materials.

DATED: December 1, 2023                    Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        ALEX HAAS
        Branch Director

        BRIGHAM J. BOWEN
        Assistant Branch Director

        */s/ Michael P. Clendenen*
        MICHAEL P. CLENDENEN
        LAURA B. BAKST
        ALEXANDER W. RESAR
        Trial Attorneys
        Civil Division, Federal Programs Branch
        U.S. Department of Justice
        1100 L Street, NW
        Washington, DC 20005
        Phone:   (202) 305-0693
        E-mail:   michael.p.clendenen@usdoj.gov

        *Counsel for Defendants*

## Certificate of Service

On December 1, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ Michael P. Clendenen*