# VOLUME 12



Hammer strikes firing pin

Constant rearward pressure applied to trigger (single pull)

ATF 0733



Hammer strikes firing pin

Constant rearward pressure applied to trigger (single pull)

ATF 0734



Propellant gasses force the bolt rearward and force the hammer down

Constant rearward pressure applied to trigger (single pull)

ATF 0735



The disconnector catches the hammer.  The trigger sear surface cannot engage the trigger notch because the trigger is still held back

Constant rearward pressure applied to trigger (single pull)

ATF 0736



Disconnector releases hammer

In a semi-automatic firearm, the trigger must be released so that the disconnecor may rotate backward and release the hammer.

**Trigger released by shooter**

ATF 0737



"Trigger sear surface" again engages the "trigger notch" on the hammer.

Trigger back at original position; ready to fire

Second pull required to fire projectile

ATF 0738



ATF 0739



ATF 0740



The internal mechanism is shown at its approximate location in the firearm

ATF 0741



Hammer

Disconnector

The part designed as the trigger in the original design of the firearm becomes simply another part in the internal mechanism

Firearm Trigger When device installed

ATF 0742



The hammer is held by the "trigger sear surface" (red) engaging the "trigger notch" on the hammer.

ATF 0743



Trigger Pulled

ATF 0744



Path of Hammer

Hammer Released

Trigger Pulled

ATF 0745



Hammer strikes firing pin, causing the firing of a projectile

Constant rearward pressure applied to trigger from single pull

ATF 0746



Propellant gasses force the bolt rearward and force the hammer down

Constant rearward pressure applied to trigger from single pull

ATF 0747



Spring forces bolt forward

The disconnector catches the hammer.  The trigger sear surface cannot engage the trigger notch because the trigger is still held back

Constant rearward pressure applied to trigger from single pull

ATF 0748



Disconnector releases hammer

In this case, the motor forces the trigger forward even though the shooter maintains constant rearward pressure.

This is vital because this automatic movement (normally produced by the shooter releasing the trigger) causes the disconnector to release the hammer and allow for another shot.

Constant rearward pressure applied to trigger from single pull

ATF 0749



"Trigger sear surface" again engages the "trigger notch" on the hammer.

Constant rearward pressure applied to trigger from single pull

ATF 0750