IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>        Defendants. | Case No. 4:23-cv-00830-O |

## NOTICE OF FILING VIA MAIL

Defendants hereby notify the Court that they have submitted via mail to the Clerk of Court a thumb drive containing video files in the administrative record.

DATED: December 1, 2023                                     Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        ALEX HAAS
        Branch Director

        BRIGHAM J. BOWEN
        Assistant Branch Director

        */s/ Michael P. Clendenen*
        MICHAEL P. CLENDENEN
        LAURA B. BAKST
        ALEXANDER W. RESAR
        Trial Attorneys
        Civil Division, Federal Programs Branch
        U.S. Department of Justice
        1100 L Street, NW
        Washington, DC 20005
        Phone:  (202) 305-0693
        E-mail:  michael.p.clendenen@usdoj.gov

        *Counsel for Defendants*

## Certificate of Service

On December 1, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                          */s/ Michael P. Clendenen*