IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

## [PROPOSED] ORDER

The Court having considered Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment, it is hereby **ORDERED** that Defendants' cross-motion is **GRANTED** and Plaintiffs' motion is **DENIED**.

SO ORDERED.

_____
Reed O'Connor
United States District Judge

DATED: