# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., ET AL., )<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MERRICK GARLAND, )<br>IN HIS OFFICIAL CAPACITY AS )<br>ATTORNEY GENERAL )<br>OF THE UNITED STATES, ET AL, )<br>)<br>Defendants. )<br>_____) | Case No. 4:23-cv-00830-O |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Notice and Memorandum of Law in Support of Their Motion to Strike Docket Entry No. 74 from the Record, as well as Defendants' notice of Submission of Administrative Record. On the record before the Court and for the reasons set forth in Plaintiffs' Notice and Memorandum of Law in Support of their Motion to Strike Docket Entry is GRANTED.

**SO ORDERED this _____ day of December, 2023.**

                                                                                                    _____
                                                                                                    Reed O'Connor
                                                                                                    UNITED STATES DISTRICT JUDGE