IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., ET AL., ) ) ) ) Plaintiffs, ) v. ) ) MERRICK GARLAND, ) IN HIS OFFICIAL CAPACITY AS ) ATTORNEY GENERAL ) OF THE UNITED STATES, ET AL, ) ) Defendants. ) ) | Case No. 4:23-cv-00830-O |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Consistent with Local Rule 56.4, Plaintiffs file this Response in Opposition to Defendants' Cross-Motion for Summary Judgment. For the reasons set forth in the accompanying brief, *see* Local Rule 56.4(b), Defendants' fail to carry their burden. Plaintiffs also submit the attached appendix in support of this Response.

Date: December 22, 2023

Respectfully submitted,

/s/ Benjamin Sley
Benjamin Sley (TX Bar No. 18500300)
Whitney A. Davis (TX Bar No. 24084843)
EGGLESTON KING DAVIS, LLP
102 Houston Avenue, Suite 300
Weatherford, TX 76086
Telephone: (703) 748-2266
whit@ekdlaw.com
ben@ekdlaw.com

Jonathan M. Shaw (VA Bar No. 98497)
Gary M. Lawkowski (VA Bar No. 82329)
David A. Warrington (VA Bar No. 72293)
DHILLON LAW GROUP, INC.

      2121 Eisenhower Avenue, Suite 608
      Alexandria, VA 22314
      Telephone: (703) 748-2266
      Facsimile: (415) 520-6593
      jshaw@dhillonlaw.com
      glawkowski@dhillonlaw.com
      dwarrington@dhillonlaw.com

      Glenn Bellamy (OH Bar No. 0070321)
      WOOD HERRON & EVANS LLP
      600 Vine Street, Suite 2800
      Cincinnati, OH 45202
      Telephone: 513-707-0243
      gbellamy@whe-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record in this action.

Date: December 22, 2023

      By: /s/ Benjamin Sley
      Benjamin Sley