**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., ET AL., | ) ) ) | |
| | ) | Case No. 4:23-cv-00830-O |
| Plaintiffs, | ) | |
| v. | ) ) | |
| MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION TO WITHDRAW**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Benjamin Sley, attorney of record for Plaintiffs, and respectfully requests leave to withdraw as attorney of record.

Good cause exists for this Court to grant the Motion to Withdraw because Mr. Sley is no longer with Eggleston King Davis, LLP.  Mr. Sley has previously signed pleadings in this matter and therefore seeks to be removed from the above numbered and styled cause as an attorney of record.  This Motion also serves to notify the Court, Clerk, and all Parties, along with their counsel, that it is no longer necessary to serve notice on Mr. Sley for any communications regarding this cause.

WHEREFORE, PREMISES CONSIDERED, Benjamin Sley asks this Court to GRANT this Motion to Withdraw.

Respectfully submitted,


EGGLESTON KING DAVIS, LLP
102 Houston Ave., Ste. 300
Weatherford, Texas 76086
(817) 596-4200
(817) 596-4269


By:     */s/ Benjamin Sley*
        Whitney A. Davis
        State Bar no. 24084843
        whit@ekdlaw.com
        Benjamin Sley
        State Bar No. 18500300
        ben@ekdlaw.com

ATTORNEYS FOR PLAINTIFFS


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served on all counsel of record via electronic service pursuant to the Federal Rules of Civil Procedure on this the 8th day of February, 2024.


                                        */s/ Benjamin Sley*
                                        Benjamin Sley