**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR** § | |
| **GUN RIGHTS, INC.,** *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | Civil Action No. 4:23-cv-00830-O |
| v. § | |
| § | |
| **MERRICK GARLAND,** *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER**

Before the Court is Plaintiffs' Motion to Withdraw (ECF No. 88), filed February 8, 2024. Local Rule 7.1(b) requires a Certificate of Conference on any such motion. Because the motion lacks this procedural requirement, the Court **DENIES** the motion. Plaintiffs may renew their motion after conferring with counsel for Defendants as required by the local rule.

**SO ORDERED** this **8th day** of **February 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE