**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., ET AL.,  )<br>)<br>Plaintiffs,  )<br>v.  )<br>)<br>MERRICK GARLAND,  )<br>IN HIS OFFICIAL CAPACITY AS  )<br>ATTORNEY GENERAL  )<br>OF THE UNITED STATES, ET AL,  )<br>)<br>Defendants.  )<br>_____) | Case No. 4:23-cv-00830-O |

**ORDER GRANTING PLAINTIFFS' AMENDED**
**MOTION TO WITHDRAW AS COUNSEL**

The Court has considered Plaintiffs' Amended Motion to Withdraw as Counsel, and arguments of counsel (if any), and determined the Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that attorney Benjamin Sley is withdrawn as counsel of record for Plaintiffs.

Signed this _____ day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE