UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:23-cv-00830-O |
| v. | § § | |
| MERRICK GARLAND, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiffs' Amended Motion to Withdraw (ECF No. 90), filed February 9, 2024. Plaintiffs seek to withdraw Benjamin Sley as counsel due to his departure from Eggleston King Davis, LLP. The Court notes that Plaintiffs will remain represented by fellow attorneys of Eggleston King Davis, LLP, as well as attorneys at Dhillon Law Group, Inc. and Wood Herron and Evans LLP. Noting that the withdrawal is unopposed, the Court determines that the Motion should be, and is hereby, **GRANTED**. Accordingly, the Court **ORDERS** that Mr. Sley is withdrawn as counsel of record in this matter. The Clerk is **DIRECTED** to remove Mr. Sley from the electronic service list in this case.

**SO ORDERED** on this **9th day** of **February, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE