# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., ET AL., ) ) ) | |
| Plaintiffs, ) | Case No. 4:23-cv-00830-O |
| v. ) ) | |
| MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, ET AL, ) ) ) ) ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Notice and Memorandum of Law in Support of Their Motion to Strike Docket Entry Number 92 From the Record. On the record before the Court and for the reasons set forth in Plaintiffs' Notice and Memorandum of Law in Support of their Motion, Plaintiffs' motion to strike is GRANTED.

It is therefore ORDERED

That the Clerk of Court is DIRECTED to remove Docket Entry Number 92 from the electronic case file.

SO ORDERED this ____ day of _____, 20____.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE