UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, | § § § § § | |
| Plaintiffs, | § | Civil Action No. 4:23-cv-00830-O |
| v. | § § | |
| MERRICK GARLAND, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiffs' Motion to Strike Docket Entry No. 92 (the "Motion") (ECF No. 93). Plaintiffs move the Court to strike from the record the second filing made by non-party Thomas Allan Graves that is located at docket number 92 ("Second Non-Party Filing"). ECF No. 93. at 1. In support of their request, Plaintiffs argue that the contents of the Second Non-Party Filing are immaterial and impertinent. *Id.* at 3–4. Defendants are not actively opposed and appear to take "no position on Plaintiffs' Motion." *Id.* at 6. Noting the lack of active opposition and for the same reasons that justified striking the previous filing made by Mr. Graves (ECF No. 86), the Court exercises its discretion to **GRANT** Plaintiffs' Motion. The Clerk of Court is **DIRECTED** to **STRIKE** docket entry 92 from the electronic case file.

Furthermore, the Court **CAUTIONS** Mr. Graves that additional immaterial, impertinent, and/or scandalous filings made in this case may result in sanctions. The Clerk of Court is **DIRECTED** to mail a copy of this order to Mr. Graves at the address identified in docket number 92: 295 Eagle Point Ln. Sand Springs, Oklahoma 74063.

**SO ORDERED** on this **22nd day** of **May, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE