**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., ET AL., | ) ) ) | |
| | ) | Case No. 4:23-cv-00830-O |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| MERRICK GARLAND, | ) | |
| IN HIS OFFICIAL CAPACITY AS | ) | |
| ATTORNEY GENERAL | ) | |
| OF THE UNITED STATES, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Consistent with Local Rule 56.7, Plaintiffs seek leave of the Court to file a Notice of Supplemental Authority.  Plaintiffs have conferred with Defendants, who do not object to the filing of a Notice.  The proposed Notice is attached hereto.  It apprises this Court of the U.S. Supreme Court's decision in *Garland v. Cargill*, Case No. 22-976 (U.S. June 14, 2024). There is good cause to file this notice because how to interpret and apply the Fifth Circuit's ruling in *Cargill v. Garland*, 57 F. 4th 447 (5th Cir. 2023), is a central point of contention between the Parties in this case.  The Supreme Court's decision speaks directly to this discussion.

Date: June 17, 2024

Respectfully submitted,

/s/ Whitney A. Davis
Whitney A. Davis
TX Bar No. 24084843
EGGLESTON KING DAVIS, LLP
102 Houston Avenue, Suite 300
Weatherford, TX 76086
Telephone: (703) 748-2266
whit@ekdlaw.com

Jonathan M. Shaw (VA Bar No. 98497)*
Gary M. Lawkowski (VA Bar No. 82329)*
David A. Warrington (VA Bar No. 72293)*
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: (703) 748-2266
Facsimile: (415) 520-6593
jshaw@dhillonlaw.com
glawkowski@dhillonlaw.com
dwarrington@dhillonlaw.com

Michael A. Columbo*
DHILLON LAW GROUP, INC.
177 Post Street
Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
mcolumbo@dhillonlaw.com

Glenn Bellamy (OH Bar No. 0070321)*
WOOD HERRON & EVANS
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-707-0243
gbellamy@whe-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served on all counsel of record via electronic service pursuant to the Federal Rules of Civil Procedure on this the 17th day of June, 2024.

/s/ Whitney A. Davis
Whitney A. Davis