# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| NATHIONAL ASSOCIATION FOR GUN RIGHTS, INC., ET AL., ) ) ) ) Plaintiffs, ) ) v. ) ) ) MERRICK GARLAND, ) IN HIS OFFICIAL CAPACITY AS ) ATTORNEY GENERAL ) OF THE UNITED STATES, ET AL, ) ) Defendants. ) ) | Case No. 4:23-cv-00830-O |

## [PROPOSED] NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs write to the Court's attention the United States Supreme Court's June 14, 2024, decision affirming the judgment of the Fifth Circuit in *Garland v. Cargill*, Case No. 22-976 (U.S. June 14, 2024). A copy of the decision is attached.

The Supreme Court's decision is relevant because the Fifth Circuit's decision in *Cargill* is discussed extensively in the Parties' summary judgement briefing. *See, e.g.* Amended Memorandum in Support of Plaintiff's Motion for Summary Judgment at 15-20 (ECF 61) (discussing the application of *Cargill* to this case); Defendants' Combined Memorandum in Support of Cross-Motion for Summary Judgment and Response in Opposition to Plaintiffs' Motion for Summary Judgment (ECF 81) at 17-19; Plaintiff's Combined Brief in Response to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment (ECF 84) at 13-18; Defendants' Reply Brief in Further Support of Cross-Motion for Summary Judgment (ECF 87) at 11-15.

Date: June 17, 2024                              Respectfully submitted,

/s/ Whitney A. Davis
Whitney A. Davis (TX Bar No. 24084843)
EGGLESTON KING DAVIS, LLP
102 Houston Avenue, Suite 300
Weatherford, TX 76086
Telephone: (703) 748-2266
whit@ekdlaw.com
ben@ekdlaw.com

Jonathan M. Shaw (VA Bar No. 98497)*
Gary M. Lawkowski (VA Bar No. 82329)*
David A. Warrington (VA Bar No. 72293)*
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: (703) 748-2266
Facsimile: (415) 520-6593
jshaw@dhillonlaw.com
glawkowski@dhillonlaw.com
dwarrington@dhillonlaw.com

Michael A. Columbo*
DHILLON LAW GROUP, INC.
177 Post Street
Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
mcolumbo@dhillonlaw.com

Glenn Bellamy (OH Bar No. 0070321)*
WOOD HERRON & EVANS
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-707-0243
gbellamy@whe-law.com


*Pro hac vic