UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| | | Civil Action No. 4:23-cv-00830-O |
| v. | | |
| MERRICK GARLAND, *et al.*, | | |
| Defendants. | | |

**ORDER**

Before the Court is Plaintiffs' Motion for Leave to File Notice of Supplemental Authority (ECF No. 95), filed June 17, 2024. Plaintiffs ask the Court for leave to file the Notice of Supplemental Authority and the accompanying decision rendered by the Supreme Court in *Garland v. Cargill*, Case No. 22-976 (U.S. June 14, 2024). ECF No. 95 at 1. Although the Motion lacks the certificate of conference required by Local Rule 7.1(b), the Court treats the following assertion in the body of the motion as Plaintiffs' certificate: "Plaintiffs have conferred with Defendants, who do not object to the filing of a Notice." *Id.* Noting that Defendants are unopposed and finding good cause, the Court **GRANTS** Plaintiffs leave to file the Notice of Supplemental Authority and the accompanying *Cargill v. Garland* decision.

**SO ORDERED** this **18th day** of **June, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE