EXHIBIT A

## Josiah Contarino (Dhillon Law)

| | |
|---|---|
| **From:** | Josiah Contarino (Dhillon Law) |
| **Sent:** | Thursday, June 13, 2024 12:06 PM |
| **To:** | Resar, Alexander W. (CIV); Clendenen, Michael P. (CIV); Bakst, Laura B. (CIV) |
| **Cc:** | David Warrington (Dhillon Law); Michael Columbo (Dhillon Law); Jonathan Shaw (Dhillon Law); Gary Lawkowski (Dhillon Law) |
| **Subject:** | RE: Continuing violations of the Preliminary Injunction by ATF |
| **Attachments:** | ███████Email.pdf |

Counsel:

On June 5, 2024, we requested that ATF (including Agent Joshua Szondy) cease and desist further contact with NAGR member ███████████. On June 6, Michael P. Clendenen responded that the matter "ha[d] been addressed." Despite this assurance, on June 12, Agent Szondy has again contacted Mr. ██████, asking him to complete an affidavit and possibly meet in person (email attached). Please detail what steps were taken to ensure Agent Szondy's compliance with the court's October 7, 2023, preliminary injunction ("PI"), and explain why he violated the PI.

As before, Plaintiffs reserve all rights.

**Josiah Contarino**

Dhillon Law Group Inc.
50 Park Place, Suite 1105
Newark, NJ  07102
███████████████

www.dhillonlaw.com
*Admitted in New York and New Jersey*

This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

1

EXHIBIT A



**From:** Clendenen, Michael P. (CIV) ████████████████████
**Sent:** Thursday, June 6, 2024 11:14 AM
**To:** Josiah Contarino (Dhillon Law) █████████████████ Resar, Alexander W. (CIV)
████████████████ Bakst, Laura B. (CIV)
**Cc:** David Warrington (Dhillon Law) ██████████████ Michael Columbo (Dhillon Law)
████████████ Jonathan Shaw (Dhillon Law) ███████████ Gary Lawkowski (Dhillon Law)

<span style="color:red">EXHIBIT A</span>

**Subject:** RE: Continuing violations of the Preliminary Injunction by ATF

**External Email**

Good morning,

This has been addressed.

Respectfully,

**Michael P. Clendenen**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12028
Washington, DC 20005

---

**From:** Josiah Contarino (Dhillon Law) ████████████████
**Sent:** Wednesday, June 5, 2024 5:06 PM
**To:** Resar, Alexander W. (CIV) ██████████████████ Clendenen, Michael P. (CIV)
████████████████ Bakst, Laura B. (CIV) ████████████
**Cc:** David Warrington (Dhillon Law) ██████████████ Michael Columbo (Dhillon Law)
████████ Jonathan Shaw (Dhillon Law) ████████████ Gary Lawkowski (Dhillon Law)
████████
**Subject:** [EXTERNAL] RE: Continuing violations of the Preliminary Injunction by ATF

Counsel:

We have been informed that the ATF has contacted NAGR member ██████████████████████████.
Please direct ATF Agent Travis S. Riddle and Agent Joshua A. Szondy (and any other ATF representative) to cease and
desist further contact with this individual. Please provide confirmation that you have so advised Agents Riddle and
Szondy.

Thank you.

As before, Plaintiffs reserve all rights.

**Josiah Contarino**

Dhillon Law Group Inc.
50 Park Place, Suite 1105
Newark, NJ  07102

www.dhillonlaw.com
*Admitted in New York and New Jersey*