
**From:** "Szondy, Joshua A. (ATF)" ▮
**Date:** June 12, 2024 at 1:20:15 PM CDT
**To:** ▮
**Subject: Follow-Up**

Hey ▮,

Following up from our email communication last week (6/5). Have you had a chance to review/complete the affidavit I sent you? If you would prefer to not send anything over email, I could figure out a time to meet in person with you.

Please let me know if you have any questions.

Thank you.

**Joshua A. Szondy**
ATF Special Agent/Certified Explosives Specialist
Digital Media Collection Specialist
St. Paul Field Division
St. Paul Group I
Cell: ▮
Email: ▮