# Josiah Contarino (Dhillon Law)

| | |
|---|---|
| **From:** | Bakst, Laura B. (CIV) |
| **Sent:** | Thursday, June 20, 2024 3:35 PM |
| **To:** | Josiah Contarino (Dhillon Law) |
| **Cc:** | Resar, Alexander W. (CIV); Clendenen, Michael P. (CIV); David Warrington (Dhillon Law); Michael Columbo (Dhillon Law); Jonathan Shaw (Dhillon Law); Gary Lawkowski (Dhillon Law) |
| **Subject:** | Re: [EXTERNAL] RE: Continuing violations of the Preliminary Injunction by ATF |

**External Email**

Counsel,

I am confirming that notice to desist was re-issued early this week, and, as such, contact to Mr. [redacted] has been desisted. As to your request for an explanation, please see below:

SAC Riddle, the Special Agent in Charge of the St. Paul Field Division where Agent Szondy works, acknowledged that he received the requested notification to cease contact with NAGR member [redacted] on June 6, 2024. However, SAC Riddle had received a notification regarding a different NAGR member the day before on June 5th, and confused Mr. [redacted] with the previous NAGR member with whom to cease contact. SAC Riddle has a process in place within the St. Paul Field Division that upon receipt from the Deputy Assistant Director (Central) of a NAGR member, he passes the member name through his division chain of command, to the appropriate supervisor and onto the assigned agent. Once completed and notification has been made to the agent assigned, SAC Riddle responds back acknowledging the receipt of the notification. This was simply a misunderstanding due to multiple NAGR member notifications in the Field Division within less than 24 hours. SAC Riddle will ensure this does not occur in the future.

> On Jun 13, 2024, at 12:06 PM, Josiah Contarino (Dhillon Law) [redacted] wrote:
>
> Counsel:
>
> On June 5, 2024, we requested that ATF (including Agent Joshua Szondy) cease and desist further contact with NAGR member [redacted]. On June 6, Michael P. Clendenen responded that the matter "ha[d] been addressed." Despite this assurance, on June 12, Agent Szondy has again contacted Mr. [redacted], asking him to complete an affidavit and possibly meet in person (email attached). Please detail what steps were taken to ensure Agent Szondy's compliance with the court's October 7, 2023, preliminary injunction ("PI"), and explain why he violated the PI.
>
> As before, Plaintiffs reserve all rights.
>
> **Josiah Contarino**
>
> Dhillon Law Group Inc.