# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

## **NOTICE OF APPEAL**

All Defendants hereby appeal, to the U.S. Court of Appeals for the Fifth Circuit, the Court's July 23, 2024 Memorandum Opinion & Order, ECF No. 100, and Final Judgment, ECF No. 101.

DATED: August 1, 2024                                Respectfully submitted,

                                                      BRIAN M. BOYNTON
                                                     Principal Deputy Assistant Attorney General

                                                     ALEX HAAS
                                                     Branch Director

                                                     BRIGHAM J. BOWEN
                                                     Assistant Branch Director

                                                     <u>/s/ *Laura B. Bakst*</u>
                                                     LAURA B. BAKST
                                                     MICHAEL P. CLENDENEN
                                                     ALEXANDER W. RESAR
                                                     Trial Attorneys
                                                     Civil Division, Federal Programs Branch
                                                     U.S. Department of Justice
                                                     1100 L Street, NW
                                                     Washington, DC 20005
                                                     Phone: (202) 514-3183
                                                     E-mail: Laura.B.Bakst@usdoj.gov

                                                     *Counsel for Defendants*

## Certificate of Service

On August 1, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                     /s/ *Laura B. Bakst*