IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

## [PROPOSED] ORDER GRANTING STAY PENDNG APPEAL

Before the Court is Defendants' Motion to Stay Pending Appeal. After due consideration of this proposal, and the applicable law, the Court finds the motion to be meritorious.

It is therefore ORDERED that the Motion is GRANTED. It is hereby ORDERED that the Court's July 23, 2024 Memorandum Opinion & Order, ECF No. 100, and the Court's July 24, 2024 Final Order, ECF No. 101, are stayed during the pendency of Defendants' appeal.

**SO ORDERED.**

_____, 2024               _____
                                                                  Reed O'Connor
                                                                  United States District Judge