IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:23-cv-00830-O |
| MERRICK GARLAND, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court are Defendants' Motion to Stay Pending Appeal (ECF No. 104), and Brief in Support (ECF No. 105), filed August 1, 2024. To expedite resolution of this issue, the Court **ORDERS** Plaintiffs to respond by no later than **August 7, 2024**. Defendants may reply by no later than **August 9, 2024**.

**SO ORDERED** on this **2nd day** of **August, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE