**Josiah Contarino (Dhillon Law)**

| | |
|---|---|
| **From:** | Jonathan Shaw (Dhillon Law) |
| **Sent:** | Wednesday, July 31, 2024 1:24 PM |
| **To:** | Resar, Alexander W. (CIV); Josiah Contarino (Dhillon Law); Gary Lawkowski (Dhillon Law); David Warrington (Dhillon Law); Michael Columbo (Dhillon Law) |
| **Cc:** | Bakst, Laura B. (CIV); Clendenen, Michael P. (CIV) |
| **Subject:** | RE: NAGR v. Garland - Seized/Confiscated FRTs |
| **Attachments:** | wyoming_8.29.2024_508_compliance.pdf |

Counsel,

Plaintiffs oppose your motion.

We note further that the only two reasons you have given for why the government is refusing to provide a list of seized FRTs make no sense.  First, with regard to compromising ongoing investigations, the persons from whom the FRTs have been seized obviously already know that they have been seized.  The information is not secret.

Second, and this goes to both arguments, ATF regularly publishes Legal Notices listing seized property—including, from time-to-time, FRTs—on the internet.  I attach an example posted earlier today.  This fact—that ATF routinely publicizes these seizures for all the world to see—cannot be squared with Defendants' assertions that providing a list to Plaintiffs' counsel for the sole purpose of checking which of the seized FRTs belonged to members of our organizational clients would compromise ongoing investigations or violate the Privacy Act.

In any event, the Privacy Act expressly permits disclosure of information "pursuant to the order of a court of competent jurisdiction," 5 U.S.C. § 552a (b)(11).  If the government believes that the existing order is insufficiently explicit, Plaintiffs will be happy to join in a request to the Court asking that it issue an Order requiring Defendants to provide the requested information to Plaintiffs' counsel.

All of that notwithstanding, if there are particular cases in which Defendants can demonstrate to the Court's satisfaction that disclosing information about a seizure to Plaintiffs' counsel for this limited purpose would truly compromise an ongoing investigation, Plaintiffs would not oppose a limited carveout from the general obligation to make such a disclosure.

Jonathan M. Shaw | Partner | DHILLON LAW GROUP

2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

██████████████

Admitted to practice in Maryland, Virginia, and the District of Columbia

SAN FRANCISCO ADDRESS:
177 Post Street, Suite 700
San Francisco, California 94108
Phone: 415.433.1700| Fax: 415.520.6593

**This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.**

---

**From:** Resar, Alexander W. (CIV) ████████████████████
**Sent:** Wednesday, July 31, 2024 10:14 AM
**To:** Jonathan Shaw (Dhillon Law) ████████████; Josiah Contarino (Dhillon Law)
████████████; Gary Lawkowski (Dhillon Law) ████████████████████>; David Warrington
(Dhillon Law) ██████████ Michael Columbo (Dhillon Law) ████████████
**Cc:** Bakst, Laura B. (CIV) ██████████████ Clendenen, Michael P. (CIV) ████████████████
**Subject:** RE: NAGR v. Garland - Seized/Confiscated FRTs


**External Email**

Counsel –

ATF cannot provide a list of the individuals from whom it has confiscated or seized FRTs for a variety of reasons, including because disclosure of this information could compromise ongoing investigations and/or implicate the restrictions in the Privacy Act, 5 U.S.C. § 552a.

Accordingly, we are considering seeking a stay of the judgment pending appeal, as well as asking the court to alter or amend the judgment under FRCP 59(e). Specifically, if the court does not stay its judgment, we are considering proposing that instead of ordering Defendants to return all seized or confiscated FRTs or FRT components within 30 days, it order ATF to return FRTs or FRT components to those Plaintiff-members (1) who are not otherwise prohibited persons, (2) who contact ATF to seek return of their device, and (3) who can provide proof of their membership and identity to ATF.  Given the urgency created by the Court's 30-day deadline, please inform us of Defendants' position on this motion by **3pm Eastern today**, July 31.

Thank you,

---

**From:** Jonathan Shaw (Dhillon Law) ████████████████
**Sent:** Friday, July 26, 2024 5:19 PM
**To:** Resar, Alexander W. (CIV) ████████████████████>; Josiah Contarino (Dhillon Law)
████████████████████████; Gary Lawkowski (Dhillon Law) ████████████ David Warrington
(Dhillon Law) ████████████; Michael Columbo (Dhillon Law) ████████████
**Cc:** Bakst, Laura B. (CIV) ████████████ Clendenen, Michael P. (CIV) ████████████████
**Subject:** [EXTERNAL] RE: NAGR v. Garland - Seized/Confiscated FRTs

Thank you for your email.  Unfortunately, we do not have a comprehensive list of those whose property was wrongly seized and are entitled to its return.  Nor, for obvious reasons, will our organizational clients provide copies of their membership lists to the Government.  On the other hand, the Government has a comprehensive list of those from whom it confiscated or seized FRTs or FRT components.  Please provide that list and we will tell you which are encompassed by the Court's July 23 order.


Regards,


Jonathan M. Shaw | Partner | DHILLON LAW GROUP

2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

███████████████████
██████████████

Admitted to practice in Maryland, Virginia, and the District of Columbia

SAN FRANCISCO ADDRESS:
177 Post Street, Suite 700
San Francisco, California 94108
Phone: 415.433.1700| Fax: 415.520.6593

**This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.**

---

**From:** Resar, Alexander W. (CIV) ████████████████████
**Sent:** Friday, July 26, 2024 9:21 AM
**To:** Josiah Contarino (Dhillon Law) ██████████████████ Gary Lawkowski (Dhillon Law)
████████████████ David Warrington (Dhillon Law) ██████████ Michael Columbo
(Dhillon Law) ████████████ Jonathan Shaw (Dhillon Law) ████████████
**Cc:** Bakst, Laura B. (CIV) ██████████████ Clendenen, Michael P. (CIV) █████████
**Subject:** NAGR v. Garland - Seized/Confiscated FRTs


**External Email**

Counsel –

Pursuant to the Court's July 23 order, we are instructing ATF on the return of FRTs and FRT components to all parties to the lawsuit.  So that that process can begin, please provide as soon as possible a list of Plaintiffs and the individuals who were members of an Organizational Plaintiff at the time the complaint was filed and who have had FRTs or FRT components confiscated or seized.  As we discussed in the context of the preliminary injunction, ATF otherwise has no way of determining who is covered by the Court's order as a member of an Organizational Plaintiff.

Thank you,

Alexander W. Resar
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch

4

# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

## OFFICIAL NOTIFICATION
## POSTED ON
## JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation**:  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  Petitions do not require a cost bond to be submitted and therefore can be filed online.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim**:  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 20 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must be in writing, describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  The claim of ownership must be accompanied by a cost bond in the amount of $5,000 or ten percent (10%) of the value of the claimed property, whichever is lower, but not less than $250.  If you are unable to post a cost bond, you may request that ATF waive the cost bond requirement by submitting an In Forma Pauperis Cost Bond Waiver Petition to ATF Forfeiture Counsel.  The cost bond must be in the form of a cashier's check or money order.  No personal checks will be accepted.  *See* 19 U.S.C. Section 1608.  Due to the cost bond requirement, these claims cannot be filed online.  A claim need not be made in any particular form, but a claim form is available at https://www.forfeiture.gov/FilingClaim.htm.  *See* 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the ATF pursuant to the instructions shown in this notice.

Submit all documents to the Bureau of Alcohol, Tobacco, Firearms and Explosives, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE, AFSPD Room (3.E.454), Washington, DC 20226.

## LAST DATE TO FILE CLAIM:  09/17/2024
## LAST DATE TO FILE PETITION:  09/27/2024

### MIDDLE DISTRICT OF ALABAMA
**24-ATF-004377:** Glock Inc. 45 Machine Gun CAL:9 SN:AGEB255, valued at $300.00, seized by the ATF on December 14, 2023 from Darrol Tremayne Jr. FOGGY in Montgomery, AL for forfeiture pursuant to 26 U.S.C. Section 5872.

### SOUTHERN DISTRICT OF FLORIDA
**24-ATF-020415:** Inland Manufacturing Div of General Motors for US government M2 carbine MACHINE GUN CAL:30 SN:7064728, valued at $425.00, seized by the ATF on July 11, 2024 from Lauren Elizabeth Mitchell in FORT PIERCE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

### WESTERN DISTRICT OF LOUISIANA
**23-ATF-040775:** GLOCK GMBH 26 Pistol CAL:9 SN:BRRS006, valued at $800.00, seized by the ATF on April 21, 2023 from Dartavien GIROD in Breaux Bridge, LA for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/17/2024**
**LAST DATE TO FILE PETITION:  09/27/2024**

**EASTERN DISTRICT OF MISSOURI**
**24-ATF-020080:** SILENCERCO, LLC OCTANE SILENCER CAL:45 SN:OCT45-24738, valued at $300.00, seized by the ATF on June 28, 2024 from 2 Alpha Armory in Arnold, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020089:** COLT M4 CARBINE RECEIVER/FRAME CAL:UNKNOWN SN:A0176251, valued at $150.00, seized by the ATF on June 28, 2024 from Mark Matlack in Maryland Heights, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020090:** American Manufacturing Triple X Warrior SILENCER  CAL:223 SN:W08055, valued at $300.00, seized by the ATF on June 28, 2024 from Mark Matlack in Maryland Heights, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**SOUTHERN DISTRICT OF NEW YORK**
**23-ATF-040701:** Heckler and Koch MP5 Machine Gun CAL:9 SN:62-354753, valued at $1,000.00, seized by the ATF on July 05, 2023 from Thomas Chenet in Elmsford, NY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-040702:** Blueline Tactical, BL-15 Machine Gun CAL:Unknown SN:BLMG-1, valued at $1,000.00, seized by the ATF on July 05, 2023 from Thomas Chenet in Elmsford, NY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-040703:** Blueline Tactical 1928A1 Machine Gun CAL:Unknown SN:BLMG2, valued at $1,000.00, seized by the ATF on July 05, 2023 from Thomas Chenet in Elmsford, NY for forfeiture pursuant to 26 U.S.C. Section 5872.

**SOUTHERN DISTRICT OF OHIO**
**24-ATF-019485:** Glock Inc. 17 Machine Gun CAL:9 SN:BSHS263, valued at $300.00, seized by the ATF on May 30, 2024 from Trevaughn Johnson in Cincinnati, OH for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/17/2024**
**LAST DATE TO FILE PETITION:  09/27/2024**

**DISTRICT OF OREGON**
**24-ATF-020642:** UNKNOWN MACHINE GUN CAL:556 SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020644:** UNKNOWN SILENCER  CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020654:** UNKNOWN MACHINE GUN CAL:223 SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020660:** PALMETTO STATE ARMORY PX9 SHORT BARRELED RIFLE CAL:9 SN:X9-042091, valued at $400.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020661:** UNKNOWN SILENCER  CAL:9 SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020662:** UNKNOWN  MACHINE GUN CAL:MULTI SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020663:** UNKNOWN  MACHINE GUN CAL:MULTI SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020670:** UNKNOWN  MACHINE GUN  CAL:UNKNOWN SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020675:** UNKNOWN  SILENCER  CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020676:** UNKNOWN  MACHINE GUN CAL:UNKNOWN SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020678:** UNKNOWN  SILENCER  CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
24-ATF-020873: MASTERPIECE ARMS DEFENDER MACHINE GUN CAL:9 SN:FXZ4140, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020876:** ROMARM/CUGIR DRACO MACHINE GUN CAL:762 SN:06-8565, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020877:** CFT LLC - (COBRAY FIREARMS OF TENNESSEE) M11/9 MACHINE GUN  CAL:9 SN:86-0008247, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020881:** NORINCO (NORTH CHINA INDUSTRIES) MAK90 SPORTER MACHINE GUN  CAL:762 SN:9478231, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020889:** UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**DISTRICT OF SOUTH CAROLINA**
**24-ATF-020587:** UNKNOWN UNKNOWN SILENCER(NFA) CAL:9 SN:UNKNOWN, valued at $300.00, seized by the ATF on February 28, 2024 from Roy Benton Jr Freeman in ANDERSON, SC for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/17/2024**
**LAST DATE TO FILE PETITION:  09/27/2024**

## WESTERN DISTRICT OF TENNESSEE
**24-ATF-020383:** Glock GMBH 17 Machine Gun CAL:9 SN:BVBU204, valued at $300.00, seized by the ATF on May 12, 2024 from Melanchi WIlllams in Memphis, TN for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF TEXAS
**24-ATF-020177:** Homemade Explosives, White, plastic, medicine bottle labeled as "Cyclonite (RDX)" containing a white / light gray crystalline substance wrapped in tissue paper. (Total weight 26g), valued at $0.01, seized by the ATF on June 12, 2024 from Dustin Lee Fehmel in Bay City, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020212:** KNIGHTS ARMAMENT CO. SR-30 SBR RIFLE CAL:300 SN:KM915330, valued at $425.00, seized by the ATF on March 08, 2024 from Michael Anthony Palomo in Houston, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020213:** SUREFIRE LLC FA556-212  SILENCER (NFA) CAL:556 SN:A1603187, valued at $300.00, seized by the ATF on March 08, 2024 from Michael Anthony Palomo in Houston, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

## WESTERN DISTRICT OF VIRGINIA
**24-ATF-019757:** Unknown Manufacturer Unknown Machinegun CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 25, 2024 from Parker David Stultz in Roanoke, VA for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF WYOMING
**24-ATF-020544:** Unknown Manufacturer Vapor Silencer (NFA) CAL:22 SN:VPR579, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020554:** Mack Brothers Vapor Silencer (NFA) CAL:22 SN:VPR583, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020555:** Mack Brothers Vapor Silencer (NFA) CAL:22 SN:VPR584, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020565:** Mack Brothers Vapor Silencer (NFA) CAL:22 SN:VPR578, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020568:** Mack Brothers PRS170 Silencer (NFA) CAL:30 SN:MB683, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020570:** Mack Brothers Vapor Silencer (NFA) CAL:22 SN:VPR582, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020572:** Mack Brothers Vapor Silencer (NFA) Cal:22 SN:VPR580, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020574:** Mack Brothers PRS170 Silencer (NFA) CAL:30 SN:MB682, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]
Page 4 of 102

9

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**DISTRICT OF ARIZONA**
**24-ATF-020105:** American Tactical Imports - ATI Omni Hybrid Rifle CAL:Multi SN:NS040166, valued at $300.00, seized by the ATF on June 13, 2024 from Juan Robles in Litchfield Park, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**NORTHERN DISTRICT OF CALIFORNIA**
**24-ATF-020168:** $7,000.00 U.S. Currency, seized by the ATF on June 26, 2024 from Mohamed JABER in REDWOOD VALLEY, CA for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**SOUTHERN DISTRICT OF CALIFORNIA**

**24-ATF-020180:** TISAS - TRABZON GUN INDUSTRY CORP. 1911A1 SERVICE Pistol CAL:45 SN:T0620-23Z06712, valued at $300.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020183:** CZ (CESKA ZBROJOVKA) CZ P-10 F Pistol CAL:9 SN:D330828, valued at $300.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020184:** BERETTA, PIETRO S.P.A. 84FS Pistol CAL:177 SN:21G11265, valued at $300.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020185:** Unknown Manufacturer Unknown Rifle CAL:556 SN:None, valued at $425.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020186:** Unknown Manufacturer  Rifle CAL:22 SN:None, valued at $425.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020187:** REMINGTON ARMS COMPANY, INC. 514 Rifle CAL:22 SN:None, valued at $425.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020188:** YUGOSLAVIA 59/66 Rifle CAL:762 SN:182088, valued at $425.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020189:** CBC (COMPANHIA BRAZILIERA DE CARTUCHOS) ROSSI GALLERY Rifle CAL:22 SN:7CG026253P, valued at $425.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020190:** Unknown Manufacturer Unknown Pistol CAL:9 SN:None, valued at $300.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020192:** 145 Rounds ASSORTED Ammunition CAL:Assorted, valued at $14.50, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020193:** 1 Rounds ASSORTED Ammunition CAL:762, valued at $0.10, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020195:** Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:None, valued at $250.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020196:** Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:None, valued at $250.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020197:** Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:None, valued at $250.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020198:** Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:None, valued at $250.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020200:** 3D Printer; Qty: 1 EA; One (1) Creality Ender 3D printer with five (5) Polymaker filaments., Serial No. Unknown, valued at $179.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020202:** 27 Rounds CCI Ammunition CAL:9, valued at $2.70, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020204:** 8 Rounds ASSORTED Ammunition CAL:Assorted, valued at $0.80, seized by the ATF on June 18,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

11

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

## SOUTHERN DISTRICT OF CALIFORNIA
**24-ATF-020204 - (Continued from previous page)**
2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020206:** Unknown Manufacturer Unknown Receiver/Frame CAL:22 SN:None, valued at $250.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020208:** Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:None, valued at $250.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020210:** 592 Rounds ASSORTED Ammunition CAL:Assorted, valued at $59.20, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020211:** 108 Rounds ASSORTED Ammunition CAL:Assorted, valued at $10.80, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

## MIDDLE DISTRICT OF FLORIDA
**24-ATF-020158:** GLOCK GMBH 27 PISTOL CAL:40 SN:KPG195, valued at $100.00, seized by the ATF on June 28, 2024 from Julissa COLLAZO in ODESSA, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020159:** HS PRODUKT (AIM METAL) XD40 SUB-CMPCT  PISTOL CAL:40 SN:GM122803, valued at $300.00, seized by the ATF on June 25, 2024 from Darrick Jr. Washington in Palm Bay, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020161:** 12 Rounds ASSORTED Ammunition CAL:40, Serial No. Unknown, valued at $1.20, seized by the ATF on June 28, 2024 from Julissa COLLAZO in ODESSA, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020162:** 1 Rounds FEDERAL Ammunition CAL:40, Serial No. Unknown, valued at $0.10, seized by the ATF on June 28, 2024 from Julissa COLLAZO in ODESSA, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020166:** SCCY CPX-2 Pistol CAL:9mm SN:896730, valued at $300.00, seized by the ATF on June 25, 2024 from Darrick Jr. Washington in Palm Bay, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020170:** 10 Rounds Assorted Ammunition CAL: 9, valued at $1.00, seized by the ATF on June 25, 2024 from Darrick Jr. Washington in Palm Bay, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020173:** 10 Rounds HORNADY Ammunition CAL:40, valued at $1.00, seized by the ATF on June 25, 2024 from Darrick Jr. Washington in Palm Bay, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

## NORTHERN DISTRICT OF FLORIDA
**24-ATF-020064:** GLOCK GMBH 23 PISTOL CAL:40 SN:BTYZ507, valued at $300.00, seized by the ATF on June 10, 2024 from Brandon Martez BLACK in PENSACOLA, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020073:** 14 Rounds ASSORTED Ammunition CAL:40, Serial No. Unknown, valued at $1.40, seized by the ATF on June 10, 2024 from Brandon Martez BLACK in PENSACOLA, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

## SOUTHERN DISTRICT OF FLORIDA

**24-ATF-019770:** Romarm/Cugir  MICRO DRACO Pistol  CAL:762 SN:ROA22PMD33563, valued at $300.00, seized by the ATF on June 11, 2024 from Juan ANDRADE-GUERRERO in Fort Lauderdale, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019773:** 30 Rounds PPU Ammunition CAL: 7.62x39, valued at $3.00, seized by the ATF on June 11, 2024 from Juan ANDRADE-GUERRERO in Fort Lauderdale, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019775:** GLOCK GMBH  23 PISTOL  CAL:40 SN:vsv908, valued at $300.00, seized by the ATF on June 11, 2024 from Carlos Javier PADRON in Fort Lauderdale, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019777:** 19 Rounds Assorted  Ammunition CAL:40, valued at $1.90, seized by the ATF on June 11, 2024 from Carlos Javier PADRON in Fort Lauderdale, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019783:** Beretta USA Corp.  M9 Pistol CAL:9 SN:M9249953, valued at $300.00, seized by the ATF on June 11, 2024 from Milton POTES-DUARTE in Fort Lauderdale, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019784:** 14 Rounds HORNADY Ammunition CAL: 9, valued at $1.40, seized by the ATF on June 11, 2024 from Milton POTES-DUARTE in Fort Lauderdale, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020194:** M&M INC. (M&M INDUSTRIES} M10X Rifle CAL:762 SN: W06339, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020203:** GLOCK GMBH 45 PISTOL CAL:9 SN:BMCS946, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020207:** GLOCK INC. 42 Pistol CAL:380 SN:AGBA322, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020209:** GLOCK GMBH 45 Pistol CAL:9 SN:BTHD124, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020215:** TAURUS INTERNATIONAL TX22 Pistol  CAL:22 SN:1PT450276, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020217:** MAVERICK ARMS (EAGLE PASS, TX) 88 Shotgun  CAL:12 SN:MV0590659, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020218:** RUGER AMERICAN RIFLE Rifle  CAL:308 SN:69859412, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020219:** 2A ARMAMENT, LLC BALIOS-LITE Rifle  CAL:Multi SN:BC02238, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

## NORTHERN DISTRICT OF GEORGIA

**24-ATF-015148:** TAURUS G3X Pistol CAL:9 SN:ADJ727380, valued at $93.75, seized by the ATF on May 15, 2024 from Johnathan Hayes in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018657:** Taurus G2C Pistol CAL:9 SN:AEB108829, valued at $200.00, seized by the ATF on June 04, 2024 from Cooper McCarthy in Oakwood, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020398:** $14,151.00 U.S. Currency, seized by the ATF on June 11, 2024 from Francisco Barajas-Escobedo in Marietta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020400:** $550.00 U.S. Currency, seized by the ATF on June 11, 2024 from Tommy Phoumichit in Marietta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

### DISTRICT OF HAWAII
**24-ATF-020381:** Unknown Pistol CAL:9 SN:None, valued at $300.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 09, 2024 from Mary TAURA in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020382:** 5 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $0.50, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 09, 2024 from Mary TAURA in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF IOWA
**24-ATF-019975:** 6 Rounds ASSORTED Ammunition CAL:9, valued at $0.60, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019976:** TAURUS 605 PROTECTOR POLY REVOLVER CAL:357 SN:AEH629185, valued at $300.00, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019977:** 5 Rounds HORNADY Ammunition CAL:357, valued at $0.50, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019978:** 12 Rounds FEDERAL Ammunition CAL:45, valued at $1.20, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019979:** 120 Rounds ASSORTED Ammunition CAL:MULTI, valued at $12.00, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020164:** FEG PA63 PISTOL CAL:9 SN:Unknown, valued at $300.00, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020167:** SCCY INDUSTRIES, LLC (SKYY IND.) CPX-2 PISTOL CAL:9 SN:872760, valued at $300.00, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### SOUTHERN DISTRICT OF ILLINOIS
**24-ATF-020094:** SCCY INDUSTRIES, LLC (SKYY IND.) CPX-2 PISTOL CAL:9 SN:608862, valued at $300.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on June 21, 2024 from Brian DOTSON in East Saint Louis, IL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020096:** DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES) A15 RIFLE CAL:MULTI SN:FFH108109, valued at $425.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on June 21, 2024 from Brian DOTSON in East Saint Louis, IL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020097:** 34 Rounds ASSORTED Ammunition CAL:556, valued at $3.40, seized by the US DRUG ENFORCEMENT ADMINISTRATION on June 21, 2024 from Brian DOTSON in East Saint Louis, IL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020098:** 10 Rounds ASSORTED Ammunition CAL:9, valued at $1.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on June 21, 2024 from Brian DOTSON in East Saint Louis, IL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

### SOUTHERN DISTRICT OF INDIANA
**24-ATF-012416:** Taurus 85 Revolver CAL:38 SN:LC41954, valued at $600.00, seized by the ATF on April 03, 2024 from Lionel Muse in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/27/2024

### DISTRICT OF KANSAS
**24-ATF-020077:** SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:HDH6057, valued at $300.00, seized by the ATF on June 27, 2024 from Brittany Serrano in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF MARYLAND
**24-ATF-020583:** GLOCK GMBH 23 Pistol CAL:40 SN:Byyx121, valued at $300.00, seized by the ATF on June 12, 2024 from Dujuan Kenneth Smalls in Hyattsville, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF MICHIGAN
**24-ATF-018772:** SCCY INDUSTRIES, LLC (SKYY IND.) CPX-2 PISTOL CAL:9 SN:C106014, valued at $300.00, seized by the ATF on May 05, 2024 from Forrest Nelson Sanders in Flint, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018777:** 7 Rounds Assorted Ammunition CAL:9, valued at $0.70, seized by the ATF on May 05, 2024 from Forrest Nelson Sanders in Flint, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018813:** Ammunition Qty: 7 Rounds Manufacturer: WINCHESTER-WESTERN Caliber: 9, valued at $0.70, seized by the Detroit Police Department on May 04, 2024 from Justin Montgomery in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018814:** SCCY INDUSTRIES, LLC (SKYY IND.)PISTOL Model: CPX-2 Caliber: 9  S/N: C437216, valued at $300.00, seized by the Detroit Police Department on May 04, 2024 from Justin Montgomery in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF MINNESOTA
**22-ATF-049170:** Smith & Wesson SD9VE Pistol CAL:9 SN:FDK3465, valued at $100.00, seized by the ATF on July 08, 2022 from Travis Warner in Saint Paul, MN for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF MISSOURI
**24-ATF-020059:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Austin GEGG in Saint Mary, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020061:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Austin GEGG in Saint Mary, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020062:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Austin GEGG in Saint Mary, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020063:** Red Fuse Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Austin GEGG in Saint Mary, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020066:** Energetic Powde Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Sean BROWN in Sainte Genevieve, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020069:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Sean BROWN in Sainte Genevieve, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020072:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Sean BROWN in Sainte Genevieve, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020074:** Red Fuse Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Sean BROWN in Sainte Genevieve, MO for forfeiture pursuant to 18 U.S.C. Section 844.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

## DISTRICT OF MONTANA

**24-ATF-020053:** $7,000.00 U.S. Currency, seized by the ATF on June 03, 2024 from Kristofer Mikal WRIGHT in Billings, MT for forfeiture pursuant to 21 U.S.C. Section 881.

## EASTERN DISTRICT OF NORTH CAROLINA

**24-ATF-020276:** KRAL AV SANAYI/REXIMEX KRX SHOTGUN CAL:12 SN:KRX006817, valued at $250.00, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020285:** 8 Rounds ASSORTED Ammunition CAL:12, Serial No. Unknown, valued at $0.80, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020288:** 88 Rounds CCI Ammunition CAL:22, Serial No. Unknown, valued at $8.80, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020291:** 5 Rounds PMC Ammunition CAL:223, Serial No. Unknown, valued at $0.50, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020294:** 4 Rounds PPU Ammunition CAL:762, Serial No. Unknown, valued at $0.40, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020298:** CENTURY ARMS INTERNATIONAL BFT47 RIFLE CAL:762 SN:BFT47012652, valued at $425.00, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020305:** MOSSBERG 835 SHOTGUN CAL:12 SN:UM0010254, valued at $250.00, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020306:** 8 Rounds ASSORTED Ammunition CAL:12, Serial No. Unknown, valued at $0.80, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020309:** 17 Rounds FIOCCHI Ammunition CAL:12, Serial No. Unknown, valued at $1.70, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020313:** RUSSIAN MOSIN NAGANT RIFLE CAL:762 SN:M44067435, valued at $425.00, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**MIDDLE DISTRICT OF NORTH CAROLINA**
**24-ATF-020141:** CANIK55 SFX RIVAL Pistol CAL:9 SN:23CM15136, valued at $300.00, seized by the ATF on June 12, 2024 from Michael GALLOWAY in Reidsville, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020142:** 18 Rounds ASSORTED Ammunition CAL:9, valued at $1.80, seized by the ATF on June 16, 2024 from Oscar Raul Talamantes-Barraza in Burlington, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020143:** GIRSAN REGARD MC PISTOL CAL:9 SN:T636820A19880, valued at $300.00, seized by the ATF on June 16, 2024 from Oscar Raul Talamantes-Barraza in Burlington, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020679:** SMITH & WESSON M&P 380 SHIELD EZ Pistol CAL:380 SN:RJB7473, valued at $300.00, seized by the ATF on May 30, 2024 from Josiah Emmanuel Logan in Greensboro, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020680:** 5 Rounds Other Ammunition CAL:380, valued at $0.50, seized by the ATF on May 30, 2024 from Josiah Emmanuel Logan in Greensboro, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**DISTRICT OF NEW HAMPSHIRE**
**24-ATF-019456:** RG INDUSTRIES RG14 Revolver CAL:22 SN:L580859, valued at $300.00, seized by the ATF on May 29, 2024 from Joshua R Mclean in Laconia, NH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019458:** 832 Rounds ASSORTED Ammunition CAL:Assorted, valued at $83.20, seized by the ATF on May 29, 2024 from Joshua R Mclean in Laconia, NH for forfeiture pursuant to 18 U.S.C. Section 924(d).  Items described as:  102 102 Rounds ASSORTED Ammunition CAL:Assorted, valued at $10.20; 130 130 Rounds ASSORTED Ammunition CAL:ASSORTED, valued at $13.00; 124 124 Rounds ASSORTED Ammunition CAL:ASSORTED, valued at $12.40; 476 476 Rounds ASSORTED Ammunition CAL:22, valued at $47.60.

**DISTRICT OF NEW MEXICO**
**24-ATF-020179:** GLOCK GMBH 25 Pistol CAL:380 SN:AHUR135, valued at $539.99, seized by the ATF on June 19, 2024 from Bryan Lira SOLIS in Albuquerque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020181:** BERETTA USA CORP 92X Pistol CAL:9 SN:92X0095845, valued at $1,289.99, seized by the ATF on June 19, 2024 from Bryan Lira SOLIS in Albuquerque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020182:** BERETTA USA CORP 92 Pistol CAL:9 SN:92X0103213, valued at $1,149.99, seized by the ATF on June 19, 2024 from Bryan Lira SOLIS in Albuquerque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

### DISTRICT OF NEVADA

**24-ATF-020516:** Taurus TX-22 RECEIVER/FRAME CAL:22 SN:1PT630125, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020517:** Taurus TX-22 RECEIVER/FRAME CAL:22 SN:1PT630313, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020518:** Taurus TX-22 Receiver RECEIVER/FRAME CAL:22 SN:1PT630327, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020519:** Unknown WMP RECEIVER/FRAME CAL:22 SN:WT021716, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020520:** Unknown 365-X FCU RECEIVER/FRAME CAL:9 SN:66F342636, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020521:** Unknown 365-X FCU RECEIVER/FRAME CAL:9 SN:66F341081, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020522:** Unknown Alien Receiver RECEIVER/FRAME CAL:9 SN:A280013, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020523:** Unknown 92FS Receiver RECEIVER/FRAME CAL:9 SN:BER867731, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).

### SOUTHERN DISTRICT OF NEW YORK

**24-ATF-020151:** 30 Rounds Assorted Ammunition CAL:40, Serial No. Unknown, valued at $3.00, seized by the ATF on May 21, 2024 from Moyoa I McFaland in Newburgh, NY for forfeiture pursuant to 21 U.S.C. Section 881.

### SOUTHERN DISTRICT OF OHIO

**24-ATF-016486:** 2017 Jeep Cherokee Passenger Car VIN: 1C4RJFDJ1HC724025, valued at $33,950.00, seized by the ATF on April 03, 2024 from Amber Woody in Columbus, OH for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019486:** 29 Rounds Other Ammunition CAL:9, valued at $2.90, seized by the ATF on May 30, 2024 from Trevaughn Johnson in Cincinnati, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF OKLAHOMA

**24-ATF-020231:** RUGER LCP II PISTOL CAL:380 SN:380611282, valued at $300.00, seized by the ATF on July 12, 2024 from Taylor Madison Morehead in Muskogee, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020232:** 6 Rounds ASSORTED Ammunition CAL:380, Serial No. Null, valued at $0.60, seized by the ATF on July 12, 2024 from Taylor Madison Morehead in Muskogee, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**DISTRICT OF OREGON**

**24-ATF-020626:** One (1) yellow necklace with clear stones / "CBF", valued at $4,000.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020630:** One (1) yellow bracelet with clear stones/"Sikco", valued at $4,000.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020631:** WINCHESTER 12 SHOTGUN CAL:16 SN:1636071, valued at $250.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020635:** BUL TRANSMARK LTD DESERT EAGLE PISTOL CAL:40 SN:PB100629, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020641:** LLAMA (GABILONDO & CIA) IXC PISTOL CAL:45 SN:B64359, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020643:** PIONEER ARMS CORPORATION (RADOM, POLAND) PPS43-C PISTOL CAL:9 SN:DR05378P, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020645:** BALLISTIC ADVANTAGE, LLC DCP3 PISTOL CAL:9 SN:BA13575, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020647:** ROGUE DEFENSE, LLC RD-15 RECEIVER/FRAME CAL:MULTI SN:01058, valued at $250.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020655:** UNKNOWN  RIFLE  CAL:762 SN:BE590577, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020656:** GLOCK GMBH 19 PISTOL CAL:9 SN:XTR916, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020657:** GLOCK INC. 23 PISTOL  CAL:40 SN:BYDL375, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020658:** GLOCK GMBH 23 PISTOL CAL:40 SN:LSD471, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020659:** FNH USA, LLC. 509 PISTOL CAL:9 SN:GKS0331319, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020664:** F.N. (FN HERSTAL) PS90 RIFLE CAL:57 SN:FN135458, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020665:** WINCHESTER 94 RIFLE CAL:32 SN:1487740, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020666:** REMINGTON ARMS COMPANY, INC. 721 RIFLE CAL:308 SN:423907, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020667:** REMINGTON ARMS COMPANY, INC. 528 RIFLE  CAL:22 SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020668:** RUGER 10/22 RIFLE  CAL:22 SN:139425, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020669:** 1043 ROUNDS ASSORTED AMMUNITION CAL:ASSORTED, Serial No. Unknown, valued at $132.30, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020671:** 9 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. Unknown, valued at $0.90, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020672:** 270 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. Unknown, valued at $20.60,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/27/2024

## DISTRICT OF OREGON

**24-ATF-020672 - (Continued from previous page)**
seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020673:** F.N. (FN HERSTAL) FIVE-SEVEN PISTOL CAL:57 SN:386400058, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020674:** 20 Rounds ASSORTED Ammunition CAL:57, Serial No. Unknown, valued at $2.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020677:** FNH USA, LLC 509 PISTOL CAL:9 SN:GKS0178814, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020860:** POLYMER80, INC. (P80 TACTICAL P80) PF940V2 PISTOL CAL:40 SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020861:** POLYMER80, INC. (P80 TACTICAL P80) PF940V2 PISTOL CAL:40 SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020862:** Three (3) rings: 1-yellow metal clear stones "J". 1-silver metal with clear stones. 1-yellow and silver metal with clear stones., valued at $5,350.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-020863:** Three (3) yellow metal chains with attached pendants and yellow metal and clear stones- "Madilee" "the world is yours" "Raelee"., valued at $7,500.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-020864:** Two (2) Rings - Clear stones silver metal., valued at $7,000.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-020865:** One (1) Ring Silver Metal and Clear Stones., Serial No. Unknown, valued at $500.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-020866:** 330 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. Unknown, valued at $33.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020867:** 600 Rounds AMERICAN EAGLE Ammunition CAL:556, Serial No. Unknown, valued at $60.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020868:** $2,475.00 U.S. Currency, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-020869:** One (1) Head Pendant with Yellow Metal and Clear Stones, valued at $900.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-020870:** One (1) Garibay Pendant - Silver with Clear Stones., valued at $3,500.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-020871:** GLOCK INC. 43X PISTOL CAL:9 SN:BSSG709, valued at $300.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020872:** 10 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $1.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020874:** SMITH & WESSON 629 CLASSIC REVOLVER CAL:44 SN:CJZ0180, valued at $300.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

## DISTRICT OF OREGON

**24-ATF-020875:** 6 Rounds HORNADY Ammunition CAL:44, Serial No. Unknown, valued at $0.60, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020878:** 33 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $3.30, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020879:** TAURUS PT1911 PISTOL CAL:45 SN:NZK33476, valued at $300.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020880:** 8 Rounds ASSORTED Ammunition CAL:45, Serial No. Unknown, valued at $0.80, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020882:** MOSSBERG 590 SHOTGUN CAL:12 SN:K119561, valued at $250.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020883:** 5 Rounds ASSORTED Ammunition CAL:12, Serial No. Unknown, valued at $0.50, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020884:** UNKNOWN RIFLE  CAL:UNKNOWN SN:324740, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020885:** BAIKAL MP-153 SHOTGUN CAL:12 SN:998142464B, valued at $250.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020886:** 4 Rounds ASSORTED Ammunition CAL:12, Serial No. Unknown, valued at $0.40, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020887:** UMAREX SPORTWAFFEN GMBH & CO. KG HK MP5 PISTOL CAL:22 SN:HD033945, valued at $300.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020888:** 25 Rounds REMINGTON Ammunition CAL:22, Serial No. Unknown, valued at $2.50, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020890:** SAVAGE 110 RIFLE  CAL:65 SN:K99026, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020891:** SAVAGE 987 RIFLE  CAL:22 SN:D722671, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020892:** 14 Rounds REMINGTON  Ammunition CAL:22, Serial No. Unknown, valued at $1.40, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020893:** NORINCO (NORTH CHINA INDUSTRIES) MAK90 SPORTER RIFLE  CAL:762 SN:23004871, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020894:** RUGER MINI 14 RANCH  RIFLE  CAL:223 SN:19579400, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020895:** 20 Rounds PMC Ammunition CAL:223, Serial No. Unknown, valued at $2.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020896:** POF USA (PATRIOT ORDNANCE FACTORY) CMR RIFLE CAL:762 SN:18H-1800237, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020897:** 96 Rounds REMINGTON Ammunition CAL:762, Serial No. Unknown, valued at $9.60, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020898:** 20 Rounds HORNADY Ammunition CAL:44, Serial No. Unknown, valued at $2.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

### DISTRICT OF OREGON
**24-ATF-020899:** 1030 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. Unknown, valued at $103.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020900:** 8 Rounds FEDERAL Ammunition CAL:65, Serial No. Unknown, valued at $0.80, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020901:** 723 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. Unknown, valued at $72.30, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020902:** FNH USA, LLC. 509 PISTOL CAL:9 SN:GKS0009717, valued at $300.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020903:** 24 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $2.40, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020904:** 97 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. Unknown, valued at $9.70, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF PENNSYLVANIA
**24-ATF-020609:** Smith & Wesson SW40VE Pistol CAL:40 SN:DVJ7038, valued at $300.00, seized by the ATF on June 10, 2024 from Ulpiano ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020624:** 11 Rounds Assorted Ammunition CAL:40, valued at $1.10, seized by the ATF on June 10, 2024 from Ulpiano ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020627:** Smith & Wesson SD9VE Pistol CAL:9 SN:FDD9509, valued at $300.00, seized by the ATF on June 10, 2024 from Ulpiano ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020629:** 2 Rounds Remington Ammunition CAL:9, valued at $0.20, seized by the ATF on June 10, 2024 from Ulpiano ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020632:** 4 Rounds FN (FNH) Ammunition CAL:57, valued at $0.40, seized by the ATF on June 10, 2024 from Ulpiano ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020634:** Glock Inc. 23 Pistol CAL:40 SN:KMS555, valued at $300.00, seized by the ATF on June 10, 2024 from Tyheed HILL in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020636:** 15 Rounds Assorted Ammunition CAL:40, valued at $1.50, seized by the ATF on June 10, 2024 from Tyheed HILL in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020637:** 27 Rounds Assorted Ammunition CAL:40, valued at $2.70, seized by the ATF on June 10, 2024 from Tyheed HILL in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### WESTERN DISTRICT OF PENNSYLVANIA
**24-ATF-020214:** 10 Rounds Assorted Ammunition CAL:45, valued at $1.00, seized by the ATF on May 29, 2024 from Colone D ROBERTS in Erie, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

### DISTRICT OF PUERTO RICO
**24-ATF-019279:** 1 Rounds ASSORTED Ammunition CAL:762, valued at $0.10, seized by the ATF on May 22, 2024 from Jonquiel VELLON-CASTRO in Humacao, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019293:** 10 Rounds ASSORTED Ammunition CAL:762, valued at $1.00, seized by the ATF on May 22, 2024 from Jonquiel VELLON-CASTRO in Humacao, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019457:** $2,300.00 U.S. Currency, seized by the ATF on May 22, 2024 from Jonquiel VELLON-CASTRO in Humacao, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019811:** Radical Firearms, LLC RF-15 Pistol  CAL:MULTI SN:24-033154, valued at $300.00, seized by the ATF on May 22, 2024 from Brayan Jesus RODRIGUEZ-LOPEZ in Juncos, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF SOUTH CAROLINA
**24-ATF-020178:** $45,185.00 U.S. Currency, seized by the ATF on May 26, 2024 from Jeff Robert Keyser in Pelion, SC for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020912:** GLOCK GMBH 23GEN4 Pistol CAL:40 SN:bddx105, valued at $300.00, seized by the ATF on May 30, 2024 from Nykeithus Geormaja CUNNINGHAM in Lancaster, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020915:** 15 Rounds Assorted Ammunition CAL:40, valued at $1.50, seized by the ATF on May 30, 2024 from Nykeithus Geormaja CUNNINGHAM in Lancaster, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF SOUTH DAKOTA
**24-ATF-019893:** SKB ARMS 7300 Shotgun CAL:12 SN:S3001987, valued at $250.00, seized by the ATF on June 14, 2024 from David W HARRINGTON in Wagner, SD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019896:** BROWNING CITORI Shotgun CAL:12 SN:07519RTJ53, valued at $250.00, seized by the ATF on June 14, 2024 from David W HARRINGTON in Wagner, SD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019897:** REMINGTON ARMS COMPANY, INC. 870 EXPRESS MAG Shotgun CAL:20 SN:D043547U, valued at $250.00, seized by the ATF on June 14, 2024 from David W HARRINGTON in Wagner, SD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019899:** SAVAGE 311 Shotgun CAL:410 SN:HXAB, valued at $250.00, seized by the ATF on June 14, 2024 from David W HARRINGTON in Wagner, SD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019901:** Ruger 10/22 Rifle CAL:22 SN:248-39769, valued at $425.00, seized by the ATF on June 14, 2024 from David W HARRINGTON in Wagner, SD for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**WESTERN DISTRICT OF TEXAS**
**24-ATF-020201:** LRB ARMS M15SA Machine Gun Lower Receiver CAL:MULTI SN:019157, valued at $250.00, seized by the ATF on July 01, 2024 from Shane Scott in San Marcos, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020205:** LRB ARMS M15SA Machine Gun Lower Receiver CAL:MULTI SN:019158, valued at $250.00, seized by the ATF on July 01, 2024 from Shane Scott in San Marcos, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020216:** HS PRODUKT (SPRINGFIELD ARMORY) XDS-9 PISTOL CAL:9 SN:BA378616, valued at $300.00, seized by the ATF on July 03, 2024 from Alexzander JM Bisbee in Sonora, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020220:** QUARTER CIRCLE 10 (QC10) QC5 PISTOL CAL:9 SN:QC500747, valued at $300.00, seized by the ATF on July 03, 2024 from Alexzander JM Bisbee in Sonora, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020221:** 31 Rounds UNKNOWN MANUFACTURER Ammunition CAL:9, valued at $3.10, seized by the ATF on July 03, 2024 from Alexzander JM Bisbee in Sonora, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020307:** HI-POINT (HASKELL MFGR) JHP PISTOL CAL:45 SN:X455171, valued at $300.00, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020320:** 23 Rounds FEDERAL Ammunition CAL:22, valued at $2.30, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020324:** 7 Rounds REMINGTON Ammunition CAL:22, valued at $0.70, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020326:** 1 Rounds REMINGTON Ammunition CAL:9, valued at $0.10, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020330:** 1 Rounds REMINGTON Ammunition CAL:357, valued at $0.10, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020332:** 1 Rounds CCI Ammunition CAL:22, valued at $0.10, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020333:** 39 Rounds WINCHESTER-WESTERN Ammunition CAL:357, valued at $3.90, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020335:** 10 Rounds REMINGTON Ammunition CAL:270, valued at $1.00, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

## DISTRICT OF UTAH

**24-ATF-020443:** STANDARD MANUFACTURING COMPANY, LLC SWITCH-GUN Revolver CAL:22 SN:GG002302, valued at $300.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020445:** STANDARD MANUFACTURING COMPANY, LLC SWITCH-GUN Revolver CAL:22 SN:GG002309, valued at $300.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020446:** STOEGER STR-9C Pistol CAL:9 SN:T6429-23S07312, valued at $300.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020448:** TAURUS 608 Revolver CAL:357 SN:RL712680X, valued at $300.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020449:** HASKELL (MFGR) JS45 Pistol CAL:45 SN:019702, valued at $300.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020451:** SMITH & WESSON M&P 9 Pistol CAL:9 SN:HUY5601, valued at $300.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020452:** NORINCO (NORTH CHINA INDUSTRIES) SKS Rifle CAL:762 SN:014821000460N, valued at $425.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020454:** RUGER AR-556 Rifle CAL:556 SN:856-00200, valued at $425.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020455:** WEATHERBY MARK XXII Rifle CAL:22 SN:N47685, valued at $425.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020457:** CBC (COMPANHIA BRAZILIERA DE CARTUCHOS) ROSSI R92 Rifle CAL:357 SN:7CR095720T, valued at $425.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020460:** MARLIN FIREARMS CO. XT-22 Rifle CAL:22 SN:MM10534B, valued at $425.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020463:** ZASTAVA N-PAP M70 Rifle CAL:762 SN:N-PAP039605, valued at $425.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

## EASTERN DISTRICT OF VIRGINIA

**24-ATF-019845:** SMITH & WESSON M&P 9 SHIELD Pistol CAL:9 SN:HXV1548, valued at $300.00, seized by the ATF on June 03, 2024 from William HART in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019847:** 8 Rounds ASSORTED Ammunition CAL:9, Serial No. Non, valued at $0.80, seized by the ATF on June 03, 2024 from William HART in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019875:** INTRATEC TEC9 Pistol CAL:9 SN:Obliterated, valued at $300.00, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019879:** SMITH & WESSON M&P 40 PC Pistol CAL:40 SN:HAN0676, valued at $300.00, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019881:** TAURUS G3C Pistol CAL:9 SN:ACJ231822, valued at $300.00, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019882:** 13 Rounds ASSORTED Ammunition CAL:Assorted, Serial No. Unknown, valued at $1.30, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019883:** 10 Rounds ASSORTED Ammunition CAL:Assorted, Serial No. Unknown, valued at $1.00, seized by the ATF on June 18, 2024 from Taneisha Denia Coleman in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019884:** 6 Rounds RWS Ammunition CAL:9, Serial No. Unknown, valued at $0.60, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019885:** 20 Rounds ASSORTED Ammunition CAL:Assorted, Serial No. Unknown, valued at $2.00, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019887:** 13 Rounds ASSORTED Ammunition CAL:Assorted, Serial No. Unknown, valued at $1.30, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019888:** GLOCK GMBH 48 Pistol CAL:9 SN:BPZW351, valued at $300.00, seized by the ATF on June 18, 2024 from Taneisha Denia Coleman in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019924:** SPRINGFIELD  GENESEO,IL Pistol CAL:9 SN:BY144399, valued at $300.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019931:** TAURUS INTERNATIONAL SPECTRUM Pistol CAL:380 SN:1F086548, valued at $300.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019933:** TAURUS G3C Pistol CAL:9 SN:ABK050373, valued at $300.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019934:** GLOCK GMBH 17 Pistol CAL:9 SN:BPKK447, valued at $300.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019935:** TAURUS INTERNATIONAL PT738 Pistol CAL:380 SN:20350D, valued at $300.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019936:** CEO SILAH SANAYI SILVER EAGLE TAC LC Shotgun CAL:12 SN:735-H21YD-773, valued at $250.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019939:** KARRI'S GUNS (PODUNK, INC.) KG15 RECEIVER/FRAME CAL:Multi SN:03364, valued at $250.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019941:** NEW ENGLAND FIREARMS PARDNER Shotgun CAL:410 SN:NG379704, valued at $250.00,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

### EASTERN DISTRICT OF VIRGINIA
**24-ATF-019941 - (Continued from previous page)**
seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/10/2024**
**LAST DATE TO FILE PETITION:  09/20/2024**

## EASTERN DISTRICT OF ARKANSAS
**24-ATF-015338:** Explosive: Destructive Device; Qty: 1 EA.; RENDERED SAFE SUSPECTED DESTRUCTIVE DEVICE, valued at $1.00, seized by the ATF on April 20, 2024 from Joseph Jamali Perkins in West Memphis, AR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-015339:** Explosive: Low Explosives; Qty: 13 g; APPROX 13.0 GRAMS OF SUSPECTED SMOKELESS POWDER EXTRACTED FROM ITEM #003, valued at $1.00, seized by the ATF on April 20, 2024 from Joseph Jamali Perkins in West Memphis, AR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019872:** Unknown Unknown Machinegun CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on June 06, 2024 from Frenchy Branscomb in Conway, AR for forfeiture pursuant to 26 U.S.C. Section 5872.

## NORTHERN DISTRICT OF CALIFORNIA
**18-ATF-037310:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**18-ATF-037324:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**18-ATF-037331:** KNIGHTS ARMAMENT CO. UNKNOWN SILENCER CAL:UNKNOWN SN:60983, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**18-ATF-037332:** KNIGHTS ARMAMENT CO. UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**18-ATF-037339:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 26 U.S.C. Section 5872.

## MIDDLE DISTRICT OF FLORIDA
**24-ATF-019507:** TPM OUTFITTERS SD SILENCER CAL:9 SN:SD813, valued at $300.00, seized by the ATF on January 04, 2024 from Jesuani Mulero DALMAU in OVIEDO, FL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019774:** GLOCK GMBH 23GEN4 MACHINEGUN CAL:40 SN:BUBH723, valued at $425.00, seized by the ATF on October 23, 2023 from Jeremiah Earl CUNDIFF in ORLANDO, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

## MIDDLE DISTRICT OF GEORGIA
**24-ATF-018938:** Unknown Manufacturer Unknown Silencer CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 18, 2024 from Austin Crum in Kathleen, GA for forfeiture pursuant to 26 U.S.C. Section 5872.

## NORTHERN DISTRICT OF GEORGIA
**24-ATF-018893:** American Tactical Imports - ATI Omni Hybrid Pistol CAL:Multi SN:NS151972, valued at $300.00, seized by the ATF on May 28, 2024 from Javares Stone in Forest Park, GA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019579:** Smith & Wesson  M&P 15 Pistol CAL:556 SN:SZ76084, valued at $500.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/10/2024**
**LAST DATE TO FILE PETITION:  09/20/2024**

## DISTRICT OF IDAHO
**24-ATF-019683:** PALMETTO STATE ARMORY  KS47   RIFLE CAL:556 SN:KSG2023426, valued at $425.00, seized by the Caldwell Police Department on May 20, 2024 from Tanner TOLL in Caldwell, ID, and adopted by the ATF for forfeiture pursuant to 26 U.S.C. Section 5872.

## EASTERN DISTRICT OF KENTUCKY
**24-ATF-019928:** Unknown Manufacturer, Model: , Caliber: , SN#: , Type: WEAPON MADE FROM SHOTGUN (NFA), Serial No. Unknown, valued at $300.00, seized by the ATF on June 21, 2024 from Woodrow Jr. Horne in Ashland, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF MAINE
**24-ATF-019380:** Unknown Manufacturer M.G. 08/15. Gwf. SPANDAU. 1918 Machine Gun CAL:Unknown SN:5537, valued at $425.00, seized by the ATF on June 25, 2024 from Paul BLACKSTONE in Bar Harbor, ME for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF MISSISSIPPI
**24-ATF-019732:** Unknown Unknown SHORT BARRELED  CAL:12 SN:Unknown, valued at $125.00, seized by the ATF on January 13, 2024 from Benjamin Dean LACOMBE in Gulfport, MS for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF MONTANA
**24-ATF-018862:** AMERICAN TACTICAL IMPORTS - ATI OMNI HYBRID Receiver/Frame CAL:Multi SN:NS298417, valued at $150.00, seized by the ATF on May 22, 2024 from Keatton Diedrick PIERCE in Billings, MT for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF NEVADA
**24-ATF-012193:** MOSSBERG 590 SHORT BARRELED RIFLE (NFA) CAL:12 SN:V1036991, valued at $125.00, seized by the ATF on March 22, 2024 from SuperPawn in Las Vegas, NV for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-012208:** PALMETTO STATE ARMORY PA-15 SHORT BARRELED RIFLE (NFA) CAL:556 SN:SCD646682, valued at $400.00, seized by the ATF on March 22, 2024 from SuperPawn in Henderson, NV for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF OHIO
**24-ATF-019488:** SilencerCo, LLC Octane Silencer (NFA) CAL:45 SN:OCT45-9326, valued at $1,000.00, seized by the ATF on April 17, 2024 from Donna L Clingman in Dayton, OH for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF OREGON
**24-ATF-020048:** UNKNOWN  MACHINE GUN CAL:UNKNOWN SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020049:** UNKNOWN  MACHINE GUN  CAL:UNKNOWN SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/10/2024**
**LAST DATE TO FILE PETITION:  09/20/2024**

### MIDDLE DISTRICT OF PENNSYLVANIA
**22-ATF-049958:** ONE BAG CONTAINING A SAWED OFF BARREL AND PAINTED RIFLE STOCK, Serial No. Unknown, valued at $0.00, seized by the ATF on March 15, 2023 from Reynaldo VARGAS SEDA in York, PA for forfeiture pursuant to 26 U.S.C. Section 7302.

### WESTERN DISTRICT OF TENNESSEE
**24-ATF-019926:** Explosive: Bomb Making Material/Components; Qty: 1 EA.; 1 PVC pipe with tape and wires, Serial No. Unknown, valued at $1.00, seized by the ATF on June 05, 2024 from Robby BASHAM in Buchanan, TN for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019929:** Explosive: Bomb Making Material/Components; Qty: 1 EA.; 1 cut copper wire, Serial No. Unknown, valued at $1.00, seized by the ATF on June 05, 2024 from Robby BASHAM in Buchanan, TN for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019930:** Explosive: Bomb Making Material/Components; Qty: 1 EA.; 1 container of 349 nails, Serial No. Unknown, valued at $1.00, seized by the ATF on June 05, 2024 from Robby BASHAM in Buchanan, TN for forfeiture pursuant to 26 U.S.C. Section 5872.

### EASTERN DISTRICT OF TEXAS
**24-ATF-019671:** Unknown Manufacturer Unknown  Silencer CAL:Unknown SN:None, valued at $150.00, seized by the ATF on May 10, 2024 from Sergei Li in Anna, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

### WESTERN DISTRICT OF TEXAS
**22-ATF-027229:** Remington Arms Company Inc 1100 Shotgun CAL:20 SN:L321495X, valued at $200.00, seized by the ATF on February 01, 2022 from Peyton Paterson in Fairfield, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

Page 25 of 102

30

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

### MIDDLE DISTRICT OF ALABAMA
**24-ATF-019592:** Taurus G2C Pistol CAL:9 SN:ABA239564, valued at $300.00, seized by the ATF on June 25, 2024 from Willie Lee Rogers Jr in Montgomery, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019593:** 6 Rounds Federal Ammunition CAL:9, valued at $0.60, seized by the ATF on June 25, 2024 from Willie Lee Rogers Jr in Montgomery, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF ARKANSAS
**24-ATF-019759:** GLOCK GMBH 17 PISTOL CAL:9 SN:BVBU390, valued at $300.00, seized by the ATF on May 22, 2024 from Joseph R MILTON in Little Rock, AR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019762:** Unknown Unknown Machinegun CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on May 22, 2024 from Joseph R MILTON in Little Rock, AR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019764:** 32 Rounds Federal Ammunition CAL:9, valued at $3.20, seized by the ATF on May 22, 2024 from Joseph R MILTON in Little Rock, AR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019873:** GLOCK GMBH 45GEN5 PISTOL CAL:9 SN:BHZR858, valued at $300.00, seized by the ATF on June 06, 2024 from Frenchy Branscomb in Conway, AR for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-018481:** $1,165.00 U.S. Currency, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018488:** $400.00 U.S. Currency, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018489:** $8,740.00 U.S. Currency, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018975:** TAURUS INTERNATIONAL G2C Pistol CAL:1 SN:AEE460478, valued at $255.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018993:** TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:AEM933251, valued at $260.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019000:** CENTURY ARMS INTERNATIONAL WASR M Rifle CAL:9 MM SN:RON2156361, valued at $765.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019001:** DSA INC SA58 Rifle CAL:762 SN:DSA52208, valued at $1,550.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019003:** DEL-TON INC ECHO 316 L Rifle CAL:556 SN:DTI-S284473, valued at $475.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019006:** SPRINGFIELD ARMORY,GENESEO,IL Hellion Rifle CAL:556 SN:BES13618, valued at $1,999.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019009:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7149751, valued at $725.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019013:** ANDERSON MANUFACTURING Utility P  Rifle CAL:Multical SN:23083319, valued at $515.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019016:** SMITH & WESSON M&P 15 Rifle CAL:556 SN:TV41097, valued at $765.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019019:** DIAMONDBACK ARMS INC. DB-15 Rifle CAL:556 SN:DB2649365, valued at $660.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019022:** CENTURY ARMS INTERNATIONAL HG6038- N Rifle CAL:9 MM SN:RON2246363, valued at $700.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019023:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7150239, valued at $725.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019025:** GLOCK INC 19 Pistol CAL:9 SN:BWAL805, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019027:** CANIK55 TP-9SFX Pistol CAL:9 SN:T6472-23BC18684, valued at $510.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019028:** CANIK55 SFX RIVAL Pistol CAL:9 SN:T6472-24CM04092, valued at $630.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-019029:** CANIK55 Mete Pistol CAL:9 SN:T6472-22CC16745, valued at $540.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019031:** SMITH & WESSON M&P 15 Rifle CAL:556 SN:TW45420, valued at $799.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019033:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7150008, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019034:** F.N. (FN HERSTAL) PS90 Rifle CAL:57 SN:160444, valued at $1,949.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019036:** WALTHER Hammerli TAC RI Rifle CAL:22 LR SN:HA072478, valued at $400.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019037:** KELTEC, CNC INDUSTRIES, INC SUB-2000 Rifle CAL:9 SN:24E1Z71, valued at $450.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019039:** KELTEC, CNC INDUSTRIES, INC KSG Shotgun CAL:12 SN:XYHF52, valued at $225.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019042:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7149837, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019043:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7150224, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019045:** SIG SAUER (SIG-ARMS) CROSS Rifle CAL:Multi SN:70C016707, valued at $2,499.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019046:** ARMALITE M15 Rifle CAL:Multi SN:15-008466B, valued at $890.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019047:** AMERICAN ARMS CO. Bulldog Shotgun CAL:12 SN:662-H23YB-5153, valued at $360.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019050:** ROST MARTIN LLC RM1C Pistol CAL:9 SN:RM005188, valued at $1,000.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019051:** CANIK55 TP-9 Pistol CAL:9 SN:T6472-23CC17644, valued at $1,000.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019054:** PALMETTO STATE ARMORY 5.7 Rock Pistol CAL:5.7 SN:RK033153, valued at $1,000.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019055:** Rost Martin LLC Model RM1C CAL 9 SN RM008367, valued at $280.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019061:** SPRINGFIELD ARMORY,GENESEO,IL SA-35  Rifle CAL:9 MM SN:HP38967, valued at $765.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019064:** CANIK55 TTI Combat Pistol CAL:9 MM SN:T6472-24CZ10105, valued at $280.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-019064 - (Continued from previous page)**
924(d).
**24-ATF-019066:** SIG-SAUER P230 Pistol CAL:9 SN:58J593832, valued at $485.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019069:** SIG-SAUER 1911 Pistol CAL:45 SN:54H021116, valued at $1,300.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019070:** BERETTA USA CORP 92FS Pistol CAL:22 LR SN:BM073333, valued at $470.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019072:** SHADOW SYSTEMS, LLC DR920 COMBAT Pistol CAL:9 SN:SSX0SS687, valued at $900.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019074:** SHADOW SYSTEMS, LLC CR920 Pistol CAL:9 SN:S023488, valued at $900.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019076:** CANIK55 TP-9DA Pistol CAL:9 SN:T6472-24 BJ 00450, valued at $390.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019077:** GLOCK INC. 21 Pistol CAL:45 SN:BWTK558, valued at $585.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019084:** SMITH & WESSON SD9 Pistol CAL:9 SN:EFD7441, valued at $299.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019085:** SAVAGE STANCE Pistol CAL:9 SN:AA05829, valued at $360.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019086:** TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:AEH589750, valued at $255.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019088:** TAURUS INTERNATIONAL G3C PISTOL CAL:9 SN:AGC079566, valued at $280.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019090:** KELTEC, CNC INDUSTRIES, INC. R50 Rifle CAL:57 SN:TT1193, valued at $625.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019092:** TAURUS INTERNATIONAL G3C Pistol CAL:9 SN:ADJ642415, valued at $280.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019094:** ROCK ISLAND ARMORY INC. (GENESEO, IL) 1911 Pistol CAL:45 SN:RIA2634639, valued at $450.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019095:** CENTURY ARMS INTERNATIONAL WASR-M Rifle CAL:9 X 19 SN:RON2154161, valued at $500.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019096:** DIAMONDBACK ARMS INC. DB-15 Rifle CAL:Multi SN:DB2545375, valued at $850.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019098:** CZ USA CZ SCORPION 3 PLUS Rifle CAL:9 SN:ZS021641, valued at $850.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019099:** SAVAGE Stevens 320 Shotgun CAL:12 SN:213204X, valued at $200.00, seized by the ATF on May

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/20/2024

## DISTRICT OF ARIZONA

**24-ATF-019099 - (Continued from previous page)**
31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019100:** CZ USA CZ SCORPION 3 P Rifle CAL:9 SN:ZS018526, valued at $750.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019103:** OHIO ORDNANCE WORKS M2-SLR Rifle CAL:50 BMG SN:850645, valued at $17,000.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019104:** JAMES RIVER ARMORY/ROCKOLA FIREARMS BM-59 Rifle CAL:762 SN:BM0602, valued at $1,900.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019106:** Charles Daly 301 Tactical Pump Shotgun CAL:12 Gauge SN:MRTK23M-0325, valued at $225.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019108:** SAVAGE 320 Security PUMP Shotgun CAL:12 GA SN:210217L, valued at $225.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019109:** F.N. (FN HERSTAL) FIVE-SEVEN Pistol CAL:57 SN:386458212, valued at $1,250.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019110:** FNH USA, LLC 509 Pistol CAL:9 SN:GKS0353444, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019112:** SPRINGFIELD ARMORY,GENESEO,IL Hellcat PRO OSP Pistol CAL:9 MM SN:BB500467, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019114:** SPRINGFIELD ARMORY,GENESEO,IL XDM Elite Pistol CAL:9 MM SN:BB120123, valued at $500.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019117:** F.N. (FN HERSTAL) Unknown Type Pistol CAL:Unknown SN:LR035769, valued at $430.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019119:** CZ USA 612 Field Shotgun CAL:12 GA SN:57-H22PT-005099, valued at $400.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019123:** GLOCK INC 28 Pistol CAL:380 SN:AHSL729, valued at $300.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019125:** CANIK55 SFX RIVAL Pistol CAL:9 SN:T6472-23CM25551, valued at $630.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019128:** SPRINGFIELD ARMORY,GENESEO,IL 1911 DS Prodigy Rifle CAL:9MM SN:NMH43711, valued at $1,395.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019130:** FNH USA, LLC 509 CC EDGE Pistol CAL:9 SN:GKS0247483, valued at $1,400.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019131:** SMITH & WESSON M&P 380 SHIELD EZ Pistol CAL:380 SN:RFM7159, valued at $440.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C.

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**
**24-ATF-019131 - (Continued from previous page)**
Section 924(d).
**24-ATF-019139:** TAURUS G2C Pistol CAL:9 SN:ICI66377, valued at $225.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019140:** SIG SAUER (SIG-ARMS) P230 Pistol CAL:9 SN:58H354087, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019142:** SPRINGFIELD ARMORY,GENESEO,IL SA-35 Pistol CAL:9 SN:HP39025, valued at $750.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019143:** FNH USA, LLC 509 Pistol CAL:9 SN:GKS0362105, valued at $754.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019145:** COLT Python REVOLVER CAL:357 SN:PY253893, valued at $1,499.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019147:** RUGER MAX-9 Pistol CAL:9 SN:350171821, valued at $370.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019149:** RUGER MAX-9 Pistol CAL:9 SN:350171822, valued at $370.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019151:** GLOCK INC 28 Pistol CAL:380 SN:AHSL728, valued at $530.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019153:** GLOCK INC 43 Pistol CAL:9 SN:AGDT730, valued at $450.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019154:** GLOCK INC. 43X Pistol CAL:9 SN:BYWY463, valued at $715.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019155:** SMITH & WESSON M&P 15 SPORT II Rifle CAL:556 SN:TW32071, valued at $700.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019159:** HECKLER & KOCH INC. MP5 Rifle CAL:22LR SN:HD069084, valued at $550.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019160:** DEL-TON INC. ECHO 316 L Rifle CAL:556 SN:B93884, valued at $550.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019162:** SMITH & WESSON M&P FPC Rifle CAL:9 SN:VA85557, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019163:** GLOCK INC 43X Pistol CAL:9 SN:CBAA226, Serial No. CBAA226,, valued at $715.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019164:** Smith and Wesson M & P 5.7Pistol CAL:57 SN:EFP1403, valued at $285.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019165:** GLOCK INC 43X Pistol CAL:9 SN:CBZZ075, valued at $575.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019166:** WINCHESTER SXP SHOTGUN CAL:12 SN:TR6023-072234SP, valued at $325.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019167:** ROST MARTIN LLC RM1C Pistol CAL:9 SN:RM004074, valued at $450.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-019168:** Ruger MINI 14 TACTICA Rifle CAL:556 SN:585-15908, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019169:** SMITH & WESSON M&P 380 SHIELD EZ Pistol CAL:380 SN:DLN4849, valued at $475.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019170:** SIG-SAUER P365 Pistol CAL:9 SN:66G023488, valued at $525.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019171:** MOSSBERG 590A1 Shotgun CAL:12 SN:V1725496, valued at $825.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019172:** SIG-SAUER P365 Pistol CAL:380 SN:66G035470, valued at $505.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019173:** SMITH & WESSON M&P9 M2.0 Shield Pistol CAL:9 SN:DLK8441, valued at $495.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019174:** SIG SAUER (SIG-ARMS) P322 COMP RX Pistol CAL:22 SN:73A146977, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019175:** TAURUS G2C Pistol CAL:40 SN:AEG517325, valued at $265.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019176:** TAURUS G2C Pistol CAL:40 SN:AEM922708, valued at $225.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019177:** FNH USA, LLC FNP45 Pistol CAL:45 SN:FX3U194040, valued at $750.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019178:** GLOCK INC. 20Gen4 Pistol CAL:10 SN:BYVN825, valued at $730.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019180:** GLOCK INC 17Gen5 Pistol CAL:9 SN:AHFS668, valued at $540.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019181:** GIRSAN MC P35 GOLD Pistol CAL:9 SN:T6368-23EU05061, valued at $1,075.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019182:** ANDERSON MANUFACTURING AM-15 Rifle CAL:Multi SN:20092385, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019184:** GLOCK INC 19X Pistol CAL:9 SN:CBFW919, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019185:** MAGNUM RESEARCH, INC. 50AE Pistol CAL:50 SN:DK0110243, valued at $1,800.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019186:** AMERICAN TACTICAL IMPORTS - ATI Firefly Rifle CAL:22LR SN:F508024, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019187:** GIRSAN Negotiator MC Pistol CAL:45 SN:T6368-23AB01838, valued at $715.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019188:** GIRSAN MC P35 OPS Pistol CAL:9 SN:T6368-23FA02817, valued at $480.00, seized by the ATF

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-019188 - (Continued from previous page)**
on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019189:** TAURUS INTERNATIONAL 1911 COMMANDER PISTOL CAL:45 SN:ADH545160, valued at $625.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019190:** SIG-SAUER P365 Pistol CAL:380 SN:66F942591, valued at $500.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019191:** HECKLER & KOCH INC. P30L V3 Pistol CAL:9 SN:213-056848, valued at $760.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019192:** SPRINGFIELD ARMORY,GENESEO,IL XD-45 ACP Pistol CAL:45 SN:MG576297, valued at $494.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019193:** SPRINGFIELD ARMORY,GENESEO,IL XDM-9 Pistol CAL:9MM SN:MG456914, valued at $485.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019194:** WALTHER PDP PISTOL CAL:9 SN:FDS3238, valued at $625.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019195:** SMITH & WESSON M&P 5.7 Pistol CAL:57 SN:PJJ4344, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019196:** F.N. (FN HERSTAL) SCAR 17S Rifle CAL:Multi SN:H1C23368, valued at $3,000.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019197:** TAURUS INTERNATIONAL G3C PISTOL CAL:9 SN:AEE420573, valued at $285.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019198:** ROMARM/CUGIR MINI DRACO Pistol CAL:762 SN:PE-9070-2019RO, valued at $900.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019199:** SPRINGFIELD ARMORY,GENESEO,IL Hellcat Pistol CAL:9MM SN:BA169895, valued at $513.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019200:** GLOCK INC. 43X PISTOL CAL:9 SN:AKGH926, valued at $448.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019201:** RUGER MINI 14 Rifle CAL:556 SN:584-73850, valued at $1,030.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019202:** MAUSER 1941 Rifle CAL:55MM SN:F5701PB, valued at $1,630.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019203:** Ruger 30-06 SPRG Rifle CAL:30-06 SN:692016536, valued at $450.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019205:** GLOCK INC. 43X Pistol CAL:9 SN:AKGG677, valued at $448.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019206:** WALTHER PPQ Q4 SF PISTOL CAL:9 SN:FDV5501, valued at $599.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019207:** DIAMONDBACK ARMS INC DB-10 Receiver/Frame CAL:Multi SN:DB-4015210, valued at

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## DISTRICT OF ARIZONA

**24-ATF-019207 - (Continued from previous page)**
$1,200.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019208:** ANDERSON MANUFACTURING AM-15 Rifle CAL:Multi SN:20092384, valued at $410.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019209:** SPIKE'S TACTICAL LLC MOD-ST9G Rifle CAL:9MM SN:ARG014826, valued at $500.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019210:** GIRSAN MC 1911 SC ULT Pistol CAL:9 SN:T6368-22DR00623, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019211:** SIG SAUER (SIG-ARMS) P322 COMP RX Pistol CAL:22 SN:73A146968, valued at $549.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019212:** RUGER LCP Max Pistol CAL:380 SN:381376888, valued at $380.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019213:** SPRINGFIELD ARMORY,GENESEO,IL XD-9 MOD2 Pistol CAL:9MM SN:GM701226, valued at $450.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019214:** CANIK55 TTI Combat PISTOL CAL:9x19 SN:T6472-24 CZ 08562, valued at $899.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019215:** BARRETT FIREARMS MFG CO 82A1 Rifle CAL:50 BMG SN:AA017894, valued at $9,270.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019216:** BERSA BP9CC Pistol CAL:9 SN:M46560, valued at $300.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019217:** RUGER LCP PISTOL CAL:380 SN:372563698, valued at $225.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019218:** Ruger LCP MAX Pistol CAL:380 SN:381493728, valued at $400.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019219:** FNH USA, LLC FN 15 Rifle CAL:MULTI SN:FNCR 020395, valued at $1,649.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019222:** COLT AR-15A4 TACTL CARB Rifle CAL:556 SN:CAR032528, valued at $1,150.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019226:** MILITARY ARMAMENT CORP 1014 Shotgun CAL:12 GA SN:751-H24YT-1467, valued at $825.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019238:** ARMALITE M15 Rifle CAL:556 SN:15-013958A, valued at $1,350.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019239:** HIPOINT (STRASSELL'S MACHINE INC.) 995 Rifle CAL:9 SN:F250534, valued at $355.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-019241:** ROCK ISLAND ARMORY INC. (GENESEO, IL) All Generation Shotgun CAL:12 GA SN:R536819, valued at $260.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019242:** CENTURY ARMS INTERNATIONAL Micro Draco PISTOL CAL:7.62x39 SN:ROA24 PMD-52335, valued at $915.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019244:** DIAMONDBACK ARMS INC. DB-15 Rifle CAL:MULTI SN:DB2937486, valued at $660.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019247:** STANDARD MANUFACTURING COMPANY, LLC SP12 SHOTGUN CAL:12 GA SN:SPS001155, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019249:** OHIO ORDNANCE WORKS M2-SLR Rifle CAL:50 BMG SN:850580, valued at $17,298.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019253:** CANIK55 TP-9SFX Pistol CAL:9 SN:T6472-24CM04787, valued at $630.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019256:** GLOCK INC. 43X Pistol CAL:9 SN:AKGL932, valued at $448.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019257:** ROCK ISLAND ARMORY INC. (GENESEO, IL) M1911 Tact Pistol CAL:45 SN:RIA2761489, valued at $899.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019258:** RUGER SECURITY-9 Pistol CAL:9 SN:387-16793, valued at $350.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019259:** FNH USA, LLC 503 Pistol CAL:9 SN:CV031215, valued at $425.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019260:** SPRINGFIELD ARMORY,GENESEO,IL Echelon PISTOL CAL:9 SN:BE236539, valued at $635.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019261:** CENTURY ARMS INTERNATIONAL Mete Pistol CAL:9 SN:T6472-23 BU 10536, valued at $775.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019262:** FNH USA, LLC FNX-45 Pistol CAL:45 SN:FX3U191493, valued at $750.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019263:** CANIK55 TTI Combat  Pistol CAL:9 SN:T6472-24 CZ12370, valued at $899.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019264:** SPRINGFIELD ARMORY,GENESEO,IL SA-16 Rifle CAL:5.56 SN:ST950135, valued at $1,175.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019342:** HAWK INDUSTRIES INC. Blue Line Pump Shotgun CAL:12 SN:BLS00003948, valued at $250.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019346:** TAURUS G3C Pistol CAL:40 SN:AED321172, valued at $280.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019348:** DS Arms Inc SA58 Rifle CAL:7.62 SN:DSA52030, valued at $1,550.00, seized by the ATF on May

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## DISTRICT OF ARIZONA

**24-ATF-019348 - (Continued from previous page)**
31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019350:** ROMARM/CUGIR WASR-10UF RIFLE CAL:762 SN:ROA-23-UF-9385, valued at $1,000.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019367:** MILITARY ARMAMENT CORP MAC 1014 Shotgun CAL:12 SN:751-H23YT-9539, valued at $390.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019371:** DIAMONDBACK ARMS INC. DB-15 Rifle CAL:Multi SN:DB2202372, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019373:** WINCHESTER SXP Shotgun CAL:12 SN:TR6022-040007SP, valued at $340.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019379:** DIAMONDBACK ARMS INC. DB-15 Rifle CAL:556 SN:DB2666160, valued at $700.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019381:** Girsan REGARD MC Pistol CAL:9 SN:T6368-24A00899, valued at $850.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019383:** GLOCK INC. 19X Pistol CAL:9 SN:CCSP971, valued at $725.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019385:** GLOCK INC. 17GEN5 Pistol CAL:9 SN:CBZY450, valued at $540.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019387:** GLOCK INC. 45 Pistol CAL:9 SN:BZTR565, valued at $580.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019390:** SMITH & WESSON M&P 9 SHIELD Pistol CAL:9 SN:JPF9977, valued at $445.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019400:** SIG SAUER (SIG-ARMS) P365 Pistol CAL:380 SN:66F428811, valued at $630.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019404:** GLOCK INC. 17GEN5 Pistol CAL:9 SN:AHBR210, valued at $665.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019405:** CANIK55 METE MC9 Pistol CAL:9 SN:23CT64819, valued at $430.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019407:** SIG-SAUER P320 M18 Pistol CAL:9 SN:M18A120370, valued at $585.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019408:** CANIK55 METE MC9 Pistol CAL:9 SN:23CT61694, valued at $415.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019410:** GLOCK INC. 19GEN5 Pistol CAL:9 SN:CCKF816, valued at $540.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019413:** SHADOW SYSTEMS, LLC CR920 COMBAT Pistol CAL:9 SN:S033175, valued at $750.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019414:** Ruger LCP MAX Pistol CAL:380 SN:380987509, valued at $379.00, seized by the ATF on May 31,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## DISTRICT OF ARIZONA
**24-ATF-019414 - (Continued from previous page)**
2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019416:** CANIK55 TP-9 ELITE COMBAT Pistol CAL:9 SN:T6472-22BN07448, valued at $735.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019417:** SMITH & WESSON EQUALIZER Pistol CAL:9 SN:PJH3548, valued at $500.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019418:** FNH USA, LLC FNX-45 TACTICAL Pistol CAL:45 SN:FX3U188447, valued at $1,299.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019422:** BUL TRANSMARK LTD DESERT EAGLE Pistol CAL:45 SN:PB-A2230, valued at $1,926.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019424:** FNH USA, LLC 510 Pistol CAL:10 SN:BBP0044797, valued at $1,029.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019426:** CENTURY ARMS INTERNATIONAL Mete Signature Pistol CAL:9 SN:T6472-23-BU-11232, valued at $474.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019432:** GLOCK INC. 17GEN5 Pistol CAL:9 SN:CBZY154, valued at $665.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019433:** Ruger SR1911 Pistol CAL:45 SN:673-92998, valued at $629.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019434:** SMITH & WESSON M&P 9 SHIELD EZ PC Pistol CAL:9 SN:RHN7269, valued at $615.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019436:** SIG-SAUER P365 Pistol CAL:9 SN:66F457694, valued at $619.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019437:** ROCK ISLAND ARMORY INC. (GENESEO, IL) 1911 Pistol CAL:45 SN:RIA2725859, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019438:** Girsan WITNESS 2311S Pistol CAL:9 SN:T6368-23FH00454, valued at $920.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019439:** GLOCK INC. 17GEN4 PISTOL CAL:9 SN:AGVH193, valued at $400.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019440:** GIRSAN MC 14T Pistol CAL:380 SN:T6368-23EZ07125, valued at $615.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019441:** SPRINGFIELD FIREARMS CORPORATION Hellcat Pistol CAL:9 SN:BE399195, valued at $539.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019442:** OHIO ORDNANCE WORKS M240 SLR Rifle CAL:762 SN:241330, valued at $15,135.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019445:** Ruger EC9S Pistol CAL:9 SN:462-70795, valued at $285.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**
**24-ATF-019664:** $3,103.00 U.S. Currency, seized by the ATF on June 27, 2024 from Jose Lizarraga Ochoa in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019666:** $700.00 U.S. Currency, seized by the ATF on June 27, 2024 from Jose Lizarraga Ochoa in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019667:** $4,480.00 U.S. Currency, seized by the ATF on June 27, 2024 from Gricelda Orozco Garcia in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019877:** MAGNUM RESEARCH, INC DESERT EAGLE Pistol CAL:50 SN:DK0102128, valued at $300.00, seized by the ATF on June 27, 2024 from Daniel Alfredo Pina in Tucson, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019878:** RUGER PRECISION RIFLE Rifle CAL:65 SN:1802-69978, valued at $425.00, seized by the ATF on June 27, 2024 from Daniel Alfredo Pina in Tucson, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019880:** ZASTAVA  ZPAP92 Pistol CAL:762 SN:Z92-112057, valued at $300.00, seized by the ATF on June 27, 2024 from Daniel Alfredo Pina in Tucson, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## CENTRAL DISTRICT OF CALIFORNIA

**24-ATF-018789:** Smith & Wesson M&P 15 Rifle CAL:556 SN:TU61738, valued at $1,000.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018791:** Romarm/Cugir WASR-10 Rifle CAL:762 SN:A1-64946-18, valued at $1,000.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018792:** Hipoint (Strassell's Machine Inc.) 4595 Rifle CAL:45 SN:R103153, valued at $1,000.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018793:** 8 Rounds Assorted Ammunition CAL:45, valued at $0.80, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018794:** HS Produkt (IM Metal) XD9 Pistol CAL:9 SN:US935432, valued at $1,000.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018795:** Ruger Standard Pistol CAL:22 SN:14-73348, valued at $400.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018796:** Smith & Wesson SW9V Pistol CAL:9 SN:PAV7307, valued at $700.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018797:** Glock GMBH 19GEN5 Pistol CAL:9 SN:CASZ477, valued at $400.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018799:** CZ (Ceska Zbrojovka) CZ P-07 Pistol CAL:9 SN:G423064, valued at $700.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018800:** 6 Rounds Assorted Ammunition CAL:9, valued at $0.60, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018801:** HS Produkt (IM Metal) XDS Pistol CAL:9 SN:S4915100, valued at $700.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018802:** Sig Sauer (Sig-Arms) SP2022 Pistol CAL:9 SN:24B141316, valued at $700.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018808:** 15 Rounds Assorted Ammunition CAL:9, valued at $1.50, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018809:** HS Produkt (IM Metal) XDM Elite Pistol CAL:45 SN:BB215870, valued at $700.00, seized by the ATF on May 29, 2024 from Zachary Dry in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018810:** 10 Rounds Winchester-Western Ammunition CAL:45, valued at $1.00, seized by the ATF on May 29, 2024 from Zachary Dry in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018815:** Glock Inc. 19 Pistol CAL:9 SN:BVGZ574, valued at $300.00, seized by the ATF on May 29, 2024 from Salvador Lopez in Whittier, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018816:** 14 Rounds Assorted Ammunition CAL:9, valued at $1.40, seized by the ATF on May 29, 2024 from Salvador Lopez in Whittier, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018817:** 25 Rounds Federal Ammunition CAL:12, valued at $2.50, seized by the ATF on May 29, 2024 from Salvador Lopez in Whittier, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018818:** 50 Rounds Winchester-Western Ammunition CAL:9, valued at $5.00, seized by the ATF on May 29, 2024 from Salvador Lopez in Whittier, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018819:** 16 Rounds Assorted Ammunition CAL:Assorted, valued at $1.60, seized by the ATF on May 29, 2024 from Salvador Lopez in Whittier, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

44

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**NORTHERN DISTRICT OF CALIFORNIA**
**18-ATF-037296:** PRIVATELY MADE FIREARM (PMF) UNKNOWN RIFLE CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037297:** PRIVATELY MADE FIREARM (PMF) UNKNOWN RIFLE CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037298:** COLT SPORTER LIGHTWE RIFLE CAL:223 SN:SL003030, valued at $1,500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037299:** PAC WEST ARMS COMMANDO RIFLE CAL:556 SN:35874, valued at $1,000.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037300:** 1200 Rounds Israel Military Industries Ammunition CAL:5.56, valued at $120.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037301:** 158 Rounds UNKNOWN Ammunition CAL:UNKNOWN, valued at $15.80, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037302:** 2000 Rounds UNKNOWN Ammunition CAL:9, valued at $200.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037303:** 1370 Rounds AMMUNITION Ammunition CAL:MULTI, valued at $137.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037304:** UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037305:** 14 Rounds ASSORTED Ammunition CAL:MULTI, valued at $1.40, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037306:** 1200 Rounds OTHER Ammunition CAL:762, valued at $120.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037307:** AERO PRECISION X15 RECEIVER/FRAME CAL:UNKNOWN SN:AR46501, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037308:** UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037309:** KIMBER PRO BP TEN II PISTOL CAL:45 SN:KPA16828, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037311:** 44 Rounds ASSORTED Ammunition CAL:45, valued at $4.40, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037312:** UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037313:** GLOCK GMBH 19GEN4 PISTOL CAL:9 SN:ZXY168, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037314:** GLOCK GMBH 17 PISTOL CAL:9 SN:KC360US, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037315:** 17 Rounds ASSORTED Ammunition CAL:9, valued at $1.70, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037316:** POLYMER80, INC. (P80 TACTICAL P80) UNKNOWN  RECEIVER/FRAME CAL:UNKNOWN

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## NORTHERN DISTRICT OF CALIFORNIA
**18-ATF-037316 - (Continued from previous page)**
SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037317:** 12 Rounds OTHER Ammunition CAL:UNKNOWN, valued at $1.20, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037318:** 10 Rounds OTHER Ammunition CAL:223, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037319:** UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037320:** GLOCK GMBH UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:FA569US, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037321:** UNKNOWN UNKNOWN UNKNOWN CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037322:** UNKNOWN UNKNOWN UNKNOWN CAL:UNKNOWN SN:NONE, valued at $100.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037323:** 95 Rounds FIOCCHI Ammunition CAL:8, valued at $9.50, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037325:** UNKNOWN  UNKNOWN  RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037326:** OLYMPIC ARMS INC (SGW ENTERPRISES & SAFARI ARMS) MFR RIFLE CAL:UNKNOWN SN:96H1436, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037327:** AERO PRECISION X15 RIFLE CAL:MULTI SN:AR46517, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037328:** HOLLAND & HOLLAND LTD. UNKNOWN RIFLE CAL:UNKNOWN SN:A6493178, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037329:** RUGER SECURITY SIX REVOLVER CAL:UNKNOWN SN:155-13296, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037330:** PRIVATELY MADE FIREARM (PMF) UNKNOWN RIFLE CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037333:** GLOCK GMBH 43 PISTOL CAL:9 SN:BBZD686, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037334:** 53 Rounds WINCHESTER-WESTERN Ammunition CAL:12, valued at $5.30, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037335:** 180 Rounds REMINGTON Ammunition CAL:223, valued at $18.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037336:** UNKNOWN UNKNOWN UNKNOWN CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037337:** HESSE LTD UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/20/2024

## NORTHERN DISTRICT OF CALIFORNIA

**18-ATF-037337 - (Continued from previous page)**
by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037338:** 100 Rounds ASSORTED Ammunition CAL:357, valued at $10.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037340:** UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037341:** UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037342:** 101 Rounds UNKNOWN Ammunition CAL:9, valued at $10.10, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019665:** GLOCK GMBH 21GEN4 PISTOL CAL:45 SN:WRR990, valued at $300.00, seized by the ATF on May 30, 2024 from Nathaniel PORTER in Oakland, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

## MIDDLE DISTRICT OF FLORIDA

**24-ATF-018967:** GLOCK INC 43X PISTOL CAL:9 SN:BWUN888, valued at $300.00, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018973:** 9 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $0.90, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018977:** 32 Rounds ASSORTED Ammunition CAL:32, Serial No. Unknown, valued at $3.20, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018980:** 4 Rounds ASSORTED Ammunition CAL:32, Serial No. Unknown, valued at $0.40, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018981:** DAVIS INDUSTRIES D32 DERRINGER CAL:32 SN:469427, valued at $150.00, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018984:** 2 Rounds ASSORTED Ammunition CAL:32, Serial No. Unknown, valued at $0.20, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018988:** SMITH & WESSON M&P BODYGUARD 38 REVOLVER CAL:38 SN:CUX2847, valued at $300.00, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018992:** 5 Rounds ASSORTED Ammunition CAL:38, Serial No. Unknown, valued at $0.50, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018995:** 9 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $0.90, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018998:** 22 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $2.20, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**NORTHERN DISTRICT OF FLORIDA**
**24-ATF-019779:** PHOENIX ARMS CO HP22A PISTOL CAL:22 SN:4560845, valued at $300.00, seized by the ATF on June 19, 2024 from Michael Termaine BELL in PANAMA CITY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019780:** 9 Rounds CCI Ammunition CAL:22, Serial No. Unknown, valued at $0.90, seized by the ATF on June 19, 2024 from Michael Termaine BELL in PANAMA CITY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## NORTHERN DISTRICT OF GEORGIA

**24-ATF-018892:** 168 Rounds Assorted Ammunition CAL:Assorted, valued at $16.80, seized by the ATF on May 28, 2024 from Javares Stone in Forest Park, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019481:** Glock GMBH 20GEN4 Pistol CAL:10 SN:BWTC816, valued at $500.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019482:** Springfield XD45 45ACP caliber semi automatic Pistol SN:XD625163, valued at $400.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019517:** GLOCK GMBH 26GEN4 Pistol CAL:9 SN:ZVK300, valued at $300.00, seized by the ATF on May 28, 2024 from Javares Stone in Forest Park, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019518:** ROMARM/CUGIR Micro Draco Pistol CAL:762 SN:USD001076, valued at $300.00, seized by the ATF on May 28, 2024 from Javares Stone in Forest Park, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019519:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7030580, valued at $425.00, seized by the ATF on May 28, 2024 from Javares Stone in Forest Park, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019520:** WEST GEORGIA FIREARMS, LLC (FULL METAL JACKET) LHTM4 Rifle CAL:Multi SN:00053, valued at $425.00, seized by the ATF on May 28, 2024 from Javares Stone in Forest Park, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019578:** Zastava PAP M92 PV Pistol CAL:762x39 SN:M92PV019777, valued at $250.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019580:** Ruger AR-556 Rifle CAL:556 SN:853-76586, valued at $500.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019582:** SRM, Inc (SRM ARMS) SRM 1216 Shotgun CAL:12 SN:A005050, valued at $1,500.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019583:** Smith & Wesson M&P Bodyguard Revolver CAL:38 SN:CUXZ058, valued at $250.00, seized by the ATF on June 20, 2024 from Randall Coleman in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019584:** New England Firearms Pardner Shotgun CAL:12 SN:NP400150, valued at $250.00, seized by the ATF on June 20, 2024 from Randall Coleman in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019586:** Ruger AR-556 Rifle CAL:556 SN:853-76610, valued at $500.00, seized by the ATF on June 20, 2024 from Randall Coleman in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019588:** Maverick Arms (Eagle Pass, TX) 88 Shotgun CAL:12 SN:MV76391M, valued at $300.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019591:** 2524 Rounds Assorted Ammunition CAL:Multi, valued at $252.40, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019645:** AERO PRECISION X15 Pistol CAL:Multi SN:X469011, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019646:** 40 Rounds Remington Ammunition CAL:223, valued at $4.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019647:** Unknown Unknown Silencer CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019648:** Glock GMBH 43 Pistol CAL:9 SN:BFHE258, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019649:** 9 Rounds Federal Ammunition CAL:9, valued at $0.90, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019650:** Bond Arms Inc. Rough N Rowdy Derringer CAL:45/410 SN:282736, valued at $150.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## NORTHERN DISTRICT OF GEORGIA

**24-ATF-019650 - (Continued from previous page)** 924(d).

**24-ATF-019651:** 2 Rounds Unknown Ammunition CAL:410, valued at $0.20, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019652:** Smith & Wesson M&P 9 M2.0 Pistol CAL:9 SN:NKP8879, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019653:** Walther P22 Pistol CAL:22 SN:WA067440, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019654:** Taurus  PT111 MILLENNIUM G2 Pistol CAL:9 SN:TJN03632, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019655:** 12 Rounds Assorted Ammunition CAL:Assorted, valued at $1.20, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019656:** Raven Arms MP25 Pistol CAL:25 SN:1468640, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019657:** Urizar Unknown Pistol CAL:25 SN:None, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019658:** 249 Rounds Assorted Ammunition CAL:Assorted, valued at $24.90, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019659:** 135 Rounds Assorted Ammunition CAL:Assorted, valued at $13.50, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019660:** 111 Rounds Assorted Ammunition CAL:22, valued at $11.10, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019684:** FNH USA, LLC M249S Rifle CAL:556 SN:M249SA09883, valued at $425.00, seized by the ATF on June 11, 2024 from Francisco Barajas-Escobedo in Marietta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019685:** $123,020.50 U.S. Currency, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019686:** BERETTA USA CORP APX Pistol CAL:9 SN:AXC109632, valued at $300.00, seized by the ATF on June 11, 2024 from JENNIFER YVETTE VALENTIN in Jonesboro, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF KANSAS**
**20-ATF-034198:** GLOCK INC. 17 Pistol CAL:9 SN:AFSZ957, valued at $600.00, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019942:** 18 Rounds Hornady Ammunition CAL:9, valued at $1.80, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019943:** CHARTER ARMS UNKNOWN Revolver  CAL:Unknown SN:16-43166,, valued at $600.00, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019944:** 5 Rounds Assorted Ammunition CAL:38, valued at $0.50, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019946:** SMITH & WESSON 6904 Pistol CAL:9 SN:TFR6592, valued at $600.00, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019947:** 16 Rounds Assorted Ammunition CAL:9, valued at $1.60, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019948:** SPRINGFIELD ARMORY,GENESEO,IL, Unknown Pistol CAL:Unknown SN:BY554525, valued at $350.00, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019949:** 16 Rounds Assorted Ammunition CAL:9, valued at $1.60, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019950:** 15 Rounds HORNADY Ammunition CAL:9, valued at $1.50, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).

**EASTERN DISTRICT OF KENTUCKY**
**24-ATF-019905:** TAURUS 44 REVOLVER CAL:44 SN:ACH194197, valued at $300.00, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019910:** 6 Rounds HORNADY Ammunition CAL:44, valued at $0.60, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019911:** HERITAGE MFG. INC. ROUGH RIDER REVOLVER CAL:22 SN:W00927, valued at $300.00, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019913:** 6 Rounds FEDERAL Ammunition CAL:22, valued at $0.60, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019915:** 1 Rounds REMINGTON Ammunition CAL:30-30, valued at $2.00, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019916:** 295 Rounds ASSORTED Ammunition CAL:ASSORTED, valued at $29.50, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019917:** 38 Rounds FEDERAL Ammunition CAL:22, valued at $3.80, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019919:** MARLIN FIREARMS CO. 60 RIFLE CAL:22 SN:11210217, valued at $425.00, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## WESTERN DISTRICT OF LOUISIANA

**24-ATF-019295:** Savage 775 Shotgun CAL:12 SN:155554, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019297:** Savage 755A Shotgun CAL:12 SN:570856, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019298:** Winchester 62A Rifle CAL:22 SN:355530, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019299:** Kimber MICRO 9 ESV Pistol CAL:9 SN:TB0056646, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019302:** DIAMONDBACK ARMS INC. DB-15 Rifle CAL:Multi SN:DB2190309, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019304:** Ruger LC CARBINE Rifle CAL:57 SN:930-19796, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019307:** Ruger M77 HAWKEYE Rifle CAL:300 SN:712-44364, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019308:** FNH USA, LLC FNS-40 Pistol CAL:40 SN:GKU0131594, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019310:** ROHM RG38S Revolver CAL:38 SN:FF295570, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019311:** WALTHER CREED PISTOL CAL:9 SN:DEFCG8948, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019312:** TAURUS 669 REVOLVER CAL:357 SN:NL168914, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019313:** GLOCK GMBH 22 PISTOL CAL:40 SN:BVVA824, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019314:** GLOCK GMBH 20 PISTOL CAL:10 SN:BYSF692, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019315:** TISAS - TRABZON GUN INDUSTRY CORP. 1911A1 Pistol CAL:45 SN:T0620-23Z21682, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019316:** MAVERICK ARMS (EAGLE PASS, TX) 88 SHOTGUN CAL:12 SN:MV0453717, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019317:** KELTEC, CNC INDUSTRIES, INC. SUB-2000 Rifle CAL:40 SN:FF7M54, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019318:** KELTEC, CNC INDUSTRIES, INC. SUB-2000 Rifle CAL:9 SN:FGC033, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019319:** HOPKINS AND ALLEN SAFETY POLICE Revolver CAL:32 SN:G4262, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019320:** SAVAGE 110 RIFLE CAL:308 SN:D780843, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019321:** MARLIN FIREARMS CO. 30A RIFLE CAL:30-30 SN:21103305, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019322:** IVER JOHNSON Unknown Revolver CAL:Unknown SN:Unknown, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019323:** HARRINGTON & RICHARDSON 1871 INC. Unknown Revolver CAL:Unknown SN:2174, valued at

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## WESTERN DISTRICT OF LOUISIANA
**24-ATF-019323 - (Continued from previous page)**
$500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019324:** IVER JOHNSON Unknown Revolver CAL:Unknown SN:B65354, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019325:** MARLIN FIREARMS CO. 15 RIFLE CAL:22 SN:19725942, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019326:** Kimber MICRO 9 Pistol CAL:9 SN:PB0397203, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019327:** SPRINGFIELD ARMORY,GENESEO,IL 911 Pistol CAL:380 SN:CC083888, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019328:** YILDIZ SHOTGUN IND. PROFESSIONAL HD SHOTGUN CAL:12 SN:P26681, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019329:** Kimber MICRO 9 RAPIDE Pistol CAL:9 SN:TB0065973, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019330:** SAVAGE ARMS INC. (CD) STEVENS 6 RIFLE CAL:22 SN:0793074, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019331:** Kimber ULTRA CARRY II Pistol CAL:45 SN:KU365143, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019332:** SAVAGE AXIS RIFLE CAL:65 SN:N350672, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019333:** GLOCK INC. 44 Pistol CAL:22 SN:AEHF173, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019334:** GLOCK INC. 42 Pistol CAL:380 SN:ACRX232, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019335:** BENELLI, S. PA NOVA SHOTGUN CAL:12 SN:Z882198H18, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019336:** GERMAN SPORTS GUNS FIREFLY Pistol CAL:22 SN:F511896, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019338:** KELTEC, CNC INDUSTRIES, INC. PMR-30 Pistol CAL:22 SN:WYP573, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019339:** SPRINGFIELD ARMORY,GENESEO,IL 911 Pistol CAL:380 SN:CC096103, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019340:** STOEGER 3020 SHOTGUN CAL:20 SN:1602684, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019341:** Ruger Unknown Pistol CAL:Unknown SN:13-96182, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019343:** Ruger MARK II Pistol CAL:22 SN:19-32241, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019344:** SMITH & WESSON M&P FPC Rifle CAL:9 SN:VA02284, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019345:** HENRY REPEATING RIFLE COMPANY H004 GOLDEN BOY Rifle CAL:22 SN:GB485667, valued

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## WESTERN DISTRICT OF LOUISIANA

**24-ATF-019345 - (Continued from previous page)**
at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019347:** RUGER LC CHARGER PISTOL CAL:57 SN:930-40583, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019349:** MARLIN FIREARMS CO. 30A Rifle CAL:30-30 SN:25129573, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019351:** MARLIN FIREARMS CO. 30AS Rifle CAL:30-30 SN:13054016, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019354:** MARLIN FIREARMS CO. 336 Rifle CAL:35 SN:23166761, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019356:** Savage 99E Rifle CAL:243 SN:1101966, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019357:** Ruger 1 Rifle CAL:300 SN:132-20360, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019359:** Ruger 1 Rifle CAL:270 SN:131-10242, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019362:** REMINGTON ARMS COMPANY, INC. 742 Rifle CAL:243 SN:6902283, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019365:** BERETTA, PIETRO S.P.A Unknown Pistol CAL:Unknown SN:73435A, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019368:** ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM) M1911-A2 FS TCT Pistol CAL:10 SN:RIA2419791, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019374:** HS PRODUKT (IM METAL) ECHELON PISTOL CAL:9 SN:BE258784, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019375:** SIG (SWISS INDUSTRIAL GROUP) P229 Pistol CAL:40 SN:AL63926, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019377:** Ruger RUGER-57 Pistol CAL:57 SN:643-49560, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019378:** FNH USA, LLC 509 Pistol CAL:9 SN:GKS0265743, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019384:** ISRAEL WEAPON IND- IWI (ISRAEL MILITARY IND- IMI) DESERT EAGLE Pistol CAL:40 SN:32316679, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019388:** RETOLAZA HERMANOS VILAR Pistol CAL:32 SN:53701, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019389:** CBC (COMPANHIA BRAZILIERA DE CARTUCHOS) SB SHOTGUN CAL:12 SN:676970, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019391:** Ruger 22/45 MARK IV L Pistol CAL:22 SN:500303442, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019392:** Ruger LCP Pistol CAL:380 SN:372510997, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019393:** MOSSBERG 100 ATR RIFLE CAL:243 SN:ATR065074, valued at $500.00, seized by the ATF on

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/20/2024

## WESTERN DISTRICT OF LOUISIANA

**24-ATF-019393 - (Continued from previous page)**
May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019394:** BLACK RAIN ORDNANCE INC. SPEC 15 Rifle CAL:556 SN:SX004238, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019395:** ORDNANCE MFG. CORP. Backup Pistol CAL:380 SN:D08630, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019396:** HATSAN ARMS CO.(SILAH MAKINA KALIP SAN. TIC. LTD.) ESCORT SHOTGUN CAL:UNKNOWN SN:70-H23YB-000685, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019397:** Savage 67 Shotgun CAL:410 SN:C040647, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019401:** RUGER MINI 14 RANCH R RIFLE CAL:223 SN:188-09829, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019402:** CHIAPPA FIREARMS LTD HONCHO SHOTGUN CAL:12 SN:18CH-04492, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019852:** GLOCK GMBH 19GEN5 PISTOL CAL:9 SN:BZTC716, valued at $300.00, seized by the ATF on June 27, 2024 from Tresmond JONES in Broussard, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019855:** 15 Rounds WINCHESTER-WESTERN Ammunition CAL:9, valued at $1.50, seized by the ATF on June 27, 2024 from Tresmond JONES in Broussard, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF MICHIGAN

**24-ATF-016973:** SCCY INDUSTRIES LLC (SKYY IND.) Pistol Model: CPX-1 Caliber: 9  S/N: 018714, valued at $300.00, seized by the Detroit Police Department on April 21, 2024 from Saivaughn McHenry in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-016974:** Ammunition Qty: 12 Rounds Manufacturer: Unknown Caliber: 9, valued at $1.20, seized by the Detroit Police Department on April 21, 2024 from Saivaughn McHenry in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-016975:** Ammunition Qty: 15 Rounds Manufacturer: Unknown Caliber: 9, valued at $1.50, seized by the Detroit Police Department on April 21, 2024 from Saivaughn McHenry in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018811:** Girsan Pistol Model: REGARD SIX Caliber: 9 SN: T6368-20A16506, valued at $300.00, seized by the Detroit Police Department on April 25, 2024 from Billy Street in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018812:** Ammunition Qty: 10 Rounds Manufacturer: ASSORTED Caliber: 9, valued at $1.00, seized by the Detroit Police Department on April 25, 2024 from Billy Street in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019937:** SIG SAUER (SIG-ARMS) P290RS Pistol CAL:9 SN:26C038536, valued at $99.00, seized by the ATF on May 29, 2024 from James Carter in Saginaw, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019938:** 8 Rounds ASSORTED Ammunition CAL:9, valued at $0.80, seized by the ATF on May 29, 2024 from James Carter in Saginaw, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE: 09/20/2024**

## EASTERN DISTRICT OF MISSOURI
**24-ATF-014548:** AMERICAN TACTICAL IMPORTS - ATI OMNI HYBRID PISTOL CAL:223 SN:NS3342869, valued at $600.00, seized by the ATF on April 19, 2024 from Donnell Jones in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-014549:** 13 Rounds ASSORTED Ammunition CAL:223, valued at $1.30, seized by the ATF on April 19, 2024 from Donnell Jones in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

## SOUTHERN DISTRICT OF MISSISSIPPI
**24-ATF-019680:** 17 Rounds ASSORTED Ammunition CAL:9, valued at $1.70, seized by the ATF on June 09, 2024 from Xavier BUCK in Jackson, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019804:** GLOCK GMBH 45 Pistol CAL:9 SN:PA4557PD, valued at $300.00, seized by the ATF on June 09, 2024 from Xavier BUCK in Jackson, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF MONTANA
**24-ATF-018863:** SAVAGE ARMS INC. (CD) 64 Rifle CAL:22 SN:4268271, valued at $425.00, seized by the ATF on May 22, 2024 from Keatton Diedrick PIERCE in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018864:** SAVAGE 110 Rifle CAL:30-06 SN:P931244, valued at $425.00, seized by the ATF on May 22, 2024 from Keatton Diedrick PIERCE in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018865:** ARMSAN SILAH SANAYI POINTER PHENOMA Shotgun CAL:20 SN:16TK2865, valued at $250.00, seized by the ATF on May 22, 2024 from Keatton Diedrick PIERCE in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018866:** HS PRODUKT (IM METAL) XDM ELITE Pistol CAL:9 SN:BA733256, valued at $300.00, seized by the ATF on May 23, 2024 from Keatton Diedrick PIERCE in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018906:** Khan Shotguns Trinity LT Shotgun CAL:20 SN:BL20002252, valued at $250.00, seized by the ATF on May 26, 2024 from Weston Seibert in Radersburg, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018915:** 2 Rounds Cheddite Ammunition CAL:20, valued at $0.20, seized by the ATF on May 26, 2024 from Weston Seibert in Radersburg, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018917:** 13 Rounds Assorted Ammunition CAL:20, valued at $1.30, seized by the ATF on May 26, 2024 from Weston Seibert in Radersburg, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018922:** Taurus International G2C Pistol CAL:9 SN:1C105359, valued at $300.00, seized by the ATF on May 28, 2024 from Marnie Cinclair in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018925:** 13 Rounds Assorted Ammunition CAL:9, valued at $1.30, seized by the ATF on May 28, 2024 from Marnie Cinclair in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020044:** TAURUS GX4 PISTOL CAL:9 SN:1GA24878, valued at $300.00, seized by the ATF on July 03, 2024 from Edgar ROBERTS in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020050:** 10 Rounds unknown Ammunition CAL:9, Serial No. Unknown, valued at $1.00, seized by the ATF on July 03, 2024 from Edgar ROBERTS in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).

## MIDDLE DISTRICT OF NORTH CAROLINA
**24-ATF-019674:** 3 Rounds ASSORTED Ammunition CAL:9, valued at $0.30, seized by the ATF on May 24, 2024 from Antonio JAIMES-CRUZ in Lexington, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019675:** HS PRODUKT (IM METAL) XD9 SUB-CMPCT MOD 2 Pistol CAL:9 SN:None, valued at $300.00, seized by the ATF on May 24, 2024 from Antonio JAIMES-CRUZ in Lexington, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF NORTH DAKOTA**

**24-ATF-019815:** Unknown Manufacturer Unknown Pistol CAL:9 SN:None, valued at $300.00, seized by the ATF on May 28, 2024 from Tyrone Demetrius Boswell in Bismarck, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019818:** 9 Rounds WINCHESTER-WESTERN Ammunition CAL:9, valued at $0.90, seized by the ATF on May 28, 2024 from Tyrone Demetrius Boswell in Bismarck, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020488:** REMINGTON ARMS COMPANY, INC. 700 Rifle CAL:22-250 SN:G6995560, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020490:** SIG SAUER (SIG-ARMS) SIG M400 Rifle CAL:556 SN:20L121518, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020491:** HS PRODUKT (IM METAL) HELLCAT PRO Pistol CAL:9 SN:BB417111, valued at $300.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020493:** SMITH & WESSON M&P 380 SHLD EZ M2.0 Pistol CAL:380 SN:REU5748, valued at $300.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020495:** GLOCK GMBH 22GEN4 Pistol CAL:40 SN:TUU102, valued at $300.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020497:** RUGER SR1911 Pistol CAL:45 SN:671-38780, valued at $300.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020499:** Remington 700 Rifle CAL:7 SN:G6334547, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020501:** MOSSBERG 500 Shotgun CAL:20 SN:V1627177, valued at $250.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020502:** DIKAR BERGARA B14 Rifle CAL:65 SN: ES 61-06-206719-19, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020503:** Benelli Super Black Eagle 3 Shotgun CAL:12 SN:U662569K, valued at $250.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020504:** MOSSBERG 500A Shotgun CAL:12 SN:P937806, valued at $250.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020505:** BENELLI, S. PA. NOVA Shotgun CAL:12 SN:Z275826, valued at $250.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020506:** RUGER 10/22 Rifle CAL:22 SN:0019-44225, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020507:** Bergara Premier Rifle CAL:65 SN:J46939, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020509:** CBC (COMPANHIA BRAZILIERA DE CARTUCHOS) 802 PLINKSTER Rifle CAL:22 SN:HHF043953, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020510:** Unknown Unknown Parts & Accessories assorted make and caliber firearm magazines CAL:Unknown SN:None, valued at $1.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020511:** 1972 Rounds FEDERAL Ammunition CAL:Assorted, valued at $197.20, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020512:** 1276 Rounds WINCHESTER-WESTERN Ammunition CAL:Assorted, valued at $127.60, seized by

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## DISTRICT OF NORTH DAKOTA
**24-ATF-020512 - (Continued from previous page)**
the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020513:** 664 Rounds FEDERAL Ammunition CAL:Assorted, valued at $66.40, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020514:** 542 Rounds FIOCCHI Ammunition CAL:Assorted, valued at $54.20, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020515:** Ammunition Components: Other; Qty: 1 EA; A black in color container containing approximately 20.3 pounds of smokeless powder., valued at $0.20, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF OREGON
**24-ATF-020045:** AMERICAN TACTICAL IMPORTS - ATI MIL-SPORT PISTOL CAL:556 SN:MSA022919, valued at $300.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020046:** UNKNOWN PISTOL CAL:556 SN:None, valued at $300.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020047:** UNKNOWN  RIFLE CAL:556 SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020051:** 23 Rounds LC (LAKE CITY) Ammunition CAL:223, Serial No. Unknown, valued at $2.30, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF PENNSYLVANIA
**24-ATF-019616:** Polymer80, Inc. Unknown Pistol CAL:Unknown SN:None, valued at $250.00, seized by the ATF on June 06, 2024 from Abdul ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019619:** 2 Rounds Unknown Ammunition CAL:9, valued at $0.20, seized by the ATF on June 06, 2024 from Abdul ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019621:** 4 Rounds Unknown Ammunition CAL:380, valued at $0.40, seized by the ATF on June 06, 2024 from Abdul ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019622:** 7 Rounds Assorted Ammunition CAL:Multi, valued at $0.70, seized by the ATF on June 06, 2024 from Abdul ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020042:** 12 Rounds Assorted Ammunition CAL:9, valued at $1.20, seized by the ATF on June 06, 2024 from Marcelino MINAYA-LEBRON in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020156:** $130.00 U.S. Currency, seized by the ATF on June 06, 2024 from Wilfredo AVILA in Philadelphia, PA for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020157:** $513.00 U.S. Currency, seized by the ATF on June 06, 2024 from Wilfredo AVILA in Philadelphia, PA for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020160:** $6,800.00 U.S. Currency, seized by the ATF on June 06, 2024 from Wilfredo AVILA in Philadelphia, PA for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020163:** $4,820.00 U.S. Currency, seized by the ATF on June 06, 2024 from Ahmed PEREZ-GARCIA in Philadelphia, PA for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF PUERTO RICO**
**24-ATF-018954:** Glock INC. 23 Pistol CAL:40 SN:BUCX852, valued at $300.00, seized by the ATF on May 30, 2024 from Alex Ramos-Rivera in Toa Alta, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018962:** 81 Rounds ASSORTED Ammunition CAL:40, valued at $8.10, seized by the ATF on May 30, 2024 from Alex Ramos-Rivera in Toa Alta, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019681:** GLOCK GMBH 19GEN5 PISTOL CAL:9 SN:BYFX776, valued at $300.00, seized by the ATF on June 25, 2024 from Luis Miguel RODRIGUEZ-NUÑEZ in San Juan, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019682:** 86 Rounds STAR AMMUNITION Ammunition, valued at $8.60, seized by the ATF on June 25, 2024 from Luis Miguel RODRIGUEZ-NUÑEZ in San Juan, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019927:** 54 Rounds ASSORTED Ammunition CAL:40, valued at $5.40, seized by the ATF on July 01, 2024 from Alexis Manuel REYES-CORREA in San Jaun, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019940:** Glock INC 22GEN4 Machine Gun CAL:40 SN: PHY060, valued at $300.00, seized by the ATF on July 01, 2024 from Alexis Manuel REYES-CORREA in San Jaun, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## DISTRICT OF SOUTH CAROLINA

**21-ATF-039041:** Palmetto State Armory PA-15 Rifle CAL:Multi SN:SCD724488, valued at $500.00, seized by the ATF on June 03, 2021 from Tyler RECTOR in Myrtle Beach, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-039042:** 30 Rounds Wolf Ammunition CAL:556, valued at $3.00, seized by the ATF on June 03, 2021 from Tyler RECTOR in Myrtle Beach, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-039043:** HS Produkt (IM METAL) Hellcat Pistol CAL:9 SN:BY430994, valued at $340.00, seized by the ATF on June 03, 2021 from Tyler RECTOR in Myrtle Beach, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-039044:** 11 Rounds Winchester-Western Ammunition CAL:9, valued at $1.10, seized by the ATF on June 03, 2021 from Tyler RECTOR in Myrtle Beach, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-039045:** 14380 Rounds Assorted Ammunition CAL:Multi, valued at $1,438.00, seized by the ATF on June 03, 2021 from Tyler RECTOR in Myrtle Beach, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019758:** GLOCK GMBH 32 Pistol CAL:357 SN:BXDR236, valued at $300.00, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019760:** 14 Rounds ASSORTED Ammunition CAL:357, valued at $1.40, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019761:** PALMETTO STATE ARMORY DAGGER COMPACT Pistol CAL:9 SN:JJE91311, valued at $300.00, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019763:** 17 Rounds ASSORTED Ammunition CAL:9, valued at $1.70, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019765:** PALMETTO STATE ARMORY DAGGER FULL SIZE-S Pistol CAL:9 SN:SZF027769, valued at $300.00, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019766:** 17 Rounds ASSORTED Ammunition CAL:9, valued at $1.70, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019767:** 1 Rounds FIOCCHI Ammunition CAL:9, valued at $0.10, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019768:** 66 Rounds ASSORTED Ammunition CAL:9, valued at $6.60, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019786:** 20 Rounds ASSORTED Ammunition CAL:9, valued at $2.00, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019787:** 17 Rounds ASSORTED Ammunition CAL:9, valued at $1.70, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019788:** PALMETTO STATE ARMORY DAGGER FULL SIZE-S Pistol CAL:9 SN:SZF044659, valued at $300.00, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019789:** 21 Rounds ASSORTED Ammunition CAL:9, valued at $2.10, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019790:** 8 Rounds ASSORTED Ammunition CAL:9, valued at $0.80, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019791:** HS PRODUKT (IM METAL) HELLCAT Pistol CAL:9 SN:BA670477, valued at $300.00, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019792:** PALMETTO STATE ARMORY DAGGER COMPACT Pistol CAL:9 SN:CD023060, valued at $300.00, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## DISTRICT OF SOUTH CAROLINA

**24-ATF-019793:** TAURUS G2C Pistol CAL:9 SN:AEH582603, valued at $300.00, seized by the ATF on June 11, 2024 from Jake Lowmon Jr. RIVERS in Columbia, SC for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019794:** 2 Rounds ASSORTED Ammunition CAL:9, valued at $0.20, seized by the ATF on June 11, 2024 from Jake Lowmon Jr. RIVERS in Columbia, SC for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019796:** CANIK55 TP-9SF Pistol CAL:9 SN:23AT23152, valued at $300.00, seized by the ATF on June 11, 2024 from Jake Lowmon Jr. RIVERS in Columbia, SC for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019923:** ANDERSON MANUFACTURING  AM-15 PISTOL CAL:300 SN:17179475, valued at $300.00, seized by the ATF on May 29, 2024 from Brian BLACK in GREER, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019925:** CENTURION ARMS LLC CM4 PISTOL CAL:300 SN:CM0662, valued at $300.00, seized by the ATF on May 29, 2024 from Brian BLACK in GREER, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF TENNESSEE

**24-ATF-019769:** 18 Rounds Assorted Ammunition CAL:9, valued at $1.80, seized by the ATF on July 01, 2024 from Diamante ROBINSON in Chattanooga, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

## WESTERN DISTRICT OF TENNESSEE

**24-ATF-019781:** Glock Inc. 17GEN4 Pistol CAL:9 SN:AEPK703, valued at $300.00, seized by the ATF on June 13, 2024 from Courtney Davis in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019782:** 17 Rounds Assorted Ammunition CAL:9, valued at $1.70, seized by the ATF on June 13, 2024 from Courtney Davis in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020131:** FN Five-Seven Pistol CAL:57 SN:386380881, valued at $300.00, seized by the ATF on June 13, 2024 from Braxton Beck in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020133:** 20 Rounds Assorted Ammunition CAL:57, valued at $2.00, seized by the ATF on June 13, 2024 from Braxton Beck in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020376:** 24 Rounds Assorted Ammunition CAL:40, valued at $2.40, seized by the ATF on June 13, 2024 from Edgar SMITH in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020377:** 1 Rounds Assorted Ammunition CAL:5.56, valued at $0.10, seized by the ATF on June 13, 2024 from Edgar SMITH in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020378:** 1 Rounds Assorted Ammunition CAL:9, valued at $0.10, seized by the ATF on June 13, 2024 from Edgar SMITH in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

### EASTERN DISTRICT OF TEXAS
**24-ATF-019534:** INTERARMS SP.ZO.O. (RADOM, POLAND) HELLPUP PISTOL CAL:762 SN:PAC116447421, valued at $300.00, seized by the ATF on May 22, 2024 from Gabriel ORTIZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019536:** F.N. (FN HERSTAL) FIVE-SEVEN MK2 PISTOL CAL:57 SN:386405215, valued at $300.00, seized by the ATF on May 22, 2024 from Gabriel ORTIZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019537:** GLOCK INC 43X PISTOL CAL:9 SN:BPPP419, valued at $300.00, seized by the ATF on May 22, 2024 from Gabriel ORTIZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019538:** GLOCK INC. 45GEN5 PISTOL CAL:9 SN:BLPY925, valued at $300.00, seized by the ATF on May 22, 2024 from Dulio DE-LA-O in Irving, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019643:** HIGH STANDARD SENTINEL DELUXE REVOLVER CAL:22 SN:1453118, valued at $300.00, seized by the ATF on May 31, 2024 from Cordero Deshun SMITH in Palestine, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019644:** 9 Rounds REMINGTON Ammunition CAL:22, Serial No. Null, valued at $0.90, seized by the ATF on May 31, 2024 from Cordero Deshun SMITH in Palestine, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF TEXAS
**24-ATF-019776:** KIMBER RAPIDE DAWN PISTOL CAL:45 SN:K973890, valued at $300.00, seized by the ATF on June 03, 2024 from Tony LEDESMA in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## SOUTHERN DISTRICT OF TEXAS
**24-ATF-018879:** BARRETT FIREARMS MFG CO 82A1 RIFLE CAL:50 BMG SN:AA017974, valued at $425.00, seized by the ATF on May 30, 2024 from Hector Ali Esquivel in Harlingen, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019306:** F.N. (FN HERSTAL) SCAR 17S RIFLE CAL:762 SN:HC61669, valued at $425.00, seized by the ATF on June 25, 2024 from Mario Santos Briseno-Calderon in Alice, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019444:** F.N. (FN HERSTAL)SCAR 17S RIFLE CAL:MULTI SN:H1C20856, valued at $250.00, seized by the ATF on June 25, 2024 from Mario Santos Briseno-Calderon in Alice, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019575:** CZ (CESKA ZBROJOVKA) CZ P-10 F PISTOL CAL:9 SN:H320777, valued at $300.00, seized by the ATF on May 23, 2024 from Lucio Menera-Romero in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019576:** CZ USA CZ P-10 F PISTOL CAL:9 SN:UB11220, valued at $300.00, seized by the ATF on May 23, 2024 from Lucio Menera-Romero in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019577:** CZ (CESKA ZBROJOVKA) CZ P-10 F PISTOL CAL:9 SN:J021150, valued at $300.00, seized by the ATF on May 23, 2024 from Lucio Menera-Romero in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019921:** GLOCK GMBH 43X PISTOL CAL:9 SN:BXBE017, valued at $300.00, seized by the ATF on June 13, 2024 from Dalinda Medrano in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019922:** 20 Rounds CCI Ammunition CAL:9, valued at $2.00, seized by the ATF on June 13, 2024 from Dalinda Medrano in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020117:** ZASTAVA ARMS ZPAP92 PISTOL CAL:762 SN:z92084812, valued at $300.00, seized by the ATF on June 30, 2024 from Noe Mar in George West, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020119:** GTO (GOOD TIME OUTDOORS, INC.) CORE 15 RIFLE CAL:MULTI SN:GTOC023833, valued at $425.00, seized by the ATF on June 30, 2024 from Noe Mar in George West, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020120:** 20 Rounds PPU Ammunition CAL:556, valued at $2.00, seized by the ATF on June 30, 2024 from Noe Mar in George West, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020429:** Glock GMBH 23GEN4 Pistol CAL:40 SN:RBK524, valued at $300.00, seized by the ATF on May 27, 2024 from Luis Demetrio Almazan Mata in Donna, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

## WESTERN DISTRICT OF TEXAS
**24-ATF-019771:** SMITH & WESSON M&P 9 SHIELD PL PISTOL CAL:9 SN:JDS7731, valued at $300.00, seized by the ATF on June 20, 2024 from Gil GARCIADUENAS in Clint, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019772:** TAURUS INTERNATIONAL TX22 PISTOL CAL:22 SN:1PT406852, valued at $300.00, seized by the ATF on June 20, 2024 from Gil GARCIADUENAS in Clint, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF UTAH
**24-ATF-019996:** 8 Rounds Assorted Ammunition CAL:9, valued at $0.80, seized by the ATF on June 21, 2024 from Edgar Gabriel Dominguez in Moab, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## EASTERN DISTRICT OF VIRGINIA

**24-ATF-018823:** TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:AEG466110, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018837:** RUGER LC9S Pistol CAL:9 SN:329-37243, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018838:** SIG-SAUER P226 Pistol CAL:9 SN:U361737, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018839:** GLOCK GMBH 45 Pistol CAL:9 SN:BTHA393, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018840:** HS PRODUKT (IM METAL) XDM COMPACT Pistol CAL:45 SN:MG622810, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018841:** GLOCK GMBH 43X Pistol CAL:9 SN:BZKX465, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018842:** A A ARMS INC. AP9 Pistol CAL:9 SN:033604, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018844:** HECKLER AND KOCH USP40 Pistol CAL:40 SN:22-089416, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018845:** COLT  MKIV pistol CAL:45 SN:CG12726, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018846:** DEL-TON INC. DTI-15 Rifle CAL:556 SN:B99375, valued at $425.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF VERMONT

**24-ATF-019412:** 806 Rounds ASSORTED Ammunition CAL:Assorted, valued at $80.60, seized by the ATF on June 10, 2024 from Michael ROBISTOW in Burlington, VT for forfeiture pursuant to 18 U.S.C. Section 924(d).

## SOUTHERN DISTRICT OF WEST VIRGINIA

**24-ATF-018139:** RUGER 9E PISTOL CAL:9 SN:337-14418, valued at $250.00, seized by the ATF on May 22, 2024 from Richard Burdette in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018140:** 13 Rounds ASSORTED Ammunition CAL:9, valued at $1.30, seized by the ATF on May 22, 2024 from Richard Burdette in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018141:** TAURUS G2C PISTOL CAL:9 SN:ACD749469, valued at $250.00, seized by the ATF on May 22, 2024 from Richard Burdette in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018142:** 11 Rounds ASSORTED Ammunition CAL:9, valued at $1.10, seized by the ATF on May 22, 2024 from Richard Burdette in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/03/2024**
**LAST DATE TO FILE PETITION:  09/13/2024**

## NORTHERN DISTRICT OF ALABAMA
**24-ATF-019443:** PVC Pipe with 2 end caps and hobby fuse-approximately 5.25 inches in length, valued at $1.00, seized by the ATF on June 11, 2024 from Stacy Mayo Crowder in Gadsden, AL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019446:** PVC Pipe with 2 end caps and green hobby fuse-approximately 12.25 inches in length, valued at $1.00, seized by the ATF on June 20, 2024 from Stacy Mayo Crowder in Gadsden, AL for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF ILLINOIS
**24-ATF-019470:** Unknown Unknown MACHINE GUN  CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on June 04, 2024 from Abdul BOYD in East Saint Louis, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

## WESTERN DISTRICT OF KENTUCKY
**24-ATF-019144:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on June 25, 2024 from Carson LEE in Benton, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF MINNESOTA
**24-ATF-019277:** Flint River Armory, LLC (FRA) CSA 45 Short Barreled Rifle (NFA) CAL:45 SN:CSA-00-0000325, valued at $400.00, seized by the ATF on June 24, 2024 from Richard Fulton in Minneapolis, MN for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF MISSISSIPPI
**24-ATF-019179:** Smith & Wesson M&P12-22P Pistol CAL:22 SN:WAR2460, valued at $300.00, seized by the ATF on May 30, 2024 from John Maples in Moss Point, MS for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019183:** Unknown Unknown Silencer CAL:Unknown SN:Unknown, valued at $300.00, seized by the ATF on May 30, 2024 from John Maples in Moss Point, MS for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/03/2024**
**LAST DATE TO FILE PETITION:  09/13/2024**

## NORTHERN DISTRICT OF TEXAS

**24-ATF-019615:** Unknown Manufacturer Unknown PISTOL CAL:9 SN:NONE, valued at $300.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019617:** Glock Switch Conversion Device Machine Gun (NFA) CAL: Unknown SN: NONE, valued at $150.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019618:** Glock Switch Conversion Device Unknown Machine Gun (NFA) CAL:Unknown SN:None, valued at $150.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019620:** Glock Switch Conversion Device Unknown Machine Gun(NFA) CAL:Unknown SN:None, valued at $150.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019623:** Glock Switch Conversion Device Unknown Machine Gun(NFA) CAL:Unknown SN:None, valued at $150.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019624:** Glock Switch Conversion Device Unknown Machine Gun(NFA) CAL:Unknown SN:None, valued at $150.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019625:** Glock Switch Conversion Device Unknown Machine Gun(NFA) CAL:Unknown SN:None, valued at $150.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/03/2024**
**LAST DATE TO FILE PETITION:  09/13/2024**

**WESTERN DISTRICT OF WASHINGTON**

**24-ATF-019535:** Unknown Silencer CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019539:** Unknown Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019540:** Unknown  Silencer CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019542:** Unknown Machine Gun  CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019543:** Unknown  Machine Gun  CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019544:** Unknown  Receiver/Frame  CAL:Unknown SN:None, valued at $150.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019545:** Unknown  Machine Gun  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019546:** Unknown  Machine Gun  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019550:** Unknown  Machine Gun CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019551:** Unknown  Machine Gun  CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019552:** Unknown  Machine Gun  CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019553:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019554:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019555:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019556:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019557:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019558:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019559:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019560:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019561:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019562:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019563:** Unknown Silencer CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019564:** Unknown  Machine Gun  CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May
**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

## LAST DATE TO FILE CLAIM:  09/03/2024
## LAST DATE TO FILE PETITION:  09/13/2024

### WESTERN DISTRICT OF WASHINGTON

**24-ATF-019564 - (Continued from previous page)**
13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019565:** One (1) 8-pound jug of Bullseye  Smokeless  Pistol Powder (Jug 1 of 8), Serial No. Unknown, valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019566:** Explosive: Pyrotechnics; Qty: 180 ft; 4x pink Perfect Cannonfuse, 3x pink C-Linkin Whip, 1x green Safety Link, 1x green Cannonfuse, valued at $145.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019567:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 2 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019568:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 3 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019569:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 4 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019570:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 5 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019571:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 6 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019572:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 7 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019573:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 8 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019574:** 189 g. of Low Explosives - Powder recovered from item #46, valued at $1.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/13/2024

### MIDDLE DISTRICT OF ALABAMA
**24-ATF-019150:** Taurus G2C Pistol CAL:40 SN:ABH817264, valued at $200.00, seized by the ATF on June 25, 2024 from Arron Jiles in Ozark, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019156:** Springfield Armory, Geneseo, IL Unknown Pistol CAL:Unknown SN:GM413520, valued at $200.00, seized by the ATF on June 25, 2024 from Arron Jiles in Ozark, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019157:** 12 Rounds Assorted Ammunition CAL:45, valued at $1.20, seized by the ATF on June 25, 2024 from Arron Jiles in Ozark, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019158:** 8 Rounds Assorted Ammunition CAL:40, valued at $0.80, seized by the ATF on June 25, 2024 from Arron Jiles in Ozark, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF ARKANSAS
**24-ATF-019612:** 50 Rounds AMERICAN EAGLE Ammunition CAL:9, valued at $5.00, seized by the ATF on May 29, 2024 from Nathaniel IV SMITH in North Little Rock, AR for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF ARIZONA
**24-ATF-019243:** NOREEN FIREARMS LLC BAD NEWS ULR Rifle CAL:50 BMG SN:U5024, valued at $425.00, seized by the ATF on June 24, 2024 from Christopher Anthony SOLIZ in Yuma, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019245:** TAURUS INTERNATIONAL G3 Pistol CAL:9 SN:AAM136281, valued at $300.00, seized by the ATF on June 24, 2024 from Christopher Anthony SOLIZ in Yuma, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019246:** SIG SAUER (SIG-ARMS) P365 Pistol CAL:9 SN:66F607663, valued at $300.00, seized by the ATF on June 24, 2024 from Christopher Anthony SOLIZ in Yuma, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

### CENTRAL DISTRICT OF CALIFORNIA
**21-ATF-036239:** HANDGUN RUGER LCR Revolver CAL:38 SN:154131914, valued at $300.00, seized by the ATF on June 11, 2021 from Elvis Molina in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-036240:** 4 Rounds FEDERAL Ammunition CAL:38, Serial No. NULL, valued at $0.40, seized by the ATF on June 11, 2021 from Elvis Molina in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018116:** Astra NC-6 Revolver CAL:38 SN:R430260, valued at $300.00, seized by the ATF on May 21, 2024 from Raul Martin Ruelaz in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018118:** 6 Rounds PMC Ammunition CAL:38, valued at $0.60, seized by the ATF on May 21, 2024 from Raul Martin Ruelaz in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF COLORADO
**24-ATF-017139:** Glock GMBH 19 Pistol CAL:9 SN: BDVU977, valued at $300.00, seized by the ATF on May 16, 2024 from Joseph Hollowell in Loveland, CO for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF FLORIDA
**22-ATF-005916:** Chinese SKS Rifle CAL:762 SN:9136431, valued at $500.00, seized by the ATF on December 14, 2021 from Michael Clinger in Milton, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-005917:** 10 Rounds Tula Cartridge Works-Russia Ammunition CAL:762, valued at $1.00, seized by the ATF on December 14, 2021 from Michael Clinger in Milton, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

## MIDDLE DISTRICT OF GEORGIA
**24-ATF-013060:** Ruger 9E Pistol  CAL:9 SN:338-17164, valued at $300.00, seized by the ATF on April 16, 2024 from CI 15181 in Warner Robins, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

## SOUTHERN DISTRICT OF ILLINOIS
**24-ATF-018829:** 17 Rounds ASSORTED Ammunition CAL:57, valued at $1.70, seized by the ATF on June 03, 2024 from Demetrius LESTER in East Saint Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018830:** 12 Rounds ASSORTED Ammunition CAL:9, valued at $1.20, seized by the ATF on June 03, 2024 from Demetrius LESTER in East Saint Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018832:** GLOCK GMBH 48 PISTOL CAL:9 SN:BLWA185, valued at $300.00, seized by the ATF on June 05, 2024 from Tamaija GIPSON in Alton, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018833:** 14 Rounds ASSORTED Ammunition CAL:9, valued at $1.40, seized by the ATF on June 05, 2024 from Tamaija GIPSON in Alton, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018835:** RUGER RUGER-57 PISTOL CAL:57 SN:641-26241, valued at $300.00, seized by the ATF on June 03, 2024 from Demetrius LESTER in East Saint Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018836:** WALTHER CREED PISTOL CAL:9 SN:FCP5935, valued at $300.00, seized by the ATF on June 03, 2024 from Demetrius LESTER in East Saint Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019352:** CANIK55 METE MC9 PISTOL CAL:9 SN:22CT00555, valued at $300.00, seized by the ATF on June 04, 2024 from Josue LOPEZ-DEL ANGEL in Troy, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019360:** GLOCK GMBH 19X PISTOL CAL:9 SN:CBFY471, valued at $550.00, seized by the ATF on June 04, 2024 from Josue LOPEZ-DEL ANGEL in Troy, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019363:** SCCY INDUSTRIES, LLC (SKYY IND.) CPX-1 PISTOL CAL:9 SN:C273568, valued at $300.00, seized by the ATF on June 04, 2024 from Josue LOPEZ-DEL ANGEL in Troy, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019364:** SPRINGFIELD ARMORY,GENESEO,IL GARRISON PISTOL CAL:45 SN:NM839334, valued at $1,000.00, seized by the ATF on June 04, 2024 from Josue LOPEZ-DEL ANGEL in Troy, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019366:** 3 Rounds WINCHESTER-WESTERN Ammunition CAL:45, valued at $0.30, seized by the ATF on June 04, 2024 from Josue LOPEZ-DEL ANGEL in Troy, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019370:** WALTHER PPS PISTOL CAL:9 SN:BB2472, valued at $450.00, seized by the ATF on June 04, 2024 from Josue LOPEZ-DEL ANGEL in Troy, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019471:** Unknown Unknown MACHINE GUN CAL:Unknown SN:Unknown, valued at $425.00, seized by the Immigration and Customs Enforcement on June 09, 2024 from Quionte TIDWELL in Des Plaines, IL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

**SOUTHERN DISTRICT OF INDIANA**
**24-ATF-018905:** Colt Government Pistol CAL:45 SN:CCS029115, valued at $300.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018910:** Sig Sauer (SigArms) 1911 Pistol CAL:45 SN:54H011031, valued at $300.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018911:** Walther Colt Government Pistol CAL:22 SN:WD086518, valued at $300.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018912:** Smith & Wesson M&P-15 Rifle CAL:556 SN:TM75919, valued at $425.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018913:** Anderson Manufacturing AM-15 Rifle CAL:Multi SN:19241559, valued at $425.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018916:** Henry Repeating Rifle Company H001M Lever Magnum Rifle CAL:22 SN:M001005HL, valued at $425.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018918:** Winchester Canadian Cent 6 Rifle  CAL:30-30 SN:22878, valued at $425.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018919:** 1575 Rounds Assorted Ammunition CAL:Assorted, valued at $157.50, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018920:** 13 Rounds Unknown Manufacturer Ammunition CAL:22, valued at $1.30, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019677:** Sig Sauer (Sig-Arms) P365 Pistol CAL:9 SN:66F536919, valued at $300.00, seized by the ATF on May 13, 2024 from Zebadiah C. Bowles in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019678:** 1 Rounds Winchester-Western Ammunition CAL:9, valued at $0.10, seized by the ATF on May 13, 2024 from Zebadiah C. Bowles in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019679:** 5 Rounds Unknown Manufacturer Ammunition CAL:9, valued at $0.50, seized by the ATF on May 13, 2024 from Zebadiah C. Bowles in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

## WESTERN DISTRICT OF KENTUCKY
**24-ATF-019102:** SEEKINS PRECISION SP223 RIFLE CAL:MULTI SN:SP5067, valued at $425.00, seized by the ATF on June 25, 2024 from Carson LEE in Benton, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019122:** SILENCERCO, LLC OMEGA SILENCER CAL:300 SN:OMG1491, valued at $300.00, seized by the ATF on June 25, 2024 from Carson LEE in Benton, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019141:** SILENCERCO, LLC OCTANE SILENCER CAL:45 SN:OCT45FDE0316, valued at $300.00, seized by the ATF on June 25, 2024 from Carson LEE in Benton, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019146:** REMINGTON ARMS COMPANY, INC. 1100 SKEET SHOTGUN CAL:12 SN:N295076V, valued at $250.00, seized by the ATF on June 25, 2024 from Carson LEE in Benton, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019148:** REMINGTON ARMS COMPANY, INC. 1100 TRAP SHOTGUN CAL:12 SN:PC767473, valued at $250.00, seized by the ATF on June 25, 2024 from Carson LEE in Benton, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019529:** 35 Rounds ASSORTED Ammunition CAL:9, valued at $3.50, seized by the ATF on June 27, 2024 from Robert SWEATT in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019530:** 17 Rounds ASSORTED Ammunition CAL:5.7, valued at $1.70, seized by the ATF on June 27, 2024 from Robert SWEATT in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019531:** F.N. (FN HERSTAL) FIVE-SEVEN PISTOL CAL:57 SN:386369234, valued at $300.00, seized by the ATF on June 27, 2024 from Robert SWEATT in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019533:** GLOCK GMBH 26 RECEIVER/FRAME CAL:UNKNOWN SN:XUX403, valued at $250.00, seized by the ATF on June 27, 2024 from Robert SWEATT in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019641:** TAURUS G3C PISTOL CAL:9 SN:AGC117732, valued at $300.00, seized by the ATF on June 15, 2024 from James Joseph GUSLER in Campbellsville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019642:** 20 Rounds SELLIER & BELLOT Ammunition CAL:9, valued at $2.00, seized by the ATF on June 15, 2024 from James Joseph GUSLER in Campbellsville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

## WESTERN DISTRICT OF LOUISIANA
**24-ATF-018860:** Unknown Unknown Machine gun CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on May 30, 2024 from Tyrek Lavar STITH in Bossier City, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

**DISTRICT OF MAINE**

**24-ATF-019595:** WALTHER; Model: P22; Caliber: 22; Type: PISTOL; S/N: N044605, valued at $300.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblon in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019596:** MOSSBERG; Model: 500; Caliber: 12; Type: SHOTGUN; S/N: U724153, valued at $250.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019597:** KIMBER; Model: ULTRA CARRY; Caliber: 45; Type: PISTOL; S/N: KU14080, valued at $300.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019598:** BENELLI, S. PA.; Model: SUPER BLACK EAGLE; Caliber: 12; Type: SHOTGUN; S/N: F406787A, valued at $250.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019599:** Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: PISTOL; S/N: None, valued at $300.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019600:** WINCHESTER; Model: 94 APACHE; Caliber: 30-30; Type: RIFLE; S/N: 2418904, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019601:** WINCHESTER; Model: 67; Caliber: 22; Type: RIFLE; S/N: None, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019602:** GLOCK GMBH; Model: 27; Caliber: 40; Type: PISTOL; S/N: CVR846US, valued at $300.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019603:** MOSSBERG; Model: 500A; Caliber: 12; Type: SHOTGUN; S/N: J788572, valued at $250.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019604:** Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: RIFLE; S/N: None, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019605:** RUGER; Model: M77 MARK II; Caliber: 7; Type: RIFLE; S/N: 786-65648, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019606:** RUGER; Model: P89; Caliber: 9; Type: PISTOL; S/N: 305-07522, valued at $300.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019607:** Unknown Manufacturer; Model: -- ;Caliber: 223; Type: RIFLE; S/N: None, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019608:** Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: RIFLE; S/N: None, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019609:** MARLIN FIREARMS CO.; Model: 25MN; Caliber: 22; Type: RIFLE; S/N: 10733926, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

73

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

### DISTRICT OF MAINE
**24-ATF-019610:** BRYCO ARMS; Model: J25; Caliber: 25; Type: PISTOL; S/N: 1257209, valued at $300.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019611:** BENELLI, S. PA.; Model: SUPER BLACK EAGLE; Caliber: 12; Type: SHOTGUN; S/N: U740401B, valued at $250.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF MICHIGAN
**24-ATF-018811:** Girsan Pistol Model: REGARD SIX Caliber: 9 SN: T6368-20A16506, valued at $300.00, seized by the Detroit Police Department on April 25, 2024 from Billy Street in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018812:** Ammunition Qty: 10 Rounds Manufacturer: ASSORTED Caliber: 9, valued at $1.00, seized by the Detroit Police Department on April 25, 2024 from Billy Street in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

**EASTERN DISTRICT OF MISSOURI**

**24-ATF-014591:** $2,190.00 U.S. Currency, seized by the ATF on March 14, 2024 from Delance Marnes Jr. Bland in Saint Louis, MO for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-018888:** GLOCK GMBH, 20GEN5 PISTOL CAL:10 SN:CAPM729, valued at $100.00, seized by the ATF on June 05, 2024 from Tyrell Paige in Overland, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018889:** 15 Rounds SELLIER & BELLOT Ammunition CAL:10, valued at $1.50, seized by the ATF on June 05, 2024 from Tyrell Paige in Overland, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018890:** ANDERSON MANUFACTURING AM-15 PISTOL CAL:MULTI SN:23014954, valued at $200.00, seized by the ATF on June 05, 2024 from Tyrell Paige in Overland, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018891:** 14 Rounds LC (LAKE CITY) Ammunition CAL:300, valued at $1.40, seized by the ATF on June 05, 2024 from Tyrell Paige in Overland, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019376:** WALTHER CREED PISTOL CAL:9 SN:DEFCK8092, valued at $400.00, seized by the ATF on June 03, 2024 from Julius PHILLIPS in St. Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019382:** 32 Rounds ASSORTED Ammunition CAL:9, valued at $3.20, seized by the ATF on June 03, 2024 from Julius PHILLIPS in St. Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019386:** UNKNOWN UNKNOWN PISTOL CAL:UNKNOWN SN:JT009100, valued at $500.00, seized by the ATF on June 04, 2024 from Jeremy JONES in St. Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019399:** FNH USA, LLC FNP9 PISTOL CAL:9 SN:61BMR08931, valued at $450.00, seized by the ATF on June 04, 2024 from Eloisa VILLEGAS-Valencia in Arnold, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019629:** ANDERSON MANUFACTURING AM-15 RECEIVER/FRAME CAL:Multi SN:23013740, valued at $250.00, seized by the ATF on June 26, 2024 from Jamel MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019630:** 23 Rounds ASSORTED Ammunition CAL:300, valued at $2.30, seized by the ATF on June 26, 2024 from Jamel MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019631:** GLOCK INC. 43 PISTOL CAL:9 SN:AFCV473, valued at $250.00, seized by the ATF on June 26, 2024 from Jamel MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019632:** 7 Rounds ASSORTED Ammunition CAL:9, valued at $0.70, seized by the ATF on June 26, 2024 from Jamel MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019633:** 67 Rounds ASSORTED Ammunition CAL:MULTI, valued at $6.70, seized by the ATF on June 26, 2024 from Jamel MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019634:** OTTOMANGUNS GRAND VASIR SHOTGUN CAL:12 SN:PA-15999, valued at $100.00, seized by the ATF on June 26, 2024 from Marlon Ellis in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019635:** 6 Rounds ASSORTED Ammunition CAL:12, valued at $0.60, seized by the ATF on June 26, 2024 from Marlon Ellis in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019636:** HS PRODUKT (IM METAL) XDS PISTOL CAL:45 SN:S3319160, valued at $250.00, seized by the ATF on June 26, 2024 from Marlon Ellis in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019637:** 14 Rounds ASSORTED Ammunition CAL:45, valued at $1.40, seized by the ATF on June 26, 2024 from Marlon Ellis in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019638:** 126 Rounds ASSORTED Ammunition CAL:MULTI, valued at $12.60, seized by the ATF on June 26, 2024 from Marlon Ellis in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019639:** TAURUS G2C PISTOL CAL:40 SN:SMU17578, valued at $100.00, seized by the ATF on June 26, 2024 from Patricia MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019640:** 11 Rounds ASSORTED Ammunition CAL:40, valued at $1.10, seized by the ATF on June 26, 2024 from Patricia MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

### SOUTHERN DISTRICT OF MISSISSIPPI
**24-ATF-016501:** TAURUS G2C PISTOL CAL:9 SN:AEG551932, valued at $300.00, seized by the ATF on May 20, 2024 from Kaimen Dashaun Lowery in Pascagoula, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-016503:** 7 Rounds PMC Ammunition CAL:9, valued at $0.70, seized by the ATF on May 20, 2024 from Kaimen Dashaun Lowery in Pascagoula, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF MONTANA
**24-ATF-018904:** REMINGTON ARMS COMPANY, INC. 700 RIFLE CAL:308 SN:S6729150, valued at $425.00, seized by the ATF on June 16, 2024 from Guy George PARENTEAU in Billngs, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018914:** REMINGTON ARMS COMPANY, INC. 700SS RIFLE CAL:270 SN:G7018090, valued at $425.00, seized by the ATF on June 16, 2024 from Guy George PARENTEAU in Billngs, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019233:** 110 Rounds REMINGTON Ammunition CAL:22, Serial No. Unknown, valued at $11.00, seized by the ATF on June 01, 2024 from MONTANA COVINGTON in Great Falls, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019237:** ISTANBUL ARMS-ISTANBUL SILAH WINCHESTER WILDCAT RIFLE CAL:22 SN:TF614-23M26779, valued at $425.00, seized by the ATF on June 01, 2024 from MONTANA COVINGTON in Great Falls, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF NORTH CAROLINA
**23-ATF-040337:** $38,921.00 U.S. Currency, seized by the ATF on August 17, 2023 from Jahron Herring in Wilmington, NC for forfeiture pursuant to 21 U.S.C. Section 881.

### DISTRICT OF NORTH DAKOTA
**24-ATF-018921:** 5 Rounds UNKNOWN Ammunition CAL:9, valued at $0.50, seized by the ATF on June 20, 2024 from Christian k TORPEH SLUWAR in Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019111:** SIG SAUER (SIG-ARMS) P365 Pistol CAL:9 SN:66A038570, valued at $300.00, seized by the ATF on June 05, 2024 from Kadar U PEARSON in Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019115:** 10 Rounds Assorted Ammunition CAL:9, valued at $1.00, seized by the ATF on June 05, 2024 from Kadar U PEARSON in Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF OHIO
**24-ATF-017606:** FNH USA, LLC 509 Pistol CAL:9 SN:GKS0166544, valued at $300.00, seized by the ATF on May 09, 2024 from Robert HOWARD in Painesville, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-017607:** Glock 19GEN5 Pistol CAL:9 SN:BYSG146, valued at $300.00, seized by the ATF on May 09, 2024 from Robert HOWARD in Painesville, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

## SOUTHERN DISTRICT OF OHIO

**24-ATF-018978:** Taurus International G2C Pistol CAL:9 SN:ABK078491, valued at $225.00, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018985:** 14 Rounds Assorted Ammunition CAL:Multi, valued at $1.40, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018987:** 11 Rounds American Eagle Ammunition CAL:22, valued at $1.10, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018989:** 34 Rounds Assorted Ammunition CAL:9, valued at $3.40, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018991:** 50 Rounds Unknown Ammunition CAL:9, valued at $5.00, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018994:** 8 Rounds Assorted Ammunition CAL:Multi, valued at $0.80, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018996:** 13 Rounds Remington Ammunition CAL:9, valued at $1.30, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019004:** 77 Rounds Assorted Ammunition CAL:Unknown, valued at $7.70, seized by the ATF on June 13, 2024 from Thomas Kent in Dayton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019010:** 10 Rounds Assorted Ammunition CAL:Unknown, valued at $1.00, seized by the ATF on June 13, 2024 from Thomas Kent in Dayton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019015:** 13 Rounds Assorted Ammunition CAL:Unknown, valued at $1.30, seized by the ATF on June 13, 2024 from Thomas Kent in Dayton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019017:** Taurus G2C Pistol CAL:9 SN:TLT17936, valued at $225.00, seized by the ATF on June 13, 2024 from Thomas Kent in Dayton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019020:** 10 Rounds Assorted Ammunition CAL:Unknown, valued at $1.00, seized by the ATF on June 13, 2024 from Thomas Kent in Dayton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019021:** 47 Rounds Assorted Ammunition CAL:Unknown, valued at $4.70, seized by the ATF on June 13, 2024 from Thomas Kent in Dayton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019032:** Glock Inc. 19 Pistol CAL:9 SN:BVCS715, valued at $400.00, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019038:** 37 Rounds Assorted Ammunition CAL:Unknown, valued at $3.70, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019041:** 24 Rounds Assorted Ammunition CAL:40, valued at $2.40, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019044:** Mossberg Unknown Type Shotgun CAL:12 SN:R754136, valued at $250.00, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019049:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:L021884V, valued at $400.00, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019053:** Remington Arms Company, Inc. 870 Express Shotgun CAL:12 SN:D510143M, valued at $300.00, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019056:** JTS EG200 Shotgun CAL:12 SN:40-H21YT-000514, valued at $200.00, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019058:** 15 Rounds Assorted Ammunition CAL:Unknown, valued at $1.50, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019059:** 4 Rounds Assorted Ammunition CAL:12, valued at $0.40, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

## SOUTHERN DISTRICT OF OHIO

**24-ATF-019062:** 127 Rounds Assorted Ammunition CAL:Unknown, valued at $12.70, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019063:** 7 Rounds Assorted Ammunition CAL:12, valued at $0.70, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019065:** 3 Rounds Wolf Ammunition CAL:12, valued at $0.30, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019067:** 500 Rounds Assorted Ammunition CAL:Unknown, valued at $50.00, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019068:** 12 Rounds Hornady Ammunition CAL:9, valued at $1.20, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019073:** Smith & Wesson M&P 9 Shield Pistol CAL:9 SN:HLB0555, valued at $350.00, seized by the ATF on June 13, 2024 from Norman Beach in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019078:** 13 Rounds Wolf Ammunition CAL:12, valued at $1.30, seized by the ATF on June 13, 2024 from Norman Beach in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019079:** 31 Rounds Assorted Ammunition CAL:Unknown, valued at $3.10, seized by the ATF on June 13, 2024 from Norman Beach in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019081:** 8 Rounds Assorted Ammunition CAL:9, valued at $0.80, seized by the ATF on June 13, 2024 from Norman Beach in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019083:** 9 Rounds Remington Ammunition CAL:22, valued at $0.90, seized by the ATF on June 13, 2024 from Norman Beach in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019101:** Smith & Wesson M&P 380 Shield EZ Pistol CAL:380 SN:RDM6340, valued at $300.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019113:** 375 Rounds Assorted Ammunition CAL:Unknown, valued at $37.50, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019116:** 73 Rounds Assorted Ammunition CAL:Unknown, valued at $7.30, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019118:** 27 Rounds Assorted Ammunition CAL:Unknown, valued at $2.70, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019120:** 20 Rounds Assorted Ammunition CAL:Unknown, valued at $2.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019121:** 17 Rounds Assorted Ammunition CAL:12, valued at $1.70, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019124:** 288 Rounds Assorted Ammunition CAL:Multi, valued at $28.80, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019126:** Mossberg 283TA Shotgun CAL:410 SN:None, valued at $150.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019127:** Mossberg 46AT Rifle CAL:22 SN:None, valued at $125.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019129:** Savage 238 Shotgun CAL:20 SN:None, valued at $100.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019132:** Savage Top Break SG Shotgun CAL:12 SN:None, valued at $100.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019133:** 14 Rounds Assorted Ammunition CAL:22, valued at $1.40, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019134:** US Field 1929 Shotgun CAL:12 SN:None, valued at $100.00, seized by the ATF on June 13, 2024

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/13/2024

## SOUTHERN DISTRICT OF OHIO
**24-ATF-019134 - (Continued from previous page)**
from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019135:** Harrington and Richardson 765 Rifle CAL:22 SN:13764, valued at $150.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019136:** 1 Round Assorted Ammunition CAL:556, valued at $0.10, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019137:** 8 Rounds Assorted Ammunition CAL:9, valued at $0.80, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019138:** 8 Rounds Assorted Ammunition CAL:9, valued at $0.80, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF PENNSYLVANIA
**24-ATF-019289:** $11,900.00 U.S. Currency, seized by the ATF on June 06, 2024 from Chanel DIAZ-OSCAR in Philadelphia, PA for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

**WESTERN DISTRICT OF TENNESSEE**

**24-ATF-018895:** Glock GMBH 19 Pistol CAL:9 SN:BAVK142, valued at $300.00, seized by the ATF on June 11, 2024 from Lorenzo WATSON in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018896:** 1 Rounds Unknown Ammunition CAL:9, valued at $0.10, seized by the ATF on June 11, 2024 from Lorenzo WATSON in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018897:** ZASTAVA PAP M92 PV Rifle CAL:762 SN:M92PV073426, valued at $425.00, seized by the ATF on June 11, 2024 from Lorenzo WATSON and Kendrick RAY in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018898:** 1 Rounds Unknown Ammunition CAL:762, valued at $0.10, seized by the ATF on June 11, 2024 from Lorenzo WATSON and Kendrick RAY in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018899:** PALMETTO STATE ARMORY PA-15 Rifle CAL:Multi SN:PA090920, valued at $300.00, seized by the ATF on June 11, 2024 from Lorenzo WATSON and Kendrick RAY in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019075:** GLOCK GMBH 27 Pistol CAL:40 SN:BWEL643, valued at $300.00, seized by the ATF on June 13, 2024 from Paul Nelson in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019080:** 12 Rounds Assorted Ammunition CAL:40, valued at $1.20, seized by the ATF on June 13, 2024 from Paul Nelson in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019082:** 300 Rounds Assorted Ammunition CAL:22, valued at $30.00, seized by the ATF on June 13, 2024 from Paul Nelson in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019087:** Taurus G3C Pistol CAL:9 SN:ABM290568, valued at $300.00, seized by the ATF on June 13, 2024 from Mohamed Rasulu Samba in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019091:** Glock GMBH 17 Pistol CAL:9 SN:BPKF150, valued at $300.00, seized by the ATF on June 13, 2024 from Mohamed Rasulu Samba in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019093:** 25 Rounds Assorted Ammunition CAL:9, valued at $2.50, seized by the ATF on June 13, 2024 from Mohamed Rasulu Samba in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019267:** Anderson Manufacturing AM-15 Pistol CAL:Multi SN:14135518, valued at $300.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019268:** American Tactical Imports - ATI Omni Hybrid Pistol CAL:Multi SN:NS129461, valued at $300.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019269:** Palmetto State Armory PA-15 Pistol CAL:Multi SN:SCD519720, valued at $300.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019272:** 12 Rounds Assorted Ammunition CAL:9, valued at $1.20, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019273:** 5 Rounds Assorted Ammunition CAL:9, valued at $0.50, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019274:** 12 Rounds Assorted Ammunition CAL:9, valued at $1.20, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019275:** Taurus PT111 MILLENNIUM G2 Pistol CAL:9 SN:TJY22039, valued at $300.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019276:** Glock Inc. 43 Pistol CAL:9 SN:AFRP032, valued at $300.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019278:** Glock Inc. 19GEN5 Pistol CAL:9 SN:BZKL439, valued at $300.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019281:** 25 Rounds Assorted Ammunition CAL:223, valued at $2.50, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

## WESTERN DISTRICT OF TENNESSEE

**24-ATF-019282:** 13 Rounds Assorted Ammunition CAL:223, valued at $1.30, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019283:** 16 Rounds Assorted Ammunition CAL:223, valued at $1.60, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019284:** 20 Rounds Fiocchi Ammunition CAL:223, valued at $2.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019285:** 18 Rounds Hornady Ammunition CAL:9, valued at $1.80, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019286:** 44 Rounds Assorted Ammunition CAL:Assorted, valued at $4.40, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019372:** 1 Rounds Winchester-Western Ammunition CAL:12, valued at $0.10, seized by the ATF on June 13, 2024 from Ebony Denise Cobb in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019398:** 27 Rounds Federal Ammunition, valued at $2.70, seized by the ATF on June 13, 2024 from Ebony Denise Cobb in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019403:** Taurus TH40 Pistol CAL:40 SN:SMS48296, valued at $300.00, seized by the ATF on June 13, 2024 from Ebony Denise Cobb in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019406:** Nitro Hunter Unknown Shotgun CAL:12 SN:23980, valued at $250.00, seized by the ATF on June 13, 2024 from Ebony Denise Cobb in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019415:** 117 Rounds Assorted Ammunition CAL:Assorted, valued at $11.70, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019419:** SARSILMAZ (SAR ARMS) SAR 9 Pistol CAL:9 SN:T110220BV86792, valued at $300.00, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019420:** HS PRODUKT (IM METAL) XD40 SUB-COMPACT Pistol CAL:40 SN:US244350, valued at $300.00, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019421:** 10 Rounds Assorted Ammunition CAL:40, valued at $1.00, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019425:** BLACK RAIN ORDNANCE INC. SPEC 15 Rifle CAL:556 SN:SM000984, valued at $425.00, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019427:** 30 Rounds Unknown Ammunition CAL:556, valued at $3.00, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019428:** 15 Rounds Assorted Ammunition CAL:556, valued at $1.50, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

## WESTERN DISTRICT OF WASHINGTON

**24-ATF-019541:** Unknown Rifle CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019547:** SMITH & WESSON 6904 PISTOL CAL:9 SN:TCS9758, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019548:** Unknown  Receiver/Frame  CAL:Unknown SN:None, valued at $150.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019549:** Unknown  RECEIVER/FRAME CAL:Unknown SN:None, valued at $150.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

**NORTHERN DISTRICT OF WEST VIRGINIA**
**24-ATF-018902:** TAURUS INTERNATIONAL G2C PISTOL CAL:9 SN:TLR71381, valued at $300.00, seized by the ATF on June 08, 2024 from Pedro Antoni PACHECO in Kingwood, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  08/27/2024**
**LAST DATE TO FILE PETITION:  09/06/2024**

## NORTHERN DISTRICT OF ALABAMA
**24-ATF-016778:** Glock Inc. 23 Pistol CAL:40 SN:BTUY216, valued at $300.00, seized by the ATF on May 14, 2024 from Timothy Nigle Thomas in Huntsville, AL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-016781:** Unknown Manufacturer Unknown Machine Gun Conversion Device  CAL:Unknown SN:None, valued at $150.00, seized by the ATF on May 14, 2024 from Timothy Nigle Thomas in Huntsville, AL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018478:** Glock GMBH 17 Pistol CAL:9 SN:BWPY902, valued at $300.00, seized by the ATF on May 25, 2024 from Dearis Whittaker in Hoover, AL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018484:** Palmetto State Armory PA-15 Rifle CAL:Multi SN:SCD929638, valued at $300.00, seized by the ATF on May 25, 2024 from Dearis Whittaker and Martavius Williams in Hoover, AL for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF ARIZONA
**24-ATF-018692:** GLOCK GMBH 19X MACHINE GUN  CAL:9 SN:CAHR127, valued at $425.00, seized by the ATF on June 02, 2024 from Edwin Alexey Gamboa in Phoenix, AZ for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018831:** Unknown Manufacturer Unknown Machine Gun(NFA) CAL:Unknown SN:None, valued at $425.00, seized by the ATF on June 14, 2024 from Tyler TWIST in Yuma, AZ for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]
Page 78 of 102

83

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  08/27/2024**
**LAST DATE TO FILE PETITION:  09/06/2024**

## DISTRICT OF CONNECTICUT

**24-ATF-018398:** Century Arms International UZI MACHINE GUN CAL:9mm SN:9677710, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018409:** Denny's Guns 1928A1 Machine Gun CAL:45 SN:AO27099, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018413:** Colt  AR15 9mm CARBINE MACHINE GUN CAL:9 SN:TA12750, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018415:** Heckler and Koch MP5A3 MACHINE GUN CAL:9mm SN:62380060, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018422:** Sterling MK 5 MACHINE GUN CAL:9mm SN:S3996, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018423:** Heckler and Koch MP5SFA2 MACHINE GUN CAL:9mm SN:62357472, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018424:** Sterling MK 5 MACHINE GUN CAL:9mm SN:S3313, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018425:** DPMS Panther Arms  M-160 MACHINE GUN CAL:223 SN:M006951, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018427:** HECKLER AND KOCH MP5SFA2 MACHINE GUN CAL:9mm SN:62357471, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018428:** Ithaca Gun Co. M3A1 MACHINE GUN CAL:45 SN:004191L, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018429:** Century Arms International Sterling Model MK 4/L2A3 MACHINE GUN CAL:9mm SN:KR42521, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018430:** James G S Sutton 1919A4 BROWNING MACHINE GUN CAL:308 SN:98001, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018432:** James G S Sutton 1919A4 BROWNING MACHINE GUN CAL:308 SN:98002, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018434:** US Carbine  M2 MACHINE GUN CAL:30 SN:5584368, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018437:** Denny's Guns Ratmil CUR2 MACHINE GUN CAL:5.45 SN:30217597, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018439:** Denny's Guns Sten MK IV MACHINE GUN CAL:9mm SN:08856, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018440:** Heckler and Koch HK33 MACHINE GUN CAL:5.56 SN:FA2796, valued at $425.00, seized by the ATF on May 08, 2024 from Michael Tichy in Shelton, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018490:** Mount Washington Armory H&K Machine Gun Trigger Pack CAL:308 SN:HKTP02MWA, valued at $425.00, seized by the ATF on May 15, 2024 from Michael Tichy in Derby, CT for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018491:** Mount Washington Armory H&K Machine Gun Trigger Pack CAL:308 SN:HKTP01MWA, valued at $425.00, seized by the ATF on May 15, 2024 from Michael Tichy in Derby, CT for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  08/27/2024**
**LAST DATE TO FILE PETITION:  09/06/2024**

### NORTHERN DISTRICT OF GEORGIA
**24-ATF-018231:** GLOCK GMBH 17 Pistol w/ Auto Sear CAL:9 SN:BFZY680, valued at $300.00, seized by the ATF on May 13, 2024 from Otis Story in Atlanta, GA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018477:** Unknown Manufacturer Unknown Machine Gun CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 13, 2024 from Otis Story in Atlanta, GA for forfeiture pursuant to 26 U.S.C. Section 5872.

### WESTERN DISTRICT OF LOUISIANA
**24-ATF-016489:** Explosive: Bomb Making Material/Components; Qty: 1 EA.; suspected pipe bomb - 1" diameter pipe with a 1" and 1 1/4" end cap, Serial No. Unknown, valued at $425.00, seized by the ATF on May 10, 2024 from Beau BROUSSARD in New Iberia, LA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-016490:** Explosive: Bomb Making Material/Components; Qty: 1 EA.; 3/4" pipe with two end caps and visco type fuse, Serial No. Unknown, valued at $425.00, seized by the ATF on May 10, 2024 from Beau BROUSSARD in New Iberia, LA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-016491:** Explosive: Bomb Making Material/Components; Qty: 2 EA.; Visco-type fuse, Serial No. Unknown, valued at $425.00, seized by the ATF on May 10, 2024 from Beau BROUSSARD in New Iberia, LA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-016674:** Explosive: Bomb Making Material/Components; Qty: 1 EA.; Plastic Solo-Style cup with powder residue, paper material, and Visco-type fuse, Serial No. Unknown, valued at $100.00, seized by the ATF on May 10, 2024 from Beau BROUSSARD in New Iberia, LA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-016678:** Explosive: Low Explosives; Qty: 1 EA.; Suspected Flash Powder, Serial No. Unknown, valued at $150.00, seized by the ATF on May 10, 2024 from Beau BROUSSARD in New Iberia, LA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-016683:** Explosive: Low Explosives; Qty: 1 EA.; Suspected Flash Powder, Serial No. Unknown, valued at $150.00, seized by the ATF on May 10, 2024 from Beau BROUSSARD in New Iberia, LA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-016687:** Explosive: Low Explosives; Qty: 1 EA.; Suspected Flash Powder, Serial No. Unknown, valued at $150.00, seized by the ATF on May 10, 2024 from Beau BROUSSARD in New Iberia, LA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-016689:** Explosive: Low Explosives; Qty: 1 EA.; Suspected Flash Powder, Serial No. Unknown, valued at $150.00, seized by the ATF on May 10, 2024 from Beau BROUSSARD in New Iberia, LA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-016692:** Unknown Unknown Low Explosives SN:Unknown, valued at $150.00, seized by the ATF on May 10, 2024 from Beau BROUSSARD in New Iberia, LA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-016697:** Explosive: Low Explosives; Qty: 1 EA.; Suspected Flash Powder, Serial No. Unknown, valued at $150.00, seized by the ATF on May 10, 2024 from Beau BROUSSARD in New Iberia, LA for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  08/27/2024**
**LAST DATE TO FILE PETITION:  09/06/2024**

### DISTRICT OF MAINE
**24-ATF-018479:** Unknown Manufacturer Unknown Silencer (NFA) CAL:Unknown SN:None, valued at $300.00, seized by the ATF on April 12, 2024 from Ashley Marie Lee in Portland, ME for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018485:** Unknown Manufacturer Unknown Silencer (NFA) CAL:Unknown SN:None, valued at $300.00, seized by the ATF on April 12, 2024 from Ashley Marie Lee in Portland, ME for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018486:** Unknown Manufacturer Unknown Silencer (NFA) CAL:Unknown SN:None, valued at $300.00, seized by the ATF on April 12, 2024 from Ashley Marie Lee in Portland, ME for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018487:** Unknown Manufacturer Unknown Silencer (NFA) CAL:Unknown SN:None, valued at $300.00, seized by the ATF on April 12, 2024 from Ashley Marie Lee in Portland, ME for forfeiture pursuant to 26 U.S.C. Section 5872.

### DISTRICT OF MINNESOTA
**21-ATF-038908:** CNC Firearms Manufacturing Machine, valued at $1.00, seized by the ATF on January 15, 2021 from Dayton Sauke in Owatonna, MN for forfeiture pursuant to 26 U.S.C. Section 7302.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  08/27/2024**
**LAST DATE TO FILE PETITION:  09/06/2024**

## EASTERN DISTRICT OF MISSOURI

**24-ATF-018553:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-018554:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-018555:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-018557:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-018570:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-018571:** Unknown Unknown MACHINE GUN CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-018587:** American Tactical Imports-ATI Omin Hybrid MACHINE GUN CAL:223 SN:NS162532, valued at $425.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-018588:** SAVAGE STEVENS 311 SHOTGUN CAL:12 SN:5100, valued at $250.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-018589:** American Tactical Imports-ATI Omni Hybrid SHORT BARRELED RIFLE  CAL:9 SN:NS159638, valued at $400.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-018590:** Unknown Unknown SHORT BARRELED RIFLE   CAL:556 SN:Unknown, valued at $400.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-018594:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-018599:** Unknown Unknown RECEIVER/FRAME CAL:Unknown SN:Unknown, valued at $150.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-018602:** Unknown Unknown SILENCER  CAL:Unknown SN:Unknown, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-018609:** Unknown Unknown MACHINE GUN CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF NEW MEXICO

**24-ATF-018107:** Glock Switch Unknown Machine Gun NFA CAL:Unknown SN:None, valued at $425.00, seized by the ATF on June 04, 2024 from Jay Trujillo in Las Cruces, NM for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  08/27/2024**
**LAST DATE TO FILE PETITION:  09/06/2024**

**EASTERN DISTRICT OF OKLAHOMA**
**24-ATF-018473:** Unknown Manufacturer Unknown  SILENCER(NFA) CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 13, 2024 from Sebastion Allen COOLING in Muskogee, OK for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018475:** Unknown Manufacturer Unknown  SILENCER(NFA) CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 13, 2024 from Sebastion Allen COOLING in Muskogee, OK for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018500:** Unknown Manufacturer Unknown  SILENCER(NFA) CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 13, 2024 from Sebastion Allen COOLING in Muskogee, OK for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018501:** Unknown Manufacturer Unknown  SILENCER(NFA) CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 13, 2024 from Sebastion Allen COOLING in Muskogee, OK for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018798:** Unknown Manufacturer UNKNOWN SILENCER CAL:MULTI SN:None, valued at $150.00, seized by the ATF on March 13, 2024 from Rachel Ann BOX in Tishomingo, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**NORTHERN DISTRICT OF OKLAHOMA**
**24-ATF-017909:** Unknown Unknown Sliencer CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 28, 2024 from Ayman Maher Marco ELIAS in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**WESTERN DISTRICT OF TEXAS**
**23-ATF-038508:** DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES A15 RIFLE CAL:223 SN:FH259316, valued at $100.00, seized by the ATF on February 07, 2023 from Samuel URIAS in Midland, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/06/2024**

## MIDDLE DISTRICT OF ALABAMA
**24-ATF-018269:** Glock Inc. 17 Pistol CAL:9 SN:BVCN771, valued at $300.00, seized by the ATF on May 10, 2024 from Demarion Cooper in Ozark, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018441:** Glock GMBH 23 Machine Gun CAL:40 SN:BXAH680, valued at $425.00, seized by the ATF on June 14, 2024 from Kendrick La'Mont Ransom in Montgomery, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

## NORTHERN DISTRICT OF ALABAMA
**24-ATF-016783:** 7 Rounds Assorted Ammunition CAL:Assorted, valued at $0.70, seized by the ATF on May 14, 2024 from Timothy Nigle Thomas in Huntsville, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018476:** Glock GMBH 17 Pistol CAL:9 SN:BTWB637, valued at $350.00, seized by the ATF on May 25, 2024 from Dearis Whittaker in Hoover, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018480:** Glock GMBH 22 Pistol CAL:40 SN:XUH212, valued at $300.00, seized by the ATF on May 25, 2024 from Dearis Whittaker in Hoover, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018482:** Glock GMBH 22 Pistol CAL:40 SN:MIA2597, valued at $300.00, seized by the ATF on May 25, 2024 from Dearis Whittaker and Terrell Lawson in Hoover, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF ARIZONA
**24-ATF-018115:** Unknown Manufacturer Unknown RIFLE CAL:Unknown SN:NONE, valued at $425.00, seized by the ATF on June 03, 2024 from Doreen Lee Webbert in Glendale, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018770:** TAURUS G3 PISTOL CAL:9 SN:ADB950952, valued at $300.00, seized by the ATF on June 02, 2024 from Edwin Alexey Gamboa in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018786:** 18 Rounds FEDERAL Ammunition CAL:9, valued at $1.80, seized by the ATF on June 02, 2024 from Edwin Alexey Gamboa in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018787:** 17 Rounds FEDERAL Ammunition CAL:9, valued at $1.70, seized by the ATF on June 02, 2024 from Edwin Alexey Gamboa in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018788:** 1 Rounds CCI Ammunition CAL:22, valued at $0.10, seized by the ATF on June 02, 2024 from Edwin Alexey Gamboa in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018880:** FNH USA, LLC M249S Rifle CAL:556 SN:M249SA10135, valued at $425.00, seized by the ATF on May 10, 2024 from Christopher crisostomo Castillo in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018881:** SMITH & WESSON SD9 2.0 Pistol CAL:9 SN:EFC0384, valued at $300.00, seized by the ATF on May 06, 2024 from Enrique Miranda in Tempe, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018883:** TAURUS INTERNATIONAL G3C Pistol CAL:9 SN:AGB027457, valued at $280.00, seized by the ATF on May 06, 2024 from Enrique Miranda in Tempe, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018884:** TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:AEH589710, valued at $280.00, seized by the ATF on May 06, 2024 from Enrique Miranda in Tempe, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018886:** PALMETTO STATE ARMORY DAGGER FULL SIZE-S Pistol CAL:9 SN:SZF005347, valued at $300.00, seized by the ATF on May 06, 2024 from Enrique Miranda in Tempe, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018887:** SIG-SAUER P320 X-CARRY Pistol CAL:9 SN:58K189586, valued at $850.00, seized by the ATF on May 06, 2024 from Enrique Miranda in Tempe, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/06/2024

### SOUTHERN DISTRICT OF CALIFORNIA
**24-ATF-018783:** Glock Inc; Model: 44; Caliber: 22; Type: PISTOL; S/N AGEK*5*, valued at $300.00, seized by the Escondido Police Department on April 10, 2024 from Jalen Owens in Esondido, CA, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018784:** Ammunition; Qty:10 Rounds; Manufacturer: FEDERAL; Caliber: 22, valued at $1.00, seized by the Escondido Police Department on April 10, 2024 from Jalen Owens in Esondido, CA, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF FLORIDA
**24-ATF-018649:** BERETTA USA CORP BU9 NANO PISTOL CAL:9 SN:NV030151, valued at $300.00, seized by the ATF on May 29, 2024 from Roosevelt Antwan JONES in MILTON, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018650:** 6 Rounds HORNADY Ammunition CAL:9, Serial No. Unknown, valued at $0.60, seized by the ATF on May 29, 2024 from Roosevelt Antwan JONES in MILTON, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

### SOUTHERN DISTRICT OF FLORIDA
**22-ATF-049382:** PALMETTO STATE ARMORY AK-P7 PISTOL CAL:762 SN: P7-014279, valued at $1,300.00, seized by the ATF on July 10, 2022 from Rodney Martin in Lake Worth, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-049383:** HS PRODUKT (IM METAL) HELLCAT PISTOL CAL:9 SN:BB204361, valued at $600.00, seized by the ATF on July 10, 2022 from Rodney Martin in Lake Worth, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF GEORGIA
**24-ATF-015294:** ROMARM/CUGIR MICRO DRACO Pistol CAL:762 SN:22PMD-31459, valued at $300.00, seized by the ATF on May 02, 2024 from Lante Morris in Stone Mountain, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018230:** ZOMBIE DEFENSE Z-4 Rifle CAL:300 SN:0798, valued at $425.00, seized by the ATF on May 13, 2024 from Otis Story in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018232:** GLOCK INC. 26GEN5 Pistol CAL:9 SN:AHBE844, valued at $300.00, seized by the ATF on May 13, 2024 from Otis Story in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018233:** 113 Rounds Assorted Ammunition CAL:9, valued at $11.30, seized by the ATF on May 13, 2024 from Otis Story in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018234:** 80 Rounds Assorted Ammunition CAL:300, valued at $8.00, seized by the ATF on May 13, 2024 from Otis Story in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/06/2024

## DISTRICT OF GUAM
**24-ATF-018664:** 6 Rounds OTHER Ammunition CAL:9, Serial No. Unknown, valued at $0.60, seized by the ATF on June 05, 2024 from Bruce AGUON in Agat, GU for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018667:** 102 Rounds OTHER Ammunition CAL:Multi, Serial No. Unknown, valued at $10.20, seized by the ATF on June 05, 2024 from Bruce AGUON in Agat, GU for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018668:** 1 Rounds OTHER Ammunition CAL:9, Serial No. Unknown, valued at $0.10, seized by the ATF on June 05, 2024 from Bruce AGUON in Agat, GU for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018669:** SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:JDX4314, valued at $300.00, seized by the ATF on June 05, 2024 from Bruce AGUON in Agat, GU for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018670:** 2 Rounds OTHER Ammunition CAL:MULTI, Serial No. Unknown, valued at $0.20, seized by the ATF on June 05, 2024 from Bruce AGUON in Hagatna, GU for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF HAWAII
**24-ATF-011767:** CROWN CITY 1911 PISTOL CAL:45 SN:A02544, valued at $275.00, seized by the ATF on February 29, 2024 from Francis ABERGAS in Lihue, HI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018693:** SAVAGE 12 VARMINTER LP RIFLE CAL:308 SN:G072925, valued at $425.00, seized by the Maui Police Department on May 11, 2024 from Christopher Helmer in Lahaina, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018694:** 4 Rounds TULA CARTRIDGE WORKS - RUSSIA Ammunition CAL:308, Serial No. Unknown, valued at $0.40, seized by the Maui Police Department on May 11, 2024 from Christopher Helmer in Lahaina, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018695:** 20 Rounds TULA CARTRIDGE WORKS - RUSSIA Ammunition CAL:308, Serial No. Unknown, valued at $2.00, seized by the Maui Police Department on May 11, 2024 from Christopher Helmer in Lahaina, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018696:** 5 Rounds ASSORTED Ammunition CAL:22, Serial No. Unknown, valued at $0.50, seized by the Maui Police Department on May 11, 2024 from Christopher Helmer in Lahaina, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/06/2024**

## NORTHERN DISTRICT OF ILLINOIS

**24-ATF-018213:** 5 Rounds ASSORTED Ammunition CAL:38, valued at $0.50, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018214:** BERSA THUNDER 380 PISTOL CAL:380 SN:L22850, valued at $300.00, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018215:** HS PRODUKT (IM METAL) HELLCAT PISTOL CAL:9 SN:BA446569, valued at $300.00, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018216:** SIG SAUER (SIG-ARMS) P365 PISTOL CAL:9 SN:66A037103, valued at $300.00, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018217:** SMITH & WESSON M&PBODYGUARD380 PISTOL CAL:380 SN:KHX9508, valued at $300.00, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018218:** TAURUS INTERNATIONAL PT25 PISTOL CAL:25 SN:DXK41352, valued at $300.00, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018219:** 94 Rounds ASSORTED Ammunition CAL:UNKNOWN, valued at $9.40, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018220:** 5 Rounds ASSORTED Ammunition CAL:UNKNOWN, valued at $0.50, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018221:** SARSILMAZ (SAR ARMS) B6 PISTOL CAL:9 SN:T1102-17E11812, valued at $300.00, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018222:** 17 Rounds ASSORTED Ammunition CAL:UNKNOWN, valued at $1.70, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018223:** 5 Rounds ASSORTED Ammunition CAL:UNKNOWN, valued at $0.50, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018224:** 1 Rounds REMINGTON Ammunition CAL:223, valued at $0.10, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018225:** 4 Rounds ASSORTED Ammunition CAL:UNKNOWN, valued at $0.40, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018226:** 242 Rounds ASSORTED Ammunition CAL:UNKNOWN, valued at $24.20, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018227:** 192 Rounds ASSORTED Ammunition CAL:UNKNOWN, valued at $19.20, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018445:** TAURUS 85 REVOLVER CAL:38 SN:GL88901, valued at $300.00, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018447:** HS PRODUKT (IM METAL) XDS PISTOL CAL:9 SN:S3779465, valued at $300.00, seized by the ATF on May 20, 2024 from Rene Vasquez in Chicago, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).

## NORTHERN DISTRICT OF INDIANA

**24-ATF-017955:** HS PRODUKT (IM METAL) XDS PISTOL CAL:9 SN:S3937736, valued at $300.00, seized by the ATF on May 14, 2024 from Arvil Wesley Bryant in Fremont, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-017956:** 9 Rounds ASSORTED Ammunition CAL:9, valued at $0.90, seized by the ATF on May 14, 2024 from Arvil Wesley Bryant in Fremont, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-017957:** 3 Rounds ASSORTED Ammunition CAL:ASSORTED, valued at $0.30, seized by the ATF on May 14, 2024 from Arvil Wesley Bryant in Fremont, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-017958:** 1 Rounds UNKNOWN Ammunition CAL:7.62x39, valued at $0.10, seized by the ATF on May 14, 2024 from Arvil Wesley Bryant in Fremont, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/06/2024**

### DISTRICT OF KANSAS
**24-ATF-018714:** TAURUS 85 REVOLVER CAL:38 SN:GD27474, valued at $300.00, seized by the ATF on June 05, 2024 from Adam Taylor in Topeka, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018718:** 5 Rounds WINCHESTER-WESTERN Ammunition CAL:38, valued at $0.50, seized by the ATF on June 05, 2024 from Adam Taylor in Topeka, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF MASSACHUSETTS
**24-ATF-018665:** GLOCK INC. 20 PISTOL CAL: 10 SN: MC87US, valued at $400.00, seized by the ATF on June 06, 2024 from Rafael RIVERA in DORCHESTER, MA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018679:** 43 Rounds ASSORTED Ammunition CAL:10, valued at $4.30, seized by the ATF on June 06, 2024 from Rafael RIVERA in DORCHESTER, MA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018681:** FIE TITAN PISTOL CAL:25 SN:D710565, valued at $400.00, seized by the ATF on June 06, 2024 from Rafael RIVERA in DORCHESTER, MA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018683:** 3 Rounds ASSORTED Ammunition CAL:25, valued at $0.30, seized by the ATF on June 06, 2024 from Rafael RIVERA in DORCHESTER, MA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018868:** KELTEC, CNC INDUSTRIES, INC. P3AT PISTOL CAL:380 SN:HC352, valued at $200.00, seized by the ATF on May 31, 2024 from Jean SOTOMAYOR VENERIO in TEWKSBURY, MA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018869:** 5 Rounds ASSORTED Ammunition CAL:380, valued at $0.50, seized by the ATF on May 31, 2024 from Jean SOTOMAYOR VENERIO in TEWKSBURY, MA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/06/2024**

## EASTERN DISTRICT OF MISSOURI

**24-ATF-018449:** 6 Rounds ASSORTED Ammunition CAL:MULTI, valued at $0.60, seized by the ATF on June 07, 2024 from Keishaun Rainey in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018450:** 29 Rounds ASSORTED Ammunition CAL:7.62, valued at $2.90, seized by the ATF on June 07, 2024 from Keishaun Rainey in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018451:** 43 Rounds ASSORTED Ammunition CAL:7.62, valued at $4.30, seized by the ATF on June 07, 2024 from Keishaun Rainey in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018452:** 1 Rounds FRONTIER Ammunition CAL:556, valued at $0.10, seized by the ATF on June 07, 2024 from Keishaun Rainey in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018453:** 1 Rounds CBC - BRAZILIAN CARTTIDGE COMPANY Ammunition CAL:40, valued at $0.10, seized by the ATF on June 07, 2024 from Keishaun Rainey in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018454:** 18 Rounds WINCHESTER-WESTERN Ammunition CAL:45, valued at $1.80, seized by the ATF on June 07, 2024 from Keishaun Rainey in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018455:** 34 Rounds ASSORTED Ammunition CAL:MULTI, valued at $3.40, seized by the ATF on June 07, 2024 from Keishaun Rainey in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018456:** GLOCK GMBH 41 PISTOL CAL:45 SN:BVNW685, valued at $300.00, seized by the ATF on June 07, 2024 from Kevin Witherspoon in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018457:** $5,640.00 U.S. Currency, seized by the ATF on June 07, 2024 from Keishaun Rainey in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018458:** ROMARM/CUGIR MICRO DRACO PISTOL CAL:762 SN:PMD-46129, valued at $300.00, seized by the ATF on June 07, 2024 from Keishaun Rainey in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018462:** 12 Rounds ASSORTED Ammunition CAL:357, valued at $1.20, seized by the ATF on June 07, 2024 from Keishaun Rainey in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018551:** 1283 Rounds ASSORTED Ammunition CAL:MULTI, valued at $128.30, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018558:** 4 Rounds FEDERAL Ammunition CAL:30-06, valued at $0.40, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018559:** 8 Rounds UNKNOWN Ammunition CAL:UNKNOWN, valued at $0.80, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018560:** SAVAGE STEVENS 86D RIFLE CAL:22 SN:Unknown, valued at $425.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018561:** FRANCOLIN INTL. ARMS CO. CITADEL WARTHOG SHOTGUN CAL:12 SN:21WH1194, valued at $250.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018562:** 9 Rounds ASSORTED Ammunition CAL:12, valued at $1.10, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018563:** SMITH & WESSON M&P 45 SHIELD PISTOL CAL:45 SN:JBU5212, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018564:** 6 Rounds FEDERAL Ammunition CAL:45, valued at $0.60, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018565:** SMITH & WESSON SD40VE PISTOL CAL:40 SN:fxc6490, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018566:** 27 Rounds ASSORTED Ammunition CAL:40, valued at $2.70, seized by the ATF on May 24, 2024

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/06/2024

## EASTERN DISTRICT OF MISSOURI
**24-ATF-018566 - (Continued from previous page)**
from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018567:** GLOCK GMBH 23 PISTOL CAL:40 SN:AAc1497, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018569:** 12 Rounds ASSORTED Ammunition CAL:40, valued at $1.20, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018572:** 5 Rounds WINCHESTER-WESTER Ammunition CAL:350, valued at $0.50, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018573:** REMINGTON ARMS COMPANY, INC. 742 RIFLE CAL:03-06 SN:104924, valued at $425.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018591:** 110 Rounds ASSORTED Ammunition CAL:223, valued at $11.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018592:** HARRINGTON AND RICHARDSON TOPPER 88 SHOTGUN CAL:410 SN:AX573455, valued at $250.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018593:** MARLIN FIREARMS CO. 60 RIFLE CAL:22 SN:21471427, valued at $425.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018595:** 6 Rounds FEDERAL Ammunition CAL:38, valued at $0.60, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018596:** ROHM RG38 REVOLVER CAL:38 SN:94218, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018597:** 30 Rounds UNKNOWN Ammunition CAL:UNKNOWN, valued at $3.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018598:** PALMETTO STATE ARMORY PA-15 RIFLE CAL:223 SN:PA205969, valued at $425.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018600:** 20 Rounds WINCHESTER-WESTERN Ammunition CAL:25, valued at $2.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018601:** KELTEC, CNC INDUSTRIES, INC. P32 PISTOL CAL:32 SN:C6661, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018603:** 7 Rounds UNKNOWN Ammunition CAL:32, valued at $0.70, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018604:** 7 Rounds HORNADY Ammunition CAL:44, valued at $0.70, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018605:** HENRY REPEATING RIFLE COMPANY H012 BIG BOY ST RIFLE CAL:44 SN:BBS014557, valued at $425.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018606:** SAVAGE 67F SHOTGUN CAL:12 SN:UNKNOWN, valued at $250.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018607:** MARLIN FIREARMS CO. 882SS RIFLE CAL:22 SN:06489048, valued at $425.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018608:** 4 Rounds REMINGTON Ammunition CAL:12, valued at $0.40, seized by the ATF on May 24, 2024

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/06/2024**

**EASTERN DISTRICT OF MISSOURI**

**24-ATF-018608 - (Continued from previous page)**
from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018610:** 27 Rounds UNKNOWN Ammunition CAL:556, valued at $2.70, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018611:** FIE E27 PISTOL CAL:25 SN:ED88021, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018612:** 7 Rounds WINCHESTER-WESTERN Ammunition CAL:25, valued at $0.70, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018613:** SMITH & WESSON M&P 9 PISTOL CAL:9 SN:MPP2483, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018614:** 52 Rounds ASSORTED Ammunition CAL:9, valued at $5.20, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018615:** 13 Rounds ASSORTED Ammunition CAL:9, valued at $1.30, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018616:** TAURUS G2C PISTOL CAL:9 SN:tly36420, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018618:** 6 Rounds FEDERAL Ammunition CAL:38, valued at $0.60, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018619:** ROHM RG38 REVOLVER CAL:38 SN:FF286203, valued at $300.00, seized by the ATF on May 24, 2024 from Gordon Lee Jr. Smith in Caledonia, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018824:** 3 Rounds WINCHESTER-WESTERN Ammunition CAL:38, valued at $0.30, seized by the ATF on June 06, 2024 from Davante COFFIE in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018825:** 9 Rounds ASSORTED Ammunition CAL:10, valued at $0.90, seized by the ATF on June 06, 2024 from Davante COFFIE in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018826:** 1 Rounds WINCHESTER-WESTERN Ammunition CAL:38, valued at $0.10, seized by the ATF on June 06, 2024 from Davante COFFIE in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018827:** 5 Rounds HORNADY Ammunition CAL:9, valued at $0.50, seized by the ATF on June 06, 2024 from Davante COFFIE in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018828:** GLOCK INC. 20 PISTOL CAL:10 SN:UWM702, valued at $300.00, seized by the ATF on June 06, 2024 from Davante COFFIE in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019447:** TAURUS 65 REVOLVER CAL:38 SN:EM354876, valued at $300.00, seized by the ATF on May 14, 2024 from Ciara BOWLING in Pevely, MO for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019448:** 2 Rounds ASSORTED Ammunition CAL:9, valued at $0.20, seized by the ATF on May 14, 2024 from Ciara BOWLING in Pevely, MO for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019450:** 7 Rounds ASSORTED Ammunition CAL:9, valued at $0.70, seized by the ATF on May 14, 2024 from Ciara BOWLING in Pevely, MO for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019451:** TAURUS INTERNATIONAL G2C PISTOL CAL:9 SN:TMR85806, valued at $300.00, seized by the ATF on May 14, 2024 from Ciara BOWLING in Pevely, MO for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019452:** 1 Rounds SPEER Ammunition CAL:40, valued at $0.10, seized by the ATF on May 14, 2024 from Ciara BOWLING in Pevely, MO for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019453:** 3 Rounds ASSORTED Ammunition CAL:9, valued at $0.30, seized by the ATF on May 14, 2024 from Ciara BOWLING in Pevely, MO for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019454:** 108 Rounds ASSORTED Ammunition CAL:MULTI, valued at $10.80, seized by the ATF on May 14, 2024 from Ciara BOWLING in Pevely, MO for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/06/2024

## NORTHERN DISTRICT OF MISSISSIPPI
**24-ATF-018688:** LANDOR ARMS CORPORATION (LANDOR SILAH SANAYI) BPX902 GEN3 Shotgun CAL:12 SN:BPX01457, valued at $250.00, seized by the ATF on May 10, 2024 from Lance M Smith in Tupelo, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).

## SOUTHERN DISTRICT OF MISSISSIPPI
**24-ATF-018471:** HARRINGTON AND RICHARDSON TOPPER 58 Shotgun CAL:12 SN:AM206923, valued at $250.00, seized by the ATF on June 18, 2024 from David Scott IV Love in Gulfport, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018472:** 1 Rounds REMINGTON Ammunition CAL:12, valued at $0.10, seized by the ATF on June 18, 2024 from David Scott IV Love in Gulfport, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF MONTANA
**22-ATF-043003:** 13 Rounds Assorted Ammunition CAL:40, valued at $1.30, seized by the ATF on July 20, 2022 from Timothy LUCAS in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018097:** F.N (FN HERSTAL) FIVE-SEVEN MK2 PISTOL CAL:57 SN:386229271, valued at $300.00, seized by the ATF on June 03, 2024 from Kristofer Mikal WRIGHT in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018165:** ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM M116 KVIV Rifle CAL:22 SN:A283637, valued at $425.00, seized by the ATF on June 03, 2024 from Kristofer Mikal WRIGHT in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018192:** 25 Rounds assorted Ammunition CAL:57, Serial No. Unknown, valued at $2.50, seized by the ATF on June 03, 2024 from Kristofer Mikal WRIGHT in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018747:** 8 Rounds Unknown Ammunition CAL:9, valued at $0.80, seized by the ATF on June 10, 2024 from Briana Noel MOORE in Black Eagle, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018751:** SMITH & WESSON M&P 9 Shield M2 Pistol CAL:9 SN:LFP9947, valued at $300.00, seized by the ATF on June 10, 2024 from Briana Noel MOORE in Black Eagle, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018843:** 5 Rounds Assorted Ammunition CAL:9, valued at $0.50, seized by the ATF on May 01, 2024 from Patrick BRODERICK in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).

## MIDDLE DISTRICT OF NORTH CAROLINA
**24-ATF-018385:** ROMARM/CUGIR MINI DRACO PISTOL CAL:762 SN:pe-1374-2018 ro, valued at $300.00, seized by the ATF on May 08, 2024 from Michael Ameen Payne in High Point, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018386:** 5 Rounds Assorted Ammunition CAL:7.62, valued at $0.50, seized by the ATF on May 08, 2024 from Michael Ameen Payne in High Point, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/06/2024**

**DISTRICT OF NORTH DAKOTA**
**24-ATF-019337:** 297 Rounds ASSORTED Ammunition CAL:Assorted, valued at $29.70, seized by the ATF on May 14, 2024 from Austin Fredrick BOLLINGBERG in West Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019353:** BROWNING MAXUS Shotgun CAL:12 SN:115ZY03596, valued at $250.00, seized by the ATF on May 14, 2024 from Austin Fredrick BOLLINGBERG in West Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019355:** SAVAGE A22 Rifle CAL:22 SN:4342008, valued at $425.00, seized by the ATF on May 14, 2024 from Austin Fredrick BOLLINGBERG in West Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019358:** SAVAGE MSR-10 Rifle CAL:Multi SN:07-000285, valued at $425.00, seized by the ATF on May 14, 2024 from Austin Fredrick BOLLINGBERG in West Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019361:** RUGER PC CHARGER Pistol CAL:9 SN:913-44959, valued at $300.00, seized by the ATF on May 14, 2024 from Austin Fredrick BOLLINGBERG in West Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019369:** SMITH & WESSON M&P 9 Pistol CAL:9 SN:HPK9974, valued at $300.00, seized by the ATF on May 14, 2024 from Austin Fredrick BOLLINGBERG in West Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**WESTERN DISTRICT OF NEW YORK**
**24-ATF-018152:** Browning Citori Special Steel 12 shotgun SN: 91228-58, valued at $500.00, seized by the ATF on May 15, 2024 from Jesse C/O Lindsey Pieper Esq. Eatmon in Rochester, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018154:** 4 Rounds Assorted Ammunition CAL:12, Serial No. Unknown, valued at $0.40, seized by the ATF on May 15, 2024 from Jesse C/O Lindsey Pieper Esq. Eatmon in Rochester, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018155:** 13 Rounds Assorted Ammunition CAL:Multi, Serial No. Unknown, valued at $1.30, seized by the ATF on May 15, 2024 from Jesse C/O Lindsey Pieper Esq. Eatmon in Rochester, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/06/2024

## NORTHERN DISTRICT OF OHIO

**24-ATF-008883:** $3,540.00 U.S. Currency, seized by the ATF on February 21, 2024 from Raffael Thomas in Massilon, OH for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-008967:** 21 Rounds Assorted Ammunition CAL:40, valued at $2.10, seized by the ATF on February 21, 2024 from Raffael Thomas in Massilon, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008974:** 2 Rounds Federal Ammunition CAL:40, valued at $0.20, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008975:** Iver Johnson Unknown Type Shotgun CAL:Unknown SN:None, valued at $1.00, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008976:** 17 Rounds FN (FNH) Ammunition CAL:57, valued at $1.70, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008977:** 17 Rounds Assorted Ammunition CAL:380, valued at $1.70, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008979:** Glock Inc. Unknown Type Pistol CAL:Unknown SN:RWV686, valued at $100.00, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008981:** 7 Rounds Assorted Ammunition CAL:10, valued at $0.70, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008982:** Taurus International G2C Pistol CAL:9 SN:ACA447489, valued at $200.00, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008984:** 11 Rounds Assorted Ammunition CAL:9, valued at $1.10, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008985:** Glock Inc. 19 Pistol CAL:9 SN:BCAW469, valued at $200.00, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008986:** 14 Rounds Assorted Ammunition CAL:9, valued at $1.40, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008990:** Unknown Manufacturer Unknown Type Sawed Off Rifle/Shotgun (Short Barrel) CAL:Unknown SN:None, valued at $1.00, seized by the ATF on February 21, 2024 from Raffael Thomas in Barbeton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008993:** 6 Rounds Assorted Ammunition CAL:Unknown, valued at $0.60, seized by the ATF on February 21, 2024 from Raffael Thomas in Barbeton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008994:** 15 Rounds Assorted Ammunition CAL:223, valued at $1.50, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-008999:** 1 Round Other Ammunition CAL:223, valued at $0.10, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-009000:** 13 Rounds Assorted Ammunition CAL:12, valued at $1.30, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-009001:** 50 Rounds Assorted Ammunition CAL:9, valued at $5.00, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-009002:** 6 Rounds Winchester-Western Ammunition CAL:12, valued at $0.60, seized by the ATF on February 21, 2024 from Raffael Thomas in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/06/2024**

## EASTERN DISTRICT OF PENNSYLVANIA

**24-ATF-018735:** 7 Rounds Winchester-Western Ammunition CAL:9, valued at $0.70, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018740:** Glock Inc. 21 Pistol CAL:45 SN:BBST905, valued at $500.00, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018741:** 14 Rounds Assorted Ammunition CAL:45, valued at $1.40, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018748:** Glock GMBH 23 Pistol CAL:40 SN:WPZ802, valued at $500.00, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018749:** 14 Rounds Hornady Ammunition CAL:40, valued at $1.40, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018750:** Taurus G2S Pistol CAL:9 SN:TMC04823, valued at $250.00, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018752:** 8 Rounds Unknown Ammunition CAL:9, valued at $0.80, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018753:** Taurus International 66 Revolver CAL:38 SN:KF449540, valued at $475.00, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018754:** 6 Rounds CCI Ammunition CAL:38, valued at $0.60, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018755:** SARSILMAZ (SAR Arms) SAR 9 Pistol CAL:9 SN:T7702-21BV64034, valued at $400.00, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018756:** Sig Sauer P320 Pistol CAL:9 SN:58C367141, valued at $500.00, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018757:** 16 Rounds Assorted Ammunition CAL:9, valued at $1.60, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018758:** Glock Inc. 17Gen4 Pistol CAL:9 SN:WGP364, valued at $500.00, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018759:** 17 Rounds Unknown Ammunition CAL:9, valued at $1.70, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018760:** Taurus International PT738 Pistol CAL:380 SN:98922D, valued at $200.00, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018761:** 6 Rounds Hornady Ammunition CAL:380, valued at $0.60, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018762:** Ruger AR-556 Rifle CAL:556 SN:852-73918, valued at $800.00, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018763:** Smith & Wesson M&P 15-22 Rifle CAL:22 SN:JAJ7568, valued at $500.00, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018764:** Radical Firearms, LLC RF-15 Rifle CAL:Multi SN:EPG168V2, valued at $500.00, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018765:** 18 Rounds Assorted Ammunition CAL:Multi, valued at $1.80, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018766:** 213 Rounds Assorted Ammunition CAL:Multi, valued at $21.30, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018767:** 477 Rounds Assorted Ammunition CAL:Multi, valued at $47.70, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018768:** 289 Rounds Assorted Ammunition CAL:Multi, valued at $28.90, seized by the ATF on June 06,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/06/2024

### EASTERN DISTRICT OF PENNSYLVANIA
**24-ATF-018768 - (Continued from previous page)**
2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018769:** SCCY Industries, LLC CPX-1 Pistol CAL:9 SN:C257605, valued at $230.00, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018774:** 6 Rounds Unknown Ammunition CAL:9, valued at $0.60, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018775:** 14 Rounds Sierra Ammunition CAL:9, valued at $1.40, seized by the ATF on June 06, 2024 from Noel ARCE in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018776:** 1 Rounds Smith & Wesson Ammunition CAL:40, valued at $0.10, seized by the ATF on June 06, 2024 from Alexander ROMAN-DELGADO in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019280:** Glock 19 Pistol CAL:9 SN:BTNW842, valued at $250.00, seized by the ATF on May 10, 2024 from Rishaan WILSON in Elkins Park, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019287:** 15 Rounds Fiocchi Ammunition CAL:9, valued at $1.50, seized by the ATF on May 10, 2024 from Rishaan WILSON in Elkins Park, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF PUERTO RICO
**24-ATF-019483:** $28,425.00 U.S. Currency, seized by the ATF on May 08, 2024 from Erick Rafael Torres-Benitez in Aibonito, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF SOUTH CAROLINA
**24-ATF-018380:** HS PRODUKT (IM METAL) XD40 Pistol CAL:40 SN:XD506506, valued at $300.00, seized by the ATF on May 23, 2024 from Ken Eckard SANTIAGO LOPEZ in Ladson, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018381:** GLOCK INC. 21 Pistol CAL:45 SN:UPA785, valued at $300.00, seized by the ATF on May 23, 2024 from Ken Eckard SANTIAGO LOPEZ in Ladson, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018382:** 12 Rounds SMITH & WESSON Ammunition CAL:40, valued at $1.20, seized by the ATF on May 23, 2024 from Ken Eckard SANTIAGO LOPEZ in Ladson, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018383:** 14 Rounds Unknown Ammunition CAL:45, valued at $1.40, seized by the ATF on May 23, 2024 from Ken Eckard SANTIAGO LOPEZ in Ladson, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018384:** 1 Rounds Unknown Ammunition CAL:45, valued at $0.10, seized by the ATF on May 23, 2024 from Ken Eckard SANTIAGO LOPEZ in Ladson, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/06/2024**

**EASTERN DISTRICT OF TENNESSEE**

**23-ATF-030148:** Smith & Wesson M&P Bodyguard 380 Pistol CAL:380 SN:EAM7194, valued at $100.00, seized by the ATF on October 16, 2022 from Ronald Gravitt in Apison, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018443:** TAURUS INTERNATIONAL G3 Pistol CAL:9 SN:ABA253916, valued at $300.00, seized by the ATF on June 11, 2024 from Darwick Lavon Jr. Phillips in Oak Ridge, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018444:** 9 Rounds Assorted Ammunition CAL:9, valued at $0.90, seized by the ATF on June 11, 2024 from Darwick Lavon Jr. Phillips in Oak Ridge, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018446:** RUGER Security-9 Pistol CAL:9 SN:383-62195, valued at $300.00, seized by the ATF on June 11, 2024 from Darwick Lavon Jr. Phillips in Oak Ridge, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018448:** 10 Rounds Winchester-Western Ammunition CAL:9, valued at $1.00, seized by the ATF on June 11, 2024 from Darwick Lavon Jr. Phillips in Oak Ridge, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018712:** Glock Inc. 22 Pistol CAL:40 SN:FFX638, valued at $200.00, seized by the ATF on June 13, 2024 from Brandon Varnell in Chattanooga, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018717:** 9 Rounds Smith & Wesson Ammunition CAL:40, valued at $0.90, seized by the ATF on June 13, 2024 from Brandon Varnell in Chattanooga, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018720:** Taurus G2C Pistol CAL:9 SN:TMC94565, valued at $1.00, seized by the ATF on June 14, 2024 from Antraniece Boykin in Chattanooga, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018722:** 5 Rounds Ammo Inc. Ammunition CAL:9, valued at $0.50, seized by the ATF on June 14, 2024 from Antraniece Boykin in Chattanooga, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/06/2024**

**EASTERN DISTRICT OF TEXAS**

**24-ATF-018526:** BERETTA, PIETRO S.P.A PX4 STORM PISTOL CAL:40 SN:PY09879, valued at $700.00, seized by the ATF on May 23, 2024 from Timothy BROOKS in Texarkana, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018528:** 15 Rounds WINCHESTER-WESTERN Ammunition CAL:40, Serial No. Null, valued at $1.50, seized by the ATF on May 23, 2024 from Timothy BROOKS in Texarkana, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019204:** 25 Rounds Assorted Ammunition CAL:762, Serial No. NULL, valued at $2.50, seized by the ATF on May 22, 2024 from Gabriel ORTIZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019220:** 22 Rounds ASSORTED Ammunition CAL:9, Serial No. NULL, valued at $2.20, seized by the ATF on May 22, 2024 from Gabriel ORTIZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019234:** 20 Rounds FN (FNH) Ammunition CAL:57, Serial No. NULL, valued at $2.00, seized by the ATF on May 22, 2024 from Gabriel ORTIZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019235:** 10 Rounds ASSORTED Ammunition CAL:9, Serial No. NULL, valued at $1.00, seized by the ATF on May 22, 2024 from Dulio DE-LA-O in Irving, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019236:** TAURUS INTERNATIONAL G2C PISTOL CAL:9 SN:ACL478883, valued at $300.00, seized by the ATF on May 22, 2024 from Desiree BARRERA in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019240:** TAURUS  856 REVOLVER CAL:38 SN:ACM695845, valued at $300.00, seized by the ATF on May 22, 2024 from Desiree BARRERA in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019248:** CENTURY ARMS INTERNATIONAL  RAS47 PISTOL CAL:762 SN:RAS47035783, valued at $300.00, seized by the ATF on May 22, 2024 from Desiree BARRERA in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019250:** 25 Rounds UNKNOWN Ammunition CAL:762, Serial No. NULL, valued at $2.50, seized by the ATF on May 22, 2024 from Desiree BARRERA in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019251:** PALMETTO STATE ARMORY PA-15 PISTOL CAL:MULTI SN:HP034713, valued at $300.00, seized by the ATF on May 22, 2024 from Desiree BARRERA in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019252:** SAVAGE A17 RIFLE CAL:17 SN:K887717, valued at $425.00, seized by the ATF on May 22, 2024 from Desiree BARRERA in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019254:** KIMBER CUSTOM TARGET PISTOL CAL:45 SN:K015161, valued at $300.00, seized by the ATF on May 22, 2024 from Roberto GARCIA in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019255:** 5 Rounds ASSORTED Ammunition CAL:45, Serial No. NULL, valued at $0.50, seized by the ATF on May 22, 2024 from Roberto GARCIA in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/06/2024**

## NORTHERN DISTRICT OF TEXAS

**24-ATF-018711:** MARLIN FIREARMS CO 6060 RIFLE CAL:22 SN:0K013662, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018713:** KELTEC, CNC INDUSTRIES, INC P11 PISTOL CAL:9 SN:AA6E81, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018715:** HIGH STANDARD SENTINEL REVOLVER CAL:22 SN:881865, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018716:** ARMI F.LLI POLI UNKNOWN HANDGUN CAL:UNKNOWN SN:43032, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018719:** FMJ (FULL METAL JACKET) UNKNOWN PISTOL CAL:UNKNOWN SN:A00055720, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018721:** LORCIN ENGINEERING L380 PISTOL CAL:380 SN:339268, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018724:** UNKNOWN MANUFACTURER UNKNOWN  PISTOL CAL:UNKNOWN SN:AH3764, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018725:** UNKNOWN  UNKNOWN  REVOLVER CAL:UNKNOWN SN:441249, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018726:** RG INDUSTRIES UNKNOWN PISTOL CAL:UNKNOWN SN:Z146150, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018727:** RG INDUSTRIES UNKNOWN PISTOL CAL:UNKNOWN SN:T562435, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018728:** UNKNOWN MANUFACTURER UNKNOWN RIFLE CAL:UNKNOWN SN:A-81538, valued at $150.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018729:** REMINGTON ARMS COMPANY, INC., 41 RIFLE CAL:22 SN:None, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018730:** REMINGTON ARMS COMPANY, INC 41 RIFLE CAL:41 SN:None, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018731:** REMINGTON ARMS COMPANY, INC 514 RIFLE CAL:22 SN:None, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018732:** REMINGTON ARMS COMPANY, INC 41 RIFLE CAL:22 SN:None, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018733:** REMINGTON ARMS COMPANY, INC 597 RIFLE CAL:22 SN:A2689324, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018734:** REMINGTON ARMS COMPANY, INC 597 RIFLE CAL:22 SN:2977746M, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018736:** MARLIN FIREARMS CO 6060 RIFLE CAL:22 SN:24460285, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018737:** UNKNOWN MANUFACTURER UNKNOWN MANUFAC RIFLE CAL:UNKNOWN MA SN:None, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018739:** MOSSBERG 151M RIFLE CAL:22 SN:None, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018742:** REMINGTON ARMS COMPANY, INC., UNKNOWN SHOTGUN CAL:UNKNOWN SN:50010L,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/06/2024**

**NORTHERN DISTRICT OF TEXAS**

**24-ATF-018742 - (Continued from previous page)**
valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018743:** SAVAGE 67F SHOTGUN CAL:410 SN:None, valued at $350.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018744:** UNKNOWN MANUFACTURER UNKNOWN  RIFLE CAL:UNKNOWN SN:None, valued at $120.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018745:** UNKNOWN MANUFACTURER UNKNOWN RIFLE CAL:UNKNOWN SN:None, valued at $120.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018746:** UNKNOWN MANUFACTURER UNKNOWN  RIFLE CAL:UNKNOWN SN:None, valued at $120.00, seized by the ATF on June 07, 2024 from JW BAIN in Bells, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018778:** ROMARM/CUGIR DRACO PISTOL CAL:762 SN:23PH-2389, valued at $300.00, seized by the ATF on June 14, 2024 from Isaiah Angel RIOJAS in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018781:** RUGER RUGER-57 PISTOL CAL:57 SN:641-69728, valued at $300.00, seized by the ATF on June 14, 2024 from Isaiah Angel RIOJAS in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018782:** GLOCK GMBH 23GEN5 PISTOL CAL:40 SN:BTSL952, valued at $300.00, seized by the ATF on June 14, 2024 from Isaiah Angel RIOJAS in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018785:** 235 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. NULL, valued at $23.50, seized by the ATF on June 14, 2024 from Isaiah Angel RIOJAS in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018848:** KELTEC CNC Industries INC. Sub-2000 RIFLE CAL:9 SN:EX576, valued at $5.00, seized by the ATF on May 09, 2024 from JMARQUIS NORMAN in Arlington, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018850:** Taurus G3C PISTOL CAL:9 SN:1KA12859, valued at $5.00, seized by the ATF on May 09, 2024 from JMARQUIS NORMAN in Arlington, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018851:** Taurus G2c PISTOL CAL:9 SN:ACA489344, valued at $5.00, seized by the ATF on May 09, 2024 from JMARQUIS NORMAN in Arlington, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018852:** 12 Rounds Assorted Ammunition CAL:9, valued at $1.20, seized by the ATF on May 09, 2024 from JMARQUIS NORMAN in Arlington, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018854:** HS PRODUKT (IN METAL) Hellcat PISTOL CAL:9 SN:BB381455, valued at $5.00, seized by the ATF on May 09, 2024 from JMARQUIS NORMAN in Arlington, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018858:** Machine SWITCH Device  unknown MACHINE GUN CAL:unknown, Serial No. Unknown, valued at $5.00, seized by the ATF on June 14, 2024 from Isaiah Angel RIOJAS in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018859:** GLOCK INC 19X PISTOL CAL:9 SN:AFLW494, valued at $5.00, seized by the ATF on June 14, 2024 from Isaiah Angel RIOJAS in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019449:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7058279, valued at $425.00, seized by the ATF on May 07, 2024 from Mario Jonathan Jr ORTIZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019455:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7058284, valued at $425.00, seized by the ATF on May 07, 2024 from Mario Jonathan Jr ORTIZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019459:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7058345, valued at $425.00, seized by the ATF on May 09, 2024 from Giovanni Benitez in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019461:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7058506, valued at $425.00,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/06/2024**

### NORTHERN DISTRICT OF TEXAS
**24-ATF-019461 - (Continued from previous page)**
seized by the ATF on May 09, 2024 from Giovanni Benitez in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019463:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7058346, valued at $425.00, seized by the ATF on May 09, 2024 from Giovanni Benitez in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

### WESTERN DISTRICT OF TEXAS
**24-ATF-017504:** GLOCK INC 43 PISTOL CAL:9 SN:AFFN899, valued at $400.00, seized by the ATF on May 20, 2024 from Jesse GARAY in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF VIRGINIA
**24-ATF-017453:** SIG SAUER (SIG-ARMS) P320 Pistol CAL:40 SN:58C369516, valued at $300.00, seized by the ATF on May 13, 2024 from Stanley Joseph DESMARAT in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-017460:** 9 Rounds FEDERAL Ammunition CAL:40, Serial No. Unknown, valued at $0.90, seized by the ATF on May 13, 2024 from Stanley Joseph DESMARAT in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-017461:** TAURUS 85 Revolver CAL:38 SN:IP99586, valued at $300.00, seized by the ATF on May 13, 2024 from Stanley Joseph DESMARAT in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-017463:** HECKLER & KOCH INC HK45 Pistol CAL:45 SN:hku-049630, valued at $300.00, seized by the ATF on May 13, 2024 from Stanley Joseph DESMARAT in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-017464:** 9 Rounds ASSORTED Ammunition CAL:45, Serial No. Unknown, valued at $0.90, seized by the ATF on May 13, 2024 from Stanley Joseph DESMARAT in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON JULY 31, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/06/2024**

**SOUTHERN DISTRICT OF WEST VIRGINIA**

**24-ATF-018235:** GLOCK INC. 19GEN5 PISTOL CAL:9 SN:BZKK684, valued at $300.00, seized by the ATF on June 18, 2024 from Timothy Ryan WOLFE in Huntington, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018238:** 14 Rounds FEDERAL Ammunition CAL:9, valued at $1.40, seized by the ATF on June 18, 2024 from Timothy Ryan WOLFE in Huntington, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018239:** SCT MANUFACTURING, LLC SCT 19 PISTOL CAL:9 SN:AAA0006413, valued at $300.00, seized by the ATF on June 18, 2024 from Timothy Ryan WOLFE in Huntington, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018241:** 14 Rounds ASSORTED Ammunition CAL:9, valued at $1.40, seized by the ATF on June 18, 2024 from Timothy Ryan WOLFE in Huntington, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018243:** 1 Rounds PALMETTO STATE ARMORY Ammunition CAL:MULTI, Serial No. SCD797771, valued at $425.00, seized by the ATF on June 18, 2024 from Timothy Ryan WOLFE in Huntington, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018252:** 30 Rounds ASSORTED Ammunition CAL:556, valued at $3.00, seized by the ATF on June 18, 2024 from Timothy Ryan WOLFE in Huntington, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018254:** SPIKE'S TACTICAL LLC ST15 CRUSADER RIFLE CAL:556 SN:DV016602, valued at $425.00, seized by the ATF on June 18, 2024 from Timothy Ryan WOLFE in Huntington, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018256:** 30 Rounds LC (LAKE CITY) Ammunition CAL:556, valued at $3.00, seized by the ATF on June 18, 2024 from Timothy Ryan WOLFE in Huntington, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

## OFFICIAL NOTIFICATION
## POSTED ON
## AUGUST 07, 2024

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation**: The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture. You may file both a claim and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court. Petitions do not require a cost bond to be submitted and therefore can be filed online. The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing. This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim**: You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 20 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply. A claim must be in writing, describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746. The claim of ownership must be accompanied by a cost bond in the amount of $5,000 or ten percent (10%) of the value of the claimed property, whichever is lower, but not less than $250. If you are unable to post a cost bond, you may request that ATF waive the cost bond requirement by submitting an In Forma Pauperis Cost Bond Waiver Petition to ATF Forfeiture Counsel. The cost bond must be in the form of a cashier's check or money order. No personal checks will be accepted. *See* 19 U.S.C. Section 1608. Due to the cost bond requirement, these claims cannot be filed online. A claim need not be made in any particular form, but a claim form is available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. Section 983(a)(2)(D). Claims must be sent to the ATF pursuant to the instructions shown in this notice.

Submit all documents to the Bureau of Alcohol, Tobacco, Firearms and Explosives, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE, AFSPD Room (3.E.454), Washington, DC 20226.

## LAST DATE TO FILE CLAIM: 09/24/2024
## LAST DATE TO FILE PETITION: 10/04/2024

## DISTRICT OF ARIZONA
**24-ATF-020941:** Unknown Unknown Pyrotechnics TWO BAGGIES OF SUSPECTED FLASH POWDER TAKEN FROM UNDER COMPUTER DESK IN ROOM A. ONE BAGGIE APPROXIMATELY 98g AND SECOND BAGGIE APPROXIMATELY 82g., valued at $1.00, seized by the ATF on July 11, 2024 from Matthew Edward Dach in Kingman, AZ for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020946:** Unknown Unknown Pyrotechnics 6 PILL BOTTLES CONTAINING SUSPECTED FLASH POWDER TAKEN FROM PYROBUILD.COM BOX THAT WAS ON BED IN ROOM A, valued at $1.00, seized by the ATF on July 11, 2024 from Matthew Edward Dach in Kingman, AZ for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020947:** Unknown Unknown Bomb Making Material/Components BAG OF SKYLIGHTER RED GUM (FUEL) TAKEN FROM UNDER COMPUTER DESK IN ROOM A., valued at $1.00, seized by the ATF on July 11, 2024 from Matthew Edward Dach in Kingman, AZ for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020950:** Unknown Unknown Bomb Making Materials/ Components BAGS OF FUELS USED TO MAKE EXPLOSIVES. METALS TAKEN FROM ORANGE BAG THAT WAS ON THE FLOOR IN ROOM A., valued at $1.00, seized by the ATF on July 11, 2024 from Matthew Edward Dach in Kingman, AZ for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020952:** Unknown Unknown Bomb Making Material/ Components BAG OF PYROTECHNIC FUSE, M DEVICE BODIES AND JIGS TAKEN FROM ORANGE BAG ON FLOOR OF ROOM A., valued at $1.00, seized by the ATF on July 11, 2024 from Matthew Edward Dach in Kingman, AZ for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020958:** Unknown Unknown Bomb Making Material/Components BAG OF POTASSIUM CHLORATE

**(Continued on next page)**
[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

109

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/24/2024**
**LAST DATE TO FILE PETITION:  10/04/2024**

### DISTRICT OF ARIZONA
**24-ATF-020958 - (Continued from previous page)**
(OXIDIZER) TAKEN FROM ORANGE BAG ON FLOOR OF ROOM A, valued at $1.00, seized by the ATF on July 11, 2024 from Matthew Edward Dach in Kingman, AZ for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020961:** Unknown Unknown Bomb Making Material/Components .; BAG OF SUSPECTED MIXING EQUIPMENT USED TO MAKE EXPLOSIVES. CONTAINS SUSPECTED EXPLOSIVE RESIDUE. TAKEN FROM ORANGE BAG ON FLOOR OF ROOM A., valued at $1.00, seized by the ATF on July 11, 2024 from Matthew Edward Dach in Kingman, AZ for forfeiture pursuant to 26 U.S.C. Section 5872.

### CENTRAL DISTRICT OF CALIFORNIA
**24-ATF-020976:** SPIKE'S TACTICAL LLC ST15 Rifle CAL:Multi SN:CCR2654, valued at $1,500.00, seized by the ATF on July 02, 2024 from Joel Clay in Seaside, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020977:** SPIKE'S TACTICAL LLC ST15 Rifle CAL:Multi SN:CCR2899, valued at $1,500.00, seized by the ATF on July 02, 2024 from Joel Clay in Seaside, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020978:** GLOCK INC. 34 PISTOL CAL:9 SN:AGAU194, valued at $600.00, seized by the ATF on July 02, 2024 from Joel Clay in Seaside, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020979:** UNKNOWN MANUFACTURER Unknown Silencer CAL:9 SN:None, valued at $100.00, seized by the ATF on July 02, 2024 from Joel Clay in Seaside, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020980:** UNKNOWN MANUFACTURER Unknown Silencer CAL:22 SN:None, valued at $100.00, seized by the ATF on July 02, 2024 from Joel Clay in Seaside, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020982:** HUNTERTOWN ARMS KESTREL Silencer CAL:.308 SN:K3789, valued at $1,000.00, seized by the ATF on July 02, 2024 from Joel Clay in Seaside, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020983:** AWC SYSTEMS TECHNOLOGY TITANIUM ABRAXAS Silencer CAL:9 SN:100722, valued at $500.00, seized by the ATF on July 02, 2024 from Joel Clay in Seaside, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020984:** SWR WARLOCK Silencer CAL:22 SN:WS2-1470, valued at $500.00, seized by the ATF on July 02, 2024 from Joel Clay in Seaside, CA for forfeiture pursuant to 26 U.S.C. Section 5872.

### DISTRICT OF COLORADO
**24-ATF-021091:** MAVERICK ARMS (EAGLE PASS, TX) 88 SHOTGUN CAL:12 SN:MV10173B, valued at $250.00, seized by the ATF on June 06, 2024 from Darci JACKSON in GREELEY, CO for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/24/2024**
**LAST DATE TO FILE PETITION: 10/04/2024**

## MIDDLE DISTRICT OF FLORIDA
**24-ATF-018651:** DESTRUCTIVE DEVICE UNKNOWN PIPE WITH FUZE SN:NONE, valued at $425.00, seized by the ATF on January 02, 2024 from Matthew Reid DAVISSON in JACKSONVILLE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018652:** HOMEMADE UNKNOWN EXPLOSIVE POWDER SAMPLE A FROM ITEM# 86 SN:NONE, valued at $425.00, seized by the ATF on January 02, 2024 from Matthew Reid DAVISSON in JACKSONVILLE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018653:** HOMEMADE UNKNOWN EXPLOSIVE SN:NONE Homemade Explosive powder Sample B from item # 86, valued at $425.00, seized by the ATF on January 02, 2024 from Matthew Reid DAVISSON in JACKSONVILLE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-018654:** HOMEMADE UNKNOWN EXPLOSIVE SN:NONE explosive powder Sample C from item # 86, valued at $425.00, seized by the ATF on January 02, 2024 from Matthew Reid DAVISSON in JACKSONVILLE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019581:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on February 01, 2024 from Gregory Lee BURBAGE in BELLE ISLE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019585:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on February 01, 2024 from Gregory Lee BURBAGE in BELLE ISLE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019587:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on February 01, 2024 from Gregory Lee BURBAGE in BELLE ISLE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019589:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on February 01, 2024 from Gregory Lee BURBAGE in BELLE ISLE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019590:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on February 01, 2024 from Gregory Lee BURBAGE in BELLE ISLE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF GEORGIA
**24-ATF-019857:** Unknown Manufacturer p80 Machinegun CAL:9 SN:None, valued at $425.00, seized by the ATF on January 06, 2024 from Willie Dunbar in Glenwood, GA for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF KANSAS
**24-ATF-019965:** Glock 17, 9mm caliber pistol, S/N: YGS077 with Blue Glock Machinegun sear/switch attached. WPD ID Number 024020058, valued at $425.00, seized by the Wichita Police Department on July 04, 2024 from John Stewart in Wichita, KS, and adopted by the ATF for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019966:** 17 assorted 9mm cartridges were removed from Asset 1 (Glock Pistol) after it was handed over to the ATF. WPD ID Number P240058, valued at $1.70, seized by the Wichita Police Department on July 04, 2024 from John Stewart in Wichita, KS, and adopted by the ATF for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/24/2024**
**LAST DATE TO FILE PETITION:  10/04/2024**

### WESTERN DISTRICT OF KENTUCKY
**24-ATF-020483:** ANDERSON MANUFACTURING AM-15 RIFLE CAL:MULTI SN:20145042, valued at $425.00, seized by the ATF on July 02, 2024 from Joel Reid GOFF in Westport, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020484:** UNKNOWN UNKNOWN PISTOL CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on July 02, 2024 from Joel Reid GOFF in Westport, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020485:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on July 02, 2024 from Joel Reid GOFF in Westport, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020486:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on July 02, 2024 from Joel Reid GOFF in Westport, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020487:** ANDERSON MANUFACTURING AM-15 RIFLE CAL:MULTI SN:20291576, valued at $425.00, seized by the ATF on July 02, 2024 from Joel Reid GOFF in Westport, KY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020492:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on July 10, 2024 from Mark W. WILSON in Russell Springs, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

### MIDDLE DISTRICT OF LOUISIANA
**24-ATF-020529:** Unknown Unknown Machine gun CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on May 21, 2024 from FNU LNU in Baton Rouge, LA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020530:** Unknown Unknown Machine gun CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on May 21, 2024 from FNU LNU in Baton Rouge, LA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020535:** Unknown Unknown Machine gun CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on June 05, 2024 from Lakeith K Jr. Mitchell in Baton Rouge, LA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020537:** Unknown Unknown Machine gun CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on June 05, 2024 from Lakeith K Jr. Mitchell in Baton Rouge, LA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020539:** Unknown Unknown Machine gun CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on June 05, 2024 from Lakeith K Jr. Mitchell in Baton Rouge, LA for forfeiture pursuant to 26 U.S.C. Section 5872.

### EASTERN DISTRICT OF MICHIGAN
**24-ATF-021130:** Machinegun Conversion Device Machine Gun (Glock Switch)CAL:Unknown SN:Unknown, valued at $150.00, seized by the ATF on June 04, 2024 from Jeri Sayan in Wayne, MI for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-021135:** Machinegun Conversion Device (Glock Switch) CAL:Unknown SN:Unknown, valued at $150.00, seized by the ATF on June 04, 2024 from Jeri Sayan in Wayne, MI for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/24/2024**
**LAST DATE TO FILE PETITION:  10/04/2024**

## EASTERN DISTRICT OF MISSOURI
**24-ATF-019462:** AWC Optima SILENCER CAL:556 SN:A-604, valued at $300.00, seized by the ATF on June 05, 2024 from Bradley Boucher in Pacific, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019464:** Thompson Center Arms Super 14 SILENCER CAL:22 SN:ASW001, valued at $300.00, seized by the ATF on June 05, 2024 from Bradley Boucher in Pacific, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019466:** DPMS Panther Arms A-15 SHORT BARRELED RIFLE  CAL:762 SN:F169770K, valued at $400.00, seized by the ATF on June 05, 2024 from Bradley Boucher in Pacific, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019467:** DPMS Panther Arms A-15 SHORT BARRELED RIFLE  CAL:556 SN:DM34313K, valued at $300.00, seized by the ATF on June 05, 2024 from Bradley Boucher in Pacific, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019468:** Beretta USA Corp 92FS SHORT BARRELED RIFLE  CAL:9 SN:BER347453, valued at $300.00, seized by the ATF on June 05, 2024 from Bradley Boucher in Pacific, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019469:** YHM Phantom SILENCER CAL:308 SN:Y12646, valued at $300.00, seized by the ATF on June 05, 2024 from Bradley Boucher in Pacific, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/24/2024**
**LAST DATE TO FILE PETITION:  10/04/2024**

**WESTERN DISTRICT OF MISSOURI**
**24-ATF-020719:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020720:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020726:** Unknown Unknown SILENCER  CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020727:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020729:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020731:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020732:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020733:** Unknown Unknown SILENCER  CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020757:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020759:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020765:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020769:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020770:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020793:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020795:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020796:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020798:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020799:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020836:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020838:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020841:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020844:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020845:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF
**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

## LAST DATE TO FILE CLAIM:  09/24/2024
## LAST DATE TO FILE PETITION:  10/04/2024

### WESTERN DISTRICT OF MISSOURI
**24-ATF-020845 - (Continued from previous page)**
on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020847:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020848:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020850:** Unknown Unknown SILENCER CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

### DISTRICT OF NEW MEXICO
**24-ATF-020744:** Unknown  Unknown Destructive Device Grey plastic pipe 1 inch in diameter, 5 inches long with end caps, valued at $1.00, seized by the ATF on April 25, 2024 from Lnu Fnu in Silver City, NM for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020753:** Unknown Unknown Destructive Device approximately 10 inches of suspected green hobby fuse, valued at $1.00, seized by the ATF on April 25, 2024 from Lnu Fnu in Silver City, NM for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020758:** Unknown Unknown Destructive Device suspected explosive powder containing ball bearings, valued at $1.00, seized by the ATF on April 25, 2024 from Lnu Fnu in Silver City, NM for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020760:** Unknown Unknown Destructive Device 2 inches of suspected hobby fuze - lab sample, valued at $1.00, seized by the ATF on April 25, 2024 from Lnu Fnu in Silver City, NM for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020761:** Unknown Unknown Destructive Device ; suspected explosive powder - lab sample, valued at $1.00, seized by the ATF on April 25, 2024 from Lnu Fnu in Silver City, NM for forfeiture pursuant to 26 U.S.C. Section 5872.

### NORTHERN DISTRICT OF OHIO
**24-ATF-020267:** Unknown Manufacturer Unknown Type Weapon Made from Shotgun (NFA) CAL:12 SN:594598, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 26 U.S.C. Section 5872.

### EASTERN DISTRICT OF OKLAHOMA
**24-ATF-008371:** Glock GMBH 23 Pistol Cal: 40 SN: UXK772, valued at $150.00, seized by the Idabel Police Department on December 22, 2023 from Diontra Dunkins in Idabel, OK, and adopted by the ATF for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]
Page 7 of 124

115

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/24/2024**
**LAST DATE TO FILE PETITION:  10/04/2024**

## NORTHERN DISTRICT OF OKLAHOMA

**24-ATF-019892:** Unknown Destructive Explosive SN: None 1 EA.; Suspected device found during search of STARKEY's residence. Contains potential shrapnel., valued at $1.00, seized by the ATF on July 02, 2024 from Patrick Nile Starkey in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019895:** Unknown Destructive Explosive SN:None, valued at $1.00, seized by the ATF on July 02, 2024 from Patrick Nile Starkey in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019898:** Unknown Destructive Explosive SN:None, valued at $1.00, seized by the ATF on July 02, 2024 from Patrick Nile Starkey in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019900:** Unknown Destructive Explosive SN:None, valued at $1.00, seized by the ATF on July 02, 2024 from Patrick Nile Starkey in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019902:** Unknown Destructive Explosive SN:None, valued at $1.00, seized by the ATF on July 02, 2024 from Patrick Nile Starkey in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019903:** Unknown Destructive Explosive SN:None, valued at $1.00, seized by the ATF on July 02, 2024 from Patrick Nile Starkey in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019904:** Unknown Unknown Explosive SN:None : Destructive Device; Qty: 1 EA.; Suspected destructive device found during search of STARKEY's residence. Blue metal cylinder found with powder inside and fuse. Approximately 1" bore, valued at $1.00, seized by the ATF on July 02, 2024 from Patrick Nile Starkey in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019906:** Unknown Unknown Explosive SN: None Destructive Device; Qty: 1 EA.; Suspected destructive device found during search of STARKEY's residence. Blue metal cylinder found with powder inside and fuse. Approximately 5/8" bore, valued at $1.00, seized by the ATF on July 02, 2024 from Patrick Nile Starkey in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019907:** Unknown Unknown Explosive SN: None Bomb Making Material/Components; Qty: 1 EA.; Bag containing powder and fuse from blue cylinder w/approximate 1" bore, valued at $1.00, seized by the ATF on July 02, 2024 from Patrick Nile Starkey in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019908:** Unknown Unknown Explosive SN: None Bomb Making Material/Components; Qty: 1 EA.; Bag containing powder and fuse from blue cylinder w/approximate 5/8" bore, valued at $1.00, seized by the ATF on July 02, 2024 from Patrick Nile Starkey in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019909:** Unknown Unknown Explosive SN: None Bomb Making Material/Components; Qty: 1 EA.; Grocery bag containing pyrodex, foil, hobby fuse, and other items found under master bed., valued at $1.00, seized by the ATF on July 02, 2024 from Patrick Nile Starkey in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019912:** 42 Rounds Assorted Ammunition CAL:Unknown, Serial No. Null, valued at $4.20, seized by the ATF on July 02, 2024 from Patrick Nile Starkey in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-021123:** Unknown EXPLOSIVE unknown SN:none, valued at $5.00, seized by the ATF on July 02, 2024 from Patrick Nile Starkey in Tulsa, OK for forfeiture pursuant to 26 U.S.C. Section 5872.

## WESTERN DISTRICT OF PENNSYLVANIA

**24-ATF-019002:** Glock 21 Gen 4, with a Glock switch Machinegun CAL:45 SN:BCSD036, valued at $425.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/24/2024**
**LAST DATE TO FILE PETITION:  10/04/2024**

**MIDDLE DISTRICT OF TENNESSEE**
**24-ATF-020223:** Unknown MP 40 Machine Gun CAL:9 SN:2600, valued at $425.00, seized by the ATF on June 14, 2024 from Olivia Lee in Brentwood, TN for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020233:** Unknown MP 40 Machine Gun CAL:9 SN:1232, valued at $425.00, seized by the ATF on June 14, 2024 from Olivia Lee in Brentwood, TN for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020240:** U.S.A. Military Surplus Thompson M1A1 Machine Gun CAL:45 SN:12144, valued at $425.00, seized by the ATF on June 14, 2024 from Olivia Lee in Brentwood, TN for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020241:** Unknown M2 Machine Gun CAL:30 SN:7454324, valued at $425.00, seized by the ATF on June 14, 2024 from Olivia Lee in Brentwood, TN for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020242:** NORINCO (NORTH CHINA INDUSTRIES) MAK90 Sporter Machine Gun CAL:762 SN:9342350, valued at $425.00, seized by the ATF on June 14, 2024 from Olivia Lee in Brentwood, TN for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020243:** Unknown 1928 A1 Machine Gun CAL:45 SN:S-68702, valued at $425.00, seized by the ATF on June 14, 2024 from Olivia Lee in Brentwood, TN for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020244:** Unknown MP 40 Machine Gun CAL:9 SN:6415, valued at $425.00, seized by the ATF on June 14, 2024 from Olivia Lee in Brentwood, TN for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020245:** Unknown MAB 38 Machine Gun CAL:9 SN:84**, valued at $425.00, seized by the ATF on June 14, 2024 from Olivia Lee in Brentwood, TN for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020246:** H&L Firearms LLC New Hope, AL MP34 Machine Gun CAL:Multi SN:051, valued at $425.00, seized by the ATF on June 14, 2024 from Olivia Lee in Brentwood, TN for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020247:** Explosive: Destructive Device; Qty: 1 EA.; Japanese Imperial Knee Mortar with tag attached "Do Not Show Destroy or Sell!", Serial No. Unknown, valued at $1.00, seized by the ATF on June 14, 2024 from Olivia Lee in Brentwood, TN for forfeiture pursuant to 26 U.S.C. Section 5872.

**WESTERN DISTRICT OF TENNESSEE**
**24-ATF-003176:** Glock GMBH 20Gen5 Machine Gun CAL:10 SN:BYVW351, valued at $425.00, seized by the ATF on November 09, 2023 from Lawrence Kelly in Memphis, TN for forfeiture pursuant to 26 U.S.C. Section 5872.

**EASTERN DISTRICT OF TEXAS**
**24-ATF-020906:** SWD STREET SWEEPER DESTRUCTIVE DEVICE (NFA) CAL:12 SN:SH16752, valued at $425.00, seized by the ATF on June 11, 2024 from Terry Lee Rose in Beaumont, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020907:** J.C. Higgins - High Standard 583.2 WEAPON MADE FROM SHOTGUN (NFA) CAL:16 SN:NONE, valued at $300.00, seized by the ATF on June 11, 2024 from Terry Lee Rose in Beaumont, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020948:** UKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-021069:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $20.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.


**LAST DATE TO FILE CLAIM:  09/24/2024**
**LAST DATE TO FILE PETITION:  10/04/2024**


### NORTHERN DISTRICT OF TEXAS

**24-ATF-021138:** GLOCK SWITCH 23 Machinegun Conversion Device CAL:40 SN: BYYZ859, valued at $150.00, seized by the ATF on July 21, 2024 from Semaj Oshea WHITE in Lubbock, TX for forfeiture pursuant to 26 U.S.C. Section 5872.


### WESTERN DISTRICT OF TEXAS

**24-ATF-020687:** Destructive Device; Qty: 1 EA.; White/Black PVC 1" tubing possessing a 1" PVC end cap, Serial No. Unknown, valued at $1.00, seized by the ATF on July 08, 2024 from DAVID RODGERS in Sierra Blanca, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020691:** Unknown Unknown Explosive SN: None Destructive Device; Qty: 2 EA.; Pink destructive device ("hobby") fuse containing black tape and a glued portion of black/white 1" PVC end-cap., valued at $2.00, seized by the ATF on July 08, 2024 from DAVID RODGERS in Sierra Blanca, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020706:** Unknown Explosive SN:None Qty: 2 EA.; Explosive:(4) glass vials containing explosive material (sparkler heads), valued at $2.00, seized by the ATF on July 08, 2024 from DAVID RODGERS in Sierra Blanca, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020713:** Unknown Unknown Explosive SN: None Qty: 1 EA.; one (1) plastic baggy containing explosive material (Approx. 46 sparkler heads) from device 1. one (1) plastic baggy containing explosive material (Approx. 33 sparkler heads) from device 2., valued at $1.00, seized by the ATF on July 08, 2024 from DAVID RODGERS in Sierra Blanca, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020718:** Unknown Unknown Explosive SN: None Qty: 1 EA.; White/Black PVC 1" tubing possessing a 1" PVC end cap. A hole was drilled out on one end of the PVC end cap, valued at $1.00, seized by the ATF on July 08, 2024 from DAVID RODGERS in Sierra Blanca, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020721:** Unknown Unknown Explosive SN: None Destructive Device; Qty: 1 EA.; Pink destructive device fuse sample. Sample to be sent to the ATF lab for analysis., valued at $1.00, seized by the ATF on July 08, 2024 from DAVID RODGERS in Sierra Blanca, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020723:** Unknown Unknown Explosive SN: None Destructive Device; Qty: 1 EA.; Two (2) glass vials containing explosive material (sparkler heads)., valued at $1.00, seized by the ATF on July 08, 2024 from DAVID RODGERS in Sierra Blanca, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

## MIDDLE DISTRICT OF ALABAMA
**24-ATF-020696:** Firearm; Manufacturer: ROMARM/CUGIR; Model: WASR; Caliber: 762; Type: RIFLE; S/N: A1-26385-14, valued at $425.00, seized by the Dothan Police Department on July 09, 2024 from Angel Hernandez-Perez in Dothan, AL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020697:** Ammunition; Qty: 31 Rounds; Manufacturer: ASSORTED; Caliber: 762, valued at $3.10, seized by the Dothan Police Department on July 09, 2024 from Angel Hernandez-Perez in Dothan, AL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

## NORTHERN DISTRICT OF ALABAMA
**24-ATF-020129:** Ruger LCP Pistol CAL:380 SN:372-96666, valued at $300.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on June 18, 2024 from Nicholars McGraw in Huntsville, AL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020132:** 4 Rounds Assorted Ammunition CAL:380, valued at $0.40, seized by the US DRUG ENFORCEMENT ADMINISTRATION on June 18, 2024 from Nicholars McGraw in Huntsville, AL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020347:** Phoenix Arms Co. HP22A Pistol CAL:22 SN:4487597, valued at $300.00, seized by the ATF on July 10, 2024 from Anthony Shane Stasko in Ashville, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020350:** 11 Rounds Unknown Manufacturer Ammunition CAL:22, valued at $1.10, seized by the ATF on July 10, 2024 from Anthony Shane Stasko in Ashville, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF ARKANSAS
**24-ATF-020728:** Unknown Unknown Explosive SN:Unknown RENDERED SAFE SUSPECTED EXPLOSIVE DEVICE - BOTTLE, valued at $1.00, seized by the ATF on June 26, 2024 from Gerard Lyndell Jr. TRICE in Little Rock, AR for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020738:** Unknown Unknown Low Explosives SN:Unknown Explosive: Low Explosives; Qty: 50.6 g; EXPLOSIVE POWDER REMOVED FROM ITEM #002 - APPROX 50.6G, valued at $1.00, seized by the ATF on June 26, 2024 from Gerard Lyndell Jr. TRICE in Little Rock, AR for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020746:** Unknown Unknown Explosive SN:Unknown Explosive: Destructive Device; Qty: 1 EA.; RENDERED SAFE SUSPECTED EXPLOSIVE DEVICE - HEATER TUBE, valued at $1.00, seized by the ATF on June 26, 2024 from Gerard Lyndell Jr. TRICE in Little Rock, AR for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020751:** Unknown Unknown Explosives SN:Unknown Explosive: Low Explosives; Qty: 9.5 g; EXPLOSIVE POWDER REMOVED FROM ITEM #004 - APPROX 9.5G, valued at $1.00, seized by the ATF on June 26, 2024 from Gerard Lyndell Jr. TRICE in Little Rock, AR for forfeiture pursuant to 18 U.S.C. Section 844.

## NORTHERN DISTRICT OF CALIFORNIA
**24-ATF-021092:** AUDEMARS ROYAL OAK PIGUET WATCH SN# J91668, Serial No. J916668, valued at $59,500.00, seized by the ATF on June 26, 2024 from Mohamed JABER in REDWOOD VALLEY, CA for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-021093:** 14KT YELLOW GOLD ICED OUT CHAIN SN:NONE, valued at $76,600.00, seized by the ATF on June 26, 2024 from Mohamed JABER in REDWOOD VALLEY, CA for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

### DISTRICT OF COLORADO
**24-ATF-021117:** SMITH & WESSON M&P 9 Shield PISTOL CAL:9 SN:JPZ1183, valued at $300.00, seized by the ATF on July 01, 2024 from Quran SMITH in Denver, CO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021120:** 1 Rounds Unknown Ammunition CAL:9, Serial No. Unknown, valued at $0.10, seized by the ATF on July 01, 2024 from Quran SMITH in Denver, CO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021121:** 12 Rounds Other Ammunition CAL:9, valued at $1.20, seized by the ATF on July 01, 2024 from Quran SMITH in Denver, CO for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF CONNECTICUT
**24-ATF-021067:** STANDARD MANUFACTURING COMPANY, LLC S333 REVOLVER CAL:22 SN:Obliterated, valued at $300.00, seized by the ATF on June 25, 2024 from John Herron in New Britain, CT for forfeiture pursuant to 18 U.S.C. Section 924(d).

### MIDDLE DISTRICT OF FLORIDA
**24-ATF-020690:** SCCY INDUSTRIES, LLC (SKYY IND.) CPX-2 PISTOL CAL:9 SN:C479601, valued at $300.00, seized by the ATF on July 11, 2024 from Mario Alexandro GARCIA in LEESBURG, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020693:** COBRA ENT., INC./KODIAK IND FS380 PISTOL CAL:380 SN:FS004090, valued at $300.00, seized by the ATF on July 11, 2024 from Mario Alexandro GARCIA in LEESBURG, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020695:** BERETTA USA CORP APX PISTOL CAL:9 SN:AXC080535, valued at $300.00, seized by the ATF or July 11, 2024 from Mario Alexandro GARCIA in LEESBURG, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020699:** WALTHER COLT GOVERNMENT PISTOL CAL:22 SN:WD096398, valued at $300.00, seized by the ATF on July 11, 2024 from Mario Alexandro GARCIA in LEESBURG, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020700:** WALTHER COLT GOVERNMENT PISTOL CAL:22 SN:WD096396, valued at $300.00, seized by the ATF on July 11, 2024 from Mario Alexandro GARCIA in LEESBURG, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020703:** HERITAGE MFG. INC ROUGH RIDER REVOLVER CAL:22 SN:3PH288009, valued at $300.00, seized by the ATF on July 11, 2024 from Mario Alexandro GARCIA in LEESBURG, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020705:** CBC (COMPANHIA BRAZILIERA DE CARTUCHOS) Rossi RS22 RIFLE CAL:22 SN:7CA243917P, valued at $425.00, seized by the ATF on July 11, 2024 from Mario Alexandro GARCIA in LEESBURG, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**NORTHERN DISTRICT OF FLORIDA**

**24-ATF-020222:** Masterpiece Arms Defender Pistol CAL:9 SN:FJ01267, valued at $100.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 09, 2024 from John Michel Mathurin in Pensacola, FL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020224:** 18 Rounds Assorted Ammunition CAL:9, valued at $1.80, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 09, 2024 from John Michel Mathurin in Pensacola, FL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020225:** Cobra ENT., Inc./Kodiak IND. Denali 380 Pistol CAL:380 SN:K05551, valued at $100.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 09, 2024 from John Michel Mathurin in Pensacola, FL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020226:** 5 Rounds Assorted Ammunition CAL:380, valued at $0.50, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 09, 2024 from John Michel Mathurin in Pensacola, FL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020227:** Smith & Wesson M&P 40 Pistol CAL:40 SN:NBM3704, valued at $100.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 09, 2024 from John Michel Mathurin in Pensacola, FL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020228:** 13 Rounds Assorted Ammunition CAL:40, valued at $1.30, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 09, 2024 from John Michel Mathurin in Pensacola, FL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020229:** Ruger LCR Revolver CAL:38 SN:1541-35799, valued at $100.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 09, 2024 from John Michel Mathurin in Pensacola, FL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020230:** 5 Rounds Hornady Ammunition CAL:38, valued at $0.50, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 09, 2024 from John Michel Mathurin in Pensacola, FL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020542:** Taurus 856 Revolver CAL:38 SN:ADH578953, valued at $100.00, seized by the ATF on July 09, 2024 from John Michel Mathurin in Pensacola, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020543:** 6 Rounds Hornady Ammunition CAL:38, valued at $0.60, seized by the ATF on July 09, 2024 from John Michel Mathurin in Pensacola, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

**LEGAL NOTICE**
**ATTENTION**

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**SOUTHERN DISTRICT OF FLORIDA**

**24-ATF-020269:** CENTURY ARMS INTERNATIONAL  VSKA RIFLE CAL:762 SN:SV7149766, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020274:** CENTURY ARMS INTERNATIONAL  VSKA RIFLE CAL:762 SN:SV7149744, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020278:** CENTURY ARMS INTERNATIONAL MODEL VSKA STYLE RIFLE CAL 762 SERIAL SV7149803, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020280:** CENTURY ARMS INTERNATIONAL  VSKA RIFLE CAL:762 SN:SV7149692, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020284:** CENTURY ARMS INTERNATIONAL  VSKA RIFLE CAL:762 SN:SV7149944, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020286:** CENTURY ARMS INTERNATIONAL  VSKA RIFLE CAL:762 SN:SV7149630, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020289:** CENTURY ARMS INTERNATIONAL VSKA Rifle  CAL:762 SN:SV7149695, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020290:** CENTURY ARMS INTERNATIONAL  VSKA RIFLE CAL:762 SN:SV7149924, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020292:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7149736, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020293:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7149785, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020295:** CENTURY ARMS INTERNATIONAL  VSKA RIFLE CAL:762 SN:SV7149787, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020297:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7149810, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020299:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7149639, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020301:** CENTURY ARMS INTERNATIONAL  VSKA RIFLE CAL:762 SN:SV7149717, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020303:** CENTURY ARMS INTERNATIONAL VSKA Rifle  CAL:762 SN:SV7149675, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**SOUTHERN DISTRICT OF FLORIDA**
**24-ATF-020310:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7149777, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020312:** CENTURY ARMS INTERNATIONAL  VSKA RIFLE CAL:762 SN:SV7149881, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020314:** CENTURY ARMS INTERNATIONAL VSKA Rifle  CAL:762 SN:SV7149832, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020315:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7149656, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020317:** CENTURY ARMS INTERNATIONAL  VSKA RIFLE CAL:762 SN:SV7149822, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020318:** CENTURY ARMS INTERNATIONAL VSKA Rifle  CAL:762 SN:SV7149663, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020321:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7149682, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020323:** CENTURY ARMS INTERNATIONAL VSKA Rifle  CAL:762 SN: SV7149764, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020325:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7149644, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020328:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7149812, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020331:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7149775, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020334:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7150137, valued at $425.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020337:** GLOCK INC 47 PISTOL CAL:9 SN:AKDA666, valued at $300.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020340:** BERETTA USA CORP 92FS BRIG INOX PISTOL CAL:9 SN:E43597Z, valued at $300.00, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020342:** 36 Rounds ASSORTED Ammunition CAL:9, valued at $3.60, seized by the ATF on June 18, 2024 from Oscar MEDINA-RODRIGUEZ in MIAMI, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).  Items described as:  18 18 Rounds ASSORTED Ammunition CAL:9, valued at $1.80; 18 18 Rounds AGUILA Ammunition CAL:9, valued at $1.80.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

123

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/04/2024

### NORTHERN DISTRICT OF GEORGIA
**24-ATF-020601:** $10,000.00 U.S. Currency, seized by the ATF on July 02, 2024 from Denardo Monzavius Mathis in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 981(a)(1)(C) Tr.
**24-ATF-020602:** $1,358.00 U.S. Currency, seized by the ATF on July 02, 2024 from Denardo Monzavius Mathis in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 981(a)(1)(C) Tr.

### NORTHERN DISTRICT OF IOWA
**24-ATF-020083:** 34 Rounds ASSORTED Ammunition CAL:9, valued at $3.40, seized by the ATF on July 02, 2024 from D'quon MORROW in Cedar Rapids, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020085:** KAHR ARMS - AUTO ORDNANCE CW9 PISTOL CAL:9 SN:EE3467, valued at $300.00, seized by the ATF on July 02, 2024 from D'quon MORROW in Cedar Rapids, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020086:** JIMENEZ ARMS J.A. 22 PISTOL CAL:22 SN:1146564, valued at $300.00, seized by the ATF on July 02, 2024 from D'quon MORROW in Cedar Rapids, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020087:** 3 Rounds CCI Ammunition CAL:22, valued at $0.30, seized by the ATF on July 02, 2024 from D'quon MORROW in Cedar Rapids, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### SOUTHERN DISTRICT OF ILLINOIS
**24-ATF-020599:** CANIK55 TP-9SF ELITE PISTOL CAL:9 SN:21BH35694, valued at $350.00, seized by the UNITED STATES MARSHALS SERVICE on July 01, 2024 from Timothy Deberry in Washington Park, IL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020600:** 15 Rounds ASSORTED Ammunition CAL:9, valued at $1.50, seized by the UNITED STATES MARSHALS SERVICE on July 01, 2024 from Timothy Deberry in Washington Park, IL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF INDIANA
**24-ATF-013085:** 4 Rounds UNKNOWN Ammunition CAL:12, valued at $0.40, seized by the ATF on April 16, 2024 from Azarion Alexander in South Bend, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

### SOUTHERN DISTRICT OF INDIANA
**24-ATF-020465:** Smith & Wesson SD40VE Pistol CAL:40 SN:FCE4516, valued at $300.00, seized by the ATF on June 25, 2024 from Reshard Benard in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020468:** 13 Rounds Assorted Ammunition CAL:40, valued at $1.30, seized by the ATF on June 25, 2024 from Reshard Benard in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021059:** Glock Inc. 17CGEN4 Pistol CAL:9 SN:HEPP441, valued at $600.00, seized by the ATF on July 16, 2024 from Toma Turner in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021060:** 11 Rounds Unknown Manufacturer Ammunition CAL:9, valued at $1.10, seized by the ATF on July 16, 2024 from Toma Turner in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021062:** Glock Inc. 22GEN4 Pistol CAL:40 SN:XLX860, valued at $600.00, seized by the ATF on July 16, 2024 from Toma Turner in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021063:** F.N. (FN HERSTAL) Five-Seven Pistol CAL:57 SN:386433924, valued at $700.00, seized by the ATF on July 16, 2024 from Toma Turner in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021064:** 20 Rounds Unknown Manufacturer Ammunition CAL:57, valued at $2.00, seized by the ATF on July 16, 2024 from Toma Turner in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/04/2024

## WESTERN DISTRICT OF KENTUCKY
**24-ATF-020489:** AMERICAN TACTICAL IMPORTS - ATI OMNI HYBRID RIFLE CAL:MULTI SN:NS150659, valued at $425.00, seized by the ATF on July 10, 2024 from Mark W. WILSON in Russell Springs, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020494:** 7 Rounds ASSORTED Ammunition CAL:223, valued at $0.70, seized by the ATF on July 10, 2024 from Mark W. WILSON in Russell Springs, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020496:** TAURUS G2S PISTOL CAL:9 SN:TMD40128, valued at $300.00, seized by the ATF on July 10, 2024 from Mark W. WILSON in Russell Springs, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020498:** 7 Rounds ASSORTED Ammunition CAL:9, valued at $0.70, seized by the ATF on July 10, 2024 from Mark W. WILSON in Russell Springs, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020500:** 43 Rounds ASSORTED Ammunition CAL:9, valued at $4.30, seized by the ATF on July 10, 2024 from Mark W. WILSON in Russell Springs, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

## MIDDLE DISTRICT OF LOUISIANA
**24-ATF-020531:** ROMARM/CUGIR MICRO DRACO Pistol CAL:762 SN:PMD-49077, valued at $300.00, seized by the ATF on June 05, 2024 from Lakeith K Jr. Mitchell in Baton Rouge, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020532:** GLOCK GMBH 22GEN5 Pistol CAL:40 SN:CABV011, valued at $300.00, seized by the ATF on June 05, 2024 from Lakeith K Jr. Mitchell in Baton Rouge, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020533:** GLOCK INC. 23 Pistol CAL:40 SN:BYYZ556, valued at $300.00, seized by the ATF on June 05, 2024 from Lakeith K Jr. Mitchell in Baton Rouge, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020534:** GLOCK GMBH 20C Pistol CAL:10 SN:DAP896US, valued at $300.00, seized by the ATF on June 05, 2024 from Lakeith K Jr. Mitchell in Baton Rouge, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020536:** Glock 23GEN4 Pistol CAL:40 SN:THU380, valued at $300.00, seized by the ATF on June 05, 2024 from Lakeith K Jr. Mitchell in Baton Rouge, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020538:** ANDERSON MANUFACTURING AM-15 Pistol CAL:Multi SN:22134266, valued at $300.00, seized by the ATF on June 05, 2024 from Lakeith K Jr. Mitchell in Baton Rouge, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020540:** 674 Rounds Assorted Ammunition CAL:Assorted, valued at $67.40, seized by the ATF on June 05, 2024 from Lakeith K Jr. Mitchell in Baton Rouge, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**DISTRICT OF MARYLAND**

**24-ATF-018389:** 103 Rounds ASSORTED Ammunition CAL:Unknown, Serial No. Unknown, valued at $10.30, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018395:** 17 Rounds ASSORTED Ammunition CAL:Unknown, Serial No. Unknown, valued at $1.70, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018397:** 21 Rounds ASSORTED Ammunition CAL:Unknown, Serial No. Unknown, valued at $2.10, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018399:** GLOCK GMBH 23 Pistol CAL:40 SN:VZP927, valued at $1.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018401:** CANIK55 TP-9 Pistol CAL:9 SN:21 BH 19020, valued at $1.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018402:** TAURUS G2C Pistol CAL:9 SN:TLR99083, valued at $1.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018404:** 49 Rounds ASSORTED Ammunition CAL:Unknown, Serial No. Unknown, valued at $4.90, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018406:** 2 Rounds ASSORTED Ammunition CAL:Unknown, Serial No. Unknown, valued at $0.20, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018408:** 419 Rounds ASSORTED Ammunition CAL:Unknown, Serial No. Unknown, valued at $41.90, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018412:** 109 Rounds ASSORTED Ammunition CAL:Unknown, Serial No. Unknown, valued at $10.90, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018416:** 11 Rounds TULA CARTRIDGE WORKS - RUSSIA Ammunition CAL:762, Serial No. Unknown, valued at $1.10, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018417:** 11 Rounds ASSORTED Ammunition CAL:Unknown, Serial No. Unknown, valued at $1.10, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018418:** 22 Rounds ASSORTED Ammunition CAL:Unknown, Serial No. Unknown, valued at $2.20, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018419:** 2 Rounds TULA CARTRIDGE WORKS - RUSSIA Ammunition CAL:9, Serial No. Unknown, valued at $0.20, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Oxon Hill, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/04/2024

## EASTERN DISTRICT OF MICHIGAN

**24-ATF-018803:** FN PISTOL Model: Reflex Caliber: 9 S/N: CCW0018719, valued at $300.00, seized by the Detroit Police Department on May 06, 2024 from Sam Yousif in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018804:** Ammunition; Qty: 4 Rounds; Manufacturer: SIG SAUER (SIG); Caliber: 9, valued at $0.40, seized by the Detroit Police Department on May 06, 2024 from Sam Yousif in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018805:** TAURUS PISTOL Model: G2C Caliber: 9 S/N: ACD768780, valued at $300.00, seized by the Detroit Police Department on May 06, 2024 from Avery Logan in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018806:** Ammunition Qty: 11 Rounds Manufacturer: SIG SAUER (SIG) Caliber: 9, valued at $1.10, seized by the Detroit Police Department on May 06, 2024 from Avery Logan in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018807:** Ammunition Qty: 1 Rounds Manufacturer: SIG SAUER (SIG) Caliber: 9, valued at $0.10, seized by the Detroit Police Department on May 06, 2024 from Sam Yousif in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019473:** Rock Island Armory Pistol Model: M1911A1 FS Tact II Caliber: 10  S/N: RIA2257383, valued at $300.00, seized by the Sterling Heights Police Department on May 07, 2024 from Arniyl Mitchell in Grosse Pointe Woods, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019474:** HS PRODUKT (IM METAL)PISTOL Model: XD9 SUB-CMPCT MOD 2 Caliber: 9 S/N: GM817162, valued at $300.00, seized by the Sterling Heights Police Department on May 07, 2024 from Arniyl Mitchell in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019475:** PIONEER ARMS CORPORATION (RADOM, POLAND) PISTOL Model: HELLPUP Caliber: 762 S/N: PAC1120880, valued at $300.00, seized by the Sterling Heights Police Department on May 07, 2024 from Arniyl Mitchell in Grosse Pointe Woods, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019476:** Ammunition Qty: 39 Rounds Manufacturer: WINCHESTER-WESTERN Caliber: 38, valued at $3.90, seized by the Sterling Heights Police Department on May 07, 2024 from Arniyl Mitchell in Grosse Pointe Woods, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019477:** Ammunition Qty: 10 Rounds Manufacturer: Unknown Caliber: 9, valued at $1.00, seized by the Sterling Heights Police Department on May 07, 2024 from Arniyl Mitchell in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019478:** Ammunition Qty: 5 Rounds Manufacturer: SIG SAUER (SIG) Caliber: 38, valued at $0.50, seized by the Sterling Heights Police Department on May 07, 2024 from Arniyl Mitchell in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019479:** Ammunition Qty: 14 Rounds Manufacturer: Assorted Caliber: 9, valued at $1.40, seized by the Sterling Heights Police Department on May 07, 2024 from Arniyl Mitchell in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019480:** Ammunition Qty: 32 Rounds Manufacturer: Assorted Caliber: Unknown, valued at $3.20, seized by the Sterling Heights Police Department on May 07, 2024 from Arniyl Mitchell in Grosse Pointe Woods, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020379:** RUGER PISTOL Model: SECURITY-9 Caliber: 9 S/N: 384-20033, valued at $300.00, seized by the Detroit Police Department on July 04, 2024 from James McAfee in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020380:** Ammunition Qty: 10 Rounds Manufacturer: ASSORTED Caliber: 9, valued at $1.00, seized by the Detroit Police Department on July 04, 2024 from James McAfee in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

### EASTERN DISTRICT OF MICHIGAN

**24-ATF-020808:** 498 Rounds Assorted Ammunition CAL:Unknown, valued at $49.80, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020811:** 10 Rounds Assorted Ammunition CAL:380, valued at $1.00, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020815:** RUGER AR-556 Pistol CAL:556 SN:856-73206, valued at $300.00, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020816:** 71 Rounds Assorted Ammunition CAL:556, valued at $7.10, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020818:** 132 Rounds Assorted Ammunition CAL:9, valued at $13.20, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020819:** 8 Rounds Assorted Ammunition CAL:380, valued at $0.80, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020821:** 178 Rounds Assorted Ammunition CAL:380, valued at $17.80, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020822:** MOSSBERG 500 Shotgun CAL:12 SN:T145322, valued at $250.00, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020823:** HECKLER AND KOCH VP9 Pistol CAL:22 SN:224314836, valued at $300.00, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020824:** 14 Rounds Assorted Ammunition CAL:12, valued at $1.40, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020828:** 868 Rounds Assorted Ammunition CAL:Unnown, valued at $86.80, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020830:** 18 Rounds Assorted Ammunition CAL:9, valued at $1.80, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020831:** SCCY INDUSTRIES, LLC (SKYY IND.) CPX-2 Pistol CAL:9 SN:Unknown, valued at $300.00, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020833:** 17 Rounds Assorted Ammunition CAL:9, valued at $1.70, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020834:** 993 Rounds Assorted Ammunition CAL:9, valued at $99.30, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020835:** BERSA THUNDER 380 Pistol CAL:380 SN:K55751, valued at $300.00, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020837:** 120 Rounds Assorted Ammunition CAL:Unknown, valued at $10.20, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020840:** SMITH & WESSON M&P 9 M2.0 Pistol CAL:9 SN:NJM9858, valued at $300.00, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020843:** 18 Rounds WINCHESTER-WESTERN Ammunition CAL:9, valued at $1.80, seized by the ATF on June 05, 2024 from Jeremy Brooks in Clinton Township, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021126:** SIG SAUER (SIG-ARMS) M11-A1 (P228) Pistol CAL:9 SN:55E036703, valued at $300.00, seized by the ATF on June 04, 2024 from Jeri Sayan in Wayne, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021127:** 10 Rounds Unknown Ammunition CAL:9, valued at $1.00, seized by the ATF on June 04, 2024 from Jeri Sayan in Wayne, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021136:** 13 Rounds Assorted Ammunition CAL:40, valued at $1.30, seized by the ATF on June 04, 2024 from Jeri Sayan in Wayne, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**EASTERN DISTRICT OF MICHIGAN**
**24-ATF-021137:** 10 Rounds Hornady Ammunition CAL:40, valued at $1.00, seized by the ATF on June 04, 2024 from Jeri Sayan in Wayne, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

**WESTERN DISTRICT OF MICHIGAN**
**24-ATF-021142:** GLOCK GMBH 21GEN4 Pistol CAL:45 SN:BAVW575, valued at $300.00, seized by the ATF on January 21, 2024 from Anthony McMilan in Norton Shores, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

## EASTERN DISTRICT OF MISSOURI

**24-ATF-019798:** Energetic Powder Unknown Explosive, valued at $1.00, seized by the ATF on June 05, 2024 from James LARRISON in Fenton, MO for forfeiture pursuant to 18 U.S.C. Section 844.

**24-ATF-019799:** Energetic Powder Unknown Explosive, valued at $1.00, seized by the ATF on June 05, 2024 from James LARRISON in Fenton, MO for forfeiture pursuant to 18 U.S.C. Section 844.

**24-ATF-019800:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from James LARRISON in Fenton, MO for forfeiture pursuant to 18 U.S.C. Section 844.

**24-ATF-019801:** Red Fuse Unknown Explosives, valued at $0.00, seized by the ATF on June 05, 2024 from James LARRISON in Fenton, MO for forfeiture pursuant to 18 U.S.C. Section 844.

**24-ATF-019802:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from James LARRISON in Fenton, MO for forfeiture pursuant to 18 U.S.C. Section 844.

**24-ATF-019803:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from James LARRISON in Fenton, MO for forfeiture pursuant to 18 U.S.C. Section 844.

**24-ATF-019805:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from James LARRISON in Fenton, MO for forfeiture pursuant to 18 U.S.C. Section 844.

**24-ATF-019806:** Red Fuse Uknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from James LARRISON in Fenton, MO for forfeiture pursuant to 18 U.S.C. Section 844.

**24-ATF-019807:** Energetic Powder Unknown Explosive, valued at $1.00, seized by the ATF on June 05, 2024 from James LARRISON in Fenton, MO for forfeiture pursuant to 18 U.S.C. Section 844.

**24-ATF-019808:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from James LARRISON in Fenton, MO for forfeiture pursuant to 18 U.S.C. Section 844.

**24-ATF-019809:** Energetic Powder Unknown Explosive, valued at $1.00, seized by the ATF on June 05, 2024 from James LARRISON in Fenton, MO for forfeiture pursuant to 18 U.S.C. Section 844.

**24-ATF-019810:** Red Fuse Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from James LARRISON in Fenton, MO for forfeiture pursuant to 18 U.S.C. Section 844.

**24-ATF-019812:** SAVAGE STEVENS 94B SHOTGUN CAL:410 SN:Unknown, valued at $250.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019813:** REMINGTON ARMS COMPANY, INC. 510 RIFLE CAL:22 SN:Unknown, valued at $425.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019814:** HENRY REPEATING RIFLE COMPANY H015-4570 RIFLE CAL:45-70 SN:4570SSR01133, valued at $425.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019816:** BROWNING X-BOLT RIFLE CAL:7 SN:01086ZN354, valued at $425.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019817:** TIKKA - (OY TIKKAKOSKI AB) T3X RIFLE CAL:65 SN:Z85937, valued at $425.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019819:** BROWNING A5 SHOTGUN CAL:12 SN:116ZN12507, valued at $250.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019820:** TIKKA - (OY TIKKAKOSKI AB) T3X RIFLE CAL:65 SN:CF5114, valued at $425.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019821:** BROWNING X-BOLT RIFLE CAL:308 SN:03033ZN354, valued at $425.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019822:** $18,850.00 U.S. Currency, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 981(a)(1)(C) Ar.

**24-ATF-019823:** $4,760.00 U.S. Currency, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**EASTERN DISTRICT OF MISSOURI**

**24-ATF-019823 - (Continued from previous page)**
Charles, MO for forfeiture pursuant to 18 U.S.C. Section 981(a)(1)(C) Ar.
**24-ATF-019824:** 7160 Rounds ASSORTED Ammunition CAL:MULTI, valued at $716.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019825:** 10768 Rounds ASSORTED Ammunition CAL:MULTI, valued at $1,076.80, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019826:** 672 Rounds ASSORTED Ammunition CAL:MULTI, valued at $67.20, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019828:** SMITH & WESSON 686 REVOLVER CAL:357 SN:DPZ6782, valued at $300.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019829:** 7 Rounds HORNADY Ammunition CAL:357, valued at $0.70, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019830:** KIMBER STNLSS PRO RAPTOR II PISTOL CAL:45 SN:KR268137, valued at $300.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019831:** 16 Rounds FEDERAL Ammunition CAL:45, valued at $1.60, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019832:** HECKLER AND KOCH VP9 PISTOL CAL:9 SN:224-324102, valued at $300.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019833:** 33 Rounds FEDERAL Ammunition CAL:9, valued at $3.30, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019834:** SMITH & WESSON 629 CLASSIC REVOLVER CAL:44 SN:DPT5845, valued at $300.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019835:** 6 Rounds UNKNOWN Ammunition CAL:44, valued at $0.60, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019836:** POF USA (PATRIOT ORDNANCE FACTORY) P-15 RIFLE CAL:556 SN:03E-2003023, valued at $425.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019837:** POF USA (PATRIOT ORDNANCE FACTORY) CMR RIFLE CAL:762 SN:BH-1900060, valued at $425.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019838:** TAURUS RAGING HUNTER REVOLVER CAL:44 SN:MW611859, valued at $300.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019839:** 6 Rounds HORNADY Ammunition CAL:44, valued at $0.60, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019840:** COLT MKIV PISTOL CAL:45 SN:FG23064, valued at $300.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019841:** 21 Rounds UNKNOWN Ammunition CAL:45, valued at $2.10, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019842:** Energetic Powder Unknown Explosive, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-019843:** HENRY REPEATING RIFLE COMPANY H012GR BIG BOY RFILE CAL:44 SN:BBS03381GR, valued at $425.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

## EASTERN DISTRICT OF MISSOURI
**24-ATF-019843 - (Continued from previous page)**
pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019844:** 172 Rounds ASSORTED Ammunition CAL:Multi, valued at $17.20, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020001:** Energetic Powder Unknow Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020002:** Energetic Powder Unknown Explosive, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020003:** Energetic Powder Unknown Explosive, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020004:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020005:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020007:** Red Fuse Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020008:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020009:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020010:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020011:** Red Fuse Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020012:** Energetic Powde Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020013:** Energetic Powde Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020014:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020015:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020016:** Red Fuse Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020017:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020019:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020020:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020021:** Red Fuse Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020022:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020023:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

### EASTERN DISTRICT OF MISSOURI

**24-ATF-020023 - (Continued from previous page)**
Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020024:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020025:** Red Fuse Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020026:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020027:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020028:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020029:** Red Fuse Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020030:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020031:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020032:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020033:** Red Fuse Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020034:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020035:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020036:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020037:** Red Fuse Unknown Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020038:** Destructive Device Unknowns Explosives, valued at $1.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020039:** 520 Rounds ASSORTED Ammunition CAL:MULTI, valued at $52.00, seized by the ATF on June 11, 2024 from Michael BETHEL in Saint Charles, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**WESTERN DISTRICT OF MISSOURI**

**24-ATF-020704:** DIAMONDBACK ARMS INC. DB-15 RIFLE CAL:MULTI SN:DB1708355, valued at $425.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020707:** GEISSELE AUTOMATICS, LLC SD-556 RECEIVER/FRAME CAL:556 SN:SD556-052305, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020709:** Unknown Unknown RECEIVER/FRAME CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020710:** ANDERSON MANUFACTURING AM-15 PISTOL CAL:556 SN:24092443, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020712:** SMITH & WESSON M&P 15-22 RIFLE CAL:22 SN:DEM7532, valued at $425.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020715:** ANDERSON MANUFACTURING AM-15 RECEIVER/FRAME CAL:MULTI SN:24092447, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020716:** AERO PRECISION M5 RECEIVER/FRAME CAL:MULTI SN:US341868, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020722:** SIG SAUER (SIG-ARMS) P320 PISTOL CAL:9 SN:58J206865, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020724:** Unknown Geisler PISTOL CAL:9 SN:Unknown, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020725:** HS PRODUKT (IM METAL) XD9 PISTOL CAL:9 SN:GM727188, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020734:** GLOCK GMBH 47 PISTOL CAL:9 SN:BZLS248, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020735:** SIG SAUER (SIG-ARMS) P320 X-VTAC PISTOL CAL:9 SN:58H245242, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020737:** SIG SAUER (SIG-ARMS) P320 PISTOL CAL:9 SN:58K155056, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020742:** DIAMONDBACK ARMS INC. SIDEKICK REVOLVER CAL:22 SN:SKB4323, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020745:** RUGER EC9S PISTOL CAL:9 SN:461-55746, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020748:** RUGER LCP II PISTOL CAL:380 SN:380297109, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020750:** SHADOW SYSTEMS, LLC XR920 ELITE PISTOL CAL:9 SN:SSX053461, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020754:** SIG SAUER (SIG-ARMS) P320 X-FIVE PISTOL CAL:9 SN:58H133637, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020762:** GLOCK GMBH 35GEN4 PISTOL CAL:40 SN:BDAF849, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020766:** SHADOW SYSTEMS, LLC DR920 PISTOL CAL:9 SN:SSX016722, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020771:** AERO PRECISION M5 REEIVER/FRAME CAL:MULTI SN:US319336, valued at $250.00, seized by

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

## WESTERN DISTRICT OF MISSOURI
**24-ATF-020771 - (Continued from previous page)**
the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020773:** AERO PRECISION M5 RECEIVER/FRAME CAL:MULTI SN:US322632, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020775:** AERO PRECISION M5 RECEIVER/FRAME CAL:MULTI SN:US303641, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020778:** Unknown Unknown RECEIVER/FRAME CAL:Unknown SN:Unknown, valued at $250.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020779:** DIKAR BMR RIFLE CAL:22 SN:61-01-014228-23, valued at $425.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020781:** SIG-SAUER P229 PISTOL CAL:40 SN:AC12932, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020783:** ARMI SPORT DI CHIAPPA (KIMAR) 1911-22 PISTOL CAL:22 SN:18G01311, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020785:** SMITH & WESSON M&P 9 M2.0 PS PISTOL CAL:9 SN:NJJ8098, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020787:** Unknown Unknown Equipment CAL:Unknown SN:Unknown, valued at $1.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020789:** Unknown Unknown Equipment CAL:Unknown SN:Unknown, valued at $1.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020790:** SIG SAUER (SIG-ARMS) P320 PISTOL CAL:9 SN:58J148582, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020792:** GRAND POWER S.R.O. X-CALIBUR PISTOL CAL:9 SN:GAA0079, valued at $300.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020832:** Unknown Unknown Equipment  CAL:Unknown SN:Unknown, valued at $1.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020849:** GERMAN SPORTS GUNS GSG-16 RIFLE CAL:22 SN:A931763, valued at $425.00, seized by the ATF on June 27, 2024 from Dustin Rambo in Stover, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

## SOUTHERN DISTRICT OF MISSISSIPPI
**24-ATF-021077:** F.N. (FN HERSTAL) FIVE-SEVEN MK2 PISTOL CAL:57 SN:386427315, valued at $300.00, seized by the ATF on July 05, 2024 from Zaid Fadhil Khalaf in Vicksburg, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021080:** F.N. (FN HERSTAL) FIVE-SEVEN MK2 Pistol CAL:57 SN:386426816, valued at $300.00, seized by the ATF on July 05, 2024 from Zaid Fadhil Khalaf in Vicksburg, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021083:** F.N. (FN HERSTAL) FIVE-SEVEN MK2 Pistol CAL:57 SN:386426152, valued at $300.00, seized by the ATF on July 05, 2024 from Zaid Fadhil Khalaf in Vicksburg, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021139:** GLOCK INC. 17 Pistol CAL:9 SN:ABPC589, valued at $300.00, seized by the ATF on July 02, 2024 from ALFORN NAPOLEON LEE in Centreville, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021141:** 21 Rounds Assorted Ammunition CAL:9, valued at $2.10, seized by the ATF on July 02, 2024 from ALFORN NAPOLEON LEE in Centreville, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

### DISTRICT OF MONTANA
**24-ATF-021162:** WALTHER PPK/S PISTOL CAL:380 SN:MBO24852, valued at $300.00, seized by the ATF on June 02, 2024 from Darrell Lee Jr WHITEMAN in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021262:** PARA USA, INC. EXPERT CARRY Pistol CAL:45 SN:K036585, valued at $300.00, seized by the ATF on June 06, 2024 from Daniel E Palmer in Butte, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021264:** BERETTA, PIETRO S.P.A 92FS Pistol CAL:9 SN:K27409Z, valued at $300.00, seized by the ATF on June 06, 2024 from Daniel E Palmer in Butte, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021265:** 36 Rounds ASSORTED Ammunition CAL:9, valued at $3.60, seized by the ATF on June 06, 2024 from Daniel E Palmer in Butte, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021266:** 5 Rounds ASSORTED Ammunition CAL:45, valued at $0.50, seized by the ATF on June 06, 2024 from Daniel E Palmer in Butte, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021267:** 16 Rounds ASSORTED Ammunition CAL:9, valued at $1.60, seized by the ATF on June 06, 2024 from Daniel E Palmer in Butte, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF NORTH CAROLINA
**24-ATF-021129:** GLOCK INC 23 PISTOL CAL:40 SN:BXSG441, valued at $300.00, seized by the ATF on June 06, 2024 from Michai Jamill CALDWELL in Fayetteville, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021132:** 7 Rounds STAR LINE Ammunition CAL:40, Serial No. Unknown, valued at $0.70, seized by the ATF on June 06, 2024 from Michai Jamill CALDWELL in Fayetteville, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

### MIDDLE DISTRICT OF NORTH CAROLINA
**24-ATF-020918:** RUGER MAX-9 Pistol CAL:9 SN:350025571, valued at $300.00, seized by the ATF on June 22, 2024 from Paris Jamal Graham in Greensboro, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020920:** 6 Rounds Assorted Ammunition CAL:9, valued at $0.60, seized by the ATF on June 22, 2024 from Paris Jamal Graham in Greensboro, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020925:** 9 Rounds Assorted Ammunition CAL:40, valued at $0.90, seized by the ATF on June 21, 2024 from Darius Deshawn Countee in High Point, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020927:** SMITH & WESSON SD40VE Pistol CAL:40 SN:fdf9731, valued at $300.00, seized by the ATF on June 21, 2024 from Darius Deshawn Countee in High Point, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021094:** PALMETTO STATE ARMORY DAGGER FULL SIZE-S PISTOL CAL:9 SN:None, valued at $300.00, seized by the ATF on June 08, 2024 from MYSTIQUE VERNELL BARNESJOHNSTON in Winston Salem, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021095:** 29 Rounds CCI Ammunition CAL:9, valued at $2.90, seized by the ATF on June 08, 2024 from MYSTIQUE VERNELL BARNESJOHNSTON in Winston Salem, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

### WESTERN DISTRICT OF NORTH CAROLINA
**24-ATF-009827:** $6,014.00 US CURRENCY, seized by the Macon County Sheriff's Office on March 01, 2024 from Richard McAllister in Franklin, NC, and adopted by the ATF for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/04/2024

### DISTRICT OF NORTH DAKOTA
**24-ATF-020752:** TAURUS PT24/7 Pistol CAL:9 SN:TCP33706, valued at $300.00, seized by the ATF on July 11, 2024 from Darrell Wade Whitelightning in Bismarck, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020764:** 16 Rounds FEDERAL Ammunition CAL:9, valued at $1.60, seized by the ATF on July 11, 2024 from Darrell Wade Whitelightning in Bismarck, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF NEW HAMPSHIRE
**24-ATF-020791:** SMITH & WESSON 1917 REVOLVER CAL:45 SN:53109*, valued at $300.00, seized by the ATF on July 09, 2024 from Daniel Francis Lynch in Merrimack, NH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021084:** GLOCK INC. 23GEN3 PISTOL CAL:40 SN:CBGF449, valued at $300.00, seized by the ATF on July 20, 2024 from Khale GUILLOU in Swanzey, NH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021090:** TAURUS G3C PISTOL CAL:9 SN:AEH578873, valued at $300.00, seized by the ATF on July 20, 2024 from Khale GUILLOU in Swanzey, NH for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF NEVADA
**24-ATF-018932:** RUGER RUGER-57 PISTOL CAL:57 SN:643-02379, valued at $300.00, seized by the ATF on June 06, 2024 from Isidro GRAU in North Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF NEW YORK
**24-ATF-020911:** 1 Rounds Other Ammunition CAL:9, Serial No. Unknown, valued at $0.10, seized by the ATF on June 17, 2024 from Eric Perez in Staten Island, NY for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**NORTHERN DISTRICT OF OHIO**

**24-ATF-019967:** Glock Inc. 48 Pistol CAL:9 SN:BSNU352, valued at $300.00, seized by the ATF on June 10, 2024 from Joe Sanders-Taylor III in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019969:** Professional Ordnance Carbon 15 Pistol CAL:556 SN:B22844, valued at $300.00, seized by the ATF on June 10, 2024 from Joe Sanders-Taylor III in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019970:** 5 Rounds Assorted Ammunition CAL:9, valued at $0.50, seized by the ATF on June 10, 2024 from Joe Sanders-Taylor III in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019971:** 9 Rounds Assorted Ammunition CAL:556, valued at $0.90, seized by the ATF on June 10, 2024 from Joe Sanders-Taylor III in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019972:** 9 Rounds Assorted Ammunition CAL:556, valued at $0.90, seized by the ATF on June 10, 2024 from Joe Sanders-Taylor III in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019980:** Glock Inc. 19X Pistol CAL:9 SN:AFBK380, valued at $300.00, seized by the ATF on June 14, 2024 from Brooke Logan in Akron, OH for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019982:** Smith & Wesson 19 Classic Revolver CAL:357 SN:B9K4657, valued at $300.00, seized by the ATF on June 14, 2024 from Brooke Logan in Akron, OH for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019983:** Taurus International TX22 Pistol CAL:22 SN:1PT329844, valued at $300.00, seized by the ATF on June 14, 2024 from Brooke Logan in Akron, OH for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019984:** 11 Rounds Assorted Ammunition CAL:9, valued at $1.10, seized by the ATF on June 14, 2024 from Brooke Logan in Akron, OH for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019986:** 3 Rounds Assorted Ammunition CAL:Assorted, valued at $0.30, seized by the ATF on June 14, 2024 from Brooke Logan in Akron, OH for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019987:** 8 Rounds Unknown Manufacturer Ammunition CAL:22, valued at $0.80, seized by the ATF on June 14, 2024 from Brooke Logan in Akron, OH for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019988:** 17 Rounds Winchester-Western Ammunition CAL:38, valued at $1.70, seized by the ATF on June 14, 2024 from Brooke Logan in Akron, OH for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019991:** 5 Rounds Winchester-Western Ammunition CAL:25, valued at $0.50, seized by the ATF on June 14, 2024 from Brooke Logan in Akron, OH for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019992:** 9 Rounds Winchester-Western Ammunition CAL:9, valued at $0.90, seized by the ATF on June 14, 2024 from Brooke Logan in Akron, OH for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019993:** 163 Rounds Assorted Ammunition CAL:Assorted, valued at $16.30, seized by the ATF on June 14, 2024 from Brooke Logan in Akron, OH for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019994:** $4,202.00 U.S. Currency, seized by the ATF on June 14, 2024 from Brooke Logan in Akron, OH for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019995:** 17 Rounds Unknown Manufacturer Ammunition CAL:9, valued at $1.70, seized by the ATF on June 14, 2024 from Brooke Logan in Akron, OH for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019997:** Smith & Wesson M&P FPC Rifle CAL:9 SN:VA62211, valued at $425.00, seized by the ATF on June 26, 2024 from Jeffrey Goldbach in Mantua, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019998:** 5 Rounds Unknown Manufacturer Ammunition CAL:9, valued at $0.50, seized by the ATF on June 26, 2024 from Jeffrey Goldbach in Mantua, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020060:** Taurus International G2C Pistol CAL:9 SN:ABA229021, valued at $300.00, seized by the ATF on July 02, 2024 from Daniel Mahlon in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020065:** 7 Rounds Assorted Ammunition CAL:9, valued at $0.70, seized by the ATF on July 02, 2024 from Daniel Mahlon in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020067:** 10 Rounds Assorted Ammunition CAL:9, valued at $1.00, seized by the ATF on July 02, 2024 from Daniel Mahlon in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020068:** 1 Round Unknown Manufacturer Ammunition CAL:762, valued at $0.10, seized by the ATF on July

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/04/2024

## NORTHERN DISTRICT OF OHIO

**24-ATF-020068 - (Continued from previous page)**
02, 2024 from Matthew Inman in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020070:** 27 Rounds CCI Ammunition CAL:9, valued at $2.70, seized by the ATF on July 02, 2024 from Matthew Inman in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020071:** 49 Rounds Winchester-Western Ammunition CAL:22, valued at $4.90, seized by the ATF on July 02, 2024 from Matthew Inman in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020075:** Glock GMBH 19X Pistol CAL:9 SN:BRGF199, valued at $300.00, seized by the ATF on July 02, 2024 from Christopher Andrews in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020076:** 10 Rounds Assorted Ammunition CAL:9, valued at $1.00, seized by the ATF on July 02, 2024 from Christopher Andrews in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020082:** 6 Rounds Assorted Ammunition CAL:9, valued at $0.60, seized by the ATF on July 02, 2024 from John Burton in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020088:** 12 Rounds Tula Cartridge Works - Russia Ammunition CAL:9, valued at $1.20, seized by the ATF on July 02, 2024 from Denetris May in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020251:** Taurus 85 Ultralite Revolver CAL:38 SN:***7822, Obliterated, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020258:** Hipoint C9 Pistol CAL:9 SN:P1405923, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020260:** Hipoint JXP Pistol CAL:10 SN:X6002852, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020263:** Taurus G3 Pistol CAL:9 SN:ABN372436, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020264:** Taurus 856 Ultralite Revolver CAL:38 SN:MT85301, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020266:** Glock Inc. 43X Pistol CAL:9 SN:BUZY025, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020268:** Taurus TH9 Pistol CAL:9 SN:ABG677363, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020270:** 4 Rounds Assorted Ammunition CAL:38, valued at $0.40, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020271:** 14 Rounds Hornady Ammunition CAL:9, valued at $1.40, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020272:** Smith & Wesson 642 Airweight Revolver CAL:38 SN:DNY1598, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020273:** 3 Rounds Assorted Ammunition CAL:38, valued at $0.30, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020275:** FNH USA, LLC FNS-9C Pistol CAL:9 SN:CSU0063037, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020277:** Star Bonifacio Echeverria 30M Pistol CAL:9 SN:1885730, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020279:** Canik55 TP-9SF Pistol CAL:9 SN:20BC62443, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020281:** 24 Rounds Assorted Ammunition CAL:9, valued at $2.40, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020282:** Beretta USA Corp 96 Pistol CAL:40 SN:BER405786, valued at $300.00, seized by the ATF on July

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

## NORTHERN DISTRICT OF OHIO
**24-ATF-020282 - (Continued from previous page)**
02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020283:** Glock Inc. 30 Pistol CAL:45 SN:TAK542, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020287:** 9 Rounds Assorted Ammunition CAL:45, valued at $0.90, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020296:** Cobra Ent., Inc./Kodiak Ind. CB38 Derringer CAL:38 SN:CT033943, valued at $150.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020300:** Iver Johnson 67 Revolver CAL:32 SN:83139, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020304:** Rheinische Metallwaren Und Maschinenfabrik Dreyse Model 1907 Pistol CAL:32 SN:234027, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020308:** Russian M1895 Nagant Revolver CAL:762 SN:189515377, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020311:** Radical Firearms, LLC RF-15 Rifle CAL:556 SN:2-107042, valued at $425.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020316:** Savage Arms Inc. (CD) 93R17 Rifle CAL:17 SN:1285477, valued at $425.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020319:** Maverick Arms (Eagle Pass, TX) 88 Shotgun CAL:12 SN:MV47827J, valued at $250.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020322:** Remington Arms Company, Inc. 870 Express Magnum Shotgun CAL:20 SN:D899198U, valued at $250.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020329:** Remington Arms Company, Inc. 870 Express Shotgun CAL:20 SN:RS20131A, valued at $250.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020336:** 12 Rounds Tula Cartridge Works - Russia Ammunition CAL:762, valued at $1.20, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020339:** Tanfoglio, F.LLI, S.N.C Witness Pavona Pistol CAL:9 SN:MT19243, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020341:** 11 Rounds Fiocchi Ammunition CAL:9, valued at $1.10, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020343:** Diamondback Arms Inc. DB-15 Pistol CAL:Multi SN:DB1568702, valued at $300.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020344:** 40 Rounds Unknown Manufacturer Ammunition CAL:5.56, valued at $4.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020345:** 27 Rounds Unknown Manufacturer Ammunition CAL:Assorted, valued at $2.70, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020346:** 23 Rounds Unknown Manufacturer Ammunition CAL:Assorted, valued at $2.30, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020351:** 111 Rounds Unknown Manufacturer Ammunition CAL:Assorted, valued at $11.10, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020352:** 837 Rounds Assorted Ammunition CAL:Assorted, valued at $83.70, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/04/2024

### NORTHERN DISTRICT OF OHIO
**24-ATF-020353:** 90 Rounds Assorted Ammunition CAL:Assorted, valued at $9.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020354:** 266 Rounds Assorted Ammunition CAL:Assorted, valued at $26.60, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020355:** 210 Rounds Assorted Ammunition CAL:Assorted, valued at $21.00, seized by the ATF on July 02, 2024 from Robert Parham in Akron, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF OKLAHOMA
**24-ATF-008366:** 14 Rounds Assorted Ammunition Cal: 40, Serial No. NULL, valued at $1.40, seized by the Idabel Police Department on December 22, 2023 from Chianti Montrel Green in Idabel, OK, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-008367:** 28 Rounds Assorted Ammunition Cal: 9, Serial No. NULL, valued at $2.80, seized by the Idabel Police Department on December 22, 2023 from Chianti Montrel Green in Idabel, OK, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-008368:** GLOCK INC 19GEN5 Pistol Cal: 9 SN: AGKA767, valued at $150.00, seized by the Idabel Police Department on December 22, 2023 from Chianti Montrel Green in Idabel, OK, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-008369:** 11 Rounds Assorted Ammunition Cal: 45, Serial No. NULL, valued at $1.10, seized by the Idabel Police Department on December 22, 2023 from Randay Pondexter in Idabel, OK, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-008370:** GLOCK INC 21GEN4 Pistol Cal: 45 SN: AHWD233, valued at $150.00, seized by the Idabel Police Department on December 22, 2023 from Randay Pondexter in Idabel, OK, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF OKLAHOMA
**24-ATF-020957:** TAURUS INTERNATIONAL SPECTRUM PISTOL CAL:380 SN:1F025382, valued at $300.00, seized by the ATF on July 12, 2024 from Christopher Arron Blankenship in Miami, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020968:** 3 Rounds FEDERAL Ammunition CAL:380, Serial No. NULL, valued at $0.30, seized by the ATF on July 12, 2024 from Christopher Arron Blankenship in Miami, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

### WESTERN DISTRICT OF OKLAHOMA
**24-ATF-021058:** STOEGER STR-9 PISTOL CAL:9 SN:T6429-21U13458, valued at $300.00, seized by the ATF on June 15, 2024 from Deamonte Marquan MEEKS in Oklahoma City, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021066:** 16 Rounds ASSORTED Ammunition CAL:9, Serial No. NULL, valued at $1.60, seized by the ATF on June 15, 2024 from Deamonte Marquan MEEKS in Oklahoma City, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**EASTERN DISTRICT OF PENNSYLVANIA**
**24-ATF-020973:** Glock Inc. 27 Pistol CAL:40 SN:BYWM574, valued at $450.00, seized by the ATF on June 06, 2024 from Jose RODRIGUEZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020975:** Taurus G3C Pistol CAL:9 SN:ADC060981, valued at $300.00, seized by the ATF on June 06, 2024 from Jose RODRIGUEZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**MIDDLE DISTRICT OF PENNSYLVANIA**
**24-ATF-020640:** Smith & Wesson M&P 15 Rifle CAL:223 SN:TK54635, valued at $425.00, seized by the ATF on July 02, 2024 from Justis SHEA in Glen Lyon, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**WESTERN DISTRICT OF PENNSYLVANIA**

**24-ATF-018870:** 10 Rounds Sig Sauer Ammunition CAL:9, valued at $1.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018871:** $1,378.00 U.S. Currency, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018872:** $12,760.00 U.S. Currency, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018873:** Beretta USA Corps 92X Centurion Pistol CAL:9 SN:92x0030309, valued at $300.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018874:** 16 Rounds Hornady Ammunition CAL:9, valued at $1.60, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018875:** Glock 32 Pistol CAL:357 SN:bxdp694, valued at $300.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018877:** 12 Rounds Hornady Ammunition CAL:357, valued at $1.20, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018878:** 8 Rounds Hornady Ammunition CAL:357, valued at $0.80, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018964:** 5 Rounds WINCHESTER-WESTERN Ammunition CAL:45/410, valued at $0.50, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018965:** 214 Rounds Assorted Ammunition CAL:223, valued at $21.40, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018966:** 206 Rounds Assorted Ammunition CAL:40, valued at $20.60, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018968:** 181 Rounds Assorted Ammunition CAL:45, valued at $18.10, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018969:** 9 Rounds Assorted Ammunition CAL:12, valued at $0.90, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018970:** 7 Rounds Star Line Ammunition CAL:45, valued at $0.70, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018971:** Taurus The Judge Revolver CAL:45/410 SN:AEC185189, valued at $300.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018972:** 10 Rounds Star Line Ammunition CAL:45, valued at $1.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018974:** 12 Rounds Assorted Ammunition CAL:45, valued at $1.20, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018976:** Romarm/Cugir GP WASR 10/63 Rifle CAL:762 SN:1967AL4081, valued at $425.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018979:** Smith and Wesson M&P-14 Rifle CAL:556 SN:83549, valued at $425.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018982:** Smith & Wesson M&P 15 Rifle CAL:556 SN:TU31394, valued at $425.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018986:** Vezir Silah Sanayi Carrara B100 Shotgun CAL:12 SN:20CB-01242, valued at $250.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C.

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**WESTERN DISTRICT OF PENNSYLVANIA**

**24-ATF-018986 - (Continued from previous page)**
Section 924(d).

**24-ATF-018990:** Gerstenberger & Eberwein 22K Revolver CAL:22 SN:106912, valued at $300.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018997:** Ruger P90 Pistol CAL:45 SN:660-95496, valued at $300.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019005:** Smith & Wesson 629-6 Revolver CAL:44 SN:DRZ8967, valued at $300.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019007:** Beretta, Pietro S.P.A. 96A1 Pistol CAL:40 SN:A52763M, valued at $300.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019011:** Rock Island 310 Pistol CAL:45 SN:RIA2175058, valued at $300.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019014:** Taurus PT24/7 Pistol CAL:45 SN:NGU59788, valued at $300.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020169:** 10 Rounds JAGEMANN TECHNOLOGIES Ammunition CAL:9, valued at $1.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020566:** SCCY Industries, LLC CPX-2 Pistol CAL:9 SN:933110, valued at $300.00, seized by the ATF on June 04, 2024 from Michael Lindsey Jones in Mckeesport, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**DISTRICT OF PUERTO RICO**

**24-ATF-019673:** GLOCK GMBH 19GEN5 CAL: 9 Pistol SN: BGFY191, valued at $300.00, seized by the ATF on June 07, 2024 from ADRIEN MARTINEZ-SANCHEZ in Humacao, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020581:** GLOCK INC 19CGEN4 PISTOL CAL:9 SN:BARK421, valued at $300.00, seized by the ATF on July 10, 2024 from Luis Daniel RAMOS-OYOLA in BAYAMON, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020582:** 46 Rounds ASSORTED Ammunition CAL:9, valued at $4.60, seized by the ATF on July 10, 2024 from Luis Daniel RAMOS-OYOLA in BAYAMON, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020756:** Glock GMBH 23GEN4 Pistol  SN:BHEU687, valued at $300.00, seized by the ATF on June 05, 2024 from Herbert M. SANTIAGO-DE JESUS in PONCE, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020776:** GLOCK INC. 23C Pistol CAL:40 SN: KLL811 Finish: Black, valued at $300.00, seized by the ATF on June 05, 2024 from Herbert M. SANTIAGO-DE JESUS in PONCE, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020784:** KAHR ARMS - AUTO ORDNANCE CT40 Pistol  CAL:40 SN:Obliterated, valued at $300.00, seized by the ATF on June 05, 2024 from Herbert M. SANTIAGO-DE JESUS in PONCE, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020786:** 66 Rounds ASSORTED Ammunition CAL:40, valued at $6.60, seized by the ATF on June 05, 2024 from Herbert M. SANTIAGO-DE JESUS in PONCE, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020970:** Unknown Manufacturer Rifle CAL:223, valued at $425.00, seized by the ATF on June 11, 2024 from Jasael FIGUEROA-FIGUEROA in Toa Baja, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020988:** Unknown Manufacturer AK-Style Machine Gun  CAL:762 SN:1985S-BM1567, valued at $425.00, seized by the ATF on June 11, 2024 from Jasael FIGUEROA-FIGUEROA in Toa Baja, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020993:** HECKLER AND KOCH USP45 Pistol  CAL:45 SN:25-089861, valued at $300.00, seized by the ATF on June 11, 2024 from Jasael FIGUEROA-FIGUEROA in Toa Baja, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020995:** Unknown Manufacturer Unkown  MACHINE GUN CAL:40 SN:None, valued at $425.00, seized by the ATF on June 11, 2024 from Jasael FIGUEROA-FIGUEROA in Toa Baja, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020998:** Unknown Manufacturer Polymer 80 MACHINE GUN CAL:40 SN:None, valued at $425.00, seized by the ATF on June 11, 2024 from Jasael FIGUEROA-FIGUEROA in Toa Baja, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-021008:** GLOCK INC 19X PISTOL CAL:9 SN:BHUD537, valued at $300.00, seized by the ATF on June 11, 2024 from Jasael FIGUEROA-FIGUEROA in Toa Baja, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-021015:** GLOCK GMBH 27 MACHINE GUN  CAL:40 SN:BXN097US, valued at $425.00, seized by the ATF on June 11, 2024 from Jasael FIGUEROA-FIGUEROA in Toa Baja, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**EASTERN DISTRICT OF TENNESSEE**
**24-ATF-019985:** 22 Rounds Fiocchi Ammunition CAL:9, valued at $2.20, seized by the ATF on June 14, 2024 from Kenny Eugene MCILLWAIN in Knoxville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019989:** Heritage MFG. Inc. Rough Rider Revolver CAL:22 SN:Y92663, valued at $300.00, seized by the ATF on June 14, 2024 from Kenny Eugene MCILLWAIN in Knoxville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019990:** 1 Rounds Unknown Ammunition CAL:22, valued at $0.10, seized by the ATF on June 14, 2024 from Kenny Eugene MCILLWAIN in Knoxville, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020363:** Taurus PT111 PRO Pistol CAL:9 SN:TAX98268, valued at $300.00, seized by the ATF on July 10, 2024 from Nicholas FOSTER in Soddy Daisy, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020366:** 7 Rounds Assorted Ammunition CAL:9, valued at $0.70, seized by the ATF on July 10, 2024 from Nicholas FOSTER in Soddy Daisy, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE: 10/04/2024**

## EASTERN DISTRICT OF TEXAS

**24-ATF-018460:** $65,000.00 U.S. Currency, seized by the ATF on June 21, 2024 from Ronnie Janczak in Groveton, TX for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-020589:** DANIEL DEFENSE INC DDM4 RIFLE CAL:MULTI SN:DDM4447323, valued at $425.00, seized by the ATF on July 08, 2024 from William Fincher in Nacogdoches, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020590:** TOKAREV SAVUNMA SILAH SANAYI (TOKAREV ARMS) TBP SHOTGUN CAL:12 SN:52H23YB019344, valued at $250.00, seized by the ATF on July 08, 2024 from William Fincher in Nacogdoches, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020591:** PALMETTO STATE ARMORY PA-15 RIFLE CAL:MULTI SN:SCNL012930, valued at $425.00, seized by the ATF on July 08, 2024 from William Fincher in Nacogdoches, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020592:** Unknown Manufacturer Unknown Manufac Silencer CAL:Unknown Ma SN:None, valued at $300.00, seized by the ATF on July 08, 2024 from William Fincher in Nacogdoches, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020594:** 898 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. NULL, valued at $89.80, seized by the ATF on July 08, 2024 from William Fincher in Nacogdoches, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020595:** SIG SAUER (SIG-ARMS) SIG M400 RIFLE CAL:556 SN:20L125084, valued at $425.00, seized by the ATF on July 08, 2024 from William Fincher in Nacogdoches, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020597:** RUGER EC9S PISTOL CAL:9 SN:45699268, valued at $300.00, seized by the ATF on July 08, 2024 from William Fincher in Nacogdoches, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020598:** MOSSBERG PATRIOT RIFLE CAL:308 SN:MPR0389153, valued at $425.00, seized by the ATF on July 08, 2024 from William Fincher in Nacogdoches, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020646:** BRYCO ARMS 59 PISTOL CAL:9 SN:1016981, valued at $300.00, seized by the ATF on July 02, 2024 from Gary MILLS in Lufkin, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020648:** SAVAGE ARMS INC. (CD) MARK II RIFLE CAL:22 SN:4234514, valued at $425.00, seized by the ATF on July 02, 2024 from Gary MILLS in Lufkin, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020649:** MARLIN FIREARMS CO 336 RIFLE CAL:30-30 SN:23056962, valued at $425.00, seized by the ATF on July 02, 2024 from Gary MILLS in Lufkin, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020650:** REMINGTON ARMS COMPANY, INC 514P RIFLE CAL:22 SN:NONE, valued at $425.00, seized by the ATF on July 02, 2024 from Gary MILLS in Lufkin, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020652:** REMINGTON ARMS COMPANY, INC 870 SHOTGUN CAL:12 SN:T082537V, valued at $250.00, seized by the ATF on July 02, 2024 from Gary MILLS in Lufkin, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020702:** Unknown Manufacturer Unknown MACHINE GUN (NFA) CAL:Unknown SN:None, valued at $425.00, seized by the ATF on June 13, 2024 from Aaron Jose Guereque in Dayton, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020708:** GLOCK GMBH 17 PISTOL CAL:9 SN:BTMM853, valued at $300.00, seized by the ATF on June 13, 2024 from Aaron Jose Guereque in Dayton, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020711:** 15 Rounds Unknown Manufacturer Ammunition CAL:9, valued at $1.50, seized by the ATF on June 13, 2024 from Aaron Jose Guereque in Dayton, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020714:** GLOCK GMBH 19 PISTOL CAL:9 SN:BAVN062, valued at $300.00, seized by the ATF on June 13, 2024 from Aaron Jose Guereque in Dayton, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020717:** 15 Rounds Manufacturer Ammunition CAL:9, valued at $1.50, seized by the ATF on June 13, 2024

**(Continued on next page)**

[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**EASTERN DISTRICT OF TEXAS**

24-ATF-020717 - (Continued from previous page)
from Aaron Jose Guereque in Dayton, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020945:** PALMETTO STATE ARMORY PA-15 RIFLE CAL:MULTI SN:LW064401, valued at $600.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020999:** MARLIN FIREARMS CO 336W RIFLE CAL:30-30 SN:MR62595H, valued at $700.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021002:** HATFIELD GUN COMPANY SGL SHOTGUN CAL:20 SN:20S22-000297, valued at $150.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021004:** CBC (COMPANHIA BRAZILIERA DE CARTUCHOS) 702 PLINKSTER RIFLE CAL:22 SN:EDK163966, valued at $150.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021006:** MARLIN FIREARMS CO 81DL RIFLE CAL:22 SN:NONE, valued at $175.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021009:** TOKAREV SAVUNMA SILAH SANAYI (TOKAREV ARMS) TAR 12P SHOTGUN CAL:12 SN:52H23YD008911, valued at $800.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021011:** WINCHESTER 67 RIFLE CAL:22 SN:NONE, valued at $250.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021013:** PRIVATELY MADE FIREARM (PMF) UNKNOWN PISTOL CAL:UNKNOWN SN:NONE, valued at $100.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021016:** GERMAN SPORTS GUNS GSG-522 RIFLE CAL:22 SN:A541998, valued at $300.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021019:** PRIVATELY MADE FIREARM (PMF) UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $50.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021021:** KRISS USA INC. (TRANSFORMATIONAL DEFENSE IND) KRISS VECTOR SD RIFLE CAL:UNKNOWN SN:45P013345, valued at $1,100.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021023:** MAVERICK ARMS (EAGLE PASS, TX) 88 SHOTGUN CAL:12 SN:MV19515L, valued at $500.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021027:** ANDERSON MANUFACTURING AM-15 RIFLE CAL:MUTLI SN:23034267, valued at $500.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021030:** D C INDUSTRIES AMD65 RIFLE CAL:762 SN:AMD6503246, valued at $500.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021033:** PRIVATELY MADE FIREARM (PMF) UNKNOWN RIFLE CAL:UNKNOWN SN:NONE, valued at $100.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021036:** SMITH & WESSON 66 REVOLVER CAL:357 SN:AVU3053, valued at $900.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021040:** PRIVATELY MADE FIREARM (PMF) UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

## EASTERN DISTRICT OF TEXAS

**24-ATF-021040 - (Continued from previous page)**
valued at $50.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021042:** MAGNUM RESEARCH, INC UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:DK0106495, valued at $10.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021043:** PRIVATELY MADE FIREARM (PMF) UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $50.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021044:** MASTERPIECE ARMS MPA30 PISTOL CAL:9 SN:B5195, valued at $500.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021045:** PALMETTO STATE ARMORY DAGGER FULL SIZE-S PISTOL CAL:9 SN:DEB04844, valued at $200.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021046:** POLYMER80, INC. (P80 TACTICAL P80) PF940SC PISTOL CAL:9 SN:NONE, valued at $100.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021047:** GLOCK GMBH 21SF PISTOL CAL:45 SN:PCL959, valued at $500.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021048:** CZ (CESKA ZBROJOVKA) CZ P-07 PISTOL CAL:9 SN:C910433, valued at $450.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021049:** PRIVATELY MADE FIREARM (PMF) UNKNOWN PISTOL CAL:UNKNOWN SN:NONE, valued at $50.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021050:** PRIVATELY MADE FIREARM (PMF) UNKNOWN PISTOL CAL:UNKNOWN SN:NONE, valued at $50.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021051:** 6 Rounds SUPER VEL Ammunition CAL:38, Serial No. NULL, valued at $0.60, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021052:** 89 Rounds ASSORTED Ammunition CAL:38, Serial No. NULL, valued at $8.90, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021053:** 15 Rounds ASSORTED Ammunition CAL:UNKNOWN, Serial No. NULL, valued at $1.50, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021054:** 1 Rounds ARMCO Ammunition CAL:45, Serial No. NULL, valued at $0.10, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021076:** TAURUS PT709 SLIM PISTOL CAL:9 SN:TFN39970, valued at $100.00, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021078:** 1 Rounds CBC - BRAZILIAN CARTTIDGE COMPANY Ammunition CAL:9, Serial No. NULL, valued at $0.10, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021079:** 4 Rounds ASSORTED Ammunition CAL:MULTI, Serial No. NULL, valued at $0.40, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021081:** 7 Rounds REMINGTON Ammunition CAL:9, Serial No. NULL, valued at $0.70, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**EASTERN DISTRICT OF TEXAS**
**24-ATF-021082:** 11 Rounds ASSORTED Ammunition CAL:9, Serial No. NULL, valued at $1.10, seized by the ATF on June 27, 2024 from Steven PEMBLETON in ATHENS, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-021180:** 27 Rounds UNKNOWN Ammunition CAL:223, Serial No. NULL, valued at $2.70, seized by the ATF on July 18, 2024 from Travius Demetruis Warden in Richardson, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**NORTHERN DISTRICT OF TEXAS**

**24-ATF-020610:** HARRINGTON AND RICHARDSON 755 SAHARA RIFLE CAL:22 SN:NONE, valued at $425.00, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020611:** MAVERICK ARMS (EAGLE PASS, TX) 88 SHOTGUN CAL:20 SN:MV49670N, valued at $250.00, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020612:** SUN CITY MACHINERY CO., LTD STEVENS 320 SHOTGUN CAL:12 SN:181893H, valued at $250.00, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020613:** DAVIS INDUSTRIES DM22 DERRINGER CAL:22 SN:123287, valued at $150.00, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020615:** DAVIS INDUSTRIES DM22 DERRINGER CAL:22 SN:432349, valued at $150.00, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020616:** HIPOINT C9 PISTOL CAL:9 SN:P1865577, valued at $300.00, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020618:** HERITAGE MFG. INC ROUGH RIDER REVOLVER CAL:22 SN:1BH758572, valued at $300.00, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020619:** WILSON COMBAT CQB ELITE PISTOL CAL:45 SN:WCT19858, valued at $300.00, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020621:** TAURUS G2C PISTOL CAL:9 SN:TLP40700, valued at $300.00, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020622:** SMITH & WESSON M&P 15 RIFLE CAL:556 SN:TS67213, valued at $425.00, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020623:** SMITH & WESSON SW40VE PISTOL CAL:40 SN:DYH0453, valued at $300.00, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020625:** SMITH & WESSON M&P BODYGUARD 380 PISTOL CAL:380 SN: KDY5456, valued at $300.00, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020788:** 92 Rounds Assorted Ammunition CAL:556, Serial No. Null, valued at $9.20, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020794:** 373 Rounds Assorted Ammunition CAL:9, Serial No. Null, valued at $37.30, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020797:** 156 Rounds Assorted Ammunition CAL:380, Serial No. Null, valued at $15.60, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020800:** 35 Rounds Assorted Ammunition CAL:20, Serial No. Null, valued at $3.50, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020801:** 164 Rounds Assorted Ammunition CAL:40, Serial No. Null, valued at $16.40, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020802:** 160 Rounds Assorted Ammunition CAL:12, Serial No. Null, valued at $16.00, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020803:** 24 Rounds Assorted Ammunition CAL:223, Serial No. Null, valued at $2.40, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020804:** 31 Rounds Assorted Ammunition CAL:45, Serial No. Null, valued at $3.10, seized by the ATF on July 09, 2024 from Phillipp HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

### NORTHERN DISTRICT OF TEXAS

**24-ATF-020806:** 1 Rounds Assorted Ammunition CAL:357, Serial No. Null, valued at $0.10, seized by the ATF on July 09, 2024 from Phillip HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020807:** 1 Rounds Assorted Ammunition CAL:38, Serial No. Null, valued at $0.10, seized by the ATF on July 09, 2024 from Phillip HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020809:** 521 Rounds Assorted Ammunition CAL:22, Serial No. Null, valued at $52.10, seized by the ATF on July 09, 2024 from Phillip HUDSON in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-021071:** 8 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. NULL, valued at $0.80, seized by the ATF on June 20, 2024 from Jonathan JIMENEZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-021073:** 7 Rounds HORNADY Ammunition CAL:9, Serial No. NULL, valued at $0.70, seized by the ATF on June 20, 2024 from Jonathan JIMENEZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-021074:** 66 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. NULL, valued at $6.60, seized by the ATF on June 20, 2024 from Jonathan JIMENEZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-021075:** 233 Rounds ASSORTED Ammunition CAL:223, Serial No. NULL, valued at $23.30, seized by the ATF on June 20, 2024 from Jonathan JIMENEZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-021085:** 36 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. NULL, valued at $3.60, seized by the ATF on June 20, 2024 from Vince Edward Jr. Wright in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-021086:** 51 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. NULL, valued at $5.10, seized by the ATF on June 20, 2024 from Mervin Charles II LEE in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-021087:** 68 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. NULL, valued at $6.80, seized by the ATF on June 20, 2024 from Mervin Charles II LEE in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-021088:** Smith and Wesson M&P 9 Shield PISTOL CAL:9 SN:HKP1115, valued at $300.00, seized by the ATF on June 20, 2024 from Mervin Charles II LEE in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-021089:** 10 Rounds ASSORTED Ammunition CAL:9, Serial No. NULL, valued at $1.00, seized by the ATF on June 20, 2024 from Mervin Charles II LEE in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-021140:** 36 Rounds ASSORTED Ammunition CAL:40, Serial No. NULL, valued at $3.60, seized by the ATF on July 21, 2024 from Semaj Oshea WHITE in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

*See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.*

**LAST DATE TO FILE: 10/04/2024**

**SOUTHERN DISTRICT OF TEXAS**

**24-ATF-018459:** $4,815.00 U.S. Currency, seized by the ATF on June 21, 2024 from Ronnie Janczak in Spring, TX for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-018461:** $56,410.00 U.S. Currency, seized by the ATF on June 21, 2024 from Ronnie Janczak in Spring, TX for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019945:** KRISS USA INC. (TRANSFORMATIONAL DEFENSE IND) KRISS VECTOR SDP PISTOL CAL:45 SN:45P018878, valued at $500.00, seized by the ATF on June 26, 2024 from Concepcion Gerrardo Palomares in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019951:** 35 Rounds CCI Ammunition CAL:22, valued at $3.50, seized by the ATF on June 26, 2024 from Concepcion Gerrardo Palomares in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019952:** 13 Rounds CCI Ammunition CAL:22, valued at $1.30, seized by the ATF on June 26, 2024 from Concepcion Gerrardo Palomares in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019953:** PRIVATELY MADE, UNKNOWN MANUFACTURER AR LOWER RECEIVER/FRAME CAL:MULTI SN:NONE, valued at $500.00, seized by the ATF on June 26, 2024 from Concepcion Gerrardo Palomares in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019954:** PRIVATELY MADE, UNKNOWN MANUFACTURER AR LOWER RECEIVER/FRAME CAL:MULTI SN:NONE, valued at $500.00, seized by the ATF on June 26, 2024 from Concepcion Gerrardo Palomares in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019955:** PRIVATELY MADE, UNKNOWN MANUFACTURER AR LOWER RECEIVER/FRAME CAL:MULTI SN:NONE, valued at $500.00, seized by the ATF on June 26, 2024 from Concepcion Gerrardo Palomares in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019956:** PRIVATELY MADE, UNKNOWN MANUFACTURER AR LOWER RECEIVER/FRAME CAL:MULTI SN:NONE, valued at $500.00, seized by the ATF on June 26, 2024 from Concepcion Gerrardo Palomares in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020121:** GLOCK GMBH 23 PISTOL CAL:40 SN:GLC615, valued at $300.00, seized by the ATF on June 13, 2024 from Hunter Cristian Perez in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-020123:** PALMETTO STATE ARMORY PA-15 LOWER RECEIVER CAL:MULTI SN:SCNL203315, valued at $250.00, seized by the ATF on June 13, 2024 from Hunter Cristian Perez in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-020124:** PALMETTO STATE ARMORY PA-15 LOWER RECEIVER CAL:MULTI SN:SCNL009397, valued at $250.00, seized by the ATF on June 13, 2024 from Hunter Cristian Perez in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-020125:** AMERICAN DEFENSE MANUFACTURING LLC. UIC MOD. 2 RIFLE CAL:556 SN:U18000170, valued at $425.00, seized by the ATF on June 13, 2024 from Hunter Cristian Perez in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-020126:** MARLIN FIREARMS CO. 20 RIFLE CAL:22 SN:24612240, valued at $425.00, seized by the ATF on June 13, 2024 from Hunter Cristian Perez in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-020127:** REMINGTON ARMS COMPANY, INC. 870 SHOTGUN CAL:12 SN:v225267v, valued at $250.00, seized by the ATF on June 13, 2024 from Hunter Cristian Perez in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-020128:** GLOCK GMBH 27GEN5 PISTOL CAL:40 SN:BUDC620, valued at $300.00, seized by the ATF on June 13, 2024 from Hunter Cristian Perez in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-020130:** 15 Rounds UNKNOWN MANUFACTURER Ammunition CAL:40, valued at $1.50, seized by the ATF on June 13, 2024 from Hunter Cristian Perez in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-020250:** SMITH & WESSON M&P 380 SHIELD EZ PISTOL CAL:380 SN:RDM3549, valued at $300.00, seized by the ATF on June 13, 2024 from Jordan Osborne in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C.

**(Continued on next page)**

[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

## SOUTHERN DISTRICT OF TEXAS

**24-ATF-020250 - (Continued from previous page)**
Section 924(d).
**24-ATF-020252:** Unknown Manufacturer Machinegun Conversion Device MACHINE GUN (NFA) CAL:Unknown SN:None, valued at $425.00, seized by the ATF on June 13, 2024 from Jordan Osborne in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-020253:** Unknown Manufacturer Machinegun Conversion Device MACHINE GUN (NFA) CAL:UNKNOWN SN:NONE, valued at $425.00, seized by the ATF on June 13, 2024 from Jordan Osborne in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-020254:** Unknown Manufacturer Machinegun Conversion Device MACHINE GUN (NFA) CAL:Unknown SN:None, valued at $425.00, seized by the ATF on June 13, 2024 from Jordan Osborne in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-020255:** Unknown Manufacturer Machinegun Conversion Device MACHINE GUN (NFA) CAL:Unknown SN:None, valued at $425.00, seized by the ATF on June 13, 2024 from Jordan Osborne in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-020256:** Unknown Manufacturer Machinegun Conversion Device MACHINE GUN (NFA) CAL:Unknown SN:None, valued at $425.00, seized by the ATF on June 13, 2024 from Jordan Osborne in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-020257:** Unknown Manufacturer Machinegun Conversion Device MACHINE GUN (NFA) CAL:Unknown SN:None, valued at $425.00, seized by the ATF on June 13, 2024 from Jordan Osborne in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-020259:** Unknown Manufacturer Machinegun Conversion Device MACHINE GUN (NFA) CAL:Unknown SN:None, valued at $425.00, seized by the ATF on June 13, 2024 from Jordan Osborne in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-020261:** Unknown Manufacturer Machinegun Conversion Device MACHINE GUN (NFA) CAL:Unknown SN:None, valued at $425.00, seized by the ATF on June 13, 2024 from Jordan Osborne in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-020262:** Unknown Manufacturer Machinegun Conversion Device MACHINE GUN (NFA) CAL:Unknown SN:None, valued at $425.00, seized by the ATF on June 13, 2024 from Jordan Osborne in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-020265:** Unknown Manufacturer Machinegun Conversion Device MACHINE GUN (NFA) CAL:Unknown SN:None, valued at $425.00, seized by the ATF on June 13, 2024 from Jordan Osborne in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-020360:** $3,000.00 U.S. Currency, seized by the ATF on July 11, 2024 from Darwin Recarte in Hempstead, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020361:** $3,000.00 U.S. Currency, seized by the ATF on July 11, 2024 from Immer Ismael Campos Quintanilla in Hempstead, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020686:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7142105, valued at $425.00, seized by the ATF on July 12, 2024 from Jesus Cristo Lopez in Mission, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020688:** PIONEER ARMS CORPORATION (RADOM, POLAND) SPORTER RIFLE CAL:762 SN:PAC24PL20790, valued at $4,250.00, seized by the ATF on July 12, 2024 from Jesus Cristo Lopez in Mission, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020689:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7150403, valued at $425.00, seized by the ATF on July 12, 2024 from Rodolfo Benitez-Garza in Mission, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  10/04/2024

### SOUTHERN DISTRICT OF TEXAS
**24-ATF-020755:** SCCY INDUSTRIES, LLC (SKYY IND.) CPX-2 PISTOL CAL:9 SN:846556, valued at $300.00, seized by the ATF on July 06, 2024 from Jesus Antonio Vasquez in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020763:** 7 Rounds ASSORTED Ammunition CAL:9mm, valued at $0.70, seized by the ATF on July 06, 2024 from Jesus Antonio Vasquez in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020851:** FNH USA LLC M249S Rifle CAL:556 SN:M249SA09939, valued at $425.00, seized by the ATF on July 11, 2024 from Darwin Recarte in Hempstead, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020940:** TAURUS PT111 sub model MILLENNIUM G2 PISTOL CAL:9 SN:AEC143009, valued at $300.00, seized by the ATF on July 01, 2024 from Arnoldo Rosas in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020942:** 14 Rounds REMINGTON Ammunition CAL:9, valued at $1.40, seized by the ATF on July 01, 2024 from Arnoldo Rosas in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020943:** RUGER LCP PISTOL CAL:380 SN:372381010, valued at $300.00, seized by the ATF on July 01, 2024 from Arnoldo Rosas in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020944:** 3 Rounds REMINGTON Ammunition CAL:380, valued at $0.30, seized by the ATF on July 01, 2024 from Arnoldo Rosas in Laredo, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020949:** CENTURY ARMS INTERNATIONAL BFT47 RIFLE CAL:762 SN:BFT47020653, valued at $425.00, seized by the ATF on July 11, 2024 from Sammuel Rodriguez in Edinburg, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020953:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7148917, valued at $425.00, seized by the ATF on July 11, 2024 from Sammuel Rodriguez in Edinburg, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020955:** CENTURY ARMS INTERNATIONAL BFT47 RIFLE CAL:762 SN:BFT47021207, valued at $425.00, seized by the ATF on July 11, 2024 from Sammuel Rodriguez in Edinburg, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020959:** CENTURY ARMS INTERNATIONAL VSKA RIFLE CAL:762 SN:SV7150553, valued at $425.00, seized by the ATF on July 11, 2024 from Sammuel Rodriguez in Edinburg, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

### WESTERN DISTRICT OF TEXAS
**24-ATF-020692:** 4 Rounds Unknown Ammunition CAL:Unknown, Serial No. Null, valued at $0.40, seized by the ATF on July 08, 2024 from DAVID RODGERS in Sierra Blanca, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020694:** Savage Springfield187J Rifle CAL:22 SN:None, valued at $425.00, seized by the ATF on July 08, 2024 from DAVID RODGERS in Sierra Blanca, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020698:** 65 Rounds Assorted Ammunition CAL:22, Serial No. Null, valued at $6.50, seized by the ATF on July 08, 2024 from DAVID RODGERS in Sierra Blanca, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020924:** RAVEN ARMS MP25 PISTOL CAL:25 SN:1461837, valued at $300.00, seized by the ATF on July 17, 2024 from Michael Anthony Garcia in El Paso, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  10/04/2024**

**EASTERN DISTRICT OF VIRGINIA**

**24-ATF-019484:** GLOCK GMBH 19GEN5 Pistol CAL:9 SN:BUHM369, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019487:** GLOCK GMBH 19 Pistol CAL:9 SN:PWP217, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019489:** SMITH & WESSON SD9VE Pistol CAL:9 SN:FZK4257, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019490:** SMITH & WESSON SD9VE Pistol CAL:9 SN:FEB7326, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019491:** GLOCK GMBH 19 Pistol CAL:9 SN:BUCY598, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019492:** GLOCK GMBH 19GEN5 Pistol CAL:9 SN:BZPG110, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019493:** SMITH & WESSON SD9VE Pistol CAL:9 SN:FDJ9712, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019494:** GLOCK GMBH 20 Pistol CAL:10 SN:BMXY390, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019495:** GLOCK GMBH 19X Pistol CAL:9 SN:BXGZ748, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019496:** CANIK55 TP-9SF Pistol CAL:9 SN:20BH03021, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019497:** GLOCK GMBH 17GEN5 Pistol CAL:9 SN:CBCR094, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019498:** TAURUS G2C Pistol CAL:9 SN:ABE592126, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019499:** HS PRODUKT (IM METAL) HELLCAT Pistol CAL:9 SN:BY364439, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019500:** HS PRODUKT (IM METAL) HELLCAT Pistol CAL:9 SN:BY605812, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019501:** GLOCK GMBH 26 Pistol CAL:9 SN:BEDH673, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019502:** TAURUS THE JUDGE Revolver CAL:45/410 SN:ADK761334, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019503:** SMITH & WESSON CSX Pistol CAL:9 SN:SBD2826, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019504:** SMITH & WESSON SD40VE Pistol CAL:40 SN:HEJ3938, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019505:** TAURUS GX4 Pistol CAL:9 SN:1GA85168, valued at $600.00, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019506:** 131 Rounds ASSORTED Ammunition CAL:Unknown, Serial No. Unknown, valued at $13.10, seized by the ATF on May 30, 2024 from MICHAEL PITTMAN in Brodnax, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020239:** GLOCK GMBH 19 Pistol CAL:9 SN:BNFZ340, valued at $300.00, seized by the ATF on June 08, 2024 from Taekwon Malik MORRIS in Virginia Beach, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/17/2024**
**LAST DATE TO FILE PETITION:  09/27/2024**

### MIDDLE DISTRICT OF ALABAMA
**24-ATF-004377:** Glock Inc. 45 Machine Gun CAL:9 SN:AGEB255, valued at $300.00, seized by the ATF on December 14, 2023 from Darrol Tremayne Jr. FOGGY in Montgomery, AL for forfeiture pursuant to 26 U.S.C. Section 5872.

### SOUTHERN DISTRICT OF FLORIDA
**24-ATF-020415:** Inland Manufacturing Div of General Motors for US government M2 carbine MACHINE GUN CAL:30 SN:7064728, valued at $425.00, seized by the ATF on July 11, 2024 from Lauren Elizabeth Mitchell in FORT PIERCE, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

### WESTERN DISTRICT OF LOUISIANA
**23-ATF-040775:** GLOCK GMBH 26 Pistol CAL:9 SN:BRRS006, valued at $800.00, seized by the ATF on April 21, 2023 from Dartavien GIROD in Breaux Bridge, LA for forfeiture pursuant to 26 U.S.C. Section 5872.

### EASTERN DISTRICT OF MISSOURI
**24-ATF-020080:** SILENCERCO, LLC OCTANE SILENCER CAL:45 SN:OCT45-24738, valued at $300.00, seized by the ATF on June 28, 2024 from 2 Alpha Armory in Arnold, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020089:** COLT M4 CARBINE RECEIVER/FRAME CAL:UNKNOWN SN:A0176251, valued at $150.00, seized by the ATF on June 28, 2024 from Mark Matlack in Maryland Heights, MO for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020090:** American Manufacturing Triple X Warrior SILENCER  CAL:223 SN:W08055, valued at $300.00, seized by the ATF on June 28, 2024 from Mark Matlack in Maryland Heights, MO for forfeiture pursuant to 26 U.S.C. Section 5872.

### SOUTHERN DISTRICT OF NEW YORK
**23-ATF-040701:** Heckler and Koch MP5 Machine Gun CAL:9 SN:62-354753, valued at $1,000.00, seized by the ATF on July 05, 2023 from Thomas Chenet in Elmsford, NY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-040702:** Blueline Tactical, BL-15 Machine Gun CAL:Unknown SN:BLMG-1, valued at $1,000.00, seized by the ATF on July 05, 2023 from Thomas Chenet in Elmsford, NY for forfeiture pursuant to 26 U.S.C. Section 5872.
**23-ATF-040703:** Blueline Tactical 1928A1 Machine Gun CAL:Unknown SN:BLMG2, valued at $1,000.00, seized by the ATF on July 05, 2023 from Thomas Chenet in Elmsford, NY for forfeiture pursuant to 26 U.S.C. Section 5872.

### SOUTHERN DISTRICT OF OHIO
**24-ATF-019485:** Glock Inc. 17 Machine Gun CAL:9 SN:BSHS263, valued at $300.00, seized by the ATF on May 30, 2024 from Trevaughn Johnson in Cincinnati, OH for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

157

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/17/2024**
**LAST DATE TO FILE PETITION:  09/27/2024**

### DISTRICT OF OREGON

**24-ATF-020642:** UNKNOWN MACHINE GUN CAL:556 SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020644:** UNKNOWN SILENCER  CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020654:** UNKNOWN MACHINE GUN CAL:223 SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020660:** PALMETTO STATE ARMORY PX9 SHORT BARRELED RIFLE CAL:9 SN:X9-042091, valued at $400.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020661:** UNKNOWN SILENCER  CAL:9 SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020662:** UNKNOWN  MACHINE GUN CAL:MULTI SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020663:** UNKNOWN  MACHINE GUN CAL:MULTI SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020670:** UNKNOWN  MACHINE GUN  CAL:UNKNOWN SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020675:** UNKNOWN  SILENCER  CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020676:** UNKNOWN  MACHINE GUN  CAL:UNKNOWN SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020678:** UNKNOWN  SILENCER  CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

24-ATF-020873: MASTERPIECE ARMS DEFENDER MACHINE GUN CAL:9 SN:FXZ4140, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020876:** ROMARM/CUGIR DRACO MACHINE GUN CAL:762 SN:06-8565, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020877:** CFT LLC - (COBRAY FIREARMS OF TENNESSEE) M11/9 MACHINE GUN  CAL:9 SN:86-0008247, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-020881:** NORINCO (NORTH CHINA INDUSTRIES) MAK90 SPORTER MACHINE GUN  CAL:762 SN:9478231, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

24-ATF-020889: UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

### DISTRICT OF SOUTH CAROLINA

**24-ATF-020587:** UNKNOWN UNKNOWN SILENCER(NFA) CAL:9 SN:UNKNOWN, valued at $300.00, seized by the ATF on February 28, 2024 from Roy Benton Jr Freeman in ANDERSON, SC for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/17/2024**
**LAST DATE TO FILE PETITION:  09/27/2024**

## WESTERN DISTRICT OF TENNESSEE
**24-ATF-020383:** Glock GMBH 17 Machine Gun CAL:9 SN:BVBU204, valued at $300.00, seized by the ATF on May 12, 2024 from Melanchi Wllllams in Memphis, TN for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF TEXAS
**24-ATF-020177:** Homemade Explosives, White, plastic, medicine bottle labeled as "Cyclonite (RDX)" containing a white / light gray crystalline substance wrapped in tissue paper. (Total weight 26g), valued at $0.01, seized by the ATF on June 12, 2024 from Dustin Lee Fehmel in Bay City, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020212:** KNIGHTS ARMAMENT CO. SR-30 SBR RIFLE CAL:300 SN:KM915330, valued at $425.00, seized by the ATF on March 08, 2024 from Michael Anthony Palomo in Houston, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020213:** SUREFIRE LLC FA556-212  SILENCER (NFA) CAL:556 SN:A1603187, valued at $300.00, seized by the ATF on March 08, 2024 from Michael Anthony Palomo in Houston, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

## WESTERN DISTRICT OF VIRGINIA
**24-ATF-019757:** Unknown Manufacturer Unknown Machinegun CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 25, 2024 from Parker David Stultz in Roanoke, VA for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF WYOMING
**24-ATF-020544:** Unknown Manufacturer Vapor Silencer (NFA) CAL:22 SN:VPR579, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020554:** Mack Brothers Vapor Silencer (NFA) CAL:22 SN:VPR583, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020555:** Mack Brothers Vapor Silencer (NFA) CAL:22 SN:VPR584, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020565:** Mack Brothers Vapor Silencer (NFA) CAL:22 SN:VPR578, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020568:** Mack Brothers PRS170 Silencer (NFA) CAL:30 SN:MB683, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020570:** Mack Brothers Vapor Silencer (NFA) CAL:22 SN:VPR582, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020572:** Mack Brothers Vapor Silencer (NFA) Cal:22 SN:VPR580, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020574:** Mack Brothers PRS170 Silencer (NFA) CAL:30 SN:MB682, valued at $300.00, seized by the ATF on June 14, 2024 from Larry MUNDAY in Rozet, WY for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

### DISTRICT OF ARIZONA
**24-ATF-020105:** American Tactical Imports - ATI Omni Hybrid Rifle CAL:Multi SN:NS040166, valued at $300.00, seized by the ATF on June 13, 2024 from Juan Robles in Litchfield Park, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF CALIFORNIA
**24-ATF-020168:** $7,000.00 U.S. Currency, seized by the ATF on June 26, 2024 from Mohamed JABER in REDWOOD VALLEY, CA for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**SOUTHERN DISTRICT OF CALIFORNIA**

**24-ATF-020180:** TISAS - TRABZON GUN INDUSTRY CORP. 1911A1 SERVICE Pistol CAL:45 SN:T0620-23Z06712, valued at $300.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020183:** CZ (CESKA ZBROJOVKA) CZ P-10 F Pistol CAL:9 SN:D330828, valued at $300.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020184:** BERETTA, PIETRO S.P.A. 84FS Pistol CAL:177 SN:21G11265, valued at $300.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020185:** Unknown Manufacturer Unknown Rifle CAL:556 SN:None, valued at $425.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020186:** Unknown Manufacturer  Rifle CAL:22 SN:None, valued at $425.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020187:** REMINGTON ARMS COMPANY, INC. 514 Rifle CAL:22 SN:None, valued at $425.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020188:** YUGOSLAVIA 59/66 Rifle CAL:762 SN:182088, valued at $425.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020189:** CBC (COMPANHIA BRAZILIERA DE CARTUCHOS) ROSSI GALLERY Rifle CAL:22 SN:7CG026253P, valued at $425.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020190:** Unknown Manufacturer Unknown Pistol CAL:9 SN:None, valued at $300.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020192:** 145 Rounds ASSORTED Ammunition CAL:Assorted, valued at $14.50, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020193:** 1 Rounds ASSORTED Ammunition CAL:762, valued at $0.10, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020195:** Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:None, valued at $250.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020196:** Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:None, valued at $250.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020197:** Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:None, valued at $250.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020198:** Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:None, valued at $250.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020200:** 3D Printer; Qty: 1 EA; One (1) Creality Ender 3D printer with five (5) Polymaker filaments., Serial No. Unknown, valued at $179.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020202:** 27 Rounds CCI Ammunition CAL:9, valued at $2.70, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020204:** 8 Rounds ASSORTED Ammunition CAL:Assorted, valued at $0.80, seized by the ATF on June 18,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**SOUTHERN DISTRICT OF CALIFORNIA**
**24-ATF-020204 - (Continued from previous page)**
2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020206:** Unknown Manufacturer Unknown Receiver/Frame CAL:22 SN:None, valued at $250.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020208:** Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:None, valued at $250.00, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020210:** 592 Rounds ASSORTED Ammunition CAL:Assorted, valued at $59.20, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020211:** 108 Rounds ASSORTED Ammunition CAL:Assorted, valued at $10.80, seized by the ATF on June 18, 2024 from Devon Avery LOPEZ in Winterhaven, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**MIDDLE DISTRICT OF FLORIDA**
**24-ATF-020158:** GLOCK GMBH 27 PISTOL CAL:40 SN:KPG195, valued at $100.00, seized by the ATF on June 28, 2024 from Julissa COLLAZO in ODESSA, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020159:** HS PRODUKT (AIM METAL) XD40 SUB-CMPCT  PISTOL CAL:40 SN:GM122803, valued at $300.00, seized by the ATF on June 25, 2024 from Darrick Jr. Washington in Palm Bay, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020161:** 12 Rounds ASSORTED Ammunition CAL:40, Serial No. Unknown, valued at $1.20, seized by the ATF on June 28, 2024 from Julissa COLLAZO in ODESSA, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020162:** 1 Rounds FEDERAL Ammunition CAL:40, Serial No. Unknown, valued at $0.10, seized by the ATF on June 28, 2024 from Julissa COLLAZO in ODESSA, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020166:** SCCY CPX-2 Pistol CAL:9mm SN:896730, valued at $300.00, seized by the ATF on June 25, 2024 from Darrick Jr. Washington in Palm Bay, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020170:** 10 Rounds Assorted Ammunition CAL: 9, valued at $1.00, seized by the ATF on June 25, 2024 from Darrick Jr. Washington in Palm Bay, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020173:** 10 Rounds HORNADY Ammunition CAL:40, valued at $1.00, seized by the ATF on June 25, 2024 from Darrick Jr. Washington in Palm Bay, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**NORTHERN DISTRICT OF FLORIDA**
**24-ATF-020064:** GLOCK GMBH 23 PISTOL CAL:40 SN:BTYZ507, valued at $300.00, seized by the ATF on June 10, 2024 from Brandon Martez BLACK in PENSACOLA, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020073:** 14 Rounds ASSORTED Ammunition CAL:40, Serial No. Unknown, valued at $1.40, seized by the ATF on June 10, 2024 from Brandon Martez BLACK in PENSACOLA, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**SOUTHERN DISTRICT OF FLORIDA**
**24-ATF-019770:** Romarm/Cugir  MICRO DRACO Pistol  CAL:762 SN:ROA22PMD33563, valued at $300.00, seized by the ATF on June 11, 2024 from Juan ANDRADE-GUERRERO in Fort Lauderdale, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019773:** 30 Rounds PPU Ammunition CAL: 7.62x39, valued at $3.00, seized by the ATF on June 11, 2024 from Juan ANDRADE-GUERRERO in Fort Lauderdale, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019775:** GLOCK GMBH  23 PISTOL  CAL:40 SN:vsv908, valued at $300.00, seized by the ATF on June 11, 2024 from Carlos Javier PADRON in Fort Lauderdale, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019777:** 19 Rounds Assorted  Ammunition CAL:40, valued at $1.90, seized by the ATF on June 11, 2024 from Carlos Javier PADRON in Fort Lauderdale, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019783:** Beretta USA Corp.  M9 Pistol CAL:9 SN:M9249953, valued at $300.00, seized by the ATF on June 11, 2024 from Milton POTES-DUARTE in Fort Lauderdale, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019784:** 14 Rounds HORNADY Ammunition CAL: 9, valued at $1.40, seized by the ATF on June 11, 2024 from Milton POTES-DUARTE in Fort Lauderdale, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020194:** M&M INC. (M&M INDUSTRIES} M10X Rifle CAL:762 SN: W06339, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020203:** GLOCK GMBH 45 PISTOL CAL:9 SN:BMCS946, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020207:** GLOCK INC. 42 Pistol CAL:380 SN:AGBA322, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020209:** GLOCK GMBH 45 Pistol CAL:9 SN:BTHD124, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020215:** TAURUS INTERNATIONAL TX22 Pistol  CAL:22 SN:1PT450276, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020217:** MAVERICK ARMS (EAGLE PASS, TX) 88 Shotgun  CAL:12 SN:MV0590659, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020218:** RUGER AMERICAN RIFLE Rifle  CAL:308 SN:69859412, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020219:** 2A ARMAMENT, LLC BALIOS-LITE Rifle  CAL:Multi SN:BC02238, valued at $1.00, seized by the ATF on June 28, 2024 from Fernand Pierre in LAKE WORTH, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

**NORTHERN DISTRICT OF GEORGIA**
**24-ATF-015148:** TAURUS G3X Pistol CAL:9 SN:ADJ727380, valued at $93.75, seized by the ATF on May 15, 2024 from Johnathan Hayes in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018657:** Taurus G2C Pistol CAL:9 SN:AEB108829, valued at $200.00, seized by the ATF on June 04, 2024 from Cooper McCarthy in Oakwood, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020398:** $14,151.00 U.S. Currency, seized by the ATF on June 11, 2024 from Francisco Barajas-Escobedo in Marietta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020400:** $550.00 U.S. Currency, seized by the ATF on June 11, 2024 from Tommy Phoumichit in Marietta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/27/2024

### DISTRICT OF HAWAII

**24-ATF-020381:** Unknown Pistol CAL:9 SN:None, valued at $300.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 09, 2024 from Mary TAURA in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020382:** 5 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $0.50, seized by the US DRUG ENFORCEMENT ADMINISTRATION on July 09, 2024 from Mary TAURA in Honolulu, HI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF IOWA

**24-ATF-019975:** 6 Rounds ASSORTED Ammunition CAL:9, valued at $0.60, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019976:** TAURUS 605 PROTECTOR POLY REVOLVER CAL:357 SN:AEH629185, valued at $300.00, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019977:** 5 Rounds HORNADY Ammunition CAL:357, valued at $0.50, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019978:** 12 Rounds FEDERAL Ammunition CAL:45, valued at $1.20, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019979:** 120 Rounds ASSORTED Ammunition CAL:MULTI, valued at $12.00, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020164:** FEG PA63 PISTOL CAL:9 SN:Unknown, valued at $300.00, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020167:** SCCY INDUSTRIES, LLC (SKYY IND.) CPX-2 PISTOL CAL:9 SN:872760, valued at $300.00, seized by the ATF on June 11, 2024 from Maria Portalatin in Sioux City, IA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### SOUTHERN DISTRICT OF ILLINOIS

**24-ATF-020094:** SCCY INDUSTRIES, LLC (SKYY IND.) CPX-2 PISTOL CAL:9 SN:608862, valued at $300.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on June 21, 2024 from Brian DOTSON in East Saint Louis, IL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020096:** DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES) A15 RIFLE CAL:MULTI SN:FFH108109, valued at $425.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on June 21, 2024 from Brian DOTSON in East Saint Louis, IL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020097:** 34 Rounds ASSORTED Ammunition CAL:556, valued at $3.40, seized by the US DRUG ENFORCEMENT ADMINISTRATION on June 21, 2024 from Brian DOTSON in East Saint Louis, IL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020098:** 10 Rounds ASSORTED Ammunition CAL:9, valued at $1.00, seized by the US DRUG ENFORCEMENT ADMINISTRATION on June 21, 2024 from Brian DOTSON in East Saint Louis, IL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

### SOUTHERN DISTRICT OF INDIANA

**24-ATF-012416:** Taurus 85 Revolver CAL:38 SN:LC41954, valued at $600.00, seized by the ATF on April 03, 2024 from Lionel Muse in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

164

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

## DISTRICT OF KANSAS
**24-ATF-020077:** SMITH & WESSON M&P 9 SHIELD PISTOL CAL:9 SN:HDH6057, valued at $300.00, seized by the ATF on June 27, 2024 from Brittany Serrano in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF MARYLAND
**24-ATF-020583:** GLOCK GMBH 23 Pistol CAL:40 SN:Byyx121, valued at $300.00, seized by the ATF on June 12, 2024 from Dujuan Kenneth Smalls in Hyattsville, MD for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF MICHIGAN
**24-ATF-018772:** SCCY INDUSTRIES, LLC (SKYY IND.) CPX-2 PISTOL CAL:9 SN:C106014, valued at $300.00, seized by the ATF on May 05, 2024 from Forrest Nelson Sanders in Flint, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018777:** 7 Rounds Assorted Ammunition CAL:9, valued at $0.70, seized by the ATF on May 05, 2024 from Forrest Nelson Sanders in Flint, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018813:** Ammunition Qty: 7 Rounds Manufacturer: WINCHESTER-WESTERN Caliber: 9, valued at $0.70, seized by the Detroit Police Department on May 04, 2024 from Justin Montgomery in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018814:** SCCY INDUSTRIES, LLC (SKYY IND.)PISTOL Model: CPX-2 Caliber: 9  S/N: C437216, valued at $300.00, seized by the Detroit Police Department on May 04, 2024 from Justin Montgomery in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF MINNESOTA
**22-ATF-049170:** Smith & Wesson SD9VE Pistol CAL:9 SN:FDK3465, valued at $100.00, seized by the ATF on July 08, 2022 from Travis Warner in Saint Paul, MN for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF MISSOURI
**24-ATF-020059:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Austin GEGG in Saint Mary, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020061:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Austin GEGG in Saint Mary, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020062:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Austin GEGG in Saint Mary, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020063:** Red Fuse Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Austin GEGG in Saint Mary, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020066:** Energetic Powde Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Sean BROWN in Sainte Genevieve, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020069:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Sean BROWN in Sainte Genevieve, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020072:** Energetic Powder Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Sean BROWN in Sainte Genevieve, MO for forfeiture pursuant to 18 U.S.C. Section 844.
**24-ATF-020074:** Red Fuse Unknown Explosives, valued at $1.00, seized by the ATF on June 05, 2024 from Sean BROWN in Sainte Genevieve, MO for forfeiture pursuant to 18 U.S.C. Section 844.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**DISTRICT OF MONTANA**
**24-ATF-020053:** $7,000.00 U.S. Currency, seized by the ATF on June 03, 2024 from Kristofer Mikal WRIGHT in Billings, MT for forfeiture pursuant to 21 U.S.C. Section 881.

**EASTERN DISTRICT OF NORTH CAROLINA**
**24-ATF-020276:** KRAL AV SANAYI/REXIMEX KRX SHOTGUN CAL:12 SN:KRX006817, valued at $250.00, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020285:** 8 Rounds ASSORTED Ammunition CAL:12, Serial No. Unknown, valued at $0.80, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020288:** 88 Rounds CCI Ammunition CAL:22, Serial No. Unknown, valued at $8.80, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020291:** 5 Rounds PMC Ammunition CAL:223, Serial No. Unknown, valued at $0.50, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020294:** 4 Rounds PPU Ammunition CAL:762, Serial No. Unknown, valued at $0.40, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020298:** CENTURY ARMS INTERNATIONAL BFT47 RIFLE CAL:762 SN:BFT47012652, valued at $425.00, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020305:** MOSSBERG 835 SHOTGUN CAL:12 SN:UM0010254, valued at $250.00, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020306:** 8 Rounds ASSORTED Ammunition CAL:12, Serial No. Unknown, valued at $0.80, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020309:** 17 Rounds FIOCCHI Ammunition CAL:12, Serial No. Unknown, valued at $1.70, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020313:** RUSSIAN MOSIN NAGANT RIFLE CAL:762 SN:M44067435, valued at $425.00, seized by the ATF on July 01, 2024 from Phillip Delany McGeachy in SAINT PAULS, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**MIDDLE DISTRICT OF NORTH CAROLINA**
**24-ATF-020141:** CANIK55 SFX RIVAL Pistol CAL:9 SN:23CM15136, valued at $300.00, seized by the ATF on June 12, 2024 from Michael GALLOWAY in Reidsville, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020142:** 18 Rounds ASSORTED Ammunition CAL:9, valued at $1.80, seized by the ATF on June 16, 2024 from Oscar Raul Talamantes-Barraza in Burlington, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020143:** GIRSAN REGARD MC PISTOL CAL:9 SN:T636820A19880, valued at $300.00, seized by the ATF on June 16, 2024 from Oscar Raul Talamantes-Barraza in Burlington, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020679:** SMITH & WESSON M&P 380 SHIELD EZ Pistol CAL:380 SN:RJB7473, valued at $300.00, seized by the ATF on May 30, 2024 from Josiah Emmanuel Logan in Greensboro, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020680:** 5 Rounds Other Ammunition CAL:380, valued at $0.50, seized by the ATF on May 30, 2024 from Josiah Emmanuel Logan in Greensboro, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**DISTRICT OF NEW HAMPSHIRE**
**24-ATF-019456:** RG INDUSTRIES RG14 Revolver CAL:22 SN:L580859, valued at $300.00, seized by the ATF on May 29, 2024 from Joshua R Mclean in Laconia, NH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019458:** 832 Rounds ASSORTED Ammunition CAL:Assorted, valued at $83.20, seized by the ATF on May 29, 2024 from Joshua R Mclean in Laconia, NH for forfeiture pursuant to 18 U.S.C. Section 924(d).  Items described as:  102 102 Rounds ASSORTED Ammunition CAL:Assorted, valued at $10.20; 130 130 Rounds ASSORTED Ammunition CAL:ASSORTED, valued at $13.00; 124 124 Rounds ASSORTED Ammunition CAL:ASSORTED, valued at $12.40; 476 476 Rounds ASSORTED Ammunition CAL:22, valued at $47.60.

**DISTRICT OF NEW MEXICO**
**24-ATF-020179:** GLOCK GMBH 25 Pistol CAL:380 SN:AHUR135, valued at $539.99, seized by the ATF on June 19, 2024 from Bryan Lira SOLIS in Albuquerque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020181:** BERETTA USA CORP 92X Pistol CAL:9 SN:92X0095845, valued at $1,289.99, seized by the ATF on June 19, 2024 from Bryan Lira SOLIS in Albuquerque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020182:** BERETTA USA CORP 92 Pistol CAL:9 SN:92X0103213, valued at $1,149.99, seized by the ATF on June 19, 2024 from Bryan Lira SOLIS in Albuquerque, NM for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

## DISTRICT OF NEVADA
**24-ATF-020516:** Taurus TX-22 RECEIVER/FRAME CAL:22 SN:1PT630125, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020517:** Taurus TX-22 RECEIVER/FRAME CAL:22 SN:1PT630313, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020518:** Taurus TX-22 Receiver RECEIVER/FRAME CAL:22 SN:1PT630327, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020519:** Unknown WMP RECEIVER/FRAME CAL:22 SN:WT021716, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020520:** Unknown 365-X FCU RECEIVER/FRAME CAL:9 SN:66F342636, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020521:** Unknown 365-X FCU RECEIVER/FRAME CAL:9 SN:66F341081, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020522:** Unknown Alien Receiver RECEIVER/FRAME CAL:9 SN:A280013, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020523:** Unknown 92FS Receiver RECEIVER/FRAME CAL:9 SN:BER867731, valued at $250.00, seized by the ATF on June 07, 2024 from Brando MEZA-BARBOSA and Ventura Munitions in Las Vegas, NV for forfeiture pursuant to 18 U.S.C. Section 924(d).

## SOUTHERN DISTRICT OF NEW YORK
**24-ATF-020151:** 30 Rounds Assorted Ammunition CAL:40, Serial No. Unknown, valued at $3.00, seized by the ATF on May 21, 2024 from Moyoa I McFaland in Newburgh, NY for forfeiture pursuant to 21 U.S.C. Section 881.

## SOUTHERN DISTRICT OF OHIO
**24-ATF-016486:** 2017 Jeep Cherokee Passenger Car VIN: 1C4RJFDJ1HC724025, valued at $33,950.00, seized by the ATF on April 03, 2024 from Amber Woody in Columbus, OH for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019486:** 29 Rounds Other Ammunition CAL:9, valued at $2.90, seized by the ATF on May 30, 2024 from Trevaughn Johnson in Cincinnati, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF OKLAHOMA
**24-ATF-020231:** RUGER LCP II PISTOL CAL:380 SN:380611282, valued at $300.00, seized by the ATF on July 12, 2024 from Taylor Madison Morehead in Muskogee, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020232:** 6 Rounds ASSORTED Ammunition CAL:380, Serial No. Null, valued at $0.60, seized by the ATF on July 12, 2024 from Taylor Madison Morehead in Muskogee, OK for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**DISTRICT OF OREGON**

**24-ATF-020626:** One (1) yellow necklace with clear stones / "CBF", valued at $4,000.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020630:** One (1) yellow bracelet with clear stones/"Sikco", valued at $4,000.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020631:** WINCHESTER 12 SHOTGUN CAL:16 SN:1636071, valued at $250.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020635:** BUL TRANSMARK LTD DESERT EAGLE PISTOL CAL:40 SN:PB100629, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020641:** LLAMA (GABILONDO & CIA) IXC PISTOL CAL:45 SN:B64359, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020643:** PIONEER ARMS CORPORATION (RADOM, POLAND) PPS43-C PISTOL CAL:9 SN:DR05378P, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020645:** BALLISTIC ADVANTAGE, LLC DCP3 PISTOL CAL:9 SN:BA13575, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020647:** ROGUE DEFENSE, LLC RD-15 RECEIVER/FRAME CAL:MULTI SN:01058, valued at $250.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020655:** UNKNOWN  RIFLE  CAL:762 SN:BE590577, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020656:** GLOCK GMBH 19 PISTOL CAL:9 SN:XTR916, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020657:** GLOCK INC. 23 PISTOL  CAL:40 SN:BYDL375, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020658:** GLOCK GMBH 23 PISTOL CAL:40 SN:LSD471, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020659:** FNH USA, LLC. 509 PISTOL CAL:9 SN:GKS0331319, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020664:** F.N. (FN HERSTAL) PS90 RIFLE CAL:57 SN:FN135458, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020665:** WINCHESTER 94 RIFLE CAL:32 SN:1487740, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020666:** REMINGTON ARMS COMPANY, INC. 721 RIFLE CAL:308 SN:423907, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020667:** REMINGTON ARMS COMPANY, INC. 528 RIFLE  CAL:22 SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020668:** RUGER 10/22 RIFLE  CAL:22 SN:139425, valued at $425.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020669:** 1043 ROUNDS ASSORTED AMMUNITION CAL:ASSORTED, Serial No. Unknown, valued at $132.30, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020671:** 9 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. Unknown, valued at $0.90, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020672:** 270 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. Unknown, valued at $20.60,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

## DISTRICT OF OREGON
**24-ATF-020672 - (Continued from previous page)**
seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020673:** F.N. (FN HERSTAL) FIVE-SEVEN PISTOL CAL:57 SN:386400058, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020674:** 20 Rounds ASSORTED Ammunition CAL:57, Serial No. Unknown, valued at $2.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020677:** FNH USA, LLC 509 PISTOL CAL:9 SN:GKS0178814, valued at $300.00, seized by the ATF on May 30, 2024 from Avian GOMEZ in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020860:** POLYMER80, INC. (P80 TACTICAL P80) PF940V2 PISTOL CAL:40 SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020861:** POLYMER80, INC. (P80 TACTICAL P80) PF940V2 PISTOL CAL:40 SN:NONE, valued at $300.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020862:** Three (3) rings: 1-yellow metal clear stones "J". 1-silver metal with clear stones. 1-yellow and silver metal with clear stones., valued at $5,350.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020863:** Three (3) yellow metal chains with attached pendants and yellow metal and clear stones- "Madilee" "the world is yours" "Raelee"., valued at $7,500.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020864:** Two (2) Rings - Clear stones silver metal., valued at $7,000.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020865:** One (1) Ring Silver Metal and Clear Stones., Serial No. Unknown, valued at $500.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020866:** 330 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. Unknown, valued at $33.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020867:** 600 Rounds AMERICAN EAGLE Ammunition CAL:556, Serial No. Unknown, valued at $60.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020868:** $2,475.00 U.S. Currency, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020869:** One (1) Head Pendant with Yellow Metal and Clear Stones, valued at $900.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020870:** One (1) Garibay Pendant - Silver with Clear Stones., valued at $3,500.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Lebanon, OR for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020871:** GLOCK INC. 43X PISTOL CAL:9 SN:BSSG709, valued at $300.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020872:** 10 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $1.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020874:** SMITH & WESSON 629 CLASSIC REVOLVER CAL:44 SN:CJZ0180, valued at $300.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

## DISTRICT OF OREGON

**24-ATF-020875:** 6 Rounds HORNADY Ammunition CAL:44, Serial No. Unknown, valued at $0.60, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020878:** 33 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $3.30, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020879:** TAURUS PT1911 PISTOL CAL:45 SN:NZK33476, valued at $300.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020880:** 8 Rounds ASSORTED Ammunition CAL:45, Serial No. Unknown, valued at $0.80, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020882:** MOSSBERG 590 SHOTGUN CAL:12 SN:K119561, valued at $250.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020883:** 5 Rounds ASSORTED Ammunition CAL:12, Serial No. Unknown, valued at $0.50, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020884:** UNKNOWN RIFLE  CAL:UNKNOWN SN:324740, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020885:** BAIKAL MP-153 SHOTGUN CAL:12 SN:998142464B, valued at $250.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020886:** 4 Rounds ASSORTED Ammunition CAL:12, Serial No. Unknown, valued at $0.40, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020887:** UMAREX SPORTWAFFEN GMBH & CO. KG HK MP5 PISTOL CAL:22 SN:HD033945, valued at $300.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020888:** 25 Rounds REMINGTON Ammunition CAL:22, Serial No. Unknown, valued at $2.50, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020890:** SAVAGE 110 RIFLE  CAL:65 SN:K99026, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020891:** SAVAGE 987 RIFLE  CAL:22 SN:D722671, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020892:** 14 Rounds REMINGTON  Ammunition CAL:22, Serial No. Unknown, valued at $1.40, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020893:** NORINCO (NORTH CHINA INDUSTRIES) MAK90 SPORTER RIFLE  CAL:762 SN:23004871, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020894:** RUGER MINI 14 RANCH  RIFLE  CAL:223 SN:19579400, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020895:** 20 Rounds PMC Ammunition CAL:223, Serial No. Unknown, valued at $2.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020896:** POF USA (PATRIOT ORDNANCE FACTORY) CMR RIFLE CAL:762 SN:18H-1800237, valued at $425.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020897:** 96 Rounds REMINGTON Ammunition CAL:762, Serial No. Unknown, valued at $9.60, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020898:** 20 Rounds HORNADY Ammunition CAL:44, Serial No. Unknown, valued at $2.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE: 09/27/2024**

### DISTRICT OF OREGON

**24-ATF-020899:** 1030 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. Unknown, valued at $103.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020900:** 8 Rounds FEDERAL Ammunition CAL:65, Serial No. Unknown, valued at $0.80, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020901:** 723 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. Unknown, valued at $72.30, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020902:** FNH USA, LLC. 509 PISTOL CAL:9 SN:GKS0009717, valued at $300.00, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020903:** 24 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $2.40, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020904:** 97 Rounds ASSORTED Ammunition CAL:ASSORTED, Serial No. Unknown, valued at $9.70, seized by the ATF on May 30, 2024 from Bryan HARVEL in Independence, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF PENNSYLVANIA

**24-ATF-020609:** Smith & Wesson SW40VE Pistol CAL:40 SN:DVJ7038, valued at $300.00, seized by the ATF on June 10, 2024 from Ulpiano ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020624:** 11 Rounds Assorted Ammunition CAL:40, valued at $1.10, seized by the ATF on June 10, 2024 from Ulpiano ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020627:** Smith & Wesson SD9VE Pistol CAL:9 SN:FDD9509, valued at $300.00, seized by the ATF on June 10, 2024 from Ulpiano ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020629:** 2 Rounds Remington Ammunition CAL:9, valued at $0.20, seized by the ATF on June 10, 2024 from Ulpiano ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020632:** 4 Rounds FN (FNH) Ammunition CAL:57, valued at $0.40, seized by the ATF on June 10, 2024 from Ulpiano ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020634:** Glock Inc. 23 Pistol CAL:40 SN:KMS555, valued at $300.00, seized by the ATF on June 10, 2024 from Tyheed HILL in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020636:** 15 Rounds Assorted Ammunition CAL:40, valued at $1.50, seized by the ATF on June 10, 2024 from Tyheed HILL in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020637:** 27 Rounds Assorted Ammunition CAL:40, valued at $2.70, seized by the ATF on June 10, 2024 from Tyheed HILL in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### WESTERN DISTRICT OF PENNSYLVANIA

**24-ATF-020214:** 10 Rounds Assorted Ammunition CAL:45, valued at $1.00, seized by the ATF on May 29, 2024 from Colone D ROBERTS in Erie, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**DISTRICT OF PUERTO RICO**
**24-ATF-019279:** 1 Rounds ASSORTED Ammunition CAL:762, valued at $0.10, seized by the ATF on May 22, 2024 from Jonquiel VELLON-CASTRO in Humacao, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019293:** 10 Rounds ASSORTED Ammunition CAL:762, valued at $1.00, seized by the ATF on May 22, 2024 from Jonquiel VELLON-CASTRO in Humacao, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019457:** $2,300.00 U.S. Currency, seized by the ATF on May 22, 2024 from Jonquiel VELLON-CASTRO in Humacao, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019811:** Radical Firearms, LLC RF-15 Pistol  CAL:MULTI SN:24-033154, valued at $300.00, seized by the ATF on May 22, 2024 from Brayan Jesus RODRIGUEZ-LOPEZ in Juncos, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**DISTRICT OF SOUTH CAROLINA**
**24-ATF-020178:** $45,185.00 U.S. Currency, seized by the ATF on May 26, 2024 from Jeff Robert Keyser in Pelion, SC for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020912:** GLOCK GMBH 23GEN4 Pistol CAL:40 SN:bddx105, valued at $300.00, seized by the ATF on May 30, 2024 from Nykeithus Geormaja CUNNINGHAM in Lancaster, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020915:** 15 Rounds Assorted Ammunition CAL:40, valued at $1.50, seized by the ATF on May 30, 2024 from Nykeithus Geormaja CUNNINGHAM in Lancaster, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

**DISTRICT OF SOUTH DAKOTA**
**24-ATF-019893:** SKB ARMS 7300 Shotgun CAL:12 SN:S3001987, valued at $250.00, seized by the ATF on June 14, 2024 from David W HARRINGTON in Wagner, SD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019896:** BROWNING CITORI Shotgun CAL:12 SN:07519RTJ53, valued at $250.00, seized by the ATF on June 14, 2024 from David W HARRINGTON in Wagner, SD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019897:** REMINGTON ARMS COMPANY, INC. 870 EXPRESS MAG Shotgun CAL:20 SN:D043547U, valued at $250.00, seized by the ATF on June 14, 2024 from David W HARRINGTON in Wagner, SD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019899:** SAVAGE 311 Shotgun CAL:410 SN:HXAB, valued at $250.00, seized by the ATF on June 14, 2024 from David W HARRINGTON in Wagner, SD for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019901:** Ruger 10/22 Rifle CAL:22 SN:248-39769, valued at $425.00, seized by the ATF on June 14, 2024 from David W HARRINGTON in Wagner, SD for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**WESTERN DISTRICT OF TEXAS**
**24-ATF-020201:** LRB ARMS M15SA Machine Gun Lower Receiver CAL:MULTI SN:019157, valued at $250.00, seized by the ATF on July 01, 2024 from Shane Scott in San Marcos, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020205:** LRB ARMS M15SA Machine Gun Lower Receiver CAL:MULTI SN:019158, valued at $250.00, seized by the ATF on July 01, 2024 from Shane Scott in San Marcos, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020216:** HS PRODUKT (SPRINGFIELD ARMORY) XDS-9 PISTOL CAL:9 SN:BA378616, valued at $300.00, seized by the ATF on July 03, 2024 from Alexzander JM Bisbee in Sonora, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020220:** QUARTER CIRCLE 10 (QC10) QC5 PISTOL CAL:9 SN:QC500747, valued at $300.00, seized by the ATF on July 03, 2024 from Alexzander JM Bisbee in Sonora, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020221:** 31 Rounds UNKNOWN MANUFACTURER Ammunition CAL:9, valued at $3.10, seized by the ATF on July 03, 2024 from Alexzander JM Bisbee in Sonora, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020307:** HI-POINT (HASKELL MFGR) JHP PISTOL CAL:45 SN:X455171, valued at $300.00, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020320:** 23 Rounds FEDERAL Ammunition CAL:22, valued at $2.30, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020324:** 7 Rounds REMINGTON Ammunition CAL:22, valued at $0.70, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020326:** 1 Rounds REMINGTON Ammunition CAL:9, valued at $0.10, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020330:** 1 Rounds REMINGTON Ammunition CAL:357, valued at $0.10, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020332:** 1 Rounds CCI Ammunition CAL:22, valued at $0.10, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020333:** 39 Rounds WINCHESTER-WESTERN Ammunition CAL:357, valued at $3.90, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020335:** 10 Rounds REMINGTON Ammunition CAL:270, valued at $1.00, seized by the ATF on June 21, 2024 from Apolonio Barrera IV in Del Rio, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**DISTRICT OF UTAH**

**24-ATF-020443:** STANDARD MANUFACTURING COMPANY, LLC SWITCH-GUN Revolver CAL:22 SN:GG002302, valued at $300.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020445:** STANDARD MANUFACTURING COMPANY, LLC SWITCH-GUN Revolver CAL:22 SN:GG002309, valued at $300.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020446:** STOEGER STR-9C Pistol CAL:9 SN:T6429-23S07312, valued at $300.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020448:** TAURUS 608 Revolver CAL:357 SN:RL712680X, valued at $300.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020449:** HASKELL (MFGR) JS45 Pistol CAL:45 SN:019702, valued at $300.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020451:** SMITH & WESSON M&P 9 Pistol CAL:9 SN:HUY5601, valued at $300.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020452:** NORINCO (NORTH CHINA INDUSTRIES) SKS Rifle CAL:762 SN:014821000460N, valued at $425.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020454:** RUGER AR-556 Rifle CAL:556 SN:856-00200, valued at $425.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020455:** WEATHERBY MARK XXII Rifle CAL:22 SN:N47685, valued at $425.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020457:** CBC (COMPANHIA BRAZILIERA DE CARTUCHOS) ROSSI R92 Rifle CAL:357 SN:7CR095720T, valued at $425.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020460:** MARLIN FIREARMS CO. XT-22 Rifle CAL:22 SN:MM10534B, valued at $425.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020463:** ZASTAVA N-PAP M70 Rifle CAL:762 SN:N-PAP039605, valued at $425.00, seized by the ATF on June 27, 2024 from Jason Butler in Provo, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

**EASTERN DISTRICT OF VIRGINIA**

**24-ATF-019845:** SMITH & WESSON M&P 9 SHIELD Pistol CAL:9 SN:HXV1548, valued at $300.00, seized by the ATF on June 03, 2024 from William HART in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019847:** 8 Rounds ASSORTED Ammunition CAL:9, Serial No. Non, valued at $0.80, seized by the ATF on June 03, 2024 from William HART in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019875:** INTRATEC TEC9 Pistol CAL:9 SN:Obliterated, valued at $300.00, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019879:** SMITH & WESSON M&P 40 PC Pistol CAL:40 SN:HAN0676, valued at $300.00, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019881:** TAURUS G3C Pistol CAL:9 SN:ACJ231822, valued at $300.00, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019882:** 13 Rounds ASSORTED Ammunition CAL:Assorted, Serial No. Unknown, valued at $1.30, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019883:** 10 Rounds ASSORTED Ammunition CAL:Assorted, Serial No. Unknown, valued at $1.00, seized by the ATF on June 18, 2024 from Taneisha Denia Coleman in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019884:** 6 Rounds RWS Ammunition CAL:9, Serial No. Unknown, valued at $0.60, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019885:** 20 Rounds ASSORTED Ammunition CAL:Assorted, Serial No. Unknown, valued at $2.00, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019887:** 13 Rounds ASSORTED Ammunition CAL:Assorted, Serial No. Unknown, valued at $1.30, seized by the ATF on June 18, 2024 from Tai Malik Hunter in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019888:** GLOCK GMBH 48 Pistol CAL:9 SN:BPZW351, valued at $300.00, seized by the ATF on June 18, 2024 from Taneisha Denia Coleman in Stafford, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019924:** SPRINGFIELD  GENESEO,IL Pistol CAL:9 SN:BY144399, valued at $300.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019931:** TAURUS INTERNATIONAL SPECTRUM Pistol CAL:380 SN:1F086548, valued at $300.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019933:** TAURUS G3C Pistol CAL:9 SN:ABK050373, valued at $300.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019934:** GLOCK GMBH 17 Pistol CAL:9 SN:BPKK447, valued at $300.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019935:** TAURUS INTERNATIONAL PT738 Pistol CAL:380 SN:20350D, valued at $300.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019936:** CEO SILAH SANAYI SILVER EAGLE TAC LC Shotgun CAL:12 SN:735-H21YD-773, valued at $250.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019939:** KARRI'S GUNS (PODUNK, INC.) KG15 RECEIVER/FRAME CAL:Multi SN:03364, valued at $250.00, seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-019941:** NEW ENGLAND FIREARMS PARDNER Shotgun CAL:410 SN:NG379704, valued at $250.00,

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/27/2024**

## EASTERN DISTRICT OF VIRGINIA
**24-ATF-019941 - (Continued from previous page)**
seized by the ATF on June 18, 2024 from Sherman Green Jr. in Fredericksburg, VA for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/10/2024**
**LAST DATE TO FILE PETITION:  09/20/2024**

## EASTERN DISTRICT OF ARKANSAS
**24-ATF-015338:** Explosive: Destructive Device; Qty: 1 EA.; RENDERED SAFE SUSPECTED DESTRUCTIVE DEVICE, valued at $1.00, seized by the ATF on April 20, 2024 from Joseph Jamali Perkins in West Memphis, AR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-015339:** Explosive: Low Explosives; Qty: 13 g; APPROX 13.0 GRAMS OF SUSPECTED SMOKELESS POWDER EXTRACTED FROM ITEM #003, valued at $1.00, seized by the ATF on April 20, 2024 from Joseph Jamali Perkins in West Memphis, AR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019872:** Unknown Unknown Machinegun CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on June 06, 2024 from Frenchy Branscomb in Conway, AR for forfeiture pursuant to 26 U.S.C. Section 5872.

## NORTHERN DISTRICT OF CALIFORNIA
**18-ATF-037310:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**18-ATF-037324:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**18-ATF-037331:** KNIGHTS ARMAMENT CO. UNKNOWN SILENCER CAL:UNKNOWN SN:60983, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**18-ATF-037332:** KNIGHTS ARMAMENT CO. UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 26 U.S.C. Section 5872.
**18-ATF-037339:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 26 U.S.C. Section 5872.

## MIDDLE DISTRICT OF FLORIDA
**24-ATF-019507:** TPM OUTFITTERS SD SILENCER CAL:9 SN:SD813, valued at $300.00, seized by the ATF on January 04, 2024 from Jesuani Mulero DALMAU in OVIEDO, FL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019774:** GLOCK GMBH 23GEN4 MACHINEGUN CAL:40 SN:BUBH723, valued at $425.00, seized by the ATF on October 23, 2023 from Jeremiah Earl CUNDIFF in ORLANDO, FL for forfeiture pursuant to 26 U.S.C. Section 5872.

## MIDDLE DISTRICT OF GEORGIA
**24-ATF-018938:** Unknown Manufacturer Unknown Silencer CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 18, 2024 from Austin Crum in Kathleen, GA for forfeiture pursuant to 26 U.S.C. Section 5872.

## NORTHERN DISTRICT OF GEORGIA
**24-ATF-018893:** American Tactical Imports - ATI Omni Hybrid Pistol CAL:Multi SN:NS151972, valued at $300.00, seized by the ATF on May 28, 2024 from Javares Stone in Forest Park, GA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019579:** Smith & Wesson  M&P 15 Pistol CAL:556 SN:SZ76084, valued at $500.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/10/2024**
**LAST DATE TO FILE PETITION:  09/20/2024**

### DISTRICT OF IDAHO
**24-ATF-019683:** PALMETTO STATE ARMORY  KS47   RIFLE CAL:556 SN:KSG2023426, valued at $425.00, seized by the Caldwell Police Department on May 20, 2024 from Tanner TOLL in Caldwell, ID, and adopted by the ATF for forfeiture pursuant to 26 U.S.C. Section 5872.

### EASTERN DISTRICT OF KENTUCKY
**24-ATF-019928:** Unknown Manufacturer, Model: , Caliber: , SN#: , Type: WEAPON MADE FROM SHOTGUN (NFA), Serial No. Unknown, valued at $300.00, seized by the ATF on June 21, 2024 from Woodrow Jr. Horne in Ashland, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

### DISTRICT OF MAINE
**24-ATF-019380:** Unknown Manufacturer M.G. 08/15. Gwf. SPANDAU. 1918 Machine Gun CAL:Unknown SN:5537, valued at $425.00, seized by the ATF on June 25, 2024 from Paul BLACKSTONE in Bar Harbor, ME for forfeiture pursuant to 26 U.S.C. Section 5872.

### SOUTHERN DISTRICT OF MISSISSIPPI
**24-ATF-019732:** Unknown Unknown SHORT BARRELED  CAL:12 SN:Unknown, valued at $125.00, seized by the ATF on January 13, 2024 from Benjamin Dean LACOMBE in Gulfport, MS for forfeiture pursuant to 26 U.S.C. Section 5872.

### DISTRICT OF MONTANA
**24-ATF-018862:** AMERICAN TACTICAL IMPORTS - ATI OMNI HYBRID Receiver/Frame CAL:Multi SN:NS298417, valued at $150.00, seized by the ATF on May 22, 2024 from Keatton Diedrick PIERCE in Billings, MT for forfeiture pursuant to 26 U.S.C. Section 5872.

### DISTRICT OF NEVADA
**24-ATF-012193:** MOSSBERG 590 SHORT BARRELED RIFLE (NFA) CAL:12 SN:V1036991, valued at $125.00, seized by the ATF on March 22, 2024 from SuperPawn in Las Vegas, NV for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-012208:** PALMETTO STATE ARMORY PA-15 SHORT BARRELED RIFLE (NFA) CAL:556 SN:SCD646682, valued at $400.00, seized by the ATF on March 22, 2024 from SuperPawn in Henderson, NV for forfeiture pursuant to 26 U.S.C. Section 5872.

### SOUTHERN DISTRICT OF OHIO
**24-ATF-019488:** SilencerCo, LLC Octane Silencer (NFA) CAL:45 SN:OCT45-9326, valued at $1,000.00, seized by the ATF on April 17, 2024 from Donna L Clingman in Dayton, OH for forfeiture pursuant to 26 U.S.C. Section 5872.

### DISTRICT OF OREGON
**24-ATF-020048:** UNKNOWN  MACHINE GUN CAL:UNKNOWN SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-020049:** UNKNOWN  MACHINE GUN  CAL:UNKNOWN SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

## LAST DATE TO FILE CLAIM:  09/10/2024
## LAST DATE TO FILE PETITION:  09/20/2024

### MIDDLE DISTRICT OF PENNSYLVANIA
**22-ATF-049958:** ONE BAG CONTAINING A SAWED OFF BARREL AND PAINTED RIFLE STOCK, Serial No. Unknown, valued at $0.00, seized by the ATF on March 15, 2023 from Reynaldo VARGAS SEDA in York, PA for forfeiture pursuant to 26 U.S.C. Section 7302.

### WESTERN DISTRICT OF TENNESSEE
**24-ATF-019926:** Explosive: Bomb Making Material/Components; Qty: 1 EA.; 1 PVC pipe with tape and wires, Serial No. Unknown, valued at $1.00, seized by the ATF on June 05, 2024 from Robby BASHAM in Buchanan, TN for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019929:** Explosive: Bomb Making Material/Components; Qty: 1 EA.; 1 cut copper wire, Serial No. Unknown, valued at $1.00, seized by the ATF on June 05, 2024 from Robby BASHAM in Buchanan, TN for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019930:** Explosive: Bomb Making Material/Components; Qty: 1 EA.; 1 container of 349 nails, Serial No. Unknown, valued at $1.00, seized by the ATF on June 05, 2024 from Robby BASHAM in Buchanan, TN for forfeiture pursuant to 26 U.S.C. Section 5872.

### EASTERN DISTRICT OF TEXAS
**24-ATF-019671:** Unknown Manufacturer Unknown  Silencer CAL:Unknown SN:None, valued at $150.00, seized by the ATF on May 10, 2024 from Sergei Li in Anna, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

### WESTERN DISTRICT OF TEXAS
**22-ATF-027229:** Remington Arms Company Inc 1100 Shotgun CAL:20 SN:L321495X, valued at $200.00, seized by the ATF on February 01, 2022 from Peyton Paterson in Fairfield, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

Page 72 of 124

180

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

### MIDDLE DISTRICT OF ALABAMA
**24-ATF-019592:** Taurus G2C Pistol CAL:9 SN:ABA239564, valued at $300.00, seized by the ATF on June 25, 2024 from Willie Lee Rogers Jr in Montgomery, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019593:** 6 Rounds Federal Ammunition CAL:9, valued at $0.60, seized by the ATF on June 25, 2024 from Willie Lee Rogers Jr in Montgomery, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF ARKANSAS
**24-ATF-019759:** GLOCK GMBH 17 PISTOL CAL:9 SN:BVBU390, valued at $300.00, seized by the ATF on May 22, 2024 from Joseph R MILTON in Little Rock, AR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019762:** Unknown Unknown Machinegun CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on May 22, 2024 from Joseph R MILTON in Little Rock, AR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019764:** 32 Rounds Federal Ammunition CAL:9, valued at $3.20, seized by the ATF on May 22, 2024 from Joseph R MILTON in Little Rock, AR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019873:** GLOCK GMBH 45GEN5 PISTOL CAL:9 SN:BHZR858, valued at $300.00, seized by the ATF on June 06, 2024 from Frenchy Branscomb in Conway, AR for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

Page 73 of 124

181

**LEGAL NOTICE**
**ATTENTION**

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE: 09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-018481:** $1,165.00 U.S. Currency, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018488:** $400.00 U.S. Currency, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018489:** $8,740.00 U.S. Currency, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018975:** TAURUS INTERNATIONAL G2C Pistol CAL:1 SN:AEE460478, valued at $255.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018993:** TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:AEM933251, valued at $260.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019000:** CENTURY ARMS INTERNATIONAL WASR M Rifle CAL:9 MM SN:RON2156361, valued at $765.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019001:** DSA INC SA58 Rifle CAL:762 SN:DSA52208, valued at $1,550.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019003:** DEL-TON INC ECHO 316 L Rifle CAL:556 SN:DTI-S284473, valued at $475.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019006:** SPRINGFIELD ARMORY,GENESEO,IL Hellion Rifle CAL:556 SN:BES13618, valued at $1,999.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019009:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7149751, valued at $725.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019013:** ANDERSON MANUFACTURING Utility P Rifle CAL:Multical SN:23083319, valued at $515.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019016:** SMITH & WESSON M&P 15 Rifle CAL:556 SN:TV41097, valued at $765.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019019:** DIAMONDBACK ARMS INC. DB-15 Rifle CAL:556 SN:DB2649365, valued at $660.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019022:** CENTURY ARMS INTERNATIONAL HG6038- N Rifle CAL:9 MM SN:RON2246363, valued at $700.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019023:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7150239, valued at $725.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019025:** GLOCK INC 19 Pistol CAL:9 SN:BWAL805, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019027:** CANIK55 TP-9SFX Pistol CAL:9 SN:T6472-23BC18684, valued at $510.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019028:** CANIK55 SFX RIVAL Pistol CAL:9 SN:T6472-24CM04092, valued at $630.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-019029:** CANIK55 Mete Pistol CAL:9 SN:T6472-22CC16745, valued at $540.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019031:** SMITH & WESSON M&P 15 Rifle CAL:556 SN:TW45420, valued at $799.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019033:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7150008, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019034:** F.N. (FN HERSTAL) PS90 Rifle CAL:57 SN:160444, valued at $1,949.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019036:** WALTHER Hammerli TAC RI Rifle CAL:22 LR SN:HA072478, valued at $400.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019037:** KELTEC, CNC INDUSTRIES, INC SUB-2000 Rifle CAL:9 SN:24E1Z71, valued at $450.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019039:** KELTEC, CNC INDUSTRIES, INC KSG Shotgun CAL:12 SN:XYHF52, valued at $225.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019042:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7149837, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019043:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7150224, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019045:** SIG SAUER (SIG-ARMS) CROSS Rifle CAL:Multi SN:70C016707, valued at $2,499.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019046:** ARMALITE M15 Rifle CAL:Multi SN:15-008466B, valued at $890.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019047:** AMERICAN ARMS CO. Bulldog Shotgun CAL:12 SN:662-H23YB-5153, valued at $360.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019050:** ROST MARTIN LLC RM1C Pistol CAL:9 SN:RM005188, valued at $1,000.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019051:** CANIK55 TP-9 Pistol CAL:9 SN:T6472-23CC17644, valued at $1,000.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019054:** PALMETTO STATE ARMORY 5.7 Rock Pistol CAL:5.7 SN:RK033153, valued at $1,000.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019055:** Rost Martin LLC Model RM1C CAL 9 SN RM008367, valued at $280.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019061:** SPRINGFIELD ARMORY,GENESEO,IL SA-35  Rifle CAL:9 MM SN:HP38967, valued at $765.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019064:** CANIK55 TTI Combat Pistol CAL:9 MM SN:T6472-24CZ10105, valued at $280.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-019064 - (Continued from previous page)**
924(d).

**24-ATF-019066:** SIG-SAUER P230 Pistol CAL:9 SN:58J593832, valued at $485.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019069:** SIG-SAUER 1911 Pistol CAL:45 SN:54H021116, valued at $1,300.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019070:** BERETTA USA CORP 92FS Pistol CAL:22 LR SN:BM073333, valued at $470.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019072:** SHADOW SYSTEMS, LLC DR920 COMBAT Pistol CAL:9 SN:SSX0SS687, valued at $900.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019074:** SHADOW SYSTEMS, LLC CR920 Pistol CAL:9 SN:S023488, valued at $900.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019076:** CANIK55 TP-9DA Pistol CAL:9 SN:T6472-24 BJ 00450, valued at $390.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019077:** GLOCK INC. 21 Pistol CAL:45 SN:BWTK558, valued at $585.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019084:** SMITH & WESSON SD9 Pistol CAL:9 SN:EFD7441, valued at $299.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019085:** SAVAGE STANCE Pistol CAL:9 SN:AA05829, valued at $360.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019086:** TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:AEH589750, valued at $255.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019088:** TAURUS INTERNATIONAL G3C PISTOL CAL:9 SN:AGC079566, valued at $280.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019090:** KELTEC, CNC INDUSTRIES, INC. R50 Rifle CAL:57 SN:TT1193, valued at $625.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019092:** TAURUS INTERNATIONAL G3C Pistol CAL:9 SN:ADJ642415, valued at $280.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019094:** ROCK ISLAND ARMORY INC. (GENESEO, IL) 1911 Pistol CAL:45 SN:RIA2634639, valued at $450.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019095:** CENTURY ARMS INTERNATIONAL WASR-M Rifle CAL:9 X 19 SN:RON2154161, valued at $500.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019096:** DIAMONDBACK ARMS INC. DB-15 Rifle CAL:Multi SN:DB2545375, valued at $850.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019098:** CZ USA CZ SCORPION 3 PLUS Rifle CAL:9 SN:ZS021641, valued at $850.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019099:** SAVAGE Stevens 320 Shotgun CAL:12 SN:213204X, valued at $200.00, seized by the ATF on May

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

184

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## DISTRICT OF ARIZONA

**24-ATF-019099 - (Continued from previous page)**
31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019100:** CZ USA CZ SCORPION 3 P Rifle CAL:9 SN:ZS018526, valued at $750.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019103:** OHIO ORDNANCE WORKS M2-SLR Rifle CAL:50 BMG SN:850645, valued at $17,000.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019104:** JAMES RIVER ARMORY/ROCKOLA FIREARMS BM-59 Rifle CAL:762 SN:BM0602, valued at $1,900.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019106:** Charles Daly 301 Tactical Pump Shotgun CAL:12 Gauge SN:MRTK23M-0325, valued at $225.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019108:** SAVAGE 320 Security PUMP Shotgun CAL:12 GA SN:210217L, valued at $225.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019109:** F.N. (FN HERSTAL) FIVE-SEVEN Pistol CAL:57 SN:386458212, valued at $1,250.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019110:** FNH USA, LLC 509 Pistol CAL:9 SN:GKS0353444, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019112:** SPRINGFIELD ARMORY,GENESEO,IL Hellcat PRO OSP Pistol CAL:9 MM SN:BB500467, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019114:** SPRINGFIELD ARMORY,GENESEO,IL XDM Elite Pistol CAL:9 MM SN:BB120123, valued at $500.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019117:** F.N. (FN HERSTAL) Unknown Type Pistol CAL:Unknown SN:LR035769, valued at $430.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019119:** CZ USA 612 Field Shotgun CAL:12 GA SN:57-H22PT-005099, valued at $400.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019123:** GLOCK INC 28 Pistol CAL:380 SN:AHSL729, valued at $300.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019125:** CANIK55 SFX RIVAL Pistol CAL:9 SN:T6472-23CM25551, valued at $630.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019128:** SPRINGFIELD ARMORY,GENESEO,IL 1911 DS Prodigy Rifle CAL:9MM SN:NMH43711, valued at $1,395.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019130:** FNH USA, LLC 509 CC EDGE Pistol CAL:9 SN:GKS0247483, valued at $1,400.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019131:** SMITH & WESSON M&P 380 SHIELD EZ Pistol CAL:380 SN:RFM7159, valued at $440.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C.

**(Continued on next page)**
[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**
**24-ATF-019131 - (Continued from previous page)**
Section 924(d).
**24-ATF-019139:** TAURUS G2C Pistol CAL:9 SN:ICI66377, valued at $225.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019140:** SIG SAUER (SIG-ARMS) P230 Pistol CAL:9 SN:58H354087, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019142:** SPRINGFIELD ARMORY,GENESEO,IL SA-35 Pistol CAL:9 SN:HP39025, valued at $750.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019143:** FNH USA, LLC 509 Pistol CAL:9 SN:GKS0362105, valued at $754.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019145:** COLT Python REVOLVER CAL:357 SN:PY253893, valued at $1,499.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019147:** RUGER MAX-9 Pistol CAL:9 SN:350171821, valued at $370.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019149:** RUGER MAX-9 Pistol CAL:9 SN:350171822, valued at $370.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019151:** GLOCK INC 28 Pistol CAL:380 SN:AHSL728, valued at $530.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019153:** GLOCK INC 43 Pistol CAL:9 SN:AGDT730, valued at $450.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019154:** GLOCK INC. 43X Pistol CAL:9 SN:BYWY463, valued at $715.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019155:** SMITH & WESSON M&P 15 SPORT II Rifle CAL:556 SN:TW32071, valued at $700.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019159:** HECKLER & KOCH INC. MP5 Rifle CAL:22LR SN:HD069084, valued at $550.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019160:** DEL-TON INC. ECHO 316 L Rifle CAL:556 SN:B93884, valued at $550.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019162:** SMITH & WESSON M&P FPC Rifle CAL:9 SN:VA85557, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019163:** GLOCK INC 43X Pistol CAL:9 SN:CBAA226, Serial No. CBAA226,, valued at $715.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019164:** Smith and Wesson M & P 5.7Pistol CAL:57 SN:EFP1403, valued at $285.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019165:** GLOCK INC 43X Pistol CAL:9 SN:CBZZ075, valued at $575.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019166:** WINCHESTER SXP SHOTGUN CAL:12 SN:TR6023-072234SP, valued at $325.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019167:** ROST MARTIN LLC RM1C Pistol CAL:9 SN:RM004074, valued at $450.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

186

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-019168:** Ruger MINI 14 TACTICA Rifle CAL:556 SN:585-15908, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019169:** SMITH & WESSON M&P 380 SHIELD EZ Pistol CAL:380 SN:DLN4849, valued at $475.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019170:** SIG-SAUER P365 Pistol CAL:9 SN:66G023488, valued at $525.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019171:** MOSSBERG 590A1 Shotgun CAL:12 SN:V1725496, valued at $825.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019172:** SIG-SAUER P365 Pistol CAL:380 SN:66G035470, valued at $505.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019173:** SMITH & WESSON M&P9 M2.0 Shield Pistol CAL:9 SN:DLK8441, valued at $495.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019174:** SIG SAUER (SIG-ARMS) P322 COMP RX Pistol CAL:22 SN:73A146977, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019175:** TAURUS G2C Pistol CAL:40 SN:AEG517325, valued at $265.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019176:** TAURUS G2C Pistol CAL:40 SN:AEM922708, valued at $225.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019177:** FNH USA, LLC FNP45 Pistol CAL:45 SN:FX3U194040, valued at $750.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019178:** GLOCK INC. 20Gen4 Pistol CAL:10 SN:BYVN825, valued at $730.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019180:** GLOCK INC 17Gen5 Pistol CAL:9 SN:AHFS668, valued at $540.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019181:** GIRSAN MC P35 GOLD Pistol CAL:9 SN:T6368-23EU05061, valued at $1,075.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019182:** ANDERSON MANUFACTURING AM-15 Rifle CAL:Multi SN:20092385, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019184:** GLOCK INC 19X Pistol CAL:9 SN:CBFW919, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019185:** MAGNUM RESEARCH, INC. 50AE Pistol CAL:50 SN:DK0110243, valued at $1,800.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019186:** AMERICAN TACTICAL IMPORTS - ATI Firefly Rifle CAL:22LR SN:F508024, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019187:** GIRSAN Negotiator MC Pistol CAL:45 SN:T6368-23AB01838, valued at $715.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019188:** GIRSAN MC P35 OPS Pistol CAL:9 SN:T6368-23FA02817, valued at $480.00, seized by the ATF

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-019188 - (Continued from previous page)**
on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019189:** TAURUS INTERNATIONAL 1911 COMMANDER PISTOL CAL:45 SN:ADH545160, valued at $625.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019190:** SIG-SAUER P365 Pistol CAL:380 SN:66F942591, valued at $500.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019191:** HECKLER & KOCH INC. P30L V3 Pistol CAL:9 SN:213-056848, valued at $760.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019192:** SPRINGFIELD ARMORY,GENESEO,IL XD-45 ACP Pistol CAL:45 SN:MG576297, valued at $494.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019193:** SPRINGFIELD ARMORY,GENESEO,IL XDM-9 Pistol CAL:9MM SN:MG456914, valued at $485.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019194:** WALTHER PDP PISTOL CAL:9 SN:FDS3238, valued at $625.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019195:** SMITH & WESSON M&P 5.7 Pistol CAL:57 SN:PJJ4344, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019196:** F.N. (FN HERSTAL) SCAR 17S Rifle CAL:Multi SN:H1C23368, valued at $3,000.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019197:** TAURUS INTERNATIONAL G3C PISTOL CAL:9 SN:AEE420573, valued at $285.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019198:** ROMARM/CUGIR MINI DRACO Pistol CAL:762 SN:PE-9070-2019RO, valued at $900.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019199:** SPRINGFIELD ARMORY,GENESEO,IL Hellcat Pistol CAL:9MM SN:BA169895, valued at $513.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019200:** GLOCK INC. 43X PISTOL CAL:9 SN:AKGH926, valued at $448.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019201:** RUGER MINI 14 Rifle CAL:556 SN:584-73850, valued at $1,030.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019202:** MAUSER 1941 Rifle CAL:55MM SN:F5701PB, valued at $1,630.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019203:** Ruger 30-06 SPRG Rifle CAL:30-06 SN:692016536, valued at $450.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019205:** GLOCK INC. 43X Pistol CAL:9 SN:AKGG677, valued at $448.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019206:** WALTHER PPQ Q4 SF PISTOL CAL:9 SN:FDV5501, valued at $599.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019207:** DIAMONDBACK ARMS INC DB-10 Receiver/Frame CAL:Multi SN:DB-4015210, valued at

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-019207 - (Continued from previous page)**
$1,200.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019208:** ANDERSON MANUFACTURING AM-15 Rifle CAL:Multi SN:20092384, valued at $410.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019209:** SPIKE'S TACTICAL LLC MOD-ST9G Rifle CAL:9MM SN:ARG014826, valued at $500.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019210:** GIRSAN MC 1911 SC ULT Pistol CAL:9 SN:T6368-22DR00623, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019211:** SIG SAUER (SIG-ARMS) P322 COMP RX Pistol CAL:22 SN:73A146968, valued at $549.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019212:** RUGER LCP Max Pistol CAL:380 SN:381376888, valued at $380.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019213:** SPRINGFIELD ARMORY,GENESEO,IL XD-9 MOD2 Pistol CAL:9MM SN:GM701226, valued at $450.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019214:** CANIK55 TTI Combat PISTOL CAL:9x19 SN:T6472-24 CZ 08562, valued at $899.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019215:** BARRETT FIREARMS MFG CO 82A1 Rifle CAL:50 BMG SN:AA017894, valued at $9,270.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Chandler, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019216:** BERSA BP9CC Pistol CAL:9 SN:M46560, valued at $300.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019217:** RUGER LCP PISTOL CAL:380 SN:372563698, valued at $225.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019218:** Ruger LCP MAX Pistol CAL:380 SN:381493728, valued at $400.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019219:** FNH USA, LLC FN 15 Rifle CAL:MULTI SN:FNCR 020395, valued at $1,649.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019222:** COLT AR-15A4 TACTL CARB Rifle CAL:556 SN:CAR032528, valued at $1,150.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019226:** MILITARY ARMAMENT CORP 1014 Shotgun CAL:12 GA SN:751-H24YT-1467, valued at $825.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019238:** ARMALITE M15 Rifle CAL:556 SN:15-013958A, valued at $1,350.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019239:** HIPOINT (STRASSELL'S MACHINE INC.) 995 Rifle CAL:9 SN:F250534, valued at $355.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-019241:** ROCK ISLAND ARMORY INC. (GENESEO, IL) All Generation Shotgun CAL:12 GA SN:R536819, valued at $260.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019242:** CENTURY ARMS INTERNATIONAL Micro Draco PISTOL CAL:7.62x39 SN:ROA24 PMD-52335, valued at $915.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019244:** DIAMONDBACK ARMS INC. DB-15 Rifle CAL:MULTI SN:DB2937486, valued at $660.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019247:** STANDARD MANUFACTURING COMPANY, LLC SP12 SHOTGUN CAL:12 GA SN:SPS001155, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019249:** OHIO ORDNANCE WORKS M2-SLR Rifle CAL:50 BMG SN:850580, valued at $17,298.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019253:** CANIK55 TP-9SFX Pistol CAL:9 SN:T6472-24CM04787, valued at $630.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019256:** GLOCK INC. 43X Pistol CAL:9 SN:AKGL932, valued at $448.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019257:** ROCK ISLAND ARMORY INC. (GENESEO, IL) M1911 Tact Pistol CAL:45 SN:RIA2761489, valued at $899.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019258:** RUGER SECURITY-9 Pistol CAL:9 SN:387-16793, valued at $350.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019259:** FNH USA, LLC 503 Pistol CAL:9 SN:CV031215, valued at $425.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019260:** SPRINGFIELD ARMORY,GENESEO,IL Echelon PISTOL CAL:9 SN:BE236539, valued at $635.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019261:** CENTURY ARMS INTERNATIONAL Mete Pistol CAL:9 SN:T6472-23 BU 10536, valued at $775.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019262:** FNH USA, LLC FNX-45 Pistol CAL:45 SN:FX3U191493, valued at $750.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019263:** CANIK55 TTI Combat  Pistol CAL:9 SN:T6472-24 CZ12370, valued at $899.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019264:** SPRINGFIELD ARMORY,GENESEO,IL SA-16 Rifle CAL:5.56 SN:ST950135, valued at $1,175.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019342:** HAWK INDUSTRIES INC. Blue Line Pump Shotgun CAL:12 SN:BLS00003948, valued at $250.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019346:** TAURUS G3C Pistol CAL:40 SN:AED321172, valued at $280.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019348:** DS Arms Inc SA58 Rifle CAL:7.62 SN:DSA52030, valued at $1,550.00, seized by the ATF on May

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE: 09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-019348 - (Continued from previous page)**
31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019350:** ROMARM/CUGIR WASR-10UF RIFLE CAL:762 SN:ROA-23-UF-9385, valued at $1,000.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019367:** MILITARY ARMAMENT CORP MAC 1014 Shotgun CAL:12 SN:751-H23YT-9539, valued at $390.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019371:** DIAMONDBACK ARMS INC. DB-15 Rifle CAL:Multi SN:DB2202372, valued at $650.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019373:** WINCHESTER SXP Shotgun CAL:12 SN:TR6022-040007SP, valued at $340.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019379:** DIAMONDBACK ARMS INC. DB-15 Rifle CAL:556 SN:DB2666160, valued at $700.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019381:** Girsan REGARD MC Pistol CAL:9 SN:T6368-24A00899, valued at $850.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019383:** GLOCK INC. 19X Pistol CAL:9 SN:CCSP971, valued at $725.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019385:** GLOCK INC. 17GEN5 Pistol CAL:9 SN:CBZY450, valued at $540.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019387:** GLOCK INC. 45 Pistol CAL:9 SN:BZTR565, valued at $580.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019390:** SMITH & WESSON M&P 9 SHIELD Pistol CAL:9 SN:JPF9977, valued at $445.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019400:** SIG SAUER (SIG-ARMS) P365 Pistol CAL:380 SN:66F428811, valued at $630.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019404:** GLOCK INC. 17GEN5 Pistol CAL:9 SN:AHBR210, valued at $665.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019405:** CANIK55 METE MC9 Pistol CAL:9 SN:23CT64819, valued at $430.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019407:** SIG-SAUER P320 M18 Pistol CAL:9 SN:M18A120370, valued at $585.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019408:** CANIK55 METE MC9 Pistol CAL:9 SN:23CT61694, valued at $415.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019410:** GLOCK INC. 19GEN5 Pistol CAL:9 SN:CCKF816, valued at $540.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019413:** SHADOW SYSTEMS, LLC CR920 COMBAT Pistol CAL:9 SN:S033175, valued at $750.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019414:** Ruger LCP MAX Pistol CAL:380 SN:380987509, valued at $379.00, seized by the ATF on May 31,

**(Continued on next page)**

[The property listed above is NOT for sale. The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**

**24-ATF-019414 - (Continued from previous page)**
2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019416:** CANIK55 TP-9 ELITE COMBAT Pistol CAL:9 SN:T6472-22BN07448, valued at $735.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019417:** SMITH & WESSON EQUALIZER Pistol CAL:9 SN:PJH3548, valued at $500.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019418:** FNH USA, LLC FNX-45 TACTICAL Pistol CAL:45 SN:FX3U188447, valued at $1,299.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019422:** BUL TRANSMARK LTD DESERT EAGLE Pistol CAL:45 SN:PB-A2230, valued at $1,926.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019424:** FNH USA, LLC 510 Pistol CAL:10 SN:BBP0044797, valued at $1,029.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019426:** CENTURY ARMS INTERNATIONAL Mete Signature Pistol CAL:9 SN:T6472-23-BU-11232, valued at $474.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019432:** GLOCK INC. 17GEN5 Pistol CAL:9 SN:CBZY154, valued at $665.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019433:** Ruger SR1911 Pistol CAL:45 SN:673-92998, valued at $629.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019434:** SMITH & WESSON M&P 9 SHIELD EZ PC Pistol CAL:9 SN:RHN7269, valued at $615.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019436:** SIG-SAUER P365 Pistol CAL:9 SN:66F457694, valued at $619.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019437:** ROCK ISLAND ARMORY INC. (GENESEO, IL) 1911 Pistol CAL:45 SN:RIA2725859, valued at $600.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019438:** Girsan WITNESS 2311S Pistol CAL:9 SN:T6368-23FH00454, valued at $920.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019439:** GLOCK INC. 17GEN4 PISTOL CAL:9 SN:AGVH193, valued at $400.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019440:** GIRSAN MC 14T Pistol CAL:380 SN:T6368-23EZ07125, valued at $615.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019441:** SPRINGFIELD FIREARMS CORPORATION Hellcat Pistol CAL:9 SN:BE399195, valued at $539.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019442:** OHIO ORDNANCE WORKS M240 SLR Rifle CAL:762 SN:241330, valued at $15,135.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019445:** Ruger EC9S Pistol CAL:9 SN:462-70795, valued at $285.00, seized by the ATF on May 31, 2024 from Alejandro MONTEMAYOR in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF ARIZONA**
**24-ATF-019664:** $3,103.00 U.S. Currency, seized by the ATF on June 27, 2024 from Jose Lizarraga Ochoa in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019666:** $700.00 U.S. Currency, seized by the ATF on June 27, 2024 from Jose Lizarraga Ochoa in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019667:** $4,480.00 U.S. Currency, seized by the ATF on June 27, 2024 from Gricelda Orozco Garcia in Phoenix, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019877:** MAGNUM RESEARCH, INC DESERT EAGLE Pistol CAL:50 SN:DK0102128, valued at $300.00, seized by the ATF on June 27, 2024 from Daniel Alfredo Pina in Tucson, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019878:** RUGER PRECISION RIFLE Rifle CAL:65 SN:1802-69978, valued at $425.00, seized by the ATF on June 27, 2024 from Daniel Alfredo Pina in Tucson, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019880:** ZASTAVA  ZPAP92 Pistol CAL:762 SN:Z92-112057, valued at $300.00, seized by the ATF on June 27, 2024 from Daniel Alfredo Pina in Tucson, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**CENTRAL DISTRICT OF CALIFORNIA**

**24-ATF-018789:** Smith & Wesson M&P 15 Rifle CAL:556 SN:TU61738, valued at $1,000.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018791:** Romarm/Cugir WASR-10 Rifle CAL:762 SN:A1-64946-18, valued at $1,000.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018792:** Hipoint (Strassell's Machine Inc.) 4595 Rifle CAL:45 SN:R103153, valued at $1,000.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018793:** 8 Rounds Assorted Ammunition CAL:45, valued at $0.80, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018794:** HS Produkt (IM Metal) XD9 Pistol CAL:9 SN:US935432, valued at $1,000.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018795:** Ruger Standard Pistol CAL:22 SN:14-73348, valued at $400.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018796:** Smith & Wesson SW9V Pistol CAL:9 SN:PAV7307, valued at $700.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018797:** Glock GMBH 19GEN5 Pistol CAL:9 SN:CASZ477, valued at $400.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018799:** CZ (Ceska Zbrojovka) CZ P-07 Pistol CAL:9 SN:G423064, valued at $700.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018800:** 6 Rounds Assorted Ammunition CAL:9, valued at $0.60, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018801:** HS Produkt (IM Metal) XDS Pistol CAL:9 SN:S4915100, valued at $700.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018802:** Sig Sauer (Sig-Arms) SP2022 Pistol CAL:9 SN:24B141316, valued at $700.00, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018808:** 15 Rounds Assorted Ammunition CAL:9, valued at $1.50, seized by the ATF on May 29, 2024 from Mark Perez in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018809:** HS Produkt (IM Metal) XDM Elite Pistol CAL:45 SN:BB215870, valued at $700.00, seized by the ATF on May 29, 2024 from Zachary Dry in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018810:** 10 Rounds Winchester-Western Ammunition CAL:45, valued at $1.00, seized by the ATF on May 29, 2024 from Zachary Dry in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018815:** Glock Inc. 19 Pistol CAL:9 SN:BVGZ574, valued at $300.00, seized by the ATF on May 29, 2024 from Salvador Lopez in Whittier, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018816:** 14 Rounds Assorted Ammunition CAL:9, valued at $1.40, seized by the ATF on May 29, 2024 from Salvador Lopez in Whittier, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018817:** 25 Rounds Federal Ammunition CAL:12, valued at $2.50, seized by the ATF on May 29, 2024 from Salvador Lopez in Whittier, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018818:** 50 Rounds Winchester-Western Ammunition CAL:9, valued at $5.00, seized by the ATF on May 29, 2024 from Salvador Lopez in Whittier, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018819:** 16 Rounds Assorted Ammunition CAL:Assorted, valued at $1.60, seized by the ATF on May 29, 2024 from Salvador Lopez in Whittier, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**NORTHERN DISTRICT OF CALIFORNIA**

**18-ATF-037296:** PRIVATELY MADE FIREARM (PMF) UNKNOWN RIFLE CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037297:** PRIVATELY MADE FIREARM (PMF) UNKNOWN RIFLE CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037298:** COLT SPORTER LIGHTWE RIFLE CAL:223 SN:SL003030, valued at $1,500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037299:** PAC WEST ARMS COMMANDO RIFLE CAL:556 SN:35874, valued at $1,000.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037300:** 1200 Rounds Israel Military Industries Ammunition CAL:5.56, valued at $120.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037301:** 158 Rounds UNKNOWN Ammunition CAL:UNKNOWN, valued at $15.80, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037302:** 2000 Rounds UNKNOWN Ammunition CAL:9, valued at $200.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037303:** 1370 Rounds AMMUNITION Ammunition CAL:MULTI, valued at $137.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037304:** UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037305:** 14 Rounds ASSORTED Ammunition CAL:MULTI, valued at $1.40, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037306:** 1200 Rounds OTHER Ammunition CAL:762, valued at $120.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037307:** AERO PRECISION X15 RECEIVER/FRAME CAL:UNKNOWN SN:AR46501, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037308:** UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037309:** KIMBER PRO BP TEN II PISTOL CAL:45 SN:KPA16828, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037311:** 44 Rounds ASSORTED Ammunition CAL:45, valued at $4.40, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037312:** UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037313:** GLOCK GMBH 19GEN4 PISTOL CAL:9 SN:ZXY168, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037314:** GLOCK GMBH 17 PISTOL CAL:9 SN:KC360US, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037315:** 17 Rounds ASSORTED Ammunition CAL:9, valued at $1.70, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037316:** POLYMER80, INC. (P80 TACTICAL P80) UNKNOWN  RECEIVER/FRAME CAL:UNKNOWN

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

### NORTHERN DISTRICT OF CALIFORNIA
**18-ATF-037316 - (Continued from previous page)**
SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037317:** 12 Rounds OTHER Ammunition CAL:UNKNOWN, valued at $1.20, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037318:** 10 Rounds OTHER Ammunition CAL:223, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037319:** UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037320:** GLOCK GMBH UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:FA569US, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037321:** UNKNOWN UNKNOWN UNKNOWN CAL:UNKNOWN SN:NONE, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037322:** UNKNOWN UNKNOWN UNKNOWN CAL:UNKNOWN SN:NONE, valued at $100.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037323:** 95 Rounds FIOCCHI Ammunition CAL:8, valued at $9.50, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037325:** UNKNOWN  UNKNOWN  RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037326:** OLYMPIC ARMS INC (SGW ENTERPRISES & SAFARI ARMS) MFR RIFLE CAL:UNKNOWN SN:96H1436, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037327:** AERO PRECISION X15 RIFLE CAL:MULTI SN:AR46517, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037328:** HOLLAND & HOLLAND LTD. UNKNOWN RIFLE CAL:UNKNOWN SN:A6493178, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037329:** RUGER SECURITY SIX REVOLVER CAL:UNKNOWN SN:155-13296, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037330:** PRIVATELY MADE FIREARM (PMF) UNKNOWN RIFLE CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037333:** GLOCK GMBH 43 PISTOL CAL:9 SN:BBZD686, valued at $500.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037334:** 53 Rounds WINCHESTER-WESTERN Ammunition CAL:12, valued at $5.30, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037335:** 180 Rounds REMINGTON Ammunition CAL:223, valued at $18.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037336:** UNKNOWN UNKNOWN UNKNOWN CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037337:** HESSE LTD UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**NORTHERN DISTRICT OF CALIFORNIA**
**18-ATF-037337 - (Continued from previous page)**
by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037338:** 100 Rounds ASSORTED Ammunition CAL:357, valued at $10.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037340:** UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037341:** UNKNOWN UNKNOWN RECEIVER/FRAME CAL:UNKNOWN SN:NONE, valued at $1.00, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**18-ATF-037342:** 101 Rounds UNKNOWN Ammunition CAL:9, valued at $10.10, seized by the ATF on May 29, 2018 from Clarence CHAN in Palo Alto, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019665:** GLOCK GMBH 21GEN4 PISTOL CAL:45 SN:WRR990, valued at $300.00, seized by the ATF on May 30, 2024 from Nathaniel PORTER in Oakland, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**MIDDLE DISTRICT OF FLORIDA**
**24-ATF-018967:** GLOCK INC 43X PISTOL CAL:9 SN:BWUN888, valued at $300.00, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018973:** 9 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $0.90, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018977:** 32 Rounds ASSORTED Ammunition CAL:32, Serial No. Unknown, valued at $3.20, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018980:** 4 Rounds ASSORTED Ammunition CAL:32, Serial No. Unknown, valued at $0.40, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018981:** DAVIS INDUSTRIES D32 DERRINGER CAL:32 SN:469427, valued at $150.00, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018984:** 2 Rounds ASSORTED Ammunition CAL:32, Serial No. Unknown, valued at $0.20, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018988:** SMITH & WESSON M&P BODYGUARD 38 REVOLVER CAL:38 SN:CUX2847, valued at $300.00, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018992:** 5 Rounds ASSORTED Ammunition CAL:38, Serial No. Unknown, valued at $0.50, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018995:** 9 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $0.90, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018998:** 22 Rounds ASSORTED Ammunition CAL:9, Serial No. Unknown, valued at $2.20, seized by the ATF on June 11, 2024 from Adan SMITH in PORT RICHEY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**NORTHERN DISTRICT OF FLORIDA**
**24-ATF-019779:** PHOENIX ARMS CO HP22A PISTOL CAL:22 SN:4560845, valued at $300.00, seized by the ATF on June 19, 2024 from Michael Termaine BELL in PANAMA CITY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019780:** 9 Rounds CCI Ammunition CAL:22, Serial No. Unknown, valued at $0.90, seized by the ATF on June 19, 2024 from Michael Termaine BELL in PANAMA CITY, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

### NORTHERN DISTRICT OF GEORGIA

**24-ATF-018892:** 168 Rounds Assorted Ammunition CAL:Assorted, valued at $16.80, seized by the ATF on May 28, 2024 from Javares Stone in Forest Park, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019481:** Glock GMBH 20GEN4 Pistol CAL:10 SN:BWTC816, valued at $500.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019482:** Springfield XD45 45ACP caliber semi automatic Pistol SN:XD625163, valued at $400.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019517:** GLOCK GMBH 26GEN4 Pistol CAL:9 SN:ZVK300, valued at $300.00, seized by the ATF on May 28, 2024 from Javares Stone in Forest Park, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019518:** ROMARM/CUGIR Micro Draco Pistol CAL:762 SN:USD001076, valued at $300.00, seized by the ATF on May 28, 2024 from Javares Stone in Forest Park, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019519:** CENTURY ARMS INTERNATIONAL VSKA Rifle CAL:762 SN:SV7030580, valued at $425.00, seized by the ATF on May 28, 2024 from Javares Stone in Forest Park, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019520:** WEST GEORGIA FIREARMS, LLC (FULL METAL JACKET) LHTM4 Rifle CAL:Multi SN:00053, valued at $425.00, seized by the ATF on May 28, 2024 from Javares Stone in Forest Park, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019578:** Zastava PAP M92 PV Pistol CAL:762x39 SN:M92PV019777, valued at $250.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019580:** Ruger AR-556 Rifle CAL:556 SN:853-76586, valued at $500.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019582:** SRM, Inc (SRM ARMS) SRM 1216 Shotgun CAL:12 SN:A005050, valued at $1,500.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019583:** Smith & Wesson M&P Bodyguard Revolver CAL:38 SN:CUXZ058, valued at $250.00, seized by the ATF on June 20, 2024 from Randall Coleman in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019584:** New England Firearms Pardner Shotgun CAL:12 SN:NP400150, valued at $250.00, seized by the ATF on June 20, 2024 from Randall Coleman in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019586:** Ruger AR-556 Rifle CAL:556 SN:853-76610, valued at $500.00, seized by the ATF on June 20, 2024 from Randall Coleman in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019588:** Maverick Arms (Eagle Pass, TX) 88 Shotgun CAL:12 SN:MV76391M, valued at $300.00, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019591:** 2524 Rounds Assorted Ammunition CAL:Multi, valued at $252.40, seized by the ATF on June 20, 2024 from John Gisentaner in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019645:** AERO PRECISION X15 Pistol CAL:Multi SN:X469011, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019646:** 40 Rounds Remington Ammunition CAL:223, valued at $4.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019647:** Unknown Unknown Silencer CAL:Unknown SN:None, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019648:** Glock GMBH 43 Pistol CAL:9 SN:BFHE258, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019649:** 9 Rounds Federal Ammunition CAL:9, valued at $0.90, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019650:** Bond Arms Inc. Rough N Rowdy Derringer CAL:45/410 SN:282736, valued at $150.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

### NORTHERN DISTRICT OF GEORGIA
**24-ATF-019650 - (Continued from previous page)**
924(d).
**24-ATF-019651:** 2 Rounds Unknown Ammunition CAL:410, valued at $0.20, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019652:** Smith & Wesson M&P 9 M2.0 Pistol CAL:9 SN:NKP8879, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019653:** Walther P22 Pistol CAL:22 SN:WA067440, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019654:** Taurus  PT111 MILLENNIUM G2 Pistol CAL:9 SN:TJN03632, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019655:** 12 Rounds Assorted Ammunition CAL:Assorted, valued at $1.20, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019656:** Raven Arms MP25 Pistol CAL:25 SN:1468640, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019657:** Urizar Unknown Pistol CAL:25 SN:None, valued at $300.00, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019658:** 249 Rounds Assorted Ammunition CAL:Assorted, valued at $24.90, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019659:** 135 Rounds Assorted Ammunition CAL:Assorted, valued at $13.50, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019660:** 111 Rounds Assorted Ammunition CAL:22, valued at $11.10, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019684:** FNH USA, LLC M249S Rifle CAL:556 SN:M249SA09883, valued at $425.00, seized by the ATF on June 11, 2024 from Francisco Barajas-Escobedo in Marietta, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019685:** $123,020.50 U.S. Currency, seized by the ATF on June 24, 2024 from Mark Oneil ROBINSON in Atlanta, GA for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019686:** BERETTA USA CORP APX Pistol CAL:9 SN:AXC109632, valued at $300.00, seized by the ATF on June 11, 2024 from JENNIFER YVETTE VALENTIN in Jonesboro, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF KANSAS**
**20-ATF-034198:** GLOCK INC. 17 Pistol CAL:9 SN:AFSZ957, valued at $600.00, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019942:** 18 Rounds Hornady Ammunition CAL:9, valued at $1.80, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019943:** CHARTER ARMS UNKNOWN Revolver  CAL:Unknown SN:16-43166,, valued at $600.00, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019944:** 5 Rounds Assorted Ammunition CAL:38, valued at $0.50, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019946:** SMITH & WESSON 6904 Pistol CAL:9 SN:TFR6592, valued at $600.00, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019947:** 16 Rounds Assorted Ammunition CAL:9, valued at $1.60, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019948:** SPRINGFIELD ARMORY,GENESEO,IL, Unknown Pistol CAL:Unknown SN:BY554525, valued at $350.00, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019949:** 16 Rounds Assorted Ammunition CAL:9, valued at $1.60, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019950:** 15 Rounds HORNADY Ammunition CAL:9, valued at $1.50, seized by the ATF on May 31, 2024 from Tyler Bennett in Kansas City, KS for forfeiture pursuant to 18 U.S.C. Section 924(d).

**EASTERN DISTRICT OF KENTUCKY**
**24-ATF-019905:** TAURUS 44 REVOLVER CAL:44 SN:ACH194197, valued at $300.00, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019910:** 6 Rounds HORNADY Ammunition CAL:44, valued at $0.60, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019911:** HERITAGE MFG. INC. ROUGH RIDER REVOLVER CAL:22 SN:W00927, valued at $300.00, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019913:** 6 Rounds FEDERAL Ammunition CAL:22, valued at $0.60, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019915:** 1 Rounds REMINGTON Ammunition CAL:30-30, valued at $2.00, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019916:** 295 Rounds ASSORTED Ammunition CAL:ASSORTED, valued at $29.50, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019917:** 38 Rounds FEDERAL Ammunition CAL:22, valued at $3.80, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019919:** MARLIN FIREARMS CO. 60 RIFLE CAL:22 SN:11210217, valued at $425.00, seized by the ATF on June 26, 2024 from Adam Smith in Middlesboro, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/20/2024

## WESTERN DISTRICT OF LOUISIANA

**24-ATF-019295:** Savage 775 Shotgun CAL:12 SN:155554, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019297:** Savage 755A Shotgun CAL:12 SN:570856, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019298:** Winchester 62A Rifle CAL:22 SN:355530, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019299:** Kimber MICRO 9 ESV Pistol CAL:9 SN:TB0056646, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019302:** DIAMONDBACK ARMS INC. DB-15 Rifle CAL:Multi SN:DB2190309, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019304:** Ruger LC CARBINE Rifle CAL:57 SN:930-19796, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019307:** Ruger M77 HAWKEYE Rifle CAL:300 SN:712-44364, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019308:** FNH USA, LLC FNS-40 Pistol CAL:40 SN:GKU0131594, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019310:** ROHM RG38S Revolver CAL:38 SN:FF295570, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019311:** WALTHER CREED PISTOL CAL:9 SN:DEFCG8948, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019312:** TAURUS 669 REVOLVER CAL:357 SN:NL168914, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019313:** GLOCK GMBH 22 PISTOL CAL:40 SN:BVVA824, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019314:** GLOCK GMBH 20 PISTOL CAL:10 SN:BYSF692, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019315:** TISAS - TRABZON GUN INDUSTRY CORP. 1911A1 Pistol CAL:45 SN:T0620-23Z21682, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019316:** MAVERICK ARMS (EAGLE PASS, TX) 88 SHOTGUN CAL:12 SN:MV0453717, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019317:** KELTEC, CNC INDUSTRIES, INC. SUB-2000 Rifle CAL:40 SN:FF7M54, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019318:** KELTEC, CNC INDUSTRIES, INC. SUB-2000 Rifle CAL:9 SN:FGC033, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019319:** HOPKINS AND ALLEN SAFETY POLICE Revolver CAL:32 SN:G4262, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019320:** SAVAGE 110 RIFLE CAL:308 SN:D780843, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019321:** MARLIN FIREARMS CO. 30A RIFLE CAL:30-30 SN:21103305, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019322:** IVER JOHNSON Unknown Revolver CAL:Unknown SN:Unknown, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019323:** HARRINGTON & RICHARDSON 1871 INC. Unknown Revolver CAL:Unknown SN:2174, valued at

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## WESTERN DISTRICT OF LOUISIANA

**24-ATF-019323 - (Continued from previous page)**
$500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019324:** IVER JOHNSON Unknown Revolver CAL:Unknown SN:B65354, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019325:** MARLIN FIREARMS CO. 15 RIFLE CAL:22 SN:19725942, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019326:** Kimber MICRO 9 Pistol CAL:9 SN:PB0397203, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019327:** SPRINGFIELD ARMORY,GENESEO,IL 911 Pistol CAL:380 SN:CC083888, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019328:** YILDIZ SHOTGUN IND. PROFESSIONAL HD SHOTGUN CAL:12 SN:P26681, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019329:** Kimber MICRO 9 RAPIDE Pistol CAL:9 SN:TB0065973, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019330:** SAVAGE ARMS INC. (CD) STEVENS 6 RIFLE CAL:22 SN:0793074, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019331:** Kimber ULTRA CARRY II Pistol CAL:45 SN:KU365143, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019332:** SAVAGE AXIS RIFLE CAL:65 SN:N350672, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019333:** GLOCK INC. 44 Pistol CAL:22 SN:AEHF173, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019334:** GLOCK INC. 42 Pistol CAL:380 SN:ACRX232, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019335:** BENELLI, S. PA NOVA SHOTGUN CAL:12 SN:Z882198H18, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019336:** GERMAN SPORTS GUNS FIREFLY Pistol CAL:22 SN:F511896, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019338:** KELTEC, CNC INDUSTRIES, INC. PMR-30 Pistol CAL:22 SN:WYP573, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019339:** SPRINGFIELD ARMORY,GENESEO,IL 911 Pistol CAL:380 SN:CC096103, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019340:** STOEGER 3020 SHOTGUN CAL:20 SN:1602684, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019341:** Ruger Unknown Pistol CAL:Unknown SN:13-96182, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019343:** Ruger MARK II Pistol CAL:22 SN:19-32241, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019344:** SMITH & WESSON M&P FPC Rifle CAL:9 SN:VA02284, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019345:** HENRY REPEATING RIFLE COMPANY H004 GOLDEN BOY Rifle CAL:22 SN:GB485667, valued

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/20/2024

### WESTERN DISTRICT OF LOUISIANA

**24-ATF-019345 - (Continued from previous page)**
at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019347:** RUGER LC CHARGER PISTOL CAL:57 SN:930-40583, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019349:** MARLIN FIREARMS CO. 30A Rifle CAL:30-30 SN:25129573, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019351:** MARLIN FIREARMS CO. 30AS Rifle CAL:30-30 SN:13054016, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019354:** MARLIN FIREARMS CO. 336 Rifle CAL:35 SN:23166761, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019356:** Savage 99E Rifle CAL:243 SN:1101966, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019357:** Ruger 1 Rifle CAL:300 SN:132-20360, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019359:** Ruger 1 Rifle CAL:270 SN:131-10242, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019362:** REMINGTON ARMS COMPANY, INC. 742 Rifle CAL:243 SN:6902283, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019365:** BERETTA, PIETRO S.P.A Unknown Pistol CAL:Unknown SN:73435A, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019368:** ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM) M1911-A2 FS TCT Pistol CAL:10 SN:RIA2419791, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019374:** HS PRODUKT (IM METAL) ECHELON PISTOL CAL:9 SN:BE258784, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019375:** SIG (SWISS INDUSTRIAL GROUP) P229 Pistol CAL:40 SN:AL63926, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019377:** Ruger RUGER-57 Pistol CAL:57 SN:643-49560, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019378:** FNH USA, LLC 509 Pistol CAL:9 SN:GKS0265743, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019384:** ISRAEL WEAPON IND- IWI (ISRAEL MILITARY IND- IMI) DESERT EAGLE Pistol CAL:40 SN:32316679, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019388:** RETOLAZA HERMANOS VILAR Pistol CAL:32 SN:53701, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019389:** CBC (COMPANHIA BRAZILIERA DE CARTUCHOS) SB SHOTGUN CAL:12 SN:676970, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019391:** Ruger 22/45 MARK IV L Pistol CAL:22 SN:500303442, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019392:** Ruger LCP Pistol CAL:380 SN:372510997, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.

**24-ATF-019393:** MOSSBERG 100 ATR RIFLE CAL:243 SN:ATR065074, valued at $500.00, seized by the ATF on

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## WESTERN DISTRICT OF LOUISIANA
**24-ATF-019393 - (Continued from previous page)**
May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019394:** BLACK RAIN ORDNANCE INC. SPEC 15 Rifle CAL:556 SN:SX004238, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019395:** ORDNANCE MFG. CORP. Backup Pistol CAL:380 SN:D08630, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019396:** HATSAN ARMS CO.(SILAH MAKINA KALIP SAN. TIC. LTD.) ESCORT SHOTGUN CAL:UNKNOWN SN:70-H23YB-000685, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019397:** Savage 67 Shotgun CAL:410 SN:C040647, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019401:** RUGER MINI 14 RANCH R RIFLE CAL:223 SN:188-09829, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019402:** CHIAPPA FIREARMS LTD HONCHO SHOTGUN CAL:12 SN:18CH-04492, valued at $500.00, seized by the ATF on May 29, 2024 from Dwayne Ronquillo in Shreveport, LA for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019852:** GLOCK GMBH 19GEN5 PISTOL CAL:9 SN:BZTC716, valued at $300.00, seized by the ATF on June 27, 2024 from Tresmond JONES in Broussard, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019855:** 15 Rounds WINCHESTER-WESTERN Ammunition CAL:9, valued at $1.50, seized by the ATF on June 27, 2024 from Tresmond JONES in Broussard, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF MICHIGAN
**24-ATF-016973:** SCCY INDUSTRIES LLC (SKYY IND.) Pistol Model: CPX-1 Caliber: 9  S/N: 018714, valued at $300.00, seized by the Detroit Police Department on April 21, 2024 from Saivaughn McHenry in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-016974:** Ammunition Qty: 12 Rounds Manufacturer: Unknown Caliber: 9, valued at $1.20, seized by the Detroit Police Department on April 21, 2024 from Saivaughn McHenry in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-016975:** Ammunition Qty: 15 Rounds Manufacturer: Unknown Caliber: 9, valued at $1.50, seized by the Detroit Police Department on April 21, 2024 from Saivaughn McHenry in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018811:** Girsan Pistol Model: REGARD SIX Caliber: 9 SN: T6368-20A16506, valued at $300.00, seized by the Detroit Police Department on April 25, 2024 from Billy Street in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018812:** Ammunition Qty: 10 Rounds Manufacturer: ASSORTED Caliber: 9, valued at $1.00, seized by the Detroit Police Department on April 25, 2024 from Billy Street in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019937:** SIG SAUER (SIG-ARMS) P290RS Pistol CAL:9 SN:26C038536, valued at $99.00, seized by the ATF on May 29, 2024 from James Carter in Saginaw, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019938:** 8 Rounds ASSORTED Ammunition CAL:9, valued at $0.80, seized by the ATF on May 29, 2024 from James Carter in Saginaw, MI for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/20/2024

## EASTERN DISTRICT OF MISSOURI
**24-ATF-014548:** AMERICAN TACTICAL IMPORTS - ATI OMNI HYBRID PISTOL CAL:223 SN:NS3342869, valued at $600.00, seized by the ATF on April 19, 2024 from Donnell Jones in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-014549:** 13 Rounds ASSORTED Ammunition CAL:223, valued at $1.30, seized by the ATF on April 19, 2024 from Donnell Jones in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

## SOUTHERN DISTRICT OF MISSISSIPPI
**24-ATF-019680:** 17 Rounds ASSORTED Ammunition CAL:9, valued at $1.70, seized by the ATF on June 09, 2024 from Xavier BUCK in Jackson, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019804:** GLOCK GMBH 45 Pistol CAL:9 SN:PA4557PD, valued at $300.00, seized by the ATF on June 09, 2024 from Xavier BUCK in Jackson, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF MONTANA
**24-ATF-018863:** SAVAGE ARMS INC. (CD) 64 Rifle CAL:22 SN:4268271, valued at $425.00, seized by the ATF on May 22, 2024 from Keatton Diedrick PIERCE in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018864:** SAVAGE 110 Rifle CAL:30-06 SN:P931264, valued at $425.00, seized by the ATF on May 22, 2024 from Keatton Diedrick PIERCE in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018865:** ARMSAN SILAH SANAYI POINTER PHENOMA Shotgun CAL:20 SN:16TK2865, valued at $250.00, seized by the ATF on May 22, 2024 from Keatton Diedrick PIERCE in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018866:** HS PRODUKT (IM METAL) XDM ELITE Pistol CAL:9 SN:BA733256, valued at $300.00, seized by the ATF on May 23, 2024 from Keatton Diedrick PIERCE in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018906:** Khan Shotguns Trinity LT Shotgun CAL:20 SN:BL20002252, valued at $250.00, seized by the ATF on May 26, 2024 from Weston Seibert in Radersburg, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018915:** 2 Rounds Cheddite Ammunition CAL:20, valued at $0.20, seized by the ATF on May 26, 2024 from Weston Seibert in Radersburg, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018917:** 13 Rounds Assorted Ammunition CAL:20, valued at $1.30, seized by the ATF on May 26, 2024 from Weston Seibert in Radersburg, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018922:** Taurus International G2C Pistol CAL:9 SN:1C105359, valued at $300.00, seized by the ATF on May 28, 2024 from Marnie Cinclair in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018925:** 13 Rounds Assorted Ammunition CAL:9, valued at $1.30, seized by the ATF on May 28, 2024 from Marnie Cinclair in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020044:** TAURUS GX4 PISTOL CAL:9 SN:1GA24878, valued at $300.00, seized by the ATF on July 03, 2024 from Edgar ROBERTS in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020050:** 10 Rounds unknown Ammunition CAL:9, Serial No. Unknown, valued at $1.00, seized by the ATF on July 03, 2024 from Edgar ROBERTS in Billings, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).

## MIDDLE DISTRICT OF NORTH CAROLINA
**24-ATF-019674:** 3 Rounds ASSORTED Ammunition CAL:9, valued at $0.30, seized by the ATF on May 24, 2024 from Antonio JAIMES-CRUZ in Lexington, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019675:** HS PRODUKT (IM METAL) XD9 SUB-CMPCT MOD 2 Pistol CAL:9 SN:None, valued at $300.00, seized by the ATF on May 24, 2024 from Antonio JAIMES-CRUZ in Lexington, NC for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF NORTH DAKOTA**

**24-ATF-019815:** Unknown Manufacturer Unknown Pistol CAL:9 SN:None, valued at $300.00, seized by the ATF on May 28, 2024 from Tyrone Demetrius Boswell in Bismarck, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019818:** 9 Rounds WINCHESTER-WESTERN Ammunition CAL:9, valued at $0.90, seized by the ATF on May 28, 2024 from Tyrone Demetrius Boswell in Bismarck, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020488:** REMINGTON ARMS COMPANY, INC. 700 Rifle CAL:22-250 SN:G6995560, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020490:** SIG SAUER (SIG-ARMS) SIG M400 Rifle CAL:556 SN:20L121518, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020491:** HS PRODUKT (IM METAL) HELLCAT PRO Pistol CAL:9 SN:BB417111, valued at $300.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020493:** SMITH & WESSON M&P 380 SHLD EZ M2.0 Pistol CAL:380 SN:REU5748, valued at $300.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020495:** GLOCK GMBH 22GEN4 Pistol CAL:40 SN:TUU102, valued at $300.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020497:** RUGER SR1911 Pistol CAL:45 SN:671-38780, valued at $300.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020499:** Remington 700 Rifle CAL:7 SN:G6334547, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020501:** MOSSBERG 500 Shotgun CAL:20 SN:V1627177, valued at $250.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020502:** DIKAR BERGARA B14 Rifle CAL:65 SN: ES 61-06-206719-19, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020503:** Benelli Super Black Eagle 3 Shotgun CAL:12 SN:U662569K, valued at $250.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020504:** MOSSBERG 500A Shotgun CAL:12 SN:P937806, valued at $250.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020505:** BENELLI, S. PA. NOVA Shotgun CAL:12 SN:Z275826, valued at $250.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020506:** RUGER 10/22 Rifle CAL:22 SN:0019-44225, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020507:** Bergara Premier Rifle CAL:65 SN:J46939, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020509:** CBC (COMPANHIA BRAZILIERA DE CARTUCHOS) 802 PLINKSTER Rifle CAL:22 SN:HHF043953, valued at $425.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020510:** Unknown Unknown Parts & Accessories assorted make and caliber firearm magazines CAL:Unknown SN:None, valued at $1.00, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020511:** 1972 Rounds FEDERAL Ammunition CAL:Assorted, valued at $197.20, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-020512:** 1276 Rounds WINCHESTER-WESTERN Ammunition CAL:Assorted, valued at $127.60, seized by

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

## LAST DATE TO FILE:  09/20/2024

## DISTRICT OF NORTH DAKOTA
**24-ATF-020512 - (Continued from previous page)**
the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020513:** 664 Rounds FEDERAL Ammunition CAL:Assorted, valued at $66.40, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020514:** 542 Rounds FIOCCHI Ammunition CAL:Assorted, valued at $54.20, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020515:** Ammunition Components: Other; Qty: 1 EA; A black in color container containing approximately 20.3 pounds of smokeless powder., valued at $0.20, seized by the ATF on May 30, 2024 from Brock Joseph Lewis in Williston, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF OREGON
**24-ATF-020045:** AMERICAN TACTICAL IMPORTS - ATI MIL-SPORT PISTOL CAL:556 SN:MSA022919, valued at $300.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020046:** UNKNOWN PISTOL CAL:556 SN:None, valued at $300.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020047:** UNKNOWN  RIFLE CAL:556 SN:NONE, valued at $425.00, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020051:** 23 Rounds LC (LAKE CITY) Ammunition CAL:223, Serial No. Unknown, valued at $2.30, seized by the ATF on May 30, 2024 from Joshua Jonathan Gomez in Salem, OR for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF PENNSYLVANIA
**24-ATF-019616:** Polymer80, Inc. Unknown Pistol CAL:Unknown SN:None, valued at $250.00, seized by the ATF on June 06, 2024 from Abdul ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019619:** 2 Rounds Unknown Ammunition CAL:9, valued at $0.20, seized by the ATF on June 06, 2024 from Abdul ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019621:** 4 Rounds Unknown Ammunition CAL:380, valued at $0.40, seized by the ATF on June 06, 2024 from Abdul ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019622:** 7 Rounds Assorted Ammunition CAL:Multi, valued at $0.70, seized by the ATF on June 06, 2024 from Abdul ORTIZ in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020042:** 12 Rounds Assorted Ammunition CAL:9, valued at $1.20, seized by the ATF on June 06, 2024 from Marcelino MINAYA-LEBRON in Philadelphia, PA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020156:** $130.00 U.S. Currency, seized by the ATF on June 06, 2024 from Wilfredo AVILA in Philadelphia, PA for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020157:** $513.00 U.S. Currency, seized by the ATF on June 06, 2024 from Wilfredo AVILA in Philadelphia, PA for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020160:** $6,800.00 U.S. Currency, seized by the ATF on June 06, 2024 from Wilfredo AVILA in Philadelphia, PA for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-020163:** $4,820.00 U.S. Currency, seized by the ATF on June 06, 2024 from Ahmed PEREZ-GARCIA in Philadelphia, PA for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF PUERTO RICO**

**24-ATF-018954:** Glock INC. 23 Pistol CAL:40 SN:BUCX852, valued at $300.00, seized by the ATF on May 30, 2024 from Alex Ramos-Rivera in Toa Alta, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018962:** 81 Rounds ASSORTED Ammunition CAL:40, valued at $8.10, seized by the ATF on May 30, 2024 from Alex Ramos-Rivera in Toa Alta, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019681:** GLOCK GMBH 19GEN5 PISTOL CAL:9 SN:BYFX776, valued at $300.00, seized by the ATF on June 25, 2024 from Luis Miguel RODRIGUEZ-NUÑEZ in San Juan, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019682:** 86 Rounds STAR AMMUNITION Ammunition, valued at $8.60, seized by the ATF on June 25, 2024 from Luis Miguel RODRIGUEZ-NUÑEZ in San Juan, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019927:** 54 Rounds ASSORTED Ammunition CAL:40, valued at $5.40, seized by the ATF on July 01, 2024 from Alexis Manuel REYES-CORREA in San Jaun, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019940:** Glock INC 22GEN4 Machine Gun CAL:40 SN: PHY060, valued at $300.00, seized by the ATF on July 01, 2024 from Alexis Manuel REYES-CORREA in San Jaun, PR for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**DISTRICT OF SOUTH CAROLINA**
**21-ATF-039041:** Palmetto State Armory PA-15 Rifle CAL:Multi SN:SCD724488, valued at $500.00, seized by the ATF on June 03, 2021 from Tyler RECTOR in Myrtle Beach, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-039042:** 30 Rounds Wolf Ammunition CAL:556, valued at $3.00, seized by the ATF on June 03, 2021 from Tyler RECTOR in Myrtle Beach, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-039043:** HS Produkt (IM METAL) Hellcat Pistol CAL:9 SN:BY430994, valued at $340.00, seized by the ATF on June 03, 2021 from Tyler RECTOR in Myrtle Beach, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-039044:** 11 Rounds Winchester-Western Ammunition CAL:9, valued at $1.10, seized by the ATF on June 03, 2021 from Tyler RECTOR in Myrtle Beach, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-039045:** 14380 Rounds Assorted Ammunition CAL:Multi, valued at $1,438.00, seized by the ATF on June 03, 2021 from Tyler RECTOR in Myrtle Beach, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019758:** GLOCK GMBH 32 Pistol CAL:357 SN:BXDR236, valued at $300.00, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019760:** 14 Rounds ASSORTED Ammunition CAL:357, valued at $1.40, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019761:** PALMETTO STATE ARMORY DAGGER COMPACT Pistol CAL:9 SN:JJE91311, valued at $300.00, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019763:** 17 Rounds ASSORTED Ammunition CAL:9, valued at $1.70, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019765:** PALMETTO STATE ARMORY DAGGER FULL SIZE-S Pistol CAL:9 SN:SZF027769, valued at $300.00, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019766:** 17 Rounds ASSORTED Ammunition CAL:9, valued at $1.70, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019767:** 1 Rounds FIOCCHI Ammunition CAL:9, valued at $0.10, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019768:** 66 Rounds ASSORTED Ammunition CAL:9, valued at $6.60, seized by the ATF on June 11, 2024 from Eddie Marcel Sr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019786:** 20 Rounds ASSORTED Ammunition CAL:9, valued at $2.00, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019787:** 17 Rounds ASSORTED Ammunition CAL:9, valued at $1.70, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019788:** PALMETTO STATE ARMORY DAGGER FULL SIZE-S Pistol CAL:9 SN:SZF044659, valued at $300.00, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019789:** 21 Rounds ASSORTED Ammunition CAL:9, valued at $2.10, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019790:** 8 Rounds ASSORTED Ammunition CAL:9, valued at $0.80, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019791:** HS PRODUKT (IM METAL) HELLCAT Pistol CAL:9 SN:BA670477, valued at $300.00, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019792:** PALMETTO STATE ARMORY DAGGER COMPACT Pistol CAL:9 SN:CD023060, valued at $300.00, seized by the ATF on June 11, 2024 from Eddie Marcel Jr. RIVERS in Columbia, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

210

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## DISTRICT OF SOUTH CAROLINA
**24-ATF-019793:** TAURUS G2C Pistol CAL:9 SN:AEH582603, valued at $300.00, seized by the ATF on June 11, 2024 from Jake Lowmon Jr. RIVERS in Columbia, SC for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019794:** 2 Rounds ASSORTED Ammunition CAL:9, valued at $0.20, seized by the ATF on June 11, 2024 from Jake Lowmon Jr. RIVERS in Columbia, SC for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019796:** CANIK55 TP-9SF Pistol CAL:9 SN:23AT23152, valued at $300.00, seized by the ATF on June 11, 2024 from Jake Lowmon Jr. RIVERS in Columbia, SC for forfeiture pursuant to 21 U.S.C. Section 881.
**24-ATF-019923:** ANDERSON MANUFACTURING  AM-15 PISTOL CAL:300 SN:17179475, valued at $300.00, seized by the ATF on May 29, 2024 from Brian BLACK in GREER, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019925:** CENTURION ARMS LLC CM4 PISTOL CAL:300 SN:CM0662, valued at $300.00, seized by the ATF on May 29, 2024 from Brian BLACK in GREER, SC for forfeiture pursuant to 18 U.S.C. Section 924(d).

## EASTERN DISTRICT OF TENNESSEE
**24-ATF-019769:** 18 Rounds Assorted Ammunition CAL:9, valued at $1.80, seized by the ATF on July 01, 2024 from Diamante ROBINSON in Chattanooga, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

## WESTERN DISTRICT OF TENNESSEE
**24-ATF-019781:** Glock Inc. 17GEN4 Pistol CAL:9 SN:AEPK703, valued at $300.00, seized by the ATF on June 13, 2024 from Courtney Davis in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019782:** 17 Rounds Assorted Ammunition CAL:9, valued at $1.70, seized by the ATF on June 13, 2024 from Courtney Davis in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020131:** FN Five-Seven Pistol CAL:57 SN:386380881, valued at $300.00, seized by the ATF on June 13, 2024 from Braxton Beck in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020133:** 20 Rounds Assorted Ammunition CAL:57, valued at $2.00, seized by the ATF on June 13, 2024 from Braxton Beck in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020376:** 24 Rounds Assorted Ammunition CAL:40, valued at $2.40, seized by the ATF on June 13, 2024 from Edgar SMITH in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020377:** 1 Rounds Assorted Ammunition CAL:5.56, valued at $0.10, seized by the ATF on June 13, 2024 from Edgar SMITH in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020378:** 1 Rounds Assorted Ammunition CAL:9, valued at $0.10, seized by the ATF on June 13, 2024 from Edgar SMITH in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**EASTERN DISTRICT OF TEXAS**
**24-ATF-019534:** INTERARMS SP.ZO.O. (RADOM, POLAND) HELLPUP PISTOL CAL:762 SN:PAC116447421, valued at $300.00, seized by the ATF on May 22, 2024 from Gabriel ORTIZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019536:** F.N. (FN HERSTAL) FIVE-SEVEN MK2 PISTOL CAL:57 SN:386405215, valued at $300.00, seized by the ATF on May 22, 2024 from Gabriel ORTIZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019537:** GLOCK INC 43X PISTOL CAL:9 SN:BPPP419, valued at $300.00, seized by the ATF on May 22, 2024 from Gabriel ORTIZ in Dallas, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019538:** GLOCK INC. 45GEN5 PISTOL CAL:9 SN:BLPY925, valued at $300.00, seized by the ATF on May 22, 2024 from Dulio DE-LA-O in Irving, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019643:** HIGH STANDARD SENTINEL DELUXE REVOLVER CAL:22 SN:1453118, valued at $300.00, seized by the ATF on May 31, 2024 from Cordero Deshun SMITH in Palestine, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019644:** 9 Rounds REMINGTON Ammunition CAL:22, Serial No. Null, valued at $0.90, seized by the ATF on May 31, 2024 from Cordero Deshun SMITH in Palestine, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**NORTHERN DISTRICT OF TEXAS**
**24-ATF-019776:** KIMBER RAPIDE DAWN PISTOL CAL:45 SN:K973890, valued at $300.00, seized by the ATF on June 03, 2024 from Tony LEDESMA in Lubbock, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

**SOUTHERN DISTRICT OF TEXAS**
**24-ATF-018879:** BARRETT FIREARMS MFG CO 82A1 RIFLE CAL:50 BMG SN:AA017974, valued at $425.00, seized by the ATF on May 30, 2024 from Hector Ali Esquivel in Harlingen, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019306:** F.N. (FN HERSTAL) SCAR 17S RIFLE CAL:762 SN:HC61669, valued at $425.00, seized by the ATF on June 25, 2024 from Mario Santos Briseno-Calderon in Alice, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019444:** F.N. (FN HERSTAL)SCAR 17S RIFLE CAL:MULTI SN:H1C20856, valued at $250.00, seized by the ATF on June 25, 2024 from Mario Santos Briseno-Calderon in Alice, TX for forfeiture pursuant to 18 U.S.C. 934.
**24-ATF-019575:** CZ (CESKA ZBROJOVKA) CZ P-10 F PISTOL CAL:9 SN:H320777, valued at $300.00, seized by the ATF on May 23, 2024 from Lucio Menera-Romero in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019576:** CZ USA CZ P-10 F PISTOL CAL:9 SN:UB11220, valued at $300.00, seized by the ATF on May 23, 2024 from Lucio Menera-Romero in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019577:** CZ (CESKA ZBROJOVKA) CZ P-10 F PISTOL CAL:9 SN:J021150, valued at $300.00, seized by the ATF on May 23, 2024 from Lucio Menera-Romero in Houston, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019921:** GLOCK GMBH 43X PISTOL CAL:9 SN:BXBE017, valued at $300.00, seized by the ATF on June 13, 2024 from Dalinda Medrano in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019922:** 20 Rounds CCI Ammunition CAL:9, valued at $2.00, seized by the ATF on June 13, 2024 from Dalinda Medrano in Corpus Christi, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020117:** ZASTAVA ARMS ZPAP92 PISTOL CAL:762 SN:z92084812, valued at $300.00, seized by the ATF on June 30, 2024 from Noe Mar in George West, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020119:** GTO (GOOD TIME OUTDOORS, INC.) CORE 15 RIFLE CAL:MULTI SN:GTOC023833, valued at $425.00, seized by the ATF on June 30, 2024 from Noe Mar in George West, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020120:** 20 Rounds PPU Ammunition CAL:556, valued at $2.00, seized by the ATF on June 30, 2024 from Noe Mar in George West, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-020429:** Glock GMBH 23GEN4 Pistol CAL:40 SN:RBK524, valued at $300.00, seized by the ATF on May 27, 2024 from Luis Demetrio Almazan Mata in Donna, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**WESTERN DISTRICT OF TEXAS**
**24-ATF-019771:** SMITH & WESSON M&P 9 SHIELD PL PISTOL CAL:9 SN:JDS7731, valued at $300.00, seized by the ATF on June 20, 2024 from Gil GARCIADUENAS in Clint, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019772:** TAURUS INTERNATIONAL TX22 PISTOL CAL:22 SN:1PT406852, valued at $300.00, seized by the ATF on June 20, 2024 from Gil GARCIADUENAS in Clint, TX for forfeiture pursuant to 18 U.S.C. Section 924(d).

**DISTRICT OF UTAH**
**24-ATF-019996:** 8 Rounds Assorted Ammunition CAL:9, valued at $0.80, seized by the ATF on June 21, 2024 from Edgar Gabriel Dominguez in Moab, UT for forfeiture pursuant to 18 U.S.C. Section 924(d).

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/20/2024**

## EASTERN DISTRICT OF VIRGINIA
**24-ATF-018823:** TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:AEG466110, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018837:** RUGER LC9S Pistol CAL:9 SN:329-37243, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018838:** SIG-SAUER P226 Pistol CAL:9 SN:U361737, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018839:** GLOCK GMBH 45 Pistol CAL:9 SN:BTHA393, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018840:** HS PRODUKT (IM METAL) XDM COMPACT Pistol CAL:45 SN:MG622810, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018841:** GLOCK GMBH 43X Pistol CAL:9 SN:BZKX465, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018842:** A A ARMS INC. AP9 Pistol CAL:9 SN:033604, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018844:** HECKLER AND KOCH USP40 Pistol CAL:40 SN:22-089416, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018845:** COLT  MKIV pistol CAL:45 SN:CG12726, valued at $300.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018846:** DEL-TON INC. DTI-15 Rifle CAL:556 SN:B99375, valued at $425.00, seized by the ATF on May 21, 2024 from Michael MITCHEM in Chesapeake, VA for forfeiture pursuant to 18 U.S.C. Section 924(d).

## DISTRICT OF VERMONT
**24-ATF-019412:** 806 Rounds ASSORTED Ammunition CAL:Assorted, valued at $80.60, seized by the ATF on June 10, 2024 from Michael ROBISTOW in Burlington, VT for forfeiture pursuant to 18 U.S.C. Section 924(d).

## SOUTHERN DISTRICT OF WEST VIRGINIA
**24-ATF-018139:** RUGER 9E PISTOL CAL:9 SN:337-14418, valued at $250.00, seized by the ATF on May 22, 2024 from Richard Burdette in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018140:** 13 Rounds ASSORTED Ammunition CAL:9, valued at $1.30, seized by the ATF on May 22, 2024 from Richard Burdette in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018141:** TAURUS G2C PISTOL CAL:9 SN:ACD749469, valued at $250.00, seized by the ATF on May 22, 2024 from Richard Burdette in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018142:** 11 Rounds ASSORTED Ammunition CAL:9, valued at $1.10, seized by the ATF on May 22, 2024 from Richard Burdette in Charleston, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/03/2024**
**LAST DATE TO FILE PETITION:  09/13/2024**

## NORTHERN DISTRICT OF ALABAMA
**24-ATF-019443:** PVC Pipe with 2 end caps and hobby fuse-approximately 5.25 inches in length, valued at $1.00, seized by the ATF on June 11, 2024 from Stacy Mayo Crowder in Gadsden, AL for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019446:** PVC Pipe with 2 end caps and green hobby fuse-approximately 12.25 inches in length, valued at $1.00, seized by the ATF on June 20, 2024 from Stacy Mayo Crowder in Gadsden, AL for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF ILLINOIS
**24-ATF-019470:** Unknown Unknown MACHINE GUN  CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on June 04, 2024 from Abdul BOYD in East Saint Louis, IL for forfeiture pursuant to 26 U.S.C. Section 5872.

## WESTERN DISTRICT OF KENTUCKY
**24-ATF-019144:** UNKNOWN UNKNOWN SILENCER CAL:UNKNOWN SN:NONE, valued at $300.00, seized by the ATF on June 25, 2024 from Carson LEE in Benton, KY for forfeiture pursuant to 26 U.S.C. Section 5872.

## DISTRICT OF MINNESOTA
**24-ATF-019277:** Flint River Armory, LLC (FRA) CSA 45 Short Barreled Rifle (NFA) CAL:45 SN:CSA-00-0000325, valued at $400.00, seized by the ATF on June 24, 2024 from Richard Fulton in Minneapolis, MN for forfeiture pursuant to 26 U.S.C. Section 5872.

## SOUTHERN DISTRICT OF MISSISSIPPI
**24-ATF-019179:** Smith & Wesson M&P12-22P Pistol CAL:22 SN:WAR2460, valued at $300.00, seized by the ATF on May 30, 2024 from John Maples in Moss Point, MS for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019183:** Unknown Unknown Silencer CAL:Unknown SN:Unknown, valued at $300.00, seized by the ATF on May 30, 2024 from John Maples in Moss Point, MS for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/03/2024**
**LAST DATE TO FILE PETITION:  09/13/2024**

### NORTHERN DISTRICT OF TEXAS

**24-ATF-019615:** Unknown Manufacturer Unknown PISTOL CAL:9 SN:NONE, valued at $300.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019617:** Glock Switch Conversion Device Machine Gun (NFA) CAL: Unknown SN: NONE, valued at $150.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019618:** Glock Switch Conversion Device Unknown Machine Gun (NFA) CAL:Unknown SN:None, valued at $150.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019620:** Glock Switch Conversion Device Unknown Machine Gun(NFA) CAL:Unknown SN:None, valued at $150.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019623:** Glock Switch Conversion Device Unknown Machine Gun(NFA) CAL:Unknown SN:None, valued at $150.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019624:** Glock Switch Conversion Device Unknown Machine Gun(NFA) CAL:Unknown SN:None, valued at $150.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019625:** Glock Switch Conversion Device Unknown Machine Gun(NFA) CAL:Unknown SN:None, valued at $150.00, seized by the ATF on June 20, 2024 from Joshua Javier Menjivar in Fate, TX for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/03/2024**
**LAST DATE TO FILE PETITION:  09/13/2024**

## WESTERN DISTRICT OF WASHINGTON

**24-ATF-019535:** Unknown Silencer CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019539:** Unknown Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019540:** Unknown  Silencer CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019542:** Unknown Machine Gun  CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019543:** Unknown  Machine Gun  CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019544:** Unknown  Receiver/Frame  CAL:Unknown SN:None, valued at $150.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019545:** Unknown  Machine Gun  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019546:** Unknown  Machine Gun  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019550:** Unknown  Machine Gun CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019551:** Unknown  Machine Gun  CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019552:** Unknown  Machine Gun  CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019553:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019554:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019555:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019556:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019557:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019558:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019559:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019560:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019561:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019562:** Unknown  Silencer  CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019563:** Unknown Silencer CAL:Unknown SN:None, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

**24-ATF-019564:** Unknown  Machine Gun  CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May
**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim and/or a petition.

**LAST DATE TO FILE CLAIM:  09/03/2024**
**LAST DATE TO FILE PETITION:  09/13/2024**

### WESTERN DISTRICT OF WASHINGTON

**24-ATF-019564 - (Continued from previous page)**
13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019565:** One (1) 8-pound jug of Bullseye  Smokeless  Pistol Powder (Jug 1 of 8), Serial No. Unknown, valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019566:** Explosive: Pyrotechnics; Qty: 180 ft; 4x pink Perfect Cannonfuse, 3x pink C-Linkin Whip, 1x green Safety Link, 1x green Cannonfuse, valued at $145.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019567:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 2 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019568:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 3 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019569:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 4 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019570:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 5 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019571:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 6 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019572:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 7 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019573:** One (1) 8-pound jug of Bullseye Smokeless Pistol Powder (Jug 8 of 8), valued at $350.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.
**24-ATF-019574:** 189 g. of Low Explosives - Powder recovered from item #46, valued at $1.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 26 U.S.C. Section 5872.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

### MIDDLE DISTRICT OF ALABAMA
**24-ATF-019150:** Taurus G2C Pistol CAL:40 SN:ABH817264, valued at $200.00, seized by the ATF on June 25, 2024 from Arron Jiles in Ozark, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019156:** Springfield Armory, Geneseo, IL Unknown Pistol CAL:Unknown SN:GM413520, valued at $200.00, seized by the ATF on June 25, 2024 from Arron Jiles in Ozark, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019157:** 12 Rounds Assorted Ammunition CAL:45, valued at $1.20, seized by the ATF on June 25, 2024 from Arron Jiles in Ozark, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019158:** 8 Rounds Assorted Ammunition CAL:40, valued at $0.80, seized by the ATF on June 25, 2024 from Arron Jiles in Ozark, AL for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF ARKANSAS
**24-ATF-019612:** 50 Rounds AMERICAN EAGLE Ammunition CAL:9, valued at $5.00, seized by the ATF on May 29, 2024 from Nathaniel IV SMITH in North Little Rock, AR for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF ARIZONA
**24-ATF-019243:** NOREEN FIREARMS LLC BAD NEWS ULR Rifle CAL:50 BMG SN:U5024, valued at $425.00, seized by the ATF on June 24, 2024 from Christopher Anthony SOLIZ in Yuma, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019245:** TAURUS INTERNATIONAL G3 Pistol CAL:9 SN:AAM136281, valued at $300.00, seized by the ATF on June 24, 2024 from Christopher Anthony SOLIZ in Yuma, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019246:** SIG SAUER (SIG-ARMS) P365 Pistol CAL:9 SN:66F607663, valued at $300.00, seized by the ATF on June 24, 2024 from Christopher Anthony SOLIZ in Yuma, AZ for forfeiture pursuant to 18 U.S.C. Section 924(d).

### CENTRAL DISTRICT OF CALIFORNIA
**21-ATF-036239:** HANDGUN RUGER LCR Revolver CAL:38 SN:154131914, valued at $300.00, seized by the ATF on June 11, 2021 from Elvis Molina in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**21-ATF-036240:** 4 Rounds FEDERAL Ammunition CAL:38, Serial No. NULL, valued at $0.40, seized by the ATF on June 11, 2021 from Elvis Molina in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018116:** Astra NC-6 Revolver CAL:38 SN:R430260, valued at $300.00, seized by the ATF on May 21, 2024 from Raul Martin Ruelaz in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018118:** 6 Rounds PMC Ammunition CAL:38, valued at $0.60, seized by the ATF on May 21, 2024 from Raul Martin Ruelaz in Los Angeles, CA for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF COLORADO
**24-ATF-017139:** Glock GMBH 19 Pistol CAL:9 SN: BDVU977, valued at $300.00, seized by the ATF on May 16, 2024 from Joseph Hollowell in Loveland, CO for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF FLORIDA
**22-ATF-005916:** Chinese SKS Rifle CAL:762 SN:9136431, valued at $500.00, seized by the ATF on December 14, 2021 from Michael Clinger in Milton, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**22-ATF-005917:** 10 Rounds Tula Cartridge Works-Russia Ammunition CAL:762, valued at $1.00, seized by the ATF on December 14, 2021 from Michael Clinger in Milton, FL for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

## MIDDLE DISTRICT OF GEORGIA
**24-ATF-013060:** Ruger 9E Pistol  CAL:9 SN:338-17164, valued at $300.00, seized by the ATF on April 16, 2024 from CI 15181 in Warner Robins, GA for forfeiture pursuant to 18 U.S.C. Section 924(d).

## SOUTHERN DISTRICT OF ILLINOIS
**24-ATF-018829:** 17 Rounds ASSORTED Ammunition CAL:57, valued at $1.70, seized by the ATF on June 03, 2024 from Demetrius LESTER in East Saint Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018830:** 12 Rounds ASSORTED Ammunition CAL:9, valued at $1.20, seized by the ATF on June 03, 2024 from Demetrius LESTER in East Saint Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018832:** GLOCK GMBH 48 PISTOL CAL:9 SN:BLWA185, valued at $300.00, seized by the ATF on June 05, 2024 from Tamaija GIPSON in Alton, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018833:** 14 Rounds ASSORTED Ammunition CAL:9, valued at $1.40, seized by the ATF on June 05, 2024 from Tamaija GIPSON in Alton, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018835:** RUGER RUGER-57 PISTOL CAL:57 SN:641-26241, valued at $300.00, seized by the ATF on June 03, 2024 from Demetrius LESTER in East Saint Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018836:** WALTHER CREED PISTOL CAL:9 SN:FCP5935, valued at $300.00, seized by the ATF on June 03, 2024 from Demetrius LESTER in East Saint Louis, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019352:** CANIK55 METE MC9 PISTOL CAL:9 SN:22CT00555, valued at $300.00, seized by the ATF on June 04, 2024 from Josue LOPEZ-DEL ANGEL in Troy, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019360:** GLOCK GMBH 19X PISTOL CAL:9 SN:CBFY471, valued at $550.00, seized by the ATF on June 04, 2024 from Josue LOPEZ-DEL ANGEL in Troy, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019363:** SCCY INDUSTRIES, LLC (SKYY IND.) CPX-1 PISTOL CAL:9 SN:C273568, valued at $300.00, seized by the ATF on June 04, 2024 from Josue LOPEZ-DEL ANGEL in Troy, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019364:** SPRINGFIELD ARMORY,GENESEO,IL GARRISON PISTOL CAL:45 SN:NM839334, valued at $1,000.00, seized by the ATF on June 04, 2024 from Josue LOPEZ-DEL ANGEL in Troy, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019366:** 3 Rounds WINCHESTER-WESTERN Ammunition CAL:45, valued at $0.30, seized by the ATF on June 04, 2024 from Josue LOPEZ-DEL ANGEL in Troy, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019370:** WALTHER PPS PISTOL CAL:9 SN:BB2472, valued at $450.00, seized by the ATF on June 04, 2024 from Josue LOPEZ-DEL ANGEL in Troy, IL for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019471:** Unknown Unknown MACHINE GUN CAL:Unknown SN:Unknown, valued at $425.00, seized by the Immigration and Customs Enforcement on June 09, 2024 from Quionte TIDWELL in Des Plaines, IL, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

**SOUTHERN DISTRICT OF INDIANA**

**24-ATF-018905:** Colt Government Pistol CAL:45 SN:CCS029115, valued at $300.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018910:** Sig Sauer (SigArms) 1911 Pistol CAL:45 SN:54H011031, valued at $300.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018911:** Walther Colt Government Pistol CAL:22 SN:WD086518, valued at $300.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018912:** Smith & Wesson M&P-15 Rifle CAL:556 SN:TM75919, valued at $425.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018913:** Anderson Manufacturing AM-15 Rifle CAL:Multi SN:19241559, valued at $425.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018916:** Henry Repeating Rifle Company H001M Lever Magnum Rifle CAL:22 SN:M001005HL, valued at $425.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018918:** Winchester Canadian Cent 6 Rifle  CAL:30-30 SN:22878, valued at $425.00, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018919:** 1575 Rounds Assorted Ammunition CAL:Assorted, valued at $157.50, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018920:** 13 Rounds Unknown Manufacturer Ammunition CAL:22, valued at $1.30, seized by the ATF on June 13, 2024 from Jesus SALTO ARENOSO in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019677:** Sig Sauer (Sig-Arms) P365 Pistol CAL:9 SN:66F536919, valued at $300.00, seized by the ATF on May 13, 2024 from Zebadiah C. Bowles in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019678:** 1 Rounds Winchester-Western Ammunition CAL:9, valued at $0.10, seized by the ATF on May 13, 2024 from Zebadiah C. Bowles in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019679:** 5 Rounds Unknown Manufacturer Ammunition CAL:9, valued at $0.50, seized by the ATF on May 13, 2024 from Zebadiah C. Bowles in Indianapolis, IN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

221

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

## WESTERN DISTRICT OF KENTUCKY

**24-ATF-019102:** SEEKINS PRECISION SP223 RIFLE CAL:MULTI SN:SP5067, valued at $425.00, seized by the ATF on June 25, 2024 from Carson LEE in Benton, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019122:** SILENCERCO, LLC OMEGA SILENCER CAL:300 SN:OMG1491, valued at $300.00, seized by the ATF on June 25, 2024 from Carson LEE in Benton, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019141:** SILENCERCO, LLC OCTANE SILENCER CAL:45 SN:OCT45FDE0316, valued at $300.00, seized by the ATF on June 25, 2024 from Carson LEE in Benton, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019146:** REMINGTON ARMS COMPANY, INC. 1100 SKEET SHOTGUN CAL:12 SN:N295076V, valued at $250.00, seized by the ATF on June 25, 2024 from Carson LEE in Benton, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019148:** REMINGTON ARMS COMPANY, INC. 1100 TRAP SHOTGUN CAL:12 SN:PC767473, valued at $250.00, seized by the ATF on June 25, 2024 from Carson LEE in Benton, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019529:** 35 Rounds ASSORTED Ammunition CAL:9, valued at $3.50, seized by the ATF on June 27, 2024 from Robert SWEATT in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019530:** 17 Rounds ASSORTED Ammunition CAL:5.7, valued at $1.70, seized by the ATF on June 27, 2024 from Robert SWEATT in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019531:** F.N. (FN HERSTAL) FIVE-SEVEN PISTOL CAL:57 SN:386369234, valued at $300.00, seized by the ATF on June 27, 2024 from Robert SWEATT in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019533:** GLOCK GMBH 26 RECEIVER/FRAME CAL:UNKNOWN SN:XUX403, valued at $250.00, seized by the ATF on June 27, 2024 from Robert SWEATT in Louisville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019641:** TAURUS G3C PISTOL CAL:9 SN:AGC117732, valued at $300.00, seized by the ATF on June 15, 2024 from James Joseph GUSLER in Campbellsville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019642:** 20 Rounds SELLIER & BELLOT Ammunition CAL:9, valued at $2.00, seized by the ATF on June 15, 2024 from James Joseph GUSLER in Campbellsville, KY for forfeiture pursuant to 18 U.S.C. Section 924(d).

## WESTERN DISTRICT OF LOUISIANA

**24-ATF-018860:** Unknown Unknown Machine gun CAL:Unknown SN:Unknown, valued at $425.00, seized by the ATF on May 30, 2024 from Tyrek Lavar STITH in Bossier City, LA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

**DISTRICT OF MAINE**

**24-ATF-019595:** WALTHER; Model: P22; Caliber: 22; Type: PISTOL; S/N: N044605, valued at $300.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019596:** MOSSBERG; Model: 500; Caliber: 12; Type: SHOTGUN; S/N: U724153, valued at $250.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019597:** KIMBER; Model: ULTRA CARRY; Caliber: 45; Type: PISTOL; S/N: KU14080, valued at $300.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019598:** BENELLI, S. PA.; Model: SUPER BLACK EAGLE; Caliber: 12; Type: SHOTGUN; S/N: F406787A, valued at $250.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019599:** Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: PISTOL; S/N: None, valued at $300.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019600:** WINCHESTER; Model: 94 APACHE; Caliber: 30-30; Type: RIFLE; S/N: 2418904, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019601:** WINCHESTER; Model: 67; Caliber: 22; Type: RIFLE; S/N: None, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019602:** GLOCK GMBH; Model: 27; Caliber: 40; Type: PISTOL; S/N: CVR846US, valued at $300.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019603:** MOSSBERG; Model: 500A; Caliber: 12; Type: SHOTGUN; S/N: J788572, valued at $250.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019604:** Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: RIFLE; S/N: None, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019605:** RUGER; Model: M77 MARK II; Caliber: 7; Type: RIFLE; S/N: 786-65648, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019606:** RUGER; Model: P89; Caliber: 9; Type: PISTOL; S/N: 305-07522, valued at $300.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019607:** Unknown Manufacturer; Model: -- ;Caliber: 223; Type: RIFLE; S/N: None, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019608:** Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: RIFLE; S/N: None, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019609:** MARLIN FIREARMS CO.; Model: 25MN; Caliber: 22; Type: RIFLE; S/N: 10733926, valued at $425.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

### DISTRICT OF MAINE
**24-ATF-019610:** BRYCO ARMS; Model: J25; Caliber: 25; Type: PISTOL; S/N: 1257209, valued at $300.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019611:** BENELLI, S. PA.; Model: SUPER BLACK EAGLE; Caliber: 12; Type: SHOTGUN; S/N: U740401B, valued at $250.00, seized by the Androscoggin County Sheriff's Department on April 09, 2024 from Richard Henry Leblond in Durham, ME, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF MICHIGAN
**24-ATF-018811:** Girsan Pistol Model: REGARD SIX Caliber: 9 SN: T6368-20A16506, valued at $300.00, seized by the Detroit Police Department on April 25, 2024 from Billy Street in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018812:** Ammunition Qty: 10 Rounds Manufacturer: ASSORTED Caliber: 9, valued at $1.00, seized by the Detroit Police Department on April 25, 2024 from Billy Street in Detroit, MI, and adopted by the ATF for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

**EASTERN DISTRICT OF MISSOURI**

**24-ATF-014591:** $2,190.00 U.S. Currency, seized by the ATF on March 14, 2024 from Delance Marnes Jr. Bland in Saint Louis, MO for forfeiture pursuant to 21 U.S.C. Section 881.

**24-ATF-018888:** GLOCK GMBH, 20GEN5 PISTOL CAL:10 SN:CAPM729, valued at $100.00, seized by the ATF on June 05, 2024 from Tyrell Paige in Overland, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018889:** 15 Rounds SELLIER & BELLOT Ammunition CAL:10, valued at $1.50, seized by the ATF on June 05, 2024 from Tyrell Paige in Overland, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018890:** ANDERSON MANUFACTURING AM-15 PISTOL CAL:MULTI SN:23014954, valued at $200.00, seized by the ATF on June 05, 2024 from Tyrell Paige in Overland, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018891:** 14 Rounds LC (LAKE CITY) Ammunition CAL:300, valued at $1.40, seized by the ATF on June 05, 2024 from Tyrell Paige in Overland, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019376:** WALTHER CREED PISTOL CAL:9 SN:DEFCK8092, valued at $400.00, seized by the ATF on June 03, 2024 from Julius PHILLIPS in St. Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019382:** 32 Rounds ASSORTED Ammunition CAL:9, valued at $3.20, seized by the ATF on June 03, 2024 from Julius PHILLIPS in St. Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019386:** UNKNOWN UNKNOWN PISTOL CAL:UNKNOWN SN:JT009100, valued at $500.00, seized by the ATF on June 04, 2024 from Jeremy JONES in St. Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019399:** FNH USA, LLC FNP9 PISTOL CAL:9 SN:61BMR08931, valued at $450.00, seized by the ATF on June 04, 2024 from Eloisa VILLEGAS-Valencia in Arnold, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019629:** ANDERSON MANUFACTURING AM-15 RECEIVER/FRAME CAL:Multi SN:23013740, valued at $250.00, seized by the ATF on June 26, 2024 from Jamel MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019630:** 23 Rounds ASSORTED Ammunition CAL:300, valued at $2.30, seized by the ATF on June 26, 2024 from Jamel MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019631:** GLOCK INC. 43 PISTOL CAL:9 SN:AFCV473, valued at $250.00, seized by the ATF on June 26, 2024 from Jamel MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019632:** 7 Rounds ASSORTED Ammunition CAL:9, valued at $0.70, seized by the ATF on June 26, 2024 from Jamel MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019633:** 67 Rounds ASSORTED Ammunition CAL:MULTI, valued at $6.70, seized by the ATF on June 26, 2024 from Jamel MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019634:** OTTOMANGUNS GRAND VASIR SHOTGUN CAL:12 SN:PA-15999, valued at $100.00, seized by the ATF on June 26, 2024 from Marlon Ellis in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019635:** 6 Rounds ASSORTED Ammunition CAL:12, valued at $0.60, seized by the ATF on June 26, 2024 from Marlon Ellis in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019636:** HS PRODUKT (IM METAL) XDS PISTOL CAL:45 SN:S3319160, valued at $250.00, seized by the ATF on June 26, 2024 from Marlon Ellis in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019637:** 14 Rounds ASSORTED Ammunition CAL:45, valued at $1.40, seized by the ATF on June 26, 2024 from Marlon Ellis in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019638:** 126 Rounds ASSORTED Ammunition CAL:MULTI, valued at $12.60, seized by the ATF on June 26, 2024 from Marlon Ellis in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019639:** TAURUS G2C PISTOL CAL:40 SN:SMU17578, valued at $100.00, seized by the ATF on June 26, 2024 from Patricia MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019640:** 11 Rounds ASSORTED Ammunition CAL:40, valued at $1.10, seized by the ATF on June 26, 2024 from Patricia MCCLENDON in Saint Louis, MO for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

### SOUTHERN DISTRICT OF MISSISSIPPI
**24-ATF-016501:** TAURUS G2C PISTOL CAL:9 SN:AEG551932, valued at $300.00, seized by the ATF on May 20, 2024 from Kaimen Dashaun Lowery in Pascagoula, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-016503:** 7 Rounds PMC Ammunition CAL:9, valued at $0.70, seized by the ATF on May 20, 2024 from Kaimen Dashaun Lowery in Pascagoula, MS for forfeiture pursuant to 18 U.S.C. Section 924(d).

### DISTRICT OF MONTANA
**24-ATF-018904:** REMINGTON ARMS COMPANY, INC. 700 RIFLE CAL:308 SN:S6729150, valued at $425.00, seized by the ATF on June 16, 2024 from Guy George PARENTEAU in Billngs, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018914:** REMINGTON ARMS COMPANY, INC. 700SS RIFLE CAL:270 SN:G7018090, valued at $425.00, seized by the ATF on June 16, 2024 from Guy George PARENTEAU in Billngs, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019233:** 110 Rounds REMINGTON Ammunition CAL:22, Serial No. Unknown, valued at $11.00, seized by the ATF on June 01, 2024 from MONTANA COVINGTON in Great Falls, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019237:** ISTANBUL ARMS-ISTANBUL SILAH WINCHESTER WILDCAT RIFLE CAL:22 SN:TF614-23M26779, valued at $425.00, seized by the ATF on June 01, 2024 from MONTANA COVINGTON in Great Falls, MT for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF NORTH CAROLINA
**23-ATF-040337:** $38,921.00 U.S. Currency, seized by the ATF on August 17, 2023 from Jahron Herring in Wilmington, NC for forfeiture pursuant to 21 U.S.C. Section 881.

### DISTRICT OF NORTH DAKOTA
**24-ATF-018921:** 5 Rounds UNKNOWN Ammunition CAL:9, valued at $0.50, seized by the ATF on June 20, 2024 from Christian k TORPEH SLUWAR in Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019111:** SIG SAUER (SIG-ARMS) P365 Pistol CAL:9 SN:66A038570, valued at $300.00, seized by the ATF on June 05, 2024 from Kadar U PEARSON in Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019115:** 10 Rounds Assorted Ammunition CAL:9, valued at $1.00, seized by the ATF on June 05, 2024 from Kadar U PEARSON in Fargo, ND for forfeiture pursuant to 18 U.S.C. Section 924(d).

### NORTHERN DISTRICT OF OHIO
**24-ATF-017606:** FNH USA, LLC 509 Pistol CAL:9 SN:GKS0166544, valued at $300.00, seized by the ATF on May 09, 2024 from Robert HOWARD in Painesville, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-017607:** Glock 19GEN5 Pistol CAL:9 SN:BYSG146, valued at $300.00, seized by the ATF on May 09, 2024 from Robert HOWARD in Painesville, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
# ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

## SOUTHERN DISTRICT OF OHIO

**24-ATF-018978:** Taurus International G2C Pistol CAL:9 SN:ABK078491, valued at $225.00, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018985:** 14 Rounds Assorted Ammunition CAL:Multi, valued at $1.40, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018987:** 11 Rounds American Eagle Ammunition CAL:22, valued at $1.10, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018989:** 34 Rounds Assorted Ammunition CAL:9, valued at $3.40, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018991:** 50 Rounds Unknown Ammunition CAL:9, valued at $5.00, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018994:** 8 Rounds Assorted Ammunition CAL:Multi, valued at $0.80, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-018996:** 13 Rounds Remington Ammunition CAL:9, valued at $1.30, seized by the ATF on June 13, 2024 from Jared Peters in Beaver Creek, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019004:** 77 Rounds Assorted Ammunition CAL:Unknown, valued at $7.70, seized by the ATF on June 13, 2024 from Thomas Kent in Dayton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019010:** 10 Rounds Assorted Ammunition CAL:Unknown, valued at $1.00, seized by the ATF on June 13, 2024 from Thomas Kent in Dayton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019015:** 13 Rounds Assorted Ammunition CAL:Unknown, valued at $1.30, seized by the ATF on June 13, 2024 from Thomas Kent in Dayton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019017:** Taurus G2C Pistol CAL:9 SN:TLT17936, valued at $225.00, seized by the ATF on June 13, 2024 from Thomas Kent in Dayton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019020:** 10 Rounds Assorted Ammunition CAL:Unknown, valued at $1.00, seized by the ATF on June 13, 2024 from Thomas Kent in Dayton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019021:** 47 Rounds Assorted Ammunition CAL:Unknown, valued at $4.70, seized by the ATF on June 13, 2024 from Thomas Kent in Dayton, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019032:** Glock Inc. 19 Pistol CAL:9 SN:BVCS715, valued at $400.00, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019038:** 37 Rounds Assorted Ammunition CAL:Unknown, valued at $3.70, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019041:** 24 Rounds Assorted Ammunition CAL:40, valued at $2.40, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019044:** Mossberg Unknown Type Shotgun CAL:12 SN:R754136, valued at $250.00, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019049:** Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:L021884V, valued at $400.00, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019053:** Remington Arms Company, Inc. 870 Express Shotgun CAL:12 SN:D510143M, valued at $300.00, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019056:** JTS EG200 Shotgun CAL:12 SN:40-H21YT-000514, valued at $200.00, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019058:** 15 Rounds Assorted Ammunition CAL:Unknown, valued at $1.50, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019059:** 4 Rounds Assorted Ammunition CAL:12, valued at $0.40, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

# LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

## SOUTHERN DISTRICT OF OHIO

**24-ATF-019062:** 127 Rounds Assorted Ammunition CAL:Unknown, valued at $12.70, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019063:** 7 Rounds Assorted Ammunition CAL:12, valued at $0.70, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019065:** 3 Rounds Wolf Ammunition CAL:12, valued at $0.30, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019067:** 500 Rounds Assorted Ammunition CAL:Unknown, valued at $50.00, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019068:** 12 Rounds Hornady Ammunition CAL:9, valued at $1.20, seized by the ATF on June 13, 2024 from Michael Henry in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019073:** Smith & Wesson M&P 9 Shield Pistol CAL:9 SN:HLB0555, valued at $350.00, seized by the ATF on June 13, 2024 from Norman Beach in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019078:** 13 Rounds Wolf Ammunition CAL:12, valued at $1.30, seized by the ATF on June 13, 2024 from Norman Beach in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019079:** 31 Rounds Assorted Ammunition CAL:Unknown, valued at $3.10, seized by the ATF on June 13, 2024 from Norman Beach in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019081:** 8 Rounds Assorted Ammunition CAL:9, valued at $0.80, seized by the ATF on June 13, 2024 from Norman Beach in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019083:** 9 Rounds Remington Ammunition CAL:22, valued at $0.90, seized by the ATF on June 13, 2024 from Norman Beach in Xenia, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019101:** Smith & Wesson M&P 380 Shield EZ Pistol CAL:380 SN:RDM6340, valued at $300.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019113:** 375 Rounds Assorted Ammunition CAL:Unknown, valued at $37.50, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019116:** 73 Rounds Assorted Ammunition CAL:Unknown, valued at $7.30, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019118:** 27 Rounds Assorted Ammunition CAL:Unknown, valued at $2.70, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019120:** 20 Rounds Assorted Ammunition CAL:Unknown, valued at $2.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019121:** 17 Rounds Assorted Ammunition CAL:12, valued at $1.70, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019124:** 288 Rounds Assorted Ammunition CAL:Multi, valued at $28.80, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019126:** Mossberg 283TA Shotgun CAL:410 SN:None, valued at $150.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019127:** Mossberg 46AT Rifle CAL:22 SN:None, valued at $125.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019129:** Savage 238 Shotgun CAL:20 SN:None, valued at $100.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019132:** Savage Top Break SG Shotgun CAL:12 SN:None, valued at $100.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019133:** 14 Rounds Assorted Ammunition CAL:22, valued at $1.40, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019134:** US Field 1929 Shotgun CAL:12 SN:None, valued at $100.00, seized by the ATF on June 13, 2024

**(Continued on next page)**

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

### SOUTHERN DISTRICT OF OHIO

**24-ATF-019134 - (Continued from previous page)**
from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019135:** Harrington and Richardson 765 Rifle CAL:22 SN:13764, valued at $150.00, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019136:** 1 Round Assorted Ammunition CAL:556, valued at $0.10, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019137:** 8 Rounds Assorted Ammunition CAL:9, valued at $0.80, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).
**24-ATF-019138:** 8 Rounds Assorted Ammunition CAL:9, valued at $0.80, seized by the ATF on June 13, 2024 from Cody Hughes in Columbus, OH for forfeiture pursuant to 18 U.S.C. Section 924(d).

### EASTERN DISTRICT OF PENNSYLVANIA

**24-ATF-019289:** $11,900.00 U.S. Currency, seized by the ATF on June 06, 2024 from Chanel DIAZ-OSCAR in Philadelphia, PA for forfeiture pursuant to 21 U.S.C. Section 881.

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

**WESTERN DISTRICT OF TENNESSEE**

**24-ATF-018895:** Glock GMBH 19 Pistol CAL:9 SN:BAVK142, valued at $300.00, seized by the ATF on June 11, 2024 from Lorenzo WATSON in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018896:** 1 Rounds Unknown Ammunition CAL:9, valued at $0.10, seized by the ATF on June 11, 2024 from Lorenzo WATSON in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018897:** ZASTAVA PAP M92 PV Rifle CAL:762 SN:M92PV073426, valued at $425.00, seized by the ATF on June 11, 2024 from Lorenzo WATSON and Kendrick RAY in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018898:** 1 Rounds Unknown Ammunition CAL:762, valued at $0.10, seized by the ATF on June 11, 2024 from Lorenzo WATSON and Kendrick RAY in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-018899:** PALMETTO STATE ARMORY PA-15 Rifle CAL:Multi SN:PA090920, valued at $300.00, seized by the ATF on June 11, 2024 from Lorenzo WATSON and Kendrick RAY in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019075:** GLOCK GMBH 27 Pistol CAL:40 SN:BWEL643, valued at $300.00, seized by the ATF on June 13, 2024 from Paul Nelson in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019080:** 12 Rounds Assorted Ammunition CAL:40, valued at $1.20, seized by the ATF on June 13, 2024 from Paul Nelson in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019082:** 300 Rounds Assorted Ammunition CAL:22, valued at $30.00, seized by the ATF on June 13, 2024 from Paul Nelson in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019087:** Taurus G3C Pistol CAL:9 SN:ABM290568, valued at $300.00, seized by the ATF on June 13, 2024 from Mohamed Rasulu Samba in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019091:** Glock GMBH 17 Pistol CAL:9 SN:BPKF150, valued at $300.00, seized by the ATF on June 13, 2024 from Mohamed Rasulu Samba in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019093:** 25 Rounds Assorted Ammunition CAL:9, valued at $2.50, seized by the ATF on June 13, 2024 from Mohamed Rasulu Samba in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019267:** Anderson Manufacturing AM-15 Pistol CAL:Multi SN:14135518, valued at $300.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019268:** American Tactical Imports - ATI Omni Hybrid Pistol CAL:Multi SN:NS129461, valued at $300.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019269:** Palmetto State Armory PA-15 Pistol CAL:Multi SN:SCD519720, valued at $300.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019272:** 12 Rounds Assorted Ammunition CAL:9, valued at $1.20, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019273:** 5 Rounds Assorted Ammunition CAL:9, valued at $0.50, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019274:** 12 Rounds Assorted Ammunition CAL:9, valued at $1.20, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019275:** Taurus PT111 MILLENNIUM G2 Pistol CAL:9 SN:TJY22039, valued at $300.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019276:** Glock Inc. 43 Pistol CAL:9 SN:AFRP032, valued at $300.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019278:** Glock Inc. 19GEN5 Pistol CAL:9 SN:BZKL439, valued at $300.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019281:** 25 Rounds Assorted Ammunition CAL:223, valued at $2.50, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

### WESTERN DISTRICT OF TENNESSEE

**24-ATF-019282:** 13 Rounds Assorted Ammunition CAL:223, valued at $1.30, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019283:** 16 Rounds Assorted Ammunition CAL:223, valued at $1.60, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019284:** 20 Rounds Fiocchi Ammunition CAL:223, valued at $2.00, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019285:** 18 Rounds Hornady Ammunition CAL:9, valued at $1.80, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019286:** 44 Rounds Assorted Ammunition CAL:Assorted, valued at $4.40, seized by the ATF on June 13, 2024 from Brian Lackland in Cordova, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019372:** 1 Rounds Winchester-Western Ammunition CAL:12, valued at $0.10, seized by the ATF on June 13, 2024 from Ebony Denise Cobb in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019398:** 27 Rounds Federal Ammunition, valued at $2.70, seized by the ATF on June 13, 2024 from Ebony Denise Cobb in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019403:** Taurus TH40 Pistol CAL:40 SN:SMS48296, valued at $300.00, seized by the ATF on June 13, 2024 from Ebony Denise Cobb in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019406:** Nitro Hunter Unknown Shotgun CAL:12 SN:23980, valued at $250.00, seized by the ATF on June 13, 2024 from Ebony Denise Cobb in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019415:** 117 Rounds Assorted Ammunition CAL:Assorted, valued at $11.70, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019419:** SARSILMAZ (SAR ARMS) SAR 9 Pistol CAL:9 SN:T110220BV86792, valued at $300.00, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019420:** HS PRODUKT (IM METAL) XD40 SUB-COMPACT Pistol CAL:40 SN:US244350, valued at $300.00, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019421:** 10 Rounds Assorted Ammunition CAL:40, valued at $1.00, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019425:** BLACK RAIN ORDNANCE INC. SPEC 15 Rifle CAL:556 SN:SM000984, valued at $425.00, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019427:** 30 Rounds Unknown Ammunition CAL:556, valued at $3.00, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019428:** 15 Rounds Assorted Ammunition CAL:556, valued at $1.50, seized by the ATF on June 13, 2024 from Jehu Shalom Cruz in Memphis, TN for forfeiture pursuant to 18 U.S.C. Section 924(d).

### WESTERN DISTRICT OF WASHINGTON

**24-ATF-019541:** Unknown Rifle CAL:Unknown SN:None, valued at $425.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019547:** SMITH & WESSON 6904 PISTOL CAL:9 SN:TCS9758, valued at $300.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019548:** Unknown  Receiver/Frame  CAL:Unknown SN:None, valued at $150.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 18 U.S.C. Section 924(d).

**24-ATF-019549:** Unknown  RECEIVER/FRAME CAL:Unknown SN:None, valued at $150.00, seized by the ATF on May 13, 2024 from Braiden WILSON in North Bend, WA for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]

ATF OFFICIAL NOTIFICATION POSTED ON AUGUST 07, 2024

## LEGAL NOTICE
## ATTENTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

See full legal notice on page one, which includes instructions on how to file a claim, a petition, and to request the release of property based on hardship.

**LAST DATE TO FILE:  09/13/2024**

**NORTHERN DISTRICT OF WEST VIRGINIA**
**24-ATF-018902:** TAURUS INTERNATIONAL G2C PISTOL CAL:9 SN:TLR71381, valued at $300.00, seized by the ATF on June 08, 2024 from Pedro Antoni PACHECO in Kingwood, WV for forfeiture pursuant to 18 U.S.C. Section 924(d).

[The property listed above is NOT for sale.  The ATF does not sell forfeited property and the ATF does not have information on property for sale.]