UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | § § § § § § § § § § § Civil Action No. 4:23-cv-00830-O |

## ORDER

Before the Court is Plaintiffs' counsel David A. Warrington Motion for Withdrawal of Counsel ("Motion"). After consideration of the Motion, the Court **GRANTS** Plaintiffs' Motion.

Accordingly, the Court **ORDERS** that David A. Warrington of Dhillon Law Group is withdrawn from this matter. The Court **ORDERS** that Mr. Warrington is withdrawn as counsel in this matter. The Clerk is **DIRECTED** to remove Mr. Warrington from the electronic service list in this case.

**SO ORDERED** on this **23rd day** of **January, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE