UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, § § § § Plaintiffs, § § Civil Action No. 4:23-cv-00830-O v. § § MERRICK GARLAND, *et al.*, § § Defendants. § | |

## ORDER

Before the Court are Plaintiffs' Motions for Order to Show Cause (ECF No. 115–116), Defendants' Response (ECF No. 118), and Plaintiffs' Reply (ECF No. 119). Also before the Court are Defendants' Notice of Compliance (ECF No. 126), Plaintiffs' Notice of Non-Compliance (ECF No. 127), and Defendants' Response (ECF No. 128). After reviewing the briefing, relevant law, and applicable facts, the Court **DENIES at this time** Plaintiffs' Motion for Order to Show Cause. Defendants are **ORDERED** to file an updated Notice of Compliance in 90 days to update the Court on its compliance.

**SO ORDERED** on this **18th day** of **April, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE