# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 19, 2025
Lyle W. Cayce
Clerk

No. 24-10707

NATIONAL ASSOCIATION FOR GUN RIGHTS, INCORPORATED; TEXAS GUN RIGHTS, INCORPORATED; PATRICK CAREY; JAMES WHEELER; TRAVIS SPEEGLE,

*Plaintiffs—Appellees*,

*versus*

PAMELA BONDI, *U.S. Attorney General*; UNITED STATES DEPARTMENT OF JUSTICE; DANIEL DRISCOLL, *In his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-830

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of May 19, 2025, pursuant to appellant's motion.

No. 24-10707

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> By: _____
> Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued May 19, 2025**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

2

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 19, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 24-10707   National Association v. Bondi
                        USDC No. 4:23-CV-830

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

In light of the dismissal, no action is taken on the renewed motion to intervene.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa B. Courseault, Deputy Clerk
                        504-310-7701

cc w/encl:
    Mr. Glenn D. Bellamy
    Mr. Michael A. Columbo
    Mr. Whitney A Davis
    Mr. Jeremy M. Feigenbaum
    Mr. Chad Flores
    Mr. Bradley Hinshelwood
    Ms. Laura Myron
    Mr. Ian Simmons
    Mr. Peter Martin Torstensen Jr.