**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS ACTING ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00830-O |

### NOTICE REGARDING UNCLAIMED FORCED RESET TRIGGERS

Defendants respectfully submit the following notice regarding unclaimed forced reset triggers and the accompanying Declaration of Brent Beavers (attached as Exhibit 1).

This Court's Final Judgment, ECF No. 101, ordered Defendants, among other things, "to return to all parties, including manufacturers, distributors, resellers, and individuals, all FRTs and FRT components confiscated or seized pursuant to their unlawful classification **within thirty (30)** days of this decision." Final Judgment at 2. After Defendants moved for a stay identifying numerous "practical issues of complying" with the Final Judgment's return requirement, the Court "modif[ied] the deadline of the … return of F[RT]s in the final judgment" to "be completed by February 22, 2025." August 20, 2024 Order, ECF No. 112, at 14-15.

ATF has filed a series of declarations explaining the actions taken to comply with the Court's order. *See* Second & Third Declarations of Matthew Varisco (ECF Nos. 126-1, 135-1).

1

As explained in those declarations, ATF developed and implemented a process for handling returns of FRT-15s and Wide Open Triggers (WOTs) when requested by an Individual Plaintiff or covered member of an Organizational Plaintiff. *See id.* ATF also sent the required remedial notices to those who previously received ATF letters warning suspected FRT owners that possession of FRTs and FRT components was illegal. *See id.*

Additionally, pursuant to a settlement agreement between the United States and Rare Breed Triggers, LLC, Rare Breed Firearms, LLC, National Association for Gun Rights Inc., Texas Gun Rights, Inc. and named individuals, the United States agreed, to the extent practicable, to return FRT-15s and WOTs seized or taken as a result of a voluntary surrender to those individual owners who requested their return by September 30, 2025, including those who are not plaintiffs in this case. Third Varisco Decl. ¶ 22. To facilitate the returns, ATF mailed notices to owners of eligible FRTs, providing instructions as to how to retrieve their device(s). *Id.* Additional information about the return of FRT-15s and WOTs pursuant to the settlement agreement is and has been available on ATF's website. Beavers Declaration ¶ 6.

While the Settlement Agreement set a deadline of September 30, 2025, to request the return of these devices, ATF has continued to honor return requests, which have now slowed considerably. Beavers Declaration ¶ 7. In fact, as of mid-March 2026, ATF still has in its possession approximately 1385 devices that have gone unclaimed from both the return process established to comply with the Court's order and the settlement agreement. *Id.* ¶ 8.

Due to the burdens associated with continuing to store these unclaimed items and the unlikelihood that significant numbers of additional claimants will come forward given the many months that the claims process has been in place, ATF will post a notice to its website on May 1, 2026, informing the public that they have an additional 30 days from the posting date to request

the return of their devices through FRT.Return@atf.gov. *Id.* ¶ 9. At the expiration of the 30-day period, all FRT-15s and WOTs remaining in ATF's possession and that had been administratively forfeited before the issuance of this court's preliminary injunction on October 7, 2023, will be disposed of by ATF field divisions. *Id.* For the devices that are unclaimed but have not been previously forfeited, abandonment notices will be issued to the property owners. *Id.*


DATED: April 24, 2026                              Respectfully submitted,

                                                   BRETT A. SHUMATE
                                                   Assistant Attorney General, Civil Division

                                                   ALEXANDER K. HAAS
                                                   Director, Federal Programs Branch

                                                   */s/ Andrew I. Warden*
                                                   ANDREW I. WARDEN (IN #23840-49)
                                                   Assistant Director, Federal Programs Branch
                                                   ALEXANDER W. RESAR
                                                   Trial Attorney
                                                   Civil Division, Federal Programs Branch
                                                   U.S. Department of Justice
                                                   1100 L Street, NW
                                                   Washington, DC 20005
                                                   Phone: (202) 616-5084
                                                   Email: Andrew.Warden@usdoj.gov

                                                   *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On April 24, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Andrew I. Warden*