**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, INC., *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS ACTING ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>         Defendants. | Case No. 4:23-cv-00830-O |

## DECLARATION OF BRENT BEAVERS

1. I am the Assistant Director for the Office of Field Operations within the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), United States Department of Justice ("DOJ"). I have been in this position since November 2025. Prior to my current position, I was the Special Agent in Charge of the ATF Denver Field Division, and I have served as an ATF Special Agent for 18 ½ years.

2. In my current senior executive position, I direct policy, conduct planning, and oversee all ATF criminal investigations and regulatory oversight for ATF's 25 field divisions.

3. I am authorized to provide this Declaration on ATF's behalf and am providing it in support of Defendants' Notice addressing the disposition of unclaimed forced reset trigger ("FRT") devices. This declaration is based on my personal knowledge and belief, my training and experience, as well as information conveyed to me by ATF personnel in the course of my official duties.

1

4. On July 23, 2024, the Court granted summary judgment in favor of the Plaintiffs in this case. The Court imposed an affirmative obligation on ATF to return certain FRTs in its possession within 30 days and "mail remedial notices correcting [ATF's] prior mailing campaign that 'warned' suspected FRT owners that possession of FRTs and FRT components was purportedly illegal." ECF No. 100 at 63. In August 2024, the Court issued an Order granting Defendants an additional six months to comply with the affirmative obligation regarding the return of FRTs and similarly extended the deadline for ATF to mail remedial notices. *See* ECF No. 112.

5. ATF has filed a series of declarations explaining the actions taken to comply with the Court's order. *See* Second & Third Declarations of Matthew Varisco (ECF Nos. 126-1, 135-1). As explained in those declarations, ATF developed and implemented a process for handling returns of FRT-15s and Wide-Open Triggers (WOTs) when requested by an Individual Plaintiff or covered member of an Organizational Plaintiff. ATF also sent the required remedial notices to those who previously received ATF letters warning suspected FRT owners that possession of FRTs and FRT components was illegal.

6. Additionally, pursuant to a settlement agreement between the United States and Rare Breed Triggers, LLC, Rare Breed Firearms, LLC, National Association for Gun Rights Inc., Texas Gun Rights, Inc. and named individuals, the United States agreed, to the extent practicable, to return FRT-15s and WOTs seized or taken as a result of a voluntary surrender to those individual owners who request their return by September 30, 2025, including those who are not plaintiffs in this case. To facilitate the returns, ATF mailed notices to owners of eligible FRTs, providing instructions as to how to retrieve their device(s). Additional information about the return of FRT-15s and WOTs pursuant to the settlement agreement is and has been

available on ATF's website:  https://www.atf.gov/firearms/rare-breed-triggers%E2%80%99-frt-15s-and-wide-open-triggers-wots-return.

7.    While the Settlement Agreement set a deadline of September 30, 2025, to request the return of these devices, ATF has continued to honor return requests, which have now slowed considerably.

8.    In fact, as of mid-March, ATF still has in its possession approximately 1385 devices that have gone unclaimed from both the return process established to comply with the Court's order and the settlement agreement.

9.    Due to the burdens associated with continuing to store these unclaimed items and the unlikelihood that significant numbers of additional claimants will come forward given the many months that the claims process has been in place, ATF will post a notice to its website on May 1, 2026, informing the public that they have an additional 30 days from the posting date to request the return of their devices through FRT.Return@atf.gov.  At the expiration of the 30-day period, all FRT-15s and WOTs remaining in ATF's possession and that had been administratively forfeited before the issuance of this court's preliminary injunction on October 7, 2023, will be disposed of by ATF field divisions.  For the devices that are unclaimed but have not been previously forfeited, abandonment notices will be issued to the property owners.


Executed on April 21 , 2026.


_____

Brent Beavers

3